IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMA LASERS, LTD., and<br>ALMA LASERS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| THERMAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **COMPLAINT FOR DECLARATORY JUDGMENT**

Plaintiffs Alma Lasers, Ltd., a corporation organized and existing in the country of Israel,

and Alma Lasers, Inc., a Delaware corporation (together "Alma"), for their Complaint against

Defendant Thermage, Inc. ("Thermage"), state as follows:

### **The Parties**

1.      Plaintiff Alma Lasers, Ltd. is a corporation organized and existing under the laws

of the country of Israel and having its principal place of business at 14 Halamish, Caesarea

Industrial Park, Caesarea, Israel 38900.

2.      Plaintiff Alma Lasers, Inc. is a corporation organized and existing under the laws

of the State of Delaware and having its principal place of business at 485 Half Day Road, Suite

100, Buffalo Grove, Illinois.

3.      Upon information and belief, Defendant Thermage is a corporation organized and

existing under the laws of the State of Delaware, having its principal place of business in

Hayward, California.

## The Nature of the Action

4.      This is an action for Declaratory Judgment of non-infringement and/or invalidity as to nine patents, all of which are owned by Thermage, under 35 U.S.C. §§ 101, 102, 103, 112, and 271.  The "Thermage Patents" are U.S. Patent Nos. 6,749,624; 6,405,090; 6,387,380; 6,381,498; 6,377,855; 6,241,753; 5,919,219; 5,755,753; and 5,660,836.  Copies of the Thermage Patents are attached as Exhibits A-I.

## Jurisdiction and Venue

5.      This Court has jurisdiction over the Counts set forth below, relating to the non-infringement and/or invalidity of the Thermage Patents pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, under the patent laws of the United States, 35 U.S.C. §§ 100 *et seq.*, and pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.      Venue properly lies in this Court under 28 U.S.C. §§ 1391 and 1400 because Thermage resides in this judicial district.

## Thermage's Threats

7.      On February 14, 2006, Thermage sent a letter to Alma regarding pre-market release clinical data for Alma's "Accent" product and stating that this product likely infringes some or all of Thermage's patents.  The Accent is a device used in noninvasive cosmetic procedures.

8.      On April 10, 2006 and May 18, 2006, Thermage sent letters to Alma related to the Accent product and the Thermage Patents.  In the May 18, 2006 letter, Thermage asserted the following Thermage patents as relevant to the Accent product: U.S. Patent Nos. 6,749,624; 6,405,090; 6,387,380; 6,381,498; 6,377,855; 6,241,753; 5,919,219; 5,755,753; and 5,660,836.  In

its May 18, 2006 letter, Thermage specifically stated that it is not willing to offer a license under any of its patents for the Accent product.

9.    On April 23, 2007, Alma received notification from the FDA authorizing it to market the Accent product in the United States.

10.    Alma desires to sell the Accent product free from the specter of Thermage's allegations of infringement of the Thermage Patents.

## COUNT I

### Declaratory Judgment of Non-Infringement and Invalidity of United States Patent No. 6,749,624

11.    Alma repeats and realleges the allegations contained in preceding paragraphs 1-10, inclusive, as if fully set forth herein.

12.    On June 15, 2004, United States Patent No. 6,749,624 ("the '624 patent") entitled "Fluid Delivery Apparatus" was issued.  A copy of the '624 patent is attached as Exhibit A.  On information and belief, Thermage owns the '624 patent.

13.    Alma's Accent product does not infringe the '624 patent.

14.    The '624 patent is invalid under one or more provisions of Title 35 of the United States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

15.    As a consequence of the foregoing, there is an actual and justiciable controversy between Alma and Thermage over the infringement and validity of the '624 patent, with respect to which Alma is entitled to a declaratory judgment in its favor.

## COUNT II

### Declaratory Judgment of Non-Infringement and
### Invalidity of United States Patent No. 6,405,090

16.     Alma repeats and realleges the allegations contained in preceding paragraphs 1-10, inclusive, as if fully set forth herein.

17.     On June 11, 2002, United States Patent No. 6,405,090 ("the '090 patent") entitled "Method and Apparatus for Tightening Skin by Controlled Contraction of Collagen Tissue" was issued with Thermage, Inc. listed as the named assignee.  A copy of the '090 patent is attached as Exhibit B.

18.     Alma's Accent product does not infringe the '090 patent.

19.     The '090 patent is invalid under one or more provisions of Title 35 of the United States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

20.     As a consequence of the foregoing, there is an actual and justiciable controversy between Alma and Thermage over the infringement and validity of the '090 patent, with respect to which Alma is entitled to a declaratory judgment in its favor.

## COUNT III

### Declaratory Judgment of Non-Infringement and
### Invalidity of United States Patent No. 6,387,380

21.     Alma repeats and realleges the allegations contained in preceding paragraphs 1-10, inclusive, as if fully set forth herein.

22.     On May 14, 2002, United States Patent No. 6,387,380 ("the '380 patent") entitled "Apparatus for Controlled Contraction of Collagen Tissue" was issued with Thermage, Inc. listed as the named assignee.  A copy of the '380 patent is attached as Exhibit C.

23.     Alma's Accent product does not infringe the '380 patent.

24.     The '380 patent is invalid under one or more provisions of Title 35 of the United States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

25.     As a consequence of the foregoing, there is an actual and justiciable controversy between Alma and Thermage over the infringement and validity of the '380 patent, with respect to which Alma is entitled to a declaratory judgment in its favor.

## COUNT IV

### Declaratory Judgment of Non-Infringement and Invalidity of United States Patent No. 6,381,498

26.     Alma repeats and realleges the allegations contained in preceding paragraphs 1-10, inclusive, as if fully set forth herein.

27.     On April 30, 2002, United States Patent No. 6,381,498 ("the '498 patent") entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue" was issued with Thermage, Inc. listed as the named assignee.  A copy of the '498 patent is attached as Exhibit D.

28.     Alma's Accent product does not infringe the '498 patent.

29.     The '498 patent is invalid under one or more provisions of Title 35 of the United States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

30.     As a consequence of the foregoing, there is an actual and justiciable controversy between Alma and Thermage over the infringement and validity of the '498 patent, with respect to which Alma is entitled to a declaratory judgment in its favor.

## COUNT V

### Declaratory Judgment of Non-Infringement and Invalidity of United States Patent No. 6,377,855

31.     Alma repeats and realleges the allegations contained in preceding paragraphs 1-10, inclusive, as if fully set forth herein.

32.     On April 23, 2002, United States Patent No. 6,377,855 ("the '855 patent") entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue" was issued with Thermage, Inc. listed as the named assignee.  A copy of the '855 patent is attached as Exhibit E.

33.     Alma's Accent product does not infringe the '855 patent.

34.     The '855 patent is invalid under one or more provisions of Title 35 of the United States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

35.     As a consequence of the foregoing, there is an actual and justiciable controversy between Alma and Thermage over the infringement and validity of the '855 patent, with respect to which Alma is entitled to a declaratory judgment in its favor.

## COUNT VI

### Declaratory Judgment of Non-Infringement and Invalidity of United States Patent No. 6,241,753

36.     Alma repeats and realleges the allegations contained in preceding paragraphs 1-10, inclusive, as if fully set forth herein.

37.     On June 5, 2001, United States Patent No. 6,241,753 ("the '1753 patent") entitled "Method for Scar Collagen Formation and Contraction" was issued with Thermage, Inc. listed as the named assignee.  A copy of the '1753 patent is attached as Exhibit F.

38.     Alma's Accent product does not infringe the '1753 patent.

39.     The '1753 patent is invalid under one or more provisions of Title 35 of the United States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

40.     As a consequence of the foregoing, there is an actual and justiciable controversy between Alma and Thermage over the infringement and validity of the '1753 patent, with respect to which Alma is entitled to a declaratory judgment in its favor.

## COUNT VII

### Declaratory Judgment of Non-Infringement and Invalidity of United States Patent No. 5,919,219

41.     Alma repeats and realleges the allegations contained in preceding paragraphs 1-10, inclusive, as if fully set forth herein.

42.     On July 6, 1999, United States Patent No. 5,919,219 ("the '219 patent") entitled "Method for Controlled Contraction of Collagen Tissue Using RF Energy" was issued with Thermage, Inc. listed as the named assignee.  A copy of the '219 patent is attached as Exhibit G.

43.     Alma's Accent product does not infringe the '219 patent.

44.     The '219 patent is invalid under one or more provisions of Title 35 of the United States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

45.     As a consequence of the foregoing, there is an actual and justiciable controversy between Alma and Thermage over the infringement and validity of the '219 patent, with respect to which Alma is entitled to a declaratory judgment in its favor.

## COUNT VIII

### Declaratory Judgment of Non-Infringement and Invalidity of United States Patent No. 5,755,753

46.     Alma repeats and realleges the allegations contained in preceding paragraphs 1-10, inclusive, as if fully set forth herein.

47.     On May 26, 1998, United States Patent No. 5,755,753 ("the '5753 patent") entitled "Method for Controlled Contraction of Collagen Tissue" was issued with Thermage, Inc. listed as the named assignee.  A copy of the '5753 patent is attached as Exhibit H.

48.     Alma's Accent product does not infringe the '5753 patent.

49.    The '5753 patent is invalid under one or more provisions of Title 35 of the United States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

50.    As a consequence of the foregoing, there is an actual and justiciable controversy between Alma and Thermage over the infringement and validity of the '5753 patent, with respect to which Alma is entitled to a declaratory judgment in its favor.

## COUNT IX

### Declaratory Judgment of Non-Infringement and Invalidity of United States Patent No. 5,660,836

51.    Alma repeats and realleges the allegations contained in preceding paragraphs 1-10, inclusive, as if fully set forth herein.

52.    On August 26, 1997, United States Patent No. 5,660,836 ("the '836 patent") entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue" was issued.  A copy of the '836 patent is attached as Exhibit I.  On information and belief, Thermage owns the '836 patent.

53.    Alma's Accent product does not infringe the '836 patent.

54.    The '836 patent is invalid under one or more provisions of Title 35 of the United States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

55.    As a consequence of the foregoing, there is an actual and justiciable controversy between Alma and Thermage over the infringement and validity of the '836 patent, with respect to which Alma is entitled to a declaratory judgment in its favor.

**Prayer for Relief**

WHEREFORE, Alma respectfully requests the following relief:

a.    the entry of judgment declaring that Alma has not infringed any of the Thermage Patents;

b.    the entry of judgment declaring that each of the Thermage Patents is invalid;

c.    the entry of judgment declaring this to be an exceptional case pursuant to 35 U.S.C. § 285 and awarding to Alma its reasonable attorneys' fees expended in bringing and maintaining this action; and

d.    award of such other and further relief as the Court deems just and proper.

ASHBY & GEDDES

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Plaintiffs,*
*Alma Lasers, Ltd. and Alma Lasers, Inc.*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

Dated: April 26, 2007
180032.1

# EXHIBIT A



US006749624B2

(12) **United States Patent**
    Knowlton

(10) **Patent No.:**    **US 6,749,624 B2**
(45) **Date of Patent:**    **\*Jun. 15, 2004**

(54) **FLUID DELIVERY APPARATUS**

(76) Inventor: **Edward W. Knowlton**, 5478 Blackhawk Dr., Danville, CA (US) 94506

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/026,870**

(22) Filed: **Dec. 20, 2001**

(65) **Prior Publication Data**

US 2002/0049483 A1 Apr. 25, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/337,015, filed on Jun. 30, 1999, now Pat. No. 6,350,276, which is a continuation-in-part of application No. 08/583,815, filed on Jan. 5, 1996, now Pat. No. 6,241,753, and a continuation-in-part of application No. 08/827,237, filed on Mar. 28, 1997, and a continuation-in-part of application No. 08/914,681, filed on Aug. 19, 1997, now Pat. No. 5,919,219, and a continuation-in-part of application No. 08/942,274, filed on Sep. 30, 1997.

(51) Int. Cl.7 ............................. **A61F 7/00**; A61F 2/00

(52) U.S. Cl. ........................... **607/104**; 606/33; 606/41; 607/101

(58) Field of Search ........................... 606/2, 9, 10, 11, 606/13, 16, 41, 42, 45, 46, 48, 49, 50, 32, 33; 607/88, 89, 101–102, 104, 108–112

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,831,604 A    8/1974  Neefe .......................... 128/260
4,074,718 A    2/1978  Morrison ............... 128/303.14

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1 949 534 | 4/1970 |
| DE | 31 21 683 | 12/1982 |
| EP | 0 395 307 A2 | 10/1990 ........... A61B/17/36 |
| EP | 0 519 415 | 12/1992 |
| FR | 2 609 245 | 7/1988 |
| NZ | 266678 | 12/1997 |
| WO | 92/19414 | 11/1992 |
| WO | 93/13816 | 7/1993 |
| WO | 94/26228 | 11/1994 |
| WO | 96/27240 | 9/1996 |
| WO | 96/27327 | 9/1996 |
| WO | 96/32051 | 10/1996 |
| WO | 96/34568 | 11/1996 |
| WO | 96/39914 | 12/1996 |
| WO | 97/18765 | 5/1997 |
| WO | 97/18768 | 5/1997 |
| WO | 68/03117 | 1/1998 |
| WO | 98/03220 | 1/1998 |
| WO | 98 05286 | 2/1998 ........... A61H/7/00 |
| WO | 99 08614 | 2/1999 ........... A61B/17/39 |
| WO | 02/26147 | 4/2002 ........... A61B/18/14 |

OTHER PUBLICATIONS

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol 7, pp. 697–701, (1990).

(List continued on next page.)

*Primary Examiner*—Roy D. Gibson
(74) *Attorney, Agent, or Firm*—Paul Davis; Heller Ehrman White & McAuliffe

(57)    **ABSTRACT**

A fluid delivery apparatus for introducing a fluid cooling media to a skin surface includes a template with a skin interface surface. An energy delivery device is coupled to the template. A fluid cooling media introduction member is coupled to the template. Resources controllably deliver energy from the energy delivery device to the skin surface. In a related embodiment, the resources are configured to controllably deliver the flowable cooling media to the introduction member. In another embodiment, a sensor is coupled to the resources and to the skin surface.

**71 Claims, 26 Drawing Sheets-**



**US 6,749,624 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,140,130 A | 2/1979 | Storm, III | 128/404 |
| 4,164,226 A | 8/1979 | Tapper | 128/419 R |
| 4,290,435 A | 9/1981 | Waggott | 128/800 |
| 4,343,301 A | 8/1982 | Indech | 128/24 |
| 4,346,715 A | 8/1982 | Gammell | 128/422 |
| 4,375,220 A | 3/1983 | Matvias | 128/804 |
| 4,381,007 A | 4/1983 | Doss | 128/303.1 |
| 4,441,486 A | 4/1984 | Pounds | 128/24 |
| 4,545,368 A | 10/1985 | Rand et al. | 128/1.3 |
| 4,556,070 A | 12/1985 | Vaguine et al. | |
| 4,633,875 A | 1/1987 | Turner | |
| 4,676,258 A | 6/1987 | Inokuchi et al. | 128/804 |
| 4,709,701 A | 12/1987 | Weber | 128/422 |
| 4,756,310 A | 7/1988 | Bitterly | 128/400 |
| RE32,849 E | 1/1989 | Wei et al. | 204/192.27 |
| 4,881,543 A | 11/1989 | Trembly et al. | 128/303.1 |
| 4,887,614 A | 12/1989 | Shirakami et al. | 128/798 |
| 4,889,122 A | 12/1989 | Watmough et al. | 128/399 |
| 4,944,302 A | 7/1990 | Hernandez et al. | 128/798 |
| 4,957,480 A | 9/1990 | Morenings | 604/20 |
| 4,962,761 A | 10/1990 | Golden | 128/400 |
| 4,976,709 A | 12/1990 | Sand | 606/5 |
| 5,003,991 A | 4/1991 | Takayama et al. | 128/784 |
| 5,133,351 A | 7/1992 | Masaki | 128/419 R |
| 5,143,063 A | 9/1992 | Fellner | 128/399 |
| 5,186,181 A | 2/1993 | Franconi et al. | 128/804 |
| 5,190,517 A | 3/1993 | Zieve et al. | 604/22 |
| 5,230,334 A | 7/1993 | Klopotek | 128/399 |
| 5,231,997 A | 8/1993 | Kikuchi et al. | |
| 5,249,575 A | 10/1993 | DiMino et al. | 607/150 |
| 5,282,797 A | 2/1994 | Chess | 606/9 |
| 5,304,169 A | 4/1994 | Sand | 606/5 |
| 5,315,994 A | 5/1994 | Guibert et al. | 607/101 |
| 5,334,193 A | 8/1994 | Nardella | 606/41 |
| 5,342,357 A | 8/1994 | Nardella | 606/40 |
| 5,348,554 A | 9/1994 | Imran et al. | 606/41 |
| 5,366,443 A | 11/1994 | Eggers et al. | |
| 5,370,642 A | 12/1994 | Keller | 606/9 |
| 5,374,265 A | 12/1994 | Sand | 606/5 |
| 5,423,807 A | 6/1995 | Milder | 606/20 |
| 5,423,811 A | 6/1995 | Imran et al. | 606/41 |
| 5,437,662 A | 8/1995 | Nardella | 606/40 |
| 5,458,596 A | 10/1995 | Lax et al. | 606/31 |
| 5,462,521 A | 10/1995 | Brucker et al. | 604/20 |
| 5,464,436 A | 11/1995 | Smith | 607/89 |
| 5,496,312 A | 3/1996 | Klicek | |
| 5,500,012 A * | 3/1996 | Brucker et al. | 607/122 |
| 5,507,790 A | 4/1996 | Weiss | |
| 5,556,377 A * | 9/1996 | Rosen et al. | 604/22 |
| 5,569,242 A | 10/1996 | Lax et al. | 606/42 |
| 5,643,334 A | 7/1997 | Eckhouse et al. | 607/88 |
| 5,655,547 A | 8/1997 | Karni | 128/898 |
| 5,660,836 A | 8/1997 | Knowlton | 424/400 |
| 5,681,282 A | 10/1997 | Eggers et al. | |
| 5,683,366 A | 11/1997 | Eggers et al. | |
| 5,692,058 A | 11/1997 | Eggers et al. | |
| 5,693,045 A | 12/1997 | Eggers | |
| 5,697,281 A | 12/1997 | Eggers et al. | |
| 5,697,536 A | 12/1997 | Eggers et al. | |
| 5,697,882 A | 12/1997 | Eggers et al. | |
| 5,697,909 A | 12/1997 | Eggers et al. | |
| 5,755,753 A | 5/1998 | Knowlton | 607/98 |
| 5,769,879 A | 6/1998 | Richards et al. | 607/101 |
| 5,775,338 A | 7/1998 | Hastings | 128/898 |
| 5,776,092 A * | 7/1998 | Farin et al. | 604/22 |
| 5,776,175 A | 7/1998 | Eckhouse et al. | 607/100 |
| 5,814,040 A | 9/1998 | Nelson et al. | 606/9 |
| 5,833,612 A | 11/1998 | Eckhouse et al. | 600/476 |
| 5,836,999 A | 11/1998 | Eckhouse et al. | 607/88 |
| 5,964,749 A | 10/1999 | Eckhouse et al. | 606/9 |
| 5,970,983 A | 10/1999 | Karni et al. | 128/898 |
| 5,979,454 A | 11/1999 | Anvari et al. | 128/898 |
| 6,139,569 A | 10/2000 | Ingle et al. | 607/104 |
| 6,162,212 A | 12/2000 | Kreindel et al. | 606/9 |
| 6,171,301 B1 | 1/2001 | Nelson et al. | 606/9 |
| 6,248,103 B1 | 6/2001 | Tannenbaum et al. | 606/9 |
| 6,387,089 B1 | 5/2002 | Kreindel et al. | 606/9 |

### OTHER PUBLICATIONS

Danielson, C. "Age–Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol 15, pp. 269–278, (1981).

Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Mainster, M.A. "Opthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414–420, Apr. 1979.

Pearce, et al. "Kinetic models of laser–tissue fusion processes", ISA, paper #93–044, pp. 355–360, (1993).

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersePulse® Variable Pulse Width Frequency Doubled Neodymium:YAG Laser: A Case Report.

Chess, C.; Chess. Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." *J. Dermatol Surg Oncol.* 1993; 19:74–80.

Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30, 1998, San Jose, CA.

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times.* 1995. 16(10).

Fitzpatrick, R. "Treatment of Wrinkles with the UltraPulse $CO_2$ Laser."

Laser Aesthetics, Inc. "The Cool Touch Laser." Brochure.

Laser Aesthetics, Inc. "Cool Touch Model 130 Technical Specifications." Brochure.

National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.

* cited by examiner





FIG. 1



FIG. 2A



FIG. 2B

FIG. 3



FIG. 4



FIG. 5

FIG. 6



FIG. 7

FIG. 8

FIG. 9



FIG. 10B

FIG. 10A



FIG. 10C



Fully Expanded

FIG. 10E



Partially Expanded

FIG. 10D



FIG. 11



FIG. 12A



FIG. 12B



FIG. 13

FIG. 14



FIG. 15A



FIG. 15B



FIG. 15C



FIG. 16



FIG. 17



FIG. 18A



FIG. 18B



FIG. 19A

FIG. 19B



FIG. 20A



FIG. 20B



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25

US 6,749,624 B2

1

# FLUID DELIVERY APPARATUS

## CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 09/337,015, filed Jun. 30, 1999 U.S. Pat. No. 6,350,276 which is a continuation-in-part of U.S. patent application Ser. No. 08/583,815, filed Jan. 5, 1996 U.S. Pat. No. 6,241,753, a continuation-in-part of U.S. patent application Ser. No. 08/827,237, filed Mar. 28, 1997, a continuation-in-part of U.S. patent application Ser. No. 08/914,681, filed Aug. 19, 1997 U.S. Pat. No. 5,919,219, and a continuation-in-part of U.S. patent application Ser. No. 08/942,274 filed Sep. 30, 1997.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to an apparatus for modifying skin surfaces and underlying tissue and more particularly to an apparatus for modifying skin surfaces and underlying tissue via the delivery of energy and fluid.

### 2. Description of Related Art

The correction of a deformity or the esthetic enhancement of a soft tissue structure is determined by the balance of the skin envelope as the container and soft tissue volume as the contents of the container. An appropriate balance between these two components is essential in achieving a successful outcome. Most plastic surgery procedures are based upon the resection or addition of a soft tissue filler with a concomitant modification of the skin envelope. For example, a breast that has three dimensional symmetry with the opposite breast must take into account both the volume of the soft tissue and the surface area of the breast envelope that is required as a container of the tissue. Breast reconstruction after mastectomy typically involves the insertion of a soft tissue replacement for the removed breast tissue. Either an implant or a tissue flap from the patient is used as a soft tissue replacement. Expansion of the breast skin envelope is also required and is achieved with a medical device called a breast expander. While most reconstructive procedures usually involve the addition of a soft tissue filler with the expansion of the skin envelope, many esthetic procedures involve the reduction of the soft tissue contents with or without a reduction in the skin envelope. Reduction in the volume of the soft tissue contents without a concomitant reduction in the skin envelope may lead to a relative excess of the skin envelope. The relative excess will be visualized as loose skin or elastosis. An example of esthetic enhancement is a procedure called breast reduction. This is performed in women who require reduction in the size of their breasts to alleviate shoulder, neck and back symptoms. Breast tissue is resected to reduce volume but also requires a reduction in the breast skin envelope with extensive surgical incisions. Without reduction of the skin envelope of the breast, severe ptosis (droopiness) of the breast will occur.

Another example is liposuction which may aggravate elastosis because the soft tissue content is reduced without reduction in the surface area of the skin envelope. The degree of esthetic contour reduction is limited by the pre-existing looseness of the skin envelope. Typically, liposuction involves the removal of subcutaneous fat through a suction cannula inserted through the skin surface. Excess suctioning of fat will aggravate any preexisting elastosis. Any other modality that reduces subcutaneous fat through dieting or ablation of fat cells is likely to aggravate a preexisting elastosis if a concomitant reduction of the skin

2

envelope does not occur. This is especially true in the hip and thigh area where a condition called "cellulite" is due to a preexisting looseness of skin. Many patients have a more severe looseness of skin in the hip and thigh area that would be aggravated by any fat removal. Skin tightening procedures that involve large surgical incisions result in severe scarring to the thigh and hip area that are a poor tradeoff to any esthetic contour reduction.

There is a need for a method and apparatus to achieve skin tightening without major surgical intervention. There is a further need for a method and apparatus to achieve skin tightening by the controlled remodeling of collagen in the skin and underlying fibrous partitions of the subcutaneous fat. Still a further need exists to tighten a skin envelop with minimal skin or underlying subcutaneous tissue cell necrosis. Yet another need exists to provide a method and apparatus for the controlled remodeling of collagen in tandem with subcutaneous fat ablation in which a net tightening of the skin envelope occurs with an esthetic contour reduction.

## SUMMARY OF THE INVENTION

Accordingly, an object of the invention is to provide a method and apparatus to tighten skin.

Another object of the invention is to provide a method and apparatus to tighten skin without major surgical intervention.

Yet another object of the invention is to provide a method and apparatus to tighten skin with controlled remodeling of collagen.

A further object of the invention is to provide a method and apparatus that delivers a mechanical force and electromagnetic energy to a tissue site to change a skin surface.

A further object of the invention is to provide a method and apparatus that delivers a mechanical force and electromagnetic energy to a tissue site to change the contour of a soft tissue structure.

These and other objects of the invention are achieved in a fluid delivery apparatus for introducing a flowable cooling media to a skin surface. The apparatus includes a template with a skin interface surface. An energy delivery device is coupled to the template. A flowable cooling media introduction member is coupled to the template. Resources controllably deliver energy from the energy delivery device to the skin surface. In a related embodiment, the resources are configured to controllably deliver the flowable cooling media to the introduction member. In another embodiment, a sensor is coupled to the resources and to the skin surface.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of the apparatus of the present invention.

FIG. 2a is a lateral perspective view of the apparatus of FIG. 1 illustrating the introducer, template and energy delivery device.

FIG. 2b is a lateral perspective view of the apparatus of FIG. 1 illustrating the use of a fluid delivery device.

FIG. 3 illustrates intramolecular cross-linking of collagen.

FIG. 4 illustrates intermolecular cross-linking of collagen.

FIGS. 5 and 6 are two graphs illustrating the probability of collagen cleavage as a function of molecular bond strength at 37E C.

FIG. 7 is a top view of a skin surface, illustrating the peaks and valleys of the surface and the force components applied to the surface resulting from the application of a mechanical force.

<table>
<tr><td>3</td><td>4</td></tr>
</table>

FIG. **8** is a cross-sectional view of the skin surface illustrated in FIG. **7**.

FIG. **9** is a cut-away view of the skin surface, with troughs and ridges, and underlying subcutaneous soft tissue.

FIG. **10**(*a*) is a lateral perspective view of a telescoping segment of a breast expander useful with the apparatus of FIG. **1**.

FIG. **10**(*b*) is a front perspective view of the breast expander of FIG. **10**(*a*).

FIG. **10**(*c*) illustrates a bra which functions as the template of FIG. **1**.

FIG. **10**(*d*) is a lateral cross-sectional perspective view of a partially expanded breast expander within a breast.

FIG. **10**(*e*) is a lateral cross-sectional perspective view of a fully expanded breast expander within a breast.

FIG. **11** illustrates a template in the form of a garment.

FIG. **12**(*a*) illustrates a template that is positioned over a nose.

FIG. **12**(*b*) illustrates a template that is positioned over an ear.

FIG. **13** is a perspective view of a template that is useful in the cervix.

