IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMA LASERS, LTD., and ALMA LASERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THERMAGE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. _____ ) ) ) ) ) |

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFFS ALMA LASERS, LTD. AND ALMA LASERS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Alma Lasers, Ltd. and Alma Lasers, Inc. hereby state that they have no parent corporations. Further, no publicly held entity owns 10% or more of either plaintiff's stock .

ASHBY & GEDDES

/s/ Steven J. Balick

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs,
Alma Lasers, Ltd. and Alma Lasers, Inc.*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated: April 26, 2007

180025.1