AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>07cv224 | DATE FILED<br>4/26/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Alma Lasers Ltd., et al. | | DEFENDANT<br>Thermage Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,749,624 B2 | 6/15/04 | Edward W. Knowlton |
| 2 | US 6,405,090 B1 | 6/11/02 | Thermage Inc. |
| 3 | US 6,387,380 B1 | 5/14/02 | Thermage, Inc. |
| 4 | US 6,381,498 B1 | 4/30/02 | Thermage, Inc. |
| 5 | US 6,377,855 B1 | 4/23/02 | Thermage, Inc. |
| | US 6,241,753 B1 | 6/5/01 | Thermage, Inc. |
| | 5,919,219 | 7/6/99 | Thermage, Inc. |
| | 5,755,753 | 5/26/98 | Thermage, Inc. |
| | 5,660,836 | 8/26/97 | Edward W. Knowlton |
| | | | |
| | | | |
| | | | |
| | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

AO 120 (Rev. 3/04)

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURTpril 278, |  | April 27, 2007 |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**