✎AO 440  (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

ALMA LASERS, LTD. and
ALMA LASERS, INC.,

                      Plaintiffs,

            V.

THERMAGE, INC.,

                  Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   0 7 - 2 2 4

TO: (Name and address of Defendant)

      Thermage, Inc.
      c/o The Corporation Trust Company (registered agent)
      Corporation Trust Center
      1209 Orange Street
      Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      Steven J. Balick
      Ashby & Geddes
      500 Delaware Avenue, 8th Floor
      P.O. Box 1150
      Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_____
(By) DEPUTY CLERK

_____April 26, 2007_____
DATE

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>May 1, 2007 |
| NAME OF SERVER *(PRINT)*<br>Frank Joyce | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  <u>Personally served Thermage, Inc. by serving its registered
agent at the address indicated on the front of this summons.</u>

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  <u>May 1, 2007</u>
       Date

*Signature of Server*

Parcels, Inc.

*Address of Server*
230 North Market Street
Wilmington, DE  19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.