IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMA LASERS, LTD., and<br>ALMA LASERS, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THERMAGE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-224-*** |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that defendant's time in which to move, plead or otherwise respond to the Complaint is extended to and including until June 20, 2007.

ASHBY & GEDDES

/s/ *Steven J. Balick*
_____
Steven J. Balick (#2114)
John G. Day (#2403)
Lauren E. Maguire (#4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs,*
*Alma Lasers, Ltd. and Alma Lasers, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen L. Pascale*
_____
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Chad S.C. Stover (#4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Defendant,*
*Thermage, Inc.*

      SO ORDERED this _____ day of _____, 2007.

                _____
                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 15, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Lauren Maguire [lmaguire@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on May 15, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

> *By E-Mail*
>
> David T. Pritikin [dpritikin@Sidley.com]
> Thomas D. Rein [trein@Sidley.com]
> Hugh A. Abrams [habrams@Sidley.com]
> SIDLEY AUSTIN LLP
> Chicago, IL 60603
> Telephone: 312-853-7000

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> /s/ *Karen L. Pascale*
> _____
> Josy W. Ingersoll (#1088)
> Karen L. Pascale (#2903)
> Chad S.C. Stover (#4919)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> Email: kpascale@ycst.com
>     *Attorneys for Defendant, Thermage, Inc.*