IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALMA LASERS, LTD., and
ALMA LASERS, INC.,

        Plaintiffs,

        v.

THERMAGE, INC.

        Defendant.

C.A. No.7-224-***

## THERMAGE, INC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Thermage, Inc. ("Thermage") states as follows:

1. Thermage does not have a parent corporation.

2. No publicly held corporation owns 10% or more of Thermage's stock.

June 20, 2007

*Of Counsel:*

**WOOD, HERRON & EVANS LLP**
J. Robert Chambers
P. Andrew Blatt
John P. Davis
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-6234

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

/s/ Karen L. Pascale

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Adam W. Poff (No. 3990) [apoff@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
*Attorneys for Defendant, Thermage, Inc.*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 20, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
>John G. Day, Esquire [jday@ashby-geddes.com]
>Lauren E. Maguire [lmaguire@ashby-geddes.com]
>ASHBY & GEDDES
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on June 20, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record, and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>David T. Pritikin, Esquire [dpritikin@sidley.com]
>Thomas D. Rein, Esquire [trein@sidley.com]
>Hugh A. Abrams, Esquire [habrams@sidley.com]
>SIDLEY AUSTIN LLP
>One South Dearborn Street
>Chicago, IL 60603

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Karen L. Pascale*
>_____
>Karen L. Pascale (No. 2903) [kpascale@ycst.com]
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>
>*Attorneys for Defendant, Thermage, Inc.*