IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALMA LASERS, LTD., and )
ALMA LASERS, INC., )
)
Plaintiffs, )
)
v. ) Civil Action No. 07-224 - * * *
)
THERMAGE, INC., )
)
Defendant. )

## ALMA'S REPLY TO THERMAGE'S
## COUNTERCLAIMS AND AFFIRMATIVE DEFENSES

Plaintiffs Alma Lasers, Ltd., a corporation organized and existing in the country of Israel,

and Alma Lasers, Inc., a Delaware corporation (collectively "Alma," where appropriate), hereby

submit their reply to Defendant and Counter-Plaintiff Thermage, Inc.'s ("Thermage") Answer

and Counterclaims:

### ALMA'S REPLY TO THERMAGE'S COUNTERCLAIMS

1.     Alma admits that Thermage purports to bring an action for patent infringement

arising under the patent laws of the United States, Title 35.  Alma denies that Thermage's claims

have any merit.

2.     On information and belief, admitted.

3.     Admitted.

4.     Admitted.

### JURISDICTION AND VENUE

5.     Alma admits that this Court has subject matter jurisdiction over this matter and

personal jurisdiction over Alma Lasers, Inc. and Alma Lasers, Ltd. by virtue of Alma's filing its

Complaint with this Court. Alma denies the remaining allegations of Paragraph 5 of Thermage's Counterclaims.

6.    Alma admits that venue is proper in this judicial district.

7.    Alma admits that United States Patent No. 6,749,624 ("the '624 patent"), entitled "Fluid Delivery Apparatus," was issued on June 15, 2004 and is purportedly owned by Thermage. Alma further admits that a copy thereof is attached to Thermage's Answer and Counterclaims as Exhibit A. Alma denies that the '624 patent was duly and legally issued by the United States Patent and Trademark Office.

8.    Alma admits that United States Patent No. 6,405,090 ("the '090 patent"), entitled "Method and Apparatus for Tightening Skin by Controlled Contraction of Collagen Tissue," was issued on June 11, 2002 and is purportedly owned by Thermage. Alma further admits that a copy thereof is attached to Thermage's Answer and Counterclaims as Exhibit B. Alma denies that the '090 patent was duly and legally issued by the United States Patent and Trademark Office.

9.    Alma admits that United States Patent No. 6,387,380 ("the '380 patent"), entitled "Apparatus for Controlled Contraction of Collagen Tissue," was issued on May 14, 2002 and is purportedly owned by Thermage. Alma further admits that a copy thereof is attached to Thermage's Answer and Counterclaims as Exhibit C. Alma denies that the '380 patent was duly and legally issued by the United States Patent and Trademark Office.

10.    Alma admits that United States Patent No. 6,381,498 ("the '498 patent"), entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue," was issued on April 30, 2002 and is purportedly owned by Thermage. Alma further admits that a copy thereof is

attached to Thermage's Answer and Counterclaims as Exhibit D. Alma denies that the '498 patent was duly and legally issued by the United States Patent and Trademark Office.

11.    Alma admits that United States Patent No. 6,377,855 ("the '855 patent"), entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue," was issued on April 23, 2002 and is purportedly owned by Thermage. Alma further admits that a copy thereof is attached to Thermage's Answer and Counterclaims as Exhibit E. Alma denies that the '855 patent was duly and legally issued by the United States Patent and Trademark Office.

12.    Alma admits that United States Patent No. 6,241,753 ("the '1753 patent"), entitled "Method for Scar Collagen Formation and Contraction," was issued on June 5, 2001 and is purportedly owned by Thermage. Alma further admits that a copy thereof is attached to Thermage's Answer and Counterclaims as Exhibit F. Alma denies that the '1753 patent was duly and legally issued by the United States Patent and Trademark Office.

13.    Alma admits that United States Patent No. 5,755,753 ("the '5753 patent"), entitled "Method for Controlled Contraction of Collagen Tissue," was issued on May 26, 1998 and is purportedly owned by Thermage. Alma further admits that a copy thereof is attached to Thermage's Answer and Counterclaims as Exhibit G. Alma denies that the '5753 patent was duly and legally issued by the United States Patent and Trademark Office.

14.    Alma admits that United States Patent No. 5,660,836 ("the '836 patent"), entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue," was issued on August 26, 1997 and is purportedly owned by Thermage. Alma further admits that a copy thereof is attached to Thermage's Answer and Counterclaims as Exhibit H. Alma denies that the '836 patent was duly and legally issued by the United States Patent and Trademark Office.

15.     Alma admits that United States Patent No. 7,229,436 ("the '436 patent"), entitled "Method and Kit for Treatment of Tissue," was issued on June 12, 2007 and is purportedly owned by Thermage. Alma further admits that a copy thereof is attached to Thermage's Answer and Counterclaims as Exhibit I. Alma denies that the '436 patent was duly and legally issued by the United States Patent and Trademark Office.

16.     Alma admits that United States Patent No. 7,189,230 ("the '230 patent"), entitled "Method for Treating Skin and Underlying Tissue," was issued on March 13, 2007 and is purportedly owned by Thermage. Alma further admits that a copy thereof is attached to Thermage's Answer and Counterclaims as Exhibit J. Alma denies that the '230 patent was duly and legally issued by the United States Patent and Trademark Office.

17.     Alma admits that it has manufactured the Harmony product at its plant in Caesaria, Israel. Alma admits that it has imported and sold the Harmony product in the United States. Alma admits that each Harmony machine includes a user's manual. Alma denies the remaining allegations of Paragraph 17 of Thermage's Counterclaims.

18.     Alma admits that it has manufactured the Accent XL product at its plant in Caesaria, Israel. Alma admits that it has imported and sold the Accent XL product in the United States under exemptions authorized by the U.S. Food and Drug Administration ("FDA"). Alma denies the remaining allegations of Paragraph 18 of Thermage's Counterclaims.

19.     Alma incorporates herein by reference its responses to Paragraphs 1 through 18 of Thermage's Counterclaims.

20.     Denied.

21.     Denied.

22.     Denied.

4

23.    Denied.

24.    Denied.

25.    Alma incorporates herein by reference its responses to Paragraphs 1 through 18 of Thermage's Counterclaims.

26.    Denied.

27.    Denied.

28.    Denied.

29.    Denied.

30.    Denied.

31.    Alma incorporates herein by reference its responses to Paragraphs 1 through 18 of Thermage's Counterclaims.

32.    Denied.

33.    Denied.

34.    Denied.

35.    Alma incorporates herein by reference its responses to Paragraphs 1 through 18 of Thermage's Counterclaims.

36.    Denied.

37.    Denied.

38.    Denied.

39.    Denied.

40.    Denied.

41.    Alma incorporates herein by reference its responses to Paragraphs 1 through 18 of Thermage's Counterclaims.

42.    Denied.

43.    Denied.

44.    Denied.

45.    Denied.

46.    Denied.

47.    Alma incorporates herein by reference its responses to Paragraphs 1 through 18 of Thermage's Counterclaims.

48.    Denied.

49.    Denied.

50.    Denied.

51.    Denied.

52.    Denied.

53.    Alma incorporates herein by reference its responses to Paragraphs 1 through 18 of Thermage's Counterclaims.

54.    Denied.

55.    Denied.

56.    Denied.

57.    Denied.

58.    Denied.

59.    Alma incorporates herein by reference its responses to Paragraphs 1 through 18 of Thermage's Counterclaims.

60.    Denied.

61.    Denied.

62.    Denied.

63.    Alma incorporates herein by reference its responses to Paragraphs 1 through 18 of Thermage's Counterclaims.

64.    Denied.

65.    Denied.

66.    Denied.

67.    Alma incorporates herein by reference its responses to Paragraphs 1 through 18 of Thermage's Counterclaims.

68.    Denied.

69.    Denied.

70.    Denied.

## ANSWER TO PRAYER FOR RELIEF

Alma incorporates herein its responses to Paragraphs 1-70 of Thermage's Counterclaims and denies that Thermage is entitled to any relief or judgment against Alma.

## ALMA'S AFFIRMATIVE DEFENSES TO THERMAGE'S COUNTERCLAIMS

### First Affirmative Defense

71.    As a first and separate defense, and solely by way of an alternative defense and not to be construed as an admission, each of the patents asserted in Paragraphs 9-70 (Counts I-X) of Thermage's Counterclaims ("the Asserted Thermage Patents") is invalid for failing to meet the statutory and decisional requirements for patentability, including those of 35 U.S.C. §§ 101, 102, 103, 112, and/or the judicially created doctrine of obviousness-type double patenting.

## Second Affirmative Defense

72.     As a second and separate defense, and solely by way of an alternative defense and not to be construed as an admission, Alma's past and present activities in making, using, selling, importing, and/or offering for sale in the United States the Harmony, Accent and/or Accent XL products do not infringe any valid claim of the Asserted Thermage Patents, either literally or under the doctrine of equivalents.  To the extent Thermage asserts infringement under the doctrine of equivalents, it is barred under the doctrine of prosecution history estoppel from asserting that the claims of the Asserted Thermage Patents cover products made by Alma. Thermage is also barred from claiming infringement under the doctrine of equivalents to the extent that expanding the literal scope of the claims of the Asserted Thermage Patents to encompass the accused products would cause the claims to read on the prior art.

WHEREFORE, Alma respectfully requests the following relief:

a.      the entry of judgment declaring that Alma has not infringed any of the Asserted Thermage Patents;

b.      the entry of judgment declaring that Thermage has no right to recover for any or all infringement of any of the Asserted Thermage Patents;

c.      the entry of judgment denying that Thermage injunctive relief in this case;

d.      the entry of judgment declaring that Alma has not damaged Thermage, and Thermage is not entitled to an accounting or an award of damages, interest, or costs in this case;

e.      the entry of judgment declaring that Thermage's case is not an exceptional case under 35 U.S.C. § 285, or otherwise, and Thermage is not entitled to treble damages, attorneys' fees, or expenses; and

f.    the entry of judgment declaring that Thermage is not entitled to the relief requested in its Counterclaims, or any other relief in this case.

## ALMA'S COUNTERCLAIMS IN REPLY TO THERMAGE'S COUNTERCLAIMS

For its counterclaims in reply to Thermage's Counterclaims, Alma states as follows:

### Parties

1.    Alma Lasers, Ltd. is a corporation organized and existing under the laws of the country of Israel and having its principal place of business at 14 Halamish, Caesarea Industrial Park, Caesarea, Israel 38900.

2.    Plaintiff Alma Lasers, Inc. is a corporation organized and existing under the laws of the State of Delaware and having its principal place of business at 485 Half Day Road, Suite 100, Buffalo Grove, Illinois.

3.    Defendant Thermage is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business in Hayward, California.

### The Nature of the Action

4.    Alma's counterclaims are for declaratory judgment of noninfringement and/or invalidity as to two patents owned by Thermage, U.S. Patent No. 7,229,436 ("the '436 patent") and U.S. Patent No. 7,189,230 ("the '230 patent"), under 35 U.S.C. §§ 101, 102, 103, 112, and 271.  Copies of these patents are attached as Exhibits A and B to this Reply to Thermage's Counterclaims and Affirmative Defenses.

### Jurisdiction and Venue

5.    This Court has jurisdiction over Counts I and II set forth below, relating to the noninfringement and/or invalidity of the '436 and '230 patents pursuant to the Federal

Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, under the patent laws of the United

States, 35 U.S.C. §§ 101 *et seq.*, and pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.     Venue properly lies in this Court under 28 U.S.C. §§ 1391 and 1400 because

Thermage resides in this judicial district.

## COUNT I

### Declaratory Judgment of Non-Infringement and Invalidity of United States Patent No. 7,229,436

7.     Alma incorporates herein by reference Paragraphs 1 through 6 of Alma's

Counterclaims as if set forth fully herein.

8.     On June 12, 2007, the '436 patent entitled "Method and Kit for Treatment of

Tissue" was issued.  A copy of the '436 patent is attached as Exhibit A.  On information and

belief, Thermage purportedly owns the '436 patent.

9.     Alma's Harmony, Accent and/or Accent XL products do not infringe the '436

patent.

10.     The '436 patent is invalid under one or more provisions of Title 35 of the United

States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

## COUNT II

### Declaratory Judgment of Non-Infringement and Invalidity of United States Patent No. 7,189,230

11.     Alma incorporates herein by reference Paragraphs 1 through 6 of Alma's

Counterclaims as if set forth fully herein.

12.     On March 13, 2007, the '230 patent entitled "Method for Treating Skin and

Underlying Tissue" was issued.  A copy of the '230 patent is attached as Exhibit B.  On

information and belief, Thermage purportedly owns the '230 patent.

13. Alma's Harmony, Accent and/or Accent XL products do not infringe the '230 patent.

14. The '230 patent is invalid under one or more provisions of Title 35 of the United States Code, including the provisions of 35 U.S.C. §§ 102, 103, and 112.

## **PRAYER FOR RELIEF**

WHEREFORE, Alma respectfully requests the following relief:

a. the entry of judgment declaring that Alma has not infringed the '436 or the '230 patents;

b. the entry of judgment declaring that the '436 and the '230 patents are invalid;

c. the entry of judgment declaring this to be an exceptional case pursuant to 35 U.S.C. § 285 and awarding to Alma its reasonable attorneys' fees expended in bringing and maintaining this action; and,

d. award of such other and further relief as the Court deems just and proper.

ASHBY & GEDDES

/s/ *John G. Day*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Plaintiffs,*
*Alma Lasers, Ltd. and Alma Lasers, Inc.*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

Dated: July 10, 2007
182153.1

# EXHIBIT A



US007229436B2

(12) **United States Patent**　　　　　(10) **Patent No.:**　　**US 7,229,436 B2**
Stern et al.　　　　　　　　　　　　　　(45) **Date of Patent:**　　*Jun. 12, 2007

(54) **METHOD AND KIT FOR TREATMENT OF TISSUE**

(75) Inventors: **Roger A. Stern**, Cupertino, CA (US); **Mitchell Levinson**, Pleasanton, CA (US); **Bryan Weber**, Livermore, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/400,187**

(22) Filed: **Mar. 25, 2003**

(65) **Prior Publication Data**

US 2003/0199866 A1　　Oct. 23, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/072,475, filed on Feb. 6, 2002, now Pat. No. 7,022,121, and a continuation-in-part of application No. 10/072,610, filed on Feb. 6, 2002, now Pat. No. 7,141,049, and a continuation-in-part of application No. 10/026,870, filed on Dec. 20, 2001, now Pat. No. 6,749,624, which is a continuation-in-part of application No. 09/522,275, filed on Mar. 9, 2000, now Pat. No. 6,413,255, which is a continuation of application No. 09/337,015, filed on Jun. 30, 1999, now Pat. No. 6,350,276, and a continuation-in-part of application No. 08/942,274, filed on Sep. 30, 1997, now Pat. No. 6,425,912, and a continuation-in-part of application No. 08/914,681, filed on Aug. 19, 1997, now Pat. No. 5,919,219, and a continuation-in-part of application No. 08/827,237, filed on Mar. 28, 1997, now Pat. No. 6,430,446, which is a continuation-in-part of application No. 08/583,815, filed on Jan. 5, 1996, now Pat. No. 6,241,753.

(60) Provisional application No. 60/123,440, filed on Mar. 9, 1999.

(51) **Int. Cl.**
*A61B 18/18*　　　　　(2006.01)

(52) **U.S. Cl.** ......................................... **606/41**; 607/101

(58) **Field of Classification Search** .................. 606/41, 606/42, 45–50; 607/101–105
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,831,604 A | 8/1974 | Neefe ........................... 128/260 |
| 4,074,718 A | 2/1978 | Morrison ............... 128/303.14 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1 949 534 | 4/1970 |
| DE | 31 21 683 | 12/1982 |

(Continued)

OTHER PUBLICATIONS

*Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 697-701, (1990).

(Continued)

*Primary Examiner*—Michael Peffley
(74) *Attorney, Agent, or Firm*—Wood, Herron & Evans, LLP

(57)　　　　**ABSTRACT**

These and other objects of the present invention are achieved in a method for creating a desired tissue effect. An RF electrode is provided that includes a conductive portion. The RF electrode is coupled to a fluid delivery member that delivers a cooling fluidic medium to a back surface of the RF electrode. A dielectric is positioned on a skin surface. The RF electrode is coupled with the dielectric. RF energy is delivered from the RF electrode and the dielectric to the skin surface.

**30 Claims, 5 Drawing Sheets**



**US 7,229,436 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,140,130 | A | 2/1979 | Storm, III | 128/404 |
| 4,164,226 | A | 8/1979 | Tapper | 128/419 R |
| 4,290,435 | A | 9/1981 | Waggott | 128/800 |
| 4,343,301 | A | 8/1982 | Indech | 128/24 |
| 4,346,715 | A | 8/1982 | Gammell | 128/422 |
| 4,375,220 | A | 3/1983 | Matvias | 128/804 |
| 4,381,007 | A | 4/1983 | Doss | 128/303.1 |
| 4,441,486 | A | 4/1984 | Pounds | 128/24 |
| 4,545,368 | A | 10/1985 | Rand et al. | 128/1.3 |
| 4,556,070 | A | 12/1985 | Vaguine et al. | |
| 4,585,237 | A | 4/1986 | Koop | |
| 4,633,875 | A | 1/1987 | Turner | |
| 4,646,737 | A | 3/1987 | Hussein et al. | |
| 4,676,258 | A | 6/1987 | Inokuchi et al. | 128/804 |
| 4,709,372 | A | 11/1987 | Rando et al. | |
| 4,709,701 | A | 12/1987 | Weber | 128/422 |
| 4,756,310 | A | 7/1988 | Bitterly | 128/422 |
| RE32,849 | E | 1/1989 | Wei et al. | 204/192.27 |
| 4,864,098 | A | 9/1989 | Basanese et al. | |
| 4,881,543 | A | 11/1989 | Trembly et al. | 128/303.1 |
| 4,887,614 | A | 12/1989 | Shirakami et al. | 128/798 |
| 4,889,122 | A | 12/1989 | Watmough et al. | 128/399 |
| 4,891,820 | A | 1/1990 | Rando et al. | |
| 4,944,302 | A | 7/1990 | Hernandez et al. | 128/798 |
| 4,957,480 | A | 9/1990 | Morenings | 604/20 |
| 4,962,761 | A | 10/1990 | Golden | 128/400 |
| 4,976,709 | A | 12/1990 | Sand | 606/5 |
| 5,003,991 | A | 4/1991 | Takayama et al. | 128/784 |
| 5,011,483 | A | 4/1991 | Sleister | 606/37 |
| 5,057,104 | A | 10/1991 | Chess | |
| 5,100,402 | A | 3/1992 | Fan | 606/37 |
| 5,107,832 | A | 4/1992 | Guibert et al. | |
| 5,131,904 | A | 7/1992 | Markoll | |
| 5,133,351 | A | 7/1992 | Masaki | 128/419 R |
| 5,136,676 | A | 8/1992 | Arnett et al. | |
| 5,143,063 | A | 9/1992 | Fellner | 128/399 |
| 5,186,181 | A | 2/1993 | Franconi et al. | 128/804 |
| 5,190,031 | A | 3/1993 | Guibert et al. | |
| 5,190,517 | A | 3/1993 | Zieve et al. | 604/22 |
| 5,217,455 | A | 6/1993 | Tan | 606/9 |
| 5,230,334 | A | 7/1993 | Klopotek | 128/399 |
| 5,231,997 | A | 8/1993 | Kikuchi et al. | |
| 5,249,192 | A | 9/1993 | Kuizenga et al. | 372/23 |
| 5,249,575 | A | 10/1993 | DiMino et al. | 607/150 |
| 5,282,797 | A | 2/1994 | Chess | 606/9 |
| 5,290,273 | A | 3/1994 | Tan | 606/3 |
| 5,300,097 | A | 4/1994 | Lerner et al. | 607/93 |
| 5,304,169 | A | 4/1994 | Sand | 606/5 |
| 5,304,171 | A | 4/1994 | Gregory et al. | 606/15 |
| 5,312,395 | A | 5/1994 | Tan et al. | |
| 5,315,994 | A | 5/1994 | Guibert et al. | 607/101 |
| 5,334,193 | A | 8/1994 | Nardella | 606/41 |
| 5,342,357 | A | 8/1994 | Nardella | 606/40 |
| 5,344,418 | A | 9/1994 | Ghaffari | 606/9 |
| 5,348,554 | A | * | 9/1994 | Imran et al. | 606/41 |
| 5,360,447 | A | 11/1994 | Koop | 623/15 |
| 5,364,394 | A | 11/1994 | Mehl | |
| 5,366,443 | A | 11/1994 | Eggers et al. | |
| 5,370,642 | A | 12/1994 | Keller | 606/9 |
| 5,374,265 | A | 12/1994 | Sand | 606/5 |
| 5,387,176 | A | 2/1995 | Markoll | |
| 5,397,327 | A | 3/1995 | Koop et al. | |
| 5,401,272 | A | 3/1995 | Perkins | 606/15 |
| 5,405,368 | A | 4/1995 | Eckhouse et al. | 607/88 |
| 5,423,807 | A | 6/1995 | Milder | 606/20 |
| 5,423,811 | A | 6/1995 | Imran et al. | 606/41 |
| 5,437,662 | A | 8/1995 | Nardella | 606/40 |
| 5,454,808 | A | 10/1995 | Koop et al. | |
| 5,456,260 | A | 10/1995 | Kollias et al. | 128/665 |
| 5,458,596 | A | 10/1995 | Lax et al. | 606/31 |
| 5,462,521 | A | 10/1995 | Brucker et al. | 604/20 |

