IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALMA LASERS, LTD., and
ALMA LASERS, INC.,

        Plaintiffs,

    v.

THERMAGE, INC.

        Defendant.

C.A. No. 07-224-***

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent the defendant, Thermage, Inc., in this matter:

> J. Robert Chambers
> P. Andrew Blatt, Ph.D.
> John P. Davis
> WOOD, HERRON & EVANS
> 515 South Flower Street, 25th Floor
> 2700 Carew Tower
> Cincinnati, OH 45202
> Telephone: 513-241-2324
> Fax: 513-241-6234

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 per attorney, if not paid previously, will be submitted to the Clerk's Office upon the filing of this motion.

|  | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| July 16, 2007 | */s/ Karen L. Pascale* |
|  | Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com] |
|  | Karen L. Pascale (No. 2903) [kpascale@ycst.com] |
|  | Adam W. Poff (No. 3990) [apoff@ycst.com] |
|  | The Brandywine Building |
|  | 1000 West St., 17th Floor |
|  | P.O. Box 391 |
|  | Wilmington, Delaware 19899-0391 |
|  | Phone: 302-571-6600 |
|  | *Attorneys for Defendant, Thermage, Inc.* |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of

J. Robert Chambers, P. Andrew Blatt, Ph.D., and John P. Davis is GRANTED.


Dated: July _____, 2007

_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 29, 2007

J. Robert Chambers
WOOD, HERRON & EVANS
515 South Flower Street, 25th Floor
2700 Carew Tower
Cincinnati, OH 45202
Telephone: 513-241-2324
Fax: 513-241-6234
E-mail: bchamber@whepatent.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 28, 2007

*P. Andrew Blatt*

P. Andrew Blatt, Ph.D.
WOOD, HERRON & EVANS LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
Telephone: 513-241-2324
Fax: 513-241-6234
E-mail: dblatt@whepatent.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of Ohio, Illinois, Minnesota, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 28, 2007

John P. Davis
WOOD, HERRON & EVANS LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
Telephone: 513-241-2324
Fax: 513-241-6234
E-mail: jdavis@whepatent.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on July 16, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Lauren E. Maguire [lmaguire@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on July 16, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record, and on the following non-registered participants in the manner indicated:

### *By E-Mail*

> David T. Pritikin, Esquire [dpritikin@sidley.com]
> Thomas D. Rein, Esquire [trein@sidley.com]
> Hugh A. Abrams, Esquire [habrams@sidley.com]
> SIDLEY AUSTIN LLP
> One South Dearborn Street
> Chicago, IL 60603

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Karen L. Pascale*
> _____
> Karen L. Pascale (No. 2903) [kpascale@ycst.com]
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
>
> *Attorneys for Defendant, Thermage, Inc.*