IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMA LASERS, LTD., and <br> ALMA LASERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THERMAGE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> )    C.A. No. 07-224-*** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of August, 2007, **ALMA'S FIRST SET OF INTERROGATORIES (INTERROGATORY NOS. 1-13)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE  19801 | HAND DELIVERY |
| | |
| J. Robert Chambers, Esquire <br> Wood, Herron & Evans LLP <br> 515 South Flower Street, 25th Floor <br> 2700 Carew Tower <br> Cincinnati, OH  45202 <br> Telephone:  (513) 241-2324 <br> Facsimile:  (513) 241-6234 | VIA ELECTRONIC MAIL |
| | |
| P. Andrew Blatt, Esquire <br> Wood, Herron & Evans LLP <br> 2700 Carew Tower <br> 441 Vine Street <br> Cincinnati, OH  45202 | VIA ELECTRONIC MAIL |

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated: August 9, 2007

182926.1