## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMA LASERS, LTD., and ALMA LASERS, INC., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 07-224-*** |
| THERMAGE, INC., | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **10th** day of **August, 2007.**

IT IS ORDERED that the directions provided by the Court during the scheduling teleconference of August 7, 2007, as contained in the transcript of that conference, shall serve as the Order in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE