IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMA LASERS, LTD., and <br> ALMA LASERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THERMAGE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 07-224-*** |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of August, 2007, **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE  19801 | HAND DELIVERY |
| J. Robert Chambers, Esquire <br> Wood, Herron & Evans LLP <br> 515 South Flower Street, 25th Floor <br> 2700 Carew Tower <br> Cincinnati, OH  45202 | VIA ELECTRONIC MAIL |
| P. Andrew Blatt, Esquire <br> Wood, Herron & Evans LLP <br> 2700 Carew Tower <br> 441 Vine Street <br> Cincinnati, OH  45202 | VIA ELECTRONIC MAIL |

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

Dated:  August 13, 2007

182926.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| J. Robert Chambers, Esquire<br>Wood, Herron & Evans LLP<br>515 South Flower Street, 25th Floor<br>2700 Carew Tower<br>Cincinnati, OH 45202 | **VIA ELECTRONIC MAIL** |
| P. Andrew Blatt, Esquire<br>Wood, Herron & Evans LLP<br>2700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202 | **VIA ELECTRONIC MAIL** |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon