IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMA LASERS, LTD., and ALMA LASERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THERMAGE, INC., <br><br> Defendant. | C.A. No. 07-224-*** |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME
## TO FILE PROTECTIVE ORDER

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that the time for the parties to file a Stipulated Protective Order is extended by three weeks, from August 30, 2007 to September 20, 2007.

| | |
|---|---|
| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Lauren E. Maguire | /s/ Karen L. Pascale |
| Steven J. Balick (#2114) <br> John G. Day (#2403) <br> Lauren E. Maguire (#4261) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> lmaguire@ashby-geddes.com | Josy W. Ingersoll (#1088) <br> Karen L. Pascale (#2903) <br> Karen E. Keller (I.D. #4489) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> kpascale@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on August 28, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Lauren E. Maguire [lmaguire@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on August 28, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record, and on the following non-registered participants in the manner indicated:

> ***By E-Mail***
>
> David T. Pritikin, Esquire [dpritikin@sidley.com]
> Thomas D. Rein, Esquire [trein@sidley.com]
> Hugh A. Abrams, Esquire [habrams@sidley.com]
> Marlee A. Jansen, Esquire [mjansen@sidley.com]
> SIDLEY AUSTIN LLP
> One South Dearborn Street
> Chicago, IL 60603

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Karen L. Pascale
>
> ---
>
> Karen L. Pascale (No. 2903) [kpascale@ycst.com]
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
>
> *Attorneys for Defendant, Thermage, Inc.*