IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMA LASERS, LTD., and | ) | |
| ALMA LASERS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 07-224-*** |
| | ) | |
| v. | ) | |
| | ) | |
| THERMAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 17th day of September, 2007, **PLAINTIFF**

**ALMA'S ANSWERS TO THERMAGE'S FIRST SET OF INTERROGATORIES** was

served upon the following counsel of record at the address and in the manner indicated:


Josy W. Ingersoll, Esquire                        HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


J. Robert Chambers, Esquire                       VIA ELECTRONIC MAIL
Wood, Herron & Evans LLP
515 South Flower Street, 25th Floor
2700 Carew Tower
Cincinnati, OH 45202


P. Andrew Blatt, Esquire                          VIA ELECTRONIC MAIL
Wood, Herron & Evans LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
Marlee A. Jansen
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

Dated:  September 17, 2007
182926.1