IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMA LASERS, LTD., and<br>ALMA LASERS, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C. A. No. 07-224-*** |
| | ) | |
| THERMAGE, INC., | )<br>) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME
TO FILE PROTECTIVE ORDER**

WHEREAS, the Parties have exchanged multiple drafts of the Stipulated Protective Order;

WHEREAS, the Parties have not yet agreed on certain material terms of the Stipulated Protective Order;

WHEREAS, the Parties are currently negotiating in an attempt to reach agreement on those disputed material terms of the Stipulated Protective Order; and

WHEREAS, although this deadline was extended once before, the parties are hopeful that with the benefit of some additional time it may be possible to further narrow, and perhaps eliminate, the remaining areas of disagreement;

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that the time for the parties to file a Stipulated Protective Order is further extended from September 20, 2007 to October 1, 2007.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Karen L. Pascale* |
| Steven J. Balick (#2114) | Josy W. Ingersoll (#1088) |
| John G. Day (#2403) | Karen L. Pascale (#2903) |
| Lauren E. Maguire (#4261) | Karen E. Keller (I.D. #4489) |
| 500 Delaware Avenue, 8th Floor | The Brandywine Building |
| P.O. Box. 1150 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 654-1888 | (302) 571-6600 |
| sbalick@ashby-geddes.com | kpascale@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge

184331.1