IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMA LASERS, LTD., and<br>ALMA LASERS, INC., | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 07-224-*** |
| | ) | |
| v. | ) | |
| | ) | |
| THERMAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of November, 2007, **PLAINTIFF ALMA'S ANSWERS TO THERMAGE'S SECOND SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| | |
| J. Robert Chambers, Esquire<br>Wood, Herron & Evans LLP<br>515 South Flower Street, 25th Floor<br>2700 Carew Tower<br>Cincinnati, OH  45202 | VIA ELECTRONIC MAIL |
| | |
| P. Andrew Blatt, Esquire<br>Wood, Herron & Evans LLP<br>2700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH  45202 | VIA ELECTRONIC MAIL |

                          ASHBY & GEDDES

                          */s/ Lauren E. Maguire*
                          _____
                          Steven J. Balick (I.D. #2114)
                          John G. Day (I.D. #2403)
                          Lauren E. Maguire (I.D. #4261)
                          500 Delaware Avenue, 8th Floor
                          P.O. Box 1150
                          Wilmington, DE  19899
                          (302) 654-1888
                          sbalick@ashby-geddes.com
                          jday@ashby-geddes.com
                          lmaguire@ashby-geddes.com

                          *Attorneys for Plaintiffs*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
Marlee A. Jansen
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

Dated:  November 1, 2007
182926.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| J. Robert Chambers, Esquire<br>Wood, Herron & Evans LLP<br>515 South Flower Street, 25th Floor<br>2700 Carew Tower<br>Cincinnati, OH  45202 | VIA ELECTRONIC MAIL |
| P. Andrew Blatt, Esquire<br>Wood, Herron & Evans LLP<br>2700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH  45202 | VIA ELECTRONIC MAIL |

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire