IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMA LASERS, LTD., and<br>ALMA LASERS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THERMAGE, INC.<br><br>    Defendant. | C.A. No. 07-224-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 26, 2007, copies of:

*Defendant's Supplemental Responses to Plaintiffs' First Set of Interrogatories [Nos. 1 and 4];*

were served upon the following counsel of record in the manner indicated:

| *By E-Mail* | *By E-Mail* |
|---|---|
| Steven J. Balick, Esquire<br> [sbalick@ashby-geddes.com]<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | Hugh A. Abrams, Esquire<br> [habrams@sidley.com]<br>Marlee A. Jansen, Esquire<br> [mjansen@sidley.com]<br>Dino Koutsoubas, Esquire<br> [dkoutsoubas@sidley.com]<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |

  Additionally, the undersigned hereby certifies that on November 12, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the above-listed counsel of record in the manner indicated below:

*By E-Mail*

Steven J. Balick, Esquire
   [sbalick@ashby-geddes.com]
John G. Day, Esquire
   [jday@ashby-geddes.com]
Lauren E. Maguire, Esquire
   [lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

November 12, 2007

*By E-Mail*

Hugh A. Abrams, Esquire
   [habrams@sidley.com]
Marlee A. Jansen, Esquire
   [mjansen@sidley.com]
Dino Koutsoubas, Esquire
   [dkoutsoubas@sidley.com]
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

/s/ Karen L. Pascale
_____

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Adam W. Poff (No. 3990) [apoff@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

- and -

**WOOD, HERRON & EVANS LLP**

J. Robert Chambers
P. Andrew Blatt
John P. Davis
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-6234

*Attorneys for Defendant, Thermage, Inc.*