IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMA LASERS, LTD., and <br> ALMA LASERS, INC., <br><br>           Plaintiffs, <br><br> v. <br><br> THERMAGE, INC., <br><br>           Defendant. | ) <br> ) <br> ) <br> )    C.A. No. 07-224-*** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Constantine Koutsoubas to represent Plaintiffs in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is being submitted to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for Plaintiffs*

Dated: November 27, 2007
186174.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMA LASERS, LTD., and ALMA LASERS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-224-*** |
| v. | ) ) ) | |
| THERMAGE, INC., | ) ) | |
| Defendant. | ) ) | |

## ORDER

This \_\_\_\_\_ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Constantine Koutsoubas to represent Plaintiffs in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Constantine Koutsoubas

Constantine Koutsoubas
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Dated: November 26, 2007