FIG. **14** is a cross-sectional view of the template of FIG. **13**.

FIG. **15**(*a*) is a front view of an orthodontic appliance that includes RF electrodes.

FIG. **15**(*b*) is perspective view of an orthodontic appliance template of the device of FIG. **1**.

FIG. **15**(*c*) is cross-sectional view of the template of FIG. **15**(*b*)

FIG. **16** is a perspective view illustrating a template made of a semisolid material that becomes more conforming to underlying soft tissue upon the application of a mechanical force.

FIG. **17** illustrates a template with an adherent or suction mechanical force delivery surface that permits manual manipulation of skin and soft tissue structures.

FIG. **18***a* is a schematic diagram illustrating a monopolar RF energy system including the use of a ground pad electrode.

FIG. **18***b* is a schematic diagram illustrating a bipolar RF energy system and bipolar RF energy electrode.

FIGS. **19***a* and **19***b* are later views illustrating geometric embodiments of an RF electrode configured to reduce edge effects

FIG. **20***a* is a lateral view illustrating the use of conforming layers with an RF electrode configured to reduce edge effects.

FIG. **20***b* is a lateral view illustrating the use of semiconductive material template with an RF electrode configured to reduce edge effects.

FIG. **21** is a lateral view illustrating the use of template with a conformable surface.

FIG. **22** is a schematic diagram illustrating the use of a monitoring system to monitor stray current from the active or the passive electrode.

FIG. **23** depicts a block diagram of the feed back control system that can be used with the pelvic treatment apparatus.

FIG. **24** depicts a block diagram of an analog amplifier, analog multiplexer and microprocessor used with the feedback control system of FIG. **23**.

FIG. **25** depicts a block diagram of the operations performed in the feedback control system depicted in FIG. **23**.

## DETAILED DESCRIPTION

FIG. 1 depicts an apparatus **8** to modify a tissue structure **9** or tissue **9** (including an underlying tissue layer **9"** and/or a surface or skin layer **9'**). Tissue **9** can include skin tissue or any collagen containing tissue and underlying tissue **9"** can include dermal and subdermal layers including collagen containing underlying tissue. In various embodiments, apparatus **8** can have one or more of the following features: i) feedback control of energy delivery and applied force and other parameters discussed herein ii) cooled energy delivery devices, iii) delivery of cooling fluid to tissue site and/or energy devices iv) contact sensing of electrodes, v) control of energy delivery and applied force via the use of a database of combinations of energy, force, pressure, etc including direction, rates and total amounts delivered over time, the data base can alone or in combination with feedback control.

Referring now to FIGS. 1, 2*a* and 2*b*, apparatus **8** includes an introducer **10** with proximal and distal ends **10'** and **10"**. Introducer **10** is coupled at its distal end **10"** to a template **12** which in turn includes a soft tissue mechanical force application surface **14** and a receiving opening **16** to receive a body structure. Mechanical force application surface **14** is configured to receive the body structure and apply force to soft tissue in the body structure, resulting in the application of a force **17** to that structure including its surface and underlying tissue.

Introducer **10** may have one or more lumens **13'** that extend the full length of the introducer or only a portion thereof. These lumens may be used as paths for the delivery of fluids and gases, as well as providing channels for cables, catheters, guide wires, pull wires, insulated wires, optical fibers, and viewing devices/scopes. In one embodiment, the introducer can be a multi-lumen catheter, as is well known to those skilled in the art. In another embodiment, introducer **10** can include or otherwise be coupled to a viewing device such as endoscope, viewing scopes and the like.

In various embodiments, apparatus **8** can include a handpiece **11** coupled to introducer **10**. Handpiece **11** can include a deflection mechanism **11'** such as a pull wire or other mechanism known in the art. Deflection mechanism **11'** can be used to deflect the distal end **10"** of introducer **10** including template **12** by an angle **10'''** relative to a lateral axis **10""** of introducer **10**. In various embodiments angle **10'''** can be an acute angle (e.g <90E) with specific embodiments of 60, 45 or 30E.

An energy delivery device **18** is coupled to template **12**. Energy delivery device **18** is configured to deliver energy to template **12** to form a template energy delivery surface **20** at an interior of template **12**. Energy delivery surface **20** contacts the skin or other tissue at a tissue interface **21**. In various embodiments, one or more energy delivery devices **18** may deliver energy to template **12** and energy delivery surface **20**. An energy source **22** (described herein) is coupled to energy delivery device **18** and/or energy delivery surface **20**. Energy delivery device **18** and energy source **22** may be a single integral unit or each can be separate.

Referring now to FIG. 2*b*, a fluid delivery device **13** can be coupled to introducer **10** and/or template **12** including energy delivery device **18**. Fluid delivery device **13** (also called cooling device **13**) serves to deliver fluid to tissue interface **21** and surrounding tissue to prevent or otherwise reduce thermal damage of the skin surface with the topical application of energy. In various embodiments, fluid delivery device **13** can include one or more lumens **13'** which can be the same or otherwise continuous (e.g. fluidically coupled) with lumen **13'** in introducer **10** and template **12**.

US 6,749,624 B2

5

Lumens **13'** can be fluidically coupled to a pressure source **13"** and fluid reservoir **13'''**. Fluid delivery device **13** can also be coupled to a control system described herein. In various embodiments, pressure source **13"** can be a pump (such as a peristaltic pump) or a tank or other source of pressurized inert gas (e.g. nitrogen, helium and the like).

Fluid delivery device **13** is configured to deliver a heat transfer media **15** (also called a cooling media **15**, flowable media **15** or fluid **15**) to tissue interface **21**, that serves to dissipate sufficient heat from the skin and underlying tissue at or near tissue interface **21** during the delivery of energy at or near this site so as to prevent or reduce thermal damage including burning and blistering. Similarly, fluid delivery device **13** may also deliver fluid **15** to and dissipate heat from energy delivery device **18** and/or template **12** to achieve a similar result. In various embodiments, introducer **10**, including lumens **13'** can serve as a cooling media introduction member **10** for heat transfer media **15**.

Fluid **15** serves a heat transfer medium and its composition and physical properties can be configured to optimize its ability to dissipate heat. Desirable physical properties of fluid **15** include, but are not limited to, a high heat capacity (e.g. specific heat) and a high thermal conductivity (e.g. conduction coefficient) both of which can be comparable to liquid water in various embodiments or enhanced by the addition of chemical additives known in the art. In other embodiments, fluid **15** may also serve to conduct RF energy and therefore have good electrical conductivity. Fluid **15** can be selected from a variety of fluids including, but not limited to water, saline solution (or other salt aqueous salt solutions), alcohol (ethyl or methyl), ethylene glycol or a combination thereof. Also, fluid **15** can be in a liquid or gaseous state, or may exist in two or more phases and may undergo a phase change as part of its cooling function, such as melting or evaporation (whereby heat is absorbed by the fluid as a latent heat of fusion or evaporation). In a specific embodiment, fluid **15** can be a liquid at or near its saturation temperature. In another embodiment, fluid **15** can be a gas which undergoes a rapid expansion resulting in a joule Thompson cooling of one or more of the following: fluid **15**, tissue interface **21**, energy delivery device **18** and energy delivery surface **20**. In various embodiments, fluid **15** can be cooled to over a range of temperatures including but not limited to 32 to 98° F. In other embodiments fluid **15** can be configured to be cooled to cryogenic temperatures in a range including but not limited to 32 to −100° F. Fluid or heat transfer media **15** can be cooled by a variety of mechanisms, including but not limited to, conductive cooling, convective cooling (force and unforced), radiative cooling, evaporative cooling, melt cooling and ebullient cooling. Ebullient cooling involves the use of a liquid heat transfer liquid at or near saturation temperature. In various embodiments fluid **15** can also be an electrolytic fluid used to conduct or delivery RF energy to or in tissue and/or reduce impedance of tissue.

In other embodiments, thermal damage to skin **9'** and underlying tissue **9"** can be reduced or prevented through the use of a reverse thermal gradient device **25**. Reverse thermal gradient device **25** can be positioned at or thermally coupled to template **12**, mechanical force application surface **14** or energy delivery device **18**. Suitable reverse thermal gradient devices **25** include but are not limited to peltier effect devices known in the art.

The delivery of cooling fluid **15** by fluid delivery device **13**, energy (e.g. heat) by energy delivery device **18** and force (e.g. pressure) by force applications surface **14** can be regulated separately or in combination by a feedback control system described herein. Inputs parameters to the feedback

6

control system **54** can include, but are not limited to temperature, impedance and pressure of the tissue interface **21** energy delivery device **18** (including surface **18'**) and underlying structure, separately or in combination. The sequence of cooling and heating delivered to tissue interface **21** is controllable to prevent or reduce burning and other thermal damage to tissue.

Different cooling and heating control algorithms can be employed in different combinations of continuous and discontinuous modes of application. Specific control algorithms that can be employed in a control system described herein include proportional (P), proportional-integral (PI) and proportional-integral-derivative algorithms (PID) the like, all well known in the art. These algorithms can use one or more input variables described herein and have their proportional, integral and derivative gains tuned to the specific combination of input variables. The control algorithms can be run either in an analog or digital mode using hardware described herein. Temporal modes of delivery of cooling and energy to tissue interface **21** include, but are not limited to fixed rate continuous, variable rate continuous, fixed rate pulsed, variable rate pulsed and variable amount pulsing. Example delivery modes include the continuous application of the cooling means in which the flow rate is varied and application of the power source is pulsed or continuous i.e., the application of power can be applied in a pulsed fashion with continuous cooling in which the flow rate of cooling solution and the rate of RF energy pulsing (at a set power level) is varied as a function of surface monitoring of tissue interface **21**. Pulsing of the cooling medium **15** flow rate may be either a constant or variable rate. A pulsed or intermittent application of cooling in which the frequency of pulsing is determined by surface monitors can also be combined with the application of a continuous or pulsed energy source. For instance, cooling is applied as an intermittent spraying of a cryogen solution with a continuous application of RF energy. Even the amount of a single pulse of the cooling medium can be varied (variable amount pulsing). Any liquid, such as a cryogen (e.g. liquid nitrogen) that quickly evaporates with heat, can be applied in this fashion. Another example of variable pulsing is the application of a constant rate of RF pulsing at a variable power level that is feedback controlled. Cooling can also be varied by pulsing the flow rate of continuous cooling. More complicated algorithms involve the use of variable sequences of both cooling and heating. Less complicated algorithms involve a variable component with a fixed component of heating or cooling. The least complicated algorithm involves the use of a data base that may not be feedback controlled, in which certain fixed or non variable combinations of heating and cooling are allowed to initiate a treatment cycle.

Template **12** can deliver both electromagnetic energy and mechanical force to the selected tissue or anatomical structure **9**. Suitable anatomical structures **9** include, but are not limited to, hips, buttocks, thighs, calves, knees, angles, feet, perineum, the abdomen, chest, back flanks, waistline, legs, arms, legs, arms, wrists, upper arms, axilla, elbows, eyelids, face, neck, ears, nose, lips, checks, forehead, hands, breasts and the like. In various embodiments, tissue structure **9** includes any collagen containing tissue structure.

Mechanical force application surface **14** can apply pressure, suction, adhesive forces and the like in order to create an extension or compression of the soft tissue structure and/or the skin surface. One or more energy delivery devices **18** can form an energy delivery surface **20** in template **12**. In various embodiments, energy delivery surface **20** can be the same size as force application surface **14** or it can be a smaller area.

US 6,749,624 B2

7

8

A variety of mechanical forces can be applied to tissue using apparatus **8** and force application surface **14**, including but not limited to, the following: (i) pressure, (ii) expansion, (iii) stretching, (iv) extension, (v) prolongation, or (vi) lengthening. The pressure force can be a positive pressure or a negative pressure. Positive pressure provides a compression of collagen containing tissue, with converging and diverging force vectors, while negative pressure creates an extension of collagen containing tissue with converging and diverging vectors. In various embodiments, the force **17** applied by force application surface **14** to tissue interface **21** is monitored and used as an input parameter (by sensors **23** described herein) as well as feedback controlled (by means described herein) so as to perform or facilitate one or more of the following functions: (i) minimize and/or prevent burning and other thermal tissue damage; (ii) serve as a therapeutic modality to increase or decrease the delivery of thermal energy and mechanical force to the intended treatment site. In a preferred embodiment, the applied force **17** measured and monitored as described, is a pressure (e.g. force per unit tissue surface area) or otherwise expressed as such. In bipolar electrode applications describe herein, the force **17** applied by force application surface **14** should be limited to that amount necessary to achieve contact with skin.

Suitable sensors **23** that can that can be used to measure applied force or pressure to tissue include, but are not limited to strain gauges which can be made out of silicon and micro machined using techniques well known in the art. Suitable pressure sensors include the NPH series TO-8 Packaged Silicon Pressure Sensor manufactured by Lucas NovaSensor7.

In various embodiments, energy delivery device **18** can be configured to operate within the following parameters: (i) provides a controlled delivery of electromagnetic energy to the skin surface that does not exceed, 1,000 joules/cm2, or 10 joules/sec/cm2; (ii) provides a controlled delivery of electromagnetic energy to the skin surface not exceeding 600 joules/cm2 during a single treatment session (during a twenty-four hour period); provides a controlled delivery of electromagnetic energy to the skin surface not exceeding 200 joules/cm2 during a single treatment session, or not exceeding 10 joules/sec/cm2; (iii) operates in an impedance range at the skin surface of, 70 ohms cm2 (measured at a frequency of 88 Hz) to 40 Kohms cm2 (measured at a frequency of 10 KHz); (iv) provides a controlled delivery of electromagnetic energy to operate in a range of skin thermal conductivities (at or near the skin surface) of 0.20 to 1.2 k (where k=1*[W/(m° C.)]); operates in a range of compression forces applied to the skin surface and/or the underlying soft tissue anatomical structure not exceeding 400 mmHg, not exceeding 300 mm, not exceeding 200 mmHg or not exceeding 100 mmHg.

Suitable energy sources **22** that may be employed in one or more embodiments of the invention include, but are not limited to, the following: (i) a radio-frequency (RF) source coupled to an RF electrode, (ii) a coherent source of light coupled to an optical fiber, (iii) an incoherent light source coupled to an optical fiber, (iv) a heated fluid coupled to a catheter with a closed channel configured to receive the heated fluid, (v) a heated fluid coupled to a catheter with an open channel configured to receive the heated fluid, (vi) a cooled fluid coupled to a catheter with a closed channel configured to receive the cooled fluid, (vii) a cooled fluid coupled to a catheter with an open channel configured to receive the cooled fluid, (viii) a cryogenic fluid, (ix) a resistive heating source, (x) a microwave source providing energy from 915 MHz to 2.45 GHz and coupled to a microwave antenna, (xi) an ultrasound power source coupled to an ultrasound emitter, wherein the ultrasound power source produces energy in the range of 300 KHZ to 3 GHz, (xii) a microwave source or (xiii) a fluid jet.

For ease of discussion for the remainder of this application, the power source utilized is an RF source and energy delivery device **18** is one or more RF electrodes **18** also described as electrodes **18** having a surface **18'**. However, all of the other herein mentioned power sources and energy delivery devices are equally applicable to apparatus **10**.

Template **12** can apply both a mechanical force and deliver energy to do one or more of the following: (i) tighten the skin, (ii) smooth the surface of the skin, (iii) improve a compliance of the skin surface, (iv) improve a flexibility of the skin surface; and (v) provides cellular remodeling of collagen in soft tissue anatomical structures. Mechanical force application surface **14**, (i) is at least partially conforming to the skin surface, (ii) may apply a substantially even pressure to the soft tissue anatomical structures and (iii) can apply a variable pressure to the skin surface and underlying soft tissue structures. The combined delivery of electromagnetic energy and a mechanical force is used to create a three-dimensional contouring of the soft tissue structure. The amount of mechanical force applied by mechanical force application surface **14** can be selectable to meet one or more of the following criteria: (i) sufficient to achieve a smoothing effect of the skin surface, (ii) can be less than the tensile strength of collagen in tissue and (iii) sufficient to create force vectors that cleave collagen cross-links to remodel collagen containing structures.

A sensor **23** is positioned at or adjacent energy delivery surface **20** and/or electrode **18** to monitor temperature, impedance (electrical), cooling media fluid flow and the like of tissue **9** of one or more of the following: tissue interface **21**, tissue **11**, or electrode **18**. Suitable sensors **23** include impedance, thermal and flow measurement devices. Sensor **23** is used to control the delivery of energy and reduce the risk of cell necrosis at the surface of the skin as well and/or damage to underlying soft tissue structures. Sensor **23** is of conventional design, including but not limited to thermistors, thermocouples, resistive wires, and the like. A suitable thermal sensor **23** includes a T type thermocouple with copper constantene, J type, E type, K type, fiber optics, resistive wires, thermocouple IR detectors, and the like. Suitable flow sensors include ultrasonic, electromagnetic and aneometric (including thin and hot film varieties) as is well known in the art. In various embodiments, two or more temperature and impedance sensors **23** are placed on opposite side or otherwise opposing geometric positions of electrode **18** or energy delivery surface **20**.

Apparatus **8** can be configured to deliver sufficient energy and/or force to meet the specific energy requirements for disrupting and/or cleaving each type of molecular bond within the collagen matrix. Collagen crosslinks may be either intramolecular (hydrogen bond) or intermolecular (covalent and ionic bonds). Hydrogen bonds are disrupted by heat. Covalent bonds may be cleaved with the stress created from the hydrogen bond disruption and the application of an external mechanical force. Cleavage of ionic bonds may be achieved with an alternating electromagnetic force (as would be induced by an electromagnetic field such as an RF field) in addition to the application of an external mechanical force that is applied by template **12**. The strength of a hydrogen bond is relatively weak and can be thermally disrupted without ablation of tissue. The in vitro thermal

US 6,749,624 B2

9

10

cleavage of the hydrogen bond crosslinks of tropocollagen can result in the molecular contraction of the triple helix up to one third of its original length. However, in vivo collagen exists in fibrils that have extensive intermolecular crosslinks that are covalent or ionic in nature. These covalent and ionic crosslinks are stronger and cannot be easily disrupted with heat alone. These intermolecular bonds are the main structural determinants of the collagen matrix strength and morphology. In vivo thermal disruption of intramolecular hydrogen bonds will not by itself result in a significant change in matrix morphology. As the intermolecular crosslinks are heat stable, cleavage may occur by a secondary process which can be the result of thermal disruption of intramolecular hydrogen bonds. In the non-polar region of the collagen fibril, intermolecular covalent bonds predominate (intramolecular covalent bonds are also present but are fewer in number).

These intermolecular covalent crosslinks increase with age, (refer to FIGS. 3 and 4). As a result, the solubility of the collagen matrix in a soft tissue structure is reduced with this maturation process. Although tensile strength is increased, the collagen containing tissue becomes less compliant. Cleavage of an intermolecular bond requires approximately one ev (electron volt) of energy and can not be accomplished by heat without thermal ablation of tissue. In addition, covalent bonds are not strongly polar and will not be significantly affected by an RF current at this reduced power level. Cleavage of intermolecular covalent bonds that result in matrix remodeling without ablation is achieved by the stress created from the thermal disruption of intramolecular hydrogen bonds. Additional remodeling stress can be provided with the application of an external force that has the appropriate orientation to the fibrils of the matrix. Suitable orientations include approximately parallel to the lateral axis of the collagen fibrils. Ionic bonds are essentially intermolecular and are present in the polar regions of the fibril. Although slightly weaker than covalent bonds, thermal disruption of ionic bonds cannot occur without ablation of tissue. An RF field is an effective means to cleave these bonds and is created by the an in phase alternating ionic motion of the extracellular fluid. Frequency modulation of the RF current may allow coupling to the ionic bonds in the polar regions of the fibril. Remodeling of a target site may be optimized by the selection of a band of the spectrum that is target site specific in order to reduce collateral damage. If an optimized intrinsic absorption is insufficient then a selective medium may be provided to alter the absorption in order to discriminate various soft tissue structures. This may be achieved by altering the absorption. By altering the extracellular fluid content of a soft tissue in specific ways, the delivery of energy to a target tissue site is achieved with minimal damage to collateral structures such as skin and adjacent soft tissue structures.

The reforming of bonds at the same bond sites will diminish the remodeling process. Relaxation phenomena may inhibited with the application of an external mechanical force that separates bond sites but allows the reforming of these covalent and ionic bonds in a lengthened or contracted morphology. This can be the underlying biophysical process that occurs with the controlled remodeling of the collagen matrix. Ground substance may also function to diminish relaxation of crosslinks through competitive inhibition. Chondroitin sulfate is a highly charged molecule that is attached to a protein in a "bottle brush" configuration. This configuration promotes attachment at polar regions of the fibril and reduces the relaxation of ionic bonds in this region. As a consequence, immature soluble collagen, which has

fewer intermolecular crosslinks and contains a higher concentration of ground substance, may be more easily remodeled. The induction of scar collagen through the wound healing sequence may also facilitate the remodeling process within a treatment area.

Collagen cleavage in tissue is a probability event dependant on temperature. There is a greater probability that a collagen bond will be cleaved with higher temperatures. Cleavage of collagen bonds will occur at lower temperatures but at a lower frequency. Low level thermal cleavage is frequently associated with relaxation phenomena in which there is not a net change in molecular length. An external force that mechanically cleaves the fibril may reduce the probability of relaxation phenomena. The application of an external force will also provide a means to lengthen or contract the collagen matrix at lower temperatures while reducing the potential of surface ablation. The cleavage of crosslinks with collagen remodeling may be occurring at a basal metabolic temperature that is expressed morphologically as the process of aging. Although the probability for significant cleavage in a short period of time is small, aging may be expressed as a low level steady state of collagen remodeling with the external force of gravity that becomes very significant over a period of decades. Hydrogen bonds that are relatively weak (e.g. bond strength of 0.2 to 0.4 ev) are formed within the tertiary structure of the tropocollagen molecule.

Thermal disruption of these bonds can be achieved without ablation of tissue or cell necrosis. The probability of hydrogen bond disruption at a certain temperature can be predicted by statistical thermodynamics. If a Boltzmann distribution is used to calculate the probability of bond disruption then a graph illustrating the relationship between bond strength and the probability of bond disruption at a certain temperature can be produced. Graphs of the probability of cleavage (at 37E C.) versus bond strengths are shown in FIGS. 5 and 6.

Different morphological expressions of aging may be due to the effect of gravity upon the matrix of a particular area. In areas of the skin envelope in which gravity lengthens the matrix, elastosis of skin will occur. In contrast to skin aging certain anatomical structures, such as joint ligaments, will appear to tighten with the aging process. The reduced range of motion may be due in part to the vertical vector of gravity contracting the matrix of a vertically aligned ligament. However, most of the "tightening" or reduced range of motion of joints may not be secondary to a contracted matrix but is due to reduced flexibility of the matrix caused by increased intramolecular cross-linking that occurs with aging. Essentially, the controlled remodeling of collagen is the reversal of the aging process and involves the reduction in the number of intermolecular crosslinks. As a result the remodeled matrix becomes less brittle. Greater flexibility of the soft tissue has several functional advantages including an increased range of motion of component joints.

When the rate of thermal cleavage of intramolecular crosslinks exceeds the rate of relaxation (reforming of hydrogen bonds) then the contraction of the tertiary structure of the molecule can be achieved. No external force is required for this process to occur. Essentially, the contraction of the tertiary structure of the molecule creates the initial intermolecular vector of contraction. The application of an external mechanical force during thermal cleavage will also affect the length of the collagen fibril and is determined by the overall sum of intrinsic and extrinsic vectors that is applied during a cleavage event. Collagen fibrils in a matrix exhibit a variety of spatial orientations. The matrix is

US 6,749,624 B2

11

lengthened if the sum of all vectors act to distract the fibril. Contraction of the matrix is facilitated if the sum of all extrinsic vectors acts to shorten the fibril. Thermal disruption of intramolecular bonds and mechanical cleavage of intermolecular crosslinks is also affected by relaxation events that restore preexisting configurations. However, a permanent change of molecular length will occur if crosslinks are reformed after lengthening or contraction of the collagen fibril. The continuous application of an external mechanical force will increase the probability of crosslinks forming, alter lengthening or contraction of the fibril.

The amount of (intramolecular) hydrogen bond cleavage required will be determined by the combined ionic and covalent intermolecular bond strengths within the collagen fibril. Until this threshold is reached little or no change in the quaternary structure of the collagen fibril will occur. When the intermolecular stress is adequate, cleavage of the ionic and covalent bonds will occur. Typically, the intermolecular cleavage of ionic and covalent bonds will occur with a ratcheting effect from the realignment of polar and non-polar regions in the lengthened or contracted fibril. The birefringence (as seen with the electron microscope) of the collagen fibril may be altered but not lost with this remodeling process. The quarter staggered configuration of the tropocollagen molecules in the native fiber exhibits a 680 D banding which either lengthens or contracts depending on the clinical application. The application of the mechanical force with template 12 during the remodeling process determines if a lengthen or contracted morphology of the collagen fibril is created. An external force of contraction will result in the contraction of the tertiary and quaternary structure of the matrix. With the application of an external distraction force, intramolecular contraction may still occur from the intrinsic vector that is inherent within its tertiary structure. However, overall lengthening of the quaternary structure of the fibril will occur due to the mechanical cleavage of the intermolecular bonds. Contraction of the tertiary structure with overall lengthening of the collagen fibril can alter the birefringence of the matrix. The altered periodicity will be exhibited in the remodeled matrix that will correlate to the amount of lengthening achieved.

Delivery of both electromagnetic energy and mechanical energy to the selected body structure involves both molecular and cellular remodeling of collagen containing tissues. The use of low level thermal treatments over several days provides an additional way to contract skin with minimal blistering and cell necrosis. Cellular contraction involves the initiation of an inflammatory/wound healing sequence that is perpetuated over several weeks with sequential and lengthy low level thermal treatments. Contraction of skin is achieved through fibroblastic multiplication and contraction with the deposition of a static supporting matrix of nascent scar collagen. This cellular contraction process is a biological threshold event initiated by the degranulation of the mast cell that releases histamine. This histamine release initiates the inflammatory wound healing sequence.

Molecular contraction of collagen is a more immediate biophysical process that occurs most efficiently with electromagnetic energy delivery devices, including but not limited to RF electrodes. The clinical setting is physician controlled and requires more precise temperature, impedance, cooling media flow and energy delivery monitoring to avoid blistering of the skin. Measured impedance will vary with the frequency of the electromagnetic energy applied to the skin surface and/or underlying soft tissue structure.

Patients may be treated with one or more modalities described herein to achieve the optimal esthetic result.

12

Refinements to the treatment area may be required using apparatus 8 in the physician's office. However, tightening of a skin surface may accentuate any preexisting contour irregularities. For this reason, conforming esthetic template 12 is used to smooth surface contour irregularities. Essentially, the application of a mechanical force upon the collagen matrix involves both contraction or distraction of the selected soft tissue structure to achieve a smoother contour. Thermal (or electromagnetic) cleavage of collagen crosslinks when combined with a mechanical force creates force vectors that contract, distract or shear the longitudinal axis of the fibril. A vector space is created with the combination of a scalar component (heat) and a force vector (an externally applied mechanical force). The force vectors within this vector space vary depending upon the specific morphology of the tissue. For example, the peaks and valleys of cellulite will have different force vectors when uniform external compression is applied. As illustrated in FIGS. 7 and 8, template 12 produces converging and diverging force vectors that act to smooth surface morphology by contracting (valleys) and distracting (peaks) the collagen matrix in a soft tissue structure. Diverging vectors on the peaks lengthen the collagen matrix while converging vectors in the valleys contract and compact the collagen matrix. The overall result is the smoothing of an irregular skin surface.