| | | | | |
|---|---|---|---|---|
| 5,464,436 | A | 11/1995 | Smith | 607/89 |
| 5,486,172 | A | 1/1996 | Chess | |
| 5,496,312 | A | 3/1996 | Klicek | |
| 5,496,314 | A | 3/1996 | Eggers | 606/41 |
| 5,500,012 | A | 3/1996 | Brucker et al. | 607/122 |
| 5,507,790 | A | 4/1996 | Weiss | |
| 5,509,916 | A | 4/1996 | Taylor | 606/13 |
| 5,522,813 | A | 6/1996 | Trelles | 606/2 |
| 5,522,814 | A | 6/1996 | Bernaz | |
| 5,527,308 | A | 6/1996 | Anderson et al. | 606/14 |
| 5,527,350 | A | 6/1996 | Grove et al. | 607/89 |
| 5,531,739 | A | 7/1996 | Trelles | 606/2.5 |
| 5,549,604 | A | * | 8/1996 | Sutcu et al. | 606/45 |
| 5,556,377 | A | 9/1996 | Rosen et al. | 604/22 |
| 5,556,612 | A | 9/1996 | Anderson et al. | 424/59 |
| 5,558,667 | A | 9/1996 | Yarborough et al. | 606/9 |
| 5,569,242 | A | * | 10/1996 | Lax et al. | 606/42 |
| 5,571,216 | A | 11/1996 | Anderson | 623/66 |
| 5,578,029 | A | 11/1996 | Trelles et al. | 606/25 |
| 5,595,568 | A | 1/1997 | Anderson et al. | 606/9 |
| 5,599,342 | A | 2/1997 | Hsia et al. | 606/9 |
| 5,620,478 | A | 4/1997 | Eckhouse | |
| 5,626,631 | A | 5/1997 | Eckhouse | |
| 5,628,744 | A | 5/1997 | Coleman et al. | 606/12 |
| 5,643,334 | A | 7/1997 | Eckhouse et al. | 607/88 |
| 5,649,923 | A | 7/1997 | Gregory et al. | 606/15 |
| 5,655,547 | A | 8/1997 | Karni | 128/898 |
| 5,660,836 | A | 8/1997 | Knowlton | 424/400 |
| 5,669,868 | A | 9/1997 | Markoll | |
| 5,681,282 | A | 10/1997 | Eggers et al. | |
| 5,683,366 | A | 11/1997 | Eggers et al. | |
| 5,683,380 | A | 11/1997 | Eckhouse et al. | 606/19 |
| 5,692,058 | A | 11/1997 | Eggers et al. | |
| 5,693,045 | A | 12/1997 | Eggers | |
| 5,697,281 | A | 12/1997 | Eggers et al. | |
| 5,697,536 | A | 12/1997 | Eggers et al. | |
| 5,697,882 | A | 12/1997 | Eggers et al. | |
| 5,697,909 | A | 12/1997 | Eggers et al. | |
| 5,697,926 | A | * | 12/1997 | Weaver | 606/41 |
| 5,720,772 | A | 2/1998 | Eckhouse | |
| 5,730,719 | A | 3/1998 | Edwards | |
| 5,735,844 | A | 4/1998 | Anderson et al. | 606/9 |
| 5,743,901 | A | 4/1998 | Grove et al. | 606/9 |
| 5,746,735 | A | 5/1998 | Furumoto et al. | 606/9 |
| 5,749,868 | A | 5/1998 | Furumoto | 606/9 |
| 5,754,573 | A | 5/1998 | Yarborough et al. | 372/22 |
| 5,755,751 | A | 5/1998 | Eckhouse | |
| 5,755,753 | A | * | 5/1998 | Knowlton | 607/98 |
| 5,769,879 | A | 6/1998 | Richards et al. | 607/101 |
| 5,775,338 | A | 7/1998 | Hastings | 128/898 |
| 5,776,092 | A | 7/1998 | Farin et al. | 604/22 |
| 5,776,175 | A | 7/1998 | Eckhouse et al. | 607/100 |
| 5,810,801 | A | 9/1998 | Anderson et al. | 606/9 |
| 5,814,008 | A | 9/1998 | Chen et al. | 604/21 |
| 5,814,040 | A | 9/1998 | Nelson et al. | 606/9 |
| 5,814,041 | A | 9/1998 | Anderson et al. | 606/15 |
| 5,820,626 | A | 10/1998 | Baumgardner | 606/13 |
| 5,833,612 | A | 11/1998 | Eckhouse et al. | 600/476 |
| 5,836,999 | A | 11/1998 | Eckhouse et al. | 607/88 |
| 5,843,072 | A | 12/1998 | Furumoto et al. | 606/9 |
| 5,843,078 | A | 12/1998 | Sharkey | 606/41 |
| 5,849,029 | A | 12/1998 | Eckhouse et al. | |
| 5,851,181 | A | 12/1998 | Talmor | |
| 5,871,479 | A | 2/1999 | Furumoto et al. | 606/9 |
| 5,879,326 | A | 3/1999 | Godshall et al. | 604/51 |
| 5,879,346 | A | 3/1999 | Waldman et al. | |
| 5,880,880 | A | 3/1999 | Anderson et al. | 359/385 |
| 5,885,273 | A | 3/1999 | Eckhouse et al. | 606/9 |
| 5,885,274 | A | 3/1999 | Fullmer et al. | 606/9 |
| 5,906,609 | A | 5/1999 | Assa et al. | 606/9 |
| 5,911,718 | A | 6/1999 | Yarborough et al. | 606/9 |
| 5,919,219 | A | 7/1999 | Knowlton | 607/102 |
| 5,925,078 | A | 7/1999 | Anderson | 623/66 |

**US 7,229,436 B2**

Page 3

| | | | | |
|---|---|---|---|---|
| 5,938,657 A | 8/1999 | Assa et al. ..................... 606/9 |
| 5,948,009 A | 9/1999 | Tu ............................... 607/96 |
| 5,948,011 A | 9/1999 | Knowlton ................... 607/101 |
| 5,964,749 A | 10/1999 | Eckhouse et al. ............. 606/9 |
| 5,968,034 A | 10/1999 | Fullmer et al. ............... 606/9 |
| 5,970,983 A | 10/1999 | Karni et al. ............. 128/898 |
| 5,979,454 A | 11/1999 | Anvari et al. ............ 128/898 |
| 5,983,900 A | 11/1999 | Clement et al. .......... 128/898 |
| 5,995,283 A | 11/1999 | Anderson et al. .......... 359/385 |
| 5,997,530 A | 12/1999 | Nelson et al. |
| 6,014,579 A | 1/2000 | Pomeranz et al. .......... 600/374 |
| 6,015,404 A | 1/2000 | Altshuler et al. |
| 6,027,495 A | 2/2000 | Miller |
| RE36,634 E | 3/2000 | Ghaffari |
| 6,045,548 A | 4/2000 | Furumoto et al. ............. 606/9 |
| 6,047,215 A | 4/2000 | McClure et al. .......... 607/101 |
| 6,050,990 A | 4/2000 | Tankovich et al. ............ 606/9 |
| 6,053,909 A | 4/2000 | Shadduck .................... 606/3 |
| 6,066,130 A | 5/2000 | Gregory et al. .......... 606/15 |
| 6,077,294 A | 6/2000 | Cho et al. ................. 607/89 |
| 6,081,749 A * | 6/2000 | Ingle et al. .............. 607/101 |
| 6,090,101 A | 7/2000 | Quon et al. .................. 606/9 |
| 6,104,959 A | 8/2000 | Spertell .................... 607/101 |
| 6,120,497 A | 9/2000 | Anderson et al. ............. 606/9 |
| 6,126,655 A | 10/2000 | Domankevitz et al. ....... 606/17 |
| 6,129,723 A | 10/2000 | Anderson et al. ........... 606/13 |
| 6,139,569 A | 10/2000 | Ingle et al. .............. 607/104 |
| 6,139,653 A | 10/2000 | Fernandes et al. .......... 148/439 |
| 6,147,503 A | 11/2000 | Nelson et al. |
| 6,159,194 A | 12/2000 | Eggers et al. |
| 6,162,212 A | 12/2000 | Kreindel et al. ............. 606/9 |
| 6,168,590 B1 | 1/2001 | Neev .............................. 606/9 |
| 6,169,926 B1 | 1/2001 | Baker ........................ 607/99 |
| 6,171,301 B1 | 1/2001 | Nelson et al. ................. 606/9 |
| 6,183,773 B1 | 2/2001 | Anderson |
| 6,187,001 B1 | 2/2001 | Azar et al. |
| 6,200,308 B1 | 3/2001 | Pope et al. |
| 6,210,402 B1 | 4/2001 | Olsen et al. ................ 606/32 |
| 6,214,034 B1 | 4/2001 | Azar |
| 6,228,075 B1 | 5/2001 | Furumoto .................... 606/9 |
| 6,228,078 B1 | 5/2001 | Eggers et al. ............ 606/32 |
| 6,235,024 B1 | 5/2001 | Tu ........................... 606/41 |
| 6,240,925 B1 | 6/2001 | McMillan et al. ......... 128/898 |
| 6,241,753 B1 | 6/2001 | Knowlton .................... 607/99 |
| 6,248,103 B1 | 6/2001 | Tannenbaum et al. ......... 606/9 |
| 6,254,594 B1 | 7/2001 | Berry |
| 6,267,758 B1 | 7/2001 | Daw et al. |
| 6,273,883 B1 | 8/2001 | Furumoto .................... 606/9 |
| 6,273,884 B1 | 8/2001 | Altshuler et al. ............ 606/9 |
| 6,273,885 B1 | 8/2001 | Koop et al. .................. 606/9 |
| 6,275,962 B1 | 8/2001 | Fuller et al. .............. 714/724 |
| 6,277,116 B1 | 8/2001 | Utely et al. ............... 606/42 |
| 6,280,438 B1 | 8/2001 | Eckhouse et al. |
| 6,283,956 B1 | 9/2001 | McDaniel |
| 6,287,305 B1 * | 9/2001 | Heim et al. ................. 606/41 |
| 6,299,620 B1 | 10/2001 | Shadduck et al. |
| 6,311,090 B1 | 10/2001 | Knowlton ................... 607/101 |
| 6,334,074 B1 | 12/2001 | Spertell .................... 607/101 |
| 6,336,926 B1 | 1/2002 | Goble ....................... 606/34 |
| 6,337,998 B1 | 1/2002 | Behl et al. ............... 607/101 |
| 6,350,261 B1 | 2/2002 | Domankivitz et al. ....... 606/17 |
| 6,350,276 B1 | 2/2002 | Knowlton .................. 607/104 |
| 6,377,854 B1 | 4/2002 | Knowlton .................. 607/101 |
| 6,377,855 B1 | 4/2002 | Knowlton .................. 607/101 |
| 6,381,497 B1 | 4/2002 | Knowlton .................. 607/101 |
| 6,381,498 B1 | 4/2002 | Knowlton .................. 607/101 |
| 6,383,176 B1 | 5/2002 | Connors et al. ............... 606/9 |
| 6,387,089 B1 | 5/2002 | Kreindel et al. ............. 606/9 |
| 6,387,103 B2 | 5/2002 | Shadduck |
| 6,387,380 B1 | 5/2002 | Knowlton .................. 424/400 |
| 6,402,739 B1 | 6/2002 | Neev |
| 6,405,090 B1 | 6/2002 | Knowlton .................. 607/102 |
| 6,408,212 B1 | 6/2002 | Neev |
| 6,413,253 B1 | 7/2002 | Koop et al. ................. 606/27 |
| 6,413,255 B1 | 7/2002 | Stern ........................... 606/41 |
| 6,425,912 B1 | 7/2002 | Knowlton .................. 607/101 |
| 6,430,446 B1 | 8/2002 | Knowlton .................. 607/101 |
| 6,436,094 B1 | 8/2002 | Reuter ........................... 606/9 |
| 6,451,007 B1 | 9/2002 | Koop et al. .................. 606/9 |
| 6,453,202 B1 | 9/2002 | Knowlton .................. 607/102 |
| 6,463,336 B1 | 10/2002 | Mawhinney |
| 6,485,484 B1 | 11/2002 | Connors et al. |
| 6,488,696 B1 | 12/2002 | Cho et al. |
| 6,500,141 B1 | 12/2002 | Irion et al. .................. 604/32 |
| 6,508,813 B1 | 1/2003 | Altshuler |
| 6,511,475 B1 | 1/2003 | Altshuler et al. ............. 606/9 |
| 6,514,243 B1 | 2/2003 | Eckhouse et al. |
| 6,514,244 B2 | 2/2003 | Pope et al. |
| 6,527,763 B2 | 3/2003 | Esch et al. .................... 606/2 |
| 6,529,543 B1 | 3/2003 | Anderson et al. .......... 372/108 |
| 6,533,775 B1 | 3/2003 | Rizoiu |
| 6,569,155 B1 | 5/2003 | Connors et al. |
| 6,600,951 B1 | 7/2003 | Anderson |
| 6,605,079 B2 | 8/2003 | Shanks et al. |
| 6,605,080 B1 | 8/2003 | Altshuler et al. ............. 606/3 |
| 6,623,454 B1 | 9/2003 | Eggers et al. |
| 6,629,974 B2 | 10/2003 | Penny et al. |
| 6,632,218 B1 | 10/2003 | Furumoto et al. |
| 6,649,904 B2 | 11/2003 | Hayashi et al. |
| 6,653,618 B2 | 11/2003 | Zenzie |
| 6,659,999 B1 | 12/2003 | Anderson et al. ............. 606/9 |
| 6,662,054 B2 | 12/2003 | Kreindel et al. |
| 6,666,856 B2 | 12/2003 | Connors et al. |
| 6,702,808 B1 | 3/2004 | Kreindel |
| 6,702,838 B1 | 3/2004 | Andersen et al. |
| 6,706,032 B2 | 3/2004 | Weaver et al. ............. 604/500 |
| 6,723,090 B2 | 4/2004 | Altshuler et al. |
| 6,743,222 B2 | 6/2004 | Durkin et al. |
| 6,749,602 B2 | 6/2004 | Sierra et al. |
| 6,749,624 B2 | 6/2004 | Knowlton .................. 607/104 |
| 6,758,845 B1 | 7/2004 | Weckwerth et al. |
| 2001/0037118 A1 | 11/2001 | Shadduck |
| 2002/0016587 A1 | 2/2002 | Furumoto .................... 606/7 |
| 2002/0016601 A1 | 2/2002 | Shadduck |
| 2002/0019625 A1 | 2/2002 | Azar |
| 2002/0022827 A1 | 2/2002 | Esch et al. .................... 606/7 |
| 2002/0035360 A1 | 3/2002 | Conners et al. ............... 606/9 |
| 2002/0049433 A1 | 4/2002 | Furumoto et al. .............. 606/9 |
| 2002/0065533 A1 | 5/2002 | Weaver et al. ............. 606/191 |
| 2002/0091377 A1 | 7/2002 | Anderson et al. .............. 606/9 |
| 2002/0111605 A1 | 8/2002 | Furumoto et al. ............. 606/3 |
| 2002/0123743 A1 | 9/2002 | Shanks et al. |
| 2002/0123745 A1 | 9/2002 | Svaasand et al. ............. 606/9 |
| 2002/0151887 A1 | 10/2002 | Stern et al. ............... 606/41 |
| 2002/0156471 A1 | 10/2002 | Stern et al. ............... 606/41 |
| 2002/0161357 A1 | 10/2002 | Anderson et al. ............. 606/9 |
| 2002/0161362 A1 | 10/2002 | Penny et al. |
| 2002/0183724 A1 | 12/2002 | Neev |
| 2002/0183789 A1 | 12/2002 | Neev |
| 2003/0023283 A1 | 1/2003 | McDaniel |
| 2003/0028186 A1 | 2/2003 | Kreindel |
| 2003/0032950 A1 | 2/2003 | Altshuler et al. |
| 2003/0036751 A1 | 2/2003 | Anderson et al. ............. 606/9 |
| 2003/0040739 A1 | 2/2003 | Koop |
| 2003/0055414 A1 | 3/2003 | Altshuler et al. ............. 606/9 |
| 2003/0059386 A1 | 3/2003 | Sumain et al. |
| 2003/0065313 A1 | 4/2003 | Koop et al. |
| 2003/0065314 A1 | 4/2003 | Altshuler et al. |
| 2003/0069567 A1 | 4/2003 | Eckhouse et al. |
| 2003/0097162 A1 | 5/2003 | Kreindel |
| 2003/0129154 A1 | 7/2003 | McDaniel |
| 2003/0130710 A1 | 7/2003 | Baker et al. |
| 2003/0139740 A1 | 7/2003 | Kreindel |
| 2003/0163178 A1 | 8/2003 | Davison et al. |
| 2003/0187488 A1 | 10/2003 | Kreindel et al. |
| 2003/0199859 A1 | 10/2003 | Altshuler et al. ............. 606/9 |

## US 7,229,436 B2
Page 4

| | | | | |
|---|---|---|---|---|
| 2003/0208326 | A1 | 11/2003 | Chen et al. | 702/49 |
| 2003/0212393 | A1 | 11/2003 | Knowlton et al. | |
| 2003/0216728 | A1 | 11/2003 | Stern et al. | |
| 2003/0218756 | A1 | 11/2003 | Chen et al. | 356/497 |
| 2003/0220635 | A1 | 11/2003 | Knowlton et al. | |
| 2003/0220749 | A1 | 11/2003 | Chen et al. | 702/31 |
| 2003/0233138 | A1 | 12/2003 | Spooner | |
| 2003/0236487 | A1 | 12/2003 | Knowlton | |
| 2004/0000316 | A1 | 1/2004 | Knowlton et al. | |
| 2004/0002704 | A1 | 1/2004 | Knowlton et al. | |
| 2004/0002705 | A1 | 1/2004 | Knowlton et al. | |
| 2004/0015157 | A1 | 1/2004 | Connors et al. | |
| 2004/0030332 | A1 | 2/2004 | Knowlton et al. | |
| 2004/0034319 | A1 | 2/2004 | Anderson et al. | 604/20 |
| 2004/0034341 | A1 | 2/2004 | Altshuler et al. | 606/3 |
| 2004/0034346 | A1 | 2/2004 | Stern et al. | |
| 2004/0039379 | A1 | 2/2004 | Viator et al. | 606/9 |
| 2004/0093042 | A1 | 5/2004 | Altshuler et al. | 607/88 |
| 2004/0133251 | A1 | 7/2004 | Altshuler et al. | |
| 2004/0147984 | A1 | 7/2004 | Altshuler et al. | |
| 2004/0162549 | A1 | 8/2004 | Altshuler | |
| 2004/0199226 | A1 | 10/2004 | Shadduck | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 10082526 T1 | 7/1999 |
| EP | 0 395 307 A2 | 10/1990 |
| EP | 0 519 415 | 12/1992 |
| EP | 1 430 850 | 12/2003 |
| FR | 2 609 245 | 7/1988 |
| NZ | 266678 | 12/1997 |
| WO | 92/19414 | 11/1992 |
| WO | 93/13816 | 7/1993 |
| WO | 94/26228 | 11/1994 |
| WO | 96/27240 | 9/1996 |
| WO | 96/27327 | 9/1996 |
| WO | 96/32051 | 10/1996 |
| WO | 96/34568 | 11/1996 |
| WO | WO 96/34568 | 11/1996 |
| WO | 96/39914 | 12/1996 |
| WO | 97/18765 | 5/1997 |
| WO | 97/18768 | 5/1997 |
| WO | WO 97/37602 | 10/1997 |
| WO | 68/03117 | 1/1998 |
| WO | 98/03220 | 1/1998 |
| WO | 98 05286 | 2/1998 |
| WO | WO 98/33558 | 8/1998 |
| WO | 99 08614 | 2/1999 |
| WO | WO 99/08614 | 2/1999 |
| WO | WO 00/44297 | 8/2000 |
| WO | WO 00/48644 A3 | 8/2000 |
| WO | WO 00/54685 | 9/2000 |
| WO | WO 00/54686 | 9/2000 |
| WO | WO 01/08545 A2 | 2/2001 |
| WO | WO 02/26147 | 4/2002 |
| WO | WO 02/064209 | 8/2002 |
| WO | WO 02/076318 | 10/2002 |

### OTHER PUBLICATIONS

*Danielson, C. "Age-Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697-701, (1990).

*Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269-278, (1981).

*Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123-134, (1988).

*Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414-420, Apr. 1979.

*Pearce, et al. "Kinetic models of laser-tissue fusion processes", ISA, paper #93-044, pp. 355-360, (1993).

*Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." J. Dermatol Surg Oncol. 1993; 19:74-80.

*Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24-30, 1998, San Jose, CA.

*Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" Dermatology Times. 1995. 16(10).