Apparatus 8 may also be used to treat wrinkling of the skin. The treatment of skin wrinkles is shown in FIG. 9. In a skin wrinkle the vectors are directed perpendicular to the troughs and ridges of this contour deformity. Diverging vectors at the ridges of the skin converge in the trough of the wrinkle to smooth the surface morphology. The collagen matrix is distracted or extended at the ridges and contracted in the valleys. The overall result is the smoothing of the wrinkled skin surface.

Linear scars exhibit a similar morphology and can be remodeled with apparatus 8. Any surface irregularity with depressions and elevations will have vectors directed to the lowest point of the deformity. Prominent "pores" or scaring of the skin have a similar pattern to cellulite but on a smaller scale and can also be treated with apparatus 8. Clinically, the application of the mechanical force reduces the power required to remodel the matrix and diminishes cell necrosis of the skin surface as well as underlying soft tissue structures. Compression alters the extracellular fluid of the soft tissue structure (collagen) and exerts electrical impedance and thermal conductivity effects that allow delineation of a conduit-treatment interface of the collagen containing tissues. A deeper dermal interface will contract skin and exert three dimensional contour effects while a more superficial interface will smooth surface morphology.

In circumstances in which expansion of the skin envelope is needed, the combined application of heat and pressure is also required. For breast reconstruction, expansion of the skin envelope is typically achieved with each inflation of a subpectoral breast expander. FIGS. 10(a) and 10(b) illustrate an expander with an RF receiver electrode. A telescoping segment with an RF energy source is incorporated with access valve and is used to expand a nipple areolar donor site for Pectoralis "Peg" Procedure. The segmental expander can also be used to prepare the recipient site for delayed autologous "Peg" Flap. The pressure that is exerted on the skin and the periprosthetic scar capsule is from the inside. In this application, vectors are directed outward. As an adjunct to this expansion process, a controlled thermal pad may be incorporated into a bra, as illustrated in FIG. 10(c), which can be applied to the inferior pole of the breast skin to promote lengthening of collagen fibril within the skin and

US 6,749,624 B2

13                                                                                      14

underlying scar capsule around the expander. The bra may also function as an external conforming template **12** to achieve a specific breast shape. The net result is the creation of a more esthetic breast reconstruction with three dimensional characteristics of the opposite breast. In a like manner, other garments can be utilized as external conforming templates for other anatomical body structures. In FIG. **10**(*d*) a breast expander is partially expanded within the breast. In FIG. **10**(*e*), the expander is fully expanded within the breast.

Template **12** applies a mechanical force in combination with the delivery of energy to the skin surface and underlying soft tissue structure, to remodel collagen both esthetically and functionally with minimal thermal damage including cell necrosis. Additionally, template **12** can be configured (as described herein) to deliver both mechanical force and energy while minimizing or reducing edge effects. These effects comprise both electrical and pressure edge effects describe herein.

In various embodiments, template **12** can be configured to treat a variety of human anatomical structures (both internal and external) and accordingly, can have a variety of different forms, including but not limited to, a garment that is illustrated in FIG. **11**. An energy source **22** can be directly incorporated into the fabric of a tight fitting garment or inserted as a heating or RF electrode pad into a pocket of the garment. Another example of a garment is a tight fitting bra that extends over the arm and waistline with zone control that provides contraction of the skin of the breast, arms, and waistline to a variable amount to create a desired three-dimensional figure. Functional remodeling of collagen containing structures include a variety of different applications for aesthetic remodeling.

As shown in FIGS. **12**(*a*) and **12**(*b*), in various embodiments template **12** can be a garment positioned over the nose, around the ear, or other facial structure.

Template **12** can also be applied for functional purposes. Referring now to FIGS. **13** and **14**, pre-term cervical dilation can be treated with a template **12** that is the impression "competent" cervix. The cervical template **12** create vectors that contract the circumference of the cervix. The incorporated energy delivery device **18** contracts the native matrix and induces scar collagen. The dilated cervical OS is tightened and the entire cervix is strengthened. Energy delivery device **18** can be incorporated into template **12** which can be the cervical conformer and inserted as a vaginal obturator. It will be appreciated that template **12** can be utilized for other functional treatments.

In another embodiment, template **12** is a functional appliance that may be nonconforming and can be separate or incorporated with the energy delivery device **18**. Orthodontic braces that are designed in conjunction with energy delivery device **18** are used to remodel dental collagen and apply rotation and inclination vectors on the neck of the tooth which is devoid of enamel. In FIG. **15**(*a*) orthodontic braces are coupled to RF electrodes and associated power source. The orthodontic braces function as a nonconforming force application surface that is coupled to incorporated RF electrodes. FIGS. **15**(*b*) and **15**(*c*) illustrates a orthodontic appliance that is a conforming template **12** coupled to RF electrodes. As a consequence, orthodontic correction is more rapidly achieved than current modalities that employ only mechanical forces. Orthodontic correction can also be achieved with a conforming template **12** that is the corrected impression of the patient's dentition.

For orthopedic applications, an external fixation device is used as a nonconforming functional appliance. This appliance is used in tandem with an energy source device, including but not limited to RF electrodes, that remodels the collagen of the callus tissue. More accurate alignment of osteotomy and fracture sites are possible with either a conforming or nonconforming brace that is used in tandem or is directly incorporated into energy delivery device **18**. Improved range of motion of contracted joints and correction of postural (spinal) deformities can be achieved with this combined approach.

The ability to remodel soft tissue in anatomical structures other than skin is dependent upon the presence of preexisting native collagen. In tissue devoid or deficient of native collagen, energy and/or force can be delivered to cause an induction or formation of scar collagen. Template **12** can be used to remodel the subcutaneous fat of hips and thighs in addition to the tightening of the skin envelope. The convolutions of the ear cartilage can be altered to correct a congenital prominence. The nasal tip can be conformed to a more esthetically pleasing contour without surgery.

Template **12** can be used with any modality that remodels collagen including but not limited to the applications of heat, electromagnetic energy, force and chemical treatment, singularly or in combination. In addition to RF (e.g. molecular) remodeling of collagen, cellular modalities that invoke the wound healing sequence can be combined with a conforming esthetic template. Thermal and chemical treatments (e.g. glycolic acid) induce a low-level inflammatory reaction of the skin. Scar collagen induction and fibroblastic (cellular) contraction are directed into converging and diverging vectors by a conformer that produces a smoother and tighter skin envelope. In addition to achieving a smoother and tighter integument, the texture of the skin is also improved with this remodeling process. Older or less compliant skin has a greater number of intermolecular crosslinks in the dermal collagen than younger skin. Scar collagen induction with cleavage of crosslinks will produce a softer and more compliant skin envelope.

Cutaneous applications for apparatus **8** include the following: (i) Non invasive skin rejuvenation with the replacement of elastotic sun damaged collagen in the dermis with nascent scar collagen, (ii) on invasive hair removal, without epidermal burning, (iii) Hair growth with intracellular induction of the hair follicle, (iv) Non invasive reduction of sweating and body odor, (v) Non invasive reduction of sebaceous gland production of oil as a treatment of an excessively oily complexion, and (vi) Non invasive treatment of dilated dermal capillaries (spider veins). Noncutaneous applications for apparatus **8** include the following: (i) Non invasive treatment of preterm delivery due to an incompetent cervix, (ii) Non invasive treatment of pelvic prolapse and stress incontinence, (iii) Non invasive treatment of anal incontinence, (iv) Non invasive creation of a continent ileostomy or colostomy, and (v) Non invasive (or minimally invasive through an endoscope) correction of a hernia or diastasis.

Referring now to FIGS. **16** and **17**, template **12** can be stationary or mobile. A hand held conforming template **12** that is mobile provides the practitioner with greater flexibility to remodel the collagen matrix and surrounding tissue. Pressure (e.g. force) and impedance changes can serve as a guide for the manual application of template **12**. A hand held template **12** with an incorporated energy source **22** and energy delivery devices **18** may be applied over a conductive garment that provides three dimensional conformance to the treatment area. Less accessible areas can be remodeled with this particular device. In one embodiment shown in FIG. **16**, template **12** is made of a semisolid

US 6,749,624 B2

15

16

material that conforms a lax skin envelope to an underlying soft tissue structure. The semi-solid material allows for the customized shaping of force application surface **14** and reduces the need for precise fabrication of an esthetic template. Suitable semi-solid materials include compliant plastics that are thermally and electrically conductive. Such plastics include but are not limited to silicone, polyurethane and polytetrafluorothylene coated or otherwise embedded with an electrically or thermally conductive metal such as copper, silver, silver chloride, gold, platinum or other conductive metal known in the art.

Controlled remodeling of collagen containing tissue requires an electromagnetic device that lengthens or contracts the matrix with a minimum of cell necrosis. Energy delivery devices suited to this purpose include one or more RF electrodes. Accordingly, energy delivery device **18** can include a plurality of RF electrodes with or without insulation. The non-insulated sections of the RF electrodes collectively form template energy delivery surface **20**. In a similar manner in various other embodiments, microwave antennas, optical waveguides, ultrasound transducers and energy delivery or energy remove fluids can be used to form template energy delivery surface **20**. Individual electrodes **18** and the like can be multiplexed and to provide selectable delivery of energy.

Referring now to FIGS. **18a** and **18b**, when energy delivery device **18** is an RF electrode, energy source **22** is a RF generator well known in the art, together they comprise an RF energy delivery system **26**. RF energy system **26** can be operated in either a bipolar or a monopolar configuration as is well known in the art of electrosurgery. A monopolar RF energy system **26'** tends to behave as a series circuit if tissue surface impedance is uniform. In various monopolar embodiments, tissue surface impedance can both be reduced and made more uniform by hydration of the skin surface and/or underlying tissue. This in turn should reduce resistive heating of the skin surface. Such a monopolar system configuration will be less likely to produce high current density shorts than a bipolar system. The resulting electrical field will also have greater depth if heating of subjacent tissues is desired. It is predicted that the application of uniform compressive forces to the skin with monopolar RF systems can be used to actively remodel the dermis instead of being a factor that causes a combined edge effect at the skin surface. In addition, a monopolar system **26'** provides a choice of two treatment surfaces. Another embodiment of a monopolar system **26'** involves the combination of RF lipolysis at the active electrode with skin contraction at the passive electrode tissue interface **19'** and surrounding tissue.

As shown in FIG. **18a**, in a monopolar RF energy system **26'** current flows from RF energy source **22** to the RF electrode **18** also known as the active electrode **18**, into the patient and then returns back to RF generator **22** via a second electrode **19** known as a passive electrode **19**, return electrode **19**, or ground pad **19** which is in electrical contact with the skin of the patient (e.g the thigh or back). In various embodiments, RF electrode **18** can be constructed from a variety of materials including but not limited to stainless steel, silver, gold, platinum or other conductor known in the art. Combinations or alloys of the aforementioned materials may also be used.

Ground pad **19** serves to both provide a return path for electrical current **27** from electrode **18** to electrical ground and disperse the current density at ground pad tissue interface **19'** to a sufficiently low level so as to prevent a significant temperature rise and or thermal injury at interface **19'**. Ground pad **19** can be either a pad or a plate as is well known in the art. Plates are usually rigid and made of metal or foil-covered cardboard requiring use of a conductive gel; pads are usually flexible. Suitable geometries for ground pad **19** include circular, oval or rectangular (with curved corners) shapes. Heating at tissue interface **19** can be reduced in various embodiments in which ground pad **19** has a radial taper **19"**. Ground pad **19** may also contain a heat transfer fluid or be coated with a thermally conductive material to facilitate even distributions of heat over the pad, reduce hot spots and reduce the likelihood of thermal injury at tissue interface **19'**. Also ground pad **19** and the interface **19'** between ground pad **19** and the patient is of sufficiently low impedance to prevent the phenomena of current division, or electrical current flowing to ground by an alternate path of least resistance and potentially burning of the patients skin at an alternate grounded site on the patient. Furthermore, ground pad **19** is of sufficient surface area with respect to both the patient and with RF electrode **18** such that the return current is dispersed to a level that the current density at interface **19'** is significantly below a level that would cause damage or any appreciable heating of tissue at interface **19'** or any other part of the body except in the area **21** in immediate proximity to RF electrode **18**. In various embodiments, the surface area of ground pad **19** can range from 0.25 to 5 square feet, with specific embodiments of 1, 2, 3 and 4 square feet.

In alternative embodiments, grounding pad **19** is used as the surface treatment electrode. That is, it functions to produce a heating effect at tissue interface **19'** in contact with ground pad **19**. In these embodiments, the surface area of ground pad **19** is small enough relative to both the patient and/or RF electrode **18** such that ground pad **19** acts as the active electrode. Also, RF electrode **18** has a large enough surface area/volume (relative to the patient) not to produce a heating effect at energy delivery surface **20**. Also, ground pad **19** is positioned at the desired treatment site, while RF electrode **18** is electrically coupled to the patients skin **9'** a sufficient distance away from return electrode **19** to allow sufficient dispersion of RF current **27** flowing through the patient to decrease the current density and prevent any heating effect beside that occurring at pad interface **19'**. In this embodiment, fluid delivery device **13** can be incorporated into the ground pad **19**. The subjacent skin is hydrated to reduce resistive heating and provide a more uniform impedance that will avoid parallel shorts through localized areas of low impedance. At a distant tissue site, active electrode **18** is applied either topically cooled or inserted percutaneously with a sheathed electrode that avoids burning of the skin. The active electrode **18**, will be typically positioned in the subcutaneous fat layer. The fat is injected with a saline solution to lower current density which will in turn diminish burning of the subcutaneous tissue. If significant burning of the subcutaneous tissue occurs, this site can be positioned on the lower abdomen for an aesthetic excision.

Referring now to FIG. **18b**, in a bipolar RF energy system **26"**, individual RF electrodes **18** have positive and negative poles **29** and **29'**. Current flows from the positive pole **29** of one electrode to its negative pole **29'**, or in a multiple electrode embodiment, from the positive pole **29** of one electrode to the negative pole **29'** of an adjacent electrode. Also in a bipolar embodiment, the surface of a soft or conformable electrode **18** is covered by a semiconductive material describe herein. Also in a bipolar system it is important that the force applied by force applications surface **14** to tissue interface **21** be limited to that amount necessary only to achieve and maintain contact with the skin. This can

US 6,749,624 B2

17
18

be achieved through the use of a feedback control system described herein.

In various embodiments, RF electrode 18 can be configured to minimize electromagnetic edge effects which cause high concentrations of current density on the edges of the electrode. By increasing current density, edge effects cause hot spots in tissue interface 21 or on the edges of the electrode resulting in thermal damage to the skin and underlying tissue at or near tissue interface 21.

Referring now to FIGS. 19a and 19b, the reduction of edge effects can be accomplished by optimizing the geometry, design and construction of RF electrode 18. Electrode geometries suited for reducing edge effects and hot spots in RF electrode 18 and tissue interface 21 include substantially circular and oval discs with a radiused edge 18″. For the cylindrical configuration edge effects are minimized by maximizing the aspect ratios of the electrode (e.g. diameter/thickness). In a specific embodiment, edge effects can be also reduced through the use of a radial taper 43 in a circular or oval shaped electrode 18. In related embodiments, the edges 18″ of electrode 18 are sufficiently curved (e.g. have a sufficient radius of curvature) or otherwise lacking in sharp corners so as to minimize electrical edge effects.

Referring now to FIGS. 20a and 20b, the are several other embodiments of RF electrode 18 that can reduce edge effects. One embodiment illustrated in FIG. 20a, involves the use of a soft or conforming electrode 18 that has a soft or conforming layer 37 over all or a portion of its energy delivery surface 20. Conforming layer 37 can be fabricated from compliant polymers that are embedded or coated with one or more conducting materials (in the case of monopolar embodiments described herein) including, but not limited to silver, silver chloride, gold or platinum.

In bipolar embodiments, conforming layer 37 is coated or otherwise fabricated from semiconductive materials described herein. The polymers used are engineered to be sufficiently compliant and flexible to conform to the surface of the skin while not protruding into the skin, particularly along an edge of the electrode. The conducive coatings can be applied using electrodeposition or dip coating techniques well known in the art. Suitable polymers include elastomers such as silicone and polyurethanes (in membrane or foam form) and polytetrafluoroethylene. In one embodiment the conformable template surface 37 will overlap the perimeter 18″ of electrode 18 and cover any internal supporting structure. In another embodiment the entire surface 20 of electrode 18 is covered by conforming layer 37.

Referring now to FIG. 20b, in various embodiments, particularly those using an array of RF electrodes 18, edge effects at the electrode tissue interface 21 can be reduced by the use of a semiconductive material template 31 or substrate 31 located between or otherwise surrounding electrodes 18. In various embodiments, the conductivity (or impedance) of semiconductive substrate 31 can range from $10^{-4}$ to $10^5$(ohm-cm)$^{-1}$, with specific embodiments of $10^{-4}$ and 1 (ohm-cm)$^{-1}$. The conductivity (or impedance) of substrate 31 can also vary in a radial 31′ or longitudinal direction 31″ resulting in an impedance gradient.

In various embodiments, surrounding means that substrate 31 is in contact with and/or provides an electrical impedance at all or a portion of electrode 18, including but not limited to, only one or more surfaces 18′, and one or more edges 18″. In this and related embodiments substrate 31 is an insulating material with a conductivity of $10^{-6}$ (ohm-cm)$^{-1}$ or lower.

The impedance of the semiconductive template 31 can be variable in relation to electrode position within template. The template impedance has a specific pattern that reduces hot spots on the tissue surface 9′ by reducing current density at locations more likely to have higher current densities such as edges of individual electrodes and the array itself. In one embodiment, the impedance of template 31 is larger at the electrode perimeter or edges 18″. Also in various embodiments, electrode shape and topographical geometry are incorporated into the variable impedance topography of semiconductive template 31 between the electrodes. As a result, a more uniform current density is achieved that prevents or reduces thermal damage of tissue at or nearby tissue interface 21. The specific electrode shape, geometry and distribution pattern on the variable impedance template 31 as well as the pattern of impedance variation over the template surface 31′ can be modeled and designed using a software simulation (such as a finite element analysis program) that is adapted for the overall three-dimensional contour of a specific device.

In addition to electromagnetic edge effects described herein, pressure edge affects may also result with the use of a rigid materials in force application surface 14 that tend to concentrate force on the edges of force application surface 14 and/or electrode 18. Such force concentrations can damage skin and underlying tissue and also cause hot spots due to increased RF energy delivery and/or increased heat transfer at the areas of force concentration.

Referring now to FIG. 21, to eliminate these force concentrations and their effects, the shape and material selection, of template 12 can be configured to provide a cushioned or conformable template surface or layer 12′ that is incorporated into the framework of template 12 and force application surface 14 (i.e., the conformable template surface will overlap the perimeter and encompass any internal supporting member). In a specific embodiment, the entire surface of template 12 and/or force application surface 14 is covered by a conformable layer 12′ (similar to conformable layer 37) that is made of a semiconductive (for bipolar applications) or conductive (for monopolar applications) material that avoid enhanced pressure or electrical edge effects described herein. In another embodiment template 12 can have a laminated or layered construction whereby conformable layer 12′ is joined or otherwise coupled to an inner rigid layer 12″ (via adhesive bonding, ultrasonic welding or other joining method known in the art). Rigid layer 12 facilitated the in the transmission application of force 17 to tissue but does not contact tissue itself.

In various embodiments, conformable layer 12′ can be constructed of conformable materials with similar properties as conformable layer 37. Materials with suitable conformable properties include various conformable polymers known in the art including, but not limited to polyurethanes, silicones and polytetrafluoroethylene. The polymer materials can be coated with conductive materials such as silver, silver chloride, and gold; or semiconductive coatings such as vapor-deposited germanium (described in US Pat. No. 5,373,305 which is incorporated by reference herein) using electro/vapor deposition or dip coating techniques, or constructed with semiconductive polymers such as metallophthalocyanines using polymer processing techniques known in the art. In various embodiments, the thickness and durometer of polymers used for force application surface 14 and/or RF electrode 18 can be further configured to: i) produce a uniform distribution of applied force across the electrode tissue interface 21 or ii) produce a gradient in stiffness and resulting applied force 17 across energy delivery surface 20.

US 6,749,624 B2

19

20

In a preferred embodiment, force applications surface 14 and/or energy delivery surface 20 are configured to have maximum applied force 17 at their respective centers and decreasing applied force moving outward in the radial direction. In other embodiments, force application surface 14 can be engineered to produce varying force profiles or gradients at tissue interface 21 with respect to radial direction of template 12, force applications surface 14, or energy delivery surface 20. Possible force profiles include linear, stepped, curved, logarithmic with a minimum force at tissue interface edge 21' or force application edge 14' and increasing force moving in an inward radial direction. In a related embodiment, gradients in bending and compressive stiffness can be produced solely by varying the thickness of force application surface 14, electrode 18 or energy delivery surface 20 in their respective radial directions. In a preferred embodiment, force application surface 14 and/or electrode 18 has a maximum thickness and bending stiffness at their respective centers with a tapered decreasing thickness (and corresponding stiffness) moving out in their respective radial directions.

In various embodiments, monitoring of both active electrode 18 and passive electrode 19 may be employed to prevent or minimize unwanted currents due to insulation breakdown, excessive capacitive coupling or current division. An active electrode monitoring system 38 shown in FIG. 22, uses a monitoring unit 38' to continuously monitor the level of stray current 27' flowing out of electrode 18 and interrupts the power should a dangerous level of leakage occur. Stray currents 27' include currents due to capacitive coupling and/or insulation failure of electrode 18. In various embodiments monitoring unit 38' can be integrated into or otherwise electronically coupled with a control system 54 and current monitoring circuitry described herein. Monitoring system 38 may also be configured to conduct stray current from the active electrode back to the RF generator and away from patient tissue. Monitoring unit 38' can comprise electronic control and measurement circuitry for monitoring impedance, voltage, current and temperature well known in the art. Unit 38' may also include a digital computer/microprocessors such as an application specific integrated circuit (ASIC) or a commercial microprocessor (such as the Intel7 Pentium7 series) with embedded monitoring and control software and input/output ports for electrical connections to sensors 23 and other measurement circuitry, to active electrode 18, passive electrode 19, RF generator 22 and other electrical connections including connections to the patient and ground. Monitoring unit 38' may also be incorporated into RF generator 22. In another embodiment monitoring system 38 is configured as a passive electrode monitoring system 39' that is used to monitor the passive electrode 19 and shut down current flow from RF generator 22 should the impedance of passive electrode 19 or interface 19' becomes too high or temperature at the interface 19' rise above a set threshold. In these embodiments passive electrode 19 is a split conductive surface electrode (known in the art) which can measure impedance at the interface 19' between patient tissue and the patient return electrode itself and avoid tissue burns. Prevention of pad burns is also facilitated by the coupling of temperature monitoring, impedance and/or contact sensors 23 (such as thermocouples or thermistor) to pad 19 and a monitoring unit 39' (which can be the same as monitoring unit 38' and likewise coupled to control system 54). Contact or impedance sensors 23 allows unit 39' to monitor the amount of electrical contact area 19''' of pad 19 that is in electrical contact with the skin and shut down or otherwise alarm

should the amount of contact area fall below a minimum amount. Suitable contact sensors include pressure sensors, capacitance sensors, or resistors in suitable ranges and values known in the art for detecting electrical contact with the skin.

In one embodiment, elements of apparatus 8 is coupled to an open or closed loop feedback control system 54 (also called control system 54, control resources 54 and resources 54). Control system 54 is used to control the delivery of electromagnetic and mechanical energy to the skin surface and underlying soft tissue structure to minimize, and even eliminate, thermal damage to the skin and underlying tissue cell necrosis as well as blistering of the skin surface. Control system 54 also monitors other parameters including but not limited to, presence of an open circuit, short circuit or if voltage and current are supplied to the tissue for more than a predetermined maximum amount of time. Such conditions may indicate a problem with various components of apparatus 8 including RF generator 22, and monitoring unit 38' or 39'. Control system 54 can also be configure to control by deliver energy to selected tissue including epidermal, dermal, ans subdermal over a range of skin thermal conductivities including but not limited to the range 0.2 to 1.2 W/(m$^2$C.). In various embodiments, control system 54 can include a digital computer or microprocessors such as an application specific integrated circuit (ASIC) or a commercial microprocessor (such as the Intel® Pentium® series) with embedded monitoring and control software and input/output ports for electrical connections to sensors 23 and other measurement circuitry. In a related embodiment system 54 can comprise an energy control signal generator that generates an energy control signal.

Referring now to FIG. 23, an open or closed loop feedback control system 54 couples sensor 346 to energy source 392 (also called power source 392). In this embodiment, electrode 314 is one or more RF electrodes 314. The temperature of the tissue, or of RF electrode 314, is monitored, and the output power of energy source 392 adjusted accordingly. The physician can, if desired, override the closed or open loop control system 54. A microprocessor 394 can be included and incorporated in the closed or open loop system to switch power on and off, as well as modulate the power. Closed loop feedback control system 54 utilizes microprocessor 394 to serve as a controller, monitor the temperature, adjust the RF power, analyze the result, refeed the result, and then modulate the power.

With the use of sensor 346 and feedback control system 54, tissue adjacent to RF electrode 314 can be maintained at a desired temperature for a selected period of time without causing a shut down of the power circuit to electrode 314 due to the development of excessive electrical impedance at electrode 314 or adjacent tissue as is discussed herein. Each RF electrode 314 is connected to resources that generate an independent output. The output maintains a selected energy at RF electrode 314 for a selected length of time.

Current delivered through RF electrode 314 is measured by current sensor 396. Voltage is measured by voltage sensor 398. Impedance and power are then calculated at power and impedance calculation device 400. These values can then be displayed at user interface and display 402. Signals representative of power and impedance values are received by a controller 404. A control signal 404' (also called energy control signal 404') is generated by controller 404 that is proportional to the difference between an actual measured value, and a desired value. The control signal is used by power circuits 406 to adjust the power output an appropriate amount in order to maintain the desired power delivered at respective RF electrodes 314.

US 6,749,624 B2

21

22

In a similar manner, temperatures detected at sensor **346** provide feedback for maintaining a selected power. Temperature at sensor **346** is used as a safety means to interrupt the delivery of power when maximum pre-set temperatures are exceeded. The actual temperatures are measured at temperature measurement device **408**, and the temperatures are displayed at user interface and display **402**. A control signal is generated by controller **404** that is proportional to the difference between an actual measured temperature and a desired temperature. The control signal is used by power circuits **406** to adjust the power output an appropriate amount in order to maintain the desired temperature delivered at the sensor **346**. A multiplexer can be included to measure current, voltage and temperature, at the sensor **346**, and energy can be delivered to RF electrode **314** in monopolar or bipolar fashion.

Controller **404** can be a digital or analog controller, or a computer with software. When controller **404** is a computer it can include a CPU coupled through a system bus. This system can include a keyboard, a disk drive, or other non-volatile memory systems, a display, and other peripherals, as are known in the art. A program memory and a data memory are also coupled to the bus. User interface and display **402** includes operator controls and a display. Controller **404** can be coupled to imaging systems including, but not limited to, ultrasound, CT scanners, X-ray, MRI, mammographic X-ray and the like. Further, direct visualization and tactile imaging can be utilized.

The output of current sensor **396** and voltage sensor **398** are used by controller **404** to maintain a selected power level at each RF electrode **314** and also to monitor stray currents **427'** (due to insulation failure or capacitive coupling) flowing from electrode **314** The amount of RF energy delivered controls the amount of power. A profile of the power delivered to electrode **314** can be incorporated in controller **404** and a preset amount of energy to be delivered may also be profiled. Also, should stray current **427'** rise to an undesired level, controller **404** shuts down power source **392**.