*National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.

Anvari, et al., "Dynamic Epidermal Cooling in Conjunction with Laser Treatment of Port-Wine Stains: Theoretical and Preliminary Clinical Evaluations", Lasers in Medical Science 10: 105-112, (Jul. 1995).

Anvari, et al., "Spatially selective photocoagulation of biological tissues; feasibility study utilizing cryogen spray cooling", Applied Optics, vol. 35, No. 19 (Jul. 1996).

Thermage, Inc., "Complaint for Patent Infringement", Jul. 23, 2004.

Thermage, Inc., "Motion for Preliminary Injunction", Aug. 6, 2004.

Thermage, Inc., "Memorandum in Support of motion for Preliminary Injunction", Aug. 6, 2004.

Thermage, Inc., "Declaration of Edward A. Ebbers in Support of Motion for Preliminary Injunction" and attached-exhibits A-E, Aug. 6, 2004.

Thermage, Inc., "Declaration of Dr. Maureen Reitman in Support of Motion for Preliminary Injunction" and attached Exhibits A-M, Aug. 6, 2004.

Thermage, Inc. "Declaration of Dave B. Koo in Support of Motion for Preliminary Injunction" and attached Exhibits A-D, Aug. 6, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Robert S. Mc Arthur in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits 1-25, Aug. 17, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction", Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Dr. Warren S. Grundfest in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A-F, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Dr. Michael Kreindel in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Domenic Serafino in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A-C, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Moshe Mizrahy in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction", Aug. 17, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Syneron Medical Ltd.'s and Syneron, Inc.'s Answer to Complaint with Jury Demand and Declaratory Judgment, Counterclaim against Thermage, Inc.", Aug. 27, 2004.

Thermage, Inc., "Reply Memorandum re Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of John M. Benassi in Support of Motion for Preliminary Injunction" and attached Exhibits A-B, Sep. 3, 2004.

Thermage, Inc., "Declaration of Paul Davis in Support of Motion for Preliminary Injunction" and attached Exhibits A-C, Sep. 3, 2004.

Thermage, Inc., "Declaration of Robert Gerberich in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Edward W. Knowlton in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Richard J. Meader in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Maureen Reitman in Support of Motion for Preliminary Injunction (Supplemental)", Sep. 3, 2004.

US 7,229,436 B2

Page 5

Syneron Medical, Ltd., Syneron, Inc., "Motion for Leave to File Syneron's Surreply in Opposition to Preliminary Injunction Motion", Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Surreply in Opposition to Thermage, Inc.'s Preliminary Injunction Motion", Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Supplemental Declaration of Jill Neiman in Opposition to Preliminary Injunction Motion" and attached Exhibits A-C, Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Supplemental Declaration of Warren Grundfest in Opposition to Preliminary Injunction Motion" and attached Exhibits A-B, Sep. 10, 2004.

Judge Charles R. Breyer, "Order granting Motion for Leave to File Surreply", Sep. 13, 2004.

Thermage, Inc., "Memorandum in Opposition re Motion for Preliminary Injunction to Syneron's Surreply", Sep. 14, 2004.

Judge Charles R. Breyer, "Order Regarding Questions for Oral Argument", Sep. 16, 2004.

Thermage, Inc., "Answer to CounterClaim", Sep. 16, 2004.

Themage, Inc., "Minute Entry: Motion Hearing held on Sep. 17, 2004 before Judge Charles R. Breyer re Motion for Preliminary Injunction", Sep. 17, 2004.

Judge Charles R. Breyer, "Order denying Motion for Preliminary Injunction", Sep. 27, 2004.

Judge Charles R. Breyer, "Transcript of Proceedings held on Sep. 17, 2004", Oct. 8, 2004.

Anvari et al., "Dynamic Epidermal Cooling in Conjunction with Laser Treatment of Port-Wine Stains: Theoretical and Preliminary Clinical Evaluations," Lasers in Medical Studies, 10: 105-112, 1995.

Anvari et al., "Spatially Selective Photocoagulation of Biological Tissues: Feasibility Study Utilizing Cryogen Spray Cooling," Applied Optics, vol. 35, No. 19, Jul. 1, 1996.

Stem et al., U.S. Appl. No. 11/158,286, filed Jun. 20,2005.

* cited by examiner



FIG. 1A

FIG. 1B



FIG. 2



*FIG. 3A*



*FIG. 3B*



*FIG. 3C*



**FIG. 4**



**FIG. 5**



*FIG. 6*

US 7,229,436 B2

1

# METHOD AND KIT FOR TREATMENT OF TISSUE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 10/072,475 filed Feb. 6, 2002 now U.S. Pat. No. 7,022,121, and a continuation-in-part of U.S. Ser. No. 10/072,610, filed Feb. 6, 2002, now U.S. Pat. No. 7,141,049, both of which are continuations-in-part of U.S. Ser. No. 09/522,275, filed Mar. 9, 2000, now U.S. Pat. No. 6,413,255, which claims the benefit of U.S. Ser. No. 60/123,440, filed Mar. 9, 1999. This application is also a continuation-in-part of U.S. Ser. No. 10/026,870, filed Dec. 20, 2001, now U.S. Pat. No. 6,749,624, which is a continuation of U.S. Ser. No. 09/337,015, filed Jun. 30, 1999, now U.S. Pat. No. 6,350,276, which is a continuation-in-part of U.S. Ser. No. 08/583,815, filed Jan. 5, 1996, now U.S. Pat. No. 6,241,753, U.S. Ser. No. 08/827, 237, filed Mar. 28, 1997, now U.S. Pat. No. 6,430,446, U.S. Ser. No. 08/914,681, filed Aug. 19, 1997, now U.S. Pat. No. 5,919,219, and U.S. Ser. No. 08/942,274, filed Sep. 30, 1997, now U.S. Pat. No. 6,425,912, which are all fully incorporated herein by reference.

## FIELD OF THE INVENTION

This invention relates generally to methods and kits used to deliver energy through a skin surface to create a desired tissue effect, and more particularly to methods and kits to create a desired tissue effect using an RF electrode and a dielectric.

## DESCRIPTION OF RELATED ART

The human skin is composed of two elements: the epidermis and the underlying dermis. The epidermis with the stratum corneum serves as a biological barrier to the environment. In the basilar layer of the epidermis, pigment-forming cells called melanocytes are present. They are the main determinants of skin color.

The underlying dermis provides the main structural support of the skin. It is composed mainly of an extra-cellular protein called collagen. Collagen is produced by fibroblasts and synthesized as a triple helix with three polypeptide chains that are connected with heat labile and heat stable chemical bonds. When collagen-containing tissue is heated, alterations in the physical properties of this protein matrix occur at a characteristic temperature. The structural transition of collagen contraction occurs at a specific "shrinkage" temperature. The shrinkage and remodeling of the collagen matrix with heat is the basis for the technology. Although the technology can be deployed to effect other changes to the skin, skin appendages (sweat glands, sebaceous glands, hair follicles, etc.), or subcutaneous tissue structures.

Collagen crosslinks are either intramolecular (covalent or hydrogen bond) or intermolecular (covalent or ionic bonds). The thermal cleavage of intramolecular hydrogen crosslinks is a scalar process that is created by the balance between cleavage events and relaxation events (reforming of hydrogen bonds). No external force is required for this process to occur. As a result, intermolecular stress is created by the thermal cleavage of intramolecular hydrogen bonds. Essentially, the contraction of the tertiary structure of the molecule creates the initial intermolecular vector of contraction.

Collagen fibrils in a matrix exhibit a variety of spatial orientations. The matrix is lengthened if the sum of all

2

vectors acts to lengthen the fibril. Contraction of the matrix is facilitated if the sum of all extrinsic vectors acts to shorten the fibril. Thermal disruption of intramolecular hydrogen bonds and mechanical cleavage of intermolecular crosslinks is also affected by relaxation events that restore preexisting configurations. However, a permanent change of molecular length will occur if crosslinks are reformed after lengthening or contraction of the collagen fibril. The continuous application of an external mechanical force will increase the probability of crosslinks forming after lengthening or contraction of the fibril.

Hydrogen bond cleavage is a quantum mechanical event that requires a threshold of energy. The amount of (intramolecular) hydrogen bond cleavage required corresponds to the combined ionic and covalent intermolecular bond strengths within the collagen fibril. Until this threshold is reached, little or no change in the quaternary structure of the collagen fibril will occur. When the intermolecular stress is adequate, cleavage of the ionic and covalent bonds will occur. Typically, the intermolecular cleavage of ionic and covalent bonds will occur with a ratcheting effect from the realignment of polar and nonpolar regions in the lengthened or contracted fibril.

Cleavage of collagen bonds also occurs at lower temperatures but at a lower rate. Low-level thermal cleavage is frequently associated with relaxation phenomena in which bonds are reformed without a net change in molecular length. An external force that mechanically cleaves the fibril will reduce the probability of relaxation phenomena and provides a means to lengthen or contract the collagen matrix at lower temperatures while reducing the potential of surface ablation.

Soft tissue remodeling is a biophysical phenomenon that occurs at cellular and molecular levels. Molecular contraction or partial denaturation of collagen involves the application of an energy source, which destabilizes the longitudinal axis of the molecule by cleaving the heat labile bonds of the triple helix. As a result, stress is created to break the intermolecular bonds of the matrix. This is essentially an immediate extra-cellular process, whereas cellular contraction requires a lag period for the migration and multiplication of fibroblasts into the wound as provided by the wound healing sequence. In higher developed animal species, the wound healing response to injury involves an initial inflammatory process that subsequently leads to the deposition of scar tissue.

The initial inflammatory response consists of the infiltration by white blood cells or leukocytes that dispose of cellular debris. Seventy-two hours later, proliferation of fibroblasts at the injured site occurs. These cells differentiate into contractile myofibroblasts, which are the source of cellular soft tissue contraction. Following cellular contraction, collagen is laid down as a static supporting matrix in the tightened soft tissue structure. The deposition and subsequent remodeling of this nascent scar matrix provides the means to alter the consistency and geometry of soft tissue for aesthetic purposes.

In light of the preceding discussion, there are a number of dermatological procedures that lend themselves to treatments which deliver thermal energy to the skin and underlying tissue to cause a contraction of collagen, and/or initiate a wound healing response. Such procedures include skin remodeling/resurfacing, wrinkle removal, and treatment of the sebaceous glands, hair follicles adipose tissue and spider veins.

Currently available technologies that deliver thermal energy to the skin and underlying tissue include Radio

US 7,229,436 B2

3

4

Frequency (RF), optical (laser) and other forms of electromagnetic energy as well as ultrasound and direct heating with a hot surface. However, these technologies have a number of technical limitations and clinical issues which limit the effectiveness of the treatment and/or preclude treatment altogether.

These issues include the following: i) achieving a uniform thermal effect across a large area of tissue, ii) controlling the depth of the thermal effect to target selected tissue and prevent unwanted thermal damage to both target and non-target tissue, iii) reducing adverse tissue effects such as burns, redness blistering, iv) replacing the practice of delivery energy/treatment in a patchwork fashion with a more continuous delivery of treatment (e.g. by a sliding or painting motion), v) improving access to difficult-to-reach areas of the skin surface and vi) reducing procedure time and number of patient visits required to complete treatment. As will be discussed herein the current invention provides an apparatus for solving these and other limitations.

One of the key shortcomings of currently available RF technology for treating the skin is the edge effect phenomenon. In general, when RF energy is being applied or delivered to tissue through an electrode which is in contact with that tissue, the current concentrate around the edges of the electrode, sharp edges in particular. This effect is generally known as the edge effect. In the case of a circular disc electrode, the effect manifests as a higher current density around the perimeter of that circular disc and a relatively low current density in the center. For a square-shaped electrode there is typically a high current density around the entire perimeter, and an even higher current density at the corners.

Edge effects cause problems in treating the skin for several reasons. First, they result in a non-uniform thermal effect over the electrode surface. In various treatments of the skin, it is important to have a uniform thermal effect over a relatively large surface area, particularly for dermatological treatments. Large in this case being on the order of several square millimeters or even several square centimeters. In electrosurgical applications for cutting tissue, there typically is a point type applicator designed with the goal of getting a hot spot at that point for cutting or even coagulating tissue. However, this point design is undesirable for creating a reasonably gentle thermal effect over a large surface area. What is needed is an electrode design to deliver uniform thermal energy to skin and underlying tissue without hot spots.

A uniform thermal effect is particularly important when cooling is combined with heating in skin/tissue treatment procedure. As is discussed below, a non-uniform thermal pattern makes cooling of the skin difficult and hence the resulting treatment process as well. When heating the skin with RF energy, the tissue at the electrode surface tends to be warmest with a decrease in temperature moving deeper into the tissue. One approach to overcome this thermal gradient and create a thermal effect at a set distance away from the electrode is to cool the layers of skin that are in contact with the electrode. However, cooling of the skin is made difficult if there is a non-uniform heating pattern.

If the skin is sufficiently cooled such that there are no burns at the corners of a square or rectangular electrode, or at the perimeter of a circular disc electrode, then there will probably be overcooling in the center and there won't be any significant thermal effect (i.e. tissue heating) under the center of the electrode. Contrarily, if the cooling effect is decreased to the point where there is a good thermal effect in the center of the electrode, then there probably will not be sufficient cooling to protect tissue in contact with the edges of the electrode.

As a result of these limitations, in the typical application of a standard electrode there is usually an area of non-uniform treatment and/or burns on the skin surface. So uniformity of the heating pattern is very important. It is particularly important in applications treating skin where collagen-containing layers are heated to produce a collagen contraction response for tightening of the skin. For this and related applications, if the collagen contraction and resulting skin tightening effect are non-uniform, then a medically undesirable result may occur.

There is a need for improved methods and kits for treating tissue sites. There is a further need for improved methods and kits for treating skin tissue.

## SUMMARY OF THE INVENTION

Accordingly, an object of the present invention is to provide an improved method and kit for treating tissue.

Another object of the present invention is to provide an improved method and kit for treating skin tissue.

A further object of the present invention is to provide a method and kit for treating skin tissue that utilizes an RF electrode device with a separate dielectric coupled to the RF electrode.

Yet another object of the present invention is to provide a method and kit for treating skin tissue that utilizes an RF electrode and separate dielectric that are capacativly coupled when at least a portion of the dielectric is in contact with a skin surface.

These and other objects of the present invention are achieved in a method for creating a desired tissue effect. An RF electrode is provided that includes a conductive portion. The RF electrode is coupled to a fluid delivery member that delivers a cooling fluidic medium to a back surface of the RF electrode. A dielectric is positioned on a skin surface. The RF electrode is coupled with the dielectric. RF energy is delivered from the RF electrode and the dielectric to the skin surface.

In another embodiment of the present invention, a method for creating a desired tissue effect provides an RF electrode with a back plate and a plurality of electrical contact pads coupled to the back plate. A dielectric is positioned on a skin surface. The RF electrode is coupled to the dielectric. RF energy is delivered from the RF electrode and the dielectric to the skin surface.

In another embodiment of the present invention, a kit is provided. The kit has an RF electrode that includes a conductive portion. The RF electrode is coupled to a fluid delivery member that delivers a cooling fluidic medium to a back surface of the RF electrode.

In another embodiment of the present invention, a kit is provided. The kit includes an RF electrode with a conductive portion and a flex circuit. A dielectric member is included in the kit.

In another embodiment of the present invention, a kit is provided that includes an RF electrode device. The RF electrode device has a support structure, an RF electrode coupled to the support structure and a first sensor coupled to the RF electrode. A dielectric member is included in the kit.

In another embodiment of the present invention, a kit is provided that has an RF electrode device including a support structure, an RF electrode coupled to the support structure and a first sensor coupled to the RF electrode and a non-

US 7,229,436 B2

5

volatile memory coupled to the support structure. A dielectric member is included in the kit.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1(*a*) is a cross-sectional view of one embodiment of the handpiece of the present invention.

FIG. 1(*b*) is a cross-sectional view of another embodiment of the RF device with a thermoelectric cooler.

FIG. 2 is an exploded view of the FIG. 1 RF electrode assembly.

FIG. 3(*a*) is a close-up view of one embodiment of an RF electrode of the present invention.

FIG. 3(*b*) illustrates one embodiment of an RF electrode, that can be utilized with the present invention, with an outer edge geometry configured to reduce an amount of capacitively coupled area the outer edge.

FIG. 3(*c*) illustrates an one embodiment of an RF electrode, that can be utilized with the present invention, that has voids where there is little if any conductive material.

FIG. 4 is a cross-sectional view of the RF electrode assembly from FIG. 1.

FIG. 5 is a side view of one embodiment of an RF handpiece assembly of the present invention.

FIG. 6 is a rear view of the FIG. 5 RF electrode assembly.

DETAILED DESCRIPTION

In various embodiments, the present invention provides methods for treating a tissue site. In one embodiment, an energy delivery surface of an energy delivery device is coupled to a skin surface. The coupling can be a direct, in contact, placement of the energy delivery surface of the energy delivery on the skin surface, or distanced relationship between the two with out without a media to conduct energy to the skin surface from the energy delivery surface of the energy delivery device. The skin surface is cooled sufficiently to create a reverse thermal gradient where a temperature of the skin surface is less than an underlying tissue. Energy is delivered from the energy delivery device to the underlying tissue area, resulting in a tissue effect at the skin surface.

Referring now to FIG. 1(*a*), the methods of present invention can be achieved with the use of a handpiece 10. Handpiece 10 is coupled with a handpiece assembly 12 that includes a handpiece housing 14 and a cooling fluidic medium valve member 16. Handpiece housing 14 is configured to be coupled to an electrode assembly 18. Electrode assembly 18 has a least one RF electrode 20 that is capacitively coupled to a skin surface when at least a portion of RF electrode 20 is in contact with the skin surface. Without limiting the scope of the present invention, RF electrode 20 can have a thickness in the range of 0.010 to 1.0 mm.

Handpiece 10 provides a more uniform thermal effect in tissue at a selected depth, while preventing or minimizing thermal damage to the skin surface and other non-target tissue. Handpiece 10 is coupled to an RF generator. RF electrode 20 can be operated either in mono-polar or bi-polar modes. Handpiece 10 is configured to reduce, or preferably eliminate edge effects and hot spots. The result is an improved aesthetic result/clinical outcome with an elimination/reduction in adverse effects and healing time.

A fluid delivery member 22 is coupled to cooling fluidic medium valve member 16. Fluid delivery member 22 and cooling fluidic medium valve member 16 collectively form a cooling fluidic medium dispensing assembly. Fluid delivery member 22 is configured to provide an atomizing

6

delivery of a cooling fluidic medium to RF electrode 20. The atomizing delivery is a mist or fine spray. A phase transition, from liquid to gas, of the cooling fluidic medium occurs when it hits the surface of RF electrode 20. The transition from liquid to gas creates the cooling. If the transition before the cooling fluidic medium hits RF electrode 20 the cooling of RF electrode 20 will not be as effective.

In another embodiment, illustrated in FIG. 1(*b*), a thermoelectric cooler 23 is utilized in place of cooling fluidic medium valve member 16 and fluid delivery member 22.

In one embodiment, the cooling fluidic medium is a cryogenic spray, commercially available from Honeywell, Morristown, N.J. A specific example of a suitable cryogenic spray is R134A$_2$, available from Refron, Inc., 38-18 33rd St,, Long Island City, N.Y. 11101. The use of a cryogenic cooling fluidic medium provides the capability to use a number of different types of algorithms for skin treatment. For example, the cryogenic cooling fluidic medium can be applied milliseconds before and after the delivery of RF energy to the desired tissue. This is achieved with the use of cooling fluidic medium valve member 16 coupled to a cryogen supply, including but not limited to a compressed gas canister. In various embodiments, cooling fluidic medium valve member 16 can be coupled to a computer control system and/or manually controlled by the physician by means of a foot switch or similar device.

Providing a spray, or atomization, of cryogenic cooling fluidic medium is particularly suitable because of it provides an availability to implement rapid on and off control. Cryogenic cooling fluidic medium allows more precise temporal control of the cooling process. This is because cooling only occurs when the refrigerant is sprayed and is in an evaporative state, the latter being a very fast short-lived event. Thus, cooling ceases rapidly after the cryogenic cooling fluidic medium is stopped. The overall effect is to confer very precise time on-off control of cryogenic cooling fluidic medium.

Referring now to FIG. 2, fluid delivery member 22 and thermo-electric cooler 23 can be positioned in handpiece housing 14 or electrode assembly 18. Fluid delivery member 22 is configured to controllably deliver a cooling fluidic medium. Fluid delivery member 22 and thermoelectric cooler 23 cool a back surface 24 of RF electrode 20 and maintain back surface 24 at a desired temperature. The cooling fluidic medium evaporatively cools RF electrode 20 and maintains a substantially uniform temperature of front surface 26 of RF electrode 20. Fluid delivery member 22 evaporatively cools back surface 24. Front surface 26 may or may not be flexible and conformable to the skin, but it will still have sufficient strength and/or structure to provide good thermal coupling when pressed against the skin surface.

RF electrode 20 then conductively cools a skin surface that is adjacent to a front surface 26 of RF electrode 20. Suitable fluidic media include a variety of refrigerants such as R134A and freon.