Circuitry, software and feedback to controller **404** result in process control, the maintenance of the selected power setting which is independent of changes in voltage or current, and is used to change the following process variables: (i) the selected power setting, (ii) the duty cycle (e.g., on-off time), (iii) bipolar or monopolar energy delivery; and, (iv) fluid delivery, including flow rate and pressure. These process variables are controlled and varied, while maintaining the desired delivery of power independent of changes in voltage or current, based on temperatures monitored at sensor **346**.

Referring now to FIG. 24, current sensor **396** and voltage sensor **398** are connected to the input of an analog amplifier **410**. Analog amplifier **410** can be a conventional differential amplifier circuit for use with sensor **346**. The output of analog amplifier **410** is sequentially connected by an analog multiplexer **412** to the input of A/D converter **414**. The output of analog amplifier **410** is a voltage, which represents the respective sensed temperatures. Digitized amplifier output voltages are supplied by A/D converter **414** to microprocessor **394**. Microprocessor **394** may be a MPC601 (PowerPC7) available from Motorola or a Pentium7 series microprocessor available from Intel7. In specific embodiments microprocessor **394** has a clock speed of 100 Mhz or faster and includes an on-board math-coprocessor. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor **394** sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor **394** corresponds to different temperatures and impedances. Calculated power and impedance values can be indicated on user interface and display **402**. Alternatively, or in addition to the numerical indication of power or impedance, calculated impedance and power values can be compared by microprocessor **394** to power and impedance limits. When the values exceed or fall below predetermined power or impedance values, a warning can be given on user interface and display **402**, and additionally, the delivery of RF energy can be reduced, modified or interrupted. A control signal from microprocessor **394** can modify the power level supplied by energy source **392**.

FIG. 25 illustrates a block diagram of a temperature and impedance feedback system that can be used to control the delivery of energy to tissue site **416** by energy source **392** and the delivery of cooling medium **450** to electrode **314** and/or tissue site **416** by flow regulator **418**. Energy is delivered to RF electrode **314** by energy source **392**, and applied to tissue site **416**. A monitor **420** (also called impedance monitoring device **420**) ascertains tissue impedance (at electrode **314**, tissue site **416** or a passive electrode **314'**), based on the energy delivered to tissue, and compares the measured impedance value to a set value. If measured impedance is within acceptable limits, energy continues to be applied to the tissue. However if the measured impedance exceeds the set value, a disabling signal **422** is transmitted to energy source **392**, ceasing further delivery of energy to RF electrode **314**. The use of impedance monitoring with control system **54** provides a controlled delivery of energy to tissue site **416** (also called mucosal layer **416**) and underlying cervical soft tissue structure which reduces, and even eliminates, cell necrosis and other thermal damage to mucosal layer **416**. Impedance monitoring device **420** is also used to monitor other conditions and parameters including, but not limited to, presence of an open circuit, short circuit; or if the current/energy delivery to the tissue has exceeded a predetermined time threshold. Such conditions may indicate a problem with apparatus **24**. Open circuits are detected when impedance falls below a set value, while short circuits and exceeded power delivery times are detected when impedance exceeds a set value.

The control of cooling medium **450** to electrode **314** and/or tissue site **416** is done in the following manner. During the application of energy, temperature measurement device **408** measures the temperature of tissue site **416** and/or RF electrode **314**. A comparator **424** receives a signal representative of the measured temperature and compares this value to a pre-set signal representative of the desired temperature. If the measured temperature has not exceeded the desired temperature, comparator **424** sends a signal **424'** to flow regulator **418** to maintain the cooling solution flow rate at its existing level. However if the tissue temperature is too high, comparator **424** sends a signal **424"** to a flow regulator **418** (connected to an electronically controlled micropump, not shown) representing a need for an increased cooling medium **450** flow rate.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

US 6,749,624 B2

23

What is claimed is:

1. A treatment apparatus, comprising:

an energy delivery device including at least a light energy member an RF energy member, and at least one energy delivery surface, the at least one energy delivery surface configured to deliver energy from the light energy member and the RF energy member to and through a skin surface and create a tissue effect at the skin surface or at a tissue below the skin surface; and

a cooling member coupled to the energy delivery device.

2. The apparatus of claim 1, further comprising:

a feedback control coupled to at least one of the cooling member, the light energy member or the RF energy member.

3. The apparatus of claim 1, wherein the cooling member is configured to deliver a controllable amount of cooling fluidic medium.

4. The apparatus of claim 1, wherein the cooling member is configured to cool at least a portion of the at least one energy delivery surface.

5. The apparatus of claim 1, wherein the at least one energy delivery surface is non-planar.

6. The apparatus of claim 1, wherein a fluid or gel is positioned between the skin surface and the at least one energy delivery surface.

7. The apparatus of claim 1, wherein the at least one energy delivery surface is a solid surface.

8. The apparatus of claim 1, wherein the at least one energy delivery surface includes a first section and a second section.

9. The apparatus of claim 1, wherein the first section and the second section are non-planar.

10. The apparatus of claim 9 wherein the first section is a surface of the RF energy member and the second section is a surface of the light energy member.

11. The apparatus of claim 9, wherein the RF energy member is a pair of bi-polar RF electrodes.

12. A treatment apparatus, comprising:

an energy delivery device including an energy delivery surface;

at least a first and a second energy delivery member coupled to the energy delivery device, the first and second energy delivery members delivering different types of energy; and

a cooling member coupled to the energy delivery device, wherein the cooling member is configured to evaporatively cool a back surface of the energy delivery surface and conductively cool a tissue site.

13. A treatment apparatus, comprising:

an assembly;

an energy delivery device coupled to the assembly, the energy delivery device including at least a light energy member, an RF energy member, and at least one energy delivery surface, the at least one energy delivery surface configured to deliver energy from the light energy member and the RF energy member to and through a skin surface and create a tissue effect at the skin surface or at a tissue below the skin surface;

a cooling member coupled to the assembly and configured to provide cooling to at least a tissue surface; and

an electronic control device configured to facilitate operation of at least one of the light energy member or the RF energy member.

14. The apparatus of claim 13 further comprising:

a second RF energy member coupled to the assembly.

24

15. The apparatus of claim 13, wherein the first and second RF energy members are bipolar electrodes.

16. The apparatus of claim 13, further comprising:

a feedback control coupled to at least one of the cooling member, the RF energy member and the light energy member.

17. The apparatus of claim 13, wherein the cooling member is configured to deliver a controllable amount of cooling fluidic medium to at least one of the light energy member or the RF energy member.

18. The apparatus of claim 13, wherein cooling member is configured to cool the energy delivery surface.

19. The apparatus of claim 13, wherein the cooling member utilizes fluid to cool the RF energy member and conductively cool a skin surface in thermal contact with the at least one energy delivery surface.

20. A treatment apparatus, comprising:

an assembly including at least one energy delivery surface;

an electromagnetic energy device coupled to the assembly, the electromagnetic energy device including at least a light energy member and an RF energy member, the at least one energy delivery surface configured to deliver energy from the light energy member and the RF energy member to and through a skin surface and create a tissue effect at the skin surface or at a tissue below the skin surface;

a cooling member coupled to the assembly and configured to provide cooling to at least a portion of the at least one energy delivery surface; and

an electronic control device configured to facilitate operation of at least one of the light energy member or the RF energy member.

21. A treatment apparatus, comprising:

an energy delivery device including an energy delivery surface made at least partially of a material that transmits light;

an electromagnetic energy device including at least a first RF electrode and a light delivery device coupled to the device;

a cooling member coupled to the device.

22. The apparatus of claim 21, further comprising:

a second RF electrode.

23. The apparatus of claim 22, wherein the first and second RF electrodes are bipolar electrodes.

24. The apparatus of claim 21, further comprising:

an electronic control device configured to facilitate operation of at least one of the first RF electrode, the cooling member and the light delivery device.

25. The apparatus of claim 21, further comprising:

a sensor coupled to at least one of the first RE electrode, the cooling member and the light delivery device.

26. The apparatus of claim 21, further comprising:

a light energy source coupled to the light delivery device.

27. The apparatus of claim 26, wherein the light energy source is a coherent light source.

28. The apparatus of claim 26, wherein the light energy source is an incoherent light source.

29. The apparatus of claim 21, further comprising:

an RF generator coupled to the first RF electrode.

30. A treatment apparatus, comprising:

an energy delivery device including an energy delivery surface;

a pair of bi-polar RF electrodes coupled to the energy delivery surface;

US 6,749,624 B2

25

a light delivery device coupled to the device and positioned to transmit light through the energy delivery surface.

**31**. The apparatus of claim **30**, further comprising:

an electronic control device configured to facilitate operation of at least one of the pair of bi-polar RF electrodes, the cooling member and the light delivery device.

**32**. The apparatus of claim **30**, further comprising:

a sensor coupled to at least one of the RF electrode, the cooling member and the light delivery device.

**33**. The apparatus of claim **30**, further comprising:

a light energy source coupled to the light delivery device.

**34**. The apparatus of claim **30**, wherein the light energy source is a coherent light source.

**35**. The apparatus of claim **30**, wherein the light energy source is an incoherent light source.

**36**. The apparatus of claim **30**, further comprising:

an RF generator coupled to the RF electrode.

**37**. A method for inducing the formation of collagen in a selected collagen containing tissue site beneath a skin surface, comprising:

providing an energy source;

producing energy from the energy source;

cooling through the skin surface, wherein a temperature of the skin surface is lower than the selected collagen containing tissue site; and

delivering energy from the energy source through the skin surface to the selected collagen containing tissue site for a sufficient time to induce collagen formation in the selected collagen containing tissue site, and forming no more than a second degree burn of the skin, wherein the energy is delivered in an amount not exceeding 600 joules/cm2 during a single treatment session;

and creating a tissue effect.

**38**. A method for inducing the formation of collagen in a selected collagen containing tissue site beneath a skin surface, comprising:

providing an energy source;

producing energy from the energy source;

delivering energy from the energy source through the skin surface to the selected collagen containing tissue site for a sufficient time to induce a formation of new collagen in the selected collagen containing tissue site and forming no more than a second degree burn of the skin, wherein the energy is delivered in an amount that does not exceed 1,000 joules/cm2 at the skin surface; and

creating a tissue effect.

**39**. A method for inducing the formation of collagen in a selected a collagen containing tissue site beneath a skin surface, comprising:

providing an energy source;

delivering energy to the skin and operating in a range of skin thermal conductivities at or near the conductivity of the skin of 0.20 to 1.2 W/(meter° C.);

cooling the skin surface, wherein a temperature of the skin surface is lower than the collagen containing tissue site; and

forming new collagen in the selected collagen containing tissue site with no more than a second degree burn of the skin; and

creating a tissue effect.

**40**. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes at least a first RF electrode;

26

cooling the skin surface, wherein a temperature of the skin surface is lower than tissue underlying the skin surface; and

delivering energy from the treatment apparatus through the skin surface to the tissue underlying the skin surface for a sufficient time to create a desired tissue effect with no more than a second degree burn formed of the skin surface.

**41**. The method of claims **37**, **39** or **40**, wherein the treatment apparatus includes a light delivery device.

**42**. The method of claims **37**, **39** or **40**, wherein the tissue effect is dermal remodeling.

**43**. The method of claims **37**, **39** or **40**, wherein the tissue effect is skin tightening.

**44**. The method of claims **37**, **39** or **40**, wherein the tissue effect is wrinkle reduction.

**45**. The method of claims **37**, **39** or **40**, wherein the tissue effect is elastosis reduction.

**46**. The method of claims **37**, **39** or **40**, wherein the tissue effect is scar reduction.

**47**. The method of claims **37**, **39** or **40**, wherein the tissue effect is hair follicle modification.

**48**. The method of claims **37**, **39** or **40**, wherein the tissue effect is modification of contour irregularities of a skin surface.

**49**. The method of claims **37**, **39** or **40**, wherein the tissue effect is a creation of scar or nascent collagen.

**50**. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes at least a first electromagnetic energy delivery device;

cooling through a skin surface, wherein a temperature of the skin surface is lower than tissue underlying the skin surface; and

delivering energy from the treatment apparatus through a skin surface to a selected collagen containing tissue site for a sufficient time to induce a formation of new collagen in the selected collagen containing tissue site with no more than a second degree burn of the skin wherein the energy is delivered in an amount that does not exceed 1,000 joules/cm2 at the skin surface;

modifying at least a portion of the skin surface.

**51**. The method of claim **50**, wherein the treatment apparatus includes a light delivery device coupled to a device.

**52**. A method for creating a tissue effect, comprising:

providing a treatment apparatus that includes an energy delivery surface and at least a first RF electrode;

coupling the energy delivery surface with an external surface of the skin;

cooling a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the skin surface is lower than a temperature of the underlying collagen containing tissue;

delivering energy from the treatment apparatus through the skin surface to a selected collagen containing tissue site for a sufficient time to induce a formation of new collagen in the selected collagen containing tissue site with no more than a second degree burn of the skin; and

creating a desired tissue effect.

**53**. The method of claim **52**, wherein the treatment apparatus includes a light delivery device.

**54**. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes an energy delivery surface and at least a first RF electrode, wherein the energy is delivered in an amount not exceeding 600 joules/cm2 during a single treatment session;

US 6,749,624 B2

27

reducing a temperature of a collagen containing tissue site below a temperature of a skin surface, creating a thermal injury to at least a portion of the collagen in the collagen containing tissue site with a minimal cellular destruction in the epidermis; and

inducing collagen formation.

**55**. The method of claim **54**, wherein the treatment apparatus includes a light delivery device.

**56**. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes an energy delivery surface and at least a first RF electrode;

coupling the energy delivery surface with a skin surface;

cooling through the skin surface, wherein a temperature of the skin surface is lower than a temperature of an underlying collagen containing tissue;

delivering energy from the treatment apparatus through the skin surface to the underlying collagen containing tissue for a sufficient time to induce collagen formation.

**57**. The method of claim **56**, wherein the treatment apparatus includes a light delivery device.

**58**. A treatment apparatus, comprising:

a device;

an energy delivery device coupled to the device, the energy delivery device including at least a light energy member, an RF energy member, and at least one energy delivery surface, the at least one energy delivery surface configured to deliver energy from the light energy member and the RF energy member to and through a skin surface and create a tissue effect at the skin surface or at a tissue below the skin surface; and

a cooling member coupled to the device.

**59**. A treatment apparatus, comprising:

an assembly;

an energy delivery device coupled to the assembly, the energy delivery device including at least a light energy member, an RF energy member, and at least one energy delivery surface, the at least one energy delivery surface configured to deliver energy from the light energy member and the RF energy member to and through a skin surface and create a tissue effect at the skin surface or at a tissue below the skin surface;

a cooling member coupled to the assembly and configured to provide cooling at the skin surface; and

an electronic control device configured to facilitate operation of at least one of the light energy member or the RF energy member.

**60**. A method for inducing the formation of collagen in a selected collagen containing tissue site beneath a skin surface, comprising:

delivering electromagnetic energy from an electromagnetic energy delivery device and operating in a range of skin thermal conductivities at or near the conductivity of the skin of 0.20 to 1.2 W/(meter° C.);

cooling the skin surface, wherein a temperature of the skin surface is lower than the selected collagen containing tissue site; and

delivering energy from the energy source through the skin surface to the selected collagen containing tissue site for a sufficient time to induce collagen formation in the

28

selected collagen containing tissue site with no more than a second degree burn of the skin; and

creating a tissue effect.

**61**. A method of creating a tissue effect, comprising:

providing an electromagnetic energy delivery device;

cooling a skin surface, wherein a temperature of the skin epidermis surface is lower than tissue underlying the skin surface; and

delivering energy from the electromagnetic energy delivery device through the skin surface to the tissue underlying the skin surface for a sufficient time to create a desired tissue effect with no more than a seond degree burn formed of the skin, wherein the energy is delivered in an amount not exceeding 600 joules/cm2 during a single treatment session.

**62**. The method of claim **61**, wherein the tissue effect is dermal remodeling.

**63**. The method of claim **61**, wherein the tissue effect is skin tightening.

**64**. The method of claim **61**, wherein the tissue effect is wrinkle reduction.

**65**. The method of claim **61**, wherein the tissue effect is elastosis reduction.

**66**. The method of claim **61**, wherein the tissue effect is scar reduction.

**67**. The method of claim **61**, wherein the tissue effect is hair follicle modification.

**68**. The method of claim **61**, wherein the tissue effect is modification of contour irregularities of a skin surface.

**69**. The method of claim **61**, wherein the tissue effect is a creation of scar or nascent collagen.

**70**. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes at an electromagnetic energy delivery device;

cooling through a skin surface, wherein a temperature of the skin epidermis surface is lower than tissue underlying the skin surface;

delivering energy from the electromagnetic energy delivery device through a skin surface to a selected collagen containing tissue site of the tissue underlying the skin surface for a sufficient time to induce a formation of new collagen in the selected collagen containing tissue site with no more than a second degree burn formed of the skin, wherein the energy is delivered in an amount that does not exceed 1,000 joules/cm2 at the skin surface; and

modifying at least a portion of the skin surface.

**71**. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes an electromagnetic energy delivery device and operating in a range of skin thermal conductivities at or near the conductivity of the skin of 0.20 to 1.2 W/(meter° C.):

reducing a temperature of a collagen containing tissue side below a temperature of a skin surface,

creating a thermal injury to at least a portion of the collagen in the collagen containing tissue site with no more than a second degree burn created of the skin; and

inducing collagen formation.

* * * * *

# EXHIBIT B



US006405090B1

(12) **United States Patent**　　　(10) **Patent No.:**　　　**US 6,405,090 B1**
Knowlton　　　　　　　　　　　(45) **Date of Patent:**　　　***Jun. 11, 2002**

(54) **METHOD AND APPARATUS FOR TIGHTENING SKIN BY CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

(75) Inventor: **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/343,943**

(22) Filed: **Jun. 30, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 08/914,681, filed on Aug. 19, 1997, now Pat. No. 5,919,219, which is a continuation of application No. 08/435,822, filed on May 5, 1995, now Pat. No. 5,755,753.

(51) **Int. Cl.**[7] ................................................... **A61F 2/00**
(52) **U.S. Cl.** ........................ **607/102**; 607/101; 606/27; 606/31; 606/154
(58) **Field of Search** .......................... 607/96–102, 154, 607/155; 606/41, 33

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,140,130 A　*　2/1979　Storm, III

| 4,528,991 A | * | 7/1985 | Dittmar et al. | |
|---|---|---|---|---|
| 4,556,070 A | * | 12/1985 | Vaguine et al. | |
| 5,458,596 A | * | 10/1995 | Lax et al. | ...................... 606/31 |
| 5,505,730 A | * | 4/1996 | Edwards | ...................... 606/41 |
| 5,507,790 A | * | 4/1996 | Weiss | ...................... 607/100 |
| 5,569,241 A | * | 10/1996 | Edwards | ...................... 606/41 |
| 5,800,429 A | * | 9/1998 | Edwards | ...................... 606/41 |
| 5,919,219 A | * | 7/1999 | Knowlton | ................... 607/102 |
| 6,024,743 A | * | 2/2000 | Edwards | ...................... 606/42 |
| 6,159,194 A | * | 12/2000 | Rggers wt al. | .............. 604/500 |

* cited by examiner

*Primary Examiner*—Roy D. Gibson
(74) *Attorney, Agent, or Firm*—Paul Davis; Wilson Sonsini Goodrich & Rosati

(57) **ABSTRACT**

A method and apparatus for tightening a surface of a skin with an underlying collagen containing tissue applies radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. A porous membrane is adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving cooling fluid. One or more thermal electrodes positioned in the membrane and transfers thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid creates a reverse thermal gradient from the skin surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

**15 Claims, 6 Drawing Sheets**





FIG. 1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6

US 6,405,090 B1

**1**

# METHOD AND APPARATUS FOR TIGHTENING SKIN BY CONTROLLED CONTRACTION OF COLLAGEN TISSUE

## CROSS-REFERENCE TO RELATED CASES

The present application is a continuation of U.S. patent application Ser. No. 08/914,681, filed Aug. 19, 1997 now U.S. Pat. No. 5,919,219, which is a continuation of U.S. patent application Ser. No. 08/435,822, filed May 5, 1995, entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue", and is related to U.S. patent application Ser. No. 08/435,544 filed May 5, 1995 now U.S. Pat. No. 5,755,753, entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue", all applications having the same named inventor Edward W. Knowlton, and all applications being incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to a method and apparatus for shrinking skin tissue without damaging the melanocytes and other epithelial cells, and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve skin tightening through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environmental of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical bum. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fibroblasts which synthesize three polypeptide chains that wrap around one

**2**

another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with the amino acid composition to give collagen its great strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspective. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063"). The method of the '063 patent targets adipose tissue absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, with the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method and apparatus for tightening skin without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for tightening skin with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

Yet another object of the invention is to provide an inverse thermal gradient from the epidermis to the underlying collagen tissue.

A further object of the invention is to provide a method and apparatus for creating a reverse thermal gradient from the epidermis through a subcutaneous layer of soft tissue.

Still a further object of the present invention is to provide a method and apparatus for tightening skin through the use of an RF energy source and an electrolytic solution which transfer RF energy from RF electrodes to the epidermis and underlying layers.

Yet another object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the

US 6,405,090 B1

3

epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. The apparatus includes a porus membrane adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving a cooling fluid. One or more thermal electrodes are positioned in the membrane and transfer thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid create a reverse thermal gradient from the skins surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

A method for tightening skin comprises providing a membrane in a thermal energy source. A reverse thermal gradient is created which cools the surface of the skin while heating underlying collagen containing layers. The skin and underlying collagen containing tissue are then heated without substantially modifying the melanocytes and other epithelial cells in the epidermis. The result is a contraction of collagen tissue and a tightening of the skin.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focussing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focussing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focussing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that fat cells, and the melanocytes and other epithelial cells are minimally damaged.

4

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturation of collagen tissue, resulting in a tightening of the skin.

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates a desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, non invasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling

US 6,405,090 B1

5                                                                      6

lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extend of collage in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i) native collagen network 40, (ii) collagen 42 under isometric conditions, (iii) collagen network without any restraint, (iv) collagen network 46 under isometric tension as long as the nodes are stable, and (v) collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 26 can be monopolar or bipolar. In the monopolar mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i) visualization, (ii) impedance, (iii) ultrasound, or (iv) temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one ore more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a

barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i) Opcell available from Centinal Products Corp., Hyannis, Mass, and (ii) UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focussing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focussing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focussing element 60 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application,* by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research,* Vol. 44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive to the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA,* Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation,* Vol. 16, No. 5, September–October 1982, pp.245–248.

US 6,405,090 B1

7

It will be appreciated that focussing element **60** can be a convergent lens. Further, focussing element **60** can be positioned in porous membrane **18**, and at the exterior **16** between epidermis layer **12** and porous membrane **18**. Further, a coupling device **62** can be included which couples focussing element **60** with porous membrane **18**. In one embodiment, coupling device **62** is a bracket which is positioned around a periphery of porous membrane **18**, and supports focussing element **50** in relation to porous membrane **18**.

In the method for tightening skin, porous membrane **18** and thermal energy source **26** are provided. A reverse thermal gradient is created which cools a surface of epidermis layer **12** while heating underlying collagen containing layers. Epidermis layer **12** as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer **12**, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C., initiating from epidermis layer **12** to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C., and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer **12** to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer **12**, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source **28** is an RF power source, an RF power source **28**, feeds energy to an RF power generator **64** and then to RF electrodes **26**. A multiplexer **66** measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode **26**. RF electrodes **26** can be multiplexed. Multiplexer **66** is driven by a controller **68** which can be a digital or analog controller, or a computer with software. When controller **68** is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface **70** includes operator controls **72** and a display **74**. Controller **68** can be coupled to different types

8

of imaging systems including ultrasonic, thermal sensors **52**, and impedance monitors **54**.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors **52**, and thermal sensors **76** contained within RF generator **64** measure voltage and current that is delivered to the desired treatment site. The output for these sensors is used by controller **68** to control the delivery of RF power. Controller **68** can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller **68** maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller **68**, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control **68** or at RF generator **64**, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller **68** result in full process control and are used to change, (i) power, (ii) the duty cycle, (iii) monopolar or bipolar energy delivery, (iv) electrolytic solution **20** delivery, flow rate and pressure and (v) can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface **22** as well as monitoring impedance to current flow at each RF electrode **26**, indicating changes in current carrying capability of the tissue during the process. Further, controller **68** can provide multiplexing, monitor circuit continuity, and determine which RF electrode **26** is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors **52** can be thermistors which have a resistance that varies with temperature. Analog amplifier **78** can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer **80** to the input of an analog digital converter **82**. The output of amplifier **78** is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter **82** to a microprocessor **84**. Microprocessor **84** calculates the temperature or impedance of the tissue. Microprocessor **84** can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor **84** sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor **84** corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display **74**. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor **84** with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display **74** and additionally, the delivery of RF energy to its respective

US 6,405,090 B1

9

10

electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor **84** can reduce the power level by RF generator **64**, or de-energize the power delivered to any particular electrode. Controller **68** receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller **68** to display **74**. If desired, the calculated surface temperature of epidermis layer **12** is compared with a temperature limit and a warning signal can be sent to display **74**. Similarly, a control signal can be sent to RF power source **26** when temperature or impedance values exceed a predetermined level.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A skin treatment apparatus, comprising:

a fluid delivery member, a portion of which is a porous membrane with a tissue interface surface that remains conformable to a skin surface as the tissue interface surface is applied to a surface of the skin;

a fluid passage lumen coupled to the fluid delivery member; and

a thermal energy delivery device coupled to the fluid delivery member in a position to transfer thermal energy to an electrolytic medium that passes through the porous membrane of the fluid delivery member.

2. The apparatus of claim **1**, wherein the thermal energy delivery device is positioned in an interior of the fluid delivery member.

3. The apparatus of claim **1**, wherein the thermal energy delivery device is positioned at an exterior surface of the fluid delivery member.

4. The apparatus of claim **1**, wherein the thermal energy delivery device is positioned at the tissue interface surface.

5. The apparatus of claim **1**, wherein the thermal energy delivery device is at least one RF electrode.

6. The apparatus of claim **1**, wherein the tissue interface surface of the fluid delivery member has a porous surface.

7. The apparatus of claim **1**, further comprising:

a sensor coupled to the fluid delivery member.

8. The apparatus of claim **7**, wherein the sensor is positioned at the tissue interface surface of the fluid delivery member.

9. The apparatus of claim **7**, further comprising:

a feedback device coupled to the energy delivery device and the sensor, the feedback device being responsive to a detected characteristic of a tissue site and provide a controlled delivery of thermal energy.

10. A method for tightening skin, comprising:

providing a thermal energy delivery device;

positioning an energy delivery surface of the thermal energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue;

heating the underlying collagen containing tissue without creating a necrosis of living cells in the epidermis;

contracting at least a portion of the collagen containing tissue; and

tightening at least a portion of the surface of the skin.

11. A method for tightening skin, comprising:

providing a thermal energy delivery device;

positioning an energy delivery surface of the thermal energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue;

controlling a delivery of a sufficient amount of thermal energy through an epidermis of the external surface of the skin to reconfigure at least a portion of an underlying collagen containing tissue without substantially creating cell necrosis in the epidermis, wherein at least a portion of the surface of the skin is tightened.