Fluid delivery member 22 is configured to controllably deliver the cooling fluidic medium to back surface 24 at substantially any orientation of front surface 26 relative to a direction of gravity. A geometry and positioning of fluid delivery member 22 is selected to provide a substantially uniform distribution of cooling fluidic medium on back surface 24. The delivery of the cooling fluidic medium can be by spray of droplets or fine mist, flooding back surface 24, and the like. Cooling occurs at the interface of the cooling fluidic medium with atmosphere, which is where evaporation occurs. If there is a thick layer of fluid on back surface 24 the heat removed from the treated skin will need

US 7,229,436 B2

7

to pass through the thick layer of cooling, fluidic medium, increasing thermal resistance. To maximize cooling rates, it is desirable to apply a very thin layer of cooling fluidic medium. If RF electrode 20 is not horizontal, and if there is a thick layer of cooling fluidic medium, or if there are large drops of cooling fluidic medium on back surface 24, the cooling fluidic medium can run down the surface of RF electrode 20 and pool at one edge or corner, causing uneven cooling. Therefore, it is desirable to apply a thin layer of cooling fluidic medium with a fine spray. Thermo-electric cooler 23 achieves these same results but without delivering a cooling medium. Thermo-electric cooler 23 is cold on the side that is adjacent to or in contact with surface 24, while its opposing side becomes warmer.

In various embodiments, RF electrode 20, as illustrated in FIG. 3(a), has a conductive portion 28 and a dielectric portion 30. Conductive portion 28 can be a metal including but not limited to copper, gold, silver, aluminum and the like. Dielectric portion 30 can be made of a variety of different materials including but not limited to polyimide, Teflon® and the like, silicon nitride, polysilanes, polysilazanes, polyimides, Kapton and other polymers, antenna dielectrics and other dielectric m materials well known in the art. Other dielectric materials include but are not limited to polymers such as polyester, silicon, sapphire, diamond, zirconium-toughened alumina (ZTA), alumina and the like. Dielectric portion 30 can be positioned around at least a portion, or the entirety of a periphery of conductive portion 28. In another embodiment, RF electrode 20 is made of a composite material, including but not limited to gold-plated copper, copper-polyimide, silicon/silicon-nitride and the like.

Dielectric portion 30 creates an increased impedance to the flow of electrical current through RF electrode 20. This increased impedance causes current to travel a path straight down through conductive portion 28 to the skin surface. Electric field edge effects, caused by a concentration of current flowing out of the edges of RF electrode 20, are reduced.

Dielectric portion 30 produces a more uniform impedance through RF electrode 20 and causes a more uniform current to flow through conductive portion 28. The resulting effect minimizes or even eliminates, edge effects around the edges of RF electrode 20. As shown in FIG. 3(c), RF electrode 20 can have voids 33 where there is little or no conductive material. Creating voids 33 in the conductive material alters the electric field. The specific configuration of voids can be used to minimize edge effect, or alter the depth, uniformity or shape of the electric field. Under a portion 28' of the RF electrode 20 with solid conductive material the electric field is deeper. Under a portion 28'' of RF electrode 20 with more voids, the electric field is shallower. By combining different densities of conductive material, an RF electrode 20 is provided to match the desired heating profile.

In one embodiment, conductive portion 28 adheres to dielectric portion 30 which can be a substrate with a thickness, by way of example and without limitation, of about 0.001''. This embodiment is similar to a standard flex circuit board material commercially available in the electronics industry. In this embodiment, dielectric portion 30 is in contact with the tissue, the skin, and conductive portion 28 is separated from the skin.

The thickness of the dielectric portion 30 can be decreased by growing conductive portion 28 on dielectric portion 30 using a variety of techniques, including but not limited to, sputtering, electro deposition, chemical vapor deposition, plasma deposition and other deposition tech-

8

niques known in the art. Additionally, these same processes can be used to deposit dielectric portion 30 onto conductive portion 28. In one embodiment dielectric portion 30 is an oxide layer which can be grown on conductive portion 28. An oxide layer has a low thermal resistance and improves the cooling efficiency of the skin compared with many other dielectrics such as polymers.

In various embodiments, RF electrode 20 is configured to inhibit the capacitive coupling to tissue along its outside edge 31. Referring to FIG. 3(b) RF electrode 20 can have an outer edge 31 with a geometry that is configured to reduce an amount of capacitively coupled area at outer edge 31. Outer edge 31 can have less of the conductive portion 28 material. This can be achieved by different geometries, including but not limited to a scalloped geometry, and the like. The total length of outer edge 31 can be increased, with different geometries, and the total area that is capacitively coupled to tissue is reduced. This produces a reduction in energy generation around outer edge 31.

Alternatively, the dielectric material can be applied in a thicker layer at the edges, reducing the electric field at the edges. A further alternative is to configure the cooling to cool more aggressively at the edges to compensate for any electric field edge effect.

Fluid delivery member 22 has an inlet 32 and an outlet 34. Outlet 34 can have a smaller cross-sectional area than a cross-sectional area of inlet 32. In one embodiment, fluid delivery member 22 is a nozzle 36.

Cooling fluidic medium valve member 16 can be configured to provide a pulsed delivery of the cooling fluidic medium. Pulsing the delivery of cooling fluidic medium is a simple way to control the rate of cooling fluidic medium application. In one embodiment, cooling fluidic medium valve member 16 is a solenoid valve. An example of a suitable solenoid valve is a solenoid pinch valve manufactured by the N-Research Corporation, West Caldwell, N.J. If the fluid is pressurized, then opening of the valve results in fluid flow. If the fluid is maintained at a constant pressure, then the flow rate is constant and a simple open/close solenoid valve can be used, the effective flow rate being determined by the pulse duty cycle. A higher duty cycle, close to 100% increases cooling, while a lower duty cycle, closer to 0%, reduces cooling. The duty cycle can be achieved by turning on the valve for a short duration of time at a set frequency. The duration of the open time can be 1 to 50 milliseconds or longer. The frequency of pulsing can be 1 to 50 Hz or faster.

Alternatively, cooling fluidic medium flow rate can be controlled by a metering valve or controllable-rate pump such as a peristaltic pump. One advantage of pulsing is that it is easy to control using simple electronics and control algorithms.

Electrode assembly 18 is sufficiently sealed so that the cooling fluidic medium does not leak from back surface 24 onto a skin surface in contact with a front surface of RF electrode 20. This helps provide an even energy delivery through the skin surface. In one embodiment, electrode assembly 18, and more specifically RF electrode 20, has a geometry that creates a reservoir at back surface 24 to hold and gather cooling fluidic medium that has collected at back surface 24. Back surface 24 can be formed with "hospital corners" to create this reservoir. Optionally, electrode assembly 18 includes a vent that permits vaporized cooling fluidic medium to escape from electrode assembly 18.

The vent prevents pressure from building up in electrode assembly 18. The vent can be a pressure relief valve that is vented to the atmosphere or a vent line. When the cooling

US 7,229,436 B2

9

10

fluidic medium comes into contact with RF electrode **20** and evaporates, the resulting gas pressurizes the inside of electrode assembly **18**. This can cause RF electrode **20** to partially inflate and bow out from front surface **26**. The inflated RF electrode **20** can enhance the thermal contact with the skin and also result in some degree of conformance of RF electrode **20** to the skin surface. An electronic controller can be provided. The electronic controller sends a signal to open the vent when a programmed pressure has been reached.

Various leads **40** are coupled to RF electrode **20**. One or more thermal sensors **42** are coupled to RF electrode. Suitable thermal sensors **42** include but are not limited to thermocouples, thermistors, infrared photo-emitters and a thermally sensitive diode. In one embodiment, a thermal sensor **42** is positioned at each corner of RF electrode **20**. A sufficient number of thermal sensors **42** are provided in order to acquire sufficient thermal data of the skin surface or the back surface **24** of the electrode **20**. Thermal sensors **42** are electrically isolated from RF electrode **20**. In another embodiment, at least one sensor **42** is positioned at back surface **24** of RF electrode **20** and detects the temperature of back surface **24** in response to the delivery of cooling fluidic medium.

Thermal sensors **42** measure temperature and can provide feedback for monitoring temperature of RF electrode **20** and/or the tissue during treatment. Thermal sensors **42** can be thermistors, thermocouples, thermally sensitive diodes, capacitors, inductors or other devices for measuring temperature. Preferably, thermal sensors **42** provide electronic feedback to a microprocessor of the RF generator coupled to RF electrode **20** in order to facilitate control of the treatment.

Measurements from thermal sensors **42** can be used to help control the rate of application of cooling fluidic medium. For example, a cooling control algorithm can be used to apply cooling fluidic medium to RF electrode **20** at a high flow rate until the temperature fell below a target temperature, and then slow down or stop. A PID, or proportional-integral-differential, algorithm can be used to precisely control RF electrode **20** temperature to a predetermined value.

Thermal sensors **42** can be positioned on back surface **24** of RF electrode **20** away from the tissue. This configuration is preferable for controlling the temperature of the RF electrode **20**. Alternatively, thermal sensors **42** can be positioned on front surface **26** of RF electrode **10** in direct contact with the tissue. This embodiment can be more suitable for monitoring tissue temperature. Algorithms are utilized with thermal sensors **42** to calculate a temperature profile of the treated tissue. Thermal sensors **42** can be used to develop a temperature profile of the skin which is then used for process control purposes to assure that the proper amounts of heating and cooling are delivered to achieve a desired elevated deep tissue temperature while maintaining skin tissue layers below a threshold temperature and avoid thermal injury.

The physician can use the measured temperature profile to assure that he stays within the boundary of an ideal/average profile for a given type of treatment. Thermal sensors **42** can be used for additional purposes. When the temperature of thermal sensors **42** is monitored it is possible to detect when RF electrode **20** is in contact with the skin surface. This can be achieved by detecting a direct change in temperature when skin contact is made or examining the rate of change of temperature which is affected by contact with the skin. Similarly, if there is more than one thermal sensor **42**, the thermal sensors **42** can be used to detect whether a portion

of RF electrode **20** is lifted or out of contact with skin. This can be important because the current density (amperes per unit area) delivered to the skin can vary if the contact area changes. In particular, if part of the surface of RF electrode **20** is not in contact with the skin, the resulting current density is higher than expected.

Referring again to FIG. 1(*a*), a force sensor **44** is also coupled to electrode assembly **18**. Force sensor **44** detects an amount of force applied by electrode assembly **18**, via the physician, against an applied skin surface. Force sensor **44** zeros out gravity effects of the weight of electrode assembly **18** in any orientation of front surface **26** of RF electrode **20** relative to a direction of gravity. Additionally, force sensor **44** provides an indication when RF electrode **20** is in contact with a skin surface. Force sensor **44** also provides a signal indicating that a force applied by RF electrode **20** to a contacted skin surface is, (i) above a minimum threshold or (ii) below a maximum threshold.

As illustrated in FIG. **4**, an activation button **46** is used in conjunction with the force sensor. Just prior to activating RF electrode **20**, the physician holds handpiece **10** in position just off the surface of the skin. The orientation of handpiece **10** can be any angle relative to the direction of gravity. To arm handpiece **10**, the physician can press activation button **46** which tares force sensor **44**, by setting it to read zero. This cancels the force due to gravity in that particular treatment orientation. This method allows consistent force application of RF electrode **20** to the skin surface regardless of the angle of handpiece **10** relative to the direction of gravity.

RF electrode **20** can be a flex circuit, which can include trace components. Additionally, thermal sensor **42** and force sensor **44** can be part of the flex circuit. Further, the flex circuit can include a dielectric that forms a part of RF electrode **20**.

Electrode assembly **18** can be moveably positioned within handpiece housing **12**. In one embodiment, electrode assembly **18** is slideably moveable along a longitudinal axis of handpiece housing **12**.

Electrode assembly **18** can be rotatably mounted in handpiece housing **12**. Additionally, RF electrode **20** can be rotatably positioned in electrode assembly **18**. Electrode assembly **18** can be removably coupled to handpiece housing **12** as a disposable or non-disposable RF device **52**.

For purposes of this disclosure, electrode assembly **18** is the same as RF device **52**. Once movably mounted to handpiece housing **12**, RF device **52** can be coupled to handpiece housing **12** via force sensor **44**. Force sensor **44** can be of the type that is capable of measuring both compressive and tensile forces. In other embodiments, force sensor **44** only measures compressive forces, or only measures tensile forces.

RF device **52** can be spring-loaded with a spring **48**. In one embodiment, spring **48** biases RF electrode **20** in a direction toward handpiece housing **12**. This, pre-loads force sensor **44** and keeps RF device **52** pressed against force sensor **44**. The pre-load force is tared when activation button **46** is pressed just prior to application of RF electrode **20** to the skin surface.

A shroud **50** is optionally coupled to handpiece **10**. Shroud **50** serves to keep the user from touching RF device **52** during use which can cause erroneous force readings.

A non-volatile memory **54** can be included with RF device **52**. Additionally, non-volatile memory can be included with handpiece housing **12**. Non-volatile memory **54** can be an EPROM and the like. Additionally, a second non-volatile memory can be included in handpiece housing

US 7,229,436 B2

11                                                                12

12 for purposes of storing handpiece 10 information such as but not limited to, handpiece model number or version, handpiece software version, number of RF applications that handpiece 10 has delivered, expiration date and manufacture date. Handpiece housing 12 can also contain a microprocessor 58 for purposes of acquiring and analyzing data from various sensors on handpiece housing 12 or RF device 52 including but not limited to thermal sensors 42, force sensors 44, fluid pressure gauges, switches, buttons and the like.

Microprocessor 58 can also control components on handpiece 10 including but not limited to lights, LEDs, valves, pumps or other electronic components. Microprocessor 58 can also communicate data to a microprocessor of the RF generator.

Non-volatile memory 54 can store a variety of data that can facilitate control and operation of handpiece 10 and its associated system including but not limited to, (i) controlling the amount of current delivered by RF electrode 20, (ii) controlling the duty cycle of the fluid delivery member 22 and thermo-electric cooler 23, (iii) controlling the energy delivery duration time of the RF electrode 20, (iv) controlling the temperature of RF electrode 20 relative to a target temperature, (v) providing a maximum number of firings of RF electrode 20, (vi) providing a maximum allowed voltage that is deliverable by RF electrode 20, (vii) providing a history of RF electrode 20 use, (viii) providing a controllable duty cycle to fluid delivery member 22 and thermoelectric cooler 23 for the delivery of the cooling fluidic medium to back surface 24 of RF electrode 20, (ix) providing a controllable delivery rate of cooling fluidic medium delivered from fluid delivery member 22 to back surface 24, (x) providing a control of thermoelectric cooler 23 and the like.

Referring now to FIGS. 5 and 6, RF device 52 includes a support structure, including but not limited to a housing 60 that defines the body of RF device 52. RF device 52 can include a back plate 62 that is positioned at a proximal portion of support structure 60. A plurality of electrical contact pads 64 can be positioned at back plate 62. At least a portion of fluid delivery member 22 and thermo-electric cooler 23 can extend through back plate 62. Fluid delivery member 22 can be a channel with a proximal end that is raised above the back surface of back plate 62.

First and second engagement members 64 can also be formed in the body of support structure 60. Engagement members 64 provide engagement and disengagement with handpiece housing 14. Suitable engagement members 64 include but are not limited to snap members, apertures to engage with snap members of substrate support 60, and the like.

Handpiece 10 can be used to deliver thermal energy to modify tissue including, but not limited to, collagen containing tissue, in the epidermal, dermal and subcutaneous tissue layers, including adipose tissue. The modification of the tissue includes modifying a physical feature of the tissue, a structure of the tissue or a physical property of the tissue. The modification can be achieved by delivering sufficient energy to modify collagen containing tissue, cause collagen shrinkage, and/or a wound healing response including the deposition of new or nascent collagen, and the like.

Handpiece 10 can be utilized for performing a number of treatments of the skin and underlying tissue including but not limited to, (i) dermal remodeling and tightening, (ii) wrinkle reduction, (iii) elastosis reduction, (iv) scar reduction, (v) sebaceous gland removal/deactivation and reduction of activity of sebaceous gland, (vi) hair follicle removal, (vii) adipose tissue remodeling/removal, (viii) spider vein removal, (ix) modify contour irregularities of a skin surface,

(x) create scar or nascent collagen, (xi) reduction of bacteria activity of skin, (xii) reduction of skin pore size, (xiii) unclog skin pores and the like.

In various embodiments, handpiece 10 can be utilized in a variety of treatment processes, including but not limited to, (i) pre-cooling, before the delivery of energy to the tissue has begun, (ii) an on phase or energy delivery phase in conjunction with cooling and (iii) post cooling after the delivery of energy to tissue has stopped.

Handpiece 10 can be used to pre-cool the surface layers of the target tissue so that when RF electrode 20 is in contact with the tissue, or prior to turning on the RF energy source, the superficial layers of the target tissue are already cooled. When RF energy source is turned on or delivery of RF to the tissue otherwise begins, resulting in heating of the tissues, the tissue that has been cooled is protected from thermal effects including thermal damage. The tissue that has not been cooled will warm up to therapeutic temperatures resulting in the desired therapeutic effect.

Pre-cooling gives time for the thermal effects of cooling to propagate down into the tissue. More specifically, pre-cooling allows the achievement of a desired tissue depth thermal profile, with a minimum desired temperature being achieved at a selectable depth. The amount or duration of pre-cooling can be used to select the depth of the protected zone of untreated tissue. Longer durations of pre-cooling produce a deeper protected zone and hence a deeper level in tissue for the start of the treatment zone. The opposite is true for shorter periods of pre-cooling. The temperature of front surface 26 of RF electrode 20 also affects the temperature profile. The colder the temperature of front surface 26, the faster and deeper the cooling, and vice versa.

Post-cooling can be important because it prevents and/or reduces heat delivered to the deeper layers from conducting upward and heating the more superficial layers possibly to therapeutic or damaging temperature range even though external energy delivery to the tissue has ceased. In order to prevent this and related thermal phenomena, it can be desirable to maintain cooling of the treatment surface for a period of time after application of the RF energy has ceased. In various embodiments, varying amounts of post cooling can be combined with real-time cooling and/or pre-cooling.

In various embodiments, handpiece 10 can be used in a varied number of pulse on-off type cooling sequences and algorithms may be employed. In one embodiment, the treatment algorithm provides for pre-cooling of the tissue by starting a spray of cryogenic cooling fluidic medium, followed by a short pulse of RF energy into the tissue. In this embodiment, the spray of cryogenic cooling fluidic medium continues while the RF energy is delivered, and is stopping shortly thereafter, e.g. on the order of milliseconds. This or another treatment sequence can be repeated again. Thus in various embodiments, the treatment sequence can include a pulsed sequence of cooling on, heat, cooling off, cooling on, heat, cool off, and with cooling and heating durations on orders of tens of milliseconds. In these embodiments, every time the surface of the tissue of the skin is cooled, heat is removed from the skin surface. Cryogenic cooling fluidic medium spray duration, and intervals between sprays, can be in the tens of milliseconds ranges, which allows surface cooling while still delivering the desired thermal effect into the deeper target tissue.

In various embodiments, the target tissue zone for therapy, also called therapeutic zone or thermal effect zone, can be at a tissue depth from approximately 100 μm under the surface of the skin down to as deep as 10 millimeters, depending upon the type of treatment. For treatments

US 7,229,436 B2

13

involving collagen contraction, it can be desirable to cool both the epidermis and the superficial layers of the dermis of the skin that lies beneath the epidermis, to a cooled depth range between 100 μm two millimeters. Different treatment algorithms can incorporate different amounts of pre-cooling, heating and post cooling phases in order to produce a desired tissue effect at a desired depth.

Various duty cycles, on and off times, of cooling and heating are utilized depending on the type of treatment. The cooling and heating duty cycles can be controlled and dynamically varied by an electronic control system known in the art. Specifically the control system can be used to control cooling fluidic medium valve member 16 and the RF power source.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method for creating a desired tissue effect with an RF electrode having a back surface and coupled on a dielectric material, comprising:

cooling the back surface of the RF electrode;

positioning the dielectric material on an external skin surface of a body; and

delivering RF energy from the RF electrode by capacitive coupling through the dielectric material and into the skin surface, the cooling and delivering being controlled so as to create a reverse thermal gradient whereby a temperature of the external skin surface is lower than a temperature of underlying tissue.

2. The method of claim 1, wherein cooling the back surface of the RF electrode is accomplished using a thermoelectric cooler.

3. The method of claim 1, further comprising:

introducing a conductive media between the RF electrode and the dielectric.

4. The method of claim 1, wherein the RF electrode is coupled to a support structure, the support structure including a back plane coupled to a plurality of electrical contact pads.

5. The method of claim 1, wherein the RF energy is delivered to tissue underlying the external skin surface without creating substantial necrosis at the skin surface.

6. The method of claim 1, wherein cooling the back surface of the RF electrode further comprises:

delivering a controllable amount of a cooling fluidic medium to the back surface of the RF electrode.

7. The method of claim 1, wherein cooling the back surface of the RF electrode further comprises:

providing an atomizing delivery of a cooling fluidic medium to the back surface of the RF electrode.