12. A method for tightening skin, comprising:

providing a thermal energy delivery device;

positioning an energy delivery surface of the thermal energy delivery device on a external surface of the skin;

heating through a surface of the skin the collagen containing tissue underlying the surface of the skin, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue; and

controlling a delivery of a sufficient amount of thermal energy through an epidermis of the surface of the skin to reconfigure at least a portion of an underlying collagen containing tissue without substantially creating cell necrosis in the collagen containing tissue, wherein at least a portion of the surface of the skin is tightened.

13. An apparatus for applying energy through a skin epidermis surface of an underlying subcutaneous layer or deeper soft tissue layers that includes collagen containing tissue, comprising:

a membrane that conforms a contacting exterior surface of the membrane to the skin epidermis surface;

one or more electrodes positioned in the membrane configured to be coupled to an energy source;

an electrolytic medium positioned in the membrane and coupled to the electrodes to receive energy from the electrodes and transfer energy from the electrodes to the skin epidermis surface; and

a focussing element coupled to the membrane, which creates a reverse thermal gradient from the skin epidermis surface to the collagen containing tissue.

14. An apparatus for applying energy through a skin epidermis surface to an underlying collagen containing tissue; comprising:

an energy delivery device means;

electrolytic medium energy delivery means coupled to the energy delivery device means to receive electrolytic energy and transfer the electrolytic energy from the energy delivery device means to the skin surface;

the electrolytic medium means delivering energy to the skin surface and the energy passing through the skin surface to the underlying collagen containing tissue to contract at least a portion of the collagen containing

US 6,405,090 B1

11

tissue without substantial cell necrosis and creating a tightening of the skin surface; and

a membrane housing means housing at least a portion of the energy delivery means, the membrane means including a membrane skin surface interface means.

**15**. A skin treatment apparatus, comprising:

a fluid delivery member with a tissue interface surface that remains conformable to a skin surface as the tissue interface surface is applied to a surface of the skin;

12

a fluid passage lumen coupled to the fluid delivery member;

a cooling fluid lumen coupled to the fluid delivery member; and

a thermal energy delivery device coupled to the fluid delivery member in a position to transfer thermal energy to an electrolytic medium that passes through the fluid delivery member.

* * * * *

# EXHIBIT C



US006387380B1

(12) **United States Patent**    (10) **Patent No.:**    **US 6,387,380 B1**

Knowlton    (45) **Date of Patent:**    *May 14, 2002

(54) **APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

(75) Inventor: **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/635,202**

(22) Filed: **Apr. 17, 1996**

**Related U.S. Application Data**

(62) Division of application No. 08/435,544, filed on May 5, 1995, now Pat. No. 5,660,836.

(51) Int. Cl.$^7$ ................................................. **A61N 1/40**

(52) U.S. Cl. .............................. **424/400**; 600/1; 600/2; 600/9; 601/15; 606/31; 606/34; 607/96; 607/101; 607/113; 607/154; 128/898

(58) **Field of Search** ................................. 607/101, 113; 128/898; 600/2; 606/31

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,140,130 | A | * | 2/1979 | Storm, III ................... | 128/404 |
| 4,957,480 | A | * | 9/1990 | Morenings ................... | 604/20 |
| 4,976,709 | A | | 12/1990 | Sand ............................. | 606/5 |
| 5,143,063 | A | * | 9/1992 | Fellner ....................... | 128/399 |
| 5,304,169 | A | * | 4/1994 | Sand ............................. | 606/5 |
| 5,374,265 | A | * | 12/1994 | Sand ............................. | 606/5 |
| 5,458,596 | A | * | 10/1995 | Lax et al. ................... | 606/31 |
| 5,464,436 | A | | 11/1995 | Smith .......................... | 607/89 |
| 5,496,312 | A | | 3/1996 | Klicek | |
| 5,507,790 | A | | 4/1996 | Weiss | |
| 5,569,242 | A | * | 10/1996 | Lax et al. ................... | 606/42 |

FOREIGN PATENT DOCUMENTS

WO    96/34568    11/1996

OTHER PUBLICATIONS

Martin A. Mainster, "Ophthalmic Applications of Infrared Lasers—Thermal Considerations", Visual Sci., pp. 414–420, Apr. 1979.

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersaPulse® Variable Pulse Width Frequency Doubled Neodymium: YAG Laser: A Case Report.

Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." *J. Dermatol Surg Oncol.* 1993; 19:74–80.

Coulson, W.F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30 1998, San Jose, CA.

(List continued on next page.)

*Primary Examiner*—Amy Hulina

(74) *Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

(57)    **ABSTRACT**

A method and apparatus applies radiant energy through the skin to an underlying subcutaneous layer or deeper soft tissue layers that includes loculations of fat with fibrous septae made of collagen tissue. This creates a desired contour effect without substantially modifying melanocytes and other epithelial cells in the epidermis. A membrane conforms a contacting exterior surface of the membrane to a skin layer. One or more thermal electrodes positioned in the membrane. A focussing element focuses thermal energy to the underlying collagen tissue. The focusing element and the electrolytic solution create a reverse thermal gradient from the skin to the collagen tissue. A thermal power source is coupled to the thermal electrodes.

**13 Claims, 6 Drawing Sheets**



# US 6,387,380 B1

Page 2

### OTHER PUBLICATIONS

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times*. 1995. 16(10).

Fitzpatrick, R. "Treatment of Wrinkles with the UltraPulse $CO_2$ Laser."

Laser Aesthetics, Inc. "The Cool Touch Laser." Brochure.

Laser Aesthetics, Inc. "Cool Touch Model 130 Technical Specifications." Brochure.

National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.

* cited by examiner



FIG. 1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6

US 6,387,380 B1

**1**

## APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE

### CROSS-REFERENCE TO RELATED CASES

This application is a divisional of application Ser. No. 08/435,544, filed May 5, 1995 now U.S. Pat. No. 5,660,836.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally for achieving contour sculpting and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve contour sculpting through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environmental of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical burn. When skin is surgically excised it leaves large scares. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel treatments a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fiborblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with the amino acid composition to give collagen its great strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen

**2**

molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspective. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063"). The method of the '063 patent targets adipose tissue absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, with the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

### SUMMARY OF THE INVENTION

It is an object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

It is another object of the present invention to provide a method and apparatus for non surgically reducing loculations of fat without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for non surgically reducing loculations of fat with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

A further object of the present invention is to provide a method and apparatus for contour sculpture, by utilizing a reverse thermal gradient to partially denature collagen in fibrous septae tissue.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to an underlying subcutaneous layer, and deeper soft tissue layers, such as the muscle and overlying fascia, include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates a desired contour effect without substantially modifying the melanocytes and other epithelial cells in the epidermis. The apparatus includes a membrane that conforms a contacting exterior surface of the membrane to a skin layer. One or more thermal electrodes are positioned in the membrane and create a reverse thermal gradient from the skin layer to the underlying collagen tissue. A focussing element focuses

US 6,387,380 B1

3

thermal energy to the underlying collagen tissue. The focussing element and the electrolytic solution create a reverse thermal gradient from the skin to the collagen tissue. A thermal power source is coupled to the thermal electrodes.

Further, a method of liposulpturing a layer under the skin comprised of a loculation of fat which has collagen tissue as a fibrous septae includes providing a membrane and a thermal energy source. A reverse thermal gradient is created which cools the top surface of the skin while heating the underlying loculation of fat. This is achieved without substantially modifying the melanocytes and other epithelial cells in the epidermis. Collagen tissue of the fibrous septae is partially denatured and contracted with a diminished destruction of cells.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focussing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focussing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focussing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that thermal destruction fat cells, and the melanocytes and other epithelial cells are minimally damaged.

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

4

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates an desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, non invasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

US 6,387,380 B1

5

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extend of collage in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality electrodes that can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 926 can be monopular or bipo-lar. In the monopular mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treat-ment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measure-ment. Optionally included and preferably positioned on contacting exterior surface 22 can be one ore more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified a necessary. This reduces the amount of time needed to effect at satisfactory denaturiza-tion of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous mem-brane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commer-cial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of

6

porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focussing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focussing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focussing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application*, by G. L. Goberman, Heart Pub-lishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research*, Vol. 44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA*, Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are dis-closed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation*, Vol. 16, No. 5, September–October 1982, pp.245–248.

It will be appreciated that focussing element 60 can be a convergent lens. Further, focussing element 60 can be posi-tioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focussing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is positioned around a periphery of porous membrane 18, and supports focussing element 50 in relation to porous mem-brane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse

US 6,387,380 B1

7

thermal gradient is created which cools a surface of epidermis layer 12 while heating underlying collagen containing layers. Epidermis layer 12 as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer 12, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C., initiating from epidermis layer 12 to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C., and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer 12 to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer 12, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source 28 is an RF power source, an RF power source 28, feeds energy to an RF power generator 64 and then to RF electrodes 26. A multiplexer 66 measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode 26. RF electrodes 26 can be individually measured. Multiplexer 66 is driven by a controller 68 which can be a digital or analog controller, or a computer with software. When controller 68 is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface 70 includes operator controls 72 and a display 74. Controller 68 can be coupled to different types of imaging systems including ultrasonic, thermal sensors 52, and impedance monitors 54.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors 52, and thermal sensors 76 contained within RF generator 64 measure voltage and current that is delivered to the desired treatment site. The output for these

8

sensors is used by controller 68 to control the delivery of RF power. Controller 68 can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller 68 maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller 68, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control 68 or at RF generator 64, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller 68 result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopular or bipolar energy delivery, (iv). electrolytic solution 20 delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface 22 as well as monitoring impedance to current flow at each RF electrode 26, indicating changes in current carrying capability of the tissue during the process. Further, controller 68 can provide multiplexing, monitor circuit continuity, and determine which RF electrode 26 is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors 52 can be thermistors which have a resistance that varies with temperature. Analog amplifier 78 can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer 80 to the input of an analog digital converter 82. The output of amplifier 78 is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter 82 to a microprocessor 84. Microprocessor 84 calculates the temperature or impedance of the tissue. Microprocessor 84 can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor 84 sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor 84 corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display 74. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated temperature or temperature values can be compared by microprocessor 84 with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display 74 and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor 84 can reduce the power level by RF generator 64, or de-energize the power delivered to any particular electrode. Controller 68 receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller 68 to display 74. If desired, the calculated surface temperature of epidermis layer 12 is compared with a temperature limit and a warning signal can be sent to display 74. Similarly, a control signal can be sent to RF power source 26 when temperature or impedance values exceed a predetermined level.

US 6,387,380 B1

9

10

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method of liposculpturing an area of the body including a skin with multiple layers, and an underlying area made of a loculation of fat that has collagen tissue as a fibrous septae, comprising:

providing a thermal energy source;

positioning an energy delivery surface of the thermal energy delivery source on an external surface of the skin;

creating a reverse thermal gradient which cools a top surface of the skin while heating the underlying loculation of fat, wherein a temperature of the external skin surface is lower than a temperature of the underlying loculation of fat;

heating the skin and underlying loculation of fat sufficiently to contract the collagen tissue of the fibrous septae while minimizing cellular destruction of the melanocytes; and

tightening at least a portion of the external surface of the skin.

2. The method of claim 1, wherein the collagen containing tissue is partially denatured by cleaving heat labile cross-links of collagen molecules.

3. The method of claim 1, wherein the collagen containing tissue is partially denatured while minimizing cellular destruction.

4. The method of claim 1, wherein the reverse thermal gradient produces a net mobilization of intracellular fat with diminished destruction of cells.

5. The method of claim 1, wherein the thermal energy source is an RF power source and one or more RF electrodes are positioned in a membrane.

6. The method of claim 5, further comprising:

a source of electrolytic solution that delivers electrolytic solution to the RF electrodes.

7. The method of claim 6, wherein RF energy is transferred from the RF electrodes to the electrolytic solution.

8. The method of claim 7, further comprising:

a cooling fluid lumen positioned in the membrane.

9. The method of claim 8, further comprising

a source of cooling medium that is introduced into the cooling fluid lumen.

10. The method of claim 1, wherein the collagen tissue is in a subdermal layer.

11. The method of claim 1, wherein the collagen tissue is in a deep dermal layer.

12. The method of claim 1, wherein the collagen tissue is in a subcutaneous layer.

13. The method of claim 1, wherein the collagen tissue is in fascial and muscle tissue.

* * * * *

# EXHIBIT D



US006381498B1

(12) **United States Patent**       (10) **Patent No.:**    **US 6,381,498 B1**
Knowlton                            (45) **Date of Patent:**    *Apr. 30, 2002

(54) **METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

(75) Inventor: **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/003,423**

(22) Filed: **Jan. 6, 1998**

**Related U.S. Application Data**

(63) Continuation of application No. 08/583,815, filed on Jan. 5, 1996, which is a continuation of application No. 08/435,822, filed on May 5, 1995, now Pat. No. 5,755,753.

(51) Int. Cl.[7] ............................. **A61F 2/00**; A61B 18/04
(52) U.S. Cl. .......................... **607/101**; 607/102; 606/33
(58) Field of Search ................ 607/96–104; 606/27–28, 606/29–33

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,831,604 A | 8/1974 | Neefe | |
| 4,074,718 A | 2/1978 | Morrison | |
| 4,140,130 A | 2/1979 | Storm, III | |
| 4,164,226 A | 8/1979 | Tapper | |
| 4,290,435 A | 9/1981 | Waggott | |
| 4,343,301 A | 8/1982 | Indech | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1 949 534 | 4/1970 |
| DE | 31 21 683 | 12/1982 |
| EP | 0 519 415 | 12/1992 |

(List continued on next page.)

OTHER PUBLICATIONS

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 697–701, (1990).

Danielson, C. "Age–Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269–278, (1981).

Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123–134, (1988).

(List continued on next page.)

*Primary Examiner*—Roy Gibson
(74) *Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

(57) **ABSTRACT**

A method and apparatus applies radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. A membrane is adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving cooling fluid. One or more thermal electrodes positioned in the membrane and transfers thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid creates a reverse thermal gradient from the skin surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

**23 Claims, 6 Drawing Sheets**



## US 6,381,498 B1
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,346,715 | A | 8/1982 | Gammell |
| 4,375,220 | A | 3/1983 | Matvias |
| 4,381,007 | A | 4/1983 | Doss |
| 4,441,486 | A | 4/1984 | Pounds |
| 4,545,368 | A | 10/1985 | Rand et al. |
| 4,676,258 | A | 6/1987 | Inokuchi et al. |
| 4,709,701 | A | 12/1987 | Weber |
| RE32,849 | E | 1/1989 | Wei et al. |
| 4,881,543 | A | 11/1989 | Trembly et al. |
| 4,887,614 | A | 12/1989 | Shirakami et al. |
| 4,889,122 | A | 12/1989 | Watmough et al. |
| 4,944,302 | A | 7/1990 | Hernandez et al. |
| 4,957,480 | A | 9/1990 | Morenings |
| 4,962,761 | A | 10/1990 | Golden |
| 4,976,709 | A | 12/1990 | Sand |
| 5,003,991 | A | 4/1991 | Takayama et al. |
| 5,133,351 | A | 7/1992 | Masaki |
| 5,143,063 | A | 9/1992 | Fellner |
| 5,186,181 | A | 2/1993 | Franconi et al. |
| 5,190,517 | A | 3/1993 | Zieve et al. |
| 5,230,334 | A | 7/1993 | Klopotek |
| 5,249,575 | A | 10/1993 | DiMino et al. |
| 5,282,797 | A | 2/1994 | Chess |
| 5,304,169 | A | 4/1994 | Sand |
| 5,315,994 | A | 5/1994 | Guibert et al. |
| 5,334,193 | A | 8/1994 | Nardella |
| 5,342,357 | A | 8/1994 | Nardella |
| 5,348,554 | A | 9/1994 | Imran et al. |
| 5,366,443 | A | 11/1994 | Eggers et al. |
| 5,370,642 | A | 12/1994 | Keller |
| 5,374,265 | A | 12/1994 | Sand |
| 5,423,807 | A | 6/1995 | Milder |
| 5,423,811 | A | 6/1995 | Imran et al. |
| 5,437,662 | A | 8/1995 | Nardella |
| 5,458,596 | A | 10/1995 | Lax et al. |
| 5,462,521 | A | 10/1995 | Brucker et al. |
| 5,464,436 | A | 11/1995 | Smith |
| 5,496,312 | A | 3/1996 | Klicek |
| 5,507,790 | A | 4/1996 | Weiss |
| 5,569,242 | A | 10/1996 | Lax et al. |
| 5,681,282 | A | 10/1997 | Eggers et al. |
| 5,683,366 | A | 11/1997 | Eggers et al. |
| 5,692,058 | A | 11/1997 | Eggers et al. |
| 5,693,045 | A | 12/1997 | Eggers |
| 5,697,281 | A | 12/1997 | Eggers et al. |
| 5,697,536 | A | 12/1997 | Eggers et al. |
| 5,697,882 | A | 12/1997 | Eggers et al. |
| 5,697,909 | A | 12/1997 | Eggers et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2 609 245 | 7/1988 |
| NZ | 266678 | 12/1997 |
| WO | 92/19414 | 11/1992 |
| WO | 93/13816 | 7/1993 |
| WO | 94/26228 | 11/1994 |
| WO | 96/27240 | 9/1996 |
| WO | 96/27327 | 9/1996 |
| WO | 96/32051 | 10/1996 |
| WO | 96/34568 | 11/1996 |
| WO | 96/39914 | 12/1996 |
| WO | 97/18765 | 5/1997 |
| WO | 97/18768 | 5/1997 |
| WO | 68/03117 | 1/1998 |
| WO | 98/03220 | 1/1998 |

### OTHER PUBLICATIONS

Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414–420, Apr. 1979.

Pearce, et al. "Kinetic models of laser–tissue fusion processes", ISA, paper #93–044, pp. 355–360, (1993).

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersaPulse® Variable Pulse Width Frequency Doubled Neodymium: YAG Laser: A Case Report.

Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telangiectasia of the Lower Extremities." *J. Dermatol Surg Oncol.* 1993; 19:74–80.

Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30, 1998, San Jose, CA.

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times.* 1995. 16(10).-



FIG. 1



FIG.2



FIG. 3



FIG.4



FIG. 5



FIG.6

US 6,381,498 B1

**1**

# METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE

## CROSS-REFERENCE TO RELATED CASES

The present application is a continuation of U.S. patent application Ser. No. 08/583,815 filed Jan. 5, 1996, which is a continuation of U.S. patent application Ser. No. 08/435,822, filed May 5, 1995, having the same named inventor Edward W. Knowlton.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to a method and apparatus for shrinking skin tissue without damaging the melanocytes and other epithelial cells, and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve skin tightening through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environments of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical burn. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fibroblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with

**2**

the amino acid composition to give collagen its great strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspectives. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063 patent"). The method of the '063 patent targets adipose tissue which absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method and apparatus for tightening skin without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for tightening skin with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

Yet another object of the invention is to provide an inverse thermal gradient from the epidermis to the underlying collagen tissue.

A further object of the invention is to provide a method and apparatus for creating a reverse thermal gradient from the epidermis through a subcutaneous layer of soft tissue.

Still a further object of the present invention is to provide a method and apparatus for tightening skin through the use of an RF energy source and an electrolytic solution which transfer RF energy from RF electrodes to the epidermis and underlying layers.

Yet another object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying

US 6,381,498 B1

3

melanocytes and other epithelial cells in the epidermis. The apparatus includes a porus membrane adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving a cooling fluid. One or more thermal electrodes are positioned in the membrane and transfer thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid create a reverse thermal gradient from the skins surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

A method for tightening skin comprises providing a membrane in a thermal energy source. A reverse thermal gradient is created which cools the surface of the skin while heating underlying collagen containing layers. The skin and underlying collagen containing tissue are then heated without substantially modifying the melanocytes and other epithelial cells in the epidermis. The result is a contraction of collagen tissue and a tightening of the skin.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focusing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focusing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focusing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that fat cells, and the melanocytes and other epithelial cells are minimally damaged.

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

### BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

4

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

### DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates a desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, noninvasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

US 6,381,498 B1

5

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extent of collagen in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 26 can be monopular or bipolar. In the monopular mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one or more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of

6

porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focusing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focusing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focusing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application*, by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focusing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research*, Vol. 44, pp. 4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focusing can be achieved with the use of plural focusing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focusing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA*, Vol. 233, at 2198–2200.

Alternative radio frequency focusing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation*, Vol. 16, No. 5, September–October 1982, pp. 245–248.

It will be appreciated that focusing element 60 can be a convergent lens. Further, focusing element 60 can be positioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focusing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is positioned around a periphery of porous membrane 18, and supports focusing element 50 in relation to porous membrane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse

US 6,381,498 B1

7

thermal gradient is created which cools a surface of epidermis layer **12** while heating underlying collagen containing layers. Epidermis layer **12** as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer **12**, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C, initiating from epidermis layer **12** to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C, and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer **12** to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer **12**, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source **28** is an RF power source, an RF power source **28**, feeds energy to an RF power generator **64** and then to RF electrodes **26**. A multiplexer **66** measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode **26**. RF electrodes **26** can be individually measured. Multiplexer **66** is driven by a controller **68** which can be a digital or analog controller, or a computer with software. When controller **68** is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface **70** includes operator controls **72** and a display **74**. Controller **68** can be coupled to different types of imaging systems including ultrasonic, thermal sensors **52**, and impedance monitors **54**.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors **52**, and thermal sensors **76** contained within RF generator **64** measure voltage and current that is delivered to the desired treatment site. The output for these sensors is used by controller **68** to control the delivery of RF power. Controller **68** can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller **68** maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller **68**, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control **68** or at RF generator **64**, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller **68** result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopular or bipolar energy delivery, (iv). electrolytic solution **20** delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface **22** as well as monitoring impedance to current flow at each RF electrode **26**, indicating changes in current carrying capability of the tissue during the process. Further, controller **68** can provide multiplexing, monitor circuit continuity, and determine which RF electrode **26** is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors **52** can be thermistors which have a resistance that varies with temperature. Analog amplifier **78** can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer **80** to the input of an analog digital converter **82**. The output of amplifier **78** is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter **82** to a microprocessor **84**. Microprocessor **84** calculates the temperature or impedance of the tissue. Microprocessor **84** can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor **84** sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor **84** corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display **74**. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor **84** with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display **74** and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor **84** can reduce the power level by RF generator **64**, or de-energize the power delivered to any particular electrode. Controller **68** receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller **68** to display **74**. If desired, the calculated surface temperature of epidermis layer **12** is compared with a temperature limit and a warning signal can be sent to display **74**. Similarly, a control signal can be sent to RF power source **26** when temperature or impedance values exceed a predetermined level.

US 6,381,498 B1

9

10

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method of treating a skin surface with a wrinkle, the skin surface overlying a collagen containing tissue, comprising:

identifying a person having a skin surface with a wrinkle;

providing an energy source with an energy delivery surface;

positioning the energy delivery surface in contact with the skin surface;

producing energy from the energy source;

creating a reverse thermal gradient, wherein a temperature of the skin surface is less than a temperature of the collagen containing tissue; and

delivering energy through the skin surface to the collagen containing tissue and contract at least a portion of the collagen containing tissue with controlled cell necrosis, such that the depth of the wrinkle is reduced.

2. The method of claim 1, wherein delivering energy includes delivering RF energy from the energy source that is an RF energy source.

3. The method of claim 2, wherein positioning the energy delivery surface includes positioning an energy delivery surface of an RF electrode on the skin surface.

4. The method of claim 3, further comprising:

applying electrolytic media to the wrinkled skin from a source of electrolytic media coupled to the RF electrode.

5. The method of claim 1, wherein delivering energy includes delivering a sufficient amount of microwave energy to smooth the wrinkled skin surface.

6. The method of claim 1, wherein delivering energy includes delivering a sufficient amount of ultrasound energy to smooth the wrinkled skin surface.

7. The method of claim 1, wherein delivering energy includes delivering a sufficient amount energy through the skin surface to partially denature the collagen containing tissue site by cleaving heat labile cross-links of collagen molecules.

8. The method of claim 1, wherein creating a reverse thermal gradient includes providing a cooling medium to cool the skin surface.

9. The method of claim 1, wherein treating a wrinkled skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is in a subdermal layer.

10. The method of claim 1, wherein treating a wrinkled skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is in a deep dermal layer.

11. The method of claim 1, wherein treating a wrinkled skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is in a subcutaneous dermal layer.

12. The method of claim 1, wherein treating a wrinkled skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is facial and muscle tissue.

13. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the average temperature of the collagen containing tissue does not exceed 80 degrees C.

14. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the average temperature of the collagen containing tissue does not exceed 75 degrees C.

15. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the average temperature of the collagen containing tissue does not exceed 70 degrees C.

16. The method of claim 1, further comprising:

sensing a temperature of the skin surface during delivery of the energy through the skin surface.

17. The method of claim 1, further comprising:

sensing a temperature of the skin surface after delivery of the energy through the skin surface.

18. The method of claim 1, further comprising:

sensing a temperature of a tissue underlying the skin surface during the delivery of the energy through the skin surface.

19. The method of claim 1, further comprising:

sensing a temperature of a tissue underlying the skin surface after delivery of the energy through the skin surface.

20. The method of claim 1, further comprising:

sensing an impedance of the skin surface during delivery of the energy through the skin surface.

21. The method of claim 1, further comprising:

sensing an impedance of the skin surface after delivery of the energy through the skin surface.

22. The method of claim 1, further comprising:

sensing an impedance of a tissue underlying the skin surface during the delivery of the energy through the skin surface.

23. The method of claim 1, further comprising:

sensing an impedance of a tissue underlying the skin surface after the delivery of the energy through the skin surface.

*  *  *  *  *

# EXHIBIT E



US006377855B1

(12) **United States Patent**
Knowlton

(10) **Patent No.:**     **US 6,377,855 B1**
(45) **Date of Patent:**     *Apr. 23, 2002

(54) **METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

(75) Inventor: **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/003,098**

(22) Filed: **Jan. 6, 1998**

**Related U.S. Application Data**

(63) Continuation of application No. 08/583,815, filed on Jan. 5, 1996, which is a continuation of application No. 08/435,822, filed on May 5, 1995, now Pat. No. 5,755,753.

(51) Int. Cl.[7] ............................. **A61F 2/00; A61B 18/04**

(52) **U.S. Cl.** .......................... **607/101;** 607/102; 606/33
(58) **Field of Search** ................. 607/96–104; 606/27–33

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,831,604 A | 8/1974 | Neefe | |
| 4,074,718 A | 2/1978 | Morrison | |
| 4,140,130 A | 2/1979 | Storm, III | |
| 4,164,226 A | 8/1979 | Tapper | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1 949 534 | 4/1970 |
| DE | 31 21 683 | 12/1982 |
| EP | 0 519 415 | 12/1992 |
| FR | 2 609 245 | 7/1988 |
| NZ | 266678 | 12/1997 |
| WO | 92/19414 | 11/1992 |
| WO | 93/13816 | 7/1993 |
| WO | 94/26228 | 11/1994 |
| WO | 96/27240 | 9/1996 |
| WO | 96/27327 | 9/1996 |

(List continued on next page.)

OTHER PUBLICATIONS

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 697–701, (1990).
Danielson, C. "Age–Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

(List continued on next page.)