8. The method of claim 1, wherein cooling the back surface of the RF electrode further comprises:

evaporatively cooling the back surface of the RF electrode and conductively cooling the external skin surface in contact with the dielectric material.

9. The method of claim 1, wherein cooling the back surface of the RF electrode further comprises:

delivering a cooling fluidic medium to the back surface of the RF electrode at substantially any orientation of a front surface of the RF electrode relative to a direction of gravity.

14

10. The method of claim 1, wherein the desired tissue effect is selected from dermal remodeling and tightening, wrinkle reduction, elastosis reduction, scar reduction, sebaceous gland removal, sebaceous deactivation, hair follicle removal, adipose tissue remodeling or removal, spider vein removal, modification of contour irregularities of a skin surface, creation scar or nascent collagen, reduction of bacteria activity of skin, reduction of skin pore size, and unclogging skin pores.

11. The method of claim 1, wherein a temperature of the external skin surface is lower than an underlying collagen containing tissue site.

12. The method of claim 1, wherein RF energy is delivered through the external skin surface to underlying tissue for a sufficient time to induce a change in collagen tissue in the underlying tissue while minimizing cellular necrosis of the external skin surface to create the desired tissue effect.

13. The method of claim 1, wherein the RF electrode includes a metal conductive portion.

14. The method of claim 1, further comprising:

a first sensor coupled to the RF electrode.

15. The method of claim 14, further comprising:

sensing at least one of a temperature of the back surface of the RF electrode or a temperature of the external skin surface.

16. The method of claim 1, wherein the RF electrode is coupled to a non-volatile memory.

17. A method for creating a desired tissue effect with an RF electrode having a back surface and coupled on a dielectric material, comprising:

cooling the back surface of the RF electrode;

positioning the dielectric material on an external skin surface of a body;

delivering RF energy from the RF electrode by capacitive coupling through the dielectric material and into the skin surface; and

creating a reverse thermal gradient on at least a portion of the skin surface, the reverse thermal gradient cooling the skin surface while heating underlying tissue, wherein a temperature of the skin surface is lower than a temperature of the underlying tissue.

18. The method of claim 17, wherein cooling the back surface of the RF electrode is accomplished using a thermoelectric cooler.

19. The method of claim 17, wherein the RF electrode is coupled to a support structure, the support structure including a back plane coupled to a plurality of electrical contact pads.

20. The method of claim 17, wherein the RF energy is delivered to tissue underlying the skin surface without creating substantial necrosis at the skin surface.

21. The method of claim 17, wherein cooling the back surface of the RF electrode further comprises:

delivering a controllable amount of a cooling fluidic medium to the back surface of the RF electrode.

22. The method of claim 17, wherein cooling the back surface of the RF electrode further comprises:

providing an atomizing delivery of a cooling fluidic medium to the back surface of the RF electrode.

23. The method of claim 17, wherein cooling the back surface of the RF electrode further comprises:

evaporatively cooling the back surface of the RF electrode and conductively cooling the skin surface in contact with the dielectric material.

24. The method of claim 17, wherein cooling the back surface of the RF electrode further comprises:

US 7,229,436 B2

15

delivering a cooling fluidic medium to the back surface of the RF electrode at substantially any orientation of a front surface of the RF electrode relative to a direction of gravity.

**25**. The method of claim **17**, wherein the desired tissue effect is selected from dermal remodeling and tightening, wrinkle reduction, elastosis reduction, scar reduction, sebaceous gland removal, sebaceous deactivation, hair follicle removal, adipose tissue remodeling or removal, spider vein removal, modification of contour irregularities of a skin surface, creation scar or nascent collagen, reduction of bacteria activity of skin, reduction of skin pore size, and unclogging skin pores.

**26**. The method of claim **17**, wherein a temperature of the skin surface is lower than an underlying collagen containing tissue site.

16

**27**. The method of claim **17**, wherein RF energy is delivered through the skin surface to underlying tissue for a sufficient time to induce a change in collagen tissue in the underlying tissue while minimizing cellular necrosis of the skin surface to create the desired tissue effect.

**28**. The method of claim **17**, wherein the RF electrode includes a metal conductive portion.

**29**. The method of claim **17**, further comprising:
a first sensor coupled to the RF electrode.

**30**. The method of claim **29**, further comprising:
sensing at least one of a temperature of the back surface of the RF electrode or a temperature of the skin surface.

*   *   *   *   *

EXHIBIT B



US007189230B2

(12) **United States Patent**
    Knowlton

(10) **Patent No.:**    **US 7,189,230 B2**
(45) **Date of Patent:**    *Mar. 13, 2007

(54) **METHOD FOR TREATING SKIN AND UNDERLYING TISSUE**

(75) Inventor:   **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee:   **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/447,187**

(22) Filed:   **May 27, 2003**

(65)   **Prior Publication Data**
    US 2003/0220635 A1    Nov. 27, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/072,475, filed on Feb. 6, 2002, now Pat. No. 7,022,121, and a continuation-in-part of application No. 10/072,610, filed on Feb. 6, 2002, and a continuation-in-part of application No. 10/026,870, filed on Dec. 20, 2001, now Pat. No. 6,749,624, which is a continuation-in-part of application No. 09/522,275, filed on Mar. 9, 2000, now Pat. No. 6,413,255, which is a continuation-in-part of application No. 09/337,015, filed on Jun. 30, 1999, now Pat. No. 6,350,276, and a continuation-in-part of application No. 08/942,274, filed on Sep. 30, 1997, now Pat. No. 6,425,912, and a continuation-in-part of application No. 08/914,681, filed on Aug. 19, 1997, now Pat. No. 5,919,219, and a continuation-in-part of application No. 08/827,237, filed on Mar. 28, 1997, now Pat. No. 6,430,446, which is a continuation-in-part of application No. 08/583,815, filed on Jan. 5, 1996, now Pat. No. 6,241,753.

(60) Provisional application No. 60/123,440, filed on Mar. 9, 1999.

(51) **Int. Cl.**
    *A61B 18/18*    (2006.01)
    *A61F 2/00*    (2006.01)
(52) **U.S. Cl.** .......................... **606/41**; 607/96; 607/101; 606/33
(58) **Field of Classification Search** ............ 606/32–34, 606/41, 48–50; 607/98–104
    See application file for complete search history.

(56)   **References Cited**

U.S. PATENT DOCUMENTS

3,831,604 A    8/1974 Neefe ........................ 128/260

(Continued)

FOREIGN PATENT DOCUMENTS

EP    0 395 307 A2    10/1990

(Continued)

OTHER PUBLICATIONS

Anvari, et al., "Dynammic Epidermal Cooling in Conjunction with Laser Treatment of Port-Wine Stains: Theoretical and Preliminary Clinical Evaluations", *Lasers in Medical Science* 10: 105-112, (Jul. 1995).

(Continued)

*Primary Examiner*—Michael Peffley
(74) *Attorney, Agent, or Firm*—Wood, Herron & Evans, L.L.P.

(57)   **ABSTRACT**

A method for treating a tissue site couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is created. The cooling creates a reverse thermal gradient, where a temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area. The energy delivery modifies the underlying tissue area and decreases irregularities of the skin surface.

**93 Claims, 6 Drawing Sheets**



**US 7,189,230 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,074,718 | A | | 2/1978 | Morrison | 128/303.14 |
| 4,140,130 | A | | 2/1979 | Storm, III | 607/154 |
| 4,164,226 | A | | 8/1979 | Tapper | 128/419 R |
| 4,290,435 | A | | 9/1981 | Waggott | 128/800 |
| 4,343,301 | A | | 8/1982 | Indech | 128/24 |
| 4,346,715 | A | | 8/1982 | Gammell | 128/422 |
| 4,556,070 | A | | 12/1985 | Vaguine et al. | |
| 4,585,237 | A | | 4/1986 | Koop | |
| 4,633,875 | A | | 1/1987 | Turner | |
| 4,646,737 | A | | 3/1987 | Hussein et al. | |
| 4,709,372 | A | | 11/1987 | Rando et al. | |
| 4,756,310 | A | | 7/1988 | Bitterly | 128/400 |
| RE32,849 | E | | 1/1989 | Wei et al. | 204/192.27 |
| 4,864,098 | A | | 9/1989 | Basanese et al. | |
| 4,891,820 | A | | 1/1990 | Rando et al. | |
| 4,957,480 | A | | 9/1990 | Morenings | 604/20 |
| 4,962,761 | A | | 10/1990 | Golden | 128/400 |
| 4,976,709 | A | | 12/1990 | Sand | 606/5 |
| 5,003,991 | A | | 4/1991 | Takayama et al. | 128/784 |
| 5,011,483 | A | | 4/1991 | Sleister | 606/37 |
| 5,057,104 | A | | 10/1991 | Chess | |
| 5,100,402 | A | | 3/1992 | Fan | 606/37 |
| 5,107,832 | A | | 4/1992 | Guibert et al. | |
| 5,131,904 | A | | 7/1992 | Markoll | |
| 5,133,351 | A | | 7/1992 | Masaki | 128/419 R |
| 5,136,676 | A | | 8/1992 | Arnett et al. | |
| 5,143,063 | A | | 9/1992 | Fellner | 128/399 |
| 5,186,181 | A | | 2/1993 | Franconi et al. | 128/804 |
| 5,190,031 | A | | 3/1993 | Guibert et al. | |
| 5,190,517 | A | | 3/1993 | Zieve et al. | 604/22 |
| 5,217,455 | A | | 6/1993 | Tan | 606/9 |
| 5,230,334 | A | | 7/1993 | Klopotek | 128/399 |
| 5,231,997 | A | | 8/1993 | Kikuchi et al. | |
| 5,249,192 | A | | 9/1993 | Kuizenga et al. | 372/23 |
| 5,249,575 | A | | 10/1993 | DiMino et al. | 607/150 |
| 5,282,797 | A | | 2/1994 | Chess | 606/9 |
| 5,290,273 | A | | 3/1994 | Tan | 606/3 |
| 5,300,097 | A | | 4/1994 | Lerner et al. | 607/93 |
| 5,304,169 | A | | 4/1994 | Sand | 606/5 |
| 5,304,171 | A | | 4/1994 | Gregory et al. | 606/15 |
| 5,312,395 | A | | 5/1994 | Tan et al. | |
| 5,315,994 | A | | 5/1994 | Guibert et al. | 607/101 |
| 5,334,193 | A | | 8/1994 | Nardella | 606/41 |
| 5,342,357 | A | | 8/1994 | Nardella | 606/40 |
| 5,344,418 | A | * | 9/1994 | Ghaffari | 606/9 |
| 5,348,554 | A | | 9/1994 | Imran et al. | 606/41 |
| 5,360,447 | A | | 11/1994 | Koop | 623/15 |
| 5,364,394 | A | | 11/1994 | Mehl | |
| 5,366,443 | A | | 11/1994 | Eggers et al. | |
| 5,370,642 | A | | 12/1994 | Keller | 606/9 |
| 5,374,265 | A | | 12/1994 | Sand | 606/5 |
| 5,387,176 | A | | 2/1995 | Markoll | |
| 5,397,327 | A | | 3/1995 | Koop et al. | |
| 5,401,272 | A | | 3/1995 | Perkins | 606/15 |
| 5,405,368 | A | | 4/1995 | Eckhouse | 607/88 |
| 5,423,807 | A | | 6/1995 | Milder | 606/20 |
| 5,423,811 | A | | 6/1995 | Imran et al. | 606/41 |
| 5,437,662 | A | | 8/1995 | Nardella | 606/40 |
| 5,454,808 | A | | 10/1995 | Koop et al. | |
| 5,456,260 | A | | 10/1995 | Kollias et al. | 128/665 |
| 5,458,596 | A | * | 10/1995 | Lax et al. | 606/31 |
| 5,462,521 | A | | 10/1995 | Brucker et al. | 604/20 |
| 5,464,436 | A | | 11/1995 | Smith | 607/89 |
| 5,486,172 | A | | 1/1996 | Chess | |
| 5,496,312 | A | | 3/1996 | Klicek | |
| 5,496,314 | A | | 3/1996 | Eggers et al. | 606/41 |
| 5,500,012 | A | | 3/1996 | Brucker et al. | 607/122 |
| 5,507,790 | A | | 4/1996 | Weiss | |
| 5,509,916 | A | | 4/1996 | Taylor | 606/13 |
| 5,522,813 | A | | 6/1996 | Trelles | 606/2 |
| 5,522,814 | A | | 6/1996 | Bernaz | |
| 5,527,308 | A | | 6/1996 | Anderson et al. | 606/14 |
| 5,527,350 | A | | 6/1996 | Grove et al. | 607/89 |
| 5,531,739 | A | | 7/1996 | Trelles | 606/2.5 |
| 5,556,377 | A | | 9/1996 | Rosen et al. | 604/22 |
| 5,556,612 | A | | 9/1996 | Anderson et al. | 424/59 |
| 5,558,667 | A | | 9/1996 | Yarborough et al. | 606/9 |
| 5,569,242 | A | | 10/1996 | Lax et al. | 606/42 |
| 5,571,216 | A | | 11/1996 | Anderson | 623/66 |
| 5,578,029 | A | | 11/1996 | Trelles et al. | 606/25 |
| 5,595,568 | A | | 1/1997 | Anderson et al. | 606/9 |
| 5,599,342 | A | | 2/1997 | Hsia et al. | 606/9 |
| 5,620,478 | A | | 4/1997 | Eckhouse | |
| 5,626,631 | A | | 5/1997 | Eckhouse | |
| 5,628,744 | A | | 5/1997 | Coleman et al. | 606/12 |
| 5,643,334 | A | | 7/1997 | Eckhouse et al. | 607/88 |
| 5,649,923 | A | | 7/1997 | Gregory et al. | 606/15 |
| 5,655,547 | A | | 8/1997 | Karni | 128/898 |
| 5,660,836 | A | | 8/1997 | Knowlton | 424/400 |
| 5,669,868 | A | | 9/1997 | Markoll | |
| 5,681,282 | A | | 10/1997 | Eggers et al. | |
| 5,683,366 | A | * | 11/1997 | Eggers et al. | 604/114 |
| 5,683,380 | A | * | 11/1997 | Eckhouse et al. | 606/9 |
| 5,692,058 | A | | 11/1997 | Eggers et al. | |
| 5,693,045 | A | | 12/1997 | Eggers | |
| 5,697,281 | A | | 12/1997 | Eggers et al. | |
| 5,697,536 | A | | 12/1997 | Eggers et al. | |
| 5,697,882 | A | | 12/1997 | Eggers et al. | |
| 5,697,909 | A | | 12/1997 | Eggers et al. | |
| 5,720,772 | A | | 2/1998 | Eckhouse | |
| 5,730,719 | A | | 3/1998 | Edwards | |
| 5,735,844 | A | | 4/1998 | Anderson et al. | 606/9 |
| 5,743,901 | A | | 4/1998 | Grove et al. | 606/9 |
| 5,746,735 | A | | 5/1998 | Furumoto et al. | 606/9 |
| 5,749,868 | A | | 5/1998 | Furumoto | 606/9 |
| 5,754,573 | A | | 5/1998 | Yarborough et al. | 372/22 |
| 5,755,751 | A | | 5/1998 | Eckhouse | |
| 5,755,753 | A | * | 5/1998 | Knowlton | 607/98 |
| 5,769,879 | A | | 6/1998 | Richards et al. | 607/101 |
| 5,775,338 | A | | 7/1998 | Hastings | 128/898 |
| 5,776,092 | A | | 7/1998 | Farin et al. | 604/22 |
| 5,776,175 | A | | 7/1998 | Eckhouse et al. | 607/100 |
| 5,810,801 | A | | 9/1998 | Anderson et al. | 606/9 |
| 5,814,008 | A | | 9/1998 | Chen et al. | 604/21 |
| 5,814,040 | A | * | 9/1998 | Nelson et al. | 606/9 |
| 5,814,041 | A | | 9/1998 | Anderson et al. | 606/15 |
| 5,820,626 | A | | 10/1998 | Baumgardner | 606/13 |
| 5,833,612 | A | | 11/1998 | Eckhouse et al. | 600/476 |
| 5,836,999 | A | | 11/1998 | Eckhouse et al. | 607/88 |
| 5,843,072 | A | | 12/1998 | Furumoto et al. | 606/9 |
| 5,843,078 | A | | 12/1998 | Sharkey | 606/41 |
| 5,849,029 | A | | 12/1998 | Eckhouse et al. | |
| 5,851,181 | A | | 12/1998 | Talmor | |
| 5,871,479 | A | | 2/1999 | Furumoto et al. | 606/9 |
| 5,879,326 | A | | 3/1999 | Godshall et al. | 604/51 |
| 5,879,346 | A | | 3/1999 | Waldman et al. | |
| 5,880,880 | A | | 3/1999 | Anderson et al. | 359/385 |
| 5,885,273 | A | | 3/1999 | Eckhouse et al. | 606/9 |
| 5,885,274 | A | | 3/1999 | Fullmer et al. | 606/9 |
| 5,906,609 | A | | 5/1999 | Assa et al. | 606/9 |
| 5,911,718 | A | | 6/1999 | Yarborough et al. | 606/9 |
| 5,919,219 | A | | 7/1999 | Knowlton | |
| 5,925,078 | A | | 7/1999 | Anderson | 623/66 |
| 5,938,657 | A | | 8/1999 | Assa et al. | 606/9 |
| 5,948,009 | A | | 9/1999 | Tu | 607/96 |
| 5,948,011 | A | | 9/1999 | Knowlton | |
| 5,964,749 | A | | 10/1999 | Eckhouse et al. | 606/9 |
| 5,968,034 | A | | 10/1999 | Fullmer et al. | 606/9 |
| 5,970,983 | A | | 10/1999 | Karni et al. | 128/898 |
| 5,979,454 | A | | 11/1999 | Anvari et al. | 128/898 |
| 5,983,900 | A | | 11/1999 | Clement et al. | 128/898 |
| 5,995,283 | A | | 11/1999 | Anderson et al. | 359/385 |
| 5,997,530 | A | | 12/1999 | Nelson et al. | |
| 6,014,579 | A | | 1/2000 | Pomeranz et al. | 600/374 |