*Primary Examiner*—Roy Gibson
(74) *Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

(57)     **ABSTRACT**

A method and apparatus applies radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. A membrane is adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving cooling fluid. One or more thermal electrodes positioned in the membrane and transfers thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid creates a reverse thermal gradient from the skin surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

**20 Claims, 6 Drawing Sheets**



**US 6,377,855 B1**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,290,435 | A | 9/1981 | Waggott |
| 4,343,301 | A | 8/1982 | Indech |
| 4,346,715 | A | 8/1982 | Gammell |
| 4,375,220 | A | 3/1983 | Matvias |
| 4,381,007 | A | 4/1983 | Doss |
| 4,441,486 | A | 4/1984 | Pounds |
| 4,545,368 | A | 10/1985 | Rand et al. |
| 4,676,258 | A | 6/1987 | Inokuchi et al. |
| 4,709,701 | A | 12/1987 | Weber |
| RE32,849 | E | 1/1989 | Wei et al. |
| 4,881,543 | A | 11/1989 | Trembly et al. |
| 4,887,614 | A | 12/1989 | Shirakami et al. |
| 4,889,122 | A | 12/1989 | Watmough et al. |
| 4,944,302 | A | 7/1990 | Hernandez et al. |
| 4,957,480 | A | 9/1990 | Morenings |
| 4,962,761 | A | 10/1990 | Golden |
| 4,976,709 | A | 12/1990 | Sand |
| 5,003,991 | A | 4/1991 | Takayama et al. |
| 5,133,351 | A | 7/1992 | Masaki |
| 5,143,063 | A | 9/1992 | Fellner |
| 5,186,181 | A | 2/1993 | Franconi et al. |
| 5,190,517 | A | 3/1993 | Zieve et al. |
| 5,230,334 | A | 7/1993 | Klopotek |
| 5,249,575 | A | 10/1993 | DiMino et al. |
| 5,282,797 | A | 2/1994 | Chess |
| 5,304,169 | A | 4/1994 | Sand |
| 5,315,994 | A | 5/1994 | Guibert et al. |
| 5,334,193 | A | 8/1994 | Nardella |
| 5,342,357 | A | 8/1994 | Nardella |
| 5,348,554 | A | 9/1994 | Imran et al. |
| 5,366,443 | A | 11/1994 | Eggers et al. |
| 5,370,642 | A | 12/1994 | Keller |
| 5,374,265 | A | 12/1994 | Sand |
| 5,423,807 | A | 6/1995 | Milder |
| 5,423,811 | A | 6/1995 | Imran et al. |
| 5,437,662 | A | 8/1995 | Nardella |
| 5,458,596 | A | 10/1995 | Lax et al. |
| 5,462,521 | A | 10/1995 | Brucker et al. |
| 5,464,436 | A | 11/1995 | Smith |
| 5,496,312 | A | 3/1996 | Klicek |
| 5,507,790 | A | 4/1996 | Weiss |
| 5,569,242 | A | 10/1996 | Lax et al. |
| 5,681,282 | A | 10/1997 | Eggers et al. |
| 5,683,366 | A | 11/1997 | Eggers et al. |
| 5,692,058 | A | 11/1997 | Eggers et al. |
| 5,693,045 | A | 12/1997 | Eggers |
| 5,697,281 | A | 12/1997 | Eggers et al. |
| 5,697,536 | A | 12/1997 | Eggers et al. |
| 5,697,882 | A | 12/1997 | Eggers et al. |
| 5,697,909 | A | 12/1997 | Eggers et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 96/32051 | 10/1996 |
| WO | 96/34568 | 11/1996 |
| WO | 96/39914 | 12/1996 |
| WO | 97/18765 | 5/1997 |
| WO | 97/18768 | 5/1997 |
| WO | 68/03117 | 1/1998 |
| WO | 98/03220 | 1/1998 |

## OTHER PUBLICATIONS

Danielson, C. "Thermal stability of reconstituted collagen fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269–278, (1981).

Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414–420, Apr. 1979.

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersaPulse® Variable Pulse Width Frequency Doubled Neodymium: YAG Laser: A Case Report.

Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." *J. Dermatol Surg Oncol.* 1993; 19:74–80.

Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30, 1998, San Jose, CA.

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times*. 1995. 16(10).

Fitzpatrick, R. "Treatment of Wrinkles with the UltraPulse $CO_2$ Laser".

Laser Aesthetics, Inc. "The Cool Touch Laser." Brochure.

Laser Aesthetics, Inc. "Cool Touch Model 130 Technical Specifications." Brochure.

National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.



FIG. 1



FIG.2



FIG.3



FIG. 4



FIG.5



FIG.6

US 6,377,855 B1

**1**

# METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE

## CROSS-REFERENCE TO RELATED CASES

The present application is a continuation of U.S. patent application Ser. No. 08/583,815 filed Jan. 5, 1996, which is a continuation of U.S. patent application Ser. No. 08/435, 822, filed May 5, 1995 now U.S. Pat. No. 5,755,753, having the same named inventor Edward W. Knowlton.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to a method and apparatus for shrinking skin tissue without damaging the melanocytes and other epithelial cells, and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve skin tightening through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environments of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical burn. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fibroblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with

**2**

the amino acid composition to give collagen its great strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspectives. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063 patent"). The method of the '063 patent targets adipose tissue which absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method and apparatus for tightening skin without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for tightening skin with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

Yet another object of the invention is to provide an inverse thermal gradient from the epidermis to the underlying collagen tissue.

A further object of the invention is to provide a method and apparatus for creating a reverse thermal gradient from the epidermis through a subcutaneous layer of soft tissue.

Still a further object of the present invention is to provide a method and apparatus for tightening skin through the use of an RF energy source and an electrolytic solution which transfer RF energy from RF electrodes to the epidermis and underlying layers.

Yet another object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying

US 6,377,855 B1

3

melanocytes and other epithelial cells in the epidermis. The apparatus includes a porus membrane adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving a cooling fluid. One or more thermal electrodes are positioned in the membrane and transfer thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid create a reverse thermal gradient from the skins surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

A method for tightening skin comprises providing a membrane in a thermal energy source. A reverse thermal gradient is created which cools the surface of the skin while heating underlying collagen containing layers. The skin and underlying collagen containing tissue are then heated without substantially modifying the melanocytes and other epithelial cells in the epidermis. The result is a contraction of collagen tissue and a tightening of the skin.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focussing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focussing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focussing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that thermal destruction fat cells, and the melanocytes and other epithelial cells are minimally damaged.

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

4

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates a desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, noninvasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

US 6,377,855 B1

5

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extent of collagen in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 26 can be monopular or bipolar. In the monopular mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one or more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass, and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of

6

porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focussing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focussing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focussing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see Ultrasonics Theory and Application, by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, Cancer Research, Vol. 44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., JAMA, Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., Medical Instrumentation, Vol. 16, No. 5, September–October 1982, pp.245–248.

It will be appreciated that focussing element 60 can be a convergent lens. Further, focussing element 60 can be positioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focussing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is positioned around a periphery of porous membrane 18, and supports focussing element 50 in relation to porous membrane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse

US 6,377,855 B1

7

thermal gradient is created which cools a surface of epidermis layer 12 while heating underlying collagen containing layers. Epidermis layer 12 as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer 12, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C., initiating from epidermis layer 12 to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C., and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer 12 to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer 12, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source 28 is an RF power source, an RF power source 28, feeds energy to an RF power generator 64 and then to RF electrodes 26. A multiplexer 66 measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode 26. RF electrodes 26 can be individually measured. Multiplexer 66 is driven by a controller 68 which can be a digital or analog controller, or a computer with software. When controller 68 is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface 70 includes operator controls 72 and a display 74. Controller 68 can be coupled to different types of imaging systems including ultrasonic, thermal sensors 52, and impedance monitors 54.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors 52, and thermal sensors 76 contained within RF generator 64 measure voltage and current that is delivered to the desired treatment site. The output for these

8

sensors is used by controller 68 to control the delivery of RF power. Controller 68 can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller 68 maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller 68, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control 68 or at RF generator 64, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller 68 result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopular or bipolar energy delivery, (iv). electrolytic solution 20 delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface 22 as well as monitoring impedance to current flow at each RF electrode 26, indicating changes in current carrying capability of the tissue during the process. Further, controller 68 can provide multiplexing, monitor circuit continuity, and determine which RF electrode 26 is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors 52 can be thermistors which have a resistance that varies with temperature. Analog amplifier 78 can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer 80 to the input of an analog digital converter 82. The output of amplifier 78 is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter 82 to a microprocessor 84. Microprocessor 84 calculates the temperature or impedance of the tissue. Microprocessor 84 can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor 84 sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor 84 corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display 74. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor 84 with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display 74 and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor 84 can reduce the power level by RF generator 64, or de-energize the power delivered to any particular electrode. Controller 68 receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller 68 to display 74. If desired, the calculated surface temperature of epidermis layer 12 is compared with a temperature limit and a warning signal can be sent to display 74. Similarly, a control signal can be sent to RF power source 26 when temperature or impedance values exceed a predetermined level.

US 6,377,855 B1

9

10

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method of treating a loose skin surface overlying a collagen containing tissue site, comprising:

identifying a person suspected of having the loose skin surface;

providing an energy source with an energy delivery surface;

positioning the energy delivery surface on the loose skin surface;

producing energy from the energy source;

creating a reverse thermal gradient, wherein a temperature of the skin surface is less than a temperature of the collagen containing tissue; and

delivering a sufficient amount of energy through the skin surface to contract at least a portion of the collagen containing tissue to tighten the loose skin surface.

2. The method of claim 1, wherein delivery energy includes delivering a sufficient amount of energy through the loose skin surface without creating a substantial cell necrosis in the loose skin surface.

3. The method of claim 1, wherein delivering energy includes delivering RF energy from the energy source that is an RF energy source.

4. The method of claim 3, wherein positioning the energy delivery surface includes positioning an energy delivery surface of an RF electrode on the loose skin surface.

5. The method of claim 4, further comprising: applying electrolytic media to the loose skin surface from a source of electrolytic media coupled to the RF electrode.

6. The method of claim 5, wherein applying electrolytic media includes applying an electrolytic solution to the loose skin surface.

7. The method of claim 5, wherein applying electrolytic media includes applying an electrolytic gel to the loose skin surface.

8. The method of claim 1, wherein delivery energy includes delivering a sufficient amount of microwave energy to tighten the loose skin surface.

9. The method of claim 1, wherein delivery energy includes delivering a sufficient amount of ultrasound energy to tighten the loose skin surface.

10. The method of claim 1, wherein delivering energy includes delivering a sufficient amount of energy through the skin surface to partially denature the collagen containing tissue by cleaving heat labile cross-links of collagen molecules.

11. The method of claim 1, wherein creating a reverse thermal gradient includes providing a cooling medium to cool the loose skin surface.

12. The method of claim 1, wherein treating a loose skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is in a subdermal layer.

13. The method of claim 1, wherein treating a loose skin surface overlying a collagen containing tissue site include contracting a portion of the collagen containing tissue site that is in a deep dermal layer.

14. The method of claim 1, wherein treating a loose skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is in a subcutaneous dermal layer.

15. The method of claim 1, wherein treating a loose skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is facial and muscle tissue.

16. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the average temperature of the collagen containing tissue does not exceed 80 degrees C.

17. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the average temperature of the collagen containing tissue does not exceed 75 degrees C.

18. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the temperature of the collagen containing tissue does not exceed 70 degrees C.

19. The method of claim 1, further comprising:

detecting a temperature of the skin surface.

20. The method of claim 19, wherein delivering energy to the collagen containing tissue site includes delivering a sufficient amount of energy to the tissue site in response to the detected temperature of the skin surface to tighten the loose skin surface.

*    *    *    *    *

# EXHIBIT F



US006241753B1

(12) **United States Patent**          (10) **Patent No.:**     **US 6,241,753 B1**
    Knowlton                          (45) **Date of Patent:**      *Jun. 5, 2001

(54) **METHOD FOR SCAR COLLAGEN FORMATION AND CONTRACTION**

(75) Inventor: **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/583,815**

(22) Filed: **Jan. 5, 1996**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/435,822, filed on May 5, 1995, now Pat. No. 5,755,753.

(51) **Int. Cl.**$^7$ ..................................................... **A61F 7/00**
(52) **U.S. Cl.** .............................. **607/99**; 128/898; 607/96; 607/97; 607/98; 607/99; 607/100; 607/101; 607/102; 607/103; 607/104; 607/105; 600/21; 600/22; 600/23; 600/24; 600/25; 600/26; 600/27; 600/28
(58) **Field of Search** ...................... 128/898; 606/27–34, 606/40–52; 607/96–105, 108–114

(56) **References Cited**

U.S. PATENT DOCUMENTS

Re. 32,849   1/1989   Wei et al. .
3,831,604   8/1974   Neefe .

4,074,718   2/1978   Morrison .
4,140,130   2/1979   Storm, III .
4,164,226   8/1979   Tapper .

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

1 949 534    4/1970   (DE) .
31 21 683   12/1982   (DE) .
0 519 415   12/1992   (EP) .
2 609 245    7/1988   (FR) .
266678   12/1997   (NZ) .

(List continued on next page.)

OTHER PUBLICATIONS

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersaPulse® Variable Pulse Width Frequency Doubled Neodymium: YAG Laser: A Case Report.
Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telagiestasia of the Lower Extremities."*J. Dermatol Surg Oncol.* 1993; 19:74–80.

(List continued on next page.)

*Primary Examiner*—David M. Shay
(74) *Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

(57)          **ABSTRACT**

A method is disclosed for forming and contracting scar collagen below a tissue surface in a selected tissue site. An electromagnetic energy apparatus is provided and includes an electromagnetic energy source and a delivery device. The delivery device is positioned on the tissue surface. Electromagnetic energy is produced from the electromagnetic energy source and delivered through the tissue surface to the selected tissue site for a sufficient time to induce scar collagen formation in the selected tissue site. No more than a second degree burn is formed on the tissue surface. The scar collagen is then contracted. This method is particularly useful in tissue sites that are devoid or deficient in collagen.

**23 Claims, 6 Drawing Sheets**



## US 6,241,753 B1
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,290,435 | 9/1981 | Waggott . | |
| 4,343,301 | 8/1982 | Indech . | |
| 4,346,715 | 8/1982 | Gammell . | |
| 4,375,220 | 3/1983 | Matvias . | |
| 4,381,007 | * 4/1983 | Doss | 606/5 |
| 4,441,486 | 4/1984 | Pounds . | |
| 4,545,368 | 10/1985 | Rand et al. . | |
| 4,676,258 | 6/1987 | Inokuchi et al. . | |
| 4,709,701 | 12/1987 | Weber . | |
| 4,881,543 | 11/1989 | Trembly et al. . | |
| 4,887,614 | 12/1989 | Shirakami et al. . | |
| 4,889,122 | 12/1989 | Watmough et al. . | |
| 4,944,302 | 7/1990 | Hernandez et al. . | |
| 4,957,480 | 9/1990 | Morenings | 604/20 |
| 4,962,761 | 10/1990 | Golden | 128/400 |
| 4,976,709 | 12/1990 | Sand | 606/5 |
| 5,003,991 | 4/1991 | Takayama et al. | 128/784 |
| 5,133,351 | 7/1992 | Masaki | 128/419 R |
| 5,143,063 | 9/1992 | Fellner | 128/399 |
| 5,186,181 | 2/1993 | Franconi et al. | 128/804 |
| 5,190,517 | 3/1993 | Zieve et al. | 604/22 |
| 5,230,334 | 7/1993 | Klopotek | 128/399 |
| 5,249,575 | 10/1993 | DiMino et al. | 607/150 |
| 5,282,797 | 2/1994 | Chess . | |
| 5,304,169 | 4/1994 | Sand | 606/5 |
| 5,315,994 | 5/1994 | Guibert et al. | 607/101 |
| 5,334,193 | 8/1994 | Nardella . | |
| 5,342,357 | 8/1994 | Nardella . | |
| 5,348,554 | 9/1994 | Imran et al. . | |
| 5,366,443 | 11/1994 | Eggers et al. . | |
| 5,370,642 | 12/1994 | Keller | 606/9 |
| 5,374,265 | 12/1994 | Sand | 606/5 |
| 5,423,807 | 6/1995 | Milder | 606/20 |
| 5,423,811 | 6/1995 | Imran et al. . | |
| 5,437,662 | 8/1995 | Nardella . | |
| 5,458,596 | * 10/1995 | Lax et al. | 606/31 |
| 5,462,521 | 10/1995 | Brucker et al. | 604/20 |
| 5,464,436 | 11/1995 | Smith . | |
| 5,496,312 | 3/1996 | Klicek . | |
| 5,507,790 | 4/1996 | Weiss . | |
| 5,569,242 | 10/1996 | Lax et al. . | |
| 5,681,282 | 10/1997 | Eggers et al. . | |
| 5,683,366 | 11/1997 | Eggers et al. . | |
| 5,692,058 | 11/1997 | Eggers et al. . | |
| 5,693,045 | 12/1997 | Eggers . | |
| 5,697,281 | 12/1997 | Eggers et al. . | |
| 5,697,536 | 12/1997 | Eggers et al. . | |
| 5,697,882 | 12/1997 | Eggers et al. . | |
| 5,697,909 | 12/1997 | Eggers et al. . | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO 92/19414 | 11/1992 | (WO) . | |
| 93/13816 | 7/1993 | (WO) . | |
| 94/26228 | 11/1994 | (WO) . | |
| 96/27240 | 9/1996 | (WO) . | |
| 96/27327 | 9/1996 | (WO) . | |
| 96/32051 | 10/1996 | (WO) . | |
| 96/34568 | 11/1996 | (WO) . | |
| 96/39914 | 12/1996 | (WO) . | |
| 97/18765 | 5/1997 | (WO) . | |
| 97/18768 | 5/1997 | (WO) . | |
| 98/03117 | 1/1998 | (WO) . | |
| 98/03220 | 1/1998 | (WO) . | |

### OTHER PUBLICATIONS

Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30, 1998, San Jose, CA.

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times*. 1995. 16(10).

Fitzpatrick, R. "Treatment of Wrinkles with the UltraPulse $CO_2$ Laser.".

Laser Aesthetics, Inc. "The Cool Touch Laser." Brochure.

Laser Aesthetics, Inc. "Cool Touch Model 130 Technical Specifications." Brochure.

National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 127–133, (1990).

Danielson, C. "Age–Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol 15, pp. 269–278, (1981).

Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414–420, Apr. 1979.

Pearce, et al. "Kinetic models of laser–tissue fusion processes", ISA, paper #93–044, pp. 355–360, (1993).

* cited by examiner



FIG. 1



FIG.2



FIG. 3



FIG.4



FIG.5



FIG.6

US 6,241,753 B1

**1**

# METHOD FOR SCAR COLLAGEN FORMATION AND CONTRACTION

## CROSS-REFERENCE TO RELATED CASES

The present application is a continuation-in-part of U.S. patent application Ser. No. 08/435,822, filed May 5, 1995 now U.S. Pat. No. 5,755,753, issued on May 26, 1998, entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue", having the same named inventor Edward W. Knowlton, incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to a method for creating scar collagen, and more particularly to a method for initiating the formation and healing of scar collagen or bony callus, and subsequently remodelling the scar collagen or bony callus.

### 2. Description of Related Art

The skin is composed of two basic elements, the epidermis and the underlying dermis. The underlying dermis provides the main structural support of the skin. The epidermis contains the epithelial cells and pigment forming cells called melanocytes. The dermis varies in thickness throughout the body. For instance, the skin is 25 times thicker on the back than on the eyelid.

The dermis is composed mainly of an extracellular protein called collagen. Collagen exists as a triple helix with three polypeptide chains that are connected with heat labile and heat stable chemical bonds. When collagen is heated, alterations in the physical properties of this protein occur at a characteristic temperature. This structural transition occurs at a specific shrinkage temperature.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Thermal energy severs the heat labile bonds that stabilize the triple stranded helix. As a result, the longitudinal axis of the molecule contracts. Partial denaturization of collagen tissue occurs in second degree burns and is typically applied as a standard thermal gradient that is hotter on the surface and cooler in the underlying dermis. In burn patients, partial denaturization of dermal collagen provides a tightening effect on the skin. By applying a reverse thermal gradient which cools the surface of the skin while heating the underlying collagen-containing layers, contraction of collagen in the absence of a second degree burn (and its inherent blistering and pigmentary irregularities) is possible. Because collagen is found in tendon, bone, cartilage and all other connective tissue throughout the body, reverse thermal gradient contraction of collagen can have many applications.

The selective induction of the basic wound healing process serves as the basis for the second major application of thermal shrinkage of collagen. In higher developed animal species, the wound healing response to injury involves an initial inflammatory process that subsequently leads to the deposition of scar tissue. The initial inflammatory response consists of the infiltration by white blood cells or leukocytes that dispose of cellular debris. Forty-eight hours later, proliferation of fibroblasts at the injured site occurs. These cells then produce scar collagen that functions as the main support structure of a healed wound. The deposition and subsequent remodeling of this nascent scar collagen provides the means to alter the consistency and geometry of soft tissue for both aesthetic and reconstructive purposes.

There exists an aesthetic need to contract skin without the scars, surgical risks or pigmentary side effects of commonly

**2**

employed technique. These techniques include surgical resection of skin and the use of lasers and chemical peels to achieve a tighter, more youthful skin appearance. Understandably, many patients are hesitant to subject themselves to these procedures, even though an overall aesthetic improvement is likely.

Skin resection procedures are limited in their application due to inherent scars. With face-lift procedures, scars can be hidden around the contour of the ear, thus providing an acceptable trade-off between the surgical scar and the aesthetic improvement. Surgical resection of skin on the hips, thighs, arms, knees and legs, however, provides only a modest improvement with fairly unsightly scarring. In addition, patients must undergo a post-operative phase of healing that may be both painful and inconvenient. Other risk factors, such as bleeding and infection, may prolong healing.

Liposuction is effective at removing fat in some areas, however, it does not tighten the skin envelope. Skin resurfacing techniques that secondarily tighten excess skin (such as laser and chemical peels) employ a standard thermal gradient that requires burning off the superficial skin as a second degree burn. The thermal effects of collagen contraction in the deeper dermis occur, but require a painful healing phase due to the second degree burn. These modalities depend upon reepithelialization with cell migration from the skin appendages. This process of reepithelialization is similar to the healing of any thermal burn and is more likely to cause pigmentary irregularities due to the destruction of melanocytes in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small loculations by connective collagen tissue serving as the fibrous septae.

There exists a need for subcutaneously contracting of collagen without surgical scarring or pigmentary side effects of more invasive techniques. There is a further need for subcutaneously inducing the formation and contraction of scar collagen in a selected tissue site while creating no deeper than a second degree burn on the surface of the selected tissue site.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method for thermal remodelling and contraction of collagen without surgical scarring or pigmentary side effects.

Another object of the present invention is to provide a method for inducing the formation and contraction of scar collagen.

A further object of the present invention is to provide a method for inducing the formation and contraction of scar collagen in a selected tissue site while creating no deeper than a second degree burn on the surface of the selected tissue site.

Yet another object of the present invention is to provide a method for inducing the formation and contraction of bony callus in periosteum tissue.

Still a further object of the present invention is to provide a method for contracting collagen tissue no deeper than a second degree burn formed on a tissue surface overlying the contracted collagen tissue, and preferably no deeper than a first degree burn.

These and other objects of the invention are provided in a method for forming and contracting scar collagen below a tissue surface in a selected tissue site. An electromagnetic

US 6,241,753 B1

3

energy apparatus is provided and includes an electromagnetic energy source and a delivery device. The delivery device is positioned on the tissue surface. Electromagnetic energy is produced from the electromagnetic energy source and delivered through the tissue surface to the selected tissue site for a sufficient time to induce scar collagen formation in the selected tissue site. No deeper than a second degree burn is formed on the tissue surface. The scar collagen is then contracted. This method is particularly useful in soft tissue sites that are devoid or deficient in collagen.

In another embodiment, a method is disclosed for forming callus deposition in a selected periosteum tissue site. An electromagnetic energy apparatus is provided and includes an electromagnetic energy source and a delivery device. The delivery device is positioned on a tissue surface of the selected periosteum tissue site. Electromagnetic energy is produced from the electromagnetic energy source. Electromagnetic energy is transcutaneously delivered from the delivery device, through the tissue surface, and to the selected periosteum tissue site for a sufficient time to induce callus formation in the selected periosteum tissue site. After scar collagen formation the callus is then contracted.

Suitable applications for the methods of the present invention include but are not limited to, tightening and firming soft tissue, unstable joints due to collateral ligament laxity, the treatment of unstable spinal column disorders, treatment of weaknesses of the abdominal wall, treatment of other connective tissues, esophageal hernia with reflux, urinary incontinence in women, dysdynamic segments of the myocardium and other aneurysmal dilatations of the vessel, sleep apnea, laxity and wrinkling of the skin, and the like.

Wrinkling of the skin occurs as a consequence of inadequate support of the epidermis. The induction of scar collagen deposition is used for the treatment of wrinkles. Improved skin turgor is accomplished by first replenishing the collagen matrix that has been lost with aging. Following the deposition of nascent scar collagen in the dermis, contraction of collagen with a reverse thermal gradient corrects wrinkling of the skin without resorting to resurfacing techniques that require the application of a standard thermal gradient burn to the skin. This is achieved without undergoing a lengthy post-operative healing process. Bleeding and infection is reduced. Second degree burns to the superficial skin are minimized. The melanocytes are not damaged and pigmentary irregularities are avoided.

One apparatus used to create the reverse thermal gradient is a combined heating pad that has both cooling elements and electromagnetic delivery devices. The heating pad is configured to the topography of the treatment area and is incorporated into an elastic garment. Partial denaturization of collagen with contraction of collagen is achieved with each treatment. Thermal transducers measure the surface temperature of the treatment area to avoid blistering. In one embodiment the deeper dermis is heated to above 65 degrees for collagen contraction. The temperature can vary depending on local tissue factors. Sequential treatments are designed to allow for more precision of the end result. Areas of application are not confined by requirements to either hide surgical incisions or transition along aesthetic boundaries.

Because scarring and pigmentary irregularities are avoided, skin or other tightening occurs in areas previously considered "off-limits" to standard methods of surgical resection, laser and chemical resurfacing. Skin tightening with a reverse thermal gradient contraction of collagen can correct areas including but not limited to the thighs, knees,

4

arms, back and hips without unsightly scarring of standard techniques. In addition, areas previously corrected by aesthetic procedures, such as face and neck lifts, can be corrected without requiring surgery or the typical incisions around the ear. Elastosis or stretching of the abdominal skin from pregnancy can be corrected without the extensive incision of an abdominoplasty. The method of the present invention can also be used for mastopexies or breast uplifts.

The fibrous septae in subcutaneous fat layers can be contracted to tighten the soft tissue. Along with the extracellular effects of collagen, intracellular effects upon the fat cell, or lipocyte, by thermal induction cause a net reduction of fat in the lipocyte which achieves a net reduction in volume of the treated area. A second thermal device is used in tandem with the initial thermal device to achieve liposculpture of the treated area. The second device can be designed with a convergent lens that is focused at the appropriate level on the subcutaneous tissue.

A variety of electromagnetic energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying electromagnetic energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying electromagnetic energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

## DETAILED DESCRIPTION

For purposes of this specification, the following definitions apply.

Pre-existing collagen is the protein substance normally present in the white fibers (collagenous fibers) of skin, tendon, bone cartilage and all other connective tissue.

Thermal induction of scar collagen deposition is a non-ablative neosynthetic process of collagen deposition as a reaction to inflammation induced by thermal injury. The resulting scar collagen is frequently referred to as nascent, as opposed to pre-existing.

Standard thermal gradient is the thermal content of tissue that is greater on the skin surface.