**US 7,189,230 B2**

Page 3

| | | | | | |
|---|---|---|---|---|---|
| 6,015,404 A | 1/2000 | Altshuler et al. | 6,527,763 B2 | 3/2003 | Esch et al. .................... 606/2 |
| 6,027,495 A | 2/2000 | Miller | 6,529,543 B1 | 3/2003 | Anderson et al. .......... 372/108 |
| RE36,634 E | 3/2000 | Ghaffari | 6,533,775 B1 | 3/2003 | Rizoiu |
| 6,045,548 A | 4/2000 | Furumoto et al. ............. 606/9 | 6,569,155 B1 | 5/2003 | Connors et al. |
| 6,047,215 A | 4/2000 | McClure et al. ........... 607/101 | 6,600,951 B1 | 7/2003 | Anderson |
| 6,050,990 A | 4/2000 | Tankovich et al. ............ 606/9 | 6,605,079 B2 | 8/2003 | Shanks et al. |
| 6,053,909 A | 4/2000 | Shadduck ................... 606/3 | 6,605,080 B1 | 8/2003 | Altshuler et al. ............. 606/3 |
| 6,066,130 A | 5/2000 | Gregory et al. .............. 606/15 | 6,612,212 B1 | 9/2003 | Wiand et al. |
| 6,077,294 A | 6/2000 | Cho et al. ................... 607/89 | 6,623,454 B1 | 9/2003 | Eggers et al. |
| 6,081,749 A | 6/2000 | Ingle et al. ................. 607/101 | 6,629,974 B2 | 10/2003 | Penny et al. |
| 6,090,101 A | 7/2000 | Quon et al. ................... 606/9 | 6,632,218 B1 | 10/2003 | Furumoto et al. |
| 6,104,959 A | 8/2000 | Spertell ..................... 607/101 | 6,649,904 B2 | 11/2003 | Hayashi et al. |
| 6,120,497 A | 9/2000 | Anderson et al. .............. 606/9 | 6,653,618 B2 | 11/2003 | Zenzie |
| 6,126,655 A | 10/2000 | Domankevitz et al. ....... 606/17 | 6,659,999 B1 | 12/2003 | Anderson et al. ............. 606/9 |
| 6,129,723 A | 10/2000 | Anderson et al. ............ 606/13 | 6,662,054 B2 | 12/2003 | Kreindel et al. |
| 6,139,569 A | 10/2000 | Ingle et al. ................. 607/104 | 6,666,856 B2 | 12/2003 | Connors et al. |
| 6,139,653 A | 10/2000 | Fernandes et al. .......... 148/439 | 6,702,808 B1 | 3/2004 | Kreindel |
| 6,147,503 A | 11/2000 | Nelson et al. | 6,702,838 B1 | 3/2004 | Anderson et al. |
| 6,159,194 A | 12/2000 | Eggers et al. | 6,706,032 B2 | 3/2004 | Weaver et al. ............. 604/500 |
| 6,162,212 A | 12/2000 | Kreindel et al. .............. 606/9 | 6,723,090 B2 | 4/2004 | Altshuler et al. |
| 6,168,590 B1 | 1/2001 | Neev ........................... 606/9 | 6,743,222 B2 | 6/2004 | Durkin et al. |
| 6,171,301 B1 | 1/2001 | Nelson et al. ................. 606/9 | 6,749,602 B2 | 6/2004 | Sierra et al. |
| 6,183,773 B1 | 2/2001 | Anderson | 6,749,624 B2 | 6/2004 | Knowlton |
| 6,187,001 B1 | 2/2001 | Azar et al. | 6,758,845 B1 | 7/2004 | Weckwerth et al. |
| 6,200,308 B1 | 3/2001 | Pope et al. | 2001/0037118 A1 | 11/2001 | Shadduck |
| 6,210,402 B1 | 4/2001 | Olsen et al. ................. 606/32 | 2002/0016587 A1 | 2/2002 | Furumoto ...................... 606/7 |
| 6,214,034 B1 | 4/2001 | Azar | 2002/0016601 A1 | 2/2002 | Shadduck |
| 6,228,075 B1 | 5/2001 | Furumoto ..................... 606/9 | 2002/0019625 A1 | 2/2002 | Azar |
| 6,235,024 B1 | 5/2001 | Tu ............................... 606/41 | 2002/0022827 A1 | 2/2002 | Esch et al. .................... 606/7 |
| 6,240,925 B1 | 6/2001 | McMillan et al. .......... 128/898 | 2002/0035360 A1 | 3/2002 | Conners et al. ............... 606/9 |
| 6,241,753 B1 | 6/2001 | Knowlton | 2002/0049433 A1 | 4/2002 | Furumoto et al. ............. 606/9 |
| 6,248,103 B1 | 6/2001 | Tannenbaum et al. ......... 606/9 | 2002/0065533 A1 | 5/2002 | Weaver et al. ............. 606/191 |
| 6,254,594 B1 | 7/2001 | Berry | 2002/0091377 A1 | 7/2002 | Anderson et al. ............. 606/9 |
| 6,267,758 B1 | 7/2001 | Daw et al. | 2002/0111605 A1 | 8/2002 | Furumoto et al. ............. 606/3 |
| 6,273,883 B1 | 8/2001 | Furumoto ..................... 606/9 | 2002/0123743 A1 | 9/2002 | Shanks et al. |
| 6,273,884 B1 | 8/2001 | Altshuler et al. .............. 606/9 | 2002/0123745 A1 | 9/2002 | Svaasand et al. ............. 606/9 |
| 6,273,885 B1 | 8/2001 | Koop et al. ................... 606/9 | 2002/0151887 A1 | 10/2002 | Stern et al. ................ 606/41 |
| 6,275,962 B1 | 8/2001 | Fuller et al. ................ 714/724 | 2002/0156471 A1 | 10/2002 | Stern et al. ................ 606/41 |
| 6,280,438 B1 | 8/2001 | Eckhouse et al. | 2002/0161357 A1 | 10/2002 | Anderson et al. ............. 606/9 |
| 6,283,956 B1 | 9/2001 | McDaniel | 2002/0161362 A1 | 10/2002 | Penny et al. |
| 6,299,620 B1 | 10/2001 | Shadduck et al. | 2002/0183724 A1 | 12/2002 | Neev |
| 6,311,090 B1 | 10/2001 | Knowlton | 2002/0183789 A1 | 12/2002 | Neev |
| 6,334,074 B1 | 12/2001 | Spertell ..................... 607/101 | 2003/0023283 A1 | 1/2003 | McDaniel |
| 6,336,926 B1 | 1/2002 | Goble .......................... 606/34 | 2003/0028186 A1 | 2/2003 | Kreindel |
| 6,337,998 B1 | 1/2002 | Behl et al. .................. 607/101 | 2003/0032950 A1 | 2/2003 | Altshuler et al. |
| 6,350,261 B1 | 2/2002 | Domankivitz et al. ....... 606/17 | 2003/0036751 A1 | 2/2003 | Anderson et al. ............. 606/9 |
| 6,350,276 B1 * | 2/2002 | Knowlton ................... 607/104 | 2003/0040739 A1 | 2/2003 | Koop |
| 6,377,854 B1 | 4/2002 | Knowlton | 2003/0055414 A1 | 3/2003 | Altshuler et al. ............. 606/9 |
| 6,377,855 B1 | 4/2002 | Knowlton | 2003/0059386 A1 | 3/2003 | Sumian et al. |
| 6,381,497 B1 | 4/2002 | Knowlton | 2003/0065313 A1 | 4/2003 | Koop et al. |
| 6,381,498 B1 | 4/2002 | Knowlton | 2003/0065314 A1 | 4/2003 | Altshuler et al. |
| 6,383,176 B1 | 5/2002 | Connors et al. ............... 606/9 | 2003/0069567 A1 | 4/2003 | Eckhouse et al. |
| 6,387,089 B1 | 5/2002 | Kreindel et al. .............. 606/9 | 2003/0097162 A1 | 5/2003 | Kreindel |
| 6,387,103 B2 | 5/2002 | Shadduck | 2003/0129154 A1 | 7/2003 | McDaniel |
| 6,387,380 B1 | 5/2002 | Knowlton | 2003/0130710 A1 | 7/2003 | Baker et al. |
| 6,402,739 B1 | 6/2002 | Neev | 2003/0139740 A1 | 7/2003 | Kreindel |
| 6,405,090 B1 | 6/2002 | Knowlton | 2003/0163178 A1 | 8/2003 | Davison et al. |
| 6,408,212 B1 | 6/2002 | Neev | 2003/0187488 A1 | 10/2003 | Kreindel et al. |
| 6,413,253 B1 | 7/2002 | Koop et al. .................. 606/27 | 2003/0199859 A1 | 10/2003 | Altshuler et al. ............. 606/9 |
| 6,413,255 B1 | 7/2002 | Stern ........................... 606/41 | 2003/0199866 A1 | 10/2003 | Stern et al. |
| 6,425,912 B1 | 7/2002 | Knowlton | 2003/0208326 A1 | 11/2003 | Chen et al. ................ 702/49 |
| 6,430,446 B1 | 8/2002 | Knowlton | 2003/0212393 A1 | 11/2003 | Knowlton et al. |
| 6,436,094 B1 | 8/2002 | Reuter ......................... 606/9 | 2003/0216728 A1 | 11/2003 | Stern et al. |
| 6,451,007 B1 | 9/2002 | Koop et al. ................... 606/9 | 2003/0218756 A1 | 11/2003 | Chen et al. ................ 356/497 |
| 6,453,202 B1 | 9/2002 | Knowlton | 2003/0220749 A1 | 11/2003 | Chen et al. ................ 702/31 |
| 6,463,336 B1 | 10/2002 | Mawhinney | 2003/0233138 A1 | 12/2003 | Spooner |
| 6,485,484 B1 | 11/2002 | Connors et al. | 2003/0236487 A1 | 12/2003 | Knowlton |
| 6,488,696 B1 | 12/2002 | Cho et al. | 2004/0000316 A1 | 1/2004 | Knowlton et al. |
| 6,500,141 B1 | 12/2002 | Irion et al. ................. 604/32 | 2004/0002704 A1 | 1/2004 | Knowlton et al. |
| 6,508,813 B1 | 1/2003 | Altshuler | 2004/0002705 A1 | 1/2004 | Knowlton et al. |
| 6,511,475 B1 | 1/2003 | Altshuler et al. ............. 606/9 | 2004/0015157 A1 | 1/2004 | Connors et al. |
| 6,514,243 B1 | 2/2003 | Eckhouse et al. | 2004/0030332 A1 | 2/2004 | Knowlton et al. |
| 6,514,244 B2 | 2/2003 | Pope et al. | 2004/0034319 A1 | 2/2004 | Anderson et al. ........... 604/20 |

**US 7,189,230 B2**

Page 4

| | | | | |
|---|---|---|---|---|
| 2004/0034341 | A1 | 2/2004 | Altshuler et al. .............. | 606/3 |
| 2004/0034346 | A1 | 2/2004 | Stern et al. | |
| 2004/0039379 | A1 | 2/2004 | Viator et al. .................... | 606/9 |
| 2004/0093042 | A1 | 5/2004 | Altshuler et al. ............ | 607/88 |
| 2004/0133251 | A1 | 7/2004 | Altshuler et al. | |
| 2004/0147984 | A1 | 7/2004 | Altshuler et al. | |
| 2004/0162549 | A1 | 8/2004 | Altshuler | |
| 2004/0199226 | A1 | 10/2004 | Shadduck | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 519 415 | 12/1992 |
| NZ | 266678 | 12/1997 |
| WO | 92/19414 | 11/1992 |
| WO | 93/13816 | 7/1993 |
| WO | 94/26228 | 11/1994 |
| WO | 96/27240 | 9/1996 |
| WO | 96/27327 | 9/1996 |
| WO | 96/32051 | 10/1996 |
| WO | 96/34568 | 11/1996 |
| WO | 96/39914 | 12/1996 |
| WO | 97/18765 | 5/1997 |
| WO | 97/18768 | 5/1997 |
| WO | WO 97/37602 | 10/1997 |
| WO | 68/03117 | 1/1998 |
| WO | 98/03220 | 1/1998 |
| WO | 98 05286 | 2/1998 |
| WO | WO 98/33558 | 8/1998 |
| WO | 99 08614 | 2/1999 |
| WO | WO 00/44297 | 8/2000 |
| WO | WO 00/48644 A3 | 8/2000 |
| WO | WO 00/54685 | 9/2000 |
| WO | WO 00/54686 | 9/2000 |
| WO | WO 01/08545 A2 | 2/2001 |
| WO | WO 02/26147 | 4/2002 |
| WO | WO 02/064209 | 8/2002 |
| WO | WO 02/076318 | 10/2002 |

### OTHER PUBLICATIONS

Nelson, et al., Abstract: "Dynamic epidermal cooling during pulsed laser treatment of port-wine stain. A new methodology with preliminary clinical evaluation", *Archives of Dermatology*, 131:695-700.

Anvari, et al., "Spatially selective photocoagulation of biological tissues; feasibility study utilizing cryogen spray cooling", *Applied Optics,* vol. 35, No. 19 (Jul. 1996).

Thermage, Inc., "Complaint For Patent Infringement", Jul. 23, 2004.

Thermage, Inc., "Motion for Preliminary Injunction", Aug. 6, 2004.

Thermage, Inc., "Memorandum in Support of Motion for Preliminary Injunction", Aug. 6, 2004.

Thermage, Inc, "Declaration of Edward A. Ebbers in Support of Motion for Preliminary Injunction" and attached exhibits A-E, Aug. 6, 2004.

Thermage, Inc. "Declaration of Dr. Maureen Reitman in Support of Motion for Preliminary Injunction" and attached Exhibits A-M, Aug. 6, 2004.

Thermage, Inc. "Declaration of Dave B. Koo in Support of Motion for Preliminary Injunction" and attached Exhibits A-D, Aug. 6, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Robert S. McArthur in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits 1-25, Aug. 17, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction", Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Dr. Warren S. Grundfest in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached exhibits A-F, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Dr. Michael Kreindel in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibit A, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Domenic Serafino in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A-C, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Moshe Mizrahy in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction", Aug. 17, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Syneron Medical Ltd.'s and Syneron, Inc.'s Answer to Complaint with Jury Demand and Declaratory Judgment, Counterclaim against Thermage, Inc.", Aug. 27, 2004.

Thermage, Inc., "Reply Memorandum re Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of John M. Benassi in Support of Motion for Preliminary Injunction" and attached Exhibits A-B, Sep. 3, 2004.

Thermage, Inc., "Declaration of Paul Davis in Support of Motion for Preliminary Injunction" and attached Exhibits A-C, Sep. 3, 2004.

Thermage, Inc., "Declaration of Robert Gerberich in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Edward W. Knowlton in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Richard J. Meader in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Maureen Reitman in Support of Motion for Preliminary Injunction (Supplemental)", Sep. 3, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Motion for Leave to File Syneron's Surreply in Opposition to Preliminary Injunction Motion", Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Surreply in Opposition to Thermage, Inc.'s Preliminary Injunction Motion", Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Supplemental Declaration of Jill Neiman in Opposition to Preliminary Injunction Motion" and attached Exhibits A-C, Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Supplemental Declaration of Warren Grundfest in Opposition to Preliminary Injunction Motion" and attached Exhibits A-B, Sep. 10, 2004.

Judge Charles R. Breyer, "Order granting Motion for Leave to File Surreply", Sep. 13, 2004.

Thermage, Inc., "Memorandum in Opposition re Motion for Preliminary Injunction to Syneron's Surreply", Sep. 14, 2004.

Judge Charles R. Breyer, "Order Regarding Questions for Oral Argument", Sep. 16, 2004.

Thermage, Inc., "Answer to CounterClaim", Sep. 16, 2004.

Themage, Inc., "Minute Entry: Motion Hearing held on Sep. 17, 2004 before Judge Charles R. Breyer re Motion for Preliminary Injunction", Sep. 17, 2004.

Judge Charles R. Breyer, "Order denying Motion for Preliminary Injunction", Sep. 27, 2004.

Judge Charles R. Breyer, "Transcript of Proceedings held on Sep. 17, 2004", Oct. 8, 2004.

Anvari et al., "Dynamic Epidermal Cooling in Conjunction with Laser Treatment of Port-Wine Stains: Theoretical and Preliminary Clinical Evaluations," Lasers in Medical Studies, 10: 105-112, 1995.

Anvari et al., "Spatially Selective Photocoagulation of Biological Tissues: Feasibility Study Utilizing Cryogen Spray Cooling," Applied Optics, vol. 35, No. 19, Jul. 1, 1996.

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 697-701, (1990).

Danielson, C. "Age-Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697-701, (1990).

Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269-278, (1981).

**US 7,189,230 B2**

Page 5

Kronick, et al. "The locations of collagens with different stabilities in fibrils of bovine recticular dermis", Connective Tissue Research, vol. 18, pp. 123-134, (1988).

Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414-420, Apr. 1979.

Pearce, et al. "Kinetic models of laser-tissue fusion processes", ISA, paper #93-044, pp. 355-360, (1993).

Stern et al., U.S. Appl. No. 11/158,286, filed Jun. 20, 2005.

* cited by examiner



FIG. 1A



*FIG. 1B*



*FIG. 3A*



*FIG. 3B*

*FIG. 3C*



FIG. 2



FIG. 4



*FIG. 5*



**FIG. 6**

US 7,189,230 B2

1

# METHOD FOR TREATING SKIN AND UNDERLYING TISSUE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 10/072,475 filed Feb. 6, 2002 now U.S. Pat. No. 7,022,121, and a continuation-in-part of U.S. Ser. No. 10/072,610 filed Feb. 6, 2002 both of which are continuations-in-part of U.S. Ser. No. 09/522,275, filed Mar. 9, 2000, now U.S. Pat. No. 6,413,255, which claims, the benefit of U.S. Ser. No. 60/123, 440, filed Mar. 9, 1999. This application is also a continuation-in-part of U.S. Ser. No. 10/026,870, filed Dec. 20, 2001, now U.S. Pat. No. 6,749,624, which is a continuation of U.S. Ser. No. 09/337,015 filed Jun. 30, 1999, now U.S. Pat. No. 6,350,276, which is a continuation-in-part of U.S. Ser. No. 08/583,815, filed Jan. 5, 1996, now U.S. Pat. No. 6,241,753, and U.S. Ser. No. 08/827,237, filed Mar. 28, 1997, now U.S. Pat. No. 6,430,446, and U.S. Ser. No. 08/914,681, filed Aug. 19, 1997, now U.S. Pat. No. 5,919, 219, and U.S. Ser. No. 08/942,274, filed Sep. 30, 1997, now U.S. Pat. No. 6,425,219, which are fully incorporated herein by reference.

## FIELD OF THE INVENTION

This invention relates generally to the treatment of tissue, and more particularly to the treatment of skin surfaces.

## DESCRIPTION OF RELATED ART

The human skin is composed of two elements: the epidermis and the underlying dermis. The epidermis with the stratum corneum serves as a biological barrier to the environment. In the basilar layer of the epidermis, pigment-forming cells called melanocytes are present. They are the main determinants of skin color.

The underlying dermis provides the main structural support of the skin. It is composed mainly of an extra-cellular protein called collagen. Collagen is produced by fibroblasts and synthesized as a triple helix with three polypeptide chains that are connected with heat labile and heat stable chemical bonds. When collagen-containing tissue is heated, alterations in the physical properties of this protein matrix occur at a characteristic temperature. The structural transition of collagen contraction occurs at a specific "shrinkage" temperature. The shrinkage and remodeling of the collagen matrix with heat is the basis for the technology. Although the technology can be deployed to effect other changes to the skin, skin appendages (sweat glands, sebaceous glands, hair follicles, etc.), or subcutaneous tissue structures.

Collagen crosslinks are either intramolecular (covalent or hydrogen bond) or intermolecular (covalent or ionic bonds). The thermal cleavage of intramolecular hydrogen crosslinks is a scalar process that is created by the balance between cleavage events and relaxation events (reforming of hydrogen bonds). No external force is required for this process to occur. As a result, intermolecular stress is created by the thermal cleavage of intramolecular hydrogen bonds. Essentially, the contraction of the tertiary structure of the molecule creates the initial intermolecular vector of contraction.

Collagen fibrils in a matrix exhibit a variety of spatial orientations. The matrix is lengthened if the sum of all vectors acts to lengthen the fibril. Contraction of the matrix is facilitated if the sum of all extrinsic vectors acts to shorten the fibril. Thermal disruption of intramolecular hydrogen

2

bonds and mechanical cleavage of intermolecular crosslinks is also affected by relaxation events that restore preexisting configurations. However, a permanent change of molecular length will occur if crosslinks are reformed after lengthening or contraction of the collagen fibril. The continuous application of an external mechanical force will increase the probability of crosslinks forming after lengthening or contraction of the fibril.

Hydrogen bond cleavage is a quantum mechanical event that requires a threshold of energy. The amount of (intramolecular) hydrogen bond cleavage required corresponds to the combined ionic and covalent intermolecular bond strengths within the collagen fibril. Until this threshold is reached, little or no change in the quaternary structure of the collagen fibril will occur. When the intermolecular stress is adequate, cleavage of the ionic and covalent bonds will occur. Typically, the intermolecular cleavage of ionic and covalent bonds will occur with a ratcheting effect from the realignment of polar and nonpolar regions in the lengthened or contracted fibril.

Cleavage of collagen bonds also occurs at lower temperatures but at a lower rate. Low-level thermal cleavage is frequently associated with relaxation phenomena in which bonds are reformed without a net change in molecular length. An external force that mechanically cleaves the fibril will reduce the probability of relaxation phenomena and provides a means to lengthen or contract the collagen matrix at lower temperatures while reducing the potential of surface ablation.

Soft tissue remodeling is a biophysical phenomenon that occurs at cellular and molecular levels. Molecular contraction or partial denaturation of collagen involves the application of an energy source, which destabilizes the longitudinal axis of the molecule by cleaving the heat labile bonds of the triple helix. As a result, stress is created to break the intermolecular bonds of the matrix. This is essentially an immediate extra-cellular process, whereas cellular contraction requires a lag period for the migration and multiplication of fibroblasts into the wound as provided by the wound healing sequence. In higher developed animal species, the wound healing response to injury involves an initial inflammatory process that subsequently leads to the deposition of scar tissue.

The initial inflammatory response consists of the infiltration by white blood cells or leukocytes that dispose of cellular debris. Seventy-two hours later, proliferation of fibroblasts at the injured site occurs. These cells differentiate into contractile myofibroblasts, which are the source of cellular soft tissue contraction. Following cellular contraction, collagen is laid down as a static supporting matrix in the tightened soft tissue. The deposition and subsequent remodeling of this nascent scar matrix provides the means to alter the consistency and geometry of soft tissue for aesthetic purposes.

In light of the preceding discussion, there are a number of dermatological procedures that lend themselves to treatments which deliver thermal energy to the skin and underlying tissue to cause a contraction of collagen, and/or initiate a would healing response. Such procedures include skin remodeling/resurfacing, wrinkle removal, and treatment of the sebaceous glands, hair follicles adipose tissue and spider veins.

Currently available technologies that deliver thermal energy to the skin and underlying tissue include Radio Frequency (RF), optical (laser) and other forms of electromagnetic energy as well as ultrasound and direct heating with a hot surface. However, these technologies have a

US 7,189,230 B2

**3**

number of technical limitations and clinical issues which limit the effectiveness of the treatment and/or preclude treatment altogether.

These issues include the following: i) achieving a uniform thermal effect across a large area of tissue, ii) controlling the depth of the thermal effect to target selected tissue and prevent unwanted thermal damage to both target and non-target tissue, iii) reducing adverse tissue effects such as burns, redness blistering, iv) replacing the practice of delivery energy/treatment in a patchwork fashion with a more continuous delivery of treatment (e.g. by a sliding or painting motion), v) improving access to difficult-to-reach areas of the skin surface and vi) reducing procedure time and number of patient visits required to complete treatment. As will be discussed herein the current invention provides an apparatus for solving these and other limitations.