Reverse thermal gradient is, (i) the application of electromagnetic energy to alter the biophysical properties of collagen, i.e., contraction, with minimal blistering of the tissue surface, (ii) a gradient in which the tissue surface temperature is cooler than the underlying collagen tissue, (iii) conditions in which a standard thermal gradient is reduced or equalized in temperature between the tissue surface and the underlying collagen, or (iv) monitoring the

US 6,241,753 B1

5

heat content (temperature and exposure duration) of the tissue surface to avoid blistering during treatment, regardless of the tissue surface temperature relative to the underlying collagen tissue.

Transcutaneously means that the delivery device delivers electromagnetic energy directly through the tissue surface.

Percutaneously means that the delivery device is inserted through the skin or the tissue surface through an endoscope, arthroscope, and the like.

Transmucosal means that the delivery device delivers electromagnetic energy directly through the mucosal surface.

Permucosal means that a delivery device is inserted through a mucosal surface through an endoscope, arthroscope, and the like.

A first degree burn means a burn that involves only the epidermis. It is characterized by erythema.

A second degree burn means a burn that destroys the epithelium and a variable portion of the dermis.

A third degree burn means a burn that destroys the entire thickness of skin, including the epithelium and dermis.

The present invention provides a method for forming and contracting scar collagen below a tissue surface in a selected tissue site. The formation or induction of scar collagen formation can be done transcutaneously, with a reverse thermal gradient, percutaneously, transmucosally, permucosally, or through a device including but not limited to an endoscope. An electromagnetic energy apparatus is provided and includes an electromagnetic energy source and a delivery device. The delivery device is positioned on the tissue surface. Electromagnetic energy is produced from the electromagnetic energy source and delivered through the tissue surface to the selected tissue site for a sufficient time to induce scar collagen formation in the selected tissue site. No deeper than a second degree burn is formed on the tissue surface. The scar collagen is subsequently contracted. This method is particularly useful in soft tissue sites that are devoid or deficient in collagen.

In another embodiment, a method is disclosed for forming callus deposition in a selected periosteum tissue site. An electromagnetic energy apparatus is provided and includes an electromagnetic energy source and a delivery device. The delivery device is positioned on a tissue surface of the selected periosteum tissue site. Electromagnetic energy is produced from the electromagnetic energy source. Electromagnetic energy is delivered from the delivery device, through the tissue surface, and to the selected periosteum tissue site for a sufficient time to induce callus formation in the selected periosteum tissue site. The callus is subsequently contracted. The method for forming callus can be done transcutaneously, with a reverse thermal gradient, percutaneously, transmucosally permucosally, or through a device including but not limited to an endoscope.

The methods of the present invention use an electromagnetic energy source to apply electromagnetic energy to a selected tissue site. The electromagnetic energy can be delivered transcutaneously, with a reverse thermal gradient, percutaneously, transmucosally, permucosally, or through a device including but not limited to an endoscope. The electromagnetic energy induces scar collagen formation in tissue sites that, (i) have pre-existing collagen, (ii) are deficient in pre-existing collagen, or (iii) lack pre-existing collagen. Following the formation of the scar collagen, the application of electromagnetic energy contracts the scar collagen.

6

Additionally, the methods of the present invention provide for the contraction of collagen tissue underlying a tissue surface area. The overlying layer of tissue is not ablated. No deeper than a second degree burn is produced in the overlying layer of tissue, and preferably no deeper than a first degree burn.

Suitable applications for the methods of the present invention include but are not limited to, tightening and firming soft tissue, treatment of unstable joints due to collateral ligament laxity, the treatment of unstable spinal column disorders, treatment of weaknesses of the abdominal wall, treatment of other connective tissues, esophageal hernia with reflux, urinary incontinence in women, dysdynamic segments of the myrocardium and other aneurysmal dilatations of the vessels, sleep apnea, laxity and wrinkling of the skin, and the like.

Laxity and wrinkling of the skin occurs as a consequence of inadequate support of the epidermis. The induction of scar collagen deposition is used for the treatment of wrinkles. Improved skin turgor is accomplished by first replenishing the collagen matrix that has been lost with aging. Following the deposition of nascent scar collagen in the dermis, contraction of collagen with a reverse thermal gradient corrects the laxity and wrinkling of the skin without resorting to resurfacing techniques that require the application of a standard thermal gradient burn to the skin. This is achieved without undergoing a lengthy post-operative healing process. Bleeding and infection are reduced. Second degree burns to the superficial skin are minimized. The melanocytes are not damaged and pigmentary irregularities are avoided.

In one embodiment, skin tightening with a reverse thermal gradient contraction of collagen corrects areas such as the thighs, knees, arms, back, face and neck lifts, and hips without unsightly scarring. Elastosis, or stretching of the abdominal skin from pregnancy is corrected without the long scar commonly associated with an abdominoplasty. Breast uplifts, i.e., mastoplexies, no longer require extensive incisions.

Thermal remodeling of collagen can occur with both native (dermal) collagen and collagen produced as part of the healing process. Wound healing involves an initial inflammatory stage that is followed by a period of rapid nascent collagen production that morphologically appears as a scar. The biophysical properties of collagen are the same regardless of its origin.

One apparatus used to create the reverse thermal gradient is a composite heating pad that has both cooling elements and electromagnetic delivery devices. The heating pad is configured to the topography of the treatment area and is incorporated into an elastic garment. Partial denaturization of collagen is achieved with each treatment. Thermal transducers measure the surface temperature of the treatment area to avoid blistering. In one embodiment the deeper dermis is heated to above 65 degrees for collagen contraction. Sequential treatments are designed to allow for more precision of the end result. Areas of application are not confined by requirements to either hide surgical incisions or transition along aesthetic boundaries.

Various types of electromagnetic energy can be utilized with the present invention. Electromagnetic energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable electromagnetic energy sources include, but are not limited to RF, microwave, ultrasound, laser and the like.

Referring now to FIG. 1, an apparatus 10 applies electromagnetic energy through a skin layer 12, such as the

US 6,241,753 B1

7

epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more electromagnetic electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, electromagnetic electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, electromagnetic electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

An electromagnetic power source 28 is coupled to electromagnetic electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

In one method of the present invention, collagen tissue in a dermis underlying the epidermis of the skin is transcutaneously contracted with the use of a thermal heating apparatus. Electromagnetic energy is transcutaneously delivered through the epidermis to the underlying dermis. Fibroblast proliferation is initiated in the underlying dermis. Scar collagen is formed in the underlying dermis. The scar collagen is subsequently contracted and the skin is tightened.

In another embodiment, a method is provided for contracting collagen tissue in a subcutaneous fat layer through an overlying epidermis layer. A thermal heating apparatus produces electromagnetic energy. The electromagnetic energy can be delivered transcutaneously, with a reverse thermal gradient, percutaneously, transmucosally permucosally, or through a device including but not limited to an endoscope. The electromagnetic energy is directed through the epidermis to the underlying subcutaneous fat layer. Fibroblast proliferation is initiated in the subcutaneous fat layer. Scar collagen is formed and then tightened.

With referenced now to FIG. 2, electromagnetic energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extent of collagen in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~10% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturation of the triple helix structure of the collagen fibers. This occurs when electromagnetic energy is applied to the collagen tissue causing the hydrolysis of heat labile cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

Electromagnetic electrodes 26 can be RF electrodes comprising a single electrode, or a plurality which can form a

8

segmented flexible circuit. Electromagnetic power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturation of the collagen molecule.

Generally, RF electrodes 26 can be monopolar or bipolar. In the monopolar mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one ore more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

In a skin contracting method of the present invention, a tighter, more youthful skin envelope is achieved. This is accomplished without undergoing a lengthy post-operative healing process. Bleeding and infection is reduced. Second degree burns to the superficial skin are minimized. The melanocytes are not damaged and pigmentary irregularities are avoided.

Because scarring and pigmentary irregularities are avoided, skin or other tightening occurs in areas previously considered "off-limits" to standard methods of surgical resection, laser and chemical resurfacing. Skin tightening with a reverse thermal gradient contraction of collagen can correct areas including but not limited to the thighs, knees,

US 6,241,753 B1

9

arms, back and hips without unsightly scarring of standard techniques. In addition, areas previously corrected by aesthetic procedures, such as face and neck lifts, can be corrected without requiring surgery or the typical incisions around the ear. Elastosis or stretching of the abdominal skin from pregnancy can be corrected without the extensive incision of an abdominoplasty. The method of the present invention can also be used for mastopexies or breast uplifts.

The fibrous septae in subcutaneous fat layers can be contracted to tighten the soft tissue. Along with these extracellular effects of collagen, intracellular thermal induction effects upon the fat cell or lipocyte results in a net egress of fat from the lipocyte which achieves a net reduction of volume of the treated area. A second thermal device is used in tandem with the initial thermal device to achieve lipos-culpture of the treated area. The second device can be designed with a convergent lens that is focused at the appropriate level on the subcutaneous tissue.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, electromagnetic electrodes 26, an electromagnetic power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focussing element 60 which focuses electromagnetic energy from electrolytic solution 20 to the underlying collagen tissue. Focussing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focussing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application,* by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hyperthermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research,* Vol. 44, pp. 4736–4744, October 1984.

Radio frequencies can be the electromagnetic energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor induction by radio frequency therapy response", H. H. Lavien et al., *JAMA,* Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation,* Vol. 16, No. 5, September–October 1982, pp. 245–248.

It will be appreciated that focussing element 60 can be a convergent lens. Further, focussing element 60 can be positioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focussing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is

10

positioned around a periphery of porous membrane 18, and supports focussing element 50 in relation to porous membrane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse thermal gradient is created which cools a surface of epidermis layer 12 while heating underlying collagen containing layers. Epidermis layer 12 as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer 12, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labile cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in various embodiments, the reverse thermal gradient has a tissue surface temperature range from about 40 to 60 degrees C., and a selected underlying tissue site temperature, i.e., where scar collagen is formed or where collagen is contracted, of about 60 to 80 degrees C. In other embodiments, when the reverse thermal gradient is a diminished or equalized standard thermal gradient the temperature ranges can be much broader.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer 12 to the desired underlying loculation of fat layer. Sufficient electromagnetic energy is supplied through epidermis layer 12, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Electromagnetic energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intracellular fat with diminished destruction of fat cells.

In yet another embodiment of the invention, thermal induction of osteoblasts in the periosteum results in callus (calcium matrix) deposition. Callus contains a higher percentage of collagen than mature bone and subsequent remodeling with thermal contraction is possible. Maturation of the remodelled callus with calcium deposition results in stable bony fusion of treated areas.

Without limitation, power source 28 can be an RF source. RF power source 28 feeds energy to an RF power generator 64 and then to RF electrodes 26. A multiplexer 66 measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode 26. RF electrodes 26 can be individually measured. Multiplexer 66 is driven by a controller 68 which can be a digital or analog controller, or a computer with software. When controller 68 is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

US 6,241,753 B1

11                                                              12

An operator interface **70** includes operator controls **72** and a display **74**. Controller **68** can be coupled to different types of imaging systems including ultrasonic, thermal sensors **52**, and impedance monitors **54**.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors **52**, and thermal sensors **76** contained within RF generator **64** measure voltage and current that is delivered to the desired treatment site. The output for these sensors is used by controller **68** to control the delivery of RF power. Controller **68** can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller **68** maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller **68**, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control **68** or at RF generator **64**, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller **68** result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopolar or bipolar energy delivery, (iv). electrolytic solution **20** delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface **22** as well as monitoring impedance to current flow at each RF electrode **26**, indicating changes in current carrying capability of the tissue during the process. Further, controller **68** can provide multiplexing, monitor circuit continuity, and determine which RF electrode **26** is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. **6**. Thermal sensors **52** can be thermistors which have a resistance that varies with temperature. Analog amplifier **78** can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected to an analog multiplexer **80** to the input of an analog digital converter **82**. The output of amplifier **78** is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter **82** to a microprocessor **84**. Microprocessor **84** calculates the temperature or impedance of the tissue. Microprocessor **84** can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor **84** sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor **84** corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display **74**. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor **84** with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display **74** and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor **84** can reduce the power level by RF generator **64**, or de-energize the power delivered to any particular electrode. Controller **68** receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller **68** to display **74**. If desired, the calculated surface temperature of epidermis layer **12** is compared with a temperature limit and a warning signal can be sent to display **74**. Similarly, a control signal can be sent to RF power source **26** when temperature or impedance values exceed a predetermined level.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method for inducing the formation of scar collagen in a selected collagen containing tissue site beneath an epidermis skin surface, comprising:

    providing an energy source;

    producing energy from the energy source;

    creating a reverse thermal gradient through the skin epidermis surface where a temperature of the skin epidermis surface is lower than the selected collagen containing tissue site; and

    delivering energy from the energy source through the skin epidermis surface to the selected collagen containing tissue site for a sufficient time to induce collagen formation in the selected collagen containing tissue site, minimizing cellular necrosis of the skin epidermis surface and tightening the skin epidermis surface.

2. The method of claim **1**, wherein the energy is transcutaneously delivered to the selected collagen containing tissue site.

3. The method of claim **1**, wherein the energy is percutaneously delivered to the selected collagen containing tissue site.

4. The method of claim **1**, wherein the energy is transmucosally delivered to the selected collagen containing site.

5. The method of claim **1**, wherein the energy is permucosally delivered to the selected collagen containing tissue site.

6. The method of claim **1**, wherein the energy is transcutaneously delivered to the selected collagen containing tissue site for a sufficient time to induce collagen formation in the selected collagen containing tissue site with no deeper than a first degree burn formed on the skin surface.

7. The method of claim **1**, wherein the energy is transcutaneously delivered to the selected collagen containing tissue site for a sufficient time to induce collagen formation in the selected collagen containing tissue site with no deeper than a second degree burn formed on the skin epidermis surface.

8. The method of claim **1**, wherein a combination of an amount of energy delivered to the tissue surface and to the selected collagen containing tissue site creates a reverse thermal gradient through the skin epidermis surface to the selected collagen containing tissue site.

US 6,241,753 B1

13

**9**. The method of claim **1**, wherein the energy source is an RF source.

**10**. The method of claim **1**, wherein the energy source is a microwave source.

**11**. The method of claim **1**, wherein the energy source is a short wave source.

**12**. The method of claim **1**, wherein the selected collagen containing tissue site is heated to a temperature range of 40 to 60 degrees C.

**13**. The method of claim **1**, wherein the selected collagen containing tissue site is heated to a temperature of 60 to 80 degrees or greater.

**14**. The method of claim **1**, wherein the selected collagen containing tissue site comprises soft tissue.

**15**. The method of claim **1**, wherein the formation of the collagen alters a consistency of the selected collagen containing tissue site.

**16**. The method of claim **1**, wherein the formation of the collagen changes the geometry of the selected collagen containing tissue site.

**17**. A method for inducing the formation of scar collagen in a selected collagen containing tissue site beneath an epidermis skin surface, comprising:

providing an energy source with an energy delivery surface;

positioning the energy delivery surface on the epidermis skin surface;

creating a reverse thermal gradient through the epidermis skin surface sufficiently to induce a formation of new collagen in the selected collagen containing tissue site with no deeper than a second degree burn created on the skin epidermis surface, wherein a temperature of the skin epidermis surface is lower than the collagen containing tissue site;

14

contracting at least a portion of the new collagen; and tightening the epidermis skin surface.

**18**. The method of claim **17**, wherein the energy is transcutaneously delivered to the selected collagen containing tissue site.

**19**. The method of claim **17**, wherein the energy source is an RF source.

**20**. A method for inducing the formation of scar collagen in a selected collagen containing tissue site beneath an epidermis skin surface, comprising:

providing an energy source;

producing energy from the energy source;

delivering energy from the energy source through the skin epidermis surface to the selected collagen containing tissue site for a sufficient time to induce a formation of new collagen in the selected collagen containing tissue site with no deeper than a second degree burn created on the skin epidermis surface;

minimizing destruction of fat cells underlying the skin epidermis surface;

contracting at least a portion of the new collagen; and modifying the epidermal skin surface.

**21**. The method of claim **20**, wherein the energy is transcutaneously delivered to the selected collagen containing tissue site.

**22**. The method of claim **20**, further comprising:

creating a reverse thermal gradient through the skin epidermis surface where a temperature of the skin epidermis surface is lower than the selected collagen containing tissue site.

**23**. The method of claim **20**, wherein the energy source is an RF source.

\*    \*    \*    \*    \*

# EXHIBIT G



US005919219A

# United States Patent [19]

## Knowlton

[11]  **Patent Number:**    **5,919,219**

[45]  **Date of Patent:**    *Jul. 6, 1999

[54]  **METHOD FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE USING RF ENERGY**

[75]  Inventor:  **Edward W. Knowlton**, Danville, Calif.

[73]  Assignee:  **Thermage, Inc.**, Alamo, Calif.

[ * ]  Notice:  This patent is subject to a terminal disclaimer.

[21]  Appl. No.: **08/914,681**

[22]  Filed:  **Aug. 19, 1997**

### Related U.S. Application Data

[63]  Continuation of application No. 08/435,822, May 5, 1995, Pat. No. 5,755,753.

[51]  **Int. Cl.⁶** ...................................................... **A61F 2/00**
[52]  **U.S. Cl.** .......................... **607/102**; 607/101; 607/108; 606/33
[58]  **Field of Search** ................................ 607/96, 98–104, 607/108; 606/2, 9, 33, 41; 128/898

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 32,849 | 1/1989 | Wei et al. | 204/192.27 |
| 3,831,604 | 8/1974 | Neefe | 128/260 |
| 4,074,718 | 2/1978 | Morrison | 128/303.14 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 519 415 | 12/1992 | European Pat. Off. . |
| 2 609 245 | 7/1988 | France . |
| 1 949 534 | 4/1970 | Germany . |
| 31 21 683 | 12/1982 | Germany . |

(List continued on next page.)

#### OTHER PUBLICATIONS

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 697–701, (1990).

Danielson, C. "Age–Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269–278, (1981).

Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis", Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414–420, Apr. 1979.

Pearce et al. "Kinetic models of laser–tissue fusion processes", ISA, paper#93–044, pp. 355–360, (1993).

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersaPulse® Variable Pulse Width Frequency Doubled Neodymium:YAG Laser: A Case Report.

(List continued on next page.)

*Primary Examiner*—Lee Cohen
*Assistant Examiner*—Bryan K. Yarnell
*Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

[57]  **ABSTRACT**

A method for tightening a surface of a skin with an underlying collagen containing tissue applies RF energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. A porous membrane is adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving cooling fluid. One or more thermal electrodes positioned in the membrane and transfers thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid creates a reverse thermal gradient from the skin surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

**19 Claims, 6 Drawing Sheets**



**5,919,219**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,140,130 | 2/1979 | Storm, III | 128/404 |
| 4,164,226 | 8/1979 | Tapper | 128/419 R |
| 4,290,435 | 9/1981 | Waggott | 128/800 |
| 4,343,301 | 8/1982 | Indech | 128/24 |
| 4,346,715 | 8/1982 | Gammell | 128/422 |
| 4,375,220 | 3/1983 | Matvias | 128/804 |
| 4,381,007 | 4/1983 | Doss | 128/303.1 |
| 4,441,486 | 4/1984 | Pounds | 128/24 |
| 4,545,368 | 10/1985 | Rand et al. | 128/1.3 |
| 4,676,258 | 6/1987 | Inokuchi et al. | 128/804 |
| 4,709,701 | 12/1987 | Weber | 128/422 |
| 4,881,543 | 11/1989 | Trembly et al. | 128/303.1 |
| 4,887,614 | 12/1989 | Shirakami et al. | 128/798 |
| 4,889,122 | 12/1989 | Watmough et al. | 128/399 |
| 4,944,302 | 7/1990 | Hernandez et al. | 128/798 |
| 4,957,480 | 9/1990 | Morenings | 604/20 |
| 4,962,761 | 10/1990 | Golden | 128/400 |
| 4,976,709 | 12/1990 | Sand | 606/5 |
| 5,003,991 | 4/1991 | Takayama et al. | 128/784 |
| 5,133,351 | 7/1992 | Masaki | 128/419 R |
| 5,143,063 | 9/1992 | Fellner | 128/399 |
| 5,186,181 | 2/1993 | Franconi et al. | 128/804 |
| 5,190,517 | 3/1993 | Zieve et al. | 604/22 |
| 5,230,334 | 7/1993 | Klopotek | 128/399 |
| 5,249,575 | 10/1993 | DiMino et al. | 607/150 |
| 5,282,797 | 2/1994 | Chess | 606/9 |
| 5,304,169 | 4/1994 | Sand | 606/5 |
| 5,315,994 | 5/1994 | Guibert et al. | 607/101 |
| 5,334,193 | 8/1994 | Nardella | 606/41 |
| 5,342,357 | 8/1994 | Nardella | 606/40 |
| 5,348,554 | 9/1994 | Imran et al. | 606/41 |
| 5,366,443 | 11/1994 | Eggers et al. | |
| 5,370,642 | 12/1994 | Keller | 606/9 |
| 5,374,265 | 12/1994 | Sand | 606/5 |
| 5,423,807 | 6/1995 | Milder | 606/20 |
| 5,423,811 | 6/1995 | Imran et al. | 606/41 |
| 5,437,662 | 8/1995 | Nardella | 606/40 |
| 5,458,596 | 10/1995 | Lax et al. | 606/31 |
| 5,462,521 | 10/1995 | Brucker et al. | 604/20 |
| 5,464,436 | 11/1995 | Smith | 607/89 |
| 5,496,312 | 3/1996 | Klicek | |
| 5,507,790 | 4/1996 | Weiss | |
| 5,569,242 | 10/1996 | Lax et al. | 606/42 |
| 5,660,836 | 8/1997 | Knowlton | 424/400 |
| 5,681,282 | 10/1997 | Eggers et al. | |
| 5,683,366 | 11/1997 | Eggers et al. | |
| 5,692,058 | 11/1997 | Eggers et al. | |
| 5,693,045 | 12/1997 | Eggers | |
| 5,697,281 | 12/1997 | Eggers et al. | |
| 5,697,536 | 12/1997 | Eggers et al. | |
| 5,697,882 | 12/1997 | Eggers et al. | |
| 5,697,909 | 12/1997 | Eggers et al. | |
| 5,755,753 | 5/1998 | Knowlton | 607/98 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 266678 | 12/1997 | New Zealand . |
| 92/19414 | 11/1992 | WIPO . |
| 93/13816 | 7/1993 | WIPO . |
| 94/26228 | 11/1994 | WIPO . |
| 96/27240 | 9/1996 | WIPO . |
| 96/27327 | 9/1996 | WIPO . |
| 96/32051 | 10/1996 | WIPO . |
| 96/34568 | 11/1996 | WIPO . |
| 96/39914 | 12/1996 | WIPO . |
| 97/18765 | 5/1997 | WIPO . |
| 97/18768 | 5/1997 | WIPO . |
| 68/03117 | 1/1998 | WIPO . |
| 98/03220 | 1/1998 | WIPO . |

### OTHER PUBLICATIONS

Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." *J. Dermatol Surg Oncol.* 1993; 19:74–80.

Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30, 1998, San Jose, CA.

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times.* 1995. 16(10).

Fitzpatrick, R. "Treatment of Wrinkles with the UltraPulse $CO_2$ Laser."

Laser Aesthetics, Inc. "The Cool Touch Laser." Brochure.

Laser Aesthetics, Inc. "Cool Touch Model 130 Technical Specifications." Brochure.

National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.



*FIG. — 1*



*FIG.—2*

**U.S. Patent**          Jul. 6, 1999          Sheet 3 of 6          **5,919,219**



*FIG. — 3*



*FIG.—4*

FIG. – 5



*FIG. — 6*

5,919,219

1

# METHOD FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE USING RF ENERGY

## CROSS-REFERENCE TO RELATED CASES

The present application is a continuation of U.S. patent application Ser. No. 08/435,822, filed May 5, 1995, entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue" now U.S. Pat. No. 5,755,753, and is related to U.S. patent application Ser. No. 08/435,544 filed May 5, 1995, entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue" now U.S. Pat. No. 5,660,836, both applications having the same named inventor Edward W. Knowlton, and both applications being incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to a method and apparatus for shrinking skin tissue without damaging the melanocytes and other epithelial cells, and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve skin tightening through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environmental of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical burn. When skin is surgically excised it leaves large scares. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fibroblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with the amino acid composition to give collagen its great strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspective. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063"). The method of the '063 patent targets adipose tissue absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, with the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method and apparatus for tightening skin without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for tightening skin with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

Yet another object of the invention is to provide an inverse thermal gradient from the epidermis to the underlying collagen tissue.

A further object of the invention is to provide a method and apparatus for creating a reverse thermal gradient from the epidermis through a subcutaneous layer of soft tissue.

Still a further object of the present invention is to provide a method and apparatus for tightening skin through the use of an RF energy source and an electrolytic solution which transfer RF energy from RF electrodes to the epidermis and underlying layers.

Yet another object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the

5,919,219

3

epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. The apparatus includes a porus membrane adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving a cooling fluid. One or more thermal electrodes are positioned in the membrane and transfer thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid create a reverse thermal gradient from the skins surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

A method for tightening skin comprises providing a membrane in a thermal energy source. A reverse thermal gradient is created which cools the surface of the skin while heating underlying collagen containing layers. The skin and underlying collagen containing tissue are then heated without substantially modifying the melanocytes and other epithelial cells in the epidermis. The result is a contraction of collagen tissue and a tightening of the skin.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focussing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focussing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focussing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that thermal destruction fat cells, and the melanocytes and other epithelial cells are minimally damaged.

4

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates an desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, non invasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to, RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling

5,919,219

**5**

lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34 to subcutaneous layer 35, as well as to underlying soft tissue 36. The extend of collage in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 26 can be monopolar or bipolar. In the monopolar mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one ore more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a

**6**

barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focussing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focussing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focussing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application,* by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research,* Vol.44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive to the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA,* Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation,* Vol. 16, No. 5, Sep.–Oct 1982, pp.245–248.

5,919,219

7

It will be appreciated that focussing element **60** can be a convergent lens. Further, focussing element **60** can be positioned in porous membrane **18**, and at the exterior **16** between epidermis layer **12** and porous membrane **18**. Further, a coupling device **62** can be included which couples focussing element **60** with porous membrane **18**. In one embodiment, coupling device **62** is a bracket which is positioned around a periphery of porous membrane **18**, and supports focussing element **50** in relation to porous membrane **18**.

In the method for tightening skin, porous membrane **18** and thermal energy source **26** are provided. A reverse thermal gradient is created which cools a surface of epidermis layer **12** while heating underlying collagen containing layers. Epidermis layer **12** as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer **12**, resulting in a denaturizationof collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C., initiating from epidermis layer **12** to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C., and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer **12** to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer **12**, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source **28** is an RF power source, an RF power source **28**, feeds energy to an RF power generator **64** and then to RF electrodes **26**. A multiplexer **66** measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode **26**. RF electrodes **26** can be included which couples multiplexer **66** is driven by a controller **68** which can be a digital or analog controller, or a computer with software. When controller **68** is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface **70** includes operator controls **72** and a display **74**. Controller **68** can be coupled to different types

8

of imaging systems including ultrasonic, thermal sensors **52**, and impedance monitors **54**.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors **52**, and thermal sensors **76** contained within RF generator **64** measure voltage and current that is delivered to the desired treatment site. The output for these sensors is used by controller **68** to control the delivery of RF power. Controller **68** can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller **68** maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller **68**, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control **68** or at RF generator **64**, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller **68** result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopolar or bipolar energy delivery, (iv). electrolytic solution **20** delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface **22** as well as monitoring impedance to current flow at each RF electrode **26**, indicating changes in current carrying capability of the tissue during the process. Further, controller **68** can provide multiplexing, monitor circuit continuity, and determine which RF electrode **26** is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors **52** can be thermistors which have a resistance that varies with temperature. Analog amplifier **78** can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer **80** to the input of an analog digital converter **82**. The output of amplifier **78** is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter **82** to a microprocessor **84**. Microprocessor **84** calculates the temperature or impedance of the tissue. Microprocessor **84** can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor **84** sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor **84** corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display **74**. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor **84** with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display **74** and additionally, the delivery of RF energy to its respective

5,919,219

**9**

electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor **84** can reduce the power level by RF generator **64**, or de-energize the power delivered to any particular electrode. Controller **68** receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller **68** to display **74**. If desired, the calculated surface temperature of epidermis layer **12** is compared with a temperature limit and a warning signal can be sent to display **74**. Similarly, a control signal can be sent to RF power source **26** when temperature or impedance values exceed a predetermined level.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

I claim:

**1**. A method for tightening an external surface of a skin with an underlying collagen containing tissue, comprising:

providing an RF energy delivery device with an energy delivery surface;

positioning the RF energy delivery surface on the external surface of the skin;

creating a reverse thermal gradient through the surface of the skin to sufficiently heat an underlying collagen containing tissue, wherein a temperature of the external surface of the skin is lower than a temperature of the underlying collagen containing tissue;

detecting a temperature of the external surface of the skin;

heating the external surface of the skin and underlying collagen containing tissue in response to a detected temperature of the external surface of the skin; and

tightening at least a portion of the external surface of the skin.