One of the key shortcomings of currently available RF technology for treating the skin is the edge effect phenomenon. In general, when RF energy is being applied or delivered to tissue through an electrode which is in contact with that tissue, the current concentrate around the edges of the electrode, sharp edges in particular. This effect is generally known as the edge effect. In the case of a circular disc electrode, the effect manifests as a higher current density around the perimeter of that circular disc and a relatively low current density in the center. For a square-shaped electrode there is typically a high current density around the entire perimeter, and an even higher current density at the corners.

Edge effects cause problems in treating the skin for several reasons. First, they result in a non-uniform thermal effect over the electrode surface. In various treatments of the skin, it is important to have a uniform thermal effect over a relatively large surface area, particularly for dermatological treatments. Large in this case being on the order of several square millimeters or even several square centimeters. In electrosurgical applications for cutting tissue, there typically is a point type applicator designed with the goal of getting a hot spot at that point for cutting or even coagulating tissue. However, this point design is undesirable for creating a reasonably gentle thermal effect over a large surface area. What is needed is an electrode design to deliver uniform thermal energy to skin and underlying tissue without hot spots.

A uniform thermal effect is particularly important when cooling is combined with heating in skin/tissue treatment procedure. As is discussed below, a non-uniform thermal pattern makes cooling of the skin difficult and hence the resulting treatment process as well. When heating the skin with RF energy, the tissue at the electrode surface tends to be warmest with a decrease in temperature moving deeper into the tissue. One approach to overcome this thermal gradient and create a thermal effect at a set distance away from the electrode is to cool the layers of skin that are in contact with the electrode. However, cooling of the skin is made difficult if there is a non-uniform heating pattern.

If the skin is sufficiently cooled such that there are no burns at the corners of a square or rectangular electrode, or at the perimeter of a circular disc electrode, then there will probably be overcooling in the center and there won't be any significant thermal effect (i.e. tissue heating) under the center of the electrode. Contrarily, if the cooling effect is decreased to the point where there is a good thermal effect in the center of the electrode, then there probably will not be sufficient cooling to protect tissue in contact with the edges of the electrode.

As a result of these limitations, in the typical application of a standard electrode there is usually an area of non-

**4**

uniform treatment and/or burns on the skin surface. So uniformity of the heating pattern is very important. It is particularly important in applications treating skin where collagen-containing layers are heated to produce a collagen contraction response for tightening of the skin. For this and related applications, if the collagen contraction and resulting skin tightening effect are non-uniform, then a medically undesirable result may occur.

There is a need for improved methods for treating tissue sites. There is a further need for improved methods for treating skin tissue.

SUMMARY OF THE INVENTION

Accordingly, an object of the present invention is to provide an improved method for treating acne.

Another object of the present invention is to provide a method for treating acne scars that decreases irregularities of the skin surface.

Yet another object of the present invention is to provide a method for treating acne that reduces the activity of subcutaneous gland.

A further object of the present invention is to provide a method for treating acne that reduces the size of subcutaneous glands.

Another object of the present invention is to provide a method for treating acne that reduces the level of bacteria activity associated with the formation of acne.

Yet another object of the present invention is to provide a method for treating acne that reduces the size of skin pores.

A further object of the present invention is to provide a method for treating acne that unclogs clogged skin pores.

These and other objects of the present invention are achieved in a method for treating a tissue site. An energy delivery surface of an electromagnetic energy delivery device is coupled with a skin surface. An underlying tissue area beneath the skin surface is created. The cooling creates a reverse thermal gradient, where a temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area. The energy delivery modifies the underlying tissue area and decreases irregularities of the skin surface.

In another embodiment of the present invention, a method for treating tissue provides an electromagnetic energy delivery device. An energy delivery surface of the electromagnetic energy delivery device is coupled with an external surface of the skin. A reverse thermal gradient is created through the surface of the skin while heating the underlying collagen containing tissue, A temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue. A sufficient amount of electromagnetic energy is delivered to the underlying collagen containing tissue to create scar collagen that results in an improved contour of the skin surface.

In another embodiment of the present invention, a method of treating acne scars provides an energy source. Energy is produced from the energy source, and delivered through a skin epidermis surface to a selected collagen containing tissue site for a sufficient time to induce a formation of scar collagen. The skin surface is modified.

In another embodiment of the present invention, a method is provided for treating acne scars at a skin surface with an underlying collagen containing tissue. An electromagnetic energy delivery device surface is coupled to the skin surface. A reverse thermal gradient is created through the surface of the skin to sufficiently heat an underlying collagen contain-

US 7,189,230 B2

5

ing tissue. A temperature of the skin surface is lower than a temperature of the underlying collagen containing tissue. Scar collagen is created. The skin surface is modified with a modification of the acne scars at the skin surface.

In another embodiment of the present invention, a method of treating acne scars includes providing an energy source with an energy delivery surface. The energy delivery surface is coupled with the skin surface. Energy is produced from the energy source. A reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of underlying collagen contain tissue. Energy is delivered through the skin surface to the collagen containing tissue to form scar collagen in at least a portion of the collagen containing tissue. A severity of the acne scars is reduced.

In another embodiment of the present invention, a method of reducing the activity of sebaceous glands provides an energy source. Energy is produced from the energy source. Energy is delivered from the energy source through a skin epidermis surface to an underlying tissue site for a sufficient time to thermally injure a sebaceous gland. An activity of at least a portion of the sebaceous glands is reduced in the tissue site.

In another embodiment of the present invention, a method of reducing size of a sebaceous gland provides an energy source. Energy is produced from the energy source and delivered through a skin epidermis surface to an underlying tissue site for a sufficient time to thermally injure a sebaceous gland. A size of at least a portion of the sebaceous glands in the tissue site is reduced.

In another embodiment of the present invention, a method of reducing bacteria activity that creates acne provides an energy source. Energy is produced and delivered from the energy source through a skin epidermis surface to an underlying tissue site for a sufficient time to reduce bacteria activity.

In another embodiment of the present invention, a method of reducing the size of skin pores provides an energy source. Energy is produced and delivered from the energy source through a skin epidermis surface to an underlying collagen containing tissue site for a sufficient time to reduce the size of skin pores.

In another embodiment of the present invention, a method of unclogging clogged skin pores provides an energy source. Energy is produced and delivered from the energy source through a skin epidermis surface to a selected tissue site for a sufficient time to unclog skin pores.

In another embodiment of the present invention, a method of reducing the activity of sebaceous glands couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled. A reverse thermal gradient is created. A temperature of the skin surface is lower than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area and reduce the activity of at least a portion of the sebaceous glands in the underlying tissue area.

In another embodiment of the present invention, a method of reducing size of a sebaceous gland couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is lower than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue

6

area to modify the underlying tissue area, and reduce the size of at least a portion of the sebaceous glands in the underlying tissue area.

In another embodiment of the present invention, a method of reducing bacteria activity that creates acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is lower than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and reduce bacteria activity that creates acne.

In another embodiment of the present invention, a method of reducing the size of skin pores couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area and reduce the size of skin pores.

In another embodiment of the present invention, a method of unclogging clogged skin pores couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and unclog clogged skin pores.

In another embodiment of the present invention, a method of treating acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and reduce the activity of at least a portion of the sebaceous glands in the underlying tissue area.

In another embodiment of the present invention, a method of reducing size of treating acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is lower than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and reduce the size of at least a portion of the sebaceous glands in the underlying tissue area.

In another embodiment of the present invention, a method of treating acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy from the energy delivery device is delivered to the underlying tissue area to modify the underlying tissue area, and reduce bacteria activity that creates acne.

In another embodiment of the present invention, a method of treating acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled

US 7,189,230 B2

7

and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue, area and reduce the size of skin pores.

In another embodiment of the present invention, a method of treating acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and unclog clogged skin pores.

In another embodiment of the present invention, a method of treating hyperhydrosis couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and reduce the amount of sweat produced by sweat glands in the underlying tissue area.

In another embodiment of the present invention, a method of treating hyperhydrosis couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and reduce a size of sweat glands in the underlying tissue area.

In another embodiment of the present invention, a method of removing hair couples an energy delivery surface of an electromagnetic energy delivery device on a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area and hair follicles to reduce the growth of hair in the hair follicles.

In another embodiment of the present invention, a method of inducing the growth of hair couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the energy delivery device to the underlying tissue area to modify the underlying tissue area and hair follicles to stimulate growth of hair from the hair follicles.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1(a) is a cross-sectional view of one embodiment of the handpiece of the present invention.

FIG. 1(b) is a cross-sectional view of another embodiment of the RF device with a thermoelectric cooler.

FIG. 2 is an exploded view of the FIG. 1 RF electrode assembly.

FIG. 3(a) is a close-up view of one embodiment of an RF electrode of the present invention.

8

FIG. 3(b) illustrates one embodiment of an RF electrode, that can be utilized with the present invention, with an outer edge geometry configured to reduce an amount of capacitively coupled area the outer edge.

FIG. 3(c) illustrates one embodiment of an RF electrode, that can be utilized with the present invention, that has voids where there is little if any conductive material.

FIG. 4 is a cross-sectional view of the RF electrode assembly from FIG. 1.

FIG. 5 is a side view of one embodiment of an RF handpiece assembly of the present invention.

FIG. 6 is a rear view of the FIG. 5 RF electrode assembly.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

In various embodiments, the present invention provides methods for treating a tissue site. In one embodiment, an energy delivery surface of an energy delivery device is coupled to a skin surface. The coupling can be a direct, in contact, placement of the energy delivery surface of the energy delivery on the skin surface, or distanced relationship between the two with our without a media to conduct energy to the skin surface from the energy delivery surface of the energy delivery device. The skin surface is cooled sufficiently to create a reverse thermal gradient where a temperature of the skin surface is less than an underlying tissue. Energy is delivered from the energy delivery device to the underlying tissue area, resulting in a tissue effect at the skin surface.

Referring now to FIG. 1(a), the methods of present invention can be achieved with the use of a handpiece 10. Handpiece 10 is coupled with a handpiece assembly 12 that includes a handpiece housing 14 and a cooling fluidic medium valve member 16. Handpiece housing 14 is configured to be coupled to an electrode assembly 18. Electrode assembly 18 has a least one RF electrode 20 that is capacitively coupled to a skin surface when at least a portion of RF electrode 20 is in contact with the skin surface. Without limiting the scope of the present invention, RF electrode 20 can have a thickness in the range of 0.010 to 1.0 mm.

Handpiece 10 provides a more uniform thermal effect in tissue at a selected depth, while preventing or minimizing thermal damage to the skin surface and other non-target tissue. Handpiece 10 is coupled to an RF generator. RF electrode 20 can be operated either in mono-polar or bi-polar modes. Handpiece 10 is configured to reduce, or preferably eliminate edge effects and hot spots. The result is an improved aesthetic result/clinical outcome with an elimination/reduction in adverse effects and healing time.

A fluid delivery member 22 is coupled to cooling fluidic medium valve member 16. Fluid delivery member 22 and cooling fluidic medium valve member 16 collectively form a cooling fluidic medium dispensing assembly. Fluid delivery member 22 is configured to provide an atomizing delivery of a cooling fluidic medium to RF electrode 20. The atomizing delivery is a mist or fine spray. A phase transition, from liquid to gas, of the cooling fluidic medium occurs when it hits the surface of RF electrode 20. The transition from liquid to gas creates the cooling. If the transition before the cooling fluidic medium hits RF electrode 20 the cooling of RF electrode 20 will not be as effective.

In another embodiment, illustrated in FIG. 1(b), a thermoelectric cooler 23 is utilized in place of cooling fluidic medium valve member 16 and fluid delivery member 22.

In one embodiment, the cooling fluidic medium is a cryogenic spray, commercially available from Honeywell,

US 7,189,230 B2

9

10

Morristown, N.J. A specific example of a suitable cryogenic spray is R134A$_2$, available from Refron, Inc., 38-18 33rd St, Long Island City, N.Y. 11101. The use of a cryogenic cooling fluidic medium provides the capability to use a number of different types of algorithms for skin treatment. For example, the cryogenic cooling fluidic medium can be applied milliseconds before and after the delivery of RF energy to the desired tissue. This is achieved with the use of cooling fluidic medium valve member **16** coupled to a cryogen supply, including but not limited to a compressed gas canister. In various embodiments, cooling fluidic medium valve member **16** can be coupled to a computer control system and/or manually controlled by the physician by means of a foot switch or similar device.

Providing a spray, or atomization, of cryogenic cooling fluidic medium is particularly suitable because of it provides an availability to implement rapid on and off control. Cryogenic cooling fluidic medium allows more precise temporal control of the cooling process. This is because cooling only occurs when the refrigerant is sprayed and is in an evaporative state, the latter being a very fast short-lived event. Thus, cooling ceases rapidly after the cryogenic cooling fluidic medium is stopped. The overall effect is to confer very precise time on-off control of cryogenic cooling fluidic medium.

Referring now to FIG. **2**, fluid delivery member **22** and thermoelectric cooler **23** can be positioned in handpiece housing **14** or electrode assembly **18**. Fluid delivery member **22** is configured to controllably deliver a cooling fluidic medium. Fluid delivery member **22** and thermo-electric cooler **23** cool a back surface **24** of RF electrode **20** and maintain back surface **24** at a desired temperature. The cooling fluidic medium evaporatively cools RF electrode **20** and maintains a substantially uniform temperature of front surface **26** of RF electrode **20**. Fluid delivery member **22** evaporatively cools back surface **24**. Front surface **26** may or may not be flexible and conformable to the skin, but it will still have sufficient strength and/or structure to provide good thermal coupling when pressed against the skin surface.

RF electrode **20** then conductively cools a skin surface that is adjacent to a front surface **26** of RF electrode **20**. Suitable fluidic media include a variety of refrigerants such as R134A and freon.

Fluid delivery member **22** is configured to controllably deliver the cooling fluidic medium to back surface **24** at substantially any orientation of front surface **26** relative to a direction of gravity. A geometry and positioning of fluid delivery member **22** is selected to provide a substantially uniform distribution of cooling fluidic medium on back surface **24**. The delivery of the cooling fluidic medium can be by spray of droplets or fine mist, flooding back surface **24**, and the like. Cooling occurs at the interface of the cooling fluidic medium with atmosphere, which is where evaporation occurs. If there is a thick layer of fluid on back surface **24** the heat removed from the treated skin will need to pass through the thick layer of cooling fluidic medium, increasing thermal resistance. To maximize cooling rates, it is desirable to apply a very thin layer of cooling fluidic medium. If RF electrode **20** is not horizontal, and if there is a thick layer of cooling fluidic medium, or if there are large drops of cooling fluidic medium on back surface **24**, the cooling fluidic medium can run down the surface of RF electrode **20** and pool at one edge or corner, causing uneven cooling. Therefore, it is desirable to apply a thin layer of cooling fluidic medium with a fine spray. Thermo-electric cooler **23** achieves these same results but without delivering a cooling medium. Thermo-electric cooler **23** is cold on the side that is adjacent to or in contact with surface **24**, while its opposing side becomes warmer.

In various embodiments, RF electrode **20**, as illustrated in FIG. **3**(*a*), has a conductive portion **28** and a dielectric portion **30**. Conductive portion **28** can be a metal including but not limited to copper, gold, silver, aluminum and the like. Dielectric portion **30** can be made of a variety of different materials including but not limited to polyimide, Teflon® and the like, silicon nitride, polysilanes, polysilazanes, polyimides, Kapton and other polymers, antenna dielectrics and other dielectric materials well known in the art. Other dielectric materials include but are not limited to polymers such as polyester, silicon, sapphire, diamond, zirconium-toughened alumina (ZTA), alumina and the like. Dielectric portion **30** can be positioned around at least a portion, or the entirety of a periphery of conductive portion **28**. In another embodiment, RF electrode **20** is made of a composite material, including but not limited to gold-plated copper, copper-polyimide, silicon/silicon-nitride and the like.

Dielectric portion **30** creates an increased impedance to the flow of electrical current through RF electrode **20**. This increased impedance causes current to travel a path straight down through conductive portion **28** to the skin surface. Electric field edge effects, caused by a concentration of current flowing out of the edges of RF electrode **20**, are reduced.

Dielectric portion **30** produces a more uniform impedance through RF electrode **20** and causes a more uniform current to flow through conductive portion **28**. The resulting effect minimizes or even eliminates, edge effects around the edges of RF electrode **20**. As shown in FIG. **3**(*c*), RF electrode **20** can have voids **33** where there is little or no conductive material. Creating voids **33** in the conductive material alters the electric field. The specific configuration of voids can be used to minimize edge effect, or alter the depth, uniformity or shape of the electric field. Under a portion **28'** of the RF electrode **20** with solid conductive material the electric field is deeper. Under a portion **28"** of RF electrode **20** with more voids, the electric field is shallower. By combining different densities of conductive material, an RF electrode **20** is provided to match the desired heating profile.

In one embodiment, conductive portion **28** adheres to dielectric portion **30** which can be a substrate with a thickness, by way of example and without limitation, of about 0.001". This embodiment is similar to a standard flex circuit board material commercially available in the electronics industry. In this embodiment, dielectric portion **30** is in contact with the tissue, the skin, and conductive portion **28** is separated from the skin.

The thickness of the dielectric portion **30** can be decreased by growing conductive portion **28** on dielectric portion **30** using a variety of techniques, including but not limited to, sputtering, electro deposition, chemical vapor deposition, plasma deposition and other deposition techniques known in the art. Additionally, these same processes can be used to deposit dielectric portion **30** onto conductive portion **28**. In one embodiment dielectric portion **30** is an oxide layer which can be grown on conductive portion **28**. An oxide layer has a low thermal resistance and improves the cooling efficiency of the skin compared with many other dielectrics such as polymers.

In various embodiments, RF electrode **20** is configured to inhibit the capacitive coupling to tissue along its outside edge **31**. Referring to FIG. **3**(*b*) RF electrode **20** can have an outer edge **31** with a geometry that is configured to reduce an amount of capacitively coupled area at outer edge **31**.

US 7,189,230 B2

11

12

Outer edge **31** can have less of the conductive portion **28** material. This can be achieved by different geometries, including but not limited to a scalloped geometry, and the like. The total length of outer edge **31** can be increased, with different geometries, and the total area that is capacitively coupled to tissue is reduced. This produces a reduction in energy generation around outer edge **31**.

Alternatively, the dielectric material can be applied in a thicker layer at the edges, reducing the electric field at the edges. A further alternative is to configure the cooling to cool more aggressively at the edges to compensate for any electric field edge effect.

Fluid delivery member **22** has an inlet **32** and an outlet **34**. Outlet **34** can have a smaller cross-sectional area than a cross-sectional area of inlet **32**. In one embodiment, fluid delivery member **22** is a nozzle **36**.

Cooling fluidic medium valve member **16** can be configured to provide a pulsed delivery of the cooling fluidic medium. Pulsing the delivery of cooling fluidic medium is a simple way to control the rate of cooling fluidic medium application. In one embodiment, cooling fluidic medium valve member **16** is a solenoid valve. An example of a suitable solenoid valve is a solenoid pinch valve manufactured by the N-Research Corporation, West Caldwell, N.J. If the fluid is pressurized, then opening of the valve results in fluid flow. If the fluid is maintained at a constant pressure, then the flow rate is constant and a simple open/close solenoid valve can be used, the effective flow rate being determined by the pulse duty cycle. A higher duty cycle, close to 100% increases cooling, while a lower duty cycle, closer to 0%, reduces cooling. The duty cycle can be achieved by turning on the valve for a short duration of time at a set frequency. The duration of the open time can be 1 to 50 milliseconds or longer. The frequency of pulsing can be 1 to 50 Hz or faster.

Alternatively, cooling fluidic medium flow rate can be controlled by a metering valve or controllable-rate pump such as a peristaltic pump. One advantage of pulsing is that it is easy to control using simple electronics and control algorithms.

Electrode assembly **18** is sufficiently sealed so that the cooling fluidic medium does not leak from back surface **24** onto a skin surface in contact with a front surface of RF electrode **20**. This helps provide an even energy delivery through the skin surface. In one embodiment, electrode assembly **18**, and more specifically RF electrode **20**, has a geometry that creates a reservoir at back surface **24** to hold and gather cooling fluidic medium that has collected at back surface **24**. Back surface **24** can be formed with "hospital corners" to create this reservoir.

Optionally, electrode assembly **18** includes a vent that permits vaporized cooling fluidic medium to escape from electrode assembly **18**.

The vent prevents pressure from building up in electrode assembly **18**. The vent can be a pressure relief valve that is vented to the atmosphere or a vent line. When the cooling fluidic medium comes into contact with RF electrode **20** and evaporates, the resulting gas pressurizes the inside of electrode assembly **18**. This can cause RF electrode **20** to partially inflate and bow out from front surface **26**. The inflated RF electrode **20** can enhance the thermal contact with the skin and also result in some degree of conformance of RF electrode **20** to the skin surface. An electronic controller can be provided. The electronic controller sends a signal to open the vent when a programmed pressure has been reached.