**2**. The method of claim **1**, wherein the energy delivery device is a thermal energy delivery device configured to be coupled to a thermal energy source.

**3**. The method of claim **1**, wherein the energy delivery device is one or more RF electrodes configured to be coupled to an RF energy source.

**10**

**4**. The method of claim **1**, further comprising:

providing a source of electrolytic solution coupled to the surface of the skin.

**5**. The method of claim **4**, wherein RF energy is transferred from an RF electrode to the electrolytic solution.

**6**. The method of claim **1**, further comprising:

a cooling fluid lumen coupled to the energy delivery device.

**7**. The method of claim **6**, further comprising

a source of cooling medium coupled to the cooling fluid lumen.

**8**. The method of claim **1**, wherein the collagen containing tissue is in a subdermal layer.

**9**. The method of claim **1**, wherein the collagen containing tissue is in a dermal layer.

**10**. The method of claim **1**, wherein the collagen containing tissue is in a subcutaneous layer.

**11**. The method of claim **1**, wherein the collagen containing tissue is in fascial tissue.

**12**. The method of claim **1**, wherein the collagen containing tissue is in muscle tissue.

**13**. The method of claim **1**, wherein the collagen containing tissue is heated to a temperature not exceeding 80 degrees C.

**14**. The method of claim **1**, wherein the collagen containing tissue is heated to a temperature not exceeding 75 degrees C.

**15**. The method of claim **1**, wherein the collagen containing tissue is heated to a temperature not exceeding 70 degrees C.

**16**. The method of claim **1**, wherein the collagen containing tissue is heated to a temperature not exceeding 65 degrees C.

**17**. The method of claim **1**, wherein the collagen containing tissue is heated to a temperature not exceeding 60 degrees C.

**18**. The method of claim **1**, wherein the collagen containing tissue is heated to a temperature not exceeding 55 degrees C.

**19**. The method of claim **1**, wherein the collagen containing tissue is heated to a temperature not exceeding 50 degrees C.

*     *     *     *     *

# EXHIBIT H



US005755753A

# United States Patent [19]

## Knowlton

[11] Patent Number: **5,755,753**

[45] Date of Patent: **May 26, 1998**

[54] **METHOD FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

[75] Inventor: **Edward W. Knowlton**, Danville, Calif.

[73] Assignee: **Thermage, Inc.**, Alamo, Calif.

[21] Appl. No.: **435,822**

[22] Filed: **May 5, 1995**

[51] Int. Cl.$^6$ .................................................... **A61F 7/000**

[52] U.S. Cl. .............................. **607/98**; 607/101; 607/108; 607/154; 606/33

[58] Field of Search ..................... 607/96–104, 115, 607/154, 108, 109; 606/2, 9, 33, 41, 32, 34

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 32,849 | 1/1989 | Wei et al. . |
| 4,164,226 | 8/1979 | Tapper . |
| 4,343,301 | 8/1982 | Indech . |
| 4,381,007 | 4/1983 | Doss . |
| 4,441,486 | 4/1984 | Pounds . |
| 4,881,543 | 11/1989 | Trembly et al. . |
| 4,889,122 | 12/1989 | Watmough et al. . |
| 4,944,302 | 7/1990 | Hernandez et al. . |
| 4,976,709 | 12/1990 | Sand . |
| 5,133,351 | 7/1992 | Masaki . |
| 5,143,063 | 9/1992 | Fellner . |
| 5,186,181 | 2/1993 | Franconi et al. . |
| 5,230,334 | 7/1993 | Klopotek . |
| 5,249,575 | 10/1993 | Di Mino et al. . |
| 5,304,169 | 4/1994 | Sand . |
| 5,315,994 | 5/1994 | Guibert et al. . |
| 5,348,554 | 9/1994 | Imran et al. . |
| 5,370,642 | 12/1994 | Keller . |
| 5,458,596 | 10/1995 | Lax et al. ..................................... 606/31 |
| 5,464,436 | 11/1995 | Smith ........................................... 607/89 |
| 5,569,242 | 10/1996 | Lax et al. ..................................... 607/99 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 519415 | 12/1992 | European Pat. Off. . |
| 2609245 | 7/1988 | France . |
| 3121683 | 12/1982 | Germany . |

WO 92/19414   11/1992   WIPO .

### OTHER PUBLICATIONS

Martin A. Mainster, "Ophthalmic Applications of Infrared Lasers—Thermal Considerations", Visual Sci., pp. 414–420, Apr. 1979.

Allain et al., "Isometric Tensions Developed During The Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 127–133, (1980).

Danielsen, C., "Age–related thermal stability and suscepti-bililty to proteolysis of rat bone collagen". . . . chem. Great Britian, pp. 697–701, (1990).

Danielsen, C., "Thermal Stability of Reconstituted Collagen Fibrils. Shrinkage Characteristics Upon In Vitro Matura-tion", Mechanisms of Ageing and Development, vol. 15, pp. 269–278, (1981).

Kronick et al., "The Locations Of Collagens With Different Thermal Stabilities In Fibrils Of Bovine Recticular Dermis", Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Pearce et al., "Kinetic Models Of Laser–Tissue Fusion Processes", ISA, Paper #93–044, pp. 355–360, (1993).

*Primary Examiner*—Jennifer Bahr
*Assistant Examiner*—Bryan K. Yarnell
*Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

[57]     **ABSTRACT**

A method and apparatus applies radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. A porous membrane is adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving cooling fluid. One or more thermal electrodes is positioned in the membrane and transfers thermal energy to the electrolytic solution. The electrolytic solution and cool-ing fluid creates a reverse thermal gradient from the skin surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

**33 Claims, 6 Drawing Sheets**





FIG. 1

Case 1:07-cv-00224-GMS    Document 1-9    Filed 04/26/2007    Page 4 of 14



FIG.2

**U.S. Patent**         May 26, 1998         Sheet 3 of 6         **5,755,753**



FIG. 3



FIG. 4



FIG. 5



FIG.6

5,755,753

**1**

# METHOD FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE

## CROSS-REFERENCE TO RELATED CASES

The present application is related to U.S. patent application Ser. No. 08/435,544, filed May 5, 1995, entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue", pending, having same named inventor Edward W. Knowlton.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to a method and apparatus for shrinking skin tissue without damaging the melanocytes and other epithelial cells, and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve skin tightening through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environmental of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin is packaged in distinctive granules is produced by these cells and transferred by air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical burn. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient may have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominantly white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fiborblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with the amino acid composition to give collagen its great

**2**

strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspective. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063"). The method of the '063 patent targets adipose tissue absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method and apparatus for tightening skin without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

Yet another object of the invention is to provide an inverse thermal gradient from the epidermis to the underlying collagen tissue.

A further object of the invention is to provide a method and apparatus for creating a reverse thermal gradient from the epidermis through a subcutaneous layer of soft tissue.

Still a further object of the present invention is to provide a method and apparatus for tightening skin through the use of an RF energy source and an electrolytic solution which transfer RF energy from RF electrodes to the epidermis and underlying layers.

Yet another object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. The

5,755,753

3

apparatus includes a porus membrane adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving a cooling fluid. One or more thermal electrodes are positioned in the membrane and transfer thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid create a reverse thermal gradient from the skins surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes and a source of electrolytic solution is coupled to the membrane.

A method for tightening skin comprises providing a membrane in a thermal energy source. A reverse thermal gradient is created which cools the surface of the skin while heating underlying collagen containing layers. The skin and underlying collagen containing tissue are then heated without substantially modifying the melanocytes and other epithelial cells in the epidermis. The result is a contraction of collagen tissue and a tightening of the skin.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturation of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focusing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focusing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focusing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that thermal destruction fat cells, and the melanocytes and other epithelial cells are minimally damaged.

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

4

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

## DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates a desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, non invasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform to a contacting exterior surface 22 of the porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm. with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

5,755,753

5

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extend of collage in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 26 can be monopolar or bipolar. In the monopolar mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one ore more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of

6

porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focusing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focusing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focusing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see Ultrasonics Theory and Application, by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focusing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A.Y. Cheung and A. Neyzari. Cancer Research, Vol. 44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focusing can be achieved with the use of plural focusing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focusing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., JAMA, Vol. 233, at 2198–2200.

Alternative radio frequency focusing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., Medical Instrumentation, Vol. 16, No. 5, September-October 1982, pp.245–248.

It will be appreciated that focusing element 60 can be a convergent lens. Further, focusing element 60 can be positioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focusing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is positioned around a periphery of porous membrane 18, and supports focusing element 50 in relation to porous membrane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse

5,755,753

| 7 | 8 |

thermal gradient is created which cools a surface of epidermis layer 12 while heating underlying collagen containing layers. Epidermis layer 12 as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer 12, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C., initiating from epidermis layer 12 to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C., and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer 12 to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer 12, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source 28 is an RF power source, an RF power source 28, feeds energy to an RF power generator 64 and then to RF electrodes 26. A multiplexer 66 measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode 26. RF electrodes 26 can be individually measured. Multiplexer 66 is driven by a controller 68 which can be a digital or analog controller, or a computer with software. When controller 68 is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface 70 includes operator controls 72 and a display 74. Controller 68 can be coupled to different types of imaging systems including ultrasonic, thermal sensors 52, and impedance monitors 54.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors 52, and thermal sensors 76 contained within RF generator 64 measure voltage and current that is delivered to the desired treatment site. The output for these sensors is used by controller 68 to control the delivery of RF power. Controller 68 can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not to be exceeded. Controller 68 maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller 68, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control 68 or at RF generator 64, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller 68 result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopular or bipolar energy delivery, (iv). electrolytic solution 20 delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface 22 as well as monitoring impedance to current flow at each RF electrode 26, indicating changes in current carrying capability of the tissue during the process. Further, controller 68 can provide multiplexing, monitor circuit continuity, and determine which RF electrode 26 is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors 52 can be thermistors which have a resistance that varies with temperature. Analog amplifier 78 can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier 78 is sequentially connected by an analog multiplexer 80 to the input of an analog digital converter 82. The output of amplifier 78 is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter 82 to a microprocessor 84. Microprocessor 84 calculates the temperature or impedance of the tissue. Microprocessor 84 can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor 84 sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor 84 corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display 74. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor 84 with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display 74 and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor 84 can reduce the power level by RF generator 64, or de-energize the power delivered to any particular electrode. Controller 68 receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller 68 to display 74. If desired, the calculated surface temperature of epidermis layer 12 is compared with a temperature limit and a warning signal can be sent to display 74. Similarly, a control signal can be sent to RF power source 26 when temperature or impedance values exceed a predetermined level.

5,755,753

9

10

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

I claim:

1. A method for tightening skin, comprising:

providing an electromagnetic energy delivery device;

positioning an energy delivery surface of the electromagnetic energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue;

heating the surface of the skin and underlying collagen containing tissue without creating a necrosis of living cells in the epidermis;

contracting at least a portion of the collagen containing tissue and

tightening at least a portion of the surface of the skin.

2. The method of claim 1, wherein the collagen containing tissue is partially denatured by cleaving heat labile cross-links of collagen molecules.

3. The method of claim 2, wherein the collagen containing tissue is partially denatured while minimizing cellular destruction.

4. The method of claim 3, wherein the collagen containing tissue is in a subdermal layer.

5. The method of claim 3, wherein the collagen containing tissue is in a deep dermal layer.

6. The method of claim 3, wherein the collagen containing tissue is in a subcutaneous layer.

7. The method of claim 3, wherein the collagen containing tissue is in facial and muscle tissue.

8. The method of claim 2, wherein the reverse thermal gradient produces a net mobilization of intracellular fat with diminished destruction of cells.

9. The method of claim 1, wherein the electromagnetic energy source is a RF power source and one or more RF electrodes positioned on a surface of the skin.

10. The method of claim 9, further comprising:

a source of electrolytic solution that delivers electrolytic solution to the RF electrode.

11. The method of claim 10, wherein RF energy is transferred from the RF electrodes to the electrolytic solution.

12. The method of claim 11, further comprising:

a cooling fluid lumen positioned in the electrode.

13. The method of claim 12, further comprising

a source of cooling medium that is introduced into the cooling fluid lumen.

14. The method of claim 1, wherein the collagen containing tissue is heated to a temperature not exceeding 80 degrees C.

15. The method of claim 1, wherein the collagen containing tissue is heated to a temperature not exceeding 75 degrees C.

16. The method of claim 1, wherein the collagen containing tissue is heated to a temperature not exceeding 70 degrees C.

17. A method for tightening skin, comprising:

providing an electromagnetic energy delivery device;

positioning an energy delivery surface of the electromagnetic energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue; and

controlling a delivery of a sufficient amount of electromagnetic energy through an epidermis of the external surface of the skin to reconfigure at least a portion of an underlying collagen containing tissue without substantially creating cell necrosis in the epidermis, wherein at least a portion of the surface of the skin is tightened.

18. The method of claim 17, wherein the collagen containing tissue is partially denatured by cleaving heat labile cross-links of collagen molecules.

19. The method of claim 18, wherein the collagen containing tissue is partially denatured while minimizing cellular destruction.

20. The method of claim 17, wherein the electromagnetic energy source is an RF power source coupled to one or more RF electrodes.

21. The method of claim 17, further comprising:

providing a source of electrolytic solution coupled to the surface of the skin.

22. The method of claim 21, wherein RF energy is transferred from the RF electrodes to the electrolytic solution.

23. The method of claim 17, further comprising:

a cooling fluid lumen coupled to the electromagnetic energy delivery device.

24. The method of claim 23, further comprising

a source of cooling medium coupled to the cooling fluid lumen.

25. The method of claim 17, wherein the collagen containing tissue is in a subdermal layer.

26. The method of claim 17, wherein the collagen containing tissue is in a deep dermal layer.

27. The method of claim 17, wherein the collagen containing tissue is in a subcutaneous layer.

28. The method of claim 17, wherein the collagen containing tissue is in facial and muscle tissue.

29. The method of claim 17, wherein the collagen containing tissue is heated to a temperature not exceeding 80 degrees C.

30. The method of claim 17, wherein the collagen containing tissue is heated to a temperature not exceeding 75 degrees C.

31. The method of claim 17, wherein the collagen containing tissue is heated to a temperature not exceeding 70 degrees C.

32. A method for tightening skin, comprising:

providing an electromagnetic energy delivery device;

positioning an energy delivery surface of the electromagnetic energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue; and

controlling a delivery of a sufficient amount of electromagnetic energy through an epidermis of the surface of

5,755,753

| 11 | 12 |

the skin to reconfigure at least a portion of an under-lying collagen containing tissue without substantially creating cell necrosis in the collagen containing tissue, wherein at least a portion of the surface of the skin is tightened.

33. A method for tightening skin, comprising:

providing an electromagnetic energy delivery device;

positioning the electromagnetic energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue; and

controlling a delivery of a sufficient amount of electro-magnetic energy through an epidermis of the surface of the skin to reconfigure at least a portion of an under-lying collagen containing tissue without substantially creating cell necrosis in an epidermis of the skin and the collagen containing tissue, wherein at least a portion of the surface of the skin is tightened.

*    *    *    *    *

# EXHIBIT I



US005660836A

# United States Patent [19]

## Knowlton

[11] **Patent Number:** **5,660,836**

[45] **Date of Patent:** **Aug. 26, 1997**

[54] **METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

[76] Inventor: **Edward W. Knowlton**, 25 Chestnut Pl., Danville, Calif. 94506

[21] Appl. No.: **435,544**

[22] Filed: **May 5, 1995**

[51] Int. Cl.⁶ ............................................. A61N 1/40

[52] U.S. Cl. ...................... **424/400**; 600/1; 600/2; 600/9; 601/15; 607/96; 607/100; 607/101; 128/898

[58] Field of Search .......................... 607/101, 96, 100; 128/898; 600/2, 1, 9; 601/15

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 32,849 | 1/1989 | Wei et al. | 204/192.27 |
| 4,140,130 | 2/1979 | Storm, III | 128/404 |
| 4,164,226 | 8/1979 | Tapper | 607/75 |
| 4,290,435 | 9/1981 | Waggott | 128/800 |
| 4,343,301 | 8/1982 | Indech | 601/3 |
| 4,441,486 | 4/1984 | Pounds | 601/3 |
| 4,881,543 | 11/1989 | Trembly et al. | 606/27 |
| 4,887,614 | 12/1989 | Shirakami et al. | 128/798 |
| 4,944,302 | 7/1990 | Hernandez et al. | 607/76 |
| 4,976,709 | 12/1990 | Sand | 606/5 |
| 5,133,351 | 7/1992 | Masaki | 607/3 |
| 5,143,063 | 9/1992 | Fellner | 601/3 |
| 5,186,181 | 2/1993 | Franconi et al. | 607/156 |
| 5,230,334 | 7/1993 | Klopotek | 601/3 |
| 5,249,575 | 10/1993 | Di Mino et al. | 607/150 |
| 5,282,797 | 2/1994 | Chess | 606/9 |
| 5,304,169 | 4/1994 | Sand | 606/5 |
| 5,315,994 | 5/1994 | Guibert et al. | 607/101 |
| 5,334,193 | 8/1994 | Nardella | 606/41 |
| 5,342,357 | 8/1994 | Nardella | 606/40 |
| 5,348,554 | 9/1994 | Imran et al. | 606/41 |
| 5,370,642 | 12/1994 | Keller | 606/9 |
| 5,423,811 | 6/1995 | Imran et al. | 606/41 |
| 5,437,662 | 8/1995 | Nardella | 606/40 |
| 5,458,596 | 10/1995 | Lax et al. | 606/31 |
| 5,569,242 | 10/1996 | Lax et al. | 606/42 |

### OTHER PUBLICATIONS

Allain et al., "Isometric Tensions Developed During The Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 127–133, (1980).

Danielsen, C., "Age–related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

Danielsen, C., "Thermal Stability of Reconstituted Collagen Fibrils. Shrinkage Characteristics Upon In Vitro Maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269–278, (1981).

Kronick et al., "The Locations Of Collagens With Different Thermal Stabilities In Fibrils Of Bovine Recticular Dermis", Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Pearce et al., "Kinetic Models Of Laser–Tissue Fusion Processes", ISA, Paper #93–044, pp. 355–360, (1993).

*Primary Examiner*—Amy Hulina
*Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

[57] **ABSTRACT**

A method and apparatus applies radiant energy through the skin to an underlying subcutaneous layer or deeper soft tissue layers that includes loculations of fat with fibrous septae made of collagen tissue. This creates a desired contour effect without substantially modifying melanocytes and other epithelial cells in the epidermis. A membrane conforms a contacting exterior surface of the membrane to a skin layer. One or more thermal electrodes positioned in the membrane. A focussing element focuses thermal energy to the underlying collagen tissue. The focusing element and the electrolytic solution create a reverse thermal gradient from the skin to the collagen tissue. A thermal power source is coupled to the thermal electrodes.

**14 Claims, 6 Drawing Sheets**





*FIG. — 1*



FIG.—2



FIG. — 3



*FIG. —4*

FIG. —5



FIG. — 6

5,660,836

1

# METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE

## CROSS-REFERENCE TO RELATED CASES

The present application is related to U.S. patent application Ser. No. 08/435,822, filed May 5, 1995, pending entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue", having same named inventor Edward W. Knowlton.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally for achieving contour sculpting and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve contour sculpting through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environmental of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical skin. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fiborblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with the amino acid composition to give collagen its great

2

strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspective. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063"). The method of the '063 patent targets adipose tissue absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, with the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

## SUMMARY OF THE INVENTION

It is an object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

It is another object of the present invention to provide a method and apparatus for non surgically reducing loculations of fat without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for non surgically reducing loculations of fat with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

A further object of the present invention is to provide a method and apparatus for contour sculpture, by utilizing a reverse thermal gradient to partially denature collagen in fibrous septae tissue.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to an underlying subcutaneous layer, and deeper soft tissue layers, such as the muscle and overlying fascia, include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates a desired contour effect without substantially modifying the melanocytes and other epithelial cells in the epidermis. The apparatus includes a membrane that conforms a contacting

5,660,836

**3**

exterior surface of the membrane to a skin layer. One or more thermal electrodes are positioned in the membrane and create a reverse thermal gradient from the skin layer to the underlying collagen tissue. A focussing element focuses thermal energy to the underlying collagen tissue. The focussing element and the electrolytic solution create a reverse thermal gradient from the skin to the collagen tissue. A thermal power source is coupled to the thermal electrodes.

Further, a method of liposulpturing a layer under the skin comprised of a loculation of fat which has collagen tissue as a fibrous septae includes providing a membrane and a thermal energy source. A reverse thermal gradient is created which cools the top surface of the skin while heating the underlying loculation of fat. This is achieved without substantially modifying the melanocytes and other epithelial cells in the epidermis. Collagen tissue of the fibrous septae is partially denatured and contracted with a diminished destruction of cells.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focussing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focussing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focussing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that thermal destruction fat cells, and the melanocytes and other epithelial cells are minimally damaged.

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

**BRIEF DESCRIPTION OF THE FIGURES**

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

**4**

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

**DETAILED DESCRIPTION**

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates an desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, non invasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

5,660,836

5

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extend of collage in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 26 can be monopular or bipolar. In the monopular mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one or more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the mount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of

6

porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focussing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focussing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focussing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application*, by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research*, Vol. 44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA*, Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation*, Vol. 16, No. 5, Sept–Oct 1982, pp.245–248.

It will be appreciated that focussing element 60 can be a convergent lens. Further, focussing element 60 can be positioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focussing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is positioned around a periphery of porous membrane 18, and supports focussing element 50 in relation to porous membrane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse

5,660,836

7

thermal gradient is created which cools a surface of epidermis layer 12 while heating underlying collagen containing layers. Epidermis layer 12 as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer 12, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C, initiating from epidermis layer 12 to collagen containing tissue layer. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C, and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer 12 to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer 12, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source 28 is an RF power source, an RF power source 28, feeds energy to an RF power generator 64 and then to RF electrodes 26. A multiplexer 66 measures current, voltage and temperature, at the numerous thermal sensors associated with each RF electrode 26. RF electrodes 26 can be individually measured. Multiplexer 66 is driven by a controller 68 which can be a digital or analog controller, or a computer with software. When controller 68 is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface 70 includes operator controls 72 and a display 74. Controller 68 can be coupled to different types of imaging systems including ultrasonic, thermal sensors 52, and impedance monitors 54.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors 52, and thermal sensors 76 contained within RF generator 64 measure voltage and current that is delivered to the desired treatment site. The output for these

8

sensors is used by controller 68 to control the delivery of RF power. Controller 68 can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller 68 maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller 68, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control 68 or at RF generator 64, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller 68 result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopular or bipolar energy delivery, (iv). electrolytic solution 20 delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface 22 as well as monitoring impedance to current flow at each RF electrode 26, indicating changes in current carrying capability of the tissue during the process. Further, controller 68 can provide multiplexing, monitor circuit continuity, and determine which RF electrode 26 is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors 52 can be thermistors which have a resistance that varies with temperature. Analog amplifier 78 can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer 80 to the input of an analog digital converter 82. The output of amplifier 78 is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter 82 to a microprocessor 84. Microprocessor 84 calculates the temperature or impedance of the tissue. Microprocessor 84 can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor 84 sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor 84 corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display 74. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor 84 with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display 74 and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor 84 can reduce the power level by RF generator 64, or de-energize the power delivered to any particular electrode. Controller 68 receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller 68 to display 74. If desired, the calculated surface temperature of epidermis layer 12 is compared with a temperature limit and a warning signal can be sent to display 74. Similarly, a control signal can be sent to RF power source 26 when temperature or impedance values exceed a predetermined level.

5,660,836

9

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

I claim:

1. A method of liposculpturing an area of the body including a skin surface with multiple layers, and an underlying area made of a loculation of fat that has collagen tissue as a fibrous septae, comprising:

providing an electromagnetic energy delivery device;

creating a reverse thermal gradient through a surface of the skin while heating the underlying collagen containing tissue;

heating the skin surface and underlying collagen containing tissue sufficiently to partially denature at least a portion of the collagen containing tissue while minimizing cellular destruction;

contracting the collagen containing tissue; and

tightening the skin.

2. The method of claim 1, wherein the reverse thermal gradient produces a net mobilization of intracellular fat.

3. The method of claim 1, wherein the electromagnetic energy delivery device includes one or more RF electrodes.

10

4. The method of claim 3, further comprising:

a source of electrolytic solution configured to deliver electrolytic solution to the RF electrodes.

5. The method of claim 4, wherein RF energy is transferred from the RF electrodes to the electrolytic solution.

6. The method of claim 5, further comprising:

a cooling fluid lumen positioned in the electromagnetic energy delivery device.

7. The method of claim 6, further comprising a source of cooling medium that is introduced into the cooling fluid lumen.

8. The method of claim 1, wherein the collagen containing tissue is in a subdermal layer.

9. The method of claim 1, wherein the collagen containing tissue is in a deep dermal layer.

10. The method of claim 1, wherein the collagen containing tissue is in a subcutaneous layer.

11. The method of claim 1, wherein the collagen containing tissue is in fascial and muscle tissue.

12. The method of claim 1, wherein the collagen containing tissue is heated to a temperature in the range of 30 to 80 degrees C.

13. The method of claim 1, wherein the collagen containing tissue is heated to a temperature in the range of 30 to 75 degrees C.

14. The method of claim 1, wherein the collagen containing tissue is heated to a temperature in the range of 30 to 70 degrees C.

* * * * *

JS 44   (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ALMA LASERS, LTD., and ALMA LASERS, INC.

## DEFENDANTS

THERMAGE, INC.

(b) County of Residence of First Listed Plaintiff _____ *
(EXCEPT IN U.S. PLAINTIFF CASES)

First-listed plaintiff is an Israeli corporation

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801   (302) 654-1888

Attorneys (If Known)

unknown

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is an action for declaratory relief (28 U.S. Code §§ 2201 and 2202) under the patent laws of the United States (Title 35 U.S. Code)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
April 26, 2007

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.      (a) Plaintiffs-Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.      Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.    Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   Related Cases. This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 7 - 2 2 4 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

___4/26/07_____          _~Daniel Lennan~_____
(Date forms issued)             (Signature of Party or their Representative)

                                _Daniel Lennon_____
                                (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action