Various leads **40** are coupled to RF electrode **20**. One or more thermal sensors **42** are coupled to RF electrode. Suitable thermal sensors **42** include but are not limited to thermocouples, thermistors, infrared photo-emitters and a thermally sensitive diode. In one embodiment, a thermal sensor **42** is positioned at each corner of RF electrode **20**. A sufficient number of thermal sensors **42** are provided in order to acquire sufficient thermal data of the skin surface or the back surface **24** of the electrode **20**. Thermal sensors **42** are electrically isolated from RF electrode **20**. In another embodiment, at least one sensor **42** is positioned at back surface **24** of RF electrode and detects the temperature of back surface **24** in response to the delivery of cooling fluidic medium.

Thermal sensors **42** measure temperature and can provide feedback for monitoring temperature of RF electrode **20** and/or the tissue during treatment. Thermal sensors **42** can be thermistors, thermocouples, thermally sensitive diodes, capacitors, inductors or other devices for measuring temperature. Preferably, thermal sensors **42** provide electronic feedback to a microprocessor of the RF generator coupled to RF electrode **20** in order to facilitate control of the treatment.

Measurements from thermal sensors **42** can be used to help control the rate of application of cooling fluidic medium. For example, a cooling control algorithm can be used to apply cooling fluidic medium to RF electrode **20** at a high flow rate until the temperature fell below a target temperature, and then slow down or stop. A PID, or proportional-integral-differential, algorithm can be used to precisely control RF electrode **20** temperature to a predetermined value.

Thermal sensors **42** can be positioned on back surface **24** of RF electrode **20** away from the tissue. This configuration is preferable for controlling the temperature of the RF electrode **20**. Alternatively, thermal sensors **42** can be positioned on front surface **26** of RF electrode **10** in direct contact with the tissue. This embodiment can be more suitable for monitoring tissue temperature. Algorithms are utilized with thermal sensors **42** to calculate a temperature profile of the treated tissue. Thermal sensors **42** can be used to develop a temperature profile of the skin which is then used for process control purposes to assure that the proper amounts of heating and cooling are delivered to achieve a desired elevated deep tissue temperature while maintaining skin tissue layers below a threshold temperature and avoid thermal injury.

The physician can use the measured temperature profile to assure that he stays within the boundary of an ideal/average profile for a given type of treatment. Thermal sensors **42** can be used for additional purposes. When the temperature of thermal sensors **42** is monitored it is possible to detect when RF electrode **20** is in contact with the skin surface. This can be achieved by detecting a direct change in temperature when skin contact is made or examining the rate of change of temperature which is affected by contact with the skin. Similarly, if there is more than one thermal sensor **42**, the thermal sensors **42** can be used to detect whether a portion of RF electrode **20** is lifted or out of contact with skin. This can be important because the current density (amperes per unit area) delivered to the skin can vary if the contact area changes. In particular, if part of the surface of RF electrode **20** is not in contact with the skin, the resulting current density is higher than expected.

Referring again to FIG. **1**(*a*), a force sensor **44** is also coupled to electrode assembly **18**. Force sensor **44** detects an amount of force applied by electrode assembly **18**, via the physician, against an applied skin surface. Force sensor **44**

US 7,189,230 B2

13

zeros out gravity effects of the weight of electrode assembly 18 in any orientation of front surface 26 of RF electrode 20 relative to a direction of gravity. Additionally, force sensor 44 provides an indication when RF electrode 20 is in contact with a skin surface. Force sensor 44 also provides a signal indicating that a force applied by RF electrode 20 to a contacted skin surface is, (i) above a minimum threshold or (ii) below a maximum threshold.

As illustrated in FIG. 4, an activation button 46 is used in conjunction with the force sensor. Just prior to activating RF electrode 20, the physician holds handpiece 10 in position just off the surface of the skin. The orientation of handpiece 10 can be any angle relative to the direction of gravity. To arm handpiece 10, the physician can press activation button 46 which tares force sensor 44, by setting it to read zero. This cancels the force due to gravity in that particular treatment orientation. This method allows consistent force application of RF electrode 20 to the skin surface regardless of the angle of handpiece 10 relative to the direction of gravity.

RF electrode 20 can be a flex circuit, which can include trace components. Additionally, thermal sensor 42 and force sensor 44 can be part of the flex circuit. Further, the flex circuit can include a dielectric that forms a part of RF electrode 20.

Electrode assembly 18 can be moveably positioned within handpiece housing 12. In one embodiment, electrode assembly 18 is slideably moveable along a longitudinal axis of handpiece housing 12.

Electrode assembly 18 can be rotatably mounted in handpiece housing 12. Additionally, RF electrode 20 can be rotatably positioned in electrode assembly 18. Electrode assembly 18 can be removably coupled to handpiece housing 12 as a disposable or non-disposable RF device 52.

For purposes of this disclosure, electrode assembly 18 is the same as RF device 52. Once movably mounted to handpiece housing 12, RF device 52 can be coupled to handpiece housing 12 via force sensor 44. Force sensor 44 can be of the type that is capable of measuring both compressive and tensile forces. In other embodiments, force sensor 44 only measures compressive forces, or only measures tensile forces.

RF device 52 can be spring-loaded with a spring 48. In one embodiment, spring 48 biases RF electrode 20 in a direction toward handpiece housing 12. This pre-loads force sensor 44 and keeps RF device 52 pressed against force sensor 44. The pre-load force is tared when activation button 46 is pressed just prior to application of RF electrode 20 to the skin surface.

A shroud 50 is optionally coupled to handpiece 10. Shroud 50 serves to keep the user from touching RF device 52 during use which can cause erroneous force readings.

A non-volatile memory 54 can be included with RF device 52. Additionally, non-volatile memory can be included with handpiece housing 12. Non-volatile memory 54 can be an EPROM and the like. Additionally, a second non-volatile memory can be included in handpiece housing 12 for purposes of storing handpiece 10 information such as but not limited to, handpiece model number or version, handpiece software version, number of RF applications that handpiece 10 has delivered, expiration date and manufacture date. Handpiece housing 12 can also contain a microprocessor 58 for purposes of acquiring and analyzing data from various sensors on handpiece housing 12 or RF device 52 including but not limited to thermal sensors 42, force sensors 44, fluid pressure gauges, switches, buttons and the like.

14

Microprocessor 58 can also control components on handpiece 10 including but not limited to lights, LEDs, valves, pumps or other electronic components. Microprocessor 58 can also communicate data to a microprocessor of the RF generator.

Non-volatile memory 54 can store a variety of data that can facilitate control and operation of handpiece 10 and its associated system including but not limited to, (i) controlling the amount of current delivered by RF electrode 20, (ii) controlling the duty cycle of the fluid delivery member 22 and thermo-electric cooler 23, (iii) controlling the energy delivery duration time of the RF electrode 20, (iv) controlling the temperature of RF electrode 20 relative to a target temperature, (v) providing a maximum number of firings of RF electrode 20, (vi) providing a maximum allowed voltage that is deliverable by RF electrode 20, (vii) providing a history of RF electrode 20 use, (viii) providing a controllable duty cycle to fluid delivery member 22 and thermo-electric cooler 23 for the delivery of the cooling fluidic medium to back surface 24 of RF electrode 20, (ix) providing a controllable delivery rate of cooling fluidic medium delivered from fluid delivery member 22 to back surface 24, (x) providing a control of thermo-electric cooler 23 and the like.

Referring now to FIGS. 5 and 6, RF device 52 includes a support structure, including but not limited to a housing 60 that defines the body of RF device 52. RF device 52 can include a back plate 62 that is positioned at a proximal portion of support structure 60. A plurality of electrical contact pads 65 can be positioned at back plate 62. At least a portion of fluid delivery member 22 and thermo-electric cooler 23 can extend through back plate 62. Fluid delivery member 22 can be a channel with a proximal end that is raised above the back surface of back plate 62.

First and second engagement members 64 can also be formed in the body of support structure 60. Engagement members 64 provide engagement and disengagement with handpiece housing 14. Suitable engagement members 64 include but are not limited to snap members, apertures to engage with snap members of substrate support 60, and the like.

Handpiece 10 can be used to deliver thermal energy to modify tissue including, but not limited to, collagen containing tissue, in the epidermal, dermal and subcutaneous tissue layers, including adipose tissue. The modification of the tissue includes modifying a physical feature of the tissue, a structure of the tissue or a physical property of the tissue. The modification can be achieved by delivering sufficient energy to modify collagen containing tissue, cause collagen shrinkage, and/or a wound healing response including the deposition of new or nascent collagen, and the like.

Handpiece 10 can be utilized for performing a number of treatments of the skin and underlying tissue including but not limited to, (i) dermal remodeling and tightening, (ii) wrinkle reduction, (iii) elastosis reduction, (iv) scar modification, such as reduction, (v) sebaceous gland removal/deactivation and reduction of activity of sebaceous gland, (vi) hair follicle removal, (vii) adipose tissue remodeling/removal, (viii) spider vein removal, (ix) modify contour irregularities of a skin surface, (x) create scar or nascent collagen, (xi) reduction of bacteria activity of skin, (xii) reduction of skin pore size, (xiii) unclog skin pores and the like.

In various embodiments, handpiece 10 can be utilized in a variety of treatment processes, including but not limited to, (i) pre-cooling, before the delivery of energy to the tissue has

US 7,189,230 B2

15

begun, (ii) an on phase or energy delivery phase in conjunction with cooling and (iii) post cooling after the delivery of energy to tissue has stopped.

Handpiece **10** can be used to pre-cool the surface layers of the target tissue so that when RF electrode **20** is in contact with the tissue, or prior to turning on the RF energy source, the superficial layers of the target tissue are already cooled. When RF energy source is turned on or delivery of RF to the tissue otherwise begins, resulting in heating of the tissues, the tissue that has been cooled is protected from thermal effects including thermal damage. The tissue that has not been cooled will warm up to therapeutic temperatures resulting in the desired therapeutic effect.

Pre-cooling gives time for the thermal effects of cooling to propagate down into the tissue. More specifically, pre-cooling allows the achievement of a desired tissue depth thermal profile, with a minimum desired temperature being achieved at a selectable depth. The amount or duration of pre-cooling can be used to select the depth of the protected zone of untreated tissue. Longer durations of pre-cooling produce a deeper protected zone and hence a deeper level in tissue for the start of the treatment zone. The opposite is true for shorter periods of pre-cooling. The temperature of front surface **26** of RF electrode **20** also affects the temperature profile. The colder the temperature of front surface **26**, the faster and deeper the cooling, and vice versa.

Post-cooling can be important because it prevents and/or reduces heat delivered to the deeper layers from conducting upward and heating the more superficial layers possibly to therapeutic or damaging temperature range even though external energy delivery to the tissue has ceased. In order to prevent this and related thermal phenomena, it can be desirable to maintain cooling of the treatment surface for a period of time after application of the RF energy has ceased. In various embodiments, varying amounts of post cooling can be combined with real-time cooling and/or pre-cooling.

In various embodiments, handpiece **10** can be used in a varied number of pulse on-off type cooling sequences and algorithms may be employed. In one embodiment, the treatment algorithm provides for pre-cooling of the tissue by starting a spray of cryogenic cooling fluidic medium, followed by a short pulse of RF energy into the tissue. In this embodiment, the spray of cryogenic cooling fluidic medium continues while the RF energy is delivered, and is stopping shortly thereafter, e.g. on the order of milliseconds. This or another treatment sequence can be repeated again. Thus in various embodiments, the treatment sequence can include a pulsed sequence of cooling on, heat, cooling off, cooling on, heat, cool off, and with cooling and heating durations on orders of tens of milliseconds. In these embodiments, every time the surface of the tissue of the skin is cooled, heat is removed from the skin surface. Cryogenic cooling fluidic medium spray duration, and intervals between sprays, can be in the tens of milliseconds ranges, which allows surface cooling while still delivering the desired thermal effect into the deeper target tissue.

In various embodiments, the target tissue zone for therapy, also called therapeutic zone or thermal effect zone, can be at a tissue depth from approximately 100 μm beneath the surface of the skin down to as deep as 10 millimeters, depending upon the type of treatment. For treatments involving collagen contraction, it can be desirable to cool both the epidermis and the superficial layers of the dermis of the skin that lies beneath the epidermis, to a cooled depth range between 100 μm two millimeters. Different treatment algorithms can incorporate different amounts of pre-cooling,

16

heating and post cooling phases in order to produce a desired tissue effect at a desired depth.

Various duty cycles, on and off times, of cooling and heating are utilized depending on the type of treatment. The cooling and heating duty cycles can be controlled and dynamically varied by an electronic control system known in the art. Specifically the control system can be used to control cooling fluidic medium valve member **16** and the RF power source.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method for treating a tissue site underlying a skin surface, the method comprising:
    coupling an energy delivery surface of an RF energy delivery device with the skin surface;
    cooling the tissue site to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and
    non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and decrease irregularities of the skin surface.

2. The method of claim **1**, wherein the energy delivery surface is coupled to the skin surface by positioning the RF energy delivery surface on the skin surface.

3. The method of claim **1**, wherein the tissue site contains collagen.

4. The method of claim **3**, wherein the tissue site is modified to form scar collagen.

5. The method of claim **1**, wherein the tissue site is collagen tissue.

6. A method for treating collagen containing tissue underlying a skin surface with an RF energy delivery device, the method comprising:
    coupling an energy delivery surface of the RF energy delivery device with the skin surface;
    creating a reverse thermal gradient through the skin surface while heating the collagen containing tissue in which a temperature of the skin surface is lower than a temperature of the collagen containing tissue; and
    non-ablatively delivering a sufficient amount of RF energy to the collagen containing tissue to create scar collagen.

7. The method of claim **6**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

8. A method of treating acne scars at a skin epidermis surface with an RF energy source, the method comprising:
    producing RF energy from the RF energy source;
    non-ablatively delivering the RF energy from the RF energy source through the skin epidermis surface to a collagen containing tissue site underlying the skin epidermis surface for a sufficient time to form scar collagen; and
    modifying the skin epidermis surface with the scar collagen to treat the acne scars.

US 7,189,230 B2

17

9. A method for treating acne scars at a skin surface with an underlying collagen containing tissue, the method comprising:

coupling an RF energy delivery device surface with the skin surface for non-ablatively delivering RF energy to the collagen containing tissue;

creating a reverse thermal gradient through the skin surface to sufficiently heat the collagen containing tissue in which a temperature of the skin surface is lower than a temperature of the collagen containing tissue;

creating scar collagen when the collagen containing tissue is heated; and

modifying the skin surface with the scar collagen to reduce the acne scars at the skin surface.

10. The method of claim 9, wherein the RF energy delivery device surface is coupled to the skin surface by positioning the RF energy delivery surface on the skin surface.

11. A method of treating a skin surface having scars with an RF energy source with an energy delivery surface, the method comprising:

coupling the energy delivery surface with the skin surface;

producing RF energy from the RF energy source;

creating a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of collagen containing tissue underlying the skin surface; and

non-ablatively delivering the RF energy through the skin surface to the collagen containing tissue and forming scar collagen in at least a portion of the collagen containing tissue to modify the scars.

12. The method of claim 11, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

13. A method of reducing the activity of sebaceous glands in a tissue site using an RF energy source, the method comprising:

producing RF energy from the RF energy source;

non-ablatively delivering the RF energy through a skin epidermis surface to the tissue site for a time sufficient to thermally injure the sebaceous glands; and

reducing the activity of the sebaceous glands in the tissue site.

14. The method of claim 13, wherein the underlying tissue site contains collagen.

15. The method of claim 14, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

16. The method of claim 14, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

17. A method of reducing the size of a sebaceous gland in a tissue site using an RF energy source, the method comprising:

producing RF energy from the RF energy source;

non-ablatively delivering the RF energy from the RF energy source through a skin epidermis surface to the tissue site for a time sufficient to thermally injure the sebaceous gland; and

reducing the size of the sebaceous gland in the tissue site with the thermal injury.

18. The method of claim 17, wherein the underlying tissue site contains collagen.

18

19. The method of claim 18, wherein delivering the RF energy further comprises:

modifying the collagen at tissue site to form scar collagen.

20. The method of 18, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

21. A method of treating skin pores using an RF energy source, the method comprising:

producing RF energy from the RF energy source; and

non-ablatively delivering the RF energy from the RF energy source through a skin epidermis surface to a collagen containing tissue site underlying the skin epidermis surface for a time sufficient to treat the skin pores.

22. The method of claim 21, wherein delivering the RF energy further comprises:

modifying the collagen at the collagen containing tissue site to form scar collagen.

23. The method of claim 21, wherein delivering the RF energy further comprises:

modifying the collagen at the collagen containing tissue site.

24. A method of reducing the activity of a sebaceous gland, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is lower than a temperature of the underlying tissue area; and

non-ablatively delivering RF energy from the energy delivery device to the tissue site to modify the tissue site and reduce the activity of the sebaceous gland in the tissue site.

25. The method of claim 24, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

26. The method of claim 24, wherein the underlying tissue area contains collagen.

27. The method of claim 26, wherein delivering the RF energy further comprises:

modifying the collagen at the collagen containing tissue site to form scar collagen.

28. The method of claim 26, delivering the RF energy further comprises:

modifying the collagen at the collagen containing tissue site.

29. A method of reducing the size of a sebaceous gland, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is lower than a temperature of the tissue site; and

non-ablatively delivering RF energy from the energy delivery device to the tissue site to modify the tissue site and reduce the size of the sebaceous gland in the tissue site.

30. The method of claim 29, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

31. The method of claim 29, wherein the underlying tissue area contains collagen.

32. The method of claim 31, wherein delivering the RF energy further comprises:

US 7,189,230 B2

19                                                  20

modifying the collagen at the tissue site to form scar collagen.

**33**. The method of claim **31**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**34**. A method of treating skin pores, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and treat the skin pores.

**35**. The method of claim **34**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**36**. The method of claim **34**, wherein the tissue site contains collagen.

**37**. The method of claim **36**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**38**. The method of claim **36**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**39**. A method of treating clogged skin pores, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and treat the clogged skin pores.

**40**. The method of claim **39**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**41**. The method of claim **39**, wherein the underlying tissue site contains collagen.

**42**. The method of claim **41**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**43**. The method of claim **41**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**44**. A method of treating acne, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and reduce the activity of at least a portion of the sebaceous glands in the tissue site for treating the acne.

**45**. The method of claim **44**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**46**. The method of claim **44**, wherein the tissue site contains collagen.

**47**. The method of claim **46**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**48**. The method of claim **46**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**49**. A method of treating acne, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and reduce the size of at least a portion of the sebaceous glands in the tissue site for treating the acne.

**50**. The method of claim **49**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**51**. The method of claim **49**, wherein the tissue site contains collagen.

**52**. The method of claim **51**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**53**. The method of claim **51**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**54**. A method of treating acne, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and reduce the size of skin pores for treating the acne.

**55**. The method of claim **54**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**56**. The method of claim **54**, wherein the tissue site contains collagen.

**57**. The method of claim **56**, delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**58**. The method of claim **56**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**59**. A method of treating hyperhydrosis, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and reduce the amount of sweat produced by sweat glands in the tissue site.

US 7,189,230 B2

21

**60**. The method of claim **59**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**61**. The method of claim **59**, wherein the tissue site contains collagen.

**62**. The method of claim **61**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**63**. The method of claim **61**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**64**. A method of treating hyperhydrosis, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and reduce a size of sweat glands in the tissue site.

**65**. The method of claim **64**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**66**. The method of claim **64**, wherein the tissue site contains collagen.

**67**. The method of claim **66**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**68**. The method of claim **66**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**69**. A method of reducing hair growth, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and hair follicles to reduce the growth of hair in the hair follicles.

**70**. The method of claim **69**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**71**. The method of claim **69**, wherein the tissue site contains collagen.

**72**. The method of claim **71**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**73**. The method of claim **71**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**74**. A method of inducing the growth of hair, the method comprising:

22

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and hair follicles to stimulate the growth of hair from the hair follicles.

**75**. The method of claim **74**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**76**. The method of claim **74**, wherein the tissue site contains collagen.

**77**. The method of claim **76**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**78**. The method of claim **76**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**79**. A method for treating a tissue site with an energy delivery device coupled to an energy delivery device source, the method comprising:

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to create a tissue effect.

**80**. The method of claim **79**, wherein the tissue effect is dermal remodeling.

**81**. The method of claim **79**, wherein the tissue effect is dermal tightening.

**82**. The method of claim **79**, wherein the tissue effect is wrinkle reduction.

**83**. The method of claim **79**, wherein the tissue effect is elastosis reduction.

**84**. The method of claim **79**, wherein the tissue effect is scar modification.

**85**. The method of claim **79**, wherein the tissue effect is sebaceous gland removal or deactivation.

**86**. The method of claim **79**, wherein the tissue effect is a reduction of sebaceous gland activity.

**87**. The method of claim **79**, wherein the tissue effect is hair follicle modification.

**88**. The method of claim **79**, wherein the tissue effect is adipose tissue remodeling or removal.

**89**. The method of claim **79**, wherein the tissue effect is modification of skin irregularities.

**90**. The method of claim **79**, wherein the tissue effect is a creation of scar or nascent collagen.

**91**. The method of claim **79**, wherein the tissue effect is treatment of skin pores.

**92**. The method of claim **79**, wherein the tissue effect is a modification of fat tissue.

**93**. The method of claim **79**, wherein the tissue effect is a modification of muscle tissue.

\* \* \* \* \*