IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALMA LASERS, LTD., and
ALMA LASERS, INC.,

　　　　　　　Plaintiffs,

　　　v.

THERMAGE, INC.

　　　　　　　Defendant.

C.A. No. 07-224-***-MPT

**JURY TRIAL DEMANDED**

## THERMAGE, INC.'S AMENDED ANSWER AND COUNTERCLAIMS[1]

Defendant Thermage, Inc. ("Thermage") answers plaintiffs Alma Lasers, Ltd. and Alma

Lasers, Inc.'s (collectively "Alma") complaint for declaratory judgment as follows:

　　　1.　　　Thermage is without sufficient knowledge or information to form a belief as to

truth of the allegations of paragraph 1 and, therefore, denies same.

　　　2.　　　Thermage is without sufficient knowledge or information to form a belief as to

truth of the allegations of paragraph 2 and, therefore, denies same.

　　　3.　　　Admitted.

　　　4.　　　Thermage admits that the complaint purports to state a claim for declaratory

judgment of non-infringement and invalidity of U.S. Patent Nos. 6,749,624; 6,405,090;

6,387,380; 6,381,498; 6,377,855; 6,241,753; 5,919,219; 5,755,753; and 5,660,836; and that

copies of those patents were attached to the complaint. Thermage denies that Alma's claims

have any merit.

　　　5.　　　Admitted.

---

[1] A blackline copy is attached hereto at Tab 1. Changes from the original pleading (D.I. 8, filed June 20, 2007) are shown by underlining additions and striking through redactions.

6.    Admitted.

7.    Thermage admits that it sent a letter to Alma on February 14, 2007, regarding pre-market release clinical data for Alma's "Accent" product. Thermage further admits that the letter stated that the Accent may infringe U.S. Patent No. 6, 749,624. Thermage denies the remaining allegations of paragraph 7.

8.    The April 10, 2006, letter to Alma did not reference or assert specific patents. Rather, the April 10, 2006, letter forwarded an executed Confidentiality Agreement that provided that settlement discussions, which occurred from March 21, 2006, would be subject to Rule 408 of the Federal Rules of Evidence, would be kept in confidence and, would not be used by either party for any purpose in any legal proceeding. The May 18, 2006, letter was covered by and specifically referenced this Agreement. Alma's reference to the April 10, 2006, and the May 18, 2006, letters in this action breaches this Agreement.

9.    Thermage is without sufficient knowledge or information to form a belief as to truth of the allegations of paragraph 9 and, therefore, denies same.

10.    Thermage is without sufficient knowledge or information to form a belief as to truth of the allegations of paragraph 10 and, therefore, denies same.

11.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

12.    Admitted.

13.    Denied.

14.    Denied.

15.    Denied.

16.     Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

17.     Admitted.

18.     Denied.

19.     Denied.

20.     Denied.

21.     Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

22.     Admitted.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

27.     Admitted.

28.     Denied.

29.     Denied.

30.     Denied.

31.     Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

32.     Admitted.

33.     Denied.

34.     Denied.

35.    Denied.

36.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

37.    Admitted.

38.    Denied.

39.    Denied.

40.    Denied.

41.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

42.    Admitted.

43.    Upon information and belief, admitted.

44.    Denied.

45.    Denied.

46.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

47.    Admitted.

48.    Denied.

49.    Denied.

50.    Denied.

51.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

52.    Admitted.

53.    Denied.

54.    Denied.

55.    Denied.

## PRAYER FOR RELIEF

WHEREFORE, defendant Thermage prays that the Court:

A.    enter judgment in favor of Thermage and dismisses Alma's Complaint for

Declaratory Judgment;

B.    award Thermage its attorney fees and costs for having to defend Alma's

Complaint for Declaratory Judgment; and

C.    award any other relief that it deems just and proper.

## DEFENDANT THERMAGE, INC,'S AMENDED COUNTERCLAIMS AGAINST PLAINTIFFS ALMA LASERS, LTD. AND ALMA LASERS, INC.

Thermage counterclaims against Alma Lasers, Ltd. and Alma Lasers, Inc. as follows:

## NATURE OF THE ACTION

1.    This is an action for patent infringement and arises under the patent laws of the

United States, Title 35.

## THE PARTIES

2.    Thermage is a corporation organized and existing under the laws of the State of

Delaware, having its principal place of business in Hayward, California.

3.    On information and belief, Alma Lasers, Ltd. is a corporation organized and

existing under the laws of the country of Israel and having its principal place of business at 14

Halamish, Caesarea Industrial Park, Caesarea, Israel 38900.

4.     On information and belief, Alma Lasers, Inc. is a corporation organized and existing under the laws of the State of Delaware and having its principal place of business at 485 Half Day Road, Suite 100, Buffalo Grove, Illinois.

## JURISDICTION AND VENUE

5.     The Court has subject matter jurisdiction over these patent infringement counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a).  The Court has personal jurisdiction over Alma Lasers, Ltd. and Alma Lasers, Inc. (collectively "Alma") by virtue of Alma's filing its complaint with this Court and by virtue of Alma's substantial and continuous contacts with this judicial district, including its advertising and sale and/or distribution in this judicial district of the infringing products which are the subject of these patent infringement counterclaims.

6.     Venue in this Court is based upon 28 U.S.C. §§ 1391 and 1400(b).

## CAUSES OF ACTION FOR PATENT INGRINGEMENT

7.     Thermage is the owner of United States Patent No. 6,749,624 ("the '624 patent"), which was duly and legally issued on June 15, 2004, and is entitled "Fluid Delivery Apparatus." A copy of the '624 patent is attached as Exhibit A.

8.     Thermage is the owner of United States Patent No. 6,405,090 ("the '090 patent"), which was duly and legally issued on June 11, 2002, and is entitled "Method and Apparatus for Tightening Skin by Controlled Contraction of Collagen Tissue."  A copy of the '090 patent is attached as Exhibit B.

9.     Thermage is the owner of United States Patent No. 6,387,380 ("the '380 patent"), which was duly and legally issued on May 14, 2002, and is entitled "Apparatus for Controlled Contraction of Collagen Tissue."  A copy of the '380 patent is attached as Exhibit C.

10.     Thermage is the owner of United States Patent No. 6,381,498 ("the '498 patent"), which was duly and legally issued on April 30, 2002, and is entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue." A copy of the '498 patent is attached as Exhibit D.

11.     Thermage is the owner of United States Patent No. 6,377,855 ("the '855 patent"), which was duly and legally issued on April 23, 2002, and is entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue." A copy of the '855 patent is attached as Exhibit E.

12.     Thermage is the owner of United States Patent No. 6,241,753 ("the '1753 patent"), which was duly and legally issued on June 5, 2001, and is entitled "Method for Scar Collagen Formation and Contraction." A copy of the '1753 patent is attached as Exhibit F.

13.     Thermage is the owner of United States Patent No. 5,755,753 ("the '5753 patent"), which was duly and legally issued on May 26, 1998, and is entitled "Method for Controlled Contraction of Collagen Tissue." A copy of the '5753 patent is attached as Exhibit G.

14.     Thermage is the owner of United States Patent No. 5,660,836 ("the '836 patent"), which was duly and legally issued on August 26, 1997, and is entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue." A copy of the '836 patent is attached as Exhibit H.

15.     Thermage is the owner of United States Patent No. 7,229,436 ("the '436 patent"), which was duly and legally issued on June 12, 2007, and is entitled "Method and Kit for Treatment of Tissue." A copy of the '436 patent is attached as Exhibit I.

16.     Thermage is the owner of United States Patent No. 7,189,230 ("the '230 patent"), which was duly and legally issued on March 13, 2007, and is entitled "Method for Treated Skin and Underlying Tissue." A copy of the '230 patent is attached as Exhibit J.

17.     Thermage is the owner of United States Patent No. 7,267,675 ("the '675 patent"), which was duly and legally issued on September 11, 2007, and is entitled "RF Device with Thermo-Electric Cooler." A copy of the '675 patent is attached as Exhibit K.

18.     Upon information and belief, Alma has manufactured and/or had manufactured for it, sold, offered for sale, used, and/or imported skin and tissue treatment product marketed under the name Harmony. Upon information and belief, Alma provides a user's manual with each Harmony product instructing the customer how to perform various procedures on patients.

19.     Upon information and belief, Alma has manufactured and/or had manufactured for it, sold, offered for sale, used, and/or imported skin and tissue treatment product marketed under the name Accent XL. Upon information and belief, Alma provides a user's manual with each Accent XL product instructing the customer how to perform various procedures on patients.

## COUNT I
## INFRINGEMENT OF THE '624 PATENT

20.     Thermage incorporates by reference paragraphs 1-19 as if set forth fully herein.

21.     The Harmony product infringes the '624 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

22.     Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

23.     The Accent XL product infringes the '624 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

24.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

25.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT II
## INFRINGEMENT OF THE '090 PATENT

26.    Thermage incorporates by reference paragraphs 1-19 as if set forth fully herein.

27.    The Harmony product infringes the '090 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

28.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

29.    The Accent XL product infringes the '090 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

30.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

31.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT III
## INFRINGEMENT OF THE '380 PATENT

32.     Thermage incorporates by reference paragraphs 1-19 as if set forth fully herein.

33.     The Accent XL product infringes the '380 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

34.     Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

35.     Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT IV
## INFRINGEMENT OF THE '498 PATENT

36.     Thermage incorporates by reference paragraphs 1-19 as if set forth fully herein.

37.     The Harmony product infringes the '498 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

38.     Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

39.     The Accent XL product infringes the '498 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

40.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

41.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

**COUNT V**
**INFRINGEMENT OF THE '855 PATENT**

42.    Thermage incorporates by reference paragraphs 1-19  as if set forth fully herein.

43.    The Harmony product infringes the '855 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

44.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

45.    The Accent XL product infringes the '855 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

46.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

47.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT VI
## INFRINGEMENT OF THE '1753 PATENT

48.    Thermage incorporates by reference paragraphs 1-19 as if set forth fully herein.

49.    The Harmony product infringes the '1753 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

50.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

51.    The Accent XL product infringes the '1753 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

52.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

53.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT VII
## INFRINGEMENT OF THE '5753 PATENT

54.    Thermage incorporates by reference paragraphs 1-19 as if set forth fully herein.

55.    The Harmony product infringes the '5753 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

56.     Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

57.     The Accent XL product infringes the '5753 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

58.     Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

59.     Upon information and belief, Alma's infringing acts have been and continue to be willful.

**COUNT VIII**
**INFRINGEMENT OF THE '836 PATENT**

60.     Thermage incorporates by reference paragraphs 1-19  as if set forth fully herein.

61.     The Accent XL product infringes the '836 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

62.     Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

63.     Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT IX
## INFRINGEMENT OF THE '436 PATENT

64.    Thermage incorporates by reference paragraphs 1-19 as if set forth fully herein.

65.    The Accent XL product infringes the '436 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

66.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

67.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT X
## INFRINGEMENT OF THE '230 PATENT

68.    Thermage incorporates by reference paragraphs 1-19 as if set forth fully herein.

69.    The Accent XL product infringes the '230 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

70.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

71.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT XI
## INFRINGEMENT OF THE '675 PATENT

72.    Thermage incorporates by reference paragraphs 1-19 as if set forth fully herein.

73.    The Accent XL product infringes claims 1 and 2 of the '675 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

74.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

75.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## PRAYER FOR RELIEF

WHEREFORE, defendant Thermage prays for relief against plaintiff Alma as follows:

A.    That judgment be entered that Alma has been and is infringing U.S. Patent Nos. 6,749,624; 6,405,090; 6,387,380; 6,381,498; 6,377,855; 6,241,753; 5,755,753; 5,660,836; 7,229,436; 7,189,230; and 7,267,675 and that the infringement be found willful;

B.    That Alma, its agents, sales representatives, servants and employees, associates, attorneys, successors and assigns, and any and all persons or entities acting by, through, under or in active concert or in participation with it, be enjoined and restrained preliminarily during the pendency of this action, and thereafter permanently, from further acts of infringement of U.S. Patent Nos. 6,749,624; 6,405,090; 6,387,380; 6,381,498; 6,377,855; 6,241,753; 5,755,753; 5,660,836; 7,229,436; 7,189,230; and 7,267,675;

C.     That a judgment be entered that Alma be required to pay over to Thermage all damages sustained by Thermage due to such patent infringement and that such damages be trebled pursuant to 35 U.S.C. § 284 for the willful acts of infringement complained of herein;

D.     That this case be adjudged and decreed exceptional under 35 U.S.C. § 285 entitling Thermage to an award of its reasonable attorney fees and that such reasonable attorney fees be awarded;

E.     That Thermage be awarded its costs and prejudgment interest on all damages;

F.     That Alma be required to file with the Court within thirty (30) days after entry of the final judgment of this case a written statement under oath setting forth in detail the manner in which they have complied with the judgment; and

G.     That Thermage be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Thermage demands a trial by jury.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

December 10, 2007

_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (# 2903) [kpascale@ycst.com]
Adam W. Poff (No. 3990) [apoff@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

- and -

**WOOD, HERRON & EVANS LLP**
J. Robert Chambers
P. Andrew Blatt
John P. Davis
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-6234

*Attorneys for Defendant, Thermage, Inc.*

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on December 10, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Lauren E. Maguire [lmaguire@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on December 10, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record, and on the following non-registered participants in the manner indicated:

> *By E-Mail*
>
> Hugh A. Abrams, Esquire [habrams@sidley.com]
> Marlee A. Jansen, Esquire [mjansen@sidley.com]
> Dino Koutsoubas, Esquire [dkoutsoubas@sidley.com]
> SIDLEY AUSTIN LLP
> One South Dearborn Street
> Chicago, IL  60603

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Karen L. Pascale*
> _____
> Karen L. Pascale (No. 2903) [kpascale@ycst.com]
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
>
> *Attorneys for Defendant, Thermage, Inc.*

# TAB 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALMA LASERS, LTD., and
ALMA LASERS, INC.,

    Plaintiffs,

   v.

THERMAGE, INC.

    Defendant.

C.A. No. 07-224-***-MPT

**JURY TRIAL DEMANDED**

## THERMAGE, INC's.'S AMENDED ANSWER AND COUNTERCLAIMS

   Defendant Thermage, Inc. ("Thermage") answers plaintiffs Alma Lasers, Ltd. and Alma

Lasers, Inc.'s (collectively "Alma") complaint for declaratory judgment as follows:

   1.  Thermage is without sufficient knowledge or information to form a belief as to

truth of the allegations of paragraph 1 and, therefore, denies same.

   2.  Thermage is without sufficient knowledge or information to form a belief as to

truth of the allegations of paragraph 2 and, therefore, denies same.

   3.  Admitted.

   4.  Thermage admits that the complaint purports to state a claim for declaratory

judgment of non-infringement and invalidity of U.S. Patent Nos. 6,749,624; 6,405,090;

6,387,380; 6,381,498; 6,377,855; 6,241,753; 5,919,219; 5,755,753; and 5,660,836; and that

copies of those patents were attached to the complaint. Thermage denies that Alma's claims

have any merit.

   5.  Admitted.

   6.  Admitted.

7.    Thermage admits that it sent a letter to Alma on February 14, 2007, regarding pre-market release clinical data for Alma's "Accent" product.  Thermage further admits that the letter stated that the Accent may infringe U.S. Patent No. 6, 749,624.  Thermage denies the remaining allegations of paragraph 7.

8.    The April 10, 2006, letter to Alma did not reference or assert specific patents. Rather, the April 10, 2006, letter forwarded an executed Confidentiality Agreement that provided that settlement discussions, which occurred from March 21, 2006, would be subject to Rule 408 of the Federal Rules of Evidence, would be kept in confidence and, would not be used by either party for any purpose in any legal proceeding.  The May 18, 2006, letter was covered by and specifically referenced this Agreement.  Alma's reference to the April 10, 2006, and the May 18, 2006, letters in this action breaches this Agreement.

9.    Thermage is without sufficient knowledge or information to form a belief as to truth of the allegations of paragraph 9 and, therefore, denies same.

10.    Thermage is without sufficient knowledge or information to form a belief as to truth of the allegations of paragraph 10 and, therefore, denies same.

11.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

12.    Admitted.

13.    Denied.

14.    Denied.

15.    Denied.

16.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

17.    Admitted.

18.    Denied.

19.    Denied.

20.    Denied.

21.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

22.    Admitted.

23.    Denied.

24.    Denied.

25.    Denied.

26.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

27.    Admitted.

28.    Denied.

29.    Denied.

30.    Denied.

31.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

32.    Admitted.

33.    Denied.

34.    Denied.

35.    Denied.

36.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

37.    Admitted.

38.    Denied.

39.    Denied.

40.    Denied.

41.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

42.    Admitted.

43.    Upon information and belief, admitted.

44.    Denied.

45.    Denied.

46.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

47.    Admitted.

48.    Denied.

49.    Denied.

50.    Denied.

51.    Thermage incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

52.    Admitted.

53.    Denied.

54.    Denied.

55.     Denied.

## PRAYER FOR RELIEF

WHEREFORE, defendant Thermage prays that the Court:

A.      enter judgment in favor of Thermage and dismisses Alma's Complaint for

Declaratory Judgment;

B.      award Thermage ~~is~~its attorney fees and costs for having to defend Alma's

Complaint for Declaratory Judgment; and

C.      award any other relief that it deems just and proper.

## DEFENDANT THERMAGE, INC,'S AMENDED COUNTERCLAIMS AGAINST ~~PLAINTIFF~~PLAINTIFFS ALMA LASERS, LTD. AND ALMA LASERS, INC.

Thermage counterclaims against Alma Lasers, Ltd. and Alma Lasers, Inc. as follows:

### NATURE OF THE ACTION

1.      This is an action for patent infringement and arises under the patent laws of the

United States, Title 35.

### THE PARTIES

2.      Thermage is a corporation organized and existing under the laws of the State of

Delaware, having its principal place of business in Hayward, California.

3.      On information and belief, Alma Lasers, Ltd. is a corporation organized and

existing under the laws of the country of Israel and having its principal place of business at 14

Halamish, Caesarea Industrial Park, Caesarea, Israel 38900.

4.      On information and belief, Alma Lasers, Inc. is a corporation organized and

existing under the laws of the State of Delaware and having its principal place of business at 485

Half Day Road, Suite 100, Buffalo Grove, Illinois.

## JURISDICTION AND VENUE

5.      The Court has subject matter jurisdiction over these patent infringement

counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a).  The Court has personal jurisdiction

over Alma Lasers, Ltd. and Alma Lasers, Inc. (collectively "Alma") by virtue of Alma's filing its

complaint with this Court and by virtue of Alma's substantial and continuous contacts with this

judicial district, including its advertising and sale and/or distribution in this judicial district of the

infringing products which are the subject of these patent infringement counterclaims.

6.      Venue in this Court is based upon 28 U.S.C. §§ 1391 and 1400(b).

## CAUSES OF ACTION FOR PATENT INGRINGEMENT

7.      Thermage is the owner of United States Patent No. 6,749,624 ("the '624 patent"),

which was duly and legally issued on June 15, 2004, and is entitled "Fluid Delivery Apparatus."

A copy of the '624 patent is attached as Exhibit A.

8.      Thermage is the owner of United States Patent No. 6,405,090 ("the '090 patent"),

which was duly and legally issued on June 11, 2002, and is entitled "Method and Apparatus for

Tightening Skin by Controlled Contraction of Collagen Tissue."  A copy of the '090 patent is

attached as Exhibit B.

9.      Thermage is the owner of United States Patent No. 6,387,380 ("the '380 patent"),

which was duly and legally issued on May 14, 2002, and is entitled "Apparatus for Controlled

Contraction of Collagen Tissue."  A copy of the '380 patent is attached as Exhibit C.

10.     Thermage is the owner of United States Patent No. 6,381,498 ("the '498 patent"),

which was duly and legally issued on April 30, 2002, and is entitled "Method and Apparatus for

Controlled Contraction of Collagen Tissue."  A copy of the '498 patent is attached as Exhibit D.

11.     Thermage is the owner of United States Patent No. 6,377,855 ("the '855 patent"), which was duly and legally issued on April 23, 2002, and is entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue." A copy of the '855 patent is attached as Exhibit E.

12.     Thermage is the owner of United States Patent No. 6,241,753 ("the '1753 patent"), which was duly and legally issued on June 5, 2001, and is entitled "Method for Scar Collagen Formation and Contraction." A copy of the '1753 patent is attached as Exhibit F.

13.     Thermage is the owner of United States Patent No. 5,755,753 ("the '5753 patent"), which was duly and legally issued on May 26, 1998, and is entitled "Method for Controlled Contraction of Collagen Tissue." A copy of the '5753 patent is attached as Exhibit G.

14.     Thermage is the owner of United States Patent No. 5,660,836 ("the '836 patent"), which was duly and legally issued on August 26, 1997, and is entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue." A copy of the '836 patent is attached as Exhibit H.

15.     Thermage is the owner of United States Patent No. 7,229,436 ("the '436 patent"), which was duly and legally issued on June 12, 2007, and is entitled "Method and Kit for Treatment of Tissue." A copy of the '436 patent is attached as Exhibit I.

16.     Thermage is the owner of United States Patent No. 7,189,230 ("the '230 patent"), which was duly and legally issued on March 13, 2007, and is entitled "Method for Treated Skin and Underlying Tissue." A copy of the '230 patent is attached as Exhibit J.

17.     Thermage is the owner of United States Patent No. 7,267,675 ("the '675 patent"), which was duly and legally issued on September 11, 2007, and is entitled "RF Device with Thermo-Electric Cooler." A copy of the '675 patent is attached as Exhibit K.

18.    Upon information and belief, Alma has manufactured and/or had manufactured for it, sold, offered for sale, used, and/or imported skin and tissue treatment product marketed under the name Harmony.  Upon information and belief, Alma provides a user's manual with each Harmony product instructing the customer how to perform various procedures on patients.

19.    Upon information and belief, Alma has manufactured and/or had manufactured for it, sold, offered for sale, used, and/or imported skin and tissue treatment product marketed under the name Accent XL.  Upon information and belief, Alma provides a user's manual with each Accent XL product instructing the customer how to perform various procedures on patients.

## COUNT I
## INFRINGEMENT OF THE '624 PATENT

20.    Thermage incorporates by reference paragraphs 1-~~18~~19 as if set forth fully herein.

21.    The Harmony product infringes the '624 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

22.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

23.    The Accent XL product infringes the '624 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

24.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

25.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

**COUNT II**
**INFRINGEMENT OF THE '090 PATENT**

26.    Thermage incorporates by reference paragraphs 1-~~18~~19 as if set forth fully herein.

27.    The Harmony product infringes the '090 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

28.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

29.    The Accent XL product infringes the '090 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

30.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

31.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

**COUNT III**
**INFRINGEMENT OF THE '380 PATENT**

32.    Thermage incorporates by reference paragraphs 1-~~18~~19 as if set forth fully herein.

33.    The Accent XL product infringes the '380 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

34.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

35.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT IV
## INFRINGEMENT OF THE '498 PATENT

36.    Thermage incorporates by reference paragraphs 1-~~18~~19 as if set forth fully herein.

37.    The Harmony product infringes the '498 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

38.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

39.    The Accent XL product infringes the '498 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it. Alma will continue such infringing acts unless enjoined by this Court.

40.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

41.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

**COUNT V**
**INFRINGEMENT OF THE '855 PATENT**

42.    Thermage incorporates by reference paragraphs 1-~~18~~19 as if set forth fully herein.

43.    The Harmony product infringes the '855 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

44.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

45.    The Accent XL product infringes the '855 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

46.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

47.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT VI
## INFRINGEMENT OF THE '1753 PATENT

48.    Thermage incorporates by reference paragraphs 1-~~18~~19 as if set forth fully

herein.

49.    The Harmony product infringes the '1753 patent by virtue of Alma's

manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing

acts unless enjoined by this Court.

50.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony

product has resulted in damage to Thermage and such damage will continue so long as Alma

manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

51.    The Accent XL product infringes the '1753 patent by virtue of Alma's

manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing

acts unless enjoined by this Court.

52.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL

product has resulted in damage to Thermage and such damage will continue so long as Alma

manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

53.    Upon information and belief, Alma's infringing acts have been and continue to be

willful.

## COUNT VII
## INFRINGEMENT OF THE '5753 PATENT

54.    Thermage incorporates by reference paragraphs 1-~~18~~19 as if set forth fully

herein.

55.     The Harmony product infringes the '5753 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

56.     Alma's manufacture, sale, offer for sale, use, and/or importation of the Harmony product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Harmony product.

57.     The Accent XL product infringes the '5753 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

58.     Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

59.     Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT VIII
## INFRINGEMENT OF THE '836 PATENT

60.     Thermage incorporates by reference paragraphs 1-~~18~~19 as if set forth fully herein.

61.     The Accent XL product infringes the '836 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

62.     Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

63.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT IX
## INFRINGEMENT OF THE '436 PATENT

64.    Thermage incorporates by reference paragraphs 1-~~18~~19 as if set forth fully herein.

65.    The Accent XL product infringes the '436 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

66.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

67.    Upon information and belief, Alma's infringing acts have been and continue to be willful.

## COUNT X
## INFRINGEMENT OF THE '230 PATENT

68.    Thermage incorporates by reference paragraphs 1-~~18~~19 as if set forth fully herein.

69.    The Accent XL product infringes the '230 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

70.    Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

71.     Upon information and belief, Alma's infringing acts have been and continue to be willful.

**COUNT XI**
**INFRINGEMENT OF THE '675 PATENT**

72.     Thermage incorporates by reference paragraphs 1-19  as if set forth fully herein.

73.     The Accent XL product infringes claims 1 and 2 of the '675 patent by virtue of Alma's manufacture, sale, offer for sale, use, or importation of it.  Alma will continue such infringing acts unless enjoined by this Court.

74.     Alma's manufacture, sale, offer for sale, use, and/or importation of the Accent XL product has resulted in damage to Thermage and such damage will continue so long as Alma manufactures, sells, offers for sale, uses, and/or imports the Accent XL product.

75.     Upon information and belief, Alma's infringing acts have been and continue to be willful.

PRAYER FOR RELIEF

WHEREFORE, defendant Thermage ~~pray~~prays for relief against plaintiff Alma as follows:

A.     That judgment be entered that Alma has been and is infringing U.S. Patent Nos. 6,749,624; 6,405,090; 6,387,380; 6,381,498; 6,377,855; 6,241,753; 5,755,753; 5,660,836; 7,229,436; ~~and~~ 7,189,230; and 7,267,675 and that the infringement be found willful;

B.     That Alma, its agents, sales representatives, servants and employees, associates, attorneys, successors and assigns, and any and all persons or entities acting by, through, under or in active concert or in participation with it, be enjoined and restrained preliminarily during the pendency of this action, and thereafter permanently, from further acts of infringement of U.S.

Patent Nos. 6,749,624; 6,405,090; 6,387,380; 6,381,498; 6,377,855; 6,241,753; 5,755,753;

5,660,836; 7,229,436; ~~and~~ 7,189,230; and 7.267,675;

C.      That a judgment be entered that Alma be required to pay over to Thermage all

damages sustained by ~~them~~ Thermage due to such patent infringement and that such damages be

trebled pursuant to 35 U.S.C. § 284 for the willful acts of infringement complained of herein;

D.      That this case be adjudged and decreed exceptional under 35 U.S.C. § 285

entitling Thermage to an award of its reasonable attorney fees and that such reasonable attorney

fees be awarded;

E.      That Thermage be awarded its costs and prejudgment interest on all damages;

F.      That Alma be required to file with the Court within thirty (30) days after entry of

the final judgment of this case a written statement under oath setting forth in detail the manner in

which they have complied with the judgment; and

G.      That Thermage be awarded such other and further relief as the Court deems just

and proper.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, ~~plaintiff~~ Thermage demands

a trial by jury.

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

~~June 20~~ _____

December _____, 2007          _____
                               Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
                               Karen L. Pascale (# 2903) [kpascale@ycst.com]
                               Adam W. Poff (No. 3990) [apoff@ycst.com]
                               The Brandywine Building
                               1000 West St., 17th Floor
                               P.O. Box 391

Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

- and -

**WOOD, HERRON & EVANS LLP**
J. Robert Chambers
P. Andrew Blatt
John P. Davis
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-6234

*Attorneys for Defendant, Thermage, Inc.*

# EXHIBIT A



US006749624B2

(12) **United States Patent**
Knowlton

(10) Patent No.:     **US 6,749,624 B2**
(45) Date of Patent:     **\*Jun. 15, 2004**

(54) **FLUID DELIVERY APPARATUS**

(76) Inventor:     **Edward W. Knowlton**, 5478
Blackhawk Dr., Danville, CA (US)
94506

( \* ) Notice:     Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **10/026,870**

(22) Filed:     **Dec. 20, 2001**

(65)     **Prior Publication Data**

US 2002/0049483 A1 Apr. 25, 2002

**Related U.S. Application Data**

(63)     Continuation of application No. 09/337,015, filed on Jun.
30, 1999, now Pat. No. 6,350,276, which is a continuation-
in-part of application No. 08/583,815, filed on Jan. 5, 1996,
now Pat. No. 6,241,753, and a continuation-in-part of appli-
cation No. 08/827,237, filed on Mar. 28, 1997, and a
continuation-in-part of application No. 08/914,681, filed on
Aug. 19, 1997, now Pat. No. 5,919,219, and a continuation-
in-part of application No. 08/942,274, filed on Sep. 30,
1997.

(51) **Int. Cl.**[7] ............................. **A61F 7/00**; A61F 2/00
(52) **U.S. Cl.** ........................... **607/104**; 606/33; 606/41;
607/101
(58) **Field of Search** ........................... 606/2, 9, 10, 11,
606/13, 16, 41, 42, 45, 46, 48, 49, 50,
32, 33; 607/88, 89, 101–102, 104, 108–112

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,831,604 A | 8/1974 | Neefe | 128/260 |
| 4,074,718 A | 2/1978 | Morrison | 128/303.14 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 1 949 534 | 4/1970 | |
| DE | 31 21 683 | 12/1982 | |
| EP | 0 395 307 A2 | 10/1990 | ........... A61B/17/36 |
| EP | 0 519 415 | 12/1992 | |
| FR | 2 609 245 | 7/1988 | |
| NZ | 266678 | 12/1997 | |
| WO | 92/19414 | 11/1992 | |
| WO | 93/13816 | 7/1993 | |
| WO | 94/26228 | 11/1994 | |
| WO | 96/27240 | 9/1996 | |
| WO | 96/27327 | 9/1996 | |
| WO | 96/32051 | 10/1996 | |
| WO | 96/34568 | 11/1996 | |
| WO | 96/39914 | 12/1996 | |
| WO | 97/18765 | 5/1997 | |
| WO | 97/18768 | 5/1997 | |
| WO | 68/03117 | 1/1998 | |
| WO | 98/03220 | 1/1998 | |
| WO | 98 05286 | 2/1998 | ........... A61H/7/00 |
| WO | 99 08614 | 2/1999 | ........... A61B/17/39 |
| WO | 02/26147 | 4/2002 | ........... A61B/18/14 |

OTHER PUBLICATIONS

Allain, et al. "Isometric Tensions Developed During the
Hydrothermal Swelling of Rat Skin", Connective Tissue
Research, vol 7, pp. 697–701, (1990).

(List continued on next page.)

*Primary Examiner*—Roy D. Gibson
(74) *Attorney, Agent, or Firm*—Paul Davis; Heller Ehrman
White & McAuliffe

(57)     **ABSTRACT**

A fluid delivery apparatus for introducing a fluid cooling
media to a skin surface includes a template with a skin
interface surface. An energy delivery device is coupled to
the template. A fluid cooling media introduction member is
coupled to the template. Resources controllably deliver
energy from the energy delivery device to the skin surface.
In a related embodiment, the resources are configured to
controllably deliver the flowable cooling media to the intro-
duction member. In another embodiment, a sensor is coupled
to the resources and to the skin surface.

**71 Claims, 26 Drawing Sheets-**



**US 6,749,624 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,140,130 A | 2/1979 | Storm, III | 128/404 |
| 4,164,226 A | 8/1979 | Tapper | 128/419 R |
| 4,290,435 A | 9/1981 | Waggott | 128/800 |
| 4,343,301 A | 8/1982 | Indech | 128/24 |
| 4,346,715 A | 8/1982 | Gammell | 128/422 |
| 4,375,220 A | 3/1983 | Matvias | 128/804 |
| 4,381,007 A | 4/1983 | Doss | 128/303.1 |
| 4,441,486 A | 4/1984 | Pounds | 128/24 |
| 4,545,368 A | 10/1985 | Rand et al. | 128/1.3 |
| 4,556,070 A | 12/1985 | Vaguine et al. | |
| 4,633,875 A | 1/1987 | Turner | |
| 4,676,258 A | 6/1987 | Inokuchi et al. | 128/804 |
| 4,709,701 A | 12/1987 | Weber | 128/422 |
| 4,756,310 A | 7/1988 | Bitterly | 128/400 |
| RE32,849 E | 1/1989 | Wei et al. | 204/192.27 |
| 4,881,543 A | 11/1989 | Trembly et al. | 128/303.1 |
| 4,887,614 A | 12/1989 | Shirakami et al. | 128/798 |
| 4,889,122 A | 12/1989 | Watmough et al. | 128/399 |
| 4,944,302 A | 7/1990 | Hernandez et al. | 128/798 |
| 4,957,480 A | 9/1990 | Morenings | 604/20 |
| 4,962,761 A | 10/1990 | Golden | 128/400 |
| 4,976,709 A | 12/1990 | Sand | 606/5 |
| 5,003,991 A | 4/1991 | Takayama et al. | 128/784 |
| 5,133,351 A | 7/1992 | Masaki | 128/419 R |
| 5,143,063 A | 9/1992 | Fellner | 128/399 |
| 5,186,181 A | 2/1993 | Franconi et al. | 128/804 |
| 5,190,517 A | 3/1993 | Zieve et al. | 604/22 |
| 5,230,334 A | 7/1993 | Klopotek | 128/399 |
| 5,231,997 A | 8/1993 | Kikuchi et al. | |
| 5,249,575 A | 10/1993 | DiMino et al. | 607/150 |
| 5,282,797 A | 2/1994 | Chess | 606/9 |
| 5,304,169 A | 4/1994 | Sand | 606/5 |
| 5,315,994 A | 5/1994 | Guibert et al. | 607/101 |
| 5,334,193 A | 8/1994 | Nardella | 606/41 |
| 5,342,357 A | 8/1994 | Nardella | 606/40 |
| 5,348,554 A | 9/1994 | Imran et al. | 606/41 |
| 5,366,443 A | 11/1994 | Eggers et al. | |
| 5,370,642 A | 12/1994 | Keller | 606/9 |
| 5,374,265 A | 12/1994 | Sand | 606/5 |
| 5,423,807 A | 6/1995 | Milder | 606/20 |
| 5,423,811 A | 6/1995 | Imran et al. | 606/41 |
| 5,437,662 A | 8/1995 | Nardella | 606/40 |
| 5,458,596 A | 10/1995 | Lax et al. | 606/31 |
| 5,462,521 A | 10/1995 | Brucker et al. | 604/20 |
| 5,464,436 A | 11/1995 | Smith | 607/89 |
| 5,496,312 A | 3/1996 | Klicek | |
| 5,500,012 A * | 3/1996 | Brucker et al. | 607/122 |
| 5,507,790 A | 4/1996 | Weiss | |
| 5,556,377 A * | 9/1996 | Rosen et al. | 604/22 |
| 5,569,242 A | 10/1996 | Lax et al. | 606/42 |
| 5,643,334 A | 7/1997 | Eckhouse et al. | 607/88 |
| 5,655,547 A | 8/1997 | Karni | 128/898 |
| 5,660,836 A | 8/1997 | Knowlton | 424/400 |
| 5,681,282 A | 10/1997 | Eggers et al. | |
| 5,683,366 A | 11/1997 | Eggers et al. | |
| 5,692,058 A | 11/1997 | Eggers et al. | |
| 5,693,045 A | 12/1997 | Eggers | |
| 5,697,281 A | 12/1997 | Eggers et al. | |
| 5,697,536 A | 12/1997 | Eggers et al. | |
| 5,697,882 A | 12/1997 | Eggers et al. | |
| 5,697,909 A | 12/1997 | Eggers et al. | |
| 5,755,753 A | 5/1998 | Knowlton | 607/98 |
| 5,769,879 A | 6/1998 | Richards et al. | 607/101 |
| 5,775,338 A | 7/1998 | Hastings | 128/898 |
| 5,776,092 A * | 7/1998 | Farin et al. | 604/22 |
| 5,776,175 A | 7/1998 | Eckhouse et al. | 607/100 |
| 5,814,040 A | 9/1998 | Nelson et al. | 606/9 |
| 5,833,612 A | 11/1998 | Eckhouse et al. | 600/476 |
| 5,836,999 A | 11/1998 | Eckhouse et al. | 607/88 |
| 5,964,749 A | 10/1999 | Eckhouse et al. | 606/9 |
| 5,970,983 A | 10/1999 | Karni et al. | 128/898 |
| 5,979,454 A | 11/1999 | Anvari et al. | 128/898 |
| 6,139,569 A | 10/2000 | Ingle et al. | 607/104 |
| 6,162,212 A | 12/2000 | Kreindel et al. | 606/9 |
| 6,171,301 B1 | 1/2001 | Nelson et al. | 606/9 |
| 6,248,103 B1 | 6/2001 | Tannenbaum et al. | 606/9 |
| 6,387,089 B1 | 5/2002 | Kreindel et al. | 606/9 |

## OTHER PUBLICATIONS

Danielson, C. "Age–Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol 15, pp. 269–278, (1981).

Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Mainster, M.A. "Opthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414–420, Apr. 1979.

Pearce, et al. "Kinetic models of laser–tissue fusion processes", ISA, paper #93–044, pp. 355–360, (1993).

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersePulse® Variable Pulse Width Frequency Doubled Neodymium:YAG Laser: A Case Report.

Chess, C.; Chess. Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." *J. Dermatol Surg Oncol.* 1993; 19:74–80.

Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30, 1998, San Jose, CA.

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times.* 1995. 16(10).

Fitzpatrick, R. "Treatment of Wrinkles with the UltraPulse $CO_2$ Laser."

Laser Aesthetics, Inc. "The Cool Touch Laser." Brochure.

Laser Aesthetics, Inc. "Cool Touch Model 130 Technical Specifications." Brochure.

National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.

* cited by examiner





FIG. 1



**FIG. 2A**

Case 1:07-cv-00224-GMS    Document 36-3    Filed 12/10/2007    Page 6 of 115



FIG. 2B

FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

FIG. 8

FIG. 9



FIG. 10B

FIG. 10A



FIG. 10C



Fully Expanded

FIG. 10E



Partially Expanded

FIG. 10D



FIG. 11



FIG. 12A



FIG. 12B



FIG. 13

FEEDBACK
CONTROL
POWER
SOURCE

FIG. 14



FIG. 15A



FIG. 15B



FIG. 15C



FIG. 16



FIG. 17



FIG. 18A



FIG. 18B



FIG. 19A

FIG. 19B



**FIG. 20A**



FIG. 20B



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25

US 6,749,624 B2

1

# FLUID DELIVERY APPARATUS

## CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 09/337,015, filed Jun. 30, 1999 U.S. Pat. No. 6,350,276 which is a continuation-in-part of U.S. patent application Ser. No. 08/583,815, filed Jan. 5, 1996 U.S. Pat. No. 6,241,753, a continuation-in-part of U.S. patent application Ser. No. 08/827,237, filed Mar. 28, 1997, a continuation-in-part of U.S. patent application Ser. No. 08/914,681, filed Aug. 19, 1997 U.S. Pat. No. 5,919,219, and a continuation-in-part of U.S. patent application Ser. No. 08/942,274 filed Sep. 30, 1997.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to an apparatus for modifying skin surfaces and underlying tissue and more particularly to an apparatus for modifying skin surfaces and underlying tissue via the delivery of energy and fluid.

### 2. Description of Related Art

The correction of a deformity or the esthetic enhancement of a soft tissue structure is determined by the balance of the skin envelope as the container and soft tissue volume as the contents of the container. An appropriate balance between these two components is essential in achieving a successful outcome. Most plastic surgery procedures are based upon the resection or addition of a soft tissue filler with a concomitant modification of the skin envelope. For example, a breast that has three dimensional symmetry with the opposite breast must take into account both the volume of the soft tissue and the surface area of the breast envelope that is required as a container of the tissue. Breast reconstruction after mastectomy typically involves the insertion of a soft tissue replacement for the removed breast tissue. Either an implant or a tissue flap from the patient is used as a soft tissue replacement. Expansion of the breast skin envelope is also required and is achieved with a medical device called a breast expander. While most reconstructive procedures usually involve the addition of a soft tissue filler with the expansion of the skin envelope, many esthetic procedures involve the reduction of the soft tissue contents with or without a reduction in the skin envelope. Reduction in the volume of the soft tissue contents without a concomitant reduction in the skin envelope may lead to a relative excess of the skin envelope. The relative excess will be visualized as loose skin or elastosis. An example of esthetic enhancement is a procedure called breast reduction. This is performed in women who require reduction in the size of their breasts to alleviate shoulder, neck and back symptoms. Breast tissue is resected to reduce volume but also requires a reduction in the breast skin envelope with extensive surgical incisions. Without reduction of the skin envelope of the breast, severe ptosis (droopiness) of the breast will occur.

Another example is liposuction which may aggravate elastosis because the soft tissue content is reduced without reduction in the surface area of the skin envelope. The degree of esthetic contour reduction is limited by the pre-existing looseness of the skin envelope. Typically, liposuction involves the removal of subcutaneous fat through a suction cannula inserted through the skin surface. Excess suctioning of fat will aggravate any preexisting elastosis. Any other modality that reduces subcutaneous fat through dieting or ablation of fat cells is likely to aggravate a preexisting elastosis if a concomitant reduction of the skin

2

envelope does not occur. This is especially true in the hip and thigh area where a condition called "cellulite" is due to a preexisting looseness of skin. Many patients have a more severe looseness in the hip and thigh area that would be aggravated by any fat removal. Skin tightening procedures that involve large surgical incisions result in severe scarring to the thigh and hip area that are a poor tradeoff to any esthetic contour reduction.

There is a need for a method and apparatus to achieve skin tightening without major surgical intervention. There is a further need for a method and apparatus to achieve skin tightening by the controlled remodeling of collagen in the skin and underlying fibrous partitions of the subcutaneous fat. Still a further need exists to tighten a skin envelop with minimal skin or underlying subcutaneous tissue cell necrosis. Yet another need exists to provide a method and apparatus for the controlled remodeling of collagen in tandem with subcutaneous fat ablation in which a net tightening of the skin envelope occurs with an esthetic contour reduction.

## SUMMARY OF THE INVENTION

Accordingly, an object of the invention is to provide a method and apparatus to tighten skin.

Another object of the invention is to provide a method and apparatus to tighten skin without major surgical intervention.

Yet another object of the invention is to provide a method and apparatus to tighten skin with controlled remodeling of collagen.

A further object of the invention is to provide a method and apparatus that delivers a mechanical force and electromagnetic energy to a tissue site to change a skin surface.

A further object of the invention is to provide a method and apparatus that delivers a mechanical force and electromagnetic energy to a tissue site to change the contour of a soft tissue structure.

These and other objects of the invention are achieved in a fluid delivery apparatus for introducing a flowable cooling media to a skin surface. The apparatus includes a template with a skin interface surface. An energy delivery device is coupled to the template. A flowable cooling media introduction member is coupled to the template. Resources controllably deliver energy from the energy delivery device to the skin surface. In a related embodiment, the resources are configured to controllably deliver the flowable cooling media to the introduction member. In another embodiment, a sensor is coupled to the resources and to the skin surface.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of the apparatus of the present invention.

FIG. 2a is a lateral perspective view of the apparatus of FIG. 1 illustrating the introducer, template and energy delivery device.

FIG. 2b is a lateral perspective view of the apparatus of FIG. 1 illustrating the use of a fluid delivery device.

FIG. 3 illustrates intramolecular cross-linking of collagen.

FIG. 4 illustrates intermolecular cross-linking of collagen.

FIGS. 5 and 6 are two graphs illustrating the probability of collagen cleavage as a function of molecular bond strength at 37E C.

FIG. 7 is a top view of a skin surface, illustrating the peaks and valleys of the surface and the force components applied to the surface resulting from the application of a mechanical force.

US 6,749,624 B2

3

FIG. **8** is a cross-sectional view of the skin surface illustrated in FIG. **7**.

FIG. **9** is a cut-away view of the skin surface, with troughs and ridges, and underlying subcutaneous soft tissue.

FIG. **10**(*a*) is a lateral perspective view of a telescoping segment of a breast expander useful with the apparatus of FIG. **1**.

FIG. **10**(*b*) is a front perspective view of the breast expander of FIG. **10**(*a*).

FIG. **10**(*c*) illustrates a bra which functions as the template of FIG. **1**.

FIG. **10**(*d*) is a lateral cross-sectional perspective view of a partially expanded breast expander within a breast.

FIG. **10**(*e*) is a lateral cross-sectional perspective view of a fully expanded breast expander within a breast.

FIG. **11** illustrates a template in the form of a garment.

FIG. **12**(*a*) illustrates a template that is positioned over a nose.

FIG. **12**(*b*) illustrates a template that is positioned over an ear.

FIG. **13** is a perspective view of a template that is useful in the cervix.

FIG. **14** is a cross-sectional view of the template of FIG. **13**.

FIG. **15**(*a*) is a front view of an orthodontic appliance that includes RF electrodes.

FIG. **15**(*b*) is perspective view of an orthodontic appliance template of the device of FIG. **1**.

FIG. **15**(*c*) is cross-sectional view of the template of FIG. **15**(*b*)

FIG. **16** is a perspective view illustrating a template made of a semisolid material that becomes more conforming to underlying soft tissue upon the application of a mechanical force.

FIG. **17** illustrates a template with an adherent or suction mechanical force delivery surface that permits manual manipulation of skin and soft tissue structures.

FIG. **18***a* is a schematic diagram illustrating a monopolar RF energy system including the use of a ground pad electrode.

FIG. **18***b* is a schematic diagram illustrating a bipolar RF energy system and bipolar RF energy electrode.

FIGS. **19***a* and **19***b* are later views illustrating geometric embodiments of an RF electrode configured to reduce edge effects

FIG. **20***a* is a lateral view illustrating the use of conforming layers with an RF electrode configured to reduce edge effects.

FIG. **20***b* is a lateral view illustrating the use of semiconductive material template with an RF electrode configured to reduce edge effects.

FIG. **21** is a lateral view illustrating the use of template with a conformable surface.

FIG. **22** is a schematic diagram illustrating the use of a monitoring system to monitor stray current from the active or the passive electrode.

FIG. **23** depicts a block diagram of the feed back control system that can be used with the pelvic treatment apparatus.

FIG. **24** depicts a block diagram of an analog amplifier, analog multiplexer and microprocessor used with the feedback control system of FIG. **23**.

FIG. **25** depicts a block diagram of the operations performed in the feedback control system depicted in FIG. **23**.

4

## DETAILED DESCRIPTION

FIG. 1 depicts an apparatus **8** to modify a tissue structure **9** or tissue **9** (including an underlying tissue layer **9**″ and/or a surface or skin layer **9**'). Tissue **9** can include skin tissue or any collagen containing tissue and underlying tissue **9**″ can include dermal and subdermal layers including collagen containing underlying tissue. In various embodiments, apparatus **8** can have one or more of the following features: i) feedback control of energy delivery and applied force and other parameters discussed herein ii) cooled energy delivery devices, iii) delivery of cooling fluid to tissue site and/or energy devices iv) contact sensing of electrodes, v) control of energy delivery and applied force via the use of a database of combinations of energy, force, pressure, etc including direction, rates and total amounts delivered over time, the data base can alone or in combination with feedback control.

Referring now to FIGS. 1, 2*a* and 2*b*, apparatus **8** includes an introducer **10** with proximal and distal ends **10**' and **10**″. Introducer **10** is coupled at its distal end **10**″ to a template **12** which in turn includes a soft tissue mechanical force application surface **14** and a receiving opening **16** to receive a body structure. Mechanical force application surface **14** is configured to receive the body structure and apply force to soft tissue in the body structure, resulting in the application of a force **17** to that structure including its surface and underlying tissue.

Introducer **10** may have one or more lumens **13**' that extend the full length of the introducer or only a portion thereof. These lumens may be used as paths for the delivery of fluids and gases, as well as providing channels for cables, catheters, guide wires, pull wires, insulated wires, optical fibers, and viewing devices/scopes. In one embodiment, the introducer can be a multi-lumen catheter, as is well known to those skilled in the art. In another embodiment, introducer **10** can include or otherwise be coupled to a viewing device such as endoscope, viewing scopes and the like.

In various embodiments, apparatus **8** can include a handpiece **11** coupled to introducer **10**. Handpiece **11** can include a deflection mechanism **11**' such as a pull wire or other mechanism known in the art. Deflection mechanism **11**' can be used to deflect the distal end **10**″ of introducer **10** including template **12** by an angle **10**″' relative to a lateral axis **10**″″ of introducer **10**. In various embodiments angle **10**″' can be an acute angle (e.g <90E) with specific embodiments of 60, 45 or 30E.

An energy delivery device **18** is coupled to template **12**. Energy delivery device **18** is configured to deliver energy to template **12** to form a template energy delivery surface **20** at an interior of template **12**. Energy delivery surface **20** contacts the skin or other tissue at a tissue interface **21**. In various embodiments, one or more energy delivery devices **18** may deliver energy to template **12** and energy delivery surface **20**. An energy source **22** (described herein) is coupled to energy delivery device **18** and/or energy delivery surface **20**. Energy delivery device **18** and energy source **22** may be a single integral unit or each can be separate.

Referring now to FIG. 2*b*, a fluid delivery device **13** can be coupled to introducer **10** and/or template **12** including energy delivery device **18**. Fluid delivery device **13** (also called cooling device **13**) serves to deliver fluid to tissue interface **21** and surrounding tissue to prevent or otherwise reduce thermal damage of the skin surface with the topical application of energy. In various embodiments, fluid delivery device **13** can include one or more lumens **13**' which can be the same or otherwise continuous (e.g. fluidically coupled) with lumen **13**' in introducer **10** and template **12**.

US 6,749,624 B2

5

Lumens 13' can be fluidically coupled to a pressure source 13" and fluid reservoir 13'". Fluid delivery device 13 can also be coupled to a control system described herein. In various embodiments, pressure source 13" can be a pump (such as a peristaltic pump) or a tank or other source of pressurized inert gas (e.g. nitrogen, helium and the like).

Fluid delivery device 13 is configured to deliver a heat transfer media 15 (also called a cooling media 15, flowable media 15 or fluid 15) to tissue interface 21, that serves to dissipate sufficient heat from the skin and underlying tissue at or near tissue interface 21 during the delivery of energy at or near this site so as to prevent or reduce thermal damage including burning and blistering. Similarly, fluid delivery device 13 may also deliver fluid 15 and dissipate heat from energy delivery device 18 and/or template 12 to achieve a similar result. In various embodiments, introducer 10, including lumens 13' can serve as a cooling media introduction member 10 for heat transfer media 15.

Fluid 15 serves as a heat transfer medium and its composition and physical properties can be configured to optimize its ability to dissipate heat. Desirable physical properties of fluid 15 include, but are not limited to, a high heat capacity (e.g. specific heat) and a high thermal conductivity (e.g. conduction coefficient) both of which can be comparable to liquid water in various embodiments or enhanced by the addition of chemical additives known in the art. In other embodiments, fluid 15 may also serve to conduct RF energy and therefore have good electrical conductivity. Fluid 15 can be selected from a variety of fluids including, but not limited to water, saline solution (or other salt aqueous salt solutions), alcohol (ethyl or methyl), ethylene glycol or a combination thereof. Also, fluid 15 can be in a liquid or gaseous state, or may exist in two or more phases and may undergo a phase change as part of its cooling function, such as melting or evaporation (whereby heat is absorbed by the fluid as a latent heat of fusion or evaporation). In a specific embodiment, fluid 15 can be a liquid at or near its saturation temperature. In another embodiment, fluid 15 can be a gas which undergoes a rapid expansion resulting in a joule Thompson cooling of one or more of the following: fluid 15, tissue interface 21, energy delivery device 18 and energy delivery device surface 20. In various embodiments, fluid 15 can be cooled to over a range of temperatures including but not limited to 32 to 98° F. In other embodiments fluid 15 can be configured to be cooled to cryogenic temperatures in a range including but not limited to 32 to –100° F. Fluid or heat transfer media 15 can be cooled by a variety of mechanisms, including but not limited to, conductive cooling, convective cooling (force and unforced), radiative cooling, evaporative cooling, melt cooling and ebullient cooling. Ebullient cooling involves the use of a liquid heat transfer liquid at or near saturation temperature. In various embodiments fluid 15 can also be an electrolytic fluid used to conduct or delivery RF energy to or in tissue and/or reduce impedance of tissue.

In other embodiments, thermal damage to skin 9' and underlying tissue 9" can be reduced or prevented through the use of a reverse thermal gradient device 25. Reverse thermal gradient device 25 can be positioned at or thermally coupled to template 12, mechanical force application surface 14 or energy delivery device 18. Suitable reverse thermal gradient devices 25 include but are not limited to peltier effect devices known in the art.

The delivery of cooling fluid 15 by fluid delivery device 13, energy (e.g. heat) by energy delivery device 18 and force (e.g. pressure) by force applications surface 14 can be regulated separately or in combination by a feedback control system described herein. Inputs parameters to the feedback

6

control system 54 can include, but are not limited to temperature, impedance and pressure of the tissue interface 21 energy delivery device 18 (including surface 18') and underlying structure, separately or in combination. The sequence of cooling and heating delivered to tissue interface 21 is controllable to prevent or reduce burning and other thermal damage to tissue.

Different cooling and heating control algorithms can be employed in different combinations of continuous and discontinuous modes of application. Specific control algorithms that can be employed in a control system described herein include proportional (P), proportional-integral (PI) and proportional-integral-derivative algorithms (PID) the like, all well known in the art. These algorithms can use one or more input variables described herein and have their proportional, integral and derivative gains tuned to the specific combination of input variables. The control algorithms can be run either in an analog or digital mode using hardware described herein. Temporal modes of delivery of cooling and energy to tissue interface 21 include, but are not limited to fixed rate continuous, variable rate continuous, fixed rate pulsed, variable rate pulsed and variable amount pulsing. Example delivery modes include the continuous application of the cooling means in which the flow rate is varied and application of the power source is pulsed or continuous i.e., the application of power can be applied in a pulsed fashion with continuous cooling in which the flow rate of cooling solution and the rate of RF energy pulsing (at a set power level) is varied as a function of surface monitoring of tissue interface 21. Pulsing of the cooling medium 15 flow rate may be either a constant or variable rate. A pulsed or intermittent application of cooling in which the frequency of pulsing is determined by surface monitors can also be combined with the application of a continuous or pulsed energy source. For instance, cooling is applied as an intermittent spraying of a cryogen solution with a continuous application of RF energy. Even the amount of a single pulse of the cooling medium can be varied (variable amount pulsing). Any fluid, such as a cryogen (e.g. liquid nitrogen) that quickly evaporates with heat, can be applied in this fashion. Another example of variable pulsing is the application of a constant rate of RF pulsing at a variable power level that is feedback controlled. Cooling can also be varied by pulsing the flow rate of continuous cooling. More complicated algorithms involve the use of variable sequences of both cooling and heating. Less complicated algorithms involve a variable component with a fixed component of heating or cooling. The least complicated algorithm involves the use of a data base that may not be feedback controlled, in which certain fixed or non variable combinations of heating and cooling are allowed to initiate a treatment cycle.

Template 12 can deliver both electromagnetic energy and mechanical force to the selected tissue or anatomical structure 9. Suitable anatomical structures 9 include, but are not limited to, hips, buttocks, thighs, calves, knees, angles, feet, perineum, the abdomen, chest, back flanks, waistline, legs, arms, legs, arms, wrists, upper arms, axilla, elbows, eyelids, face, neck, ears, nose, lips, cheeks, forehead, hands, breasts and the like. In various embodiments, tissue structure 9 includes any collagen containing tissue structure.

Mechanical force application surface 14 can apply pressure, suction, adhesive forces and the like in order to create an extension or compression of the soft tissue structure and/or the skin surface. One or more energy delivery devices 18 can form an energy delivery surface 20 in template 12. In various embodiments, energy delivery surface 20 can be the same size as force application surface 14 or it can be a smaller area.

US 6,749,624 B2

7

A variety of mechanical forces can be applied to tissue using apparatus **8** and force application surface **14**, including but not limited to, the following: (i) pressure, (ii) expansion, (iii) stretching, (iv) extension, (v) prolongation, or (vi) lengthening. The pressure force can be a positive pressure or a negative pressure. Positive pressure provides a compression of collagen containing tissue, with converging and diverging force vectors, while negative pressure creates an extension of collagen containing tissue with converging and diverging vectors. In various embodiments, the force **17** applied by force application surface **14** to tissue interface **21** is monitored and used as an input parameter (by sensors **23** described herein) as well as feedback controlled (by means described herein) so as to perform or facilitate one or more of the following functions: (i) minimize and/or prevent burning and other thermal tissue damage; (ii) serve as a therapeutic modality to increase or decrease the delivery of thermal energy and mechanical force to the intended treatment site. In a preferred embodiment, the applied force **17** measured and monitored as described, is a pressure (e.g. force per unit tissue surface area) or otherwise expressed as such. In bipolar electrode applications describe herein, the force **17** applied by force application surface **14** should be limited to that amount necessary to achieve contact with skin.

Suitable sensors **23** that can that can be used to measure applied force or pressure to tissue include, but are not limited to strain gauges which can be made out of silicon and micro machined using techniques well known in the art. Suitable pressure sensors include the NPH series TO-8 Packaged Silicon Pressure Sensor manufactured by Lucas NovaSensor7.

In various embodiments, energy delivery device **18** can be configured to operate within the following parameters: (i) provides a controlled delivery of electromagnetic energy to the skin surface that does not exceed, 1,000 joules/cm2, or 10 joules/sec/cm2; (ii) provides a controlled delivery of electromagnetic energy to the skin surface not exceeding 600 joules/cm2 during a single treatment session (during a twenty-four hour period); provides a controlled delivery of electromagnetic energy to the skin surface not exceeding 200 joules/cm2 during a single treatment session, or not exceeding 10 joules/sec/cm2; (iii) operates in an impedance range at the skin surface, of 70 ohms cm2 (measured at a frequency of 88 Hz) to 40 Kohms cm2 (measured at a frequency of 10 KHz); (iv) provides a controlled delivery of electromagnetic energy to operate in a range of skin thermal conductivities (at or near the skin surface) of 0.20 to 1.2 k (where k=1*[W/(m° C.)]); operates in a range of compression forces applied to the skin surface and/or the underlying soft tissue anatomical structure not exceeding 400 mmHg, not exceeding 300 mm, not exceeding 200 mmHg or not exceeding 100 mmHg.

Suitable energy sources **22** that may be employed in one or more embodiments of the invention include, but are not limited to, the following: (i) a radio-frequency (RF) source coupled to an RF electrode, (ii) a coherent source of light coupled to an optical fiber, (iii) an incoherent light source coupled to an optical fiber, (iv) a heated fluid coupled to a catheter with a closed channel configured to receive the heated fluid, (v) a heated fluid coupled to a catheter with an open channel configured to receive the heated fluid, (vi) a cooled fluid coupled to a catheter with a closed channel configured to receive the cooled fluid, (vii) a cooled fluid coupled to a catheter with an open channel configured to receive the cooled fluid, (viii) a cryogenic fluid, (ix) a resistive heating source, (x) a microwave source providing

8

energy from 915 MHz to 2.45 GHz and coupled to a microwave antenna, (xi) an ultrasound power source coupled to an ultrasound emitter, wherein the ultrasound power source produces energy in the range of 300 KHZ to 3 GHz, (xii) a microwave source or (xiii) a fluid jet.

For ease of discussion for the remainder of this application, the power source utilized is an RF source and energy delivery device **18** is one or more RF electrodes **18** also described as electrodes **18** having a surface **18'**. However, all of the other herein mentioned power sources and energy delivery devices are equally applicable to apparatus **10**.

Template **12** can apply both a mechanical force and deliver energy to do one or more of the following: (i) tighten the skin, (ii) smooth the surface of the skin, (iii) improve a compliance of the skin surface, (iv) improve a flexibility of the skin surface; and (v) provides cellular remodeling of collagen in soft tissue anatomical structures. Mechanical force application surface **14**, (i) is at least partially conforming to the skin surface, (ii) may apply a substantially even pressure to the soft tissue anatomical structures and (iii) can apply a variable pressure to the skin surface and underlying soft tissue structures. The combined delivery of electromagnetic energy and a mechanical force is used to create a three-dimensional contouring of the soft tissue structure. The amount of mechanical force applied by mechanical force application surface **14** can be selectable to meet one or more of the following criteria: (i) sufficient to achieve a smoothing effect of the skin surface, (ii) can be less than the tensile strength of collagen in tissue and (iii) sufficient to create force vectors that cleave collagen cross-links to remodel collagen containing structures.

A sensor **23** is positioned at or adjacent energy delivery surface **20** and/or electrode **18** to monitor temperature, impedance (electrical), cooling media fluid flow and the like of tissue **9** of one or more of the following: tissue interface **21**, tissue **11**, or electrode **18**. Suitable sensors **23** include impedance, thermal and flow measurement devices. Sensor **23** is used to control the delivery of energy and reduce the risk of cell necrosis at the surface of the skin as well and/or damage to underlying soft tissue structures. Sensor **23** is of conventional design, including but not limited to thermistors, thermocouples, resistive wires, and the like. A suitable thermal sensor **23** includes a T type thermocouple with copper constantene, J type, E type, K type, fiber optics, resistive wires, thermocouple IR detectors, and the like. Suitable flow sensors include ultrasonic, electromagnetic and aneometric (including thin and hot film varieties) as is well known in the art. In various embodiments, two or more temperature and impedance sensors **23** are placed on opposite sides or otherwise opposing geometric positions of electrode **18** or energy delivery surface **20**.

Apparatus **8** can be configured to deliver sufficient energy and/or force to meet the specific energy requirements for disrupting and/or cleaving each type of molecular bond within the collagen matrix. Collagen crosslinks may be either intramolecular (hydrogen bond) or intermolecular (covalent and ionic bonds). Hydrogen bonds are disrupted by heat. Covalent bonds may be cleaved with the stress created from the hydrogen bond disruption and the application of an external mechanical force. Cleavage of ionic bonds may be achieved with an alternating electromagnetic force (as would be induced by an electromagnetic field such as an RF field) in addition to the application of an external mechanical force that is applied by template **12**. The strength of a hydrogen bond is relatively weak and can be thermally disrupted without ablation of tissue. The in vitro thermal

US 6,749,624 B2

9                                                                      10

cleavage of the hydrogen bond crosslinks of tropocollagen can result in the molecular contraction of the triple helix up to one third of its original length. However, in vivo collagen exists in fibrils that have extensive intermolecular crosslinks that are covalent or ionic in nature. These covalent and ionic crosslinks are stronger and cannot be easily disrupted with heat alone. These intermolecular bonds are the main structural determinants of the collagen matrix strength and morphology. In vivo thermal disruption of intramolecular hydrogen bonds will not by itself result in a significant change in matrix morphology. As the intermolecular crosslinks are heat stable, cleavage may occur by a secondary process which can be the result of thermal disruption of intramolecular hydrogen bonds. In the non-polar region of the collagen fibril, intermolecular covalent bonds predominate (intramolecular covalent bonds are also present but are fewer in number).

These intermolecular covalent crosslinks increase with age, (refer to FIGS. 3 and 4). As a result, the solubility of the collagen matrix in a soft tissue structure is reduced with this maturation process. Although tensile strength is increased, the collagen containing tissue becomes less compliant. Cleavage of an intermolecular covalent crosslink requires approximately one ev (electron volt) of energy and can not be accomplished by heat without thermal ablation of tissue. In addition, covalent bonds are not strongly polar and will not be significantly affected by an RF current at this reduced power level. Cleavage of intermolecular covalent bonds that result in matrix remodeling without ablation is achieved by the stress created from the thermal disruption of intramolecular hydrogen bonds. Additional remodeling stress can be provided with the application of an external force that has the appropriate orientation to the fibrils of the matrix. Suitable orientations include approximately parallel to the lateral axis of the collagen fibrils. Ionic bonds are essentially intermolecular and are present in the polar regions of the fibril. Although slightly weaker than covalent bonds, thermal disruption of ionic bonds cannot occur without ablation of tissue. An RF field is an effective means to cleave these bonds and is created by the an in phase alternating ionic motion of the extracellular fluid. Frequency modulation of the RF current may allow coupling to the ionic bonds in the polar regions of the fibril. Remodeling of a target site may be optimized by the selection of a band of the spectrum that is target site specific in order to reduce collateral damage. If an optimized intrinsic absorption is insufficient then a selective medium may be provided to alter the absorption in order to discriminate various soft tissue structures. This may be achieved by altering the absorption. By altering the extracellular fluid content of a soft tissue in specific ways, the delivery of energy to a target tissue site is achieved with minimal damage to collateral structures such as skin and adjacent soft tissue structures.

The reforming of bonds at the same bond sites will diminish the remodeling process. Relaxation phenomena may be inhibited with the application of an external mechanical force that separates bond sites but allows the reforming of these covalent and ionic bonds in a lengthened or contracted morphology. This can be the underlying biophysical process that occurs with the controlled remodeling of the collagen matrix. Ground substance may also function to diminish relaxation of crosslinks through competitive inhibition. Chondroitin sulfate is a highly charged molecule that is attached to a protein in a "bottle brush" configuration. This configuration promotes attachment at polar regions of the fibril and reduces the relaxation of ionic bonds in this region. As a consequence, immature soluble collagen, which has

fewer intermolecular crosslinks and contains a higher concentration of ground substance, may be more easily remodeled. The induction of scar collagen through the wound healing sequence may also facilitate the remodeling process within a treatment area.

Collagen cleavage in tissue is a probability event dependant on temperature. There is a greater probability that a collagen bond will be cleaved with higher temperatures. Cleavage of collagen bonds will occur at lower temperatures but at a lower frequency. Low level thermal cleavage is frequently associated with relaxation phenomena in which there is not a net change in molecular length. An external force that mechanically cleaves the fibril may reduce the probability of relaxation phenomena. The application of an external force will also provide a means to lengthen or contract the collagen matrix at lower temperatures while reducing the potential of surface ablation. The cleavage of crosslinks with collagen remodeling may be occurring at a basal metabolic temperature that is expressed morphologically as the process of aging. Although the probability for significant cleavage in a short period of time is small, aging may be expressed as a low level steady state of collagen remodeling with the external force of gravity that becomes very significant over a period of decades. Hydrogen bonds that are relatively weak (e.g. bond strength of 0.2 to 0.4 ev) are formed within the tertiary structure of the tropocollagen molecule.

Thermal disruption of these bonds can be achieved without ablation of tissue or cell necrosis. The probability of hydrogen bond disruption at a certain temperature can be predicted by statistical thermodynamics. If a Boltzmann distribution is used to calculate the probability of bond disruption then a graph illustrating the relationship between bond strength and the probability of bond disruption at a certain temperature can be produced. Graphs of the probability of cleavage (at 37E C.) versus bond strengths are shown in FIGS. 5 and 6.

Different morphological expressions of aging may be due to the effect of gravity upon the matrix of a particular area. In areas of the skin envelope in which gravity lengthens the matrix, elastosis of skin will occur. In contrast to skin aging certain anatomical structures, such as joint ligaments, will appear to tighten with the aging process. The reduced range of motion may be due in part to the vertical vector of gravity contracting the matrix of a vertically aligned ligament. However, most of the "tightening" or reduced range of motion of joints may not be secondary to a contracted matrix but is due to reduced flexibility of the matrix caused by increased intramolecular cross-linking that occurs with aging. Essentially, the controlled remodeling of collagen is the reversal of the aging process and involves the reduction in the number of intermolecular crosslinks. As a result the remodeled matrix becomes less brittle. Greater flexibility of the soft tissue has several functional advantages including an increased range of motion of component joints.

When the rate of thermal cleavage of intramolecular crosslinks exceeds the rate of relaxation (reforming of hydrogen bonds) then the contraction of the tertiary structure of the molecule can be achieved. No external force is required for this process to occur. Essentially, the contraction of the tertiary structure of the molecule creates the initial intermolecular vector of contraction. The application of an external mechanical force during thermal cleavage will also affect the length of the collagen fibril and is determined by the overall sum of intrinsic and extrinsic vectors that is applied during a cleavage event. Collagen fibrils in a matrix exhibit a variety of spatial orientations. The matrix is

US 6,749,624 B2

11

lengthened if the sum of all vectors act to distract the fibril. Contraction of the matrix is facilitated if the sum of all extrinsic vectors acts to shorten the fibril. Thermal disruption of intramolecular bonds and mechanical cleavage of intermolecular crosslinks is also affected by relaxation events that restore preexisting configurations. However, a permanent change of molecular length will occur if crosslinks are reformed after lengthening or contraction of the collagen fibril. The continuous application of an external mechanical force will increase the probability of crosslinks forming, alter lengthening or contraction of the fibril.

The amount of (intramolecular) hydrogen bond cleavage required will be determined by the combined ionic and covalent intermolecular bond strengths within the collagen fibril. Until this threshold is reached little or no change in the quaternary structure of the collagen fibril will occur. When the intermolecular stress is adequate, cleavage of the ionic and covalent bonds will occur. Typically, the intermolecular cleavage of ionic and covalent bonds will occur with a ratcheting effect from the realignment of polar and non-polar regions in the lengthened or contracted fibril. The birefringence (as seen with the electron microscope) of the collagen fibril may be altered but not lost with this remodeling process. The quarter staggered configuration of the tropo-collagen molecules in the native fiber exhibits a 680 D banding which either lengthens or contracts depending on the clinical application. The application of the mechanical force with template 12 during the remodeling process determines if a lengthen or contracted morphology of the collagen fibril is created. An external force of contraction will result in the contraction of the tertiary and quaternary structure of the matrix. With the application of an external distraction force, intramolecular contraction may still occur from the intrinsic vector that is inherent within its tertiary structure. However, overall lengthening of the quaternary structure of the fibril will occur due to the mechanical cleavage of the intermolecular bonds. Contraction of the tertiary structure with overall lengthening of the collagen fibril can alter the birefringence of the matrix. The altered periodicity will be exhibited in the remodeled matrix that will correlate to the amount of lengthening achieved.

Delivery of both electromagnetic energy and mechanical energy to the selected body structure involves both molecular and cellular remodeling of collagen containing tissues. The use of low level thermal treatments over several days provides an additional way to contract skin with minimal blistering and cell necrosis. Cellular contraction involves the initiation of an inflammatory/wound healing sequence that is perpetuated over several weeks with sequential and lengthy low level thermal treatments. Contraction of skin is achieved through fibroblastic multiplication and contraction with the deposition of a static supporting matrix of nascent scar collagen. This cellular contraction process is a biological threshold event initiated by the degranulation of the mast cell that releases histamine. This histamine release initiates the inflammatory wound healing sequence.

Molecular contraction of collagen is a more immediate biophysical process that occurs most efficiently with electromagnetic energy delivery devices, including but not limited to RF electrodes. The clinical setting is physician controlled and requires more precise temperature, impedance, cooling media flow and energy delivery monitoring to avoid blistering of the skin. Measured impedance will vary with the frequency of the electromagnetic energy applied to the skin surface and/or underlying soft tissue structure.

Patients may be treated with one or more modalities described herein to achieve the optimal esthetic result.

12

Refinements to the treatment area may be required using apparatus 8 in the physician's office. However, tightening of a skin surface may accentuate any preexisting contour irregularities. For this reason, conforming esthetic template 12 is used to smooth surface contour irregularities. Essentially, the application of a mechanical force upon the collagen matrix involves both contraction or distraction of the selected soft tissue structure to achieve a smoother contour. Thermal (or electromagnetic) cleavage of collagen crosslinks when combined with a mechanical force creates force vectors that contract, distract or shear the longitudinal axis of the fibril. A vector space is created with the combination of a scalar component (heat) and a force vector (an externally applied mechanical force). The force vectors within this vector space vary depending upon the specific morphology of the tissue. For example, the peaks and valleys of cellulite have different force vectors when uniform external compression is applied. As illustrated in FIGS. 7 and 8, template 12 produces converging and diverging force vectors that act to smooth surface morphology by contracting (valleys) and distracting (peaks) the collagen matrix in a soft tissue structure. Diverging vectors on the peaks lengthen the collagen matrix while converging vectors in the valleys contract and compact the collagen matrix. The overall result is the smoothing of an irregular skin surface.

Apparatus 8 may also be used to treat wrinkling of the skin. The treatment of skin wrinkles is shown in FIG. 9. In a skin wrinkle the vectors are directed perpendicular to the troughs and ridges of this contour deformity. Diverging vectors at the ridges of the skin converge in the trough of the wrinkle to smooth the surface morphology. The collagen matrix is distracted or extended at the ridges and contracted in the valleys. The overall result is the smoothing of the wrinkled skin surface.

Linear scars exhibit a similar morphology and can be remodeled with apparatus 8. Any surface irregularity with depressions and elevations will have vectors directed to the lowest point of the deformity. Prominent "pores" or acne scaring of the skin have a similar pattern to cellulite but on a smaller scale and can also be treated with apparatus 8. Clinically, the application of the mechanical force reduces the power required to remodel the matrix and diminishes cell necrosis of the skin surface as well as underlying soft tissue structures. Compression alters the extracellular fluid of the soft tissue structure (collagen) and exerts electrical impedance and thermal conductivity effects that allow delineation of a conduit-treatment interface of the collagen containing tissues. A deeper dermal interface will contract skin and exert three dimensional contour effects while a more superficial interface will smooth surface morphology.

In circumstances in which expansion of the skin envelope is needed, the combined application of heat and pressure is also required. For breast reconstruction, expansion of the skin envelope is typically achieved with each inflation of a subpectoral breast expander. FIGS. 10(a) and 10(b) illustrate an expander with an RF receiver electrode. A telescoping segment with an RF energy source is incorporated with access valve and is used to expand a nipple areolar donor site for Pectoralis "Peg" Procedure. The segmental expander can also be used to prepare the recipient site for delayed autologous "Peg" Flap. The pressure that is exerted on the skin and the periprosthetic scar capsule is from the inside. In this application, vectors are directed outward. As an adjunct to this expansion process, a controlled thermal pad may be incorporated into a bra, as illustrated in FIG. 10(c), which can be applied to the inferior pole of the breast skin to promote lengthening of collagen fibril within the skin and

13

underlying scar capsule around the expander. The bra may also function as an external conforming template 12 to achieve a specific breast shape. The net result is the creation of a more esthetic breast reconstruction with three dimensional characteristics of the opposite breast. In a like manner, other garments can be utilized as external conforming templates for other anatomical body structures. In FIG. 10(d) a breast expander is partially expanded within the breast. In FIG. 10(e), the expander is fully expanded within the breast.

Template 12 applies a mechanical force in combination with the delivery of energy to the skin surface and underlying soft tissue structure, to remodel collagen both esthetically and functionally with minimal thermal damage including cell necrosis. Additionally, template 12 can be configured (as described herein) to deliver both mechanical force and energy while minimizing or reducing edge effects. These effects comprise both electrical and pressure edge effects describe herein.

In various embodiments, template 12 can be configured to treat a variety of human anatomical structures (both internal and external) and accordingly, can have a variety of different forms, including but not limited to, a garment that is illustrated in FIG. 11. An energy source 22 can be directly incorporated into the fabric of a tight fitting garment or inserted as a heating or RF electrode pad into a pocket of the garment. Another example of a garment is a tight fitting bra that extends over the arm and waistline with zone control that provides contraction of the skin of the breast, arms, and waistline to a variable amount to create a desired three-dimensional figure. Functional remodeling of collagen containing structures include a variety of different applications for aesthetic remodeling.

As shown in FIGS. 12(a) and 12(b), in various embodiments template 12 can be a garment positioned over the nose, around the ear, or other facial structure.

Template 12 can also be applied for functional purposes. Referring now to FIGS. 13 and 14, pre-term cervical dilation can be treated with a template 12 that is the impression "competent" cervix. The cervical template 12 create vectors that contract the circumference of the cervix. The incorporated energy delivery device 18 contracts the native matrix and induces scar collagen. The dilated cervical OS is tightened and the entire cervix is strengthened. Energy delivery device 18 can be incorporated into template 12 which can be the cervical conformer and inserted as a vaginal obturator. It will be appreciated that template 12 can be utilized for other functional treatments.

In another embodiment, template 12 is a functional appliance that may be nonconforming and can be separate or incorporated with the energy delivery device 18. Orthodontic braces that are designed in conjunction with energy delivery device 18 are used to remodel dental collagen and apply rotation and inclination vectors on the neck of the tooth which is devoid of enamel. In FIG. 15(a) orthodontic braces are coupled to RF electrodes and associated power source. The orthodontic braces function as a nonconforming force application surface that is coupled to incorporated RF electrodes. FIGS. 15(b) and 15(c) illustrates a orthodontic appliance that is a conforming template 12 coupled to RF electrodes. As a consequence, orthodontic correction is more rapidly achieved than current modalities that employ only mechanical forces. Orthodontic correction can also be achieved with a conforming template 12 that is the corrected impression of the patient's dentition.

For orthopedic applications, an external fixation device is used as a nonconforming functional appliance. This appli-

14

ance is used in tandem with an energy source device, including but not limited to RF electrodes, that remodels the collagen of the callus tissue. More accurate alignment of osteotomy and fracture sites are possible with either a conforming or nonconforming brace that is used in tandem or is directly incorporated into energy delivery device 18. Improved range of motion of contracted joints and correction of postural (spinal) deformities can be achieved with this combined approach.

The ability to remodel soft tissue in anatomical structures other than skin is dependent upon the presence of preexisting native collagen. In tissue devoid or deficient of native collagen, energy and/or force can and can be delivered to cause an induction or formation of scar collagen. Template 12 can be used to remodel the subcutaneous fat of hips and thighs in addition to the tightening of the skin envelope. The convolutions of the ear cartilage can be altered to correct a congenital prominence. The nasal tip can be conformed to a more esthetically pleasing contour without surgery.

Template 12 can be used with any modality that remodels collagen including but not limited to the applications of heat, electromagnetic energy, force and chemical treatment, singularly or in combination. In addition to RF (e.g. molecular) remodeling of collagen, cellular modalities that invoke the wound healing sequence can be combined with a conforming esthetic template. Thermal and chemical treatments (e.g. glycolic acid) induce a low-level inflammatory reaction of the skin. Scar collagen induction and fibroblastic (cellular) contraction are directed into converging and diverging vectors by a conformer that produces a smoother and tighter skin envelope. In addition to achieving a smoother and tighter integument, the texture of the skin is also improved with this remodeling process. Older or less compliant skin has a greater number of intermolecular crosslinks in the dermal collagen than younger skin. Scar collagen induction with cleavage of crosslinks will produce a softer and more compliant skin envelope.

Cutaneous applications for apparatus 8 include the following: (i) Non invasive skin rejuvenation with the replacement of elastic sun damaged collagen in the dermis with nascent scar collagen, (ii) on invasive hair removal, without epidermal burning, (iii) Hair growth with intracellular induction of the hair follicle, (iv) Non invasive reduction of sweating and body odor, (v) Non invasive reduction of sebaceous gland production of oil as a treatment of an excessively oily complexion, and (vi) Non invasive treatment of dilated dermal capillaries (spider veins). Noncutaneous applications for apparatus 8 include the following: (i) Non invasive treatment of preterm delivery due to an incompetent cervix, (ii) Non invasive treatment of pelvic prolapse and stress incontinence, (iii) Non invasive treatment of anal incontinence, (iv) Non invasive creation of a continent ileostomy or colostomy, and (v) Non invasive (or minimally invasive through an endoscope) correction of a hernia or diastasis.

Referring now to FIGS. 16 and 17, template 12 can be stationary or mobile. A hand held conforming template 12 that is mobile provides the practitioner with greater flexibility to remodel the collagen matrix and surrounding tissue. Pressure (e.g. force) and impedance changes can serve as a guide for the manual application of template 12. A hand held template 12 with an incorporated energy source 22 and energy delivery devices 18 may be applied over a conductive garment that provides three dimensional conformance to the treatment area. Less accessible areas can be remodeled with this particular device. In one embodiment shown in FIG. 16, template 12 is made of a semisolid

US 6,749,624 B2

15

material that conforms a lax skin envelope to an underlying soft tissue structure. The semi-solid material allows for the customized shaping of force application surface **14** and reduces the need for precise fabrication of an esthetic template. Suitable semi-solid materials include compliant plastics that are thermally and electrically conductive. Such plastics include but are not limited to silicone, polyurethane and polytetrafluorothylene coated or otherwise embedded with an electrically or thermally conductive metal such as copper, silver, silver chloride, gold, platinum or other conductive metal known in the art.

Controlled remodeling of collagen containing tissue requires an electromagnetic device that lengthens or contracts the matrix with a minimum of cell necrosis. Energy delivery devices suited to this purpose include one or more RF electrodes. Accordingly, energy delivery device **18** can include a plurality of RF electrodes with or without insulation. The non-insulated sections of the RF electrodes collectively form template energy delivery surface **20**. In a similar manner in various other embodiments, microwave antennas, optical waveguides, ultrasound transducers and energy delivery or energy remove fluids can be used form template energy delivery surface **20**. Individual electrodes **18** and the like can be multiplexed and to provide selectable delivery of energy.

Referring now to FIGS. **18***a* and **18***b*, when energy delivery device **18** is an RF electrode, energy source **22** is a RF generator well known in the art, together they comprise an RF energy delivery system **26**. RF energy system **26** can be operated in either a bipolar or a monopolar configuration as is well known in the art of electrosurgery. A monopolar RF energy system **26'** tends to behave as a series circuit if tissue surface impedance is uniform. In various monopolar embodiments, tissue surface impedance can both be reduced and made more uniform by hydration of the skin surface and/or underlying tissue. This in turn should reduce resistive heating of the skin surface. Such a monopolar system configuration will be less likely to produce high current density shorts than a bipolar system. The resulting electrical field will also have greater depth if heating of subjacent tissues is desired. It is predicted that the application of uniform compressive forces to the skin with monopolar RF systems can be used to actively remodel the dermis instead of being a factor that causes a combined edge effect at the skin surface. In addition, a monopolar system **26'** provides a choice of two treatment surfaces. Another embodiment of a monopolar system **26'** involves the combination of RF lipolysis at the active electrode with skin contraction at the passive electrode tissue interface **19'** and surrounding tissué.

As shown in FIG. **18***a*, in a monopolar RF energy system **26'** current flows from RF energy source **22** to the RF electrode **18** also known as the active electrode **18**, into the patient and then returns back to RF generator **22** via a second electrode **19** known as a passive electrode **19**, return electrode **19**, or ground pad **19** which is in electrical contact with the skin of the patient (e.g the thigh or back). In various embodiments, RF electrode **18** can be constructed from a variety of materials including but not limited to stainless steel, silver, gold, platinum or other conductor known in the art. Combinations or alloys of the aforementioned materials may also be used.

Ground pad **19** serves to both provide a return path for electrical current **27** from electrode **18** to electrical ground and disperse the current density at ground pad tissue interface **19'** to a sufficiently low level so as to prevent a significant temperature rise and or thermal injury at interface **19'**. Ground pad **19** can be either a pad or a plate as is well

16

known in the art. Plates are usually rigid and made of metal or foil-covered cardboard requiring use of a conductive gel; pads are usually flexible. Suitable geometries for ground pad **19** include circular, oval or rectangular (with curved corners) shapes. Heating at tissue interface **19** can be reduced in various embodiments in which ground pad **19** has a radial taper **19"**. Ground pad **19** may also contain a heat transfer fluid or be coated with a thermally conductive material to facilitate even distributions of heat over the pad, reduce hot spots and reduce the likelihood of thermal injury at tissue interface **19'**. Also ground pad **19** and the interface **19'** between ground pad **19** and the patient is of sufficiently low impedance to prevent the phenomena of current division, or electrical current flowing to ground by an alternate path of least resistance and potentially burning of the patients skin at an alternate grounded site on the patient. Furthermore, ground pad **19** is of sufficient surface area with respect to both the patient and with RF electrode **18** such that the return current is dispersed to a level that the current density at interface **19'** is significantly below a level that would cause damage or any appreciable heating of tissue at interface **19'** or any other part of the body except in the area **21** in immediate proximity to RF electrode **18**. In various embodiments, the surface area of ground pad **19** can range from 0.25 to 5 square feet, with specific embodiments of 1, 2, 3 and 4 square feet.

In alternative embodiments, grounding pad **19** is used as the surface treatment electrode. That is, it functions to produce a heating effect at tissue interface **19'** in contact with ground pad **19**. In these embodiments, the surface area of ground pad **19** is small enough relative to both the patient and/or RF electrode **18** such that ground pad **19** acts as the active electrode. Also, RF electrode **18** has a large enough surface area/volume (relative to the patient) not to produce a heating effect at energy delivery surface **20**. Also, ground pad **19** is positioned at the desired treatment site, while RF electrode **18** is electrically coupled to the patients skin **9'** a sufficient distance away from return electrode **19** to allow sufficient dispersion of RF current **27** flowing through the patient to decrease the current density and prevent any heating effect beside that occurring at pad interface **19'**. In this embodiment, fluid delivery device **13** can be incorporated into the ground pad **19**. The subjacent skin is hydrated to reduce resistive heating and provide a more uniform impedance that will avoid parallel shorts through localized areas of low impedance. At a distant tissue site, active electrode **18** is applied either topically cooled or inserted percutaneously with a sheathed electrode that avoids burning of the skin. The active electrode **18**, will be typically positioned in the subcutaneous fat layer. The fat is injected with a saline solution to lower current density which will in turn diminish burning of the subcutaneous tissue. If significant burning of the subcutaneous tissue occurs, this site can be positioned on the lower abdomen for an aesthetic excision.

Referring now to FIG. **18***b*, in a bipolar RF energy system **26"**, individual RF electrodes **18** have positive and negative poles **29** and **29'**. Current flows from the positive pole **29** of one electrode to its negative pole **29'**, or in a multiple electrode embodiment, from the positive pole **29** of one electrode to the negative pole **29'** of an adjacent electrode. Also in a bipolar embodiment, the surface of a soft or conformable electrode **18** is covered by a semiconductive material describe herein. Also in a bipolar system it is important that the force applied by force applications surface **14** to tissue interface **21** be limited to that amount necessary only to achieve and maintain contact with the skin. This can

US 6,749,624 B2

17

be achieved through the use of a feedback control system described herein.

In various embodiments, RF electrode 18 can be configured to minimize electromagnetic edge effects which cause high concentrations of current density on the edges of the electrode. By increasing current density, edge effects cause hot spots in tissue interface 21 or on the edges of the electrode resulting in thermal damage to the skin and underlying tissue at or near tissue interface 21.

Referring now to FIGS. 19a and 19b, the reduction of edge effects can be accomplished by optimizing the geometry, design and construction of RF electrode 18. Electrode geometries suited for reducing edge effects and hot spots in RF electrode 18 and tissue interface 21 include substantially circular and oval discs with a radiused edge 18". For the cylindrical configuration edge effects are minimized by maximizing the aspect ratios of the electrode (e.g. diameter/thickness). In a specific embodiment, edge effects can be also reduced through the use of a radial taper 43 in a circular or oval shaped electrode 18. In related embodiments, the edges 18" of electrode 18 are sufficiently curved (e.g. have a sufficient radius of curvature) or otherwise lacking in sharp corners so as to minimize electrical edge effects.

Referring now to FIGS. 20a and 20b, there are several other embodiments of RF electrode 18 that can reduce edge effects. One embodiment illustrated in FIG. 20a, involves the use of a soft or conforming electrode 18 that has a soft or conforming layer 37 over all or a portion of its energy delivery surface 20. Conforming layer 37 can be fabricated from compliant polymers that are embedded or coated with one or more conducting materials (in the case of monopolar embodiments described herein) including, but not limited to silver, silver chloride, gold or platinum.

In bipolar embodiments, conforming layer 37 is coated or otherwise fabricated from semiconductive materials described herein. The polymers used are engineered to be sufficiently compliant and flexible to conform to the surface of the skin while not protruding into the skin, particularly along an edge of the electrode. The conducive coatings can be applied using electrodeposition or dip coating techniques well known in the art. Suitable polymers include elastomers such as silicone and polyurethanes (in membrane or foam form) and polytetrafluoroethylene. In one embodiment the conformable template surface 37 will overlap the perimeter 18" of electrode 18 and cover any internal supporting structure. In another embodiment the entire surface 20 of electrode 18 is covered by conforming layer 37.

Referring now to FIG. 20b, in various embodiments, particularly those using an array of RF electrodes 18, edge effects at the electrode tissue interface 21 can be reduced by the use of a semiconductive material template 31 or substrate 31 located between or otherwise surrounding electrodes 18. In various embodiments, the conductivity (or impedance) of semiconductive substrate 31 can range from $10^{-4}$ to $10^{3}$(ohm-cm)$^{-1}$, with specific embodiments of $10^{-4}$ and 1 (ohm-cm)$^{-1}$. The conductivity (or impedance) of substrate 31 can also vary in a radial 31' or longitudinal direction 31" resulting in an impedance gradient.

In various embodiments, surrounding means that substrate 31 is in contact with and/or provides an electrical impedance at all or a portion of electrode 18, including but not limited to, only one or more surfaces 18', and one or more edges 18". In this and related embodiments substrate 31 is an insulating material with a conductivity of $10^{-6}$ (ohm-cm)$^{-1}$ or lower.

18

The impedance of the semiconductive template 31 can be variable in relation to electrode position within template. The template impedance has a specific pattern that reduces hot spots on the tissue surface 9' by reducing current density at locations more likely to have higher current densities such as edges of individual electrodes and the array itself. In one embodiment, the impedance of template 31 is larger at the electrode perimeter or edges 18". Also in various embodiments, electrode shape and topographical geometry are incorporated into the variable impedance topography of semiconductive template 31 between the electrodes. As a result, a more uniform current density is achieved that prevents or reduces thermal damage of tissue at or nearby tissue interface 21. The specific electrode shape, geometry and distribution pattern on the variable impedance template 31 as well as the pattern of impedance variation over the template surface 31' can be modeled and designed using a software simulation (such as a finite element analysis program) that is adapted for the overall three-dimensional contour of a specific device.

In addition to electromagnetic edge effects described herein, pressure edge affects may also result with the use of a rigid materials in force application surface 14 that tend to concentrate force on the edges of force application surface 14 and/or electrode 18. Such force concentrations can damage skin and underlying tissue and also cause hot spots due to increased RF energy delivery and/or increased heat transfer at the areas of force concentration.

Referring now to FIG. 21, to eliminate these force concentrations and their effects, the shape and material selection, of template 12 can be configured to provide a cushioned or conformable template surface or layer 12' that is incorporated into the framework of template 12 and force application surface 14 (i.e., the conformable template surface will overlap the perimeter and encompass any internal supporting member). In a specific embodiment, the entire surface of template 12 and/or force application surface 14 is covered by a conformable layer 12' (similar to conformable layer 37) that is made of a semiconductive (for bipolar applications) or conductive (for monopolar applications) material that avoid enhanced pressure or electrical edge effects described herein. In another embodiment template 12 can have a laminated or layered construction whereby conformable layer 12' is joined or otherwise coupled to an inner rigid layer 12" (via adhesive bonding, ultrasonic welding or other joining method known in the art). Rigid layer 12 facilitated the in the transmission application of force 17 to tissue but does not contact tissue itself.

In various embodiments, conformable layer 12' can be constructed of conformable materials with similar properties as conformable layer 37. Materials with suitable conformable properties include various conformable polymers known in the art including, but not limited to polyurethanes, silicones and polytetrafluoroethylene. The polymer materials can be coated with conductive materials such as silver, silver chloride, and gold; or semiconductive coatings such as vapor-deposited germanium (described in US Pat. No. 5,373,305 which is incorporated by reference herein) using electro/vapor deposition or dip coating techniques, or constructed with semiconductive polymers such as metallophthalocyanines using polymer processing techniques known in the art. In various embodiments, the thickness and durometer of polymers used for force application surface 14 and/or RF electrode 18 can be further configured to: i) produce a uniform distribution of applied force across the electrode tissue interface 21 or ii) produce a gradient in stiffness and resulting applied force 17 across energy delivery surface 20.

US 6,749,624 B2

19

20

In a preferred embodiment, force applications surface **14** and/or energy delivery surface **20** are configured to have maximum applied force **17** at their respective centers and decreasing applied force moving outward in the radial direction. In other embodiments, force application surface **14** can be engineered to produce varying force profiles or gradients at tissue interface **21** with respect to radial direction of template **12**, force applications surface **14**, or energy delivery surface **20**. Possible force profiles include linear, stepped, curved, logarithmic with a minimum force at tissue interface edge **21'** or force application edge **14'** and increasing force moving in an inward radial direction. In a related embodiment, gradients in bending and compressive stiffness can be produced solely by varying the thickness of force application surface **14**, electrode **18** or energy delivery surface **20** in their respective radial directions. In a preferred embodiment, force application surface **14** and/or electrode **18** has a maximum thickness and bending stiffness at their respective centers with a tapered decreasing thickness (and corresponding stiffness) moving out in their respective radial directions.

In various embodiments, monitoring of both active electrode **18** and passive electrode **19** may be employed to prevent or minimize unwanted currents due to insulation breakdown, excessive capacitive coupling or current division. An active electrode monitoring system **38** shown in FIG. 22, uses a monitoring unit **38'** to continuously monitor the level of stray current **27'** flowing out of electrode **18** and interrupts the power should a dangerous level of leakage occur. Stray currents **27'** include currents due to capacitive coupling and/or insulation failure of electrode **18**. In various embodiments monitoring unit **38'** can be integrated into or otherwise electronically coupled with a control system **54** and current monitoring circuitry described herein. Monitoring system **38** may also be configured to conduct stray current from the active electrode back to the RF generator and away from patient tissue. Monitoring unit **38'** can comprise electronic control and measurement circuitry for monitoring impedance, voltage, current and temperature well known in the art. Unit **38'** may also include a digital computer/microprocessors such as an application specific integrated circuit (ASIC) or a commercial microprocessor (such as the Intel7 Pentium7 series) with embedded monitoring and control software and input/output ports for electrical connections for electrical connections to sensors **23** and other measurement circuitry, to active electrode **18**, passive electrode **19**, RF generator **22** and other electrical connections including connections to the patient and ground. Monitoring unit **38'** may also be incorporated into RF generator **22**. In another embodiment monitoring system **38** is configured as a passive electrode monitoring system **39'** that is used to monitor the passive electrode **19** and shut down current flow from RF generator **22** should the impedance of passive electrode **19** or interface **19'** becomes too high or temperature at the interface **19'** rise above a set threshold. In these embodiments passive electrode **19** is a split conductive surface electrode (known in the art) which can measure impedance at the interface **19'** between patient tissue and the patient return electrode itself and avoid tissue burns. Prevention of pad burns is also facilitated by the coupling of temperature monitoring, impedance and/or contact sensors **23** (such as thermocouples or thermistor) to pad **19** and a monitoring unit **39'** (which can be the same as monitoring unit **38'** and likewise coupled to control system **54**). Contact or impedance sensors **23** allows unit **39'** to monitor the amount of electrical contact area **19'''** of pad **19** that is in electrical contact with the skin and shut down or otherwise alarm

should the amount of contact area fall below a minimum amount. Suitable contact sensors include pressure sensors, capacitance sensors, or resistors in suitable ranges and values known in the art for detecting electrical contact with the skin.

In one embodiment, elements of apparatus **8** is coupled to an open or closed loop feedback control system **54** (also called control system **54**, control resources **54** and resources **54**). Control system **54** is used to control the delivery of electromagnetic and mechanical energy to the skin surface and underlying soft tissue structure to minimize, and even eliminate, thermal damage to the skin and underlying tissue cell necrosis as well as blistering of the skin surface. Control system **54** also monitors other parameters including but not limited to, presence of an open circuit, short circuit or if voltage and current are supplied to the tissue for more than a predetermined maximum amount of time. Such conditions may indicate a problem with various components of apparatus **8** including RF generator **22**, and monitoring unit **38'** or **39'**. Control system **54** can also be configure to control by deliver energy to selected tissue including epidermal, dermal, ans subdermal over a range of skin thermal conductivities including but not limited to the range 0.2 to 1.2 W/(m²C.). In various embodiments, control system **54** can include a digital computer or microprocessors such as an application specific integrated circuit (ASIC) or a commercial microprocessor (such as the Intel® Pentium® series) with embedded monitoring and control software and input/output ports for electrical connections to sensors **23** and other measurement circuitry. In a related embodiment system **54** can comprise an energy control signal generator that generates an energy control signal.

Referring now to FIG. 23, an open or closed loop feedback control system **54** couples sensor **346** to energy source **392** (also called power source **392**). In this embodiment, electrode **314** is one or more RF electrodes **314**. The temperature of the tissue, or of RF electrode **314**, is monitored, and the output power of energy source **392** adjusted accordingly. The physician can, if desired, override the closed or open loop control system **54**. A microprocessor **394** can be included and incorporated in the closed or open loop system to switch power on and off, as well as modulate the power. Closed loop feedback control system **54** utilizes microprocessor **394** to serve as a controller, monitor the temperature, adjust the RF power, analyze the result, refeed the result, and then modulate the power.

With the use of sensor **346** and feedback control system **54**, tissue adjacent to RF electrode **314** can be maintained at a desired temperature for a selected period of time without causing a shut down of the power circuit to electrode **314** due to the development of excessive electrical impedance at electrode **314** or adjacent tissue as is discussed herein. Each RF electrode **314** is connected to resources that generate an independent output. The output maintains a selected energy at RF electrode **314** for a selected length of time.

Current delivered through RF electrode **314** is measured by current sensor **396**. Voltage is measured by voltage sensor **398**. Impedance and power are then calculated at power and impedance calculation device **400**. These values can then be displayed at user interface and display **402**. Signals representative of power and impedance values are received by a controller **404**. A control signal **404'** (also called energy control signal **404'**) is generated by controller **404** that is proportional to the difference between an actual measured value, and a desired value. The control signal is used by power circuits **406** to adjust the power output an appropriate amount in order to maintain the desired power delivered at respective RF electrodes **314**.

US 6,749,624 B2

21

In a similar manner, temperatures detected at sensor **346** provide feedback for maintaining a selected power. Temperature at sensor **346** is used as a safety means to interrupt the delivery of power when maximum pre-set temperatures are exceeded. The actual temperatures are measured at temperature measurement device **408**, and the temperatures are displayed at user interface and display **402**. A control signal is generated by controller **404** that is proportional to the difference between an actual measured temperature and a desired temperature. The control signal is used by power circuits **406** to adjust the power output an appropriate amount in order to maintain the desired temperature delivered at the sensor **346**. A multiplexer can be included to measure current, voltage and temperature, at the sensor **346**, and energy can be delivered to RF electrode **314** in monopolar or bipolar fashion.

Controller **404** can be a digital or analog controller, or a computer with software. When controller **404** is a computer it can include a CPU coupled through a system bus. This system can include a keyboard, a disk drive, or other non-volatile memory systems, a display, and other peripherals, as are known in the art. A program memory and a data memory are also coupled to the bus. User interface and display **402** includes operator controls and a display. Controller **404** can be coupled to imaging systems including, but not limited to, ultrasound, CT scanners, X-ray, MRI, mammographic X-ray and the like. Further, direct visualization and tactile imaging can be utilized.

The output of current sensor **396** and voltage sensor **398** are used by controller **404** to maintain a selected power level at each RF electrode **314** and also to monitor stray currents **427**′ (dues to insulation failure or capacitive coupling) flowing from electrode **314**. The amount of RF energy delivered controls the amount of power. A profile of the power delivered to electrode **314** can be incorporated in controller **404** and a preset amount of energy to be delivered may also be profiled. Also, should stray current **427**′ rise to an undesired level, controller **404** shuts down power source **392**.

Circuitry, software and feedback to controller **404** result in process control, the maintenance of the selected power setting which is independent of changes in voltage or current, and is used to change the following process variables: (i) the selected power setting, (ii) the duty cycle (e.g., on-off time), (iii) bipolar or monopolar energy delivery; and, (iv) fluid delivery, including flow rate and pressure. These process variables are controlled and varied, while maintaining the desired delivery of power independent of changes in voltage or current, based on temperatures monitored at sensor **346**.

Referring now to FIG. 24, current sensor **396** and voltage sensor **398** are connected to the input of an analog amplifier **410**. Analog amplifier **410** can be a conventional differential amplifier circuit for use with sensor **346**. The output of analog amplifier **410** is sequentially connected by an analog multiplexer **412** to the input of A/D converter **414**. The output of analog amplifier **410** is a voltage, which represents the respective sensed temperatures. Digitized amplifier output voltages are supplied by A/D converter **414** to microprocessor **394**. Microprocessor **394** may be a MPC601 (PowerPC7) available from Motorola or a Pentium7 series microprocessor available from Intel7. In specific embodiments microprocessor **394** has a clock speed of 100 Mhz or faster and includes an on-board math-coprocessor. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

22

Microprocessor **394** sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor **394** corresponds to different temperatures and impedances. Calculated power and impedance values can be indicated on user interface and display **402**. Alternatively, or in addition to the numerical indication of power or impedance, calculated impedance and power values can be compared by microprocessor **394** to power and impedance limits. When the values exceed or fall below predetermined power or impedance values, a warning can be given on user interface and display **402**, and additionally, the delivery of RF energy can be reduced, modified or interrupted. A control signal from microprocessor **394** can modify the power level supplied by energy source **392**.

FIG. 25 illustrates a block diagram of a temperature and impedance feedback system that can be used to control the delivery of energy to tissue site **416** by energy source **392** and the delivery of cooling medium **450** to electrode **314** and/or tissue site **416** by flow regulator **418**. Energy is delivered to RF electrode **314** by energy source **392**, and applied to tissue site **416**. A monitor **420** (also called impedance monitoring device **420**) ascertains tissue impedance (at electrode **314**, tissue site **416** or a passive electrode **314**′), based on the energy delivered to tissue, and compares the measured impedance value to a set value. If measured impedance is within acceptable limits, energy continues to be applied to the tissue. However if the measured impedance exceeds the set value, a disabling signal **422** is transmitted to energy source **392**, ceasing further delivery of energy to RF electrode **314**. The use of impedance monitoring with control system **54** provides a controlled delivery of energy to tissue site **416** (also called mucosal layer **416**) and underlying cervical soft tissue structure which reduces, and even eliminates, cell necrosis and other thermal damage to mucosal layer **416**. Impedance monitoring device **420** is also used to monitor other conditions and parameters including, but not limited to, presence of an open circuit, short circuit; or if the current/energy delivery to the tissue has exceeded a predetermined time threshold. Such conditions may indicate a problem with apparatus **24**. Open circuits are detected when impedance falls below a set value, while short circuits and exceeded power delivery times are detected when impedance exceeds a set value.

The control of cooling medium **450** to electrode **314** and/or tissue site **416** is done in the following manner. During the application of energy, temperature measurement device **408** measures the temperature of tissue site **416** and/or RF electrode **314**. A comparator **424** receives a signal representative of the measured temperature and compares this value to a pre-set signal representative of the desired temperature. If the measured temperature has not exceeded the desired temperature, comparator **424** sends a signal **424**′ to flow regulator **418** to maintain the cooling solution flow rate at its existing level. However if the tissue temperature is too high, comparator **424** sends a signal **424**″ to a flow regulator **418** (connected to an electronically controlled micropump, not shown) representing a need for an increased cooling medium **450** flow rate.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

US 6,749,624 B2

23

What is claimed is:

1. A treatment apparatus, comprising:

an energy delivery device including at least a light energy member an RF energy member, and at least one energy delivery surface, the at least one energy delivery surface configured to deliver energy from the light energy member and the RF energy member to and through a skin surface and create a tissue effect at the skin surface or at a tissue below the skin surface; and

a cooling member coupled to the energy delivery device.

2. The apparatus of claim 1, further comprising:

a feedback control coupled to at least one of the cooling member, the light energy member or the RF energy member.

3. The apparatus of claim 1, wherein the cooling member is configured to deliver a controllable amount of cooling fluidic medium.

4. The apparatus of claim 1, wherein the cooling member is configured to cool at least a portion of the at least one energy delivery surface.

5. The apparatus of claim 1, wherein the at least one energy delivery surface is non-planar.

6. The apparatus of claim 1, wherein a fluid or gel is positioned between the skin surface and the at least one energy delivery surface.

7. The apparatus of claim 1, wherein the at least one energy delivery surface is a solid surface.

8. The apparatus of claim 1, wherein the at least one energy delivery surface includes a first section and a second section.

9. The apparatus of claim 1, wherein the first section and the second section are non-planar.

10. The apparatus of claim 9 wherein the first section is a surface of the RF energy member and the second section is a surface of the light energy member.

11. The apparatus of claim 9, wherein the RF energy member is a pair of bi-polar RF electrodes.

12. A treatment apparatus, comprising:

an energy delivery device including an energy delivery surface;

at least a first and a second energy delivery member coupled to the energy delivery device, the first and second energy delivery members delivering different types of energy; and

a cooling member coupled to the energy delivery device, wherein the cooling member is configured to evaporatively cool a back surface of the energy delivery surface and conductively cool a tissue site.

13. A treatment apparatus, comprising:

an assembly;

an energy delivery device coupled to the assembly, the energy delivery device including at least a light energy member, an RF energy member, and at least one energy delivery surface, the at least one energy delivery surface configured to deliver energy from the light energy member and the RF energy member to and through a skin surface and create a tissue effect at the skin surface or at a tissue below the skin surface;

a cooling member coupled to the assembly and configured to provide cooling to at least a tissue surface; and

an electronic control device configured to facilitate operation of at least one of the light energy member or the RF energy member.

14. The apparatus of claim 13 further comprising:

a second RF energy member coupled to the assembly.

24

15. The apparatus of claim 13, wherein the first and second RF energy members are bipolar electrodes.

16. The apparatus of claim 13, further comprising:

a feedback control coupled to at least one of the cooling member, the RF energy member and the light energy member.

17. The apparatus of claim 13, wherein the cooling member is configured to deliver a controllable amount of cooling fluidic medium to at least one of the light energy member or the RF energy member.

18. The apparatus of claim 13, wherein cooling member is configured to cool the energy delivery surface.

19. The apparatus of claim 13, wherein the cooling member utilizes fluid to cool the RF energy member and conductively cool a skin surface in thermal contact with the at least one energy delivery surface.

20. A treatment apparatus, comprising:

an assembly including at least one energy delivery surface;

an electromagnetic energy device coupled to the assembly, the electromagnetic energy device including at least a light energy member and an RF energy member, the at least one energy delivery surface configured to deliver energy from the light energy member and the RF energy member to and through a skin surface and create a tissue effect at the skin surface or at a tissue below the skin surface;

a cooling member coupled to the assembly and configured to provide cooling to at least a portion of the at least one energy delivery surface; and

an electronic control device configured to facilitate operation of at least one of the light energy member or the RF energy member.

21. A treatment apparatus, comprising:

an energy delivery device including an energy delivery surface made at least partially of a material that transmits light;

an electromagnetic energy device including at least a first RF electrode and a light delivery device coupled to the device; and

a cooling member coupled to the device.

22. The apparatus of claim 21, further comprising:

a second RF electrode.

23. The apparatus of claim 22, wherein the first and second RF electrodes are bipolar electrodes.

24. The apparatus of claim 21, further comprising:

an electronic control device configured to facilitate operation of at least one of the first RF electrode, the cooling member and the light delivery device.

25. The apparatus of claim 21, further comprising:

a sensor coupled to at least one of the first RE electrode, the cooling member and the light delivery device.

26. The apparatus of claim 21, further comprising:

a light energy source coupled to the light delivery device.

27. The apparatus of claim 26, wherein the light energy source is a coherent light source.

28. The apparatus of claim 26, wherein the light energy source is an incoherent light source.

29. The apparatus of claim 21, further comprising:

an RF generator coupled to the first RF electrode.

30. A treatment apparatus, comprising:

an energy delivery device including an energy delivery surface;

a pair of bi-polar RF electrodes coupled to the energy delivery surface;

US 6,749,624 B2

25

a light delivery device coupled to the device and positioned to transmit light through the energy delivery surface.

31. The apparatus of claim 30, further comprising:

an electronic control device configured to facilitate operation of at least one of the pair of bi-polar RF electrodes, the cooling member and the light delivery device.

32. The apparatus of claim 30, further comprising:

a sensor coupled to at least one of the RF electrode, the cooling member and the light delivery device.

33. The apparatus of claim 30, further comprising:

a light energy source coupled to the light delivery device.

34. The apparatus of claim 30, wherein the light energy source is a coherent light source.

35. The apparatus of claim 30, wherein the light energy source is an incoherent light source.

36. The apparatus of claim 30, further comprising:

an RF generator coupled to the RF electrode.

37. A method for inducing the formation of collagen in a selected collagen containing tissue site beneath a skin surface, comprising:

providing an energy source;

producing energy from the energy source;

cooling through the skin surface, wherein a temperature of the skin surface is lower than the selected collagen containing tissue site; and

delivering energy from the energy source through the skin surface to the selected collagen containing tissue site for a sufficient time to induce collagen formation in the selected collagen containing tissue site, and forming no more than a second degree burn of the skin, wherein the energy is delivered in an amount not exceeding 600 joules/cm2 during a single treatment session; and creating a tissue effect.

38. A method for inducing the formation of collagen in a selected collagen containing tissue site beneath a skin surface, comprising:

providing an energy source;

producing energy from the energy source;

delivering energy from the energy source through the skin surface to the selected collagen containing tissue site for a sufficient time to induce a formation of new collagen in the selected collagen containing tissue site and forming no more than a second degree burn of the skin, wherein the energy is delivered in an amount that does not exceed 1,000 joules/cm2 at the skin surface; and

creating a tissue effect.

39. A method for inducing the formation of collagen in a selected a collagen containing tissue site beneath a skin surface, comprising:

providing an energy source;

delivering energy to the skin and operating in a range of skin thermal conductivities at or near the conductivity of the skin of 0.20 to 1.2 W/(meter° C.);

cooling the skin surface, wherein a temperature of the skin surface is lower than the collagen containing tissue site; and

forming new collagen in the selected collagen containing tissue site with no more than a second degree burn of the skin; and

creating a tissue effect.

40. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes at least a first RF electrode;

26

cooling the skin surface, wherein a temperature of the skin surface is lower than tissue underlying the skin surface; and

delivering energy from the treatment apparatus through the skin surface to the tissue underlying the skin surface for a sufficient time to create a desired tissue effect with no more than a second degree burn formed of the skin surface.

41. The method of claims 37, 39 or 40, wherein the treatment apparatus includes a light delivery device.

42. The method of claims 37, 39 or 40, wherein the tissue effect is dermal remodeling.

43. The method of claims 37, 39 or 40, wherein the tissue effect is skin tightening.

44. The method of claims 37, 39 or 40, wherein the tissue effect is wrinkle reduction.

45. The method of claims 37, 39 or 40, wherein the tissue effect is elastosis reduction.

46. The method of claims 37, 39 or 40, wherein the tissue effect is scar reduction.

47. The method of claims 37, 39 or 40, wherein the tissue effect is hair follicle modification.

48. The method of claims 37, 39 or 40, wherein the tissue effect is modification of contour irregularities of a skin surface.

49. The method of claims 37, 39 or 40, wherein the tissue effect is a creation of scar or nascent collagen.

50. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes at least a first electromagnetic energy delivery device;

cooling through a skin surface, wherein a temperature of the skin surface is lower than tissue underlying the skin surface; and

delivering energy from the treatment apparatus through a skin surface to a selected collagen containing tissue site for a sufficient time to induce a formation of new collagen in the selected collagen containing tissue site with no more than a second degree burn of the skin wherein the energy is delivered in an amount that does not exceed 1,000 joules/cm2 at the skin surface;

modifying at least a portion of the skin surface.

51. The method of claim 50, wherein the treatment apparatus includes a light delivery device coupled to a device.

52. A method for creating a tissue effect, comprising:

providing a treatment apparatus that includes an energy delivery surface and at least a first RF electrode;

coupling the energy delivery surface with an external surface of the skin;

cooling a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the skin surface is lower than a temperature of the underlying collagen containing tissue;

delivering energy from the treatment apparatus through the skin surface to a selected collagen containing tissue site for a sufficient time to induce a formation of new collagen in the selected collagen containing tissue site with no more than a second degree burn of the skin; and

creating a desired tissue effect.

53. The method of claim 52, wherein the treatment apparatus includes a light delivery device.

54. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes an energy delivery surface and at least a first RF electrode, wherein the energy is delivered in an amount not exceeding 600 joules/cm2 during a single treatment session;

US 6,749,624 B2

27 28

reducing a temperature of a collagen containing tissue site below a temperature of a skin surface, creating a thermal injury to at least a portion of the collagen in the collagen containing tissue site with a minimal cellular destruction in the epidermis; and

inducing collagen formation.

**55**. The method of claim **54**, wherein the treatment apparatus includes a light delivery device.

**56**. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes an energy delivery surface and at least a first RF electrode;

coupling the energy delivery surface with a skin surface;

cooling through the skin surface, wherein a temperature of the skin surface is lower than a temperature of an underlying collagen containing tissue;

delivering energy from the treatment apparatus through the skin surface to the underlying collagen containing tissue for a sufficient time to induce collagen formation.

**57**. The method of claim **56**, wherein the treatment apparatus includes a light delivery device.

**58**. A treatment apparatus, comprising:

a device;

an energy delivery device coupled to the device, the energy delivery device including at least a light energy member, an RF energy member, and at least one energy delivery surface, the at least one energy delivery surface configured to deliver energy from the light energy member and the RF energy member to and through a skin surface and create a tissue effect at the skin surface or at a tissue below the skin surface; and

a cooling member coupled to the device.

**59**. A treatment apparatus, comprising:

an assembly;

an energy delivery device coupled to the assembly, the energy delivery device including at least a light energy member, an RF energy member, and at least one energy delivery surface, the at least one energy delivery surface configured to deliver energy from the light energy member and the RF energy member to and through a skin surface and create a tissue effect at the skin surface or at a tissue below the skin surface;

a cooling member coupled to the assembly and configured to provide cooling at the skin surface; and

an electronic control device configured to facilitate operation of at least one of the light energy member or the RF energy member.

**60**. A method for inducing the formation of collagen in a selected collagen containing tissue site beneath a skin surface, comprising:

delivering electromagnetic energy from an electromagnetic energy delivery device and operating in a range of skin thermal conductivities at or near the conductivity of the skin of 0.20 to 1.2 W/(meter° C.);

cooling the skin surface, wherein a temperature of the skin surface is lower than the selected collagen containing tissue site; and

delivering energy from the energy source through the skin surface to the selected collagen containing tissue site for a sufficient time to induce collagen formation in the selected collagen containing tissue site with no more than a second degree burn of the skin; and

creating a tissue effect.

**61**. A method of creating a tissue effect, comprising:

providing an electromagnetic energy delivery device;

cooling a skin surface, wherein a temperature of the skin epidermis surface is lower than tissue underlying the skin surface; and

delivering energy from the electromagnetic energy delivery device through the skin surface to the tissue underlying the skin surface for a sufficient time to create a desired tissue effect with no more than a second degree burn formed of the skin, wherein the energy is delivered in an amount not exceeding 600 joules/cm2 during a single treatment session.

**62**. The method of claim **61**, wherein the tissue effect is dermal remodeling.

**63**. The method of claim **61**, wherein the tissue effect is skin tightening.

**64**. The method of claim **61**, wherein the tissue effect is wrinkle reduction.

**65**. The method of claim **61**, wherein the tissue effect is elastosis reduction.

**66**. The method of claim **61**, wherein the tissue effect is scar reduction.

**67**. The method of claim **61**, wherein the tissue effect is hair follicle modification.

**68**. The method of claim **61**, wherein the tissue effect is modification of contour irregularities of a skin surface.

**69**. The method of claim **61**, wherein the tissue effect is a creation of scar or nascent collagen.

**70**. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes at an electromagnetic energy delivery device;

cooling through a skin surface, wherein a temperature of the skin epidermis surface is lower than tissue underlying the skin surface;

delivering energy from the electromagnetic energy delivery device through a skin surface to a selected collagen containing tissue site of the tissue underlying the skin surface for a sufficient time to induce a formation of new collagen in the selected collagen containing tissue site with no more than a second degree burn formed of the skin, wherein the energy is delivered in an amount that does not exceed 1,000 joules/cm2 at the skin surface; and

modifying at least a portion of the skin surface.

**71**. A method of creating a tissue effect, comprising:

providing a treatment apparatus that includes an electromagnetic energy delivery device and operating in a range of skin thermal conductivities at or near the conductivity of the skin of 0.20 to 1.2 W/(meter° C.):

reducing a temperature of a collagen containing tissue side below a temperature of a skin surface,

creating a thermal injury to at least a portion of the collagen in the collagen containing tissue site with no more than a second degree burn created of the skin; and

inducing collagen formation.

* * * * *

# EXHIBIT B

US006405090B1

(12) **United States Patent**
Knowlton

(10) Patent No.: **US 6,405,090 B1**
(45) Date of Patent: ***Jun. 11, 2002**

(54) **METHOD AND APPARATUS FOR TIGHTENING SKIN BY CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

(75) Inventor: **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/343,943**

(22) Filed: **Jun. 30, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 08/914,681, filed on Aug. 19, 1997, now Pat. No. 5,919,219, which is a continuation of application No. 08/435,822, filed on May 5, 1995, now Pat. No. 5,755,753.

(51) Int. Cl.⁷ ................................................ **A61F 2/00**
(52) U.S. Cl. ........................ **607/102**; 607/101; 606/27; 606/31; 606/154
(58) Field of Search ........................... 607/96–102, 154, 607/155; 606/41, 33

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,140,130 A * 2/1979 Storm, III

| | | | |
|---|---|---|---|
| 4,528,991 A | * | 7/1985 | Dittmar et al. |
| 4,556,070 A | * | 12/1985 | Vaguine et al. |
| 5,458,596 A | * | 10/1995 | Lax et al. ..................... 606/31 |
| 5,505,730 A | * | 4/1996 | Edwards ...................... 606/41 |
| 5,507,790 A | * | 4/1996 | Weiss ......................... 607/100 |
| 5,569,241 A | * | 10/1996 | Edwards ...................... 606/41 |
| 5,800,429 A | * | 9/1998 | Edwards ...................... 606/41 |
| 5,919,219 A | * | 7/1999 | Knowlton ................... 607/102 |
| 6,024,743 A | * | 2/2000 | Edwards ...................... 606/42 |
| 6,159,194 A | * | 12/2000 | Rggers wt al. ............. 604/500 |

* cited by examiner

*Primary Examiner*—Roy D. Gibson
(74) *Attorney, Agent, or Firm*—Paul Davis; Wilson Sonsini Goodrich & Rosati

(57) **ABSTRACT**

A method and apparatus for tightening a surface of a skin with an underlying collagen containing tissue applies radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. A porous membrane is adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving cooling fluid. One or more thermal electrodes positioned in the membrane and transfers thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid creates a reverse thermal gradient from the skin surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

**15 Claims, 6 Drawing Sheets**



U.S. Patent     Jun. 11, 2002     Sheet 1 of 6     US 6,405,090 B1



FIG. 1



FIG.2



FIG.3

FIG. 4



FIG.5



FIG.6

US 6,405,090 B1

1

## METHOD AND APPARATUS FOR TIGHTENING SKIN BY CONTROLLED CONTRACTION OF COLLAGEN TISSUE

### CROSS-REFERENCE TO RELATED CASES

The present application is a continuation of U.S. patent application Ser. No. 08/914,681, filed Aug. 19, 1997 now U.S. Pat. No. 5,919,219, which is a continuation of U.S. patent application Ser. No. 08/435,822, filed May 5, 1995, entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue", and is related to U.S. patent application Ser. No. 08/435,544 filed May 5, 1995 now U.S. Pat. No. 5,755,753, entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue", all applications having the same named inventor Edward W. Knowlton, and all applications being incorporated herein by reference.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

This invention relates generally to a method and apparatus for shrinking skin tissue without damaging the melanocytes and other epithelial cells, and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve skin tightening through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

#### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environmental of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical bum. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fibroblasts which synthesize three polypeptide chains that wrap around one

2

another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with the amino acid composition to give collagen its great strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturation of the triple helix of the collagen molecule. Partial denaturation of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspective. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063"). The method of the '063 patent targets adipose tissue absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, with the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

### SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method and apparatus for tightening skin without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for tightening skin with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

Yet another object of the invention is to provide an inverse thermal gradient from the epidermis to the underlying collagen tissue.

A further object of the invention is to provide a method and apparatus for creating a reverse thermal gradient from the epidermis through a subcutaneous layer of soft tissue.

Still a further object of the present invention is to provide a method and apparatus for tightening skin through the use of an RF energy source and an electrolytic solution which transfer RF energy from RF electrodes to the epidermis and underlying layers.

Yet another object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the

US 6,405,090 B1

3

epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. The apparatus includes a porus membrane adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving a cooling fluid. One or more thermal electrodes are positioned in the membrane and transfer thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid create a reverse thermal gradient from the skins surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

A method for tightening skin comprises providing a membrane in a thermal energy source. A reverse thermal gradient is created which cools the surface of the skin while heating underlying collagen containing layers. The skin and underlying collagen containing tissue are then heated without substantially modifying the melanocytes and other epithelial cells in the epidermis. The result is a contraction of collagen tissue and a tightening of the skin.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focussing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focussing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focussing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that fat cells, and the melanocytes and other epithelial cells are minimally damaged.

4

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates an desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, non invasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling

US 6,405,090 B1

5

lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extend of collage in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i) native collagen network 40, (ii) collagen 42 under isometric conditions, (iii) collagen network without any restraint, (iv) collagen network 46 under isometric tension as long as the nodes are stable, and (v) collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 26 can be monopolar or bipolar. In the monopolar mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i) visualization, (ii) impedance, (iii) ultrasound, or (iv) temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a

6

barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i) Opcell available from Centinal Products Corp., Hyannis, Mass, and (ii) UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focussing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focussing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focussing element 60 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application,* by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research,* Vol. 44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA,* Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation,* Vol. 16, No. 5, September–October 1982, pp.245–248.

US 6,405,090 B1

7

It will be appreciated that focussing element **60** can be a convergent lens. Further, focussing element **60** can be positioned in porous membrane **18**, and at the exterior **16** between epidermis layer **12** and porous membrane **18**. Further, a coupling device **62** can be included which couples focussing element **60** with porous membrane **18**. In one embodiment, coupling device **62** is a bracket which is positioned around a periphery of porous membrane **18**, and supports focussing element **50** in relation to porous membrane **18**.

In the method for tightening skin, porous membrane **18** and thermal energy source **26** are provided. A reverse thermal gradient is created which cools a surface of epidermis layer **12** while heating underlying collagen containing layers. Epidermis layer **12** as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer **12**, resulting in a denaturalization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C., initiating from epidermis layer **12** to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C., and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer **12** to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer **12**, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source **28** is an RF power source, an RF power source **28**, feeds energy to an RF power power generator **64** and then to RF electrodes **26**. A multiplexer **66** measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode **26**. RF electrodes **26** can be individually measured. Multiplexer **66** is driven by a controller **68** which can be a digital or analog controller, or a computer with software. When controller **68** is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface **70** includes operator controls **72** and a display **74**. Controller **68** can be coupled to different types

8

of imaging systems including ultrasonic, thermal sensors **52**, and impedance monitors **54**.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors **52**, and thermal sensors **76** contained within RF generator **64** measure voltage and current that is delivered to the desired treatment site. The output for these sensors is used by controller **68** to control the delivery of RF power. Controller **68** can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller **68** maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller **68**, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control **68** or at RF generator **64**, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller **68** result in full process control and are used to change, (i) power, (ii) the duty cycle, (iii) monopolar or bipolar energy delivery, (iv) electrolytic solution **20** delivery, flow rate and pressure and (v) can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface **22** as well as monitoring impedance to current flow at each RF electrode **26**, indicating changes in current carrying capability of the tissue during the process. Further, controller **68** can provide multiplexing, monitor circuit continuity, and determine which RF electrode **26** is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors **52** can be thermistors which have a resistance that varies with temperature. Analog amplifier **78** can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer **80** to the input of an analog digital converter **82**. The output of amplifier **78** is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter **82** to a microprocessor **84**. Microprocessor **84** calculates the temperature or impedance of the tissue. Microprocessor **84** can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor **84** sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor **84** corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display **74**. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor **84** with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display **74** and additionally, the delivery of RF energy to its respective

US 6,405,090 B1

9

electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor **84** can reduce the power level by RF generator **64**, or de-energize the power delivered to any particular electrode. Controller **68** receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller **68** to display **74**. If desired, the calculated surface temperature of epidermis layer **12** is compared with a temperature limit and a warning signal can be sent to display **74**. Similarly, a control signal can be sent to RF power source **26** when temperature or impedance values exceed a predetermined level.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A skin treatment apparatus, comprising:

a fluid delivery member, a portion of which is a porous membrane with a tissue interface surface that remains conformable to a skin surface as the tissue interface surface is applied to a surface of the skin;

a fluid passage lumen coupled to the fluid delivery member; and

a thermal energy delivery device coupled to the fluid delivery member in a position to transfer thermal energy to an electrolytic medium that passes through the porous membrane of the fluid delivery member.

2. The apparatus of claim **1**, wherein the thermal energy delivery device is positioned in an interior of the fluid delivery member.

3. The apparatus of claim **1**, wherein the thermal energy delivery device is positioned at an exterior surface of the fluid delivery member.

4. The apparatus of claim **1**, wherein the thermal energy delivery device is positioned at the tissue interface surface.

5. The apparatus of claim **1**, wherein the thermal energy delivery device is at least one RF electrode.

6. The apparatus of claim **1**, wherein the tissue interface surface of the fluid delivery member has a porous surface.

7. The apparatus of claim **1**, further comprising:

a sensor coupled to the fluid delivery member.

8. The apparatus of claim **7**, wherein the sensor is positioned at the tissue interface surface of the fluid delivery member.

9. The apparatus of claim **7**, further comprising:

a feedback device coupled to the energy delivery device and the sensor, the feedback device being responsive to a detected characteristic of a tissue site and provide a controlled delivery of thermal energy.

10. A method for tightening skin, comprising:

providing a thermal energy delivery device;

positioning an energy delivery surface of the thermal energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue;

heating the underlying collagen containing tissue without creating a necrosis of living cells in the epidermis;

10

contracting at least a portion of the collagen containing tissue; and

tightening at least a portion of the surface of the skin.

11. A method for tightening skin, comprising:

providing a thermal energy delivery device;

positioning an energy delivery surface of the thermal energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue;

controlling a delivery of a sufficient amount of thermal energy through an epidermis of the external surface of the skin to reconfigure at least a portion of an underlying collagen containing tissue without substantially creating cell necrosis in the epidermis, wherein at least a portion of the surface of the skin is tightened.

12. A method for tightening skin, comprising:

providing a thermal energy delivery device;

positioning an energy delivery surface of the thermal energy delivery device on a external surface of the skin;

heating through a surface of the skin the collagen containing tissue underlying the surface of the skin, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue; and

controlling a delivery of a sufficient amount of thermal energy through an epidermis of the surface of the skin to reconfigure at least a portion of an underlying collagen containing tissue without substantially creating cell necrosis in the collagen containing tissue, wherein at least a portion of the surface of the skin is tightened.

13. An apparatus for applying energy through a skin epidermis surface of an underlying subcutaneous layer or deeper soft tissue layers that includes collagen containing tissue, comprising:

a membrane that conforms a contacting exterior surface of the membrane to the skin epidermis surface;

one or more electrodes positioned in the membrane configured to be coupled to an energy source;

an electrolytic medium positioned in the membrane and coupled to the electrodes to receive energy from the electrodes and transfer energy from the electrodes to the skin epidermis surface; and

a focussing element coupled to the membrane, which creates a reverse thermal gradient from the skin epidermis surface to the collagen containing tissue.

14. An apparatus for applying energy through a skin epidermis surface to an underlying collagen containing tissue; comprising:

an energy delivery device means;

electrolytic medium energy delivery means coupled to the energy delivery device means to receive electrolytic energy and transfer the electrolytic energy from the energy delivery device means to the skin surface;

the electrolytic medium means delivering energy to the skin surface and the energy passing through the skin surface to the underlying collagen containing tissue to contract at least a portion of the collagen containing

US 6,405,090 B1

11

tissue without substantial cell necrosis and creating a tightening of the skin surface; and

a membrane housing means housing at least a portion of the energy delivery means, the membrane means including a membrane skin surface interface means.

**15**. A skin treatment apparatus, comprising:

a fluid delivery member with a tissue interface surface that remains conformable to a skin surface as the tissue interface surface is applied to a surface of the skin;

12

a fluid passage lumen coupled to the fluid delivery member;

a cooling fluid lumen coupled to the fluid delivery member; and

a thermal energy delivery device coupled to the fluid delivery member in a position to transfer thermal energy to an electrolytic medium that passes through the fluid delivery member.

\*   \*   \*   \*   \*

# EXHIBIT C

US006387380B1

(12) **United States Patent**
Knowlton

(10) **Patent No.:**    **US 6,387,380 B1**
(45) **Date of Patent:**    *May 14, 2002

(54) **APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

(75) Inventor:    **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee:    **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/635,202**

(22) Filed:    **Apr. 17, 1996**

**Related U.S. Application Data**

(62) Division of application No. 08/435,544, filed on May 5, 1995, now Pat. No. 5,660,836.

(51) Int. Cl.[7] ................................................. **A61N 1/40**

(52) U.S. Cl. ............................. **424/400**; 600/1; 600/2; 600/9; 601/15; 606/31; 606/34; 607/96; 607/101; 607/113; 607/154; 128/898

(58) **Field of Search** ................................ 607/101, 113; 128/898; 600/2; 606/31

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,140,130 A | * | 2/1979 | Storm, III | 128/404 |
| 4,957,480 A | * | 9/1990 | Morenings | 604/20 |
| 4,976,709 A | | 12/1990 | Sand | 606/5 |
| 5,143,063 A | * | 9/1992 | Fellner | 128/399 |
| 5,304,169 A | * | 4/1994 | Sand | 606/5 |
| 5,374,265 A | * | 12/1994 | Sand | 606/5 |
| 5,458,596 A | * | 10/1995 | Lax et al. | 606/31 |
| 5,464,436 A | | 11/1995 | Smith | 607/89 |
| 5,496,312 A | | 3/1996 | Klicek | |
| 5,507,790 A | | 4/1996 | Weiss | |
| 5,569,242 A | * | 10/1996 | Lax et al. | 606/42 |

FOREIGN PATENT DOCUMENTS

WO        96/34568        11/1996

OTHER PUBLICATIONS

Martin A. Mainster, "Ophthalmic Applications of Infrared Lasers—Thermal Considerations", Visual Sci., pp. 414–420, Apr. 1979.

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersaPulse® Variable Pulse Width Frequency Doubled Neodymium: YAG Laser: A Case Report.

Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." *J. Dermatol Surg Oncol.* 1993; 19:74–80.

Coulson, W.F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30 1998, San Jose, CA.

(List continued on next page.)

*Primary Examiner*—Amy Hulina
(74) *Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

(57)    **ABSTRACT**

A method and apparatus applies radiant energy through the skin to an underlying subcutaneous layer or deeper soft tissue layers that includes loculations of fat with fibrous septae made of collagen tissue. This creates a desired contour effect without substantially modifying melanocytes and other epithelial cells in the epidermis. A membrane conforms a contacting exterior surface of the membrane to a skin layer. One or more thermal electrodes positioned in the membrane. A focussing element focuses thermal energy to the underlying collagen tissue. The focusing element and the electrolytic solution create a reverse thermal gradient from the skin to the collagen tissue. A thermal power source is coupled to the thermal electrodes.

**13 Claims, 6 Drawing Sheets**



**US 6,387,380 B1**

Page 2

OTHER PUBLICATIONS

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times*. 1995. 16(10).

Fitzpatrick, R. "Treatment of Wrinkles with the UltraPulse $CO_2$ Laser."

Laser Aesthetics, Inc. "The Cool Touch Laser." Brochure.

Laser Aesthetics, Inc. "Cool Touch Model 130 Technical Specifications." Brochure.

National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.

* cited by examiner



FIG. 1



FIG.2



FIG. 3

FIG.4



FIG.5



FIG.6

US 6,387,380 B1

1

## APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE

### CROSS-REFERENCE TO RELATED CASES

This application is a divisional of application Ser. No. 08/435,544, filed May 5, 1995 now U.S. Pat. No. 5,660,836.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally for achieving contour sculpting and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve contour sculpting through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environmental cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical burn. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fiborblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with the amino acid composition to give collagen its great strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturation of the triple helix of the collagen

2

molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspective. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063"). The method of the '063 patent targets adipose tissue absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, with the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

### SUMMARY OF THE INVENTION

It is an object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

It is another object of the present invention to provide a method and apparatus for non surgically reducing loculations of fat without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for non surgically reducing loculations of fat with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

A further object of the present invention is to provide a method and apparatus for contour sculpture, by utilizing a reverse thermal gradient to partially denature collagen in fibrous septae tissue.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to an underlying subcutaneous layer, and deeper soft tissue layers, such as the muscle and overlying fascia, include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates a desired contour effect without substantially modifying the melanocytes and other epithelial cells in the epidermis. The apparatus includes a membrane that conforms a contacting exterior surface of the membrane to a skin layer. One or more thermal electrodes are positioned in the membrane and create a reverse thermal gradient from the skin layer to the underlying collagen tissue. A focussing element focuses

US 6,387,380 B1

3

thermal energy to the underlying collagen tissue. The focussing element and the electrolytic solution create a reverse thermal gradient from the skin to the collagen tissue. A thermal power source is coupled to the thermal electrodes.

Further, a method of liposulpturing a layer under the skin comprised of a loculation of fat which has collagen tissue as a fibrous septae includes providing a membrane and a thermal energy source. A reverse thermal gradient is created which cools the top surface of the skin while heating the underlying loculation of fat. This is achieved without substantially modifying the melanocytes and other epithelial cells in the epidermis. Collagen tissue of the fibrous septae is partially denatured and contracted with a diminished destruction of cells.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focussing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focussing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focussing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that thermal destruction fat cells, and the melanocytes and other epithelial cells are minimally damaged.

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturation of collagen tissue, resulting in a tightening of the skin.

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

4

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates an desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, non invasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to, RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

US 6,387,380 B1

5

6

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extent of collage in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen tissue begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 926 can be monopular or bipolar. In the monopular mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one ore more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified a necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Central Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of porous membrane 18. Differences in porosity can be achieved with different types of materials within porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focussing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focussing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focussing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application,* by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research,* Vol. 44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA,* Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation,* Vol. 16, No. 5, September–October 1982, pp.245–248.

It will be appreciated that focussing element 60 can be a convergent lens. Further, focussing element 60 can be positioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focussing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is positioned around a periphery of porous membrane 18, and supports focussing element 50 in relation to porous membrane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse

US 6,387,380 B1

7

thermal gradient is created which cools a surface of epidermis layer **12** while heating underlying collagen containing layers. Epidermis layer **12** as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer **12**, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C., initiating from epidermis layer **12** to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C., and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer **12** to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer **12**, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source **28** is an RF power source, an RF power source **28**, feeds energy to an RF power generator **64** and then to RF electrodes **26**. A multiplexer **66** measures current, voltage and temperature, at the numerous thermal sensors associated with each RF electrode **26**. RF electrodes **26** can be individually measured. Multiplexer **66** is driven by a controller **68** which can be a digital or analog controller, or a computer with software. When controller **68** is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface **70** includes operator controls **72** and a display **74**. Controller **68** can be coupled to different types of imaging systems including ultrasonic, thermal sensors **52**, and impedance monitors **54**.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors **52**, and thermal sensors **76** contained within RF generator **64** measure voltage and current that is delivered to the desired treatment site. The output for these

8

sensors is used by controller **68** to control the delivery of RF power. Controller **68** can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller **68** maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller **68**, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control **68** or at RF generator **64**, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller **68** result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopular or bipolar energy delivery, (iv). electrolytic solution **20** delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface **22** as well as monitoring impedance to current flow at each RF electrode **26**, indicating changes in current carrying capability of the tissue during the process. Further, controller **68** can provide multiplexing, monitor circuit continuity, and determine which RF electrode **26** is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. **6**. Thermal sensors **52** can be thermistors which have a resistance that varies with temperature. Analog amplifier **78** can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer **80** to the input of an analog digital converter **82**. The output of amplifier **78** is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter **82** to a microprocessor **84**. Microprocessor **84** calculates the temperature or impedance of the tissue. Microprocessor **84** can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor **84** sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor **84** corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display **74**. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor **84** with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display **74** and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor **84** can reduce the power level by RF generator **64**, or de-energize the power delivered to any particular electrode. Controller **68** receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller **68** to display **74**. If desired, the calculated surface temperature of epidermis layer **12** is compared with a temperature limit and a warning signal can be sent to display **74**. Similarly, a control signal can be sent to RF power source **26** when temperature or impedance values exceed a predetermined level.

US 6,387,380 B1

9

10

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method of liposculpturing an area of the body including a skin with multiple layers, and an underlying area made of a loculation of fat that has collagen tissue as a fibrous septae, comprising:

providing a thermal energy source;

positioning an energy delivery surface of the thermal energy delivery source on an external surface of the skin;

creating a reverse thermal gradient which cools a top surface of the skin while heating the underlying loculation of fat, wherein a temperature of the external skin surface is lower than a temperature of the underlying loculation of fat;

heating the skin and underlying loculation of fat sufficiently to contract the collagen tissue of the fibrous septae while minimizing cellular destruction of the melanocytes; and

tightening at least a portion of the external surface of the skin.

2. The method of claim 1, wherein the collagen containing tissue is partially denatured by cleaving heat labile cross-links of collagen molecules.

3. The method of claim 1, wherein the collagen containing tissue is partially denatured while minimizing cellular destruction.

4. The method of claim 1, wherein the reverse thermal gradient produces a net mobilization of intracellular fat with diminished destruction of cells.

5. The method of claim 1, wherein the thermal energy source is an RF power source and one or more RF electrodes are positioned in a membrane.

6. The method of claim 5, further comprising:

a source of electrolytic solution that delivers electrolytic solution to the RF electrodes.

7. The method of claim 6, wherein RF energy is transferred from the RF electrodes to the electrolytic solution.

8. The method of claim 7, further comprising:

a cooling fluid lumen positioned in the membrane.

9. The method of claim 8, further comprising

a source of cooling medium that is introduced into the cooling fluid lumen.

10. The method of claim 1, wherein the collagen tissue is in a subdermal layer.

11. The method of claim 1, wherein the collagen tissue is in a deep dermal layer.

12. The method of claim 1, wherein the collagen tissue is in a subcutaneous layer.

13. The method of claim 1, wherein the collagen tissue is in fascial and muscle tissue.

* * * * *

# EXHIBIT D

US006381498B1

(12) **United States Patent**  
Knowlton

(10) **Patent No.:**    **US 6,381,498 B1**  
(45) **Date of Patent:**    *Apr. 30, 2002

(54) **METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

(75) Inventor: **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/003,423**

(22) Filed: **Jan. 6, 1998**

**Related U.S. Application Data**

(63) Continuation of application No. 08/583,815, filed on Jan. 5, 1996, which is a continuation of application No. 08/435,822, filed on May 5, 1995, now Pat. No. 5,755,753.

(51) Int. Cl.[7] ............................. **A61F 2/00**; A61B 18/04

(52) U.S. Cl. ........................... **607/101**; 607/102; 606/33

(58) Field of Search ................ 607/96–104; 606/27–28, 606/29–33

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,831,604 A | 8/1974 | Neefe | |
| 4,074,718 A | 2/1978 | Morrison | |
| 4,140,130 A | 2/1979 | Storm, III | |
| 4,164,226 A | 8/1979 | Tapper | |
| 4,290,435 A | 9/1981 | Waggott | |
| 4,343,301 A | 8/1982 | Indech | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1 949 534 | 4/1970 |
| DE | 31 21 683 | 12/1982 |
| EP | 0 519 415 | 12/1992 |

(List continued on next page.)

OTHER PUBLICATIONS

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 697–701, (1990).

Danielson, C. "Age–Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269–278, (1981).

Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123–134, (1988).

(List continued on next page.)

*Primary Examiner*—Roy Gibson  
(74) *Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

(57) **ABSTRACT**

A method and apparatus applies radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. A membrane is adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving cooling fluid. One or more thermal electrodes positioned in the membrane and transfers thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid creates a reverse thermal gradient from the skin surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

**23 Claims, 6 Drawing Sheets**



**US 6,381,498 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,346,715 | A | 8/1982 | Gammell |
| 4,375,220 | A | 3/1983 | Matvias |
| 4,381,007 | A | 4/1983 | Doss |
| 4,441,486 | A | 4/1984 | Pounds |
| 4,545,368 | A | 10/1985 | Rand et al. |
| 4,676,258 | A | 6/1987 | Inokuchi et al. |
| 4,709,701 | A | 12/1987 | Weber |
| RE32,849 | E | 1/1989 | Wei et al. |
| 4,881,543 | A | 11/1989 | Trembly et al. |
| 4,887,614 | A | 12/1989 | Shirakami et al. |
| 4,889,122 | A | 12/1989 | Watmough et al. |
| 4,944,302 | A | 7/1990 | Hernandez et al. |
| 4,957,480 | A | 9/1990 | Morenings |
| 4,962,761 | A | 10/1990 | Golden |
| 4,976,709 | A | 12/1990 | Sand |
| 5,003,991 | A | 4/1991 | Takayama et al. |
| 5,133,351 | A | 7/1992 | Masaki |
| 5,143,063 | A | 9/1992 | Fellner |
| 5,186,181 | A | 2/1993 | Franconi et al. |
| 5,190,517 | A | 3/1993 | Zieve et al. |
| 5,230,334 | A | 7/1993 | Klopotek |
| 5,249,575 | A | 10/1993 | DiMino et al. |
| 5,282,797 | A | 2/1994 | Chess |
| 5,304,169 | A | 4/1994 | Sand |
| 5,315,994 | A | 5/1994 | Guibert et al. |
| 5,334,193 | A | 8/1994 | Nardella |
| 5,342,357 | A | 8/1994 | Nardella |
| 5,348,554 | A | 9/1994 | Imran et al. |
| 5,366,443 | A | 11/1994 | Eggers et al. |
| 5,370,642 | A | 12/1994 | Keller |
| 5,374,265 | A | 12/1994 | Sand |
| 5,423,807 | A | 6/1995 | Milder |
| 5,423,811 | A | 6/1995 | Imran et al. |
| 5,437,662 | A | 8/1995 | Nardella |
| 5,458,596 | A | 10/1995 | Lax et al. |
| 5,462,521 | A | 10/1995 | Brucker et al. |
| 5,464,436 | A | 11/1995 | Smith |
| 5,496,312 | A | 3/1996 | Klicek |
| 5,507,790 | A | 4/1996 | Weiss |
| 5,569,242 | A | 10/1996 | Lax et al. |
| 5,681,282 | A | 10/1997 | Eggers et al. |
| 5,683,366 | A | 11/1997 | Eggers et al. |
| 5,692,058 | A | 11/1997 | Eggers et al. |
| 5,693,045 | A | 12/1997 | Eggers |
| 5,697,281 | A | 12/1997 | Eggers et al. |
| 5,697,536 | A | 12/1997 | Eggers et al. |
| 5,697,882 | A | 12/1997 | Eggers et al. |
| 5,697,909 | A | 12/1997 | Eggers et al. |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2 609 245 | 7/1988 | |
| NZ | 266678 | 12/1997 | |
| WO | 92/19414 | 11/1992 | |
| WO | 93/13816 | 7/1993 | |
| WO | 94/26228 | 11/1994 | |
| WO | 96/27240 | 9/1996 | |
| WO | 96/27327 | 9/1996 | |
| WO | 96/32051 | 10/1996 | |
| WO | 96/34568 | 11/1996 | |
| WO | 96/39914 | 12/1996 | |
| WO | 97/18765 | 5/1997 | |
| WO | 97/18768 | 5/1997 | |
| WO | 68/03117 | 1/1998 | |
| WO | 98/03220 | 1/1998 | |

### OTHER PUBLICATIONS

Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414–420, Apr. 1979.

Pearce, et al. "Kinetic models of laser–tissue fusion processes", ISA, paper #93–044, pp. 355–360, (1993).

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersaPulse® Variable Pulse Width Frequency Doubled Neodymium: YAG Laser: A Case Report.

Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." *J. Dermatol Surg Oncol.* 1993; 19:74–80.

Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30, 1998, San Jose, CA.

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times.* 1995. 16(10).-



FIG. 1



FIG.2



FIG. 3



FIG. 4



FIG.5



FIG.6

US 6,381,498 B1

1

# METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE

## CROSS-REFERENCE TO RELATED CASES

The present application is a continuation of U.S. patent application Ser. No. 08/583,815 filed Jan. 5, 1996, which is a continuation of U.S. patent application Ser. No. 08/435, 822, filed May 5, 1995, having the same named inventor Edward W. Knowlton.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to a method and apparatus for shrinking skin tissue without damaging the melanocytes and other epithelial cells, and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve skin tightening through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environments of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical burn. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fibroblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with

2

the amino acid composition to give collagen its great strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturation without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspectives. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063 patent"). The method of the '063 patent targets adipose tissue which absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for nonsurgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method and apparatus for tightening skin without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for tightening skin with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

Yet another object of the invention is to provide an inverse thermal gradient from the epidermis to the underlying collagen tissue.

A further object of the invention is to provide a method and apparatus for creating a reverse thermal gradient from the epidermis through a subcutaneous layer of soft tissue.

Still a further object of the present invention is to provide a method and apparatus for tightening skin through the use of an RF energy source and an electrolytic solution which transfer RF energy from RF electrodes to the epidermis and underlying layers.

Yet another object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying

US 6,381,498 B1

3

melanocytes and other epithelial cells in the epidermis. The apparatus includes a porus membrane adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving a cooling fluid. One or more thermal electrodes are positioned in the membrane and transfer thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid create a reverse thermal gradient from the skins surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

A method for tightening skin comprises providing a membrane in a thermal energy source. A reverse thermal gradient is created which cools the surface of the skin while heating underlying collagen containing layers. The skin and underlying collagen containing tissue are then heated without substantially modifying the melanocytes and other epithelial cells in the epidermis. The result is a contraction of collagen tissue and a tightening of the skin.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focusing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focusing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focusing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that fat cells, and the melanocytes and other epithelial cells are minimally damaged.

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

4

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates an desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, noninvasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

US 6,381,498 B1

5

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extent of collagen in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 26 can be monopular or bipolar. In the monopular mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one ore more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of

6

porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focusing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focusing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focusing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application*, by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focusing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research*, Vol. 44, pp. 4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focusing can be achieved with the use of plural focusing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focusing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA*, Vol. 233, at 2198–2200.

Alternative radio frequency focusing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation*, Vol. 16, No. 5, September–October 1982, pp. 245–248.

It will be appreciated that focusing element 60 can be a convergent lens. Further, focusing element 60 can be positioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focusing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is positioned around a periphery of porous membrane 18, and supports focusing element 50 in relation to porous membrane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse

US 6,381,498 B1

7

thermal gradient is created which cools a surface of epidermis layer 12 while heating underlying collagen containing layers. Epidermis layer 12 as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer 12, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C, initiating from epidermis layer 12 to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C, and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer 12 to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer 12, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source 28 is an RF power source, an RF power source 28, feeds energy to an RF power generator 64 and then to RF electrodes 26. A multiplexer 66 measures current, voltage and temperature, at the numerous thermal sensors associated with each RF electrode 26. RF electrodes 26 can be individually measured. Multiplexer 66 is driven by a controller 68 which can be a digital or analog controller, or a computer with software. When controller 68 is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface 70 includes operator controls 72 and a display 74. Controller 68 can be coupled to different types of imaging systems including ultrasonic, thermal sensors 52, and impedance monitors 54.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors 52, and thermal sensors 76 contained within RF generator 64 measure voltage and current that is delivered to the desired treatment site. The output for these sensors is used by controller 68 to control the delivery of RF power. Controller 68 can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller 68 maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller 68, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control 68 or at RF generator 64, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller 68 result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopolar or bipolar energy delivery, (iv). electrolytic solution 20 delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface 22 as well as monitoring impedance to current flow at each RF electrode 26, indicating changes in current carrying capability of the tissue during the process. Further, controller 68 can provide multiplexing, monitor circuit continuity, and determine which RF electrode 26 is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors 52 can be thermistors which have a resistance that varies with temperature. Analog amplifier 78 can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer 80 to the input of an analog digital converter 82. The output of amplifier 78 is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter 82 to a microprocessor 84. Microprocessor 84 calculates the temperature or impedance of the tissue. Microprocessor 84 can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor 84 sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor 84 corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display 74. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor 84 with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display 74 and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor 84 can reduce the power level by RF generator 64, or de-energize the power delivered to any particular electrode. Controller 68 receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller 68 to display 74. If desired, the calculated surface temperature of epidermis layer 12 is compared with a temperature limit and a warning signal can be sent to display 74. Similarly, a control signal can be sent to RF power source 26 when temperature or impedance values exceed a predetermined level.

US 6,381,498 B1

**9**

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method of treating a skin surface with a wrinkle, the skin surface overlying a collagen containing tissue, comprising:

identifying a person having a skin surface with a wrinkle;

providing an energy source with an energy delivery surface;

positioning the energy delivery surface in contact with the skin surface;

producing energy from the energy source;

creating a reverse thermal gradient, wherein a temperature of the skin surface is less than a temperature of the collagen containing tissue; and

delivering energy through the skin surface to the collagen containing tissue and contract at least a portion of the collagen containing tissue with controlled cell necrosis, such that the depth of the wrinkle is reduced.

2. The method of claim 1, wherein delivering energy includes delivering RF energy from the energy source that is an RF energy source.

3. The method of claim 2, wherein positioning the energy delivery surface includes positioning an energy delivery surface of an RF electrode on the skin surface.

4. The method of claim 3, further comprising:

applying electrolytic media to the wrinkled skin from a source of electrolytic media coupled to the RF electrode.

5. The method of claim 1, wherein delivering energy includes delivering a sufficient amount of microwave energy to smooth the wrinkled skin surface.

6. The method of claim 1, wherein delivering energy includes delivering a sufficient amount of ultrasound energy to smooth the wrinkled skin surface.

7. The method of claim 1, wherein delivering energy includes delivering a sufficient amount energy through the skin surface to partially denature the collagen containing tissue site by cleaving heat labile cross-links of collagen molecules.

8. The method of claim 1, wherein creating a reverse thermal gradient includes providing a cooling medium to cool the skin surface.

9. The method of claim 1, wherein treating a wrinkled skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is in a subdermal layer.

**10**

10. The method of claim 1, wherein treating a wrinkled skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is in a deep dermal layer.

11. The method of claim 1, wherein treating a wrinkled skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is in a subcutaneous dermal layer.

12. The method of claim 1, wherein treating a wrinkled skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is facial and muscle tissue.

13. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the average temperature of the collagen containing tissue does not exceed 80 degrees C.

14. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the average temperature of the collagen containing tissue does not exceed 75 degrees C.

15. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the average temperature of the collagen containing tissue does not exceed 70 degrees C.

16. The method of claim 1, further comprising:

sensing a temperature of the skin surface during delivery of the energy through the skin surface.

17. The method of claim 1, further comprising:

sensing a temperature of the skin surface after delivery of the energy through the skin surface.

18. The method of claim 1, further comprising:

sensing a temperature of a tissue underlying the skin surface during the delivery of the energy through the skin surface.

19. The method of claim 1, further comprising:

sensing a temperature of a tissue underlying the skin surface after delivery of the energy through the skin surface.

20. The method of claim 1, further comprising:

sensing an impedance of the skin surface during delivery of the energy through the skin surface.

21. The method of claim 1, further comprising:

sensing an impedance of the skin surface after delivery of the energy through the skin surface.

22. The method of claim 1, further comprising:

sensing an impedance of a tissue underlying the skin surface during the delivery of the energy through the skin surface.

23. The method of claim 1, further comprising:

sensing an impedance of a tissue underlying the skin surface after the delivery of the energy through the skin surface.

\* \* \* \* \*

# EXHIBIT E

US006377855B1

(12) **United States Patent**  (10) **Patent No.:**   **US 6,377,855 B1**
Knowlton  (45) **Date of Patent:**   *Apr. 23, 2002

(54) **METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

(75) Inventor: **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/003,098**

(22) Filed: **Jan. 6, 1998**

**Related U.S. Application Data**

(63) Continuation of application No. 08/583,815, filed on Jan. 5, 1996, which is a continuation of application No. 08/435,822, filed on May 5, 1995, now Pat. No. 5,755,753.

(51) Int. Cl.[7] ............................. **A61F 2/00**; A61B 18/04

(52) **U.S. Cl.** .......................... **607/101**; 607/102; 606/33

(58) **Field of Search** ................. 607/96–104; 606/27–33

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,831,604 A | 8/1974 | Neefe | |
| 4,074,718 A | 2/1978 | Morrison | |
| 4,140,130 A | 2/1979 | Storm, III | |
| 4,164,226 A | 8/1979 | Tapper | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1 949 534 | 4/1970 |
| DE | 31 21 683 | 12/1982 |
| EP | 0 519 415 | 12/1992 |
| FR | 2 609 245 | 7/1988 |
| NZ | 266678 | 12/1997 |
| WO | 92/19414 | 11/1992 |
| WO | 93/13815 | 7/1993 |
| WO | 94/26228 | 11/1994 |
| WO | 96/27240 | 9/1996 |
| WO | 96/27327 | 9/1996 |

(List continued on next page.)

OTHER PUBLICATIONS

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 697–701, (1990).
Danielson, C. "Age–Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

(List continued on next page.)

*Primary Examiner*—Roy Gibson
(74) *Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

(57) **ABSTRACT**

A method and apparatus applies radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. A membrane is adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving cooling fluid. One or more thermal electrodes positioned in the membrane and transfers thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid creates a reverse thermal gradient from the skin surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

**20 Claims, 6 Drawing Sheets**



**US 6,377,855 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,290,435 A | 9/1981 | Waggott |
| 4,343,301 A | 8/1982 | Indech |
| 4,346,715 A | 8/1982 | Gammell |
| 4,375,220 A | 3/1983 | Matvias |
| 4,381,007 A | 4/1983 | Doss |
| 4,441,486 A | 4/1984 | Pounds |
| 4,545,368 A | 10/1985 | Rand et al. |
| 4,676,258 A | 6/1987 | Inokuchi et al. |
| 4,709,701 A | 12/1987 | Weber |
| RE32,849 E | 1/1989 | Wei et al. |
| 4,881,543 A | 11/1989 | Trembly et al. |
| 4,887,614 A | 12/1989 | Shirakami et al. |
| 4,889,122 A | 12/1989 | Watmough et al. |
| 4,944,302 A | 7/1990 | Hernandez et al. |
| 4,957,480 A | 9/1990 | Morenings |
| 4,962,761 A | 10/1990 | Golden |
| 4,976,709 A | 12/1990 | Sand |
| 5,003,991 A | 4/1991 | Takayama et al. |
| 5,133,351 A | 7/1992 | Masaki |
| 5,143,063 A | 9/1992 | Fellner |
| 5,186,181 A | 2/1993 | Franconi et al. |
| 5,190,517 A | 3/1993 | Zieve et al. |
| 5,230,334 A | 7/1993 | Klopotek |
| 5,249,575 A | 10/1993 | DiMino et al. |
| 5,282,797 A | 2/1994 | Chess |
| 5,304,169 A | 4/1994 | Sand |
| 5,315,994 A | 5/1994 | Guibert et al. |
| 5,334,193 A | 8/1994 | Nardella |
| 5,342,357 A | 8/1994 | Nardella |
| 5,348,554 A | 9/1994 | Imran et al. |
| 5,366,443 A | 11/1994 | Eggers et al. |
| 5,370,642 A | 12/1994 | Keller |
| 5,374,265 A | 12/1994 | Sand |
| 5,423,807 A | 6/1995 | Milder |
| 5,423,811 A | 6/1995 | Imran et al. |
| 5,437,662 A | 8/1995 | Nardella |
| 5,458,596 A | 10/1995 | Lax et al. |
| 5,462,521 A | 10/1995 | Brucker et al. |
| 5,464,436 A | 11/1995 | Smith |
| 5,496,312 A | 3/1996 | Klicek |
| 5,507,790 A | 4/1996 | Weiss |
| 5,569,242 A | 10/1996 | Lax et al. |
| 5,681,282 A | 10/1997 | Eggers et al. |
| 5,683,366 A | 11/1997 | Eggers et al. |
| 5,692,058 A | 11/1997 | Eggers et al. |
| 5,693,045 A | 12/1997 | Eggers |
| 5,697,281 A | 12/1997 | Eggers et al. |
| 5,697,536 A | 12/1997 | Eggers et al. |
| 5,697,882 A | 12/1997 | Eggers et al. |
| 5,697,909 A | 12/1997 | Eggers et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 96/32051 | 10/1996 |
| WO | 96/34568 | 11/1996 |
| WO | 96/39914 | 12/1996 |
| WO | 97/18765 | 5/1997 |
| WO | 97/18768 | 5/1997 |
| WO | 68/03117 | 1/1998 |
| WO | 98/03220 | 1/1998 |

### OTHER PUBLICATIONS

Danielson, C. "Thermal stability of reconstituted collagen fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269–278, (1981).

Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414–420, Apr. 1979.

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersaPulse® Variable Pulse Width Frequency Doubled Neodymium: YAG Laser: A Case Report.

Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." *J. Dermatol Surg Oncol*. 1993; 19:74–80.

Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30, 1998, San Jose, CA.

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times*. 1995. 16(10).

Fitzpatrick, R. "Treatment of Wrinkles with the UltraPulse $CO_2$ Laser".

Laser Aesthetics, Inc. "The Cool Touch Laser." Brochure.

Laser Aesthetics, Inc. "Cool Touch Model 130 Technical Specifications." Brochure.

National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.



FIG. 1



FIG.2



FIG.3



FIG. 4



FIG.5



FIG.6

US 6,377,855 B1

1

## METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE

### CROSS-REFERENCE TO RELATED CASES

The present application is a continuation of U.S. patent application Ser. No. 08/583,815 filed Jan. 5, 1996, which is a continuation of U.S. patent application Ser. No. 08/435,822, filed May 5, 1995 now U.S. Pat. No. 5,755,753, having the same named inventor Edward W. Knowlton.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

This invention relates generally to a method and apparatus for shrinking skin tissue without damaging the melanocytes and other epithelial cells, and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve skin tightening through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

#### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environments of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical burn. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fibroblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with

2

the amino acid composition to give collagen its great strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspectives. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063 patent"). The method of the '063 patent targets adipose tissue which absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

### SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method and apparatus for tightening skin without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for tightening skin with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

Yet another object of the invention is to provide an inverse thermal gradient from the epidermis to the underlying collagen tissue.

A further object of the invention is to provide a method and apparatus for creating a reverse thermal gradient from the epidermis through a subcutaneous layer of soft tissue.

Still a further object of the present invention is to provide a method and apparatus for tightening skin through the use of an RF energy source and an electrolytic solution which transfer RF energy from RF electrodes to the epidermis and underlying layers.

Yet another object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying

US 6,377,855 B1

3

melanocytes and other epithelial cells in the epidermis. The apparatus includes a porous membrane adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving a cooling fluid. One or more thermal electrodes are positioned in the membrane and transfer thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid create a reverse thermal gradient from the skins surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

A method for tightening skin comprises providing a membrane in a thermal energy source. A reverse thermal gradient is created which cools the surface of the skin while heating underlying collagen containing layers. The skin and underlying collagen containing tissue are then heated without substantially modifying the melanocytes and other epithelial cells in the epidermis. The result is a contraction of collagen tissue and a tightening of the skin.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focussing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focussing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focussing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that thermal destruction fat cells, and the melanocytes and other epithelial cells are minimally damaged.

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

4

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates an desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, noninvasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

US 6,377,855 B1

5

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer **12**, to papillary dermis layer **32**, to reticular dermis layer **34**, to subcutaneous layer **35**, as well as to underlying soft tissue **36**. The extent of collagen in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen tissue begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. **3** illustrates (i). native collagen network **40**, (ii). collagen **42** under isometric conditions, (iii). collagen network without any restraint (iv). collagen network **46** under isometric tension as long as the nodes are stable, and (v). collagen network **48** under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes **26** are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source **28** is then an RF generator. Electrolytic solution **20** is introduced into porous membrane **18** and passes by RF electrodes **26**. Electrolytic solution **20** transfers RF power from RF electrodes **28** to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes **26** can be monopular or bipolar. In the monopular mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface **22** can be one ore more thermal sensors **52**, as well as one or more impedance monitors **54**. Thermal sensors **52** permit accurate determination of the surface temperature of epidermis layer **12**.

Electrolytic solution **20** can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane **18** can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane **18** can be made of a material which permits controlled delivery of electrolytic solution **20** to epidermis layer **12**. Porous membrane **18** can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Sentinal Products Corp., Hyannis, Mass, and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones **56** can be formed around RF electrodes **26**. Each pocket **56** has a lower porosity for the flow of electrolytic solution **20** than all other sections of

6

porous membrane **18**. Differences in porosity can be achieved with different types of materials which form porous membrane **18**. Electrolytic solution **20** is retained in pockets **56** longer than in non-pocket sections of porous membrane **18**, and there is a greater transfer of RF energy to electrolytic solution **20**, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane **18** passing in the vicinity of cooling lumen **24**, in order to create a lower temperature at epidermis layer **12** and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus **58** for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus **58** of FIG. 4, includes a porous membrane **18**, electrolytic solution **20**, a contacting exterior surface **22**, a cooling lumen, thermal electrodes **26**, a thermal power source **28**, an electrolytic solution source **30**, one or more thermal sensors **52**, as well as one or more impedance monitors **54**. Apparatus **58** also includes a focussing element **60** which focuses thermal energy from electrolytic solution **20** to the underlying collagen tissue. Focussing element **60** and electrolytic solution **20** create a reverse thermal gradient from epidermis layer **12** to the underlying collagen tissue **14**. Focussing element **62** can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application,* by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research,* Vol. 44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer **12** for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA,* Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation,* Vol. 16, No. 5, September–October 1982, pp.245–248.

It will be appreciated that focussing element **60** can be a convergent lens. Further, focussing element **60** can be positioned in porous membrane **18**, and at the exterior **16** between epidermis layer **12** and porous membrane **18**. Further, a coupling device **62** can be included which couples focussing element **60** with porous membrane **18**. In one embodiment, coupling device **62** is a bracket which is positioned around a periphery of porous membrane **18**, and supports focussing element **50** in relation to porous membrane **18**.

In the method for tightening skin, porous membrane **18** and thermal energy source **26** are provided. A reverse

US 6,377,855 B1

7

thermal gradient is created which cools a surface of epidermis layer **12** while heating underlying collagen containing layers. Epidermis layer **12** as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer **12**, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C., initiating from epidermis layer **12** to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C., and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer **12** to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer **12**, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source **28** is an RF power source, an RF power source **28**, feeds energy to an RF power generator **64** and then to RF electrodes **26**. A multiplexer **66** measures current, voltage and temperature, at the numerous thermal sensors associated with each RF electrode **26**. RF electrodes **26** can be individually measured. Multiplexer **66** is driven by a controller **68** which can be a digital or analog controller, or a computer with software. When controller **68** is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface **70** includes operator controls **72** and a display **74**. Controller **68** can be coupled to different types of imaging systems including ultrasonic, thermal sensors **52**, and impedance monitors **54**.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors **52**, and thermal sensors **76** contained within RF generator **64** measure voltage and current that is delivered to the desired treatment site. The output for these sensors is used by controller **68** to control the delivery of RF power. Controller **68** can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller **68** maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller **68**, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control **68** or at RF generator **64**, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller **68** result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopolar or bipolar energy delivery, (iv). electrolytic solution **20** delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface **22** as well as monitoring impedance to current flow at each RF electrode **26**, indicating changes in current carrying capability of the tissue during the process. Further, controller **68** can provide multiplexing, monitor circuit continuity, and determine which RF electrode **26** is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. **6**. Thermal sensors **52** can be thermistors which have a resistance that varies with temperature. Analog amplifier **78** can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer **80** to the input of an analog digital converter **82**. The output of amplifier **78** is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter **82** to a microprocessor **84**. Microprocessor **84** calculates the temperature or impedance of the tissue. Microprocessor **84** can be a type **6800**. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor **84** sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor **84** corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display **74**. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor **84** with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display **74** and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor **84** can reduce the power level by RF generator **64**, or de-energize the power delivered to any particular electrode. Controller **68** receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller **68** to display **74**. If desired, the calculated surface temperature of epidermis layer **12** is compared with a temperature limit and a warning signal can be sent to display **74**. Similarly, a control signal can be sent to RF power source **26** when temperature or impedance values exceed a predetermined level.

US 6,377,855 B1

9

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method of treating a loose skin surface overlying a collagen containing tissue site, comprising:

identifying a person suspected of having the loose skin surface;

providing an energy source with an energy delivery surface;

positioning the energy delivery surface on the loose skin surface;

producing energy from the energy source;

creating a reverse thermal gradient, wherein a temperature of the skin surface is less than a temperature of the collagen containing tissue; and

delivering a sufficient amount of energy through the skin surface to contract at least a portion of the collagen containing tissue to tighten the loose skin surface.

2. The method of claim 1, wherein delivering energy includes delivering a sufficient amount of energy through the loose skin surface without creating a substantial cell necrosis in the loose skin surface.

3. The method of claim 1, wherein delivering energy includes delivering RF energy from the energy source that is an RF energy source.

4. The method of claim 3, wherein positioning the energy delivery surface includes positioning an energy delivery surface of an RF electrode on the loose skin surface.

5. The method of claim 4, further comprising: applying electrolytic media to the loose skin surface from a source of electrolytic media coupled to the RF electrode.

6. The method of claim 5, wherein applying electrolytic media includes applying an electrolytic solution to the loose skin surface.

7. The method of claim 5, wherein applying electrolytic media includes applying an electrolytic gel to the loose skin surface.

8. The method of claim 1, wherein delivery energy includes delivering a sufficient amount of microwave energy to tighten the loose skin surface.

10

9. The method of claim 1, wherein delivery energy includes delivering a sufficient amount of ultrasound energy to tighten the loose skin surface.

10. The method of claim 1, wherein delivering energy includes delivering a sufficient amount of energy through the skin surface to partially denature the collagen containing tissue by cleaving heat labile cross-links of collagen molecules.

11. The method of claim 1, wherein creating a reverse thermal gradient includes providing a cooling medium to cool the loose skin surface.

12. The method of claim 1, wherein treating a loose skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is in a subdermal layer.

13. The method of claim 1, wherein treating a loose skin surface overlying a collagen containing tissue site include contracting a portion of the collagen containing tissue site that is in a deep dermal layer.

14. The method of claim 1, wherein treating a loose skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is in a subcutaneous dermal layer.

15. The method of claim 1, wherein treating a loose skin surface overlying a collagen containing tissue site includes contracting a portion of the collagen containing tissue site that is facial and muscle tissue.

16. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the average temperature of the collagen containing tissue does not exceed 80 degrees C.

17. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the average temperature of the collagen containing tissue does not exceed 75 degrees C.

18. The method of claim 1, wherein delivery energy includes delivering sufficient amount of energy such that the temperature of the collagen containing tissue does not exceed 70 degrees C.

19. The method of claim 1, further comprising:

detecting a temperature of the skin surface.

20. The method of claim 19, wherein delivering energy to the collagen containing tissue site includes delivering a sufficient amount of energy to the tissue site in response to the detected temperature of the skin surface to tighten the loose skin surface.

*  *  *  *  *

# EXHIBIT F



US006241753B1

(12) **United States Patent**
Knowlton

(10) **Patent No.:** **US 6,241,753 B1**
(45) **Date of Patent:** *****Jun. 5, 2001**

(54) **METHOD FOR SCAR COLLAGEN FORMATION AND CONTRACTION**

(75) Inventor: **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/583,815**

(22) Filed: **Jan. 5, 1996**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/435,822, filed on May 5, 1995, now Pat. No. 5,755,753.

(51) **Int. Cl.**[7] ...................................... **A61F 7/00**
(52) **U.S. Cl.** ........................... **607/99**; 128/898; 607/96; 607/97; 607/98; 607/99; 607/100; 607/101; 607/102; 607/103; 607/104; 607/105; 600/21; 600/22; 600/23; 600/24; 600/25; 600/26; 600/27; 600/28
(58) **Field of Search** ........................ 128/898; 606/27–34, 606/40–52; 607/96–105, 108–114

(56) **References Cited**

U.S. PATENT DOCUMENTS

Re. 32,849    1/1989    Wei et al. .
3,831,604    8/1974    Neefe .

| 4,074,718 | 2/1978 | Morrison . |
| 4,140,130 | 2/1979 | Storm, III . |
| 4,164,226 | 8/1979 | Tapper . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| 1 949 534 | 4/1970 | (DE) . |
| 31 21 683 | 12/1982 | (DE) . |
| 0 519 415 | 12/1992 | (EP) . |
| 2 609 245 | 7/1988 | (FR) . |
| 266678 | 12/1997 | (NZ) . |

(List continued on next page.)

OTHER PUBLICATIONS

Adrian, R. M. Treatment of Facial Telangiectasia Using the VersaPulse® Variable Pulse Width Frequency Doubled Neodymium: YAG Laser: A Case Report.
Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telagiestasia of the Lower Extremities."*J. Dermatol Surg Oncol.* 1993; 19:74–80.

(List continued on next page.)

*Primary Examiner*—David M. Shay
(74) *Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

(57) **ABSTRACT**

A method is disclosed for forming and contracting scar collagen below a tissue surface in a selected tissue site. An electromagnetic energy apparatus is provided and includes an electromagnetic energy source and a delivery device. The delivery device is positioned on the tissue surface. Electromagnetic energy is produced from the electromagnetic energy source and delivered through the tissue surface to the selected tissue site for a sufficient time to induce scar collagen formation in the selected tissue site. No more than a second degree burn is formed on the tissue surface. The scar collagen is then contracted. This method is particularly useful in tissue sites that are devoid or deficient in collagen.

**23 Claims, 6 Drawing Sheets**



## US 6,241,753 B1
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,290,435 | 9/1981 | Waggott . | |
| 4,343,301 | 8/1982 | Indech . | |
| 4,346,715 | 8/1982 | Gammell . | |
| 4,375,220 | 3/1983 | Matvias . | |
| 4,381,007 * | 4/1983 | Doss ........................................ | 606/5 |
| 4,441,486 | 4/1984 | Pounds . | |
| 4,545,368 | 10/1985 | Rand et al. . | |
| 4,676,258 | 6/1987 | Inokuchi et al. . | |
| 4,709,701 | 12/1987 | Weber . | |
| 4,881,543 | 11/1989 | Trembly et al. . | |
| 4,887,614 | 12/1989 | Shirakami et al. . | |
| 4,889,122 | 12/1989 | Watmough et al. . | |
| 4,944,302 | 7/1990 | Hernandez et al. . | |
| 4,957,480 | 9/1990 | Morenings ............................... | 604/20 |
| 4,962,761 | 10/1990 | Golden ................................. | 128/400 |
| 4,976,709 | 12/1990 | Sand ........................................ | 606/5 |
| 5,003,991 | 4/1991 | Takayama et al. ................... | 128/784 |
| 5,133,351 | 7/1992 | Masaki ............................. | 128/419 R |
| 5,143,063 | 9/1992 | Fellner ............................... | 128/399 |
| 5,186,181 | 2/1993 | Franconi et al. .................. | 128/804 |
| 5,190,517 | 3/1993 | Zieve et al. .......................... | 604/22 |
| 5,230,334 | 7/1993 | Klopotek ............................. | 128/399 |
| 5,249,575 | 10/1993 | DiMino et al. ..................... | 607/150 |
| 5,282,797 | 2/1994 | Chess . | |
| 5,304,169 | 4/1994 | Sand ........................................ | 606/5 |
| 5,315,994 | 5/1994 | Guibert et al. ...................... | 607/101 |
| 5,334,193 | 8/1994 | Nardella . | |
| 5,342,357 | 8/1994 | Nardella . | |
| 5,348,554 | 9/1994 | Imran et al. . | |
| 5,366,443 | 11/1994 | Eggers et al. . | |
| 5,370,642 | 12/1994 | Keller ................................... | 606/9 |
| 5,374,265 | 12/1994 | Sand ..................................... | 606/5 |
| 5,423,807 | 6/1995 | Milder ................................ | 606/20 |
| 5,423,811 | 6/1995 | Imran et al. . | |
| 5,437,662 | 8/1995 | Nardella . | |
| 5,458,596 * | 10/1995 | Lax et al. ............................ | 606/31 |
| 5,462,521 | 10/1995 | Brucker et al. ..................... | 604/20 |
| 5,464,436 | 11/1995 | Smith . | |
| 5,496,312 | 3/1996 | Klicek . | |
| 5,507,790 | 4/1996 | Weiss . | |
| 5,569,242 | 10/1996 | Lax et al. . | |
| 5,681,282 | 10/1997 | Eggers et al. . | |
| 5,683,366 | 11/1997 | Eggers et al. . | |
| 5,692,058 | 11/1997 | Eggers et al. . | |
| 5,693,045 | 12/1997 | Eggers . | |
| 5,697,281 | 12/1997 | Eggers et al. . | |
| 5,697,536 | 12/1997 | Eggers et al. . | |
| 5,697,882 | 12/1997 | Eggers et al. . | |
| 5,697,909 | 12/1997 | Eggers et al. . | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO 92/19414 | 11/1992 | (WO) . | |
| 93/13816 | 7/1993 | (WO) . | |
| 94/26228 | 11/1994 | (WO) . | |
| 96/27240 | 9/1996 | (WO) . | |
| 96/27327 | 9/1996 | (WO) . | |
| 96/32051 | 10/1996 | (WO) . | |
| 96/34568 | 11/1996 | (WO) . | |
| 96/39914 | 12/1996 | (WO) . | |
| 97/18765 | 5/1997 | (WO) . | |
| 97/18768 | 5/1997 | (WO) . | |
| 98/03117 | 1/1998 | (WO) . | |
| 98/03220 | 1/1998 | (WO) . | |

### OTHER PUBLICATIONS

Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24–30, 1998, San Jose, CA.

Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times.* 1995. 16(10).

Fitzpatrick, R. "Treatment of Wrinkles with the UltraPulse $CO_2$ Laser.".

Laser Aesthetics, Inc. "The Cool Touch Laser." Brochure.

Laser Aesthetics, Inc. "Cool Touch Model 130 Technical Specifications." Brochure.

National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 127–133, (1990).

Danielson, C. "Age–Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol 15, pp. 269–278, (1981).

Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414–420, Apr. 1979.

Pearce, et al. "Kinetic models of laser–tissue fusion processes", ISA, paper #93–044, pp. 355–360, (1993).

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

FIG.4

FIG.5

FIG.6

US 6,241,753 B1

1

# METHOD FOR SCAR COLLAGEN FORMATION AND CONTRACTION

## CROSS-REFERENCE TO RELATED CASES

The present application is a continuation-on-part of U.S. patent application Ser. No. 08/435,822, filed May 5, 1995 now U.S. Pat. No. 5,755,753, issued on May 26, 1998, entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue", having the same named inventor Edward W. Knowlton, incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to a method for creating scar collagen, and more particularly to a method for initiating the formation and healing of scar collagen or bony callus, and subsequently remodelling the scar collagen or bony callus.

### 2. Description of Related Art

The skin is composed of two basic elements, the epidermis and the underlying dermis. The underlying dermis provides the main structural support of the skin. The epidermis contains the epithelial cells and pigment forming cells called melanocytes. The dermis varies in thickness throughout the body. For instance, the skin is 25 times thicker on the back than on the eyelid.

The dermis is composed mainly of an extracellular protein called collagen. Collagen exists as a triple helix with three polypeptide chains that are connected with heat labile and heat stable chemical bonds. When collagen is heated, alterations in the physical properties of this protein occur at a characteristic temperature. This structural transition occurs at a specific shrinkage temperature.

The phenomenon of thermal shrinkage of collagen begins with a denaturation of the triple helix of the collagen molecule. Thermal energy severs the heat labile bonds that stabilize the triple stranded helix. As a result, the longitudinal axis of the molecule contracts. Partial denaturization of collagen tissue occurs in second degree burns and is typically applied as a standard thermal gradient that is hotter on the surface and cooler in the underlying dermis. In burn patients, partial denaturization of dermal collagen provides a tightening effect on the skin. By applying a reverse thermal gradient which cools the surface of the skin while heating the underlying collagen-containing layers, contraction of collagen in the absence of a second degree burn (and its inherent blistering and pigmentary irregularities) is possible. Because collagen is found in tendon, bone, cartilage and all other connective tissue throughout the body, reverse thermal gradient contraction of collagen can have many applications.

The selective induction of the basic wound healing process serves as the basis for the second major application of thermal shrinkage of collagen. In higher developed animal species, the wound healing response to injury involves an initial inflammatory process that subsequently leads to the deposition of scar tissue. The initial inflammatory response consists of the infiltration by white blood cells or leukocytes that dispose of cellular debris. Forty-eight hours later, proliferation of fibroblasts at the injured site occurs. These cells then produce scar collagen that functions as the main support structure of a healed wound. The deposition and subsequent remodeling of this nascent scar collagen provides the means to alter the consistency and geometry of soft tissue for both aesthetic and reconstructive purposes.

There exists an aesthetic need to contract skin without the scars, surgical risks or pigmentary side effects of commonly

2

employed technique. These techniques include surgical resection of skin and the use of lasers and chemical peels to achieve a tighter, more youthful skin appearance. Understandably, many patients are hesitant to subject themselves to these procedures, even though an overall aesthetic improvement is likely.

Skin resection procedures are limited in their application due to inherent scars. With face-lift procedures, scars can be hidden around the contour of the ear, thus providing an acceptable trade-off between the surgical scar and the aesthetic improvement. Surgical resection of skin on the hips, thighs, arms, knees and legs, however, provides only a modest improvement with fairly unsightly scarring. In addition, patients must undergo a post-operative phase of healing that may be both painful and inconvenient. Other risk factors, such as bleeding and infection, may prolong healing.

Liposuction is effective at removing fat in some areas, however, it does not tighten the skin envelope. Skin resurfacing techniques that secondarily tighten excess skin (such as laser and chemical peels) employ a standard thermal gradient that requires burning off the superficial skin as a second degree burn. The thermal effects of collagen contraction in the deeper dermis occur, but require a painful healing phase due to the second degree burn. These modalities depend upon reepithelialization with cell migration from the skin appendages. This process of reepithelialization is similar to the healing of any thermal burn and is more likely to cause pigmentary irregularities due to the destruction of melanocytes in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small loculations by connective collagen tissue serving as the fibrous septae.

There exists a need for subcutaneously contracting of collagen without surgical scarring or pigmentary side effects of more invasive techniques. There is a further need for subcutaneously inducing the formation and contraction of scar collagen in a selected tissue site while creating no deeper than a second degree burn on the surface of the selected tissue site.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method for thermal remodelling and contraction of collagen without surgical scarring or pigmentary side effects.

Another object of the present invention is to provide a method for inducing the formation and contraction of scar collagen.

A further object of the present invention is to provide a method for inducing the formation and contraction of scar collagen in a selected tissue site while creating no deeper than a second degree burn on the surface of the selected tissue site.

Yet another object of the present invention is to provide a method for inducing the formation and contraction of bony callus in periosteum tissue.

Still a further object of the present invention is to provide a method for contracting collagen tissue no deeper than a second degree burn formed on a tissue surface overlying the contracted collagen tissue, and preferably no deeper than a first degree burn.

These and other objects of the invention are provided in a method for forming and contracting scar collagen below a tissue surface in a selected tissue site. An electromagnetic

US 6,241,753 B1

3

energy apparatus is provided and includes an electromagnetic energy source and a delivery device. The delivery device is positioned on the tissue surface. Electromagnetic energy is produced from the electromagnetic energy source and delivered through the tissue surface to the selected tissue site for a sufficient time to induce scar collagen formation in the selected tissue site. No deeper than a second degree burn is formed on the tissue surface. The scar collagen is then contracted. This method is particularly useful in soft tissue sites that are devoid or deficient in collagen.

In another embodiment, a method is disclosed for forming callus deposition in a selected periosteum tissue site. An electromagnetic energy apparatus is provided and includes an electromagnetic energy source and a delivery device. The delivery device is positioned on a tissue surface of the selected periosteum tissue site. Electromagnetic energy is produced from the electromagnetic energy source. Electromagnetic energy is transcutaneously delivered from the delivery device, through the tissue surface, and to the selected periosteum tissue site for a sufficient time to induce callus formation in the selected periosteum tissue site. After scar collagen formation the callus is then contracted.

Suitable applications for the methods of the present invention include but are not limited to, tightening and firming soft tissue, unstable joints due to collateral ligament laxity, the treatment of unstable spinal column disorders, treatment of weaknesses of the abdominal wall, treatment of other connective tissues, esophageal hernia with reflux, urinary incontinence in women, dysdynamic segments of the myrocardium and other aneurysmal dilatations of the vessel, sleep apnea, laxity and wrinkling of the skin, and the like.

Wrinkling of the skin occurs as a consequence of inadequate support of the epidermis. The induction of scar collagen deposition is used for the treatment of wrinkles. Improved skin turgor is accomplished by first replenishing the collagen matrix that has been lost with aging. Following the deposition of nascent scar collagen in the dermis, contraction of collagen with a reverse thermal gradient corrects wrinkling of the skin without resorting to resurfacing techniques that require the application of a standard thermal gradient burn to the skin. This is achieved without undergoing a lengthy post-operative healing process. Bleeding and infection is reduced. Second degree burns to the superficial skin are minimized. The melanocytes are not damaged and pigmentary irregularities are avoided.

One apparatus used to create the reverse thermal gradient is a combined heating pad that has both cooling elements and electromagnetic delivery devices. The heating pad is configured to the topography of the treatment area and is incorporated into an elastic garment. Partial denaturization of collagen with contraction of skin is achieved with each treatment. Thermal transducers measure the surface temperature of the treatment area to avoid blistering. In one embodiment the deeper dermis is heated to above 65 degrees for collagen contraction. The temperature can vary depending on local tissue factors. Sequential treatments are designed to allow for more precision of the end result. Areas of application are not confined by requirements to either hide surgical incisions or transition along aesthetic boundaries.

Because scarring and pigmentary irregularities are avoided, skin or other tightening occurs in areas previously considered "off-limits" to standard methods of surgical resection, laser and chemical resurfacing. Skin tightening with a reverse thermal gradient contraction of collagen can correct areas including but not limited to the thighs, knees,

4

arms, back and hips without unsightly scarring of standard techniques. In addition, areas previously corrected by aesthetic procedures, such as face and neck lifts, can be corrected without requiring surgery or the typical incisions around the ear. Elastosis or stretching of the abdominal skin from pregnancy can be corrected without the extensive incision of an abdominoplasty. The method of the present invention can also be used for mastopexies or breast uplifts.

The fibrous septae in subcutaneous fat layers can be contracted to tighten the soft tissue. Along with the extracellular effects of collagen, intracellular effects upon the fat cell, or lipocyte, by thermal induction cause a net reduction of fat in the lipocyte which achieves a net reduction in volume of the treated area. A second thermal device is used in tandem with the initial thermal device to achieve liposculpture of the treated area. The second device can be designed with a convergent lens that is focused at the appropriate level on the subcutaneous tissue.

A variety of electromagnetic energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying electromagnetic energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying electromagnetic energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

DETAILED DESCRIPTION

For purposes of this specification, the following definitions apply.

Pre-existing collagen is the protein substance normally present in the white fibers (collagenous fibers) of skin, tendon, bone cartilage and all other connective tissue.

Thermal induction of scar collagen deposition is a nonablative neosynthetic process of collagen deposition as a reaction to inflammation induced by thermal injury. The resulting scar collagen is frequently referred to as nascent, as opposed to pre-existing.

Standard thermal gradient is the thermal content of tissue that is greater on the skin surface.

Reverse thermal gradient is, (i) the application of electromagnetic energy to alter the biophysical properties of collagen, i.e., contraction, with minimal blistering of the tissue surface, (ii) a gradient in which the tissue surface temperature is cooler than the underlying collagen tissue, (iii) conditions in which a standard thermal gradient is reduced or equalized in temperature between the tissue surface and the underlying collagen, or (iv) monitoring the

US 6,241,753 B1

5

heat content (temperature and exposure duration) of the tissue surface to avoid blistering during treatment, regardless of the tissue surface temperature relative to the underlying collagen tissue.

Transcutaneously means that the delivery device delivers electromagnetic energy directly through the tissue surface.

Percutaneously means that the delivery device is inserted through the skin or the tissue surface through an endoscope, arthroscope, and the like.

Transmucosal means that the delivery device delivers electromagnetic energy directly through the mucosal surface.

Permucosal means that a delivery device is inserted through a mucosal surface through an endoscope, arthroscope, and the like.

A first degree burn means a burn that involves only the epidermis. It is characterized by erythema.

A second degree burn means a burn that destroys the epithelium and a variable portion of the dermis.

A third degree burn means a burn that destroys the entire thickness of skin, including the epithelium and dermis.

The present invention provides a method for forming and contracting scar collagen below a tissue surface in a selected tissue site. The formation or induction of scar collagen formation can be done transcutaneously, with a reverse thermal gradient, percutaneously, transmucosally, permucosally, or through a device including but not limited to an endoscope. An electromagnetic energy apparatus is provided and includes an electromagnetic energy source and a delivery device. The delivery device is positioned on the tissue surface. Electromagnetic energy is produced from the electromagnetic energy source and delivered through the tissue surface to the selected tissue site for a sufficient time to induce scar collagen formation in the selected tissue site. No deeper than a second degree burn is formed on the tissue surface. The scar collagen is subsequently contracted. This method is particularly useful in soft tissue sites that are devoid or deficient in collagen.

In another embodiment, a method is disclosed for forming callus deposition in a selected periosteum tissue site. An electromagnetic energy apparatus is provided and includes an electromagnetic energy source and a delivery device. The delivery device is positioned on a tissue surface of the selected periosteum tissue site. Electromagnetic energy is produced from the electromagnetic energy source. Electromagnetic energy is delivered from the delivery device, through the tissue surface, and to the selected periosteum tissue site for a sufficient time to induce callus formation in the selected periosteum tissue site. The callus is subsequently contracted. The method for forming callus can be done transcutaneously, with a reverse thermal gradient, percutaneously, transmucosally permucosally, or through a device including but not limited to an endoscope.

The methods of the present invention use an electromagnetic energy source to apply electromagnetic energy to a selected tissue site. The electromagnetic energy can be delivered transcutaneously, with a reverse thermal gradient, percutaneously, transmucosally, permucosally, or through a device including but not limited to an endoscope. The electromagnetic energy induces scar collagen formation in tissue sites that, (i) have pre-existing collagen, (ii) are deficient in pre-existing collagen, or (iii) lack pre-existing collagen. Following the formation of the scar collagen, the application of electromagnetic energy contracts the scar collagen.

6

Additionally, the methods of the present invention provide for the contraction of collagen tissue underlying a tissue surface area. The overlying layer of tissue is not ablated. No deeper than a second degree burn is produced in the overlying layer of tissue, and preferably no deeper than a first degree burn.

Suitable applications for the methods of the present invention include but are not limited to, tightening and firming soft tissue, treatment of unstable joints due to collateral ligament laxity, the treatment of unstable spinal column disorders, treatment of weaknesses of the abdominal wall, treatment of other connective tissues, esophageal hernia with reflux, urinary incontinence in women, dysdynamic segments of the myrocardium and other aneurysmal dilatations of the vessels, sleep apnea, laxity and wrinkling of the skin, and the like.

Laxity and wrinkling of the skin occurs as a consequence of inadequate support of the epidermis. The induction of scar collagen deposition is used for the treatment of wrinkles. Improved skin turgor is accomplished by first replenishing the collagen matrix that has been lost with aging. Following the deposition of nascent scar collagen in the dermis, contraction of collagen with a reverse thermal gradient corrects the laxity and wrinkling of the skin without resorting to resurfacing techniques that require the application of a standard thermal gradient burn to the skin. This is achieved without undergoing a lengthy post-operative healing process. Bleeding and infection are reduced. Second degree burns to the superficial skin are minimized. The melanocytes are not damaged and pigmentary irregularities are avoided.

In one embodiment, skin tightening with a reverse thermal gradient contraction of collagen corrects areas such as the thighs, knees, arms, back, face and neck lifts, and hips without unsightly scarring. Elastosis, or stretching of the abdominal skin from pregnancy is corrected without the long scar commonly associated with an abdominoplasty. Breast uplifts, i.e., mastoplexies, no longer require extensive incisions.

Thermal remodeling of collagen can occur with both native (dermal) collagen and collagen produced as part of the healing process. Wound healing involves an initial inflammatory stage that is followed by a period of rapid nascent collagen production that morphologically appears as a scar. The biophysical properties of collagen are the same regardless of its origin.

One apparatus used to create the reverse thermal gradient is a composite heating pad that has both cooling elements and electromagnetic delivery devices. The heating pad is configured to the topography of the treatment area and is incorporated into an elastic garment. Partial denaturization of collagen is achieved with each treatment. Thermal transducers measure the surface temperature of the treatment area to avoid blistering. In one embodiment the deeper dermis is heated to above 65 degrees for collagen contraction. Sequential treatments are designed to allow for more precision of the end result. Areas of application are not confined by requirements to either hide surgical incisions or transition along aesthetic boundaries.

Various types of electromagnetic energy can be utilized with the present invention. Electromagnetic energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable electromagnetic energy sources include, but are not limited to RF, microwave, ultrasound, laser and the like.

Referring now to FIG. 1, an apparatus 10 applies electromagnetic energy through a skin layer 12, such as the

US 6,241,753 B1

7

epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more electromagnetic electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, electromagnetic electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, electromagnetic electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

An electromagnetic power source 28 is coupled to electromagnetic electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

In one method of the present invention, collagen tissue in a dermis underlying the epidermis of the skin is transcutaneously contracted with the use of a thermal heating apparatus. Electromagnetic energy is transcutaneously delivered through the epidermis to the underlying dermis. Fibroblast proliferation is initiated in the underlying dermis. Scar collagen is formed in the underlying dermis. The scar collagen is subsequently contracted and the skin is tightened.

In another embodiment, a method is provided for contracting collagen tissue in a subcutaneous fat layer through an overlying epidermis layer. A thermal heating apparatus produces electromagnetic energy. The electromagnetic energy can be delivered transcutaneously, with a reverse thermal gradient, percutaneously, transmucosally permucosally, or through a device including but not limited to an endoscope. The electromagnetic energy is directed through the epidermis to the underlying subcutaneous fat layer. Fibroblast proliferation is initiated in the subcutaneous fat layer. Scar collagen is formed and then tightened.

With referenced now to FIG. 2, electromagnetic energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extent of collagen in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~10% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturization of the triple helix structure of the collagen fibers. This occurs when electromagnetic energy is applied to the collagen tissue causing the hydrolysis of heat labile cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

Electromagnetic electrodes 26 can be RF electrodes comprising a single electrode, or a plurality which can form a

8

segmented flexible circuit. Electromagnetic power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturization of the collagen molecule.

Generally, RF electrodes 26 can be monopolar or bipolar. In the monopolar mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one ore more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

In a skin contracting method of the present invention, a tighter, more youthful skin envelope is achieved. This is accomplished without undergoing a lengthy post-operative healing process. Bleeding and infection is reduced. Second degree burns to the superficial skin are minimized. The melanocytes are not damaged and pigmentary irregularities are avoided.

Because scarring and pigmentary irregularities are avoided, skin or other tightening occurs in areas previously considered "off-limits" to standard methods of surgical resection, laser and chemical resurfacing. Skin tightening with a reverse thermal gradient contraction of collagen can correct areas including but not limited to the thighs, knees,

US 6,241,753 B1

9

arms, back and hips without unsightly scarring of standard techniques. In addition, areas previously corrected by aesthetic procedures, such as face and neck lifts, can be corrected without requiring surgery or the typical incisions around the ear. Elastosis or stretching of the abdominal skin from pregnancy can be corrected without the extensive incision of an abdominoplasty. The method of the present invention can also be used for mastopexies or breast uplifts.

The fibrous septae in subcutaneous fat layers can be contracted to tighten the soft tissue. Along with these extracellular effects of collagen, intracellular thermal induction effects upon the fat cell or lipocyte results in a net egress of fat from the lipocyte which achieves a net reduction of volume of the treated area. A second thermal device is used in tandem with the initial thermal device to achieve liposculpture of the treated area. The second device can be designed with a convergent lens that is focused at the appropriate level on the subcutaneous tissue.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, electromagnetic electrodes 26, an electromagnetic power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focussing element 60 which focuses electromagnetic energy from electrolytic solution 20 to the underlying collagen tissue. Focussing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focussing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application,* by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hyperthermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research,* Vol. 44, pp. 4736–4744, October 1984.

Radio frequencies can be the electromagnetic energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA,* Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation,* Vol. 16, No. 5, September–October 1982, pp. 245–248.

It will be appreciated that focussing element 60 can be a convergent lens. Further, focussing element 60 can be positioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focussing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is

10

positioned around a periphery of porous membrane 18, and supports focussing element 50 in relation to porous membrane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse thermal gradient is created which cools a surface of epidermis layer 12 while heating underlying collagen containing layers. Epidermis layer 12 as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer 12, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labile cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in various embodiments, the reverse thermal gradient has a tissue surface temperature range from about 40 to 60 degrees C., and a selected underlying tissue site temperature, i.e., where scar collagen is formed or where collagen is contracted, of about 60 to 80 degrees C. In other embodiments, when the reverse thermal gradient is a diminished or equalized standard thermal gradient the temperature ranges can be much broader.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer 12 to the desired underlying loculation of fat layer. Sufficient electromagnetic energy is supplied through epidermis layer 12, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Electromagnetic energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intracellular fat with diminished destruction of fat cells.

In yet another embodiment of the invention, thermal induction of osteoblasts in the periosteum results in callus (calcium matrix) deposition. Callus contains a higher percentage of collagen than mature bone and subsequent remodeling with thermal contraction is possible. Maturation of the remodelled callus with calcium deposition results in stable bony fusion of treated areas.

Without limitation, power source 28 can be an RF source. RF power source 28 feeds energy to an RF power generator 64 and then to RF electrodes 26. A multiplexer 66 measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode 26. RF electrodes 26 can be individually driven. Multiplexer 66 is driven by a controller 68 which can be a digital or analog controller, or a computer with software. When controller 68 is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

US 6,241,753 B1

11

An operator interface **70** includes operator controls **72** and a display **74**. Controller **68** can be coupled to different types of imaging systems including ultrasonic, thermal sensors **52**, and impedance monitors **54**.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors **52**, and thermal sensors **76** contained within RF generator **64** measure voltage and current that is delivered to the desired treatment site. The output for these sensors is used by controller **68** to control the delivery of RF power. Controller **68** can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller **68** maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller **68**, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control **68** or at RF generator **64**, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller **68** result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopolar or bipolar energy delivery, (iv). electrolytic solution **20** delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface **22** as well as monitoring impedance to current flow at each RF electrode **26**, indicating changes in current carrying capability of the tissue during the process. Further, controller **68** can provide multiplexing, monitor circuit continuity, and determine which RF electrode **26** is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors **52** can be thermistors which have a resistance that varies with temperature. Analog amplifier **78** can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer **80** to the input of an analog digital converter **82**. The output of amplifier **78** is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter **82** to a microprocessor **84**. Microprocessor **84** calculates the temperature or impedance of the tissue. Microprocessor **84** can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor **84** sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor **84** corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display **74**. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor **84** with temperature and impedance limits. When the values exceed predetermined temperature or

12

impedance values a warning can be given on display **74** and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor **84** can reduce the power level by RF generator **64**, or de-energize the power delivered to any particular electrode. Controller **68** receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller **68** to display **74**. If desired, the calculated surface temperature of epidermis layer **12** is compared with a temperature limit and a warning signal can be sent to display **74**. Similarly, a control signal can be sent to RF power source **26** when temperature or impedance values exceed a predetermined level.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

**1**. A method for inducing the formation of scar collagen in a selected collagen containing tissue site beneath an epidermis skin surface, comprising:

providing an energy source;

producing energy from the energy source;

creating a reverse thermal gradient through the skin epidermis surface where a temperature of the skin epidermis surface is lower than the selected collagen containing tissue site; and

delivering energy from the energy source through the skin epidermis surface to the selected collagen containing tissue site for a sufficient time to induce collagen formation in the selected collagen containing tissue site, minimizing cellular necrosis of the skin epidermis surface and tightening the skin epidermis surface.

**2**. The method of claim **1**, wherein the energy is transcutaneously delivered to the selected collagen containing tissue site.

**3**. The method of claim **1**, wherein the energy is percutaneously delivered to the selected collagen containing tissue site.

**4**. The method of claim **1**, wherein the energy is transmucosally delivered to the selected collagen containing site.

**5**. The method of claim **1**, wherein the energy is permucosally delivered to the selected collagen containing tissue site.

**6**. The method of claim **1**, wherein the energy is transcutaneously delivered to the selected collagen containing tissue site for a sufficient time to induce collagen formation in the selected collagen containing tissue site with no deeper than a first degree burn formed on the skin surface.

**7**. The method of claim **1**, wherein the energy is transcutaneously delivered to the selected collagen containing tissue site for a sufficient time to induce collagen formation in the selected collagen containing tissue site with no deeper than a second degree burn formed on the skin epidermis surface.

**8**. The method of claim **1**, wherein a combination of an amount of energy delivered to the tissue surface and to the selected collagen containing tissue site creates a reverse thermal gradient through the skin epidermis surface to the selected collagen containing tissue site.

US 6,241,753 B1

13

**9**. The method of claim **1**, wherein the energy source is an RF source.

**10**. The method of claim **1**, wherein the energy source is a microwave source.

**11**. The method of claim **1**, wherein the energy source is a short wave source.

**12**. The method of claim **1**, wherein the selected collagen containing tissue site is heated to a temperature range of 40 to 60 degrees C.

**13**. The method of claim **1**, wherein the selected collagen containing tissue site is heated to a temperature of 60 to 80 degrees or greater.

**14**. The method of claim **1**, wherein the selected collagen containing tissue site comprises soft tissue.

**15**. The method of claim **1**, wherein the formation of the collagen alters a consistency of the selected collagen containing tissue site.

**16**. The method of claim **1**, wherein the formation of the collagen changes the geometry of the selected collagen containing tissue site.

**17**. A method for inducing the formation of scar collagen in a selected collagen containing tissue site beneath an epidermis skin surface, comprising:

providing an energy source with an energy delivery surface;

positioning the energy delivery surface on the epidermis skin surface;

creating a reverse thermal gradient through the epidermis skin surface sufficiently to induce a formation of new collagen in the selected collagen containing tissue site with no deeper than a second degree burn created on the skin epidermis surface, wherein a temperature of the skin epidermis surface is lower than the collagen containing tissue site;

14

contracting at least a portion of the new collagen; and tightening the epidermis skin surface.

**18**. The method of claim **17**, wherein the energy is transcutaneously delivered to the selected collagen containing tissue site.

**19**. The method of claim **17**, wherein the energy source is an RF source.

**20**. A method for inducing the formation of scar collagen in a selected collagen containing tissue site beneath an epidermis skin surface, comprising:

providing an energy source;

producing energy from the energy source;

delivering energy from the energy source through the skin epidermis surface to the selected collagen containing tissue site for a sufficient time to induce a formation of new collagen in the selected collagen containing tissue site with no deeper than a second degree burn created on the skin epidermis surface;

minimizing destruction of fat cells underlying the skin epidermis surface;

contracting at least a portion of the new collagen; and modifying the epidermal skin surface.

**21**. The method of claim **20**, wherein the energy is transcutaneously delivered to the selected collagen containing tissue site.

**22**. The method of claim **20**, further comprising:

creating a reverse thermal gradient through the skin epidermis surface where a temperature of the skin epidermis surface is lower than the selected collagen containing tissue site.

**23**. The method of claim **20**, wherein the energy source is an RF source.

*     *     *     *     *

# EXHIBIT G



US005755753A

# United States Patent [19]

### Knowlton

[11] **Patent Number:** 5,755,753

[45] **Date of Patent:** May 26, 1998

[54] **METHOD FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

[75] Inventor: **Edward W. Knowlton**, Danville, Calif.

[73] Assignee: **Thermage, Inc.**, Alamo, Calif.

[21] Appl. No.: **435,822**

[22] Filed: **May 5, 1995**

[51] Int. Cl.[6] ..................................................... **A61F 7/000**
[52] U.S. Cl. .......................... **607/98;** 607/101; 607/108; 607/154; 606/33
[58] **Field of Search** ............................. 607/96–104, 115, 607/154, 108, 109; 606/2, 9, 33, 41, 32, 34

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 32,849 | 1/1989 | Wei et al. . |
| 4,164,226 | 8/1979 | Tapper . |
| 4,343,301 | 8/1982 | Indech . |
| 4,381,007 | 4/1983 | Doss . |
| 4,441,486 | 4/1984 | Pounds . |
| 4,881,543 | 11/1989 | Trembly et al. . |
| 4,889,122 | 12/1989 | Watmough et al. . |
| 4,944,302 | 7/1990 | Hernandez et al. . |
| 4,976,709 | 12/1990 | Sand . |
| 5,133,351 | 7/1992 | Masaki . |
| 5,143,063 | 9/1992 | Fellner . |
| 5,186,181 | 2/1993 | Franconi et al. . |
| 5,230,334 | 7/1993 | Klopotek . |
| 5,249,575 | 10/1993 | Di Mino et al. . |
| 5,304,169 | 4/1994 | Sand . |
| 5,315,994 | 5/1994 | Guibert et al. . |
| 5,348,554 | 9/1994 | Imran et al. . |
| 5,370,642 | 12/1994 | Keller . |
| 5,458,596 | 10/1995 | Lax et al. ....................... 606/31 |
| 5,464,436 | 11/1995 | Smith ............................. 607/89 |
| 5,569,242 | 10/1996 | Lax et al. ....................... 607/99 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 519415 | 12/1992 | European Pat. Off. . |
| 2609245 | 7/1988 | France . |
| 3121683 | 12/1982 | Germany . |

WO 92/19414  11/1992  WIPO .

### OTHER PUBLICATIONS

Martin A. Mainster, "Ophthalmic Applications of Infrared Lasers—Thermal Considerations", Visual Sci., pp. 414–420, Apr. 1979.

Allain et al., "Isometric Tensions Developed During The Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 127–133, (1980).

Danielsen, C., "Age–related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem. Great Britian, pp. 697–701, (1990).

Danielsen, C., "Thermal Stability of Reconstituted Collagen Fibrils. Shrinkage Characteristics Upon In Vitro Maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269–278, (1981).

Kronick et al., "The Locations Of Collagens With Different Thermal Stabilities In Fibrils Of Bovine Recticular Dermis", Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Pearce et al., "Kinetic Models Of Laser–Tissue Fusion Processes", ISA, Paper #93–044, pp. 355–360, (1993).

*Primary Examiner*—Jennifer Bahr
*Assistant Examiner*—Bryan K. Yarnell
*Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

[57] **ABSTRACT**

A method and apparatus applies radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. A porous membrane is adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving cooling fluid. One or more thermal electrodes is positioned in the membrane and transfers thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid creates a reverse thermal gradient from the skin surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes, and a source of electrolytic solution is coupled to the membrane.

**33 Claims, 6 Drawing Sheets**





FIG. 1



FIG.2



FIG. 3



FIG.4



FIG.5



FIG. 6

5,755,753

1

# METHOD FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE

## CROSS-REFERENCE TO RELATED CASES

The present application is related to U.S. patent application Ser. No. 08/435,544, filed May 5, 1995, entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue", pending, having same named inventor Edward W. Knowlton.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to a method and apparatus for shrinking skin tissue without damaging the melanocytes and other epithelial cells, and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve skin tightening through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environmental of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin is packaged in distinctive granules is produced by these cells and transferred by air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical burn. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient may have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominantly white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fiborblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with the amino acid composition to give collagen its great

2

strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturation without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspective. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063"). The method of the '063 patent targets adipose tissue absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a method and apparatus for tightening skin without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for tightening skin with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

Yet another object of the invention is to provide an inverse thermal gradient from the epidermis to the underlying collagen tissue.

A further object of the invention is to provide a method and apparatus for creating a reverse thermal gradient from the epidermis through a subcutaneous layer of soft tissue.

Still a further object of the present invention is to provide a method and apparatus for tightening skin through the use of an RF energy source and an electrolytic solution which transfer RF energy from RF electrodes to the epidermis and underlying layers.

Yet another object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying melanocytes and other epithelial cells in the epidermis. The

5,755,753

**3**

apparatus includes a porus membrane adapted to receive an electrolytic solution and become inflated to substantially conform a contacting exterior surface of the membrane to a skin layer. The membrane includes a cooling lumen for receiving a cooling fluid. One or more thermal electrodes are positioned in the membrane and transfer thermal energy to the electrolytic solution. The electrolytic solution and cooling fluid create a reverse thermal gradient that cools the skins surface to the underlying collagen tissue. A thermal power source is coupled to the thermal electrodes and a source of electrolytic solution is coupled to the membrane.

A method for tightening skin comprises providing a membrane in a thermal energy source. A reverse thermal gradient is created which cools the surface of the skin while heating underlying collagen containing layers. The skin and underlying collagen containing tissue are then heated without substantially modifying the melanocytes and other epithelial cells in the epidermis. The result is a contraction of collagen tissue and a tightening of the skin.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the epidermis to underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focusing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focusing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focusing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that thermal destruction fat cells, and the melanocytes and other epithelial cells are minimally damaged.

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

**BRIEF DESCRIPTION OF THE FIGURES**

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

**4**

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

**DETAILED DESCRIPTION**

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates a desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, non invasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform to a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

5,755,753

5

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The extend of collage in the various layers is <5% in the epidermis, ~50% in the dermis, ~20% in the subcutaneous, ~5% in the muscle with overlying fascia. Shrinking of collagen tissue takes place in a direction parallel to the axis of the collagen fibers. Thermal shrinkage of collagen begins with the denaturalization of the triple helix structure of the collagen fibers. This occurs when thermal energy is applied to the collagen tissue causing the hydrolysis of heat labial cross links of the collagen network.

FIG. 3 is a schematic representation of a collagen network behavior under the influence of heat. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturalization of the collagen molecule.

Generally, RF electrodes 26 can be monopolar or bipolar. In the monopolar mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturalization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one or more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the amount of time needed to effect at satisfactory denaturalization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of

6

porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focusing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focusing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focusing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face. see *Ultrasonics Theory and Application*, by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focusing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A.Y. Cheung and A. Neyzari. *Cancer Research*, Vol. 44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focusing can be achieved with the use of plural focusing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focusing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA*, Vol. 233, at 2198–2200.

Alternative radio frequency focusing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation*, Vol. 16, No. 5, September-October 1982, pp.245–248.

It will be appreciated that focusing element 60 can be a convergent lens. Further, focusing element 60 can be positioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focusing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is positioned around a periphery of porous membrane 18, and supports focusing element 50 in relation to porous membrane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse

5,755,753

7

thermal gradient is created which cools a surface of epidermis layer 12 while heating underlying collagen containing layers. Epidermis layer 12 as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer 12, resulting in a denaturization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C., initiating from epidermis layer 12 to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C., and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer 12 to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer 12, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source 28 is an RF power source, an RF power source 28, feeds energy to an RF power generator 64 and then to RF electrodes 26. A multiplexer 66 measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode 26. RF electrodes 26 can be individually measured. Multiplexer 66 is driven by a controller 68 which can be a digital or analog controller, or a computer with software. When controller 68 is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface 70 includes operator controls 72 and a display 74. Controller 68 can be coupled to different types of imaging systems including ultrasonic, thermal sensors 52, and impedance monitors 54.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors 52, and thermal sensors 76 contained within RF generator 64 measure voltage and current that is delivered to the desired treatment site. The output for these

8

sensors is used by controller 68 to control the delivery of RF power. Controller 68 can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller 68 maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller 68, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control 68 or at RF generator 64, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller 68 result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopular or bipolar energy delivery, (iv). electrolytic solution 20 delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface 22 as well as monitoring impedance to current flow at each RF electrode 26, indicating changes in current carrying capability of the tissue during the process. Further, controller 68 can provide multiplexing, monitor circuit continuity, and determine which RF electrode 26 is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors 52 can be thermistors which have a resistance that varies with temperature. Analog amplifier 78 can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer 80 to the input of an analog digital converter 82. The output of amplifier 78 is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter 82 to a microprocessor 84. Microprocessor 84 calculates the temperature or impedance of the tissue. Microprocessor 84 can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor 84 sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor 84 corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display 74. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor 84 with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display 74 and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor 84 can reduce the power level by RF generator 64., or de-energize the power delivered to any particular electrode. Controller 68 receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller 68 to display 74. If desired, the calculated surface temperature of epidermis laver 12 is compared with a temperature limit and a warning signal can be sent to display 74. Similarly, a control signal can be sent to RF power source 26 when temperature or impedance values exceed a predetermined level.

5,755,753

9

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

I claim:

1. A method for tightening skin, comprising:

providing an electromagnetic energy delivery device;

positioning an energy delivery surface of the electromagnetic energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue;

heating the surface of the skin and underlying collagen containing tissue without creating a necrosis of living cells in the epidermis;

contracting at least a portion of the collagen containing tissue and

tightening at least a portion of the surface of the skin.

2. The method of claim 1, wherein the collagen containing tissue is partially denatured by cleaving heat labile cross-links of collagen molecules.

3. The method of claim 2, wherein the collagen containing tissue is partially denatured while minimizing cellular destruction.

4. The method of claim 3, wherein the collagen containing tissue is in a subdermal layer.

5. The method of claim 3, wherein the collagen containing tissue is in a deep dermal layer.

6. The method of claim 3, wherein the collagen containing tissue is in a subcutaneous layer.

7. The method of claim 3, wherein the collagen containing tissue is in facial and muscle tissue.

8. The method of claim 2, wherein the reverse thermal gradient produces a net mobilization of intracellular fat with diminished destruction of cells.

9. The method of claim 1, wherein the electromagnetic energy source is a RF power source and one or more RF electrodes positioned on a surface of the skin.

10. The method of claim 9, further comprising:

a source of electrolytic solution that delivers electrolytic solution to the RF electrode.

11. The method of claim 10, wherein RF energy is transferred from the RF electrodes to the electrolytic solution.

12. The method of claim 11, further comprising:

a cooling fluid lumen positioned in the electrode.

13. The method of claim 12, further comprising

a source of cooling medium that is introduced into the cooling fluid lumen.

14. The method of claim 1, wherein the collagen containing tissue is heated to a temperature not exceeding 80 degrees C.

15. The method of claim 1, wherein the collagen containing tissue is heated to a temperature not exceeding 75 degrees C.

16. The method of claim 1, wherein the collagen containing tissue is heated to a temperature not exceeding 70 degrees C.

10

17. A method for tightening skin, comprising:

providing an electromagnetic energy delivery device;

positioning an energy delivery surface of the electromagnetic energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue; and

controlling a delivery of a sufficient amount of electromagnetic energy through an epidermis of the external surface of the skin to reconfigure at least a portion of an underlying collagen containing tissue without substantially creating cell necrosis in the epidermis, wherein at least a portion of the surface of the skin is tightened.

18. The method of claim 17, wherein the collagen containing tissue is partially denatured by cleaving heat labile cross-links of collagen molecules.

19. The method of claim 18, wherein the collagen containing tissue is partially denatured while minimizing cellular destruction.

20. The method of claim 17, wherein the electromagnetic energy source is an RF power source coupled to one or more RF electrodes.

21. The method of claim 17, further comprising:

providing a source of electrolytic solution coupled to the surface of the skin.

22. The method of claim 21, wherein RF energy is transferred from the RF electrodes to the electrolytic solution.

23. The method of claim 17, further comprising:

a cooling fluid lumen coupled to the electromagnetic energy delivery device.

24. The method of claim 23, further comprising

a source of cooling medium coupled to the cooling fluid lumen.

25. The method of claim 17, wherein the collagen containing tissue is in a subdermal layer.

26. The method of claim 17, wherein the collagen containing tissue is in a deep dermal layer.

27. The method of claim 17, wherein the collagen containing tissue is in a subcutaneous layer.

28. The method of claim 17, wherein the collagen containing tissue is in facial and muscle tissue.

29. The method of claim 17, wherein the collagen containing tissue is heated to a temperature not exceeding 80 degrees C.

30. The method of claim 17, wherein the collagen containing tissue is heated to a temperature not exceeding 75 degrees C.

31. The method of claim 17, wherein the collagen containing tissue is heated to a temperature not exceeding 70 degrees C.

32. A method for tightening skin, comprising:

providing an electromagnetic energy delivery device;

positioning an energy delivery surface of the electromagnetic energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue; and

controlling a delivery of a sufficient amount of electromagnetic energy through an epidermis of the surface of

5,755,753

## 11

the skin to reconfigure at least a portion of an underlying collagen containing tissue without substantially creating cell necrosis in the collagen containing tissue, wherein at least a portion of the surface of the skin is tightened.

33. A method for tightening skin, comprising:

providing an electromagnetic energy delivery device;

positioning the electromagnetic energy delivery device on an external surface of the skin;

creating a reverse thermal gradient through a surface of the skin while heating underlying collagen containing

## 12

tissue, wherein a temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue; and

controlling a delivery of a sufficient amount of electromagnetic energy through an epidermis of the surface of the skin to reconfigure at least a portion of an underlying collagen containing tissue without substantially creating cell necrosis in an epidermis of the skin and the collagen containing tissue, wherein at least a portion of the surface of the skin is tightened.

\* \* \* \* \*

# EXHIBIT H



US005660836A

# United States Patent [19]

## Knowlton

[11] **Patent Number:** 5,660,836

[45] **Date of Patent:** Aug. 26, 1997

[54] **METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE**

[76] Inventor: **Edward W. Knowlton**, 25 Chestnut Pl., Danville, Calif. 94506

[21] Appl. No.: **435,544**

[22] Filed: **May 5, 1995**

[51] Int. Cl.[6] .......................................................... A61N 1/40

[52] U.S. Cl. .............................. 424/400; 600/1; 600/2; 600/9; 601/15; 607/96; 607/100; 607/101; 128/898

[58] Field of Search ............................ 607/101, 96, 100; 128/898; 600/2, 1, 9; 601/15

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 32,849 | 1/1989 | Wei et al. | 204/192.27 |
| 4,140,130 | 2/1979 | Storm, III | 128/404 |
| 4,164,226 | 8/1979 | Tapper | 607/75 |
| 4,290,435 | 9/1981 | Waggott | 128/800 |
| 4,343,301 | 8/1982 | Indech | 601/3 |
| 4,441,486 | 4/1984 | Pounds | 601/3 |
| 4,881,543 | 11/1989 | Trembly et al. | 606/27 |
| 4,887,614 | 12/1989 | Shirakami et al. | 128/804 |
| 4,944,302 | 7/1990 | Hernandez et al. | 607/76 |
| 4,976,709 | 12/1990 | Sand | 606/5 |
| 5,133,351 | 7/1992 | Masaki | 607/3 |
| 5,143,063 | 9/1992 | Fellner | 601/3 |
| 5,186,181 | 2/1993 | Franconi et al. | 607/156 |
| 5,230,334 | 7/1993 | Klopotek | 601/3 |
| 5,249,575 | 10/1993 | Di Mino et al. | 607/150 |
| 5,282,797 | 2/1994 | Chess | 606/9 |
| 5,304,169 | 4/1994 | Sand | 606/5 |
| 5,315,994 | 5/1994 | Guibert et al. | 607/101 |
| 5,334,193 | 8/1994 | Nardella | 606/41 |
| 5,342,357 | 8/1994 | Nardella | 606/40 |
| 5,348,554 | 9/1994 | Imran et al. | 606/41 |
| 5,370,642 | 12/1994 | Keller | 606/9 |
| 5,423,811 | 6/1995 | Imran et al. | 606/41 |
| 5,437,662 | 8/1995 | Nardella | 606/40 |
| 5,458,596 | 10/1995 | Lax et al. | 606/31 |
| 5,569,242 | 10/1996 | Lax et al. | 606/42 |

## OTHER PUBLICATIONS

Allain et al., "Isometric Tensions Developed During The Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 127–133, (1980).

Danielsen, C., "Age–related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697–701, (1990).

Danielsen, C., "Thermal Stability of Reconstituted Collagen Fibrils. Shrinkage Characteristics Upon In Vitro Maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269–278, (1981).

Kronick et al., "The Locations Of Collagens With Different Thermal Stabilities In Fibrils Of Bovine Recticular Dermis", Connective Tissue Research, vol. 18, pp. 123–134, (1988).

Pearce et al., "Kinetic Models Of Laser–Tissue Fusion Processes", ISA, Paper #93–044, pp. 355–360, (1993).

*Primary Examiner*—Amy Hulina
*Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

[57] **ABSTRACT**

A method and apparatus applies radiant energy through the skin to an underlying subcutaneous layer or deeper soft tissue layers that includes loculations of fat with fibrous septae made of collagen tissue. This creates a desired contour effect without substantially modifying melanocytes and other epithelial cells in the epidermis. A membrane conforms a contacting exterior surface of the membrane to a skin layer. One or more thermal electrodes positioned in the membrane. A focussing element focuses thermal energy to the underlying collagen tissue. The focusing element and the electrolytic solution create a reverse thermal gradient from the skin to the collagen tissue. A thermal power source is coupled to the thermal electrodes.

**14 Claims, 6 Drawing Sheets**





*FIG. — 1*

Case 1:07-cv-00224-GMS    Document 36-4    Filed 12/10/2007    Page 18 of 88



*FIG.—2*



FIG. —3



*FIG. —4*



FIG. – 5



*FIG. — 6*

5,660,836

1

# METHOD AND APPARATUS FOR CONTROLLED CONTRACTION OF COLLAGEN TISSUE

## CROSS-REFERENCE TO RELATED CASES

The present application is related to U.S. patent application Ser. No. 08/435,822, filed May 5, 1995, pending entitled "Method and Apparatus for Controlled Contraction of Collagen Tissue", having same named inventor Edward W. Knowlton.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally for achieving contour sculpting and more particularly to a method and apparatus that creates a reverse thermal gradient in order to achieve contour sculpting through partial denaturation of collagen without ablation of the collagen and without affecting the melanocytes and other epithelial cells.

### 2. Description of Related Art

The skin is the one organ of the body that is readily available for inspection by the eyes and fingers of every living person. It is subjected to considerable abuse such as exposure to extreme environmental of cold, heat, wind, and sun.

The surface layer of the skin is called the epidermis. It is the barrier that prevents most substances from entering the body from outside while preventing body fluids from entering equilibrium with the environment. The basilar layer of the epidermis includes the melanocytes and other epithelial cells.

The melanocytes are small cells with a small, dark staining nucleus and a clear cytoplasm. Melanin in packaged in distinctive granules is produced by these cells and transferred then air dendritic processes to adjacent keratinocytes. The purpose of melanin is to protect the skin from the ravages of ultraviolet radiation. Beneath the epidermis is the papillary dermis and reticular dermis. Collagen tissue is found in the dermal and the sub dermal tissues.

There has been a large market for tightening the skin in order to reduce aging effects and effects created by exposing the skin to extreme environmental forces. To date there are two primary methods for tightening skin. The first is surgical skin excision. The second is chemical burn. When skin is surgically excised it leaves large scars. This is generally not a satisfactory solution for many skin tightening applications. With chemical peel treatments the process is painful, there is damage to the melanocytes and other epithelial cells, the patient maybe have spotted pigmentation, or with most of the melanocytes and other epithelial cells destroyed the patient can have a predominately white complexion. In the chemical peel method a thermal gradient is created which is hotter at the surface of the epidermis and cooler at the sub dermal layers. With the creation of this type of thermal gradient there is a great likelihood of modification or destruction of the melanocytes and other epithelial cells, resulting in blotchiness or an inability to tan in the future.

Collagen molecules are produced by fiborblasts which synthesize three polypeptide chains that wrap around one another in a triple helix. Each of the chains is approximately 1000 amino acid units in length, with glycine recurring regularly every third unit and hydroxyproline and proline recurring very frequently. Cross-linking occurs between the side, not the ends, of collagen molecules and is coupled with the amino acid composition to give collagen its great

2

strength. Collagen tissue shrinkage takes place in a direction parallel to an axis of collagen fibers.

The phenomenon of thermal shrinkage of collagen begins with a denaturization of the triple helix of the collagen molecule. Partial denaturization of collagen tissue results in a shrinkage of the collage and provides a "tightening" effect on the overlaying skin. To date there have been no devices or methods for contracting the underlying collagen tissue through partial denaturization without damaging the melanocytes and other epithelial cells in the epidermis.

Adipose tissue, more commonly known as fat, is formed of cells containing stored lipid. Adipose tissue is often subdivided into small lobules by connective collagen tissue serving as the fibrous septae.

Adipose tissue is widely distributed in the subcutaneous tissue but exhibits regional differences in amount partially because of age and sex. Excess adipose tissue can be physically undesirable from both health and cosmetic perspective. A current method for the removal of fatty tissue is the extraction of adipose tissue by liposuction. This is a purely mechanical method with undesirable side effects due to the invasive nature of the process.

Another method of removing fatty tissue is disclosed in U.S. Pat. No. 5,143,063 ("the '063"). The method of the '063 patent targets adipose tissue absorbs sufficient energy resulting in cell destruction and death. The method of the '063 patent fails to minimize damage to the melanocyte in the epidermis. Thus, with the method of the '063 patent can create unwanted blotchiness or changes in the melanocytes and other epithelial cells.

There exists the need for skin tightening without damaging the melanocytes and other epithelial cells, or without surgical intervention. There is a further need for non-surgically removing adipose tissue without damaging the melanocytes and other epithelial cells.

## SUMMARY OF THE INVENTION

It is an object of the present invention is to provide a method and apparatus for creating a reverse thermal gradient that utilizes one or more RF electrodes, an electrolytic solution to transfer RF energy from the RF electrodes to the epidermis and underlying layers, and wherein the apparatus includes a lumen adapted to receive a cooling fluid.

It is another object of the present invention to provide a method and apparatus for non surgically reducing loculations of fat without substantially damaging the melanocytes and other epithelial cells.

Another object of the present invention is to provide a method and apparatus for non surgically reducing loculations of fat with the use of a thermal energy source that does not substantially effect the melanocytes and other epithelial cells.

A further object of the present invention is to provide a method and apparatus for contour sculpture, by utilizing a reverse thermal gradient to partially denature collagen in fibrous septae tissue.

These and other objects of the invention are provided in an apparatus for applying radiant energy through the skin to an underlying subcutaneous layer, and deeper soft tissue layers, such as the muscle and overlying fascia, include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates a desired contour effect without substantially modifying the melanocytes and other epithelial cells in the epidermis. The apparatus includes a membrane that conforms a contacting

5,660,836

3

exterior surface of the membrane to a skin layer. One or more thermal electrodes are positioned in the membrane and create a reverse thermal gradient from the skin layer to the underlying collagen tissue. A focussing element focuses thermal energy to the underlying collagen tissue. The focussing element and the electrolytic solution create a reverse thermal gradient from the RF electrodes to the collagen tissue. A thermal power source is coupled to the thermal electrodes.

Further, a method of liposulpturing a layer under the skin comprised of a loculation of fat which has collagen tissue as a fibrous septae includes providing a membrane and a thermal energy source. A reverse thermal gradient is created which cools the top surface of the skin while heating the underlying loculation of fat. This is achieved without substantially modifying the melanocytes and other epithelial cells in the epidermis. Collagen tissue of the fibrous septae is partially denatured and contracted with a diminished destruction of cells.

Radiant energy is applied to a variety of different skin layers including the papillary dermis layer, the reticular dermis layer, and even to a subcutaneous layer and to underlying soft tissue. One suitable energy source is one or more RF electrodes. Electrolytic solution transfers RF energy from the RF electrodes to the underlying collagen tissue. The cooling fluid can create a reverse thermal gradient at the underlying desired layers of about 30 degrees to about 80 degrees C. The apparatus can further include one or more thermal sensors positioned on the contacting exterior surface of the membrane, as well as one or more impedance monitors. Further, the apparatus can include a feedback device which is responsive to a detected characteristic of the skin or subcutaneous layer in order to provide a control delivery of RF energy from the RF electrodes. A variety of detected characteristics can be monitored including impedance measurements of the skin and temperature profiles of the skin.

The feedback device can also include a controller as well as a multiplexer.

The creation of the reverse thermal gradient provides for the controlled contraction of collagen tissue, e.g., partial denaturization of the collagen molecules that results in a shrinkage of the collagen tissue, which then extends to a shrinkage of the skin. Creation of the reverse thermal gradient is different from other methods of collagen contraction which typically employ a thermal gradient that has a higher temperature at the surface and decreases with the depth of penetration.

The apparatus of the present invention that creates the desired contour effect by the modification of collagen tissue surrounding loculations of fat can include a focussing element to help direct the energy past the epidermis and into the fat containing layers. The apparatus can further include a coupling device that couples the focussing element to the membrane, as well as a bracket which is positioned around the periphery of the membrane and also supports the focussing elements. Instead of killing cells, thermal lipolysis is utilized with a cooling blanket on the skin so that thermal destruction fat cells, and the melanocytes and other epithelial cells are minimally damaged.

A variety of thermal energy sources can be employed. Suitable energy sources include but are not limited to RF, microwave, ultrasound and the like. In one embodiment, the preferred energy source is RF.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of an apparatus for applying radiant energy through the skin in order to cause a partial denaturization of collagen tissue, resulting in a tightening of the skin.

4

FIG. 2 is a cross-sectional view of the skin and underlying tissue.

FIG. 3 is a schematic representation of the collagen network.

FIG. 4 is a schematic diagram of an apparatus for applying radiant energy to underlying subcutaneous layers or deeper soft tissue layers to create a desired contour effect by partially denaturing collagen tissue, and without substantially modifying melanocytes and other epithelial cells in the epidermis.

FIG. 5 is a block diagram of an RF system which can be utilized with the present invention.

FIG. 6 is a block diagram of processing circuit of one embodiment of the invention.

DETAILED DESCRIPTION

The present invention provides an apparatus for applying radiant energy through the skin to underlying collagen tissue without substantially modifying the melanocytes and other epithelial cells found in the epidermis.

The present invention also provides an apparatus for applying radiant energy through the skin to underlying subcutaneous or deeper soft tissue layers that include loculations of fat with fibrous septae made of collagen tissue. Application of the radiant energy creates an desired contour effect of the loculations of fat without substantially modifying the melanocytes and other epithelial cells in the epidermis. Further, non invasive methods are providing for skin tightening and tightening the fibrous septae around the loculations of fat to create the desired contour effect.

The methods of the present invention do not provide for total necrosis of cells. Instead, with the method and apparatus creating the desired contour effect, the loculations of fat with the fibrous septae made of collagen tissue use a reverse thermal gradient applied to the underlying collagen tissue layers resulting in a partial denaturization of the collagen permitting it to become tightened. This is achieved without killing all of the fat cells within the loculations.

Various types of radiant energy can be utilized with the present invention. Radiant energy may be any kind that can cause cell heating or physical destruction by being applied to collagen tissue. Examples of suitable radiant energy source include, but are not limited to RF, microwave, ultrasound, and the like.

Referring now to FIG. 1, an apparatus 10 applies radiant energy through a skin layer 12, such as the epidermis, and to the underlying collagen tissue 14 without substantially modifying melanocytes and other epithelial cells 16 found in the lower layer of epidermis layer 12.

A porous membrane 18 is adapted to receive an electrolytic solution 20. Porous membrane 18 becomes inflated to substantially conform a contacting exterior surface 22 of porous membrane 18 which is in close thermal contact with epidermis 12. Porous membrane 18 includes a cooling lumen 24 for receiving a cooling fluid that imparts a cooling effect on epidermis layer 12.

One or more thermal electrodes 26 are positioned at various places in porous membrane 18. In one embodiment, thermal electrodes 26 are positioned on a side that is substantially opposing to contacting exterior surface 22. In other embodiments, thermal electrodes 26 are placed closer to cooling lumen 24. In embodiment particularly suitable for the hips, porous membrane is about 20 cm by 30 cm, with an oval shape.

A thermal power source 28 is coupled to thermal electrodes 26 and a source of electrolytic solution 30 is coupled to porous membrane 18.

5,660,836

| 5 | 6 |

With referenced now to FIG. 2, radiant energy can be applied through epidermis layer 12, to papillary dermis layer 32, to reticular dermis layer 34, to subcutaneous layer 35, as well as to underlying soft tissue 36. The thickened lines represent the chains originally bound by covalent cross links. The arrows indicate tensions exerted on the collagen chains by the effect of heat. More particularly, FIG. 3 illustrates (i). native collagen network 40, (ii). collagen 42 under isometric conditions, (iii). collagen network without any restraint, (iv). collagen network 46 under isometric tension as long as the nodes are stable, and (v). collagen network 48 under isometric tension after some cross links have been cleaved.

In one embodiment of the present invention, thermal electrodes 26 are RF electrodes which can be a single electrode, or a plurality which can form a segmented flexible circuit. Thermal power source 28 is then an RF generator. Electrolytic solution 20 is introduced into porous membrane 18 and passes by RF electrodes 26. Electrolytic solution 20 transfers RF power from RF electrodes 28 to the desired underlying collagen tissue to achieve partial denaturation of the collagen molecule.

Generally, RF electrodes 26 can be monopular or bipolar. In the monopular mode, RF current flows through body tissue from a return electrode which can be in a form of a conductive pad applied to the patients outer skin. Maximum heating occurs where the current density is the greatest.

During a treatment phase, the denaturization of collagen molecules can be conducted under feedback control. Treatment can occur without the attention of medical supervision. Feedback is accomplished by (i). visualization, (ii). impedance, (iii). ultrasound, or (iv). temperature measurement. Optionally included and preferably positioned on contacting exterior surface 22 can be one or more thermal sensors 52, as well as one or more impedance monitors 54. Thermal sensors 52 permit accurate determination of the surface temperature of epidermis layer 12.

Electrolytic solution 20 can be preheated to a selected temperature and modified as necessary. This reduces the mount of time needed to effect at satisfactory denaturization of collagen molecules and subsequent skin tightening.

Porous membrane 18 can be made of a material that is an insulator. For purposes of this disclosures, an insulator is a barrier to thermal or electrical energy flow. Porous membrane 18 can be made of a material which permits controlled delivery of electrolytic solution 20 to epidermis layer 12. Porous membrane 18 can be made of a variety of materials including, but not limited to knitted polyester, continuous filament polyester, polyester-cellulose, rayon, polyamide, polyurethane, polyethylene and the like. Suitable commercial products include, (i). Opcell available from Centinal Products Corp., Hyannis, Mass., and (ii). UltraSorb, HC 4201 or HT 4644 MD from Wilshire Contamination Control, Carlsbad, Calif. Pockets or zones 56 can be formed around RF electrodes 26. Each pocket 56 has a lower porosity for the flow of electrolytic solution 20 than all other sections of

porous membrane 18. Differences in porosity can be achieved with different types of materials which form porous membrane 18. Electrolytic solution 20 is retained in pockets 56 longer than in non-pocket sections of porous membrane 18, and there is a greater transfer of RF energy to electrolytic solution 20, creating a larger electrode. The larger electrode produces RF and thermal energy to create a larger electrode effect. However, this does not effect the creation of the reverse thermal gradient. RF energy is still transferred through porous membrane 18 passing in the vicinity of cooling lumen 24, in order to create a lower temperature at epidermis layer 12 and the temperature increases as deeper layers are reached.

Referring now to FIG. 4, an apparatus 58 for creating a desired contour effect of underlying subcutaneous layers or deeper soft tissue layers which include loculations of fat with fibrous septae made of collagen tissue is illustrated. The apparatus 58 of FIG. 4, includes a porous membrane 18, electrolytic solution 20, a contacting exterior surface 22, a cooling lumen, thermal electrodes 26, a thermal power source 28, an electrolytic solution source 30, one or more thermal sensors 52, as well as one or more impedance monitors 54. Apparatus 58 also includes a focussing element 60 which focuses thermal energy from electrolytic solution 20 to the underlying collagen tissue. Focussing element 60 and electrolytic solution 20 create a reverse thermal gradient from epidermis layer 12 to the underlying collagen tissue 14. Focussing element 62 can be, in the case of ultrasonic energy, a lens having a flat planer surface on the radiation wave incident side and a concave exit face, see *Ultrasonics Theory and Application*, by G. L. Goberman, Heart Publishing Co., New York (1959), at section 2.6. The use of such a focussing lens for ultrasonic energy with a planer wave receiving face and concave exit face is also described in the article "Deep Local Hypothermia for Cancer Therapy: Extreme Electromagnetic and Ultrasound Technics," A. Y. Cheung and A. Neyzari, *Cancer Research*, Vol. 44, pp.4736–4744, October 1984.

Radio frequencies can be the thermal energy source, and various localizing technique, well known in the art, can be utilized. In one embodiment, radio frequency energy is supplied by capacitive coupling directly to epidermis layer 12 for areas close to the dermal tissue. Radio frequency induction focussing can be achieved with the use of plural focussing coils which are adaptive at the zone of interest and are elsewhere subtractive. Alternatively, radio frequency energy may be focused by having a multiple beam phased array. For concave focussing see, "Tumor reduction by radio frequency therapy response", H. H. Lavien et al., *JAMA*, Vol. 233, at 2198–2200.

Alternative radio frequency focussing methods are disclosed in "Equipment for Local Hypothermia Therapy of Cancer", C. F. Babbs et al., *Medical Instrumentation*, Vol. 16, No. 5, Sept–Oct 1982, pp.245–248.

It will be appreciated that focussing element 60 can be a convergent lens. Further, focussing element 60 can be positioned in porous membrane 18, and at the exterior 16 between epidermis layer 12 and porous membrane 18. Further, a coupling device 62 can be included which couples focussing element 60 with porous membrane 18. In one embodiment, coupling device 62 is a bracket which is positioned around a periphery of porous membrane 18, and supports focussing element 50 in relation to porous membrane 18.

In the method for tightening skin, porous membrane 18 and thermal energy source 26 are provided. A reverse

5,660,836

7

thermal gradient is created which cools a surface of epidermis layer 12 while heating underlying collagen containing layers. Epidermis layer 12 as well as underlying collagen containing tissue are heated, without substantially effecting the melanocytes and other epithelial cells in epidermis layer 12, resulting in a denaturalization of collagen molecules, causing a contraction of the collagen tissue and a tightening of the skin. This method can be applied numerous times. In many instances, it may be desirable to tighten the skin to a certain level and then in subsequent treatments the skin is tightened further. There are may be four fine treatments to fine tune the contour effects with greater precision. In this method, collagen containing tissue is partial denatured and fat cell destruction is minimized. This is achieved by partially denaturing by cleaving heat labial cross links of the collagen molecules.

The reverse thermal gradient provides a variation in temperature throughout the various tissue layers. For example, in one embodiment, the reverse thermal gradient is a temperature range from about 30 degrees to about 80 degrees C, initiating from epidermis layer 12 to collagen containing tissue layers. The reverse thermal gradient can have a temperature range of about 30 to 75 degrees C, and additionally from about 30 to 70 degrees C.

In another embodiment, a method for liposculpturing an area of the body where there is an underlying area comprised of a loculation of fat that has collagen tissue as a fibrous septae also includes creating a reverse thermal gradient from epidermis layer 12 to the desired underlying loculation of fat layer. Sufficient thermal energy is supplied through epidermis layer 12, without damaging or substantially modifying the melanocytes and other epithelial cells, through other skin layers and is focused on the collagen tissue of the fibrous septae. Thermal energy partially denatures the collagen tissue with a minimal destruction of fat cells. Again, this is achieved by partially denaturizing, e.g., by cleaving, heat labial cross links of collagen molecules. The reverse thermal gradient produces a net mobilization of intra-cellular fat with diminished destruction of fat cells.

For purposes of illustration, without the scope of the invention let it be assumed that power source 28 is an RF power source, an RF power source 28, feeds energy to an RF power generator 64 and then to RF electrodes 26. A multiplexer 66 measures current, voltage and temperature, at the numerous thermal sensors associated with to each RF electrode 26. RF electrodes 26 can be individually measured. Multiplexer 66 is driven by a controller 68 which can be a digital or analog controller, or a computer with software. When controller 68 is a computer it can include a CPU coupled through a system bus. On the system can be a keyboard, disk drive, or other non volatile memory systems, a display, and other peripherals, as are well known in the art. Also coupled to the bus are a program memory and a data memory.

An operator interface 70 includes operator controls 72 and a display 74. Controller 68 can be coupled to different types of imaging systems including ultrasonic, thermal sensors 52, and impedance monitors 54.

Current and voltage are used to calculate impedance. A diagnostic phase can be initially run to determine the level of treatment activity. This can be done through ultrasound as well as other means. Diagnostics can be performed both before and after treatment.

Thermal sensors 52, and thermal sensors 76 contained within RF generator 64 measure voltage and current that is delivered to the desired treatment site. The output for these

8

sensors is used by controller 68 to control the delivery of RF power. Controller 68 can also control temperature and power. An operator set level of power and/or temperature may be determined and this will not be exceeded. Controller 68 maintains the set level under changing conditions. The amount of RF energy delivered controls the amount of power. A profile of power delivered can be incorporated in controller 68, as well as a preset amount of energy to be delivered. Feedback can be the measurement of impedance, temperature, or other indicators and occurs either at control 68 or at RF generator 64, if it incorporates a controller. For impedance measurement, this can be achieved by supplying a small amount of non therapeutic RF energy. Voltage and current are then measured to confirm electrical contact.

Circuitry, software and feedback to controller 68 result in full process control and are used to change, (i). power, (ii). the duty cycle, (iii). monopular or bipolar energy delivery, (iv). electrolytic solution 20 delivery, flow rate and pressure and (v). can determine when the process is completed through time, temperature and/or impedance. These process variables can be controlled and varied based upon tissue temperature monitored at multiple sites on contacting exterior surface 22 as well as monitoring impedance to current flow at each RF electrode 26, indicating changes in current carrying capability of the tissue during the process. Further, controller 68 can provide multiplexing, monitor circuit continuity, and determine which RF electrode 26 is activated.

A block diagram of one embodiment of suitable processing circuitry is shown in FIG. 6. Thermal sensors 52 can be thermistors which have a resistance that varies with temperature. Analog amplifier 78 can be a conventional differential amplifier circuit for use with thermistors and transducers. The output of analog amplifier is sequentially connected by an analog multiplexer 80 to the input of an analog digital converter 82. The output of amplifier 78 is a voltage which represents the respective sensed temperatures. The digitized amplifier output voltages are supplied by analog to digital converter 82 to a microprocessor 84. Microprocessor 84 calculates the temperature or impedance of the tissue. Microprocessor 84 can be a type 6800. However, it will be appreciated that any suitable microprocessor or general purpose digital or analog computer can be used to calculate impedance or temperature.

Microprocessor 84 sequentially receives and stores digital representations of impedance and temperature. Each digital value received by microprocessor 84 corresponds to different temperatures and impedances.

Calculated temperature and impedance values can be indicated on display 74. Alternatively, or in addition to the numerical indication of temperature or impedance, calculated impedance or temperature values can be compared by microprocessor 84 with temperature and impedance limits. When the values exceed predetermined temperature or impedance values a warning can be given on display 74 and additionally, the delivery of RF energy to its respective electrode can be decreased or multiplexed to another electrode. A control signal from microprocessor 84 can reduce the power level by RF generator 64, or de-energize the power delivered to any particular electrode. Controller 68 receives and stores the digital values which represent temperatures and impedances sent. Calculated surface temperatures and impedances can be forwarded by controller 68 to display 74. If desired, the calculated surface temperature of epidermis layer 12 is compared with a temperature limit and a warning signal can be sent to display 74. Similarly, a control signal can be sent to RF power source 26 when temperature or impedance values exceed a predetermined level.

5,660,836

9

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

I claim:

1. A method of liposculpturing an area of the body including a skin surface with multiple layers, and an underlying area made of a loculation of fat that has collagen tissue as a fibrous septae, comprising:

providing an electromagnetic energy delivery device;

creating a reverse thermal gradient through a surface of the skin while heating the underlying collagen containing tissue;

heating the skin surface and underlying collagen containing tissue sufficiently to partially denature at least a portion of the collagen containing tissue while minimizing cellular destruction;

contracting the collagen containing tissue; and

tightening the skin.

2. The method of claim 1, wherein the reverse thermal gradient produces a net mobilization of intracellular fat.

3. The method of claim 1, wherein the electromagnetic energy delivery device includes one or more RF electrodes.

10

4. The method of claim 3, further comprising:

a source of electrolytic solution configured to deliver electrolytic solution to the RF electrodes.

5. The method of claim 4, wherein RF energy is transferred from the RF electrodes to the electrolytic solution.

6. The method of claim 5, further comprising:

a cooling fluid lumen positioned in the electromagnetic energy delivery device.

7. The method of claim 6, further comprising a source of cooling medium that is introduced into the cooling fluid lumen.

8. The method of claim 1, wherein the collagen containing tissue is in a subdermal layer.

9. The method of claim 1, wherein the collagen containing tissue is in a deep dermal layer.

10. The method of claim 1, wherein the collagen containing tissue is in a subcutaneous layer.

11. The method of claim 1, wherein the collagen containing tissue is in fascial and muscle tissue.

12. The method of claim 1, wherein the collagen containing tissue is heated to a temperature in the range of 30 to 80 degrees C.

13. The method of claim 1, wherein the collagen containing tissue is heated to a temperature in the range of 30 to 75 degrees C.

14. The method of claim 1, wherein the collagen containing tissue is heated to a temperature in the range of 30 to 70 degrees C.

*    *    *    *    *

# EXHIBIT I



US007229436B2

(12) **United States Patent**
Stern et al.

(10) **Patent No.:** **US 7,229,436 B2**
(45) **Date of Patent:** *Jun. 12, 2007

(54) **METHOD AND KIT FOR TREATMENT OF TISSUE**

(75) Inventors: **Roger A. Stern**, Cupertino, CA (US); **Mitchell Levinson**, Pleasanton, CA (US); **Bryan Weber**, Livermore, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/400,187**

(22) Filed: **Mar. 25, 2003**

(65) **Prior Publication Data**

US 2003/0199866 A1    Oct. 23, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/072,475, filed on Feb. 6, 2002, now Pat. No. 7,022,121, and a continuation-in-part of application No. 10/072,610, filed on Feb. 6, 2002, now Pat. No. 7,141,049, and a continuation-in-part of application No. 10/026,870, filed on Dec. 20, 2001, now Pat. No. 6,749,624, which is a continuation-in-part of application No. 09/522,275, filed on Mar. 9, 2000, now Pat. No. 6,413,255, which is a continuation of application No. 09/337,015, filed on Jun. 30, 1999, now Pat. No. 6,350,276, and a continuation-in-part of application No. 08/942,274, filed on Sep. 30, 1997, now Pat. No. 6,425,912, and a continuation-in-part of application No. 08/914,681, filed on Aug. 19, 1997, now Pat. No. 5,919,219, and a continuation-in-part of application No. 08/827,237, filed on Mar. 28, 1997, now Pat. No. 6,430,446, which is a continuation-in-part of application No. 08/583,815, filed on Jan. 5, 1996, now Pat. No. 6,241,753.

(60) Provisional application No. 60/123,440, filed on Mar. 9, 1999.

(51) **Int. Cl.**
*A61B 18/18* (2006.01)

(52) **U.S. Cl.** ........................................ **606/41**; 607/101

(58) **Field of Classification Search** .................. 606/41, 606/42, 45–50; 607/101–105
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,831,604 A | 8/1974 | Neefe | 128/260 |
| 4,074,718 A | 2/1978 | Morrison | 128/303.14 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1 949 534 | 4/1970 |
| DE | 31 21 683 | 12/1982 |

(Continued)

OTHER PUBLICATIONS

*Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 697-701, (1990).

(Continued)

*Primary Examiner*—Michael Peffley
(74) *Attorney, Agent, or Firm*—Wood, Herron & Evans, LLP

(57) **ABSTRACT**

These and other objects of the present invention are achieved in a method for creating a desired tissue effect. An RF electrode is provided that includes a conductive portion. The RF electrode is coupled to a fluid delivery member that delivers a cooling fluidic medium to a back surface of the RF electrode. A dielectric is positioned on a skin surface. The RF electrode is coupled with the dielectric. RF energy is delivered from the RF electrode and the dielectric to the skin surface.

**30 Claims, 5 Drawing Sheets**



**US 7,229,436 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,140,130 A | 2/1979 | Storm, III | 128/404 |
| 4,164,226 A | 8/1979 | Tapper | 128/419 R |
| 4,290,435 A | 9/1981 | Waggott | 128/800 |
| 4,343,301 A | 8/1982 | Indech | 128/24 |
| 4,346,715 A | 8/1982 | Gammell | 128/422 |
| 4,375,220 A | 3/1983 | Matvias | 128/804 |
| 4,381,007 A | 4/1983 | Doss | 128/303.1 |
| 4,441,486 A | 4/1984 | Pounds | 128/24 |
| 4,545,368 A | 10/1985 | Rand et al. | 128/1.3 |
| 4,556,070 A | 12/1985 | Vaguine et al. | |
| 4,585,237 A | 4/1986 | Koop | |
| 4,633,875 A | 1/1987 | Turner | |
| 4,646,737 A | 3/1987 | Hussein et al. | |
| 4,676,258 A | 6/1987 | Inokuchi et al. | 128/804 |
| 4,709,372 A | 11/1987 | Rando et al. | |
| 4,709,701 A | 12/1987 | Weber | 128/422 |
| 4,756,310 A | 7/1988 | Bitterly | 128/422 |
| RE32,849 E | 1/1989 | Wei et al. | 204/192.27 |
| 4,864,098 A | 9/1989 | Basanese et al. | |
| 4,881,543 A | 11/1989 | Trembly et al. | 128/303.1 |
| 4,887,614 A | 12/1989 | Shirakami et al. | 128/798 |
| 4,889,122 A | 12/1989 | Watmough et al. | 128/399 |
| 4,891,820 A | 1/1990 | Rando et al. | |
| 4,944,302 A | 7/1990 | Hernandez et al. | 128/798 |
| 4,957,480 A | 9/1990 | Morenings | 604/20 |
| 4,962,761 A | 10/1990 | Golden | 128/400 |
| 4,976,709 A | 12/1990 | Sand | 606/5 |
| 5,003,991 A | 4/1991 | Takayama et al. | 128/784 |
| 5,011,483 A | 4/1991 | Sleister | 606/37 |
| 5,057,104 A | 10/1991 | Chess | |
| 5,100,402 A | 3/1992 | Fan | 606/37 |
| 5,107,832 A | 4/1992 | Guibert et al. | |
| 5,131,904 A | 7/1992 | Markoll | |
| 5,133,351 A | 7/1992 | Masaki | 128/419 R |
| 5,136,676 A | 8/1992 | Arnett et al. | |
| 5,143,063 A | 9/1992 | Fellner | 128/399 |
| 5,186,181 A | 2/1993 | Franconi et al. | 128/804 |
| 5,190,031 A | 3/1993 | Guibert et al. | |
| 5,190,517 A | 3/1993 | Zieve et al. | 604/22 |
| 5,217,455 A | 6/1993 | Tan | 606/9 |
| 5,230,334 A | 7/1993 | Klopotek | 128/399 |
| 5,231,997 A | 8/1993 | Kikuchi et al. | |
| 5,249,192 A | 9/1993 | Kuizenga et al. | 372/23 |
| 5,249,575 A | 10/1993 | DiMino et al. | 607/150 |
| 5,282,797 A | 2/1994 | Chess | 606/9 |
| 5,290,273 A | 3/1994 | Tan | 606/3 |
| 5,300,097 A | 4/1994 | Lerner et al. | 607/93 |
| 5,304,169 A | 4/1994 | Sand | 606/5 |
| 5,304,171 A | 4/1994 | Gregory et al. | 606/15 |
| 5,312,395 A | 5/1994 | Tan et al. | |
| 5,315,994 A | 5/1994 | Guibert et al. | 607/101 |
| 5,334,193 A | 8/1994 | Nardella | 606/41 |
| 5,342,357 A | 8/1994 | Nardella | 606/40 |
| 5,344,418 A | 9/1994 | Ghaffari | 606/9 |
| 5,348,554 A * | 9/1994 | Imran et al. | 606/41 |
| 5,360,447 A | 11/1994 | Koop | 623/15 |
| 5,364,394 A | 11/1994 | Mehl | |
| 5,366,443 A | 11/1994 | Eggers et al. | |
| 5,370,642 A | 12/1994 | Keller | 606/9 |
| 5,374,265 A | 12/1994 | Sand | 606/5 |
| 5,387,176 A | 2/1995 | Markoll | |
| 5,397,327 A | 3/1995 | Koop et al. | |
| 5,401,272 A | 3/1995 | Perkins | 606/15 |
| 5,405,368 A | 4/1995 | Eckhouse et al. | 607/88 |
| 5,423,807 A | 6/1995 | Milder | 606/20 |
| 5,423,811 A | 6/1995 | Imran et al. | 606/41 |
| 5,437,662 A | 8/1995 | Nardella | 606/40 |
| 5,454,808 A | 10/1995 | Koop et al. | |
| 5,456,260 A | 10/1995 | Kollias et al. | 128/665 |
| 5,458,596 A | 10/1995 | Lax et al. | 606/31 |
| 5,462,521 A | 10/1995 | Brucker et al. | 604/20 |
| 5,464,436 A | 11/1995 | Smith | 607/89 |
| 5,486,172 A | 1/1996 | Chess | |
| 5,496,312 A | 3/1996 | Klicek | |
| 5,496,314 A | 3/1996 | Eggers | 606/41 |
| 5,500,012 A | 3/1996 | Brucker et al. | 607/122 |
| 5,507,790 A | 4/1996 | Weiss | |
| 5,509,916 A | 4/1996 | Taylor | 606/13 |
| 5,522,813 A | 6/1996 | Trelles | 606/2 |
| 5,522,814 A | 6/1996 | Bernaz | |
| 5,527,308 A | 6/1996 | Anderson et al. | 606/14 |
| 5,527,350 A | 6/1996 | Grove et al. | 607/89 |
| 5,531,739 A | 7/1996 | Trelles | 606/2.5 |
| 5,549,604 A * | 8/1996 | Sutcu et al. | 606/45 |
| 5,556,377 A | 9/1996 | Rosen et al. | 604/22 |
| 5,556,612 A | 9/1996 | Anderson et al. | 424/59 |
| 5,558,667 A | 9/1996 | Yarborough et al. | 606/9 |
| 5,569,242 A * | 10/1996 | Lax et al. | 606/42 |
| 5,571,216 A | 11/1996 | Anderson | 623/66 |
| 5,578,029 A | 11/1996 | Trelles et al. | 606/25 |
| 5,595,568 A | 1/1997 | Anderson et al. | 606/9 |
| 5,599,342 A | 2/1997 | Hsia et al. | 606/9 |
| 5,620,478 A | 4/1997 | Eckhouse | |
| 5,626,631 A | 5/1997 | Eckhouse | |
| 5,628,744 A | 5/1997 | Coleman et al. | 606/12 |
| 5,643,334 A | 7/1997 | Eckhouse et al. | 607/88 |
| 5,649,923 A | 7/1997 | Gregory et al. | 606/15 |
| 5,655,547 A | 8/1997 | Karni | 128/898 |
| 5,660,836 A | 8/1997 | Knowlton | 424/400 |
| 5,669,868 A | 9/1997 | Markoll | |
| 5,681,282 A | 10/1997 | Eggers et al. | |
| 5,683,366 A | 11/1997 | Eggers et al. | |
| 5,683,380 A | 11/1997 | Eckhouse et al. | 606/19 |
| 5,692,058 A | 11/1997 | Eggers et al. | |
| 5,693,045 A | 12/1997 | Eggers | |
| 5,697,281 A | 12/1997 | Eggers et al. | |
| 5,697,536 A | 12/1997 | Eggers et al. | |
| 5,697,882 A | 12/1997 | Eggers et al. | |
| 5,697,909 A | 12/1997 | Eggers et al. | |
| 5,697,926 A * | 12/1997 | Weaver | 606/41 |
| 5,720,772 A | 2/1998 | Eckhouse | |
| 5,730,719 A | 3/1998 | Edwards | |
| 5,735,844 A | 4/1998 | Anderson et al. | 606/9 |
| 5,743,901 A | 4/1998 | Grove et al. | 606/9 |
| 5,746,735 A | 5/1998 | Furumoto et al. | 606/9 |
| 5,749,868 A | 5/1998 | Furumoto | 606/9 |
| 5,754,573 A | 5/1998 | Yarborough et al. | 372/22 |
| 5,755,751 A | 5/1998 | Eckhouse | |
| 5,755,753 A * | 5/1998 | Knowlton | 607/98 |
| 5,769,879 A | 6/1998 | Richards et al. | 607/101 |
| 5,775,338 A | 7/1998 | Hastings | 128/898 |
| 5,776,092 A | 7/1998 | Farin et al. | 604/22 |
| 5,776,175 A | 7/1998 | Eckhouse et al. | 607/100 |
| 5,810,801 A | 9/1998 | Anderson et al. | 606/9 |
| 5,814,008 A | 9/1998 | Chen et al. | 604/21 |
| 5,814,040 A | 9/1998 | Nelson et al. | 606/9 |
| 5,814,041 A | 9/1998 | Anderson et al. | 606/15 |
| 5,820,626 A | 10/1998 | Baumgardner | 606/13 |
| 5,833,612 A | 11/1998 | Eckhouse et al. | 600/476 |
| 5,836,999 A | 11/1998 | Eckhouse et al. | 607/88 |
| 5,843,072 A | 12/1998 | Furumoto et al. | 606/9 |
| 5,843,078 A | 12/1998 | Sharkey | 606/41 |
| 5,849,029 A | 12/1998 | Eckhouse et al. | |
| 5,851,181 A | 12/1998 | Talmor | |
| 5,871,479 A | 2/1999 | Furumoto et al. | 606/9 |
| 5,879,326 A | 3/1999 | Godshall et al. | 604/51 |
| 5,879,346 A | 3/1999 | Waldman et al. | |
| 5,880,880 A | 3/1999 | Anderson et al. | 359/385 |
| 5,885,273 A | 3/1999 | Eckhouse et al. | 606/9 |
| 5,885,274 A | 3/1999 | Fullmer et al. | 606/9 |
| 5,906,609 A | 5/1999 | Assa et al. | 606/9 |
| 5,911,718 A | 6/1999 | Yarborough et al. | 606/9 |
| 5,919,219 A | 7/1999 | Knowlton | 607/102 |
| 5,925,078 A | 7/1999 | Anderson | 623/66 |

**US 7,229,436 B2**

Page 3

| | | | |
|---|---|---|---|
| 5,938,657 A | 8/1999 | Assa et al. | 606/9 |
| 5,948,009 A | 9/1999 | Tu | 607/96 |
| 5,948,011 A | 9/1999 | Knowlton | 607/101 |
| 5,964,749 A | 10/1999 | Eckhouse et al. | 606/9 |
| 5,968,034 A | 10/1999 | Fullmer et al. | 606/9 |
| 5,970,983 A | 10/1999 | Karni et al. | 128/898 |
| 5,979,454 A | 11/1999 | Anvari et al. | 128/898 |
| 5,983,900 A | 11/1999 | Clement et al. | 128/898 |
| 5,995,283 A | 11/1999 | Anderson et al. | 359/385 |
| 5,997,530 A | 12/1999 | Nelson et al. | |
| 6,014,579 A | 1/2000 | Pomeranz et al. | 600/374 |
| 6,015,404 A | 1/2000 | Altshuler et al. | |
| 6,027,495 A | 2/2000 | Miller | |
| RE36,634 E | 3/2000 | Ghaffari | |
| 6,045,548 A | 4/2000 | Furumoto et al. | 606/9 |
| 6,047,215 A | 4/2000 | McClure et al. | 607/101 |
| 6,050,990 A | 4/2000 | Tankovich et al. | 606/9 |
| 6,053,909 A | 4/2000 | Shadduck | 606/3 |
| 6,066,130 A | 5/2000 | Gregory et al. | 606/15 |
| 6,077,294 A | 6/2000 | Cho et al. | 607/89 |
| 6,081,749 A * | 6/2000 | Ingle et al. | 607/101 |
| 6,090,101 A | 7/2000 | Quon et al. | 606/9 |
| 6,104,959 A | 8/2000 | Spertell | 607/101 |
| 6,120,497 A | 9/2000 | Anderson et al. | 606/9 |
| 6,126,655 A | 10/2000 | Domankevitz et al. | 606/17 |
| 6,129,723 A | 10/2000 | Anderson et al. | 606/13 |
| 6,139,569 A | 10/2000 | Ingle et al. | 607/104 |
| 6,139,653 A | 10/2000 | Fernandes et al. | 148/439 |
| 6,147,503 A | 11/2000 | Nelson et al. | |
| 6,159,194 A | 12/2000 | Eggers et al. | |
| 6,162,212 A | 12/2000 | Kreindel et al. | 606/9 |
| 6,168,590 B1 | 1/2001 | Neev | 606/9 |
| 6,169,926 B1 | 1/2001 | Baker | 607/99 |
| 6,171,301 B1 | 1/2001 | Nelson et al. | 606/9 |
| 6,183,773 B1 | 2/2001 | Anderson | |
| 6,187,001 B1 | 2/2001 | Azar et al. | |
| 6,200,308 B1 | 3/2001 | Pope et al. | |
| 6,210,402 B1 | 4/2001 | Olsen et al. | 606/32 |
| 6,214,034 B1 | 4/2001 | Azar | |
| 6,228,075 B1 | 5/2001 | Furumoto | 606/9 |
| 6,228,078 B1 | 5/2001 | Eggers et al. | 606/32 |
| 6,235,024 B1 | 5/2001 | Tu | 606/41 |
| 6,240,925 B1 | 6/2001 | McMillan et al. | 128/898 |
| 6,241,753 B1 | 6/2001 | Knowlton | 607/99 |
| 6,248,103 B1 | 6/2001 | Tannenbaum et al. | 606/9 |
| 6,254,594 B1 | 7/2001 | Berry | |
| 6,267,758 B1 | 7/2001 | Daw et al. | |
| 6,273,883 B1 | 8/2001 | Furumoto | 606/9 |
| 6,273,884 B1 | 8/2001 | Altshuler et al. | 606/9 |
| 6,273,885 B1 | 8/2001 | Koop et al. | 606/9 |
| 6,275,962 B1 | 8/2001 | Fuller et al. | 714/724 |
| 6,277,116 B1 | 8/2001 | Utely et al. | 606/42 |
| 6,280,438 B1 | 8/2001 | Eckhouse et al. | |
| 6,283,956 B1 | 9/2001 | McDaniel | |
| 6,287,305 B1 * | 9/2001 | Heim et al. | 606/41 |
| 6,299,620 B1 | 10/2001 | Shadduck et al. | |
| 6,311,090 B1 | 10/2001 | Knowlton | 607/101 |
| 6,334,074 B1 | 12/2001 | Spertell | 607/101 |
| 6,336,926 B1 | 1/2002 | Goble | 606/34 |
| 6,337,998 B1 | 1/2002 | Behl et al. | 607/101 |
| 6,350,261 B1 | 2/2002 | Domankivitz et al. | 606/17 |
| 6,350,276 B1 | 2/2002 | Knowlton | 607/104 |
| 6,377,854 B1 | 4/2002 | Knowlton | 607/101 |
| 6,377,855 B1 | 4/2002 | Knowlton | 607/101 |
| 6,381,497 B1 | 4/2002 | Knowlton | 607/101 |
| 6,381,498 B1 | 4/2002 | Knowlton | 607/101 |
| 6,383,176 B1 | 5/2002 | Connors et al. | 606/9 |
| 6,387,089 B1 | 5/2002 | Kreindel et al. | 606/9 |
| 6,387,103 B2 | 5/2002 | Shadduck | |
| 6,387,380 B1 | 5/2002 | Knowlton | 424/400 |
| 6,402,739 B1 | 6/2002 | Neev | |
| 6,405,090 B1 | 6/2002 | Knowlton | 607/102 |
| 6,408,212 B1 | 6/2002 | Neev | |
| 6,413,253 B1 | 7/2002 | Koop et al. | 606/27 |
| 6,413,255 B1 | 7/2002 | Stern | 606/41 |
| 6,425,912 B1 | 7/2002 | Knowlton | 607/101 |
| 6,430,446 B1 | 8/2002 | Knowlton | 607/101 |
| 6,436,094 B1 | 8/2002 | Reuter | 606/9 |
| 6,451,007 B1 | 9/2002 | Koop et al. | 606/9 |
| 6,453,202 B1 | 9/2002 | Knowlton | 607/102 |
| 6,463,336 B1 | 10/2002 | Mawhinney | |
| 6,485,484 B1 | 11/2002 | Connors et al. | |
| 6,488,696 B1 | 12/2002 | Cho et al. | |
| 6,500,141 B1 | 12/2002 | Irion et al. | 604/32 |
| 6,508,813 B1 | 1/2003 | Altshuler | |
| 6,511,475 B1 | 1/2003 | Altshuler et al. | 606/9 |
| 6,514,243 B1 | 2/2003 | Eckhouse et al. | |
| 6,514,244 B2 | 2/2003 | Pope et al. | |
| 6,527,763 B2 | 3/2003 | Esch et al. | 606/2 |
| 6,529,543 B1 | 3/2003 | Anderson et al. | 372/108 |
| 6,533,775 B1 | 3/2003 | Rizoiu | |
| 6,569,155 B1 | 5/2003 | Connors et al. | |
| 6,600,951 B1 | 7/2003 | Anderson | |
| 6,605,079 B2 | 8/2003 | Shanks et al. | |
| 6,605,080 B1 | 8/2003 | Altshuler et al. | 606/3 |
| 6,623,454 B1 | 9/2003 | Eggers et al. | |
| 6,629,974 B2 | 10/2003 | Penny et al. | |
| 6,632,218 B1 | 10/2003 | Furumoto et al. | |
| 6,649,904 B2 | 11/2003 | Hayashi et al. | |
| 6,653,618 B2 | 11/2003 | Zenzie | |
| 6,659,999 B1 | 12/2003 | Anderson et al. | 606/9 |
| 6,662,054 B2 | 12/2003 | Kreindel et al. | |
| 6,666,856 B2 | 12/2003 | Connors et al. | |
| 6,702,808 B1 | 3/2004 | Kreindel | |
| 6,702,838 B1 | 3/2004 | Andersen et al. | |
| 6,706,032 B2 | 3/2004 | Weaver et al. | 604/500 |
| 6,723,090 B2 | 4/2004 | Altshuler et al. | |
| 6,743,222 B2 | 6/2004 | Durkin et al. | |
| 6,749,602 B2 | 6/2004 | Sierra et al. | |
| 6,749,624 B2 | 6/2004 | Knowlton | 607/104 |
| 6,758,845 B1 | 7/2004 | Weckwerth et al. | |
| 2001/0037118 A1 | 11/2001 | Shadduck | |
| 2002/0016587 A1 | 2/2002 | Furumoto | 606/7 |
| 2002/0016601 A1 | 2/2002 | Shadduck | |
| 2002/0019625 A1 | 2/2002 | Azar | |
| 2002/0022827 A1 | 2/2002 | Esch et al. | 606/7 |
| 2002/0035360 A1 | 3/2002 | Conners et al. | 606/9 |
| 2002/0049433 A1 | 4/2002 | Furumoto et al. | 606/9 |
| 2002/0065533 A1 | 5/2002 | Weaver et al. | 606/191 |
| 2002/0091377 A1 | 7/2002 | Anderson et al. | 606/9 |
| 2002/0111605 A1 | 8/2002 | Furumoto et al. | 606/3 |
| 2002/0123743 A1 | 9/2002 | Shanks et al. | |
| 2002/0123745 A1 | 9/2002 | Svaasand et al. | 606/9 |
| 2002/0151887 A1 | 10/2002 | Stern et al. | 606/41 |
| 2002/0156471 A1 | 10/2002 | Stern et al. | 606/41 |
| 2002/0161357 A1 | 10/2002 | Anderson et al. | 606/9 |
| 2002/0161362 A1 | 10/2002 | Penny et al. | |
| 2002/0183724 A1 | 12/2002 | Neev | |
| 2002/0183789 A1 | 12/2002 | Neev | |
| 2003/0023283 A1 | 1/2003 | McDaniel | |
| 2003/0028186 A1 | 2/2003 | Kreindel | |
| 2003/0032950 A1 | 2/2003 | Altshuler et al. | |
| 2003/0036751 A1 | 2/2003 | Anderson et al. | 606/9 |
| 2003/0040739 A1 | 2/2003 | Koop | |
| 2003/0055414 A1 | 3/2003 | Altshuler et al. | 606/9 |
| 2003/0059386 A1 | 3/2003 | Sumain et al. | |
| 2003/0065313 A1 | 4/2003 | Koop et al. | |
| 2003/0065314 A1 | 4/2003 | Altshuler et al. | 606/9 |
| 2003/0069567 A1 | 4/2003 | Eckhouse et al. | |
| 2003/0097162 A1 | 5/2003 | Kreindel | |
| 2003/0129154 A1 | 7/2003 | McDaniel | |
| 2003/0130710 A1 | 7/2003 | Baker et al. | |
| 2003/0139740 A1 | 7/2003 | Kreindel | |
| 2003/0163178 A1 | 8/2003 | Davison et al. | |
| 2003/0187488 A1 | 10/2003 | Kreindel et al. | |
| 2003/0199859 A1 | 10/2003 | Altshuler et al. | 606/9 |

**US 7,229,436 B2**

Page 4

| | | | |
|---|---|---|---|
| 2003/0208326 A1 | 11/2003 | Chen et al. | 702/49 |
| 2003/0212393 A1 | 11/2003 | Knowlton et al. | |
| 2003/0216728 A1 | 11/2003 | Stem et al. | |
| 2003/0218756 A1 | 11/2003 | Chen et al. | 356/497 |
| 2003/0220635 A1 | 11/2003 | Knowlton et al. | |
| 2003/0220749 A1 | 11/2003 | Chen et al. | 702/31 |
| 2003/0233138 A1 | 12/2003 | Spooner | |
| 2003/0236487 A1 | 12/2003 | Knowlton | |
| 2004/0000316 A1 | 1/2004 | Knowlton et al. | |
| 2004/0002704 A1 | 1/2004 | Knowlton et al. | |
| 2004/0002705 A1 | 1/2004 | Knowlton et al. | |
| 2004/0015157 A1 | 1/2004 | Connors et al. | |
| 2004/0030332 A1 | 2/2004 | Knowlton et al. | |
| 2004/0034319 A1 | 2/2004 | Anderson et al. | 604/20 |
| 2004/0034341 A1 | 2/2004 | Altshuler et al. | 606/3 |
| 2004/0034346 A1 | 2/2004 | Stern et al. | |
| 2004/0039379 A1 | 2/2004 | Viator et al. | 606/9 |
| 2004/0093042 A1 | 5/2004 | Altshuler et al. | 607/88 |
| 2004/0133251 A1 | 7/2004 | Altshuler et al. | |
| 2004/0147984 A1 | 7/2004 | Altshuler et al. | |
| 2004/0162549 A1 | 8/2004 | Altshuler | |
| 2004/0199226 A1 | 10/2004 | Shadduck | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 10082526 T1 | 7/1999 |
| EP | 0 395 307 A2 | 10/1990 |
| EP | 0 519 415 | 12/1992 |
| EP | 1 430 850 | 12/2003 |
| FR | 2 609 245 | 7/1988 |
| NZ | 266678 | 12/1997 |
| WO | 92/19414 | 11/1992 |
| WO | 93/13816 | 7/1993 |
| WO | 94/26228 | 11/1994 |
| WO | 96/27240 | 9/1996 |
| WO | 96/27327 | 9/1996 |
| WO | 96/32051 | 10/1996 |
| WO | 96/34568 | 11/1996 |
| WO | WO 96/34568 | 11/1996 |
| WO | 96/39914 | 12/1996 |
| WO | 97/18765 | 5/1997 |
| WO | 97/18768 | 5/1997 |
| WO | WO 97/37602 | 10/1997 |
| WO | 68/03117 | 1/1998 |
| WO | 98/03220 | 1/1998 |
| WO | 98 05286 | 2/1998 |
| WO | WO 98/33558 | 8/1998 |
| WO | 99 08614 | 2/1999 |
| WO | WO 99/08614 | 2/1999 |
| WO | WO 00/44297 | 8/2000 |
| WO | WO 00/48644 A3 | 8/2000 |
| WO | WO 00/54685 | 9/2000 |
| WO | WO 00/54686 | 9/2000 |
| WO | WO 01/08545 A2 | 2/2001 |
| WO | WO 02/26147 | 4/2002 |
| WO | WO 02/064209 | 8/2002 |
| WO | WO 02/076318 | 10/2002 |

OTHER PUBLICATIONS

*Danielson, C. "Age-Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697-701, (1990).

*Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269-278, (1981).

*Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123-134, (1988).

*Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414-420, Apr. 1979.

*Pearce, et al. "Kinetic models of laser-tissue fusion processes", ISA, paper #93-044, pp. 355-360, (1993).

*Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." J. Dermatol Surg Oncol. 1993; 19:74-80.

*Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference: bo05—Cutaneous Applications of Lasers, Jan. 24-30, 1998, San Jose, CA.

*Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" Dermatology Times. 1995. 16(10).

*National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.

Anvari, et al., "Dynamic Epidermal Cooling in Conjunction with Laser Treatment of Port-Wine Stains: Theoretical and Preliminary Clinical Evaluations", Lasers in Medical Science 10: 105-112, (Jul. 1995).

Anvari, et al., "Spatially selective photocoagulation of biological tissues; feasibility study utilizing cryogen spray cooling", Applied Optics, vol. 35, No. 19 (Jul. 1996).

Thermage, Inc., "Complaint For Patent Infringement", Jul. 23, 2004.

Thermage, Inc., "Motion for Preliminary Injunction", Aug. 6, 2004.

Thermage, Inc., "Memorandum in Support of motion for Preliminary Injunction", Aug. 6, 2004.

Thermage, Inc., "Declaration of Edward A. Ebbers in Support of Motion for Preliminary Injunction" and attached-exhibits A-E, Aug. 6, 2004.

Thermage, Inc., "Declaration of Dr. Maureen Reitman in Support of Motion for Preliminary Injunction" and attached Exhibits A-M, Aug. 6, 2004.

Thermage, Inc. "Declaration of Dave B. Koo in Support of Motion for Preliminary Injunction" and attached Exhibits A-D, Aug. 6, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Robert S. Mc Arthur in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits 1-25, Aug. 17, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction", Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Dr. Warren S. Grundfest in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A-F, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Dr. Michael Kreindel in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Domenic Serafino in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A-C, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Moshe Mizrahy in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction", Aug. 17, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Syneron Medical Ltd.'s and Syneron, Inc.'s Answer to Complaint with Jury Demand and Declaratory Judgment, Counterclaim against Thermage, Inc.", Aug. 27, 2004.

Thermage, Inc., "Reply Memorandum re Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of John M. Benassi in Support of Motion for Preliminary Injunction" and attached Exhibits A-B, Sep. 3, 2004.

Thermage, Inc., "Declaration of Paul Davis in Support of Motion for Preliminary Injunction" and attached Exhibits A-C, Sep. 3, 2004.

Thermage, Inc., "Declaration of Robert Gerberich in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Edward W. Knowlton in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Richard J. Meader in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Maureen Reitman in Support of Motion for Preliminary Injunction (Supplemental)", Sep. 3, 2004.

**US 7,229,436 B2**

Page 5

Syneron Medical, Ltd., Syneron, Inc., "Motion for Leave to File Syneron's Surreply in Opposition to Preliminary Injunction Motion", Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Surreply in Opposition to Thermage, Inc.'s Preliminary Injunction Motion", Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Supplemental Declaration of Jill Neiman in Opposition to Preliminary Injunction Motion" and attached Exhibits A-C, Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Supplemental Declaration of Warren Grundfest in Opposition to Preliminary Injunction Motion" and attached Exhibits A-B, Sep. 10, 2004.

Judge Charles R. Breyer, "Order granting Motion for Leave to File Surreply", Sep. 13, 2004.

Thermage, Inc., "Memorandum in Opposition re Motion for Preliminary Injunction to Syneron's Surreply", Sep. 14, 2004.

Judge Charles R. Breyer, "Order Regarding Questions for Oral Argument", Sep. 16, 2004.

Thermage, Inc., "Answer to CounterClaim", Sep. 16, 2004.

Thermage, Inc., "Minute Entry: Motion Hearing held on Sep. 17, 2004 before Judge Charles R. Breyer re Motion for Preliminary Injunction", Sep. 17, 2004.

Judge Charles R. Breyer, "Order denying Motion for Preliminary Injunction", Sep. 27, 2004.

Judge Charles R. Breyer, "Transcript of Proceedings held on Sep. 17, 2004", Oct. 8, 2004.

Anvari et al., "Dynamic Epidermal Cooling in Conjunction with Laser Treatment of Port-Wine Stains: Theoretical and Preliminary Clinical Evaluations," Lasers in Medical Studies, 10: 105-112, 1995.

Anvari et al., "Spatially Selective Photocoagulation of Biological Tissues: Feasibility Study Utilizing Cryogen Spray Cooling," Applied Optics, vol. 35, No. 19, Jul. 1, 1996.

Stem et al., U.S. Appl. No. 11/158,286, filed Jun. 20,2005.

* cited by examiner



*FIG. 1A*

*FIG. 1B*



FIG. 2



**FIG. 3A**



**FIG. 3B**



**FIG. 3C**



**FIG. 4**



**FIG. 5**



*FIG. 6*

US 7,229,436 B2

1

**METHOD AND KIT FOR TREATMENT OF TISSUE**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 10/072,475 filed Feb. 6, 2002 now U.S. Pat. No. 7,022,121, and a continuation-in-part of U.S. Ser. No. 10/072,610, filed Feb. 6, 2002, now U.S. Pat. No. 7,141,049, both of which are continuations-in-part of U.S. Ser. No. 09/522,275, filed Mar. 9, 2000, now U.S. Pat. No. 6,413,255, which claims the benefit of U.S. Ser. No. 60/123,440, filed Mar. 9, 1999. This application is also a continuation-in-part of U.S. Ser. No. 10/026,870, filed Dec. 20, 2001, now U.S. Pat. No. 6,749,624, which is a continuation of U.S. Ser. No. 09/337,015, filed Jun. 30, 1999, now U.S. Pat. No. 6,350,276, which is a continuation-in-part of U.S. Ser. No. 08/583,815, filed Jan. 5, 1996, now U.S. Pat. No. 6,241,753, U.S. Ser. No. 08/827,237, filed Mar. 28, 1997, now U.S. Pat. No. 6,430,446, U.S. Ser. No. 08/914,681, filed Aug. 19, 1997, now U.S. Pat. No. 5,919,219, and U.S. Ser. No. 08/942,274, filed Sep. 30, 1997, now U.S. Pat. No. 6,425,912, which are all fully incorporated herein by reference.

FIELD OF THE INVENTION

This invention relates generally to methods and kits used to deliver energy through a skin surface to create a desired tissue effect, and more particularly to methods and kits to create a desired tissue effect using an RF electrode and a dielectric.

DESCRIPTION OF RELATED ART

The human skin is composed of two elements: the epidermis and the underlying dermis. The epidermis with the stratum corneum serves as a biological barrier to the environment. In the basilar layer of the epidermis, pigment-forming cells called melanocytes are present. They are the main determinants of skin color.

The underlying dermis provides the main structural support of the skin. It is composed mainly of an extra-cellular protein called collagen. Collagen is produced by fibroblasts and synthesized as a triple helix with three polypeptide chains that are connected with heat labile and heat stable chemical bonds. When collagen-containing tissue is heated, alterations in the physical properties of this protein matrix occur at a characteristic temperature. The structural transition of collagen contraction occurs at a specific "shrinkage" temperature. The shrinkage and remodeling of the collagen matrix with heat is the basis for the technology. Although the technology can be deployed to effect other changes to the skin, skin appendages (sweat glands, sebaceous glands, hair follicles, etc.), or subcutaneous tissue structures.

Collagen crosslinks are either intramolecular (covalent or hydrogen bond) or intermolecular (covalent or ionic bonds). The thermal cleavage of intramolecular hydrogen crosslinks is a scalar process that is created by the balance between cleavage events and relaxation events (reforming of hydrogen bonds). No external force is required for this process to occur. As a result, intermolecular stress is created by the thermal cleavage of intramolecular hydrogen bonds. Essentially, the contraction of the tertiary structure of the molecule creates the initial intermolecular vector of contraction.

Collagen fibrils in a matrix exhibit a variety of spatial orientations. The matrix is lengthened if the sum of all

2

vectors acts to lengthen the fibril. Contraction of the matrix is facilitated if the sum of all extrinsic vectors acts to shorten the fibril. Thermal disruption of intramolecular hydrogen bonds and mechanical cleavage of intermolecular crosslinks is also affected by relaxation events that restore preexisting configurations. However, a permanent change of molecular length will occur if crosslinks are reformed after lengthening or contraction of the collagen fibril. The continuous application of an external mechanical force will increase the probability of crosslinks forming after lengthening or contraction of the fibril.

Hydrogen bond cleavage is a quantum mechanical event that requires a threshold of energy. The amount of (intramolecular) hydrogen bond cleavage required corresponds to the combined ionic and covalent intermolecular bond strengths within the collagen fibril. Until this threshold is reached, little or no change in the quaternary structure of the collagen fibril will occur. When the intermolecular stress is adequate, cleavage of the ionic and covalent bonds will occur. Typically, the intermolecular cleavage of ionic and covalent bonds will occur with a ratcheting effect from the realignment of polar and nonpolar regions in the lengthened or contracted fibril.

Cleavage of collagen bonds also occurs at lower temperatures but at a lower rate. Low-level thermal cleavage is frequently associated with relaxation phenomena in which bonds are reformed without a net change in molecular length. An external force that mechanically cleaves the fibril will reduce the probability of relaxation phenomena and provides a means to lengthen or contract the collagen matrix at lower temperatures while reducing the potential of surface ablation.

Soft tissue remodeling is a biophysical phenomenon that occurs at cellular and molecular levels. Molecular contraction or partial denaturation of collagen involves the application of an energy source, which destabilizes the longitudinal axis of the molecule by cleaving the heat labile bonds of the triple helix. As a result, stress is created to break the intermolecular bonds of the matrix. This is essentially an immediate extra-cellular process, whereas cellular contraction requires a lag period for the migration and multiplication of fibroblasts into the wound as provided by the wound healing sequence. In higher developed animal species, the wound healing response to injury involves an initial inflammatory process that subsequently leads to the deposition of scar tissue.

The initial inflammatory response consists of the infiltration by white blood cells or leukocytes that dispose of cellular debris. Seventy-two hours later, proliferation of fibroblasts at the injured site occurs. These cells differentiate into contractile myofibroblasts, which are the source of cellular soft tissue contraction. Following cellular contraction, collagen is laid down as a static supporting matrix in the tightened soft tissue structure. The deposition and subsequent remodeling of this nascent scar matrix provides the means to alter the consistency and geometry of soft tissue for aesthetic purposes.

In light of the preceding discussion, there are a number of dermatological procedures that lend themselves to treatments which deliver thermal energy to the skin and underlying tissue to cause a contraction of collagen, and/or initiate a would healing response. Such procedures include skin remodeling/resurfacing, wrinkle removal, and treatment of the sebaceous glands, hair follicles adipose tissue and spider veins.

Currently available technologies that deliver thermal energy to the skin and underlying tissue include Radio

US 7,229,436 B2

3

Frequency (RF), optical (laser) and other forms of electromagnetic energy as well as ultrasound and direct heating with a hot surface. However, these technologies have a number of technical limitations and clinical issues which limit the effectiveness of the treatment and/or preclude treatment altogether.

These issues include the following: i) achieving a uniform thermal effect across a large area of tissue, ii) controlling the depth of the thermal effect to target selected tissue and prevent unwanted thermal damage to both target and non-target tissue, iii) reducing adverse tissue effects such as bums, redness blistering, iv) replacing the practice of delivery energy/treatment in a patchwork fashion with a more continuous delivery of treatment (e.g. by a sliding or painting motion), v) improving access to difficult-to-reach areas of the skin surface and vi) reducing procedure time and number of patient visits required to complete treatment. As will be discussed herein the current invention provides an apparatus for solving these and other limitations.

One of the key shortcomings of currently available RF technology for treating the skin is the edge effect phenomenon. In general, when RF energy is being applied or delivered to tissue through an electrode which is in contact with that tissue, the current concentrate around the edges of the electrode, sharp edges in particular. This effect is generally known as the edge effect. In the case of a circular disc electrode, the effect manifests as a higher current density around the perimeter of that circular disc and a relatively low current density in the center. For a square-shaped electrode there is typically a high current density around the entire perimeter, and an even higher current density at the corners.

Edge effects cause problems in treating the skin for several reasons. First, they result in a non-uniform thermal effect over the electrode surface. In various treatments of the skin, it is important to have a uniform thermal effect over a relatively large surface area, particularly for dermatological treatments. Large in this case being on the order of several square millimeters or even several square centimeters. In electrosurgical applications for cutting tissue, there typically is a point type applicator designed with the goal of getting a hot spot at that point for cutting or even coagulating tissue. However, this point design is undesirable for creating a reasonably gentle thermal effect over a large surface area. What is needed is an electrode design to deliver uniform thermal energy to skin and underlying tissue without hot spots.

A uniform thermal effect is particularly important when cooling is combined with heating in skin/tissue treatment procedure. As is discussed below, a non-uniform thermal pattern makes cooling of the skin difficult and hence the resulting treatment process as well. When heating the skin with RF energy, the tissue at the electrode surface tends to be warmest with a decrease in temperature moving deeper into the tissue. One approach to overcome this thermal gradient and create a thermal effect at a set distance away from the electrode is to cool the layers of skin that are in contact with the electrode. However, cooling of the skin is made difficult if there is a non-uniform heating pattern.

If the skin is sufficiently cooled such that there are no burns at the corners of a square or rectangular electrode, or at the perimeter of a circular disc electrode, then there will probably be overcooling in the center and there won't be any significant thermal effect (i.e. tissue heating) under the center of the electrode. Contrarily, if the cooling effect is decreased to the point where there is a good thermal effect

4

in the center of the electrode, then there probably will not be sufficient cooling to protect tissue in contact with the edges of the electrode.

As a result of these limitations, in the typical application of a standard electrode there is usually an area of non-uniform treatment and/or burns on the skin surface. So uniformity of the heating pattern is very important. It is particularly important in applications treating skin where collagen-containing layers are heated to produce a collagen contraction response for tightening of the skin. For this and related applications, if the collagen contraction and resulting skin tightening effect are non-uniform, then a medically undesirable result may occur.

There is a need for improved methods and kits for treating tissue sites. There is a further need for improved methods and kits for treating skin tissue.

SUMMARY OF THE INVENTION

Accordingly, an object of the present invention is to provide an improved method and kit for treating tissue.

Another object of the present invention is to provide an improved method and kit for treating skin tissue.

A further object of the present invention is to provide a method and kit for treating skin tissue that utilizes an RF electrode device with a separate dielectric coupled to the RF electrode.

Yet another object of the present invention is to provide a method and kit for treating skin tissue that utilizes an RF electrode and separate dielectric that are capacativly coupled when at least a portion of the dielectric is in contact with a skin surface.

These and other objects of the present invention are achieved in a method for creating a desired tissue effect. An RF electrode is provided that includes a conductive portion. The RF electrode is coupled to a fluid delivery member that delivers a cooling fluidic medium to a back surface of the RF electrode. A dielectric is positioned on a skin surface. The RF electrode is coupled with the dielectric. RF energy is delivered from the RF electrode and the dielectric to the skin surface.

In another embodiment of the present invention, a method for creating a desired tissue effect provides an RF electrode with a back plate and a plurality of electrical contact pads coupled to the back plate. A dielectric is positioned on a skin surface. The RF electrode is coupled to the dielectric. RF energy is delivered from the RF electrode and the dielectric to the skin surface.

In another embodiment of the present invention, a kit is provided. The kit has an RF electrode that includes a conductive portion. The RF electrode is coupled to a fluid delivery member that delivers a cooling fluidic medium to a back surface of the RF electrode.

In another embodiment of the present invention, a kit is provided. The kit includes an RF electrode with a conductive portion and a flex circuit. A dielectric member is included in the kit.

In another embodiment of the present invention, a kit is provided that includes an RF electrode device. The RF electrode device has a support structure, an RF electrode coupled to the support structure and a first sensor coupled to the RF electrode. A dielectric member is included in the kit.

In another embodiment of the present invention, a kit is provided that has an RF electrode device having a support structure, an RF electrode coupled to the support structure and a first sensor coupled to the RF electrode and a non-

US 7,229,436 B2

5

volatile memory coupled to the support structure. A dielectric member is included in the kit.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1(a) is a cross-sectional view of one embodiment of the handpiece of the present invention.

FIG. 1(b) is a cross-sectional view of another embodiment of the RF device with a thermoelectric cooler.

FIG. 2 is an exploded view of the FIG. 1 RF electrode assembly.

FIG. 3(a) is a close-up view of one embodiment of an RF electrode of the present invention.

FIG. 3(b) illustrates one embodiment of an RF electrode, that can be utilized with the present invention, with an outer edge geometry configured to reduce an amount of capacitively coupled area the outer edge.

FIG. 3(c) illustrates an one embodiment of an RF electrode, that can be utilized with the present invention, that has voids where there is little if any conductive material.

FIG. 4 is a cross-sectional view of the RF electrode assembly from FIG. 1.

FIG. 5 is a side view of one embodiment of an RF handpiece assembly of the present invention.

FIG. 6 is a rear view of the FIG. 5 RF electrode assembly.

DETAILED DESCRIPTION

In various embodiments, the present invention provides methods for treating a tissue site. In one embodiment, an energy delivery surface of an energy delivery device is coupled to a skin surface. The coupling can be a direct, in contact, placement of the energy delivery surface of the energy delivery on the skin surface, or distanced relationship between the two with out without a media to conduct energy to the skin surface from the energy delivery surface of the energy delivery device. The skin surface is cooled sufficiently to create a reverse thermal gradient where a temperature of the skin surface is less than an underlying tissue. Energy is delivered from the energy delivery device to the underlying tissue area, resulting in a tissue effect at the skin surface.

Referring now to FIG. 1(a), the methods of present invention can be achieved with the use of a handpiece 10. Handpiece 10 is coupled with a handpiece assembly 12 that includes a handpiece housing 14 and a cooling fluidic medium valve member 16. Handpiece housing 14 is configured to be coupled to an electrode assembly 18. Electrode assembly 18 has a least one RF electrode 20 that is capacitively coupled to a skin surface when at least a portion of RF electrode 20 is in contact with the skin surface. Without limiting the scope of the present invention, RF electrode 20 can have a thickness in the range of 0.010 to 1.0 mm.

Handpiece 10 provides a more uniform thermal effect in tissue at a selected depth, while preventing or minimizing thermal damage to the skin surface and other non-target tissue. Handpiece 10 is coupled to an RF generator. RF electrode 20 can be operated either in mono-polar or bi-polar modes. Handpiece 10 is configured to reduce, or preferably eliminate edge effects and hot spots. The result is an improved aesthetic result/clinical outcome with an elimination/reduction in adverse effects and healing time.

A fluid delivery member 22 is coupled to cooling fluidic medium valve member 16. Fluid delivery member 22 and cooling fluidic medium valve member 16 collectively form a cooling fluidic medium dispensing assembly. Fluid delivery member 22 is configured to provide an atomizing

6

delivery of a cooling fluidic medium to RF electrode 20. The atomizing delivery is a mist or fine spray. A phase transition, from liquid to gas, of the cooling fluidic medium occurs when it hits the surface of RF electrode 20. The transition from liquid to gas creates the cooling. If the transition before the cooling fluidic medium hits RF electrode 20 the cooling of RF electrode 20 will not be as effective.

In another embodiment, illustrated in FIG. 1(b), a thermoelectric cooler 23 is utilized in place of cooling fluidic medium valve member 16 and fluid delivery member 22.

In one embodiment, the cooling fluidic medium is a cryogenic spray, commercially available from Honeywell, Morristown, N.J. A specific example of a suitable cryogenic spray is R134A$_2$, available from Refron, Inc., 38-18 33rd St., Long Island City, N.Y. 11101. The use of a cryogenic cooling fluidic medium provides the capability to use a number of different types of algorithms for skin treatment. For example, the cryogenic cooling fluidic medium can be applied milliseconds before and after the delivery of RF energy to the desired tissue. This is achieved with the use of cooling fluidic medium valve member 16 coupled to a cryogen supply, including but not limited to a compressed gas canister. In various embodiments, cooling fluidic medium valve member 16 can be coupled to a computer control system and/or manually controlled by the physician by means of a foot switch or similar device.

Providing a spray, or atomization, of cryogenic cooling fluidic medium is particularly suitable because of it provides an availability to implement rapid on and off control. Cryogenic cooling fluidic medium allows more precise temporal control of the cooling process. This is because cooling only occurs when the refrigerant is sprayed and is in an evaporative state, the latter being a very fast short-lived event. Thus, cooling ceases rapidly after the cryogenic cooling fluidic medium is stopped. The overall effect is to confer very precise time on-off control of cryogenic cooling fluidic medium.

Referring now to FIG. 2, fluid delivery member 22 and thermo-electric cooler 23 can be positioned in handpiece housing 14 or electrode assembly 18. Fluid delivery member 22 is configured to controllably deliver a cooling fluidic medium. Fluid delivery member 22 and thermoelectric cooler 23 cool a back surface 24 of RF electrode 20 and maintain back surface 24 at a desired temperature. The cooling fluidic medium evaporatively cools RF electrode 20 and maintains a substantially uniform temperature of front surface 26 of RF electrode 20. Fluid delivery member 22 evaporatively cools back surface 24. Front surface 26 may or may not be flexible and conformable to the skin, but it will still have sufficient strength and/or structure to provide good thermal coupling when pressed against the skin surface.

RF electrode 20 then conductively cools a skin surface that is adjacent to a front surface 26 of RF electrode 20. Suitable fluidic media include a variety of refrigerants such as R134A and freon.

Fluid delivery member 22 is configured to controllably deliver the cooling fluidic medium to back surface 24 at substantially any orientation of front surface 26 relative to a direction of gravity. A geometry and positioning of fluid delivery member 22 is selected to provide a substantially uniform distribution of cooling fluidic medium on back surface 24. The delivery of the cooling fluidic medium can be by spray of droplets or fine mist, flooding back surface 24, and the like. Cooling occurs at the interface of the cooling fluidic medium with atmosphere, which is where evaporation occurs. If there is a thick layer of fluid on back surface 24 the heat removed from the treated skin will need

US 7,229,436 B2

7

to pass through the thick layer of cooling, fluidic medium, increasing thermal resistance. To maximize cooling rates, it is desirable to apply a very thin layer of cooling fluidic medium. If RF electrode 20 is not horizontal, and if there is a thick layer of cooling fluidic medium, or if there are large drops of cooling fluidic medium on back surface 24, the cooling fluidic medium can run down the surface of RF electrode 20 and pool at one edge or corner, causing uneven cooling. Therefore, it is desirable to apply a thin layer of cooling fluidic medium with a fine spray. Thermo-electric cooler 23 achieves these same results but without delivering a cooling medium. Thermo-electric cooler 23 is cold on the side that is adjacent to or in contact with surface 24, while its opposing side becomes warmer.

In various embodiments, RF electrode 20, as illustrated in FIG. 3(a), has a conductive portion 28 and a dielectric portion 30. Conductive portion 28 can be a metal including but not limited to copper, gold, silver, aluminum and the like. Dielectric portion 30 can be made of a variety of different materials including but not limited to polyimide, Teflon® and the like, silicon nitride, polysilanes, polysilazanes, polyimides, Kapton and other polymers, antenna dielectrics and other dielectric m materials well known in the art. Other dielectric materials include but are not limited to polymers such as polyester, silicon, sapphire, diamond, zirconium-toughened alumina (ZTA), alumina and the like. Dielectric portion 30 can be positioned around at least a portion, or the entirety of a periphery of conductive portion 28. In another embodiment, RF electrode 20 is made of a composite material, including but not limited to gold-plated copper, copper-polyimide, silicon/silicon-nitride and the like.

Dielectric portion 30 creates an increased impedance to the flow of electrical current through RF electrode 20. This increased impedance causes current to travel a path straight down through conductive portion 28 to the skin surface. Electric field edge effects, caused by a concentration of current flowing out of the edges of RF electrode 20, are reduced.

Dielectric portion 30 produces a more uniform impedance through RF electrode 20 and causes a more uniform current to flow through conductive portion 28. The resulting effect minimizes or even eliminates, edge effects around the edges of RF electrode 20. As shown in FIG. 3(c), RF electrode 20 can have voids 33 where there is little or no conductive material. Creating voids 33 in the conductive material alters the electric field. The specific configuration of voids can be used to minimize edge effect, or alter the depth, uniformity or shape of the electric field. Under a portion 28' of the RF electrode 20 with solid conductive material the electric field is deeper. Under a portion 28'' of RF electrode 20 with more voids, the electric field is shallower. By combining different densities of conductive material, an RF electrode 20 is provided to match the desired heating profile.

In one embodiment, conductive portion 28 adheres to dielectric portion 30 which can be a substrate with a thickness, by way of example and without limitation, of about 0.001''. This embodiment is similar to a standard flex circuit board material commercially available in the electronics industry. In this embodiment, dielectric portion 30 is in contact with the tissue, the skin, and conductive portion 28 is separated from the skin.

The thickness of the dielectric portion 30 can be decreased by growing conductive portion 28 on dielectric portion 30 using a variety of techniques, including but not limited to, sputtering, electro deposition, chemical vapor deposition, plasma deposition and other deposition tech-

8

niques known in the art. Additionally, these same processes can be used to deposit dielectric portion 30 onto conductive portion 28. In one embodiment dielectric portion 30 is an oxide layer which can be grown on conductive portion 28. An oxide layer has a low thermal resistance and improves the cooling efficiency of the skin compared with many other dielectrics such as polymers.

In various embodiments, RF electrode 20 is configured to inhibit the capacitive coupling to tissue along its outside edge 31. Referring to FIG. 3(b) RF electrode 20 can have an outer edge 31 with a geometry that is configured to reduce an amount of capacitively coupled area at outer edge 31. Outer edge 31 can have less of the conductive portion 28 material. This can be achieved by different geometries, including but not limited to a scalloped geometry, and the like. The total length of outer edge 31 can be increased, with different geometries, and the total area that is capacitively coupled to tissue is reduced. This produces a reduction in energy generation around outer edge 31.

Alternatively, the dielectric material can be applied in a thicker layer at the edges, reducing the electric field at the edges. A further alternative is to configure the cooling to cool more aggressively at the edges to compensate for any electric field edge effect.

Fluid delivery member 22 has an inlet 32 and an outlet 34. Outlet 34 can have a smaller cross-sectional area than a cross-sectional area of inlet 32. In one embodiment, fluid delivery member 22 is a nozzle 36.

Cooling fluidic medium valve member 16 can be configured to provide a pulsed delivery of the cooling fluidic medium. Pulsing the delivery of cooling fluidic medium is a simple way to control the rate of cooling fluidic medium application. In one embodiment, cooling fluidic medium valve member 16 is a solenoid valve. An example of a suitable solenoid valve is a solenoid pinch valve manufactured by the N-Research Corporation, West Caldwell, N.J. If the fluid is pressurized, then opening of the valve results in fluid flow. If the fluid is maintained at a constant pressure, then the flow rate is constant and a simple open/close solenoid valve can be used, the effective flow rate being determined by the pulse duty cycle. A higher duty cycle, close to 100% increases cooling, while a lower duty cycle, closer to 0%, reduces cooling. The duty cycle can be achieved by turning on the valve for a short duration of time at a set frequency. The duration of the open time can be 1 to 50 milliseconds or longer. The frequency of pulsing can be 1 to 50 Hz or faster.

Alternatively, cooling fluidic medium flow rate can be controlled by a metering valve or controllable-rate pump such as a peristaltic pump. One advantage of pulsing is that it is easy to control using simple electronics and control algorithms.

Electrode assembly 18 is sufficiently sealed so that the cooling fluidic medium does not leak from back surface 24 onto a skin surface in contact with a front surface of RF electrode 20. This helps provide an even energy delivery through the skin surface. In one embodiment, electrode assembly 18, and more specifically RF electrode 20, has a geometry that creates a reservoir at back surface 24 to hold and gather cooling fluidic medium that has collected at back surface 24. Back surface 24 can be formed with "hospital corners" to create this reservoir. Optionally, electrode assembly 18 includes a vent that permits vaporized cooling fluidic medium to escape from electrode assembly 18.

The vent prevents pressure from building up in electrode assembly 18. The vent can be a pressure relief valve that is vented to the atmosphere or a vent line. When the cooling

US 7,229,436 B2

9

fluidic medium comes into contact with RF electrode 20 and evaporates, the resulting gas pressurizes the inside of electrode assembly 18. This can cause RF electrode 20 to partially inflate and bow out from front surface 26. The inflated RF electrode 20 can enhance the thermal contact with the skin and also result in some degree of conformance of RF electrode 20 to the skin surface. An electronic controller can be provided. The electronic controller sends a signal to open the vent when a programmed pressure has been reached.

Various leads 40 are coupled to RF electrode 20. One or more thermal sensors 42 are coupled to RF electrode. Suitable thermal sensors 42 include but are not limited to thermocouples, thermistors, infrared photo-emitters and a thermally sensitive diode. In one embodiment, a thermal sensor 42 is positioned at each corner of RF electrode 20. A sufficient number of thermal sensors 42 are provided in order to acquire sufficient thermal data of the skin surface or the back surface 24 of the electrode 20. Thermal sensors 42 are electrically isolated from RF electrode 20. In another embodiment, at least one sensor 42 is positioned at back surface 24 of RF electrode 20 and detects the temperature of back surface 24 in response to the delivery of cooling fluidic medium.

Thermal sensors 42 measure temperature and can provide feedback for monitoring temperature of RF electrode 20 and/or the tissue during treatment. Thermal sensors 42 can be thermistors, thermocouples, thermally sensitive diodes, capacitors, inductors or other devices for measuring temperature. Preferably, thermal sensors 42 provide electronic feedback to a microprocessor of the RF generator coupled to RF electrode 20 in order to facilitate control of the treatment.

Measurements from thermal sensors 42 can be used to help control the rate of application of cooling fluidic medium. For example, a cooling control algorithm can be used to apply cooling fluidic medium to RF electrode 20 at a high flow rate until the temperature fell below a target temperature, and then slow down or stop. A PID, or proportional-integral-differential, algorithm can be used to precisely control RF electrode 20 temperature to a predetermined value.

Thermal sensors 42 can be positioned on back surface 24 of RF electrode 20 away from the tissue. This configuration is preferable for controlling the temperature of the RF electrode 20. Alternatively, thermal sensors 42 can be positioned on front surface 26 of RF electrode 10 in direct contact with the tissue. This embodiment can be more suitable for monitoring tissue temperature. Algorithms are utilized with thermal sensors 42 to calculate a temperature profile of the treated tissue. Thermal sensors 42 can be used to develop a temperature profile of the skin which is then used for process control purposes to assure that the proper amounts of heating and cooling are delivered to achieve a desired elevated deep tissue temperature while maintaining skin tissue layers below a threshold temperature and avoid thermal injury.

The physician can use the measured temperature profile to assure that he stays within the boundary of an ideal/average profile for a given type of treatment. Thermal sensors 42 can be used for additional purposes. When the temperature of thermal sensors 42 is monitored it is possible to detect when RF electrode 20 is in contact with the skin surface. This can be achieved by detecting a direct change in temperature when skin contact is made or examining the rate of change of temperature which is affected by contact with the skin. Similarly, if there is more than one thermal sensor 42, the thermal sensors 42 can be used to detect whether a portion

10

of RF electrode 20 is lifted or out of contact with skin. This can be important because the current density (amperes per unit area) delivered to the skin can vary if the contact area changes. In particular, if part of the surface of RF electrode 20 is not in contact with the skin, the resulting current density is higher than expected.

Referring again to FIG. 1(a), a force sensor 44 is also coupled to electrode assembly 18. Force sensor 44 detects an amount of force applied by electrode assembly 18, via the physician, against an applied skin surface. Force sensor 44 zeros out gravity effects of the weight of electrode assembly 18 in any orientation of front surface 26 of RF electrode 20 relative to a direction of gravity. Additionally, force sensor 44 provides an indication when RF electrode 20 is in contact with a skin surface. Force sensor 44 also provides a signal indicating that a force applied by RF electrode 20 to a contacted skin surface is, (i) above a minimum threshold or (ii) below a maximum threshold.

As illustrated in FIG. 4, an activation button 46 is used in conjunction with the force sensor. Just prior to activating RF electrode 20, the physician holds handpiece 10 in position just off the surface of the skin. The orientation of handpiece 10 can be any angle relative to the direction of gravity. To arm handpiece 10, the physician can press activation button 46 which tares force sensor 44, by setting it to read zero. This cancels the force due to gravity in that particular treatment orientation. This method allows consistent force application of RF electrode 20 to the skin surface regardless of the angle of handpiece 10 relative to the direction of gravity.

RF electrode 20 can be a flex circuit, which can include trace components. Additionally, thermal sensor 42 and force sensor 44 can be part of the flex circuit. Further, the flex circuit can include a dielectric that forms a part of RF electrode 20.

Electrode assembly 18 can be moveably positioned within handpiece housing 12. In one embodiment, electrode assembly 18 is slideably moveable along a longitudinal axis of handpiece housing 12.

Electrode assembly 18 can be rotatably mounted in handpiece housing 12. Additionally, RF electrode 20 can be rotatably positioned in electrode assembly 18. Electrode assembly 18 can be removably coupled to handpiece housing 12 as a disposable or non-disposable RF device 52.

For purposes of this disclosure, electrode assembly 18 is the same as RF device 52. Once movably mounted to handpiece housing 12, RF device 52 can be coupled to handpiece housing 12 via force sensor 44. Force sensor 44 can be of the type that is capable of measuring both compressive and tensile forces. In other embodiments, force sensor 44 only measures compressive forces, or only measures tensile forces.

RF device 52 can be spring-loaded with a spring 48. In one embodiment, spring 48 biases RF electrode 20 in a direction toward handpiece housing 12. This, pre-loads force sensor 44 and keeps RF device 52 pressed against force sensor 44. The pre-load force is tared when activation button 46 is pressed just prior to application of RF electrode 20 to the skin surface.

A shroud 50 is optionally coupled to handpiece 10. Shroud 50 serves to keep the user from touching RF device 52 during use which can cause erroneous force readings.

A non-volatile memory 54 can be included with RF device 52. Additionally, non-volatile memory can be included with handpiece housing 12. Non-volatile memory 54 can be an EPROM and the like. Additionally, a second non-volatile memory can be included in handpiece housing

US 7,229,436 B2

11

12 for purposes of storing handpiece 10 information such as but not limited to, handpiece model number or version, handpiece software version, number of RF applications that handpiece 10 has delivered, expiration date and manufacture date. Handpiece housing 12 can also contain a micropro-cessor 58 for purposes of acquiring and analyzing data from various sensors on handpiece housing 12 or RF device 52 including but not limited to thermal sensors 42, force sensors 44, fluid pressure gauges, switches, buttons and the like.

Microprocessor 58 can also control components on hand-piece 10 including but not limited to lights, LEDs, valves, pumps or other electronic components. Microprocessor 58 can also communicate data to a microprocessor of the RF generator.

Non-volatile memory 54 can store a variety of data that can facilitate control and operation of handpiece 10 and its associated system including but not limited to, (i) control-ling the amount of current delivered by RF electrode 20, (ii) controlling the duty cycle of the fluid delivery member 22 and thermo-electric cooler 23, (iii) controlling the energy delivery duration time of the RF electrode 20, (iv) control-ling the temperature of RF electrode 20 relative to a target temperature, (v) providing a maximum number of firings of RF electrode 20, (vi) providing a maximum allowed voltage that is deliverable by RF electrode 20, (vii) providing a history of RF electrode 20 use, (viii) providing a controllable duty cycle to fluid delivery member 22 and thermoelectric cooler 23 for the delivery of the cooling fluidic medium to back surface 24 of RF electrode 20, (ix) providing a con-trollable delivery rate of cooling fluidic medium delivered from fluid delivery member 22 to back surface 24, (x) providing a control of thermoelectric cooler 23 and the like.

Referring now to FIGS. 5 and 6, RF device 52 includes a support structure, including but not limited to a housing 60 that defines the body of RF device 52. RF device 52 can include a back plate 62 that is positioned at a proximal portion of support structure 60. A plurality of electrical contact pads 64 can be positioned at back plate 62. At least a portion of fluid delivery member 22 and thermo-electric cooler 23 can extend through back plate 62. Fluid delivery member 22 can be a channel with a proximal end that is raised above the back surface of back plate 62.

First and second engagement members 64 can also be formed in the body of support structure 60. Engagement members 64 provide engagement and disengagement with handpiece housing 14. Suitable engagement members 64 include but are not limited to snap members, apertures to engage with snap members of substrate support 60, and the like.

Handpiece 10 can be used to deliver thermal energy to modify tissue including, but not limited to, collagen con-taining tissue, in the epidermal, dermal and subcutaneous tissue layers, including adipose tissue. The modification of the tissue includes modifying a physical feature of the tissue, a structure of the tissue or a physical property of the tissue. The modification can be achieved by delivering sufficient energy to modify collagen containing tissue, cause collagen shrinkage, and/or a wound healing response including the deposition of new or nascent collagen, and the like.

Handpiece 10 can be utilized for performing a number of treatments of the skin and underlying tissue including but not limited to, (i) dermal remodeling and tightening, (ii) wrinkle reduction, (iii) elastosis reduction, (iv) scar reduc-tion, (v) sebaceous gland removal/deactivation and reduc-tion of activity of sebaceous gland, (vi) hair follicle removal, (vii) adipose tissue remodeling/removal, (viii) spider vein removal, (ix) modify contour irregularities of a skin surface,

12

(x) create scar or nascent collagen, (xi) reduction of bacteria activity of skin, (xii) reduction of skin pore size, (xiii) unclog skin pores and the like.

In various embodiments, handpiece 10 can be utilized in a variety of treatment processes, including but not limited to, (i) pre-cooling, before the delivery of energy to the tissue has begun, (ii) an on phase or energy delivery phase in conjunc-tion with cooling and (iii) post cooling after the delivery of energy to tissue has stopped.

Handpiece 10 can be used to pre-cool the surface layers of the target tissue so that when RF electrode 20 is in contact with the tissue, or prior to turning on the RF energy source, the superficial layers of the target tissue are already cooled. When RF energy source is turned on or delivery of RF to the tissue otherwise begins, resulting in heating of the tissues, the tissue that has been cooled is protected from thermal effects including thermal damage. The tissue that has not been cooled will warm up to therapeutic temperatures result-ing in the desired therapeutic effect.

Pre-cooling gives time for the thermal effects of cooling to propagate down into the tissue. More specifically, pre-cooling allows the achievement of a desired tissue depth thermal profile, with a minimum desired temperature being achieved at a selectable depth. The amount or duration of pre-cooling can be used to select the depth of the protected zone of untreated tissue. Longer durations of pre-cooling produce a deeper protected zone and hence a deeper level in tissue for the start of the treatment zone. The opposite is true for shorter periods of pre-cooling. The temperature of front surface 26 of RF electrode 20 also affects the temperature profile. The colder the temperature of front surface 26, the faster and deeper the cooling, and vice versa.

Post-cooling can be important because it prevents and/or reduces heat delivered to the deeper layers from conducting upward and heating the more superficial layers possibly to therapeutic or damaging temperature range even though external energy delivery to the tissue has ceased. In order to prevent this and related thermal phenomena, it can be desirable to maintain cooling of the treatment surface for a period of time after application of the RF energy has ceased. In various embodiments, varying amounts of post cooling can be combined with real-time cooling and/or pre-cooling.

In various embodiments, handpiece 10 can be used in a varied number of pulse on-off type cooling sequences and algorithms may be employed. In one embodiment, the treatment algorithm provides for pre-cooling of the tissue by starting a spray of cryogenic cooling fluidic medium, fol-lowed by a short pulse of RF energy into the tissue. In this embodiment, the spray of cryogenic cooling fluidic medium continues while the RF energy is delivered, and is stopping shortly thereafter, e.g. on the order of milliseconds. This or another treatment sequence can be repeated again. Thus in various embodiments, the treatment sequence can include a pulsed sequence of cooling on, heat, cooling off, cooling on, heat, cool off, and with cooling and heating durations on orders of tens of milliseconds. In these embodiments, every time the surface of the tissue of the skin is cooled, heat is removed from the skin surface. Cryogenic cooling fluidic medium spray duration, and intervals between sprays, can be in the tens of milliseconds ranges, which allows surface cooling while still delivering the desired thermal effect into the deeper target tissue.

In various embodiments, the target tissue zone for therapy, also called therapeutic zone or thermal effect zone, can be at a tissue depth from approximately 100 µm beneath the surface of the skin down to as deep as 10 millimeters, depending upon the type of treatment. For treatments

US 7,229,436 B2

13

involving collagen contraction, it can be desirable to cool both the epidermis and the superficial layers of the dermis of the skin that lies beneath the epidermis, to a cooled depth range between 100 µm two millimeters. Different treatment algorithms can incorporate different amounts of pre-cooling, heating and post cooling phases in order to produce a desired tissue effect at a desired depth.

Various duty cycles, on and off times, of cooling and heating are utilized depending on the type of treatment. The cooling and heating duty cycles can be controlled and dynamically varied by an electronic control system known in the art. Specifically the control system can be used to control cooling fluidic medium valve member **16** and the RF power source.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method for creating a desired tissue effect with an RF electrode having a back surface and coupled on a dielectric material, comprising:

cooling the back surface of the RF electrode;

positioning the dielectric material on an external skin surface of a body; and

delivering RF energy from the RF electrode by capacitive coupling through the dielectric material and into the skin surface, the cooling and delivering being controlled so as to create a reverse thermal gradient whereby a temperature of the external skin surface is lower than a temperature of underlying tissue.

2. The method of claim **1**, wherein cooling the back surface of the RF electrode is accomplished using a thermo-electric cooler.

3. The method of claim **1**, further comprising:

introducing a conductive media between the RF electrode and the dielectric.

4. The method of claim **1**, wherein the RF electrode is coupled to a support structure, the support structure including a back plane coupled to a plurality of electrical contact pads.

5. The method of claim **1**, wherein the RF energy is delivered to tissue underlying the external skin surface without creating substantial necrosis at the skin surface.

6. The method of claim **1**, wherein cooling the back surface of the RF electrode further comprises:

delivering a controllable amount of a cooling fluidic medium to the back surface of the RF electrode.

7. The method of claim **1**, wherein cooling the back surface of the RF electrode further comprises:

providing an atomizing delivery of a cooling fluidic medium to the back surface of the RF electrode.

8. The method of claim **1**, wherein cooling the back surface of the RF electrode further comprises:

evaporatively cooling the back surface of the RF electrode and conductively cooling the external skin surface in contact with the dielectric material.

9. The method of claim **1**, wherein cooling the back surface of the RF electrode further comprises:

delivering a cooling fluidic medium to the back surface of the RF electrode at substantially any orientation of a front surface of the RF electrode relative to a direction of gravity.

14

10. The method of claim **1**, wherein the desired tissue effect is selected from dermal remodeling and tightening, wrinkle reduction, elastosis reduction, scar reduction, sebaceous gland removal, sebaceous deactivation, hair follicle removal, adipose tissue remodeling or removal, spider vein removal, modification of contour irregularities of a skin surface, creation scar or nascent collagen, reduction of bacteria activity of skin, reduction of skin pore size, and unclogging skin pores.

11. The method of claim **1**, wherein a temperature of the external skin surface is lower than an underlying collagen containing tissue site.

12. The method of claim **1**, wherein RF energy is delivered through the external skin surface to underlying tissue for a sufficient time to induce a change in collagen tissue in the underlying tissue while minimizing cellular necrosis of the external skin surface to create the desired tissue effect.

13. The method of claim **1**, wherein the RF electrode includes a metal conductive portion.

14. The method of claim **1**, further comprising:

a first sensor coupled to the RF electrode.

15. The method of claim **14**, further comprising:

sensing at least one of a temperature of the back surface of the RF electrode or a temperature of the external skin surface.

16. The method of claim **1**, wherein the RF electrode is coupled to a non-volatile memory.

17. A method for creating a desired tissue effect with an RF electrode having a back surface and coupled on a dielectric material, comprising:

cooling the back surface of the RF electrode;

positioning the dielectric material on an external skin surface of a body;

delivering RF energy from the RF electrode by capacitive coupling through the dielectric material and into the skin surface; and

creating a reverse thermal gradient on at least a portion of the skin surface, the reverse thermal gradient cooling the skin surface while heating underlying tissue, wherein a temperature of the skin surface is lower than a temperature of the underlying tissue.

18. The method of claim **17**, wherein cooling the back surface of the RF electrode is accomplished using a thermo-electric cooler.

19. The method of claim **17**, wherein the RF electrode is coupled to a support structure, the support structure including a back plane coupled to a plurality of electrical contact pads.

20. The method of claim **17**, wherein the RF energy is delivered to tissue underlying the skin surface without creating substantial necrosis at the skin surface.

21. The method of claim **17**, wherein cooling the back surface of the RF electrode further comprises:

delivering a controllable amount of a cooling fluidic medium to the back surface of the RF electrode.

22. The method of claim **17**, wherein cooling the back surface of the RF electrode further comprises:

providing an atomizing delivery of a cooling fluidic medium to the back surface of the RF electrode.

23. The method of claim **17**, wherein cooling the back surface of the RF electrode further comprises:

evaporatively cooling the back surface of the RF electrode and conductively cooling the skin surface in contact with the dielectric material.

24. The method of claim **17**, wherein cooling the back surface of the RF electrode further comprises:

US 7,229,436 B2

15

delivering a cooling fluidic medium to the back surface of the RF electrode at substantially any orientation of a front surface of the RF electrode relative to a direction of gravity.

**25**. The method of claim **17**, wherein the desired tissue effect is selected from dermal remodeling and tightening, wrinkle reduction, elastosis reduction, scar reduction, sebaceous gland removal, sebaceous deactivation, hair follicle removal, adipose tissue remodeling or removal, spider vein removal, modification of contour irregularities of a skin surface, creation scar or nascent collagen, reduction of bacteria activity of skin, reduction of skin pore size, and unclogging skin pores.

**26**. The method of claim **17**, wherein a temperature of the skin surface is lower than an underlying collagen containing tissue site.

16

**27**. The method of claim **17**, wherein RF energy is delivered through the skin surface to underlying tissue for a sufficient time to induce a change in collagen tissue in the underlying tissue while minimizing cellular necrosis of the skin surface to create the desired tissue effect.

**28**. The method of claim **17**, wherein the RF electrode includes a metal conductive portion.

**29**. The method of claim **17**, further comprising:

a first sensor coupled to the RF electrode.

**30**. The method of claim **29**, further comprising:

sensing at least one of a temperature of the back surface of the RF electrode or a temperature of the skin surface.

*   *   *   *   *

# EXHIBIT J

US007189230B2

(12) **United States Patent**
Knowlton

(10) Patent No.: **US 7,189,230 B2**
(45) Date of Patent: *****Mar. 13, 2007**

(54) **METHOD FOR TREATING SKIN AND UNDERLYING TISSUE**

(75) Inventor: **Edward W. Knowlton**, Danville, CA (US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/447,187**

(22) Filed: **May 27, 2003**

(65) **Prior Publication Data**

US 2003/0220635 A1      Nov. 27, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/072,475, filed on Feb. 6, 2002, now Pat. No. 7,022,121, and a continuation-in-part of application No. 10/072,610, filed on Feb. 6, 2002, and a continuation-in-part of application No. 10/026,870, filed on Dec. 20, 2001, now Pat. No. 6,749,624, which is a continuation-in-part of application No. 09/522,275, filed on Mar. 9, 2000, now Pat. No. 6,413,255, which is a continuation-in-part of application No. 09/337,015, filed on Jun. 30, 1999, now Pat. No. 6,350,276, and a continuation-in-part of application No. 08/942,274, filed on Sep. 30, 1997, now Pat. No. 6,425,912, and a continuation-in-part of application No. 08/914,681, filed on Aug. 19, 1997, now Pat. No. 5,919,219, and a continuation-in-part of application No. 08/827,237, filed on Mar. 28, 1997, now Pat. No. 6,430,446, which is a continuation-in-part of application No. 08/583,815, filed on Jan. 5, 1996, now Pat. No. 6,241,753.

(60) Provisional application No. 60/123,440, filed on Mar. 9, 1999.

(51) **Int. Cl.**
*A61B 18/18* (2006.01)
*A61F 2/00* (2006.01)

(52) **U.S. Cl.** .......................... **606/41**; 607/96; 607/101; 606/33

(58) **Field of Classification Search** ............ 606/32–34, 606/41, 48–50; 607/98–104
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,831,604 A     8/1974  Neefe ......................... 128/260

(Continued)

FOREIGN PATENT DOCUMENTS

EP        0 395 307 A2     10/1990

(Continued)

OTHER PUBLICATIONS

Anvari, et al., "Dynamic Epidermal Cooling in Conjunction with Laser Treatment of Port-Wine Stains: Theoretical and Preliminary Clinical Evaluations", *Lasers in Medical Science* 10: 105-112, (Jul. 1995).

(Continued)

*Primary Examiner*—Michael Peffley
(74) *Attorney, Agent, or Firm*—Wood, Herron & Evans, L.L.P.

(57) **ABSTRACT**

A method for treating a tissue site couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is created. The cooling creates a reverse thermal gradient, where a temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area. The energy delivery modifies the underlying tissue area and decreases irregularities of the skin surface.

**93 Claims, 6 Drawing Sheets**



**US 7,189,230 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,074,718 A | 2/1978 | Morrison | 128/303.14 |
| 4,140,130 A | 2/1979 | Storm, III | 607/154 |
| 4,164,226 A | 8/1979 | Tapper | 128/419 R |
| 4,290,435 A | 9/1981 | Waggott | 128/800 |
| 4,343,301 A | 8/1982 | Indech | 128/24 |
| 4,346,715 A | 8/1982 | Gammell | 128/422 |
| 4,556,070 A | 12/1985 | Vaguine et al. | |
| 4,585,237 A | 4/1986 | Koop | |
| 4,633,875 A | 1/1987 | Turner | |
| 4,646,737 A | 3/1987 | Hussein et al. | |
| 4,709,372 A | 11/1987 | Rando et al. | |
| 4,756,310 A | 7/1988 | Bitterly | 128/400 |
| RE32,849 E | 1/1989 | Wei et al. | 204/192.27 |
| 4,864,098 A | 9/1989 | Basanese et al. | |
| 4,891,820 A | 1/1990 | Rando et al. | |
| 4,957,480 A | 9/1990 | Morenings | 604/20 |
| 4,962,761 A | 10/1990 | Golden | 128/400 |
| 4,976,709 A | 12/1990 | Sand | 606/5 |
| 5,003,991 A | 4/1991 | Takayama et al. | 128/784 |
| 5,011,483 A | 4/1991 | Sleister | 606/37 |
| 5,057,104 A | 10/1991 | Chess | |
| 5,100,402 A | 3/1992 | Fan | 606/37 |
| 5,107,832 A | 4/1992 | Guibert et al. | |
| 5,131,904 A | 7/1992 | Markoll | |
| 5,133,351 A | 7/1992 | Masaki | 128/419 R |
| 5,136,676 A | 8/1992 | Arnett et al. | |
| 5,143,063 A | 9/1992 | Fellner | 128/399 |
| 5,186,181 A | 2/1993 | Franconi et al. | 128/804 |
| 5,190,031 A | 3/1993 | Guibert et al. | |
| 5,190,517 A | 3/1993 | Zieve et al. | 604/22 |
| 5,217,455 A | 6/1993 | Tan | 606/9 |
| 5,230,334 A | 7/1993 | Klopotek | 128/399 |
| 5,231,997 A | 8/1993 | Kikuchi et al. | |
| 5,249,192 A | 9/1993 | Kuizenga et al. | 372/23 |
| 5,249,575 A | 10/1993 | DiMino et al. | 607/150 |
| 5,282,797 A | 2/1994 | Chess | 606/9 |
| 5,290,273 A | 3/1994 | Tan | 606/3 |
| 5,300,097 A | 4/1994 | Lerner et al. | 607/93 |
| 5,304,169 A | 4/1994 | Sand | 606/5 |
| 5,304,171 A | 4/1994 | Gregory et al. | 606/15 |
| 5,312,395 A | 5/1994 | Tan et al. | |
| 5,315,994 A | 5/1994 | Guibert et al. | 607/101 |
| 5,334,193 A | 8/1994 | Nardella | 606/41 |
| 5,342,357 A | 8/1994 | Nardella | 606/40 |
| 5,344,418 A * | 9/1994 | Ghaffari | 606/9 |
| 5,348,554 A | 9/1994 | Imran et al. | 606/41 |
| 5,360,447 A | 11/1994 | Koop | 623/15 |
| 5,364,394 A | 11/1994 | Mehl | |
| 5,366,443 A | 11/1994 | Eggers et al. | |
| 5,370,642 A | 12/1994 | Keller | 606/9 |
| 5,374,265 A | 12/1994 | Sand | 606/5 |
| 5,387,176 A | 2/1995 | Markoll | |
| 5,397,327 A | 3/1995 | Koop et al. | |
| 5,401,272 A | 3/1995 | Perkins | 606/15 |
| 5,405,368 A | 4/1995 | Eckhouse | 607/88 |
| 5,423,807 A | 6/1995 | Milder | 606/20 |
| 5,423,811 A | 6/1995 | Imran et al. | 606/41 |
| 5,437,662 A | 8/1995 | Nardella | 606/40 |
| 5,454,808 A | 10/1995 | Koop et al. | |
| 5,456,260 A | 10/1995 | Kollias et al. | 128/665 |
| 5,458,596 A * | 10/1995 | Lax et al. | 606/31 |
| 5,462,521 A | 10/1995 | Brucker et al. | 604/20 |
| 5,464,436 A | 11/1995 | Smith | 607/89 |
| 5,486,172 A | 1/1996 | Chess | |
| 5,496,312 A | 3/1996 | Klicek | |
| 5,496,314 A | 3/1996 | Eggers et al. | 606/41 |
| 5,500,012 A | 3/1996 | Brucker et al. | 607/122 |
| 5,507,790 A | 4/1996 | Weiss | |
| 5,509,916 A | 4/1996 | Taylor | 606/13 |
| 5,522,813 A | 6/1996 | Trelles | 606/2 |
| 5,522,814 A | 6/1996 | Bernaz | |

| | | | |
|---|---|---|---|
| 5,527,308 A | 6/1996 | Anderson et al. | 606/14 |
| 5,527,350 A | 6/1996 | Grove et al. | 607/89 |
| 5,531,739 A | 7/1996 | Trelles | 606/2.5 |
| 5,556,377 A | 9/1996 | Rosen et al. | 604/22 |
| 5,556,612 A | 9/1996 | Anderson et al. | 424/59 |
| 5,558,667 A | 9/1996 | Yarborough et al. | 606/9 |
| 5,569,242 A | 10/1996 | Lax et al. | 606/42 |
| 5,571,216 A | 11/1996 | Anderson | 623/66 |
| 5,578,029 A | 11/1996 | Trelles et al. | 606/25 |
| 5,595,568 A | 1/1997 | Anderson et al. | 606/9 |
| 5,599,342 A | 2/1997 | Hsia et al. | 606/9 |
| 5,620,478 A | 4/1997 | Eckhouse | |
| 5,626,631 A | 5/1997 | Eckhouse | |
| 5,628,744 A | 5/1997 | Coleman et al. | 606/12 |
| 5,643,334 A | 7/1997 | Eckhouse et al. | 607/88 |
| 5,649,923 A | 7/1997 | Gregory et al. | 606/15 |
| 5,655,547 A | 8/1997 | Karni | 128/898 |
| 5,660,836 A | 8/1997 | Knowlton | 424/400 |
| 5,669,868 A | 9/1997 | Markoll | |
| 5,681,282 A | 10/1997 | Eggers et al. | |
| 5,683,366 A * | 11/1997 | Eggers et al. | 604/114 |
| 5,683,380 A * | 11/1997 | Eckhouse et al. | 606/9 |
| 5,692,058 A | 11/1997 | Eggers et al. | |
| 5,693,045 A | 12/1997 | Eggers | |
| 5,697,281 A | 12/1997 | Eggers et al. | |
| 5,697,536 A | 12/1997 | Eggers et al. | |
| 5,697,882 A | 12/1997 | Eggers et al. | |
| 5,697,909 A | 12/1997 | Eggers et al. | |
| 5,720,772 A | 2/1998 | Eckhouse | |
| 5,730,719 A | 3/1998 | Edwards | |
| 5,735,844 A | 4/1998 | Anderson et al. | 606/9 |
| 5,743,901 A | 4/1998 | Grove et al. | 606/9 |
| 5,746,735 A | 5/1998 | Furumoto et al. | 606/9 |
| 5,749,868 A | 5/1998 | Furumoto | 606/9 |
| 5,754,573 A | 5/1998 | Yarborough et al. | 372/22 |
| 5,755,751 A | 5/1998 | Eckhouse | |
| 5,755,753 A * | 5/1998 | Knowlton | 607/98 |
| 5,769,879 A | 6/1998 | Richards et al. | 607/101 |
| 5,775,338 A | 7/1998 | Hastings | 128/898 |
| 5,776,092 A | 7/1998 | Farin et al. | 604/22 |
| 5,776,175 A | 7/1998 | Eckhouse et al. | 607/100 |
| 5,810,801 A | 9/1998 | Anderson et al. | 606/9 |
| 5,814,008 A | 9/1998 | Chen et al. | 604/21 |
| 5,814,040 A * | 9/1998 | Nelson et al. | 606/9 |
| 5,814,041 A | 9/1998 | Anderson et al. | 606/15 |
| 5,820,626 A | 10/1998 | Baumgardner | 606/13 |
| 5,833,612 A | 11/1998 | Eckhouse et al. | 600/476 |
| 5,836,999 A | 11/1998 | Eckhouse et al. | 607/88 |
| 5,843,072 A | 12/1998 | Furumoto et al. | 606/9 |
| 5,843,078 A | 12/1998 | Sharkey | 606/41 |
| 5,849,029 A | 12/1998 | Eckhouse et al. | |
| 5,851,181 A | 12/1998 | Talmor | |
| 5,871,479 A | 2/1999 | Furumoto et al. | 606/9 |
| 5,879,326 A | 3/1999 | Godshall et al. | 604/51 |
| 5,879,346 A | 3/1999 | Waldman et al. | |
| 5,880,880 A | 3/1999 | Anderson et al. | 359/385 |
| 5,885,273 A | 3/1999 | Eckhouse et al. | 606/9 |
| 5,885,274 A | 3/1999 | Fullmer et al. | 606/9 |
| 5,906,609 A | 5/1999 | Assa et al. | 606/9 |
| 5,911,718 A | 6/1999 | Yarborough et al. | 606/9 |
| 5,919,219 A | 7/1999 | Knowlton | |
| 5,925,078 A | 7/1999 | Anderson | 623/66 |
| 5,938,657 A | 8/1999 | Assa et al. | 606/9 |
| 5,948,009 A | 9/1999 | Tu | 607/96 |
| 5,948,011 A | 9/1999 | Knowlton | |
| 5,964,749 A | 10/1999 | Eckhouse et al. | 606/9 |
| 5,968,034 A | 10/1999 | Fullmer et al. | 606/9 |
| 5,970,983 A | 10/1999 | Karni et al. | 128/898 |
| 5,979,454 A | 11/1999 | Anvari et al. | 128/898 |
| 5,983,900 A | 11/1999 | Clement et al. | 128/898 |
| 5,995,283 A | 11/1999 | Anderson et al. | 359/385 |
| 5,997,530 A | 12/1999 | Nelson et al. | |
| 6,014,579 A | 1/2000 | Pomeranz et al. | 600/374 |

**US 7,189,230 B2**

Page 3

| | | | |
|---|---|---|---|
| 6,015,404 A | 1/2000 | Altshuler et al. | |
| 6,027,495 A | 2/2000 | Miller | |
| RE36,634 E | 3/2000 | Ghaffari | |
| 6,045,548 A | 4/2000 | Furumoto et al. | 606/9 |
| 6,047,215 A | 4/2000 | McClure et al. | 607/101 |
| 6,050,990 A | 4/2000 | Tankovich et al. | 606/9 |
| 6,053,909 A | 4/2000 | Shadduck | 606/3 |
| 6,066,130 A | 5/2000 | Gregory et al. | 606/15 |
| 6,077,294 A | 6/2000 | Cho et al. | 607/89 |
| 6,081,749 A | 6/2000 | Ingle et al. | 607/101 |
| 6,090,101 A | 7/2000 | Quon et al. | 606/9 |
| 6,104,959 A | 8/2000 | Spertell | 607/101 |
| 6,120,497 A | 9/2000 | Anderson et al. | 606/9 |
| 6,126,655 A | 10/2000 | Domankevitz et al. | 606/9 |
| 6,129,723 A | 10/2000 | Anderson et al. | 606/13 |
| 6,139,569 A | 10/2000 | Ingle et al. | 607/104 |
| 6,139,653 A | 10/2000 | Fernandes et al. | 148/439 |
| 6,147,503 A | 11/2000 | Nelson et al. | |
| 6,159,194 A | 12/2000 | Eggers et al. | |
| 6,162,212 A | 12/2000 | Kreindel et al. | 606/9 |
| 6,168,590 B1 | 1/2001 | Neev | 606/9 |
| 6,171,301 B1 | 1/2001 | Nelson et al. | 606/9 |
| 6,183,773 B1 | 2/2001 | Anderson | |
| 6,187,001 B1 | 2/2001 | Azar et al. | |
| 6,200,308 B1 | 3/2001 | Pope et al. | |
| 6,210,402 B1 | 4/2001 | Olsen et al. | 606/32 |
| 6,214,034 B1 | 4/2001 | Azar | |
| 6,228,075 B1 | 5/2001 | Furumoto | 606/9 |
| 6,235,024 B1 | 5/2001 | Tu | 606/41 |
| 6,240,925 B1 | 6/2001 | McMillan et al. | 128/898 |
| 6,241,753 B1 | 6/2001 | Knowlton | |
| 6,248,103 B1 | 6/2001 | Tannenbaum et al. | 606/9 |
| 6,254,594 B1 | 7/2001 | Berry | |
| 6,267,758 B1 | 7/2001 | Daw et al. | |
| 6,273,883 B1 | 8/2001 | Furumoto | 606/9 |
| 6,273,884 B1 | 8/2001 | Altshuler et al. | 606/9 |
| 6,273,885 B1 | 8/2001 | Koop et al. | 606/9 |
| 6,275,962 B1 | 8/2001 | Fuller et al. | 714/724 |
| 6,280,438 B1 | 8/2001 | Eckhouse et al. | |
| 6,283,956 B1 | 9/2001 | McDaniel | |
| 6,299,620 B1 | 10/2001 | Shadduck et al. | |
| 6,311,090 B1 | 10/2001 | Knowlton | |
| 6,334,074 B1 | 12/2001 | Spertell | 607/101 |
| 6,336,926 B1 | 1/2002 | Goble | 606/34 |
| 6,337,998 B1 | 1/2002 | Behl et al. | 607/101 |
| 6,350,261 B1 | 2/2002 | Domankivitz et al. | 606/17 |
| 6,350,276 B1 * | 2/2002 | Knowlton | 607/104 |
| 6,377,854 B1 | 4/2002 | Knowlton | |
| 6,377,855 B1 | 4/2002 | Knowlton | |
| 6,381,497 B1 | 4/2002 | Knowlton | |
| 6,381,498 B1 | 4/2002 | Knowlton | |
| 6,383,176 B1 | 5/2002 | Connors et al. | 606/9 |
| 6,387,089 B1 | 5/2002 | Kreindel et al. | 606/9 |
| 6,387,103 B2 | 5/2002 | Shadduck | |
| 6,387,380 B1 | 5/2002 | Knowlton | |
| 6,402,739 B1 | 6/2002 | Neev | |
| 6,405,090 B1 | 6/2002 | Knowlton | |
| 6,408,212 B1 | 6/2002 | Neev | |
| 6,413,253 B1 | 7/2002 | Koop et al. | 606/27 |
| 6,413,255 B1 | 7/2002 | Stern | 606/41 |
| 6,425,912 B1 | 7/2002 | Knowlton | |
| 6,430,446 B1 | 8/2002 | Knowlton | |
| 6,436,094 B1 | 8/2002 | Reuter | 606/9 |
| 6,451,007 B1 | 9/2002 | Koop et al. | 606/9 |
| 6,453,202 B1 | 9/2002 | Knowlton | |
| 6,463,336 B1 | 10/2002 | Mawhinney | |
| 6,485,484 B1 | 11/2002 | Connors et al. | |
| 6,488,696 B1 | 12/2002 | Cho et al. | |
| 6,500,141 B1 | 12/2002 | Irion et al. | 604/32 |
| 6,508,813 B1 | 1/2003 | Altshuler | |
| 6,511,475 B1 | 1/2003 | Altshuler et al. | 606/9 |
| 6,514,243 B1 | 2/2003 | Eckhouse et al. | |
| 6,514,244 B2 | 2/2003 | Pope et al. | |

| | | | |
|---|---|---|---|
| 6,527,763 B2 | 3/2003 | Esch et al. | 606/2 |
| 6,529,543 B1 | 3/2003 | Anderson et al. | 372/108 |
| 6,533,775 B1 | 3/2003 | Rizoiu | |
| 6,569,155 B1 | 5/2003 | Connors et al. | |
| 6,600,951 B1 | 7/2003 | Anderson | |
| 6,605,079 B2 | 8/2003 | Shanks et al. | |
| 6,605,080 B1 | 8/2003 | Altshuler et al. | 606/3 |
| 6,612,212 B1 | 9/2003 | Wiand et al. | |
| 6,623,454 B1 | 9/2003 | Eggers et al. | |
| 6,629,974 B2 | 10/2003 | Penny et al. | |
| 6,632,218 B1 | 10/2003 | Furumoto et al. | |
| 6,649,904 B2 | 11/2003 | Hayashi et al. | |
| 6,653,618 B2 | 11/2003 | Zenzie | |
| 6,659,999 B1 | 12/2003 | Anderson et al. | 606/9 |
| 6,662,054 B2 | 12/2003 | Kreindel et al. | |
| 6,666,856 B2 | 12/2003 | Connors et al. | |
| 6,702,808 B1 | 3/2004 | Kreindel | |
| 6,702,838 B1 | 3/2004 | Anderson et al. | |
| 6,706,032 B2 | 3/2004 | Weaver et al. | 604/500 |
| 6,723,090 B2 | 4/2004 | Altshuler et al. | |
| 6,743,222 B2 | 6/2004 | Durkin et al. | |
| 6,749,602 B2 | 6/2004 | Sierra et al. | |
| 6,749,624 B2 | 6/2004 | Knowlton | |
| 6,758,845 B1 | 7/2004 | Weckwerth et al. | |
| 2001/0037118 A1 | 11/2001 | Shadduck | |
| 2002/0016587 A1 | 2/2002 | Furumoto | 606/7 |
| 2002/0016601 A1 | 2/2002 | Shadduck | |
| 2002/0019625 A1 | 2/2002 | Azar | |
| 2002/0022827 A1 | 2/2002 | Esch et al. | 606/7 |
| 2002/0035360 A1 | 3/2002 | Conners et al. | 606/9 |
| 2002/0049433 A1 | 4/2002 | Furumoto et al. | 606/9 |
| 2002/0065533 A1 | 5/2002 | Weaver et al. | 606/191 |
| 2002/0091377 A1 | 7/2002 | Anderson et al. | 606/9 |
| 2002/0111605 A1 | 8/2002 | Furumoto et al. | 606/3 |
| 2002/0123743 A1 | 9/2002 | Shanks et al. | |
| 2002/0123745 A1 | 9/2002 | Svaasand et al. | 606/9 |
| 2002/0151887 A1 | 10/2002 | Stern et al. | 606/41 |
| 2002/0156471 A1 | 10/2002 | Stern et al. | 606/41 |
| 2002/0161357 A1 | 10/2002 | Anderson et al. | 606/9 |
| 2002/0161362 A1 | 10/2002 | Penny et al. | |
| 2002/0183724 A1 | 12/2002 | Neev | |
| 2002/0183789 A1 | 12/2002 | Neev | |
| 2003/0023283 A1 | 1/2003 | McDaniel | |
| 2003/0028186 A1 | 2/2003 | Kreindel | |
| 2003/0032950 A1 | 2/2003 | Altshuler et al. | |
| 2003/0036751 A1 | 2/2003 | Anderson et al. | 606/9 |
| 2003/0040739 A1 | 2/2003 | Koop | |
| 2003/0055414 A1 | 3/2003 | Altshuler et al. | 606/9 |
| 2003/0059386 A1 | 3/2003 | Sumian et al. | |
| 2003/0065313 A1 | 4/2003 | Koop et al. | |
| 2003/0065314 A1 | 4/2003 | Altshuler et al. | |
| 2003/0069567 A1 | 4/2003 | Eckhouse et al. | |
| 2003/0097162 A1 | 5/2003 | Kreindel | |
| 2003/0129154 A1 | 7/2003 | McDaniel | |
| 2003/0130710 A1 | 7/2003 | Baker et al. | |
| 2003/0139740 A1 | 7/2003 | Kreindel | |
| 2003/0163178 A1 | 8/2003 | Davison et al. | |
| 2003/0187488 A1 | 10/2003 | Kreindel et al. | |
| 2003/0199859 A1 | 10/2003 | Altshuler et al. | 606/9 |
| 2003/0199866 A1 | 10/2003 | Stern et al. | |
| 2003/0208326 A1 | 11/2003 | Chen et al. | 702/49 |
| 2003/0212393 A1 | 11/2003 | Knowlton et al. | |
| 2003/0216728 A1 | 11/2003 | Stern et al. | |
| 2003/0218756 A1 | 11/2003 | Chen et al. | 356/497 |
| 2003/0220749 A1 | 11/2003 | Chen et al. | 702/31 |
| 2003/0233138 A1 | 12/2003 | Spooner | |
| 2003/0236487 A1 | 12/2003 | Knowlton | |
| 2004/0000316 A1 | 1/2004 | Knowlton et al. | |
| 2004/0002704 A1 | 1/2004 | Knowlton et al. | |
| 2004/0002705 A1 | 1/2004 | Knowlton et al. | |
| 2004/0015157 A1 | 1/2004 | Connors et al. | |
| 2004/0030332 A1 | 2/2004 | Knowlton et al. | |
| 2004/0034319 A1 | 2/2004 | Anderson et al. | 604/20 |

**US 7,189,230 B2**

Page 4

| | | | | |
|---|---|---|---|---|
| 2004/0034341 A1 | 2/2004 | Altshuler et al. | .............. | 606/3 |
| 2004/0034346 A1 | 2/2004 | Stern et al. | | |
| 2004/0039379 A1 | 2/2004 | Viator et al. | ................... | 606/9 |
| 2004/0093042 A1 | 5/2004 | Altshuler et al. | ............. | 607/88 |
| 2004/0133251 A1 | 7/2004 | Altshuler et al. | | |
| 2004/0147984 A1 | 7/2004 | Altshuler et al. | | |
| 2004/0162549 A1 | 8/2004 | Altshuler | | |
| 2004/0199226 A1 | 10/2004 | Shadduck | | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 519 415 | 12/1992 |
| NZ | 266678 | 12/1997 |
| WO | 92/19414 | 11/1992 |
| WO | 93/13816 | 7/1993 |
| WO | 94/26228 | 11/1994 |
| WO | 96/27240 | 9/1996 |
| WO | 96/27327 | 9/1996 |
| WO | 96/32051 | 10/1996 |
| WO | 96/34568 | 11/1996 |
| WO | 96/39914 | 12/1996 |
| WO | 97/18765 | 5/1997 |
| WO | 97/18768 | 5/1997 |
| WO | WO 97/37602 | 10/1997 |
| WO | 68/03117 | 1/1998 |
| WO | 98/03220 | 1/1998 |
| WO | 98 05286 | 2/1998 |
| WO | WO 98/33558 | 8/1998 |
| WO | 99 08614 | 2/1999 |
| WO | WO 00/44297 | 8/2000 |
| WO | WO 00/48644 A3 | 8/2000 |
| WO | WO 00/54685 | 9/2000 |
| WO | WO 00/54686 | 9/2000 |
| WO | WO 01/08545 A2 | 2/2001 |
| WO | WO 02/26147 | 4/2002 |
| WO | WO 02/064209 | 8/2002 |
| WO | WO 02/076318 | 10/2002 |

### OTHER PUBLICATIONS

Nelson, et al., Abstract: "Dynamic epidermal cooling during pulsed laser treatment of port-wine stain. A new methodology with preliminary clinical evaluation", *Archives of Dermatology*, 131:695-700.

Anvari, et al., "Spatially selective photocoagulation of biological tissues; feasibility study utilizing cryogen spray cooling", *Applied Optics, v*ol. 35, No. 19 (Jul. 1996).

Thermage, Inc., "Complaint For Patent Infringement", Jul. 23, 2004.

Thermage, Inc., "Motion for Preliminary Injunction", Aug. 6, 2004.

Thermage, Inc., "Memorandum in Support of Motion for Preliminary Injunction", Aug. 6, 2004.

Thermage, Inc. "Declaration of Edward A. Ebbers in Support of Motion for Preliminary Injunction" and attached exhibits A-E, Aug. 6, 2004.

Thermage, Inc. "Declaration of Dr. Maureen Reitman in Support of Motion for Preliminary Injunction" and attached Exhibits A-M, Aug. 6, 2004.

Thermage, Inc. "Declaration of Dave B. Koo in Support of Motion for Preliminary Injunction" and attached Exhibits A-D, Aug. 6, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Robert S. McArthur in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits 1-25, Aug. 17, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction", Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Dr. Warren S. Grundfest in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A-F, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Dr. Michael Kreindel in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibit A, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Domenic Serafino in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A-C, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Moshe Mizrahy in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction", Aug. 17, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Syneron Medical Ltd.'s and Syneron, Inc.'s Answer to Complaint with Jury Demand and Declaratory Judgment, Counterclaim against Thermage, Inc.", Aug. 27, 2004.

Thermage, Inc., "Reply Memorandum re Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of John M. Benassi in Support of Motion for Preliminary Injunction" and attached Exhibits A-B, Sep. 3, 2004.

Thermage, Inc., "Declaration of Paul Davis in Support of Motion for Preliminary Injunction" and attached Exhibits A-C, Sep. 3, 2004.

Thermage, Inc., "Declaration of Robert Gerberich in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Edward W. Knowlton in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Richard J. Meader in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Maureen Reitman in Support of Motion for Preliminary Injunction (Supplemental)", Sep. 3, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Motion for Leave to File Syneron's Surreply in Opposition to Preliminary Injunction Motion", Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Surreply in Opposition to Thermage, Inc.'s Preliminary Injunction Motion", Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Supplemental Declaration of Jill Neiman in Opposition to Preliminary Injunction Motion" and attached Exhibits A-C, Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Supplemental Declaration of Warren Grundfest in Opposition to Preliminary Injunction Motion" and attached Exhibits A-B, Sep. 10, 2004.

Judge Charles R. Breyer, "Order granting Motion for Leave to File Surreply", Sep. 13, 2004.

Thermage, Inc., "Memorandum in Opposition re Motion for Preliminary Injunction to Syneron's Surreply", Sep. 14, 2004.

Judge Charles R. Breyer, "Order Regarding Questions for Oral Argument", Sep. 16, 2004.

Thermage, Inc., "Answer to CounterClaim", Sep. 16, 2004.

Themage, Inc., "Minute Entry: Motion Hearing held on Sep. 17, 2004 before Judge Charles R. Breyer re Motion for Preliminary Injunction", Sep. 17, 2004.

Judge Charles R. Breyer, "Order denying Motion for Preliminary Injunction", Sep. 27, 2004.

Judge Charles R. Breyer, "Transcript of Proceedings held on Sep. 17, 2004", Oct. 8, 2004.

Anvari et al., "Dynamic Epidermal Cooling in Conjunction with Laser Treatment of Port-Wine Stains: Theoretical and Preliminary Clinical Evaluations", Lasers in Medical Studies, 10: 105-112, 1995.

Anvari et al., "Spatially Selective Photocoagulation of Biological Tissues: Feasibility Study Utilizing Cryogen Spray Cooling," Applied Optics, vol. 35, No. 19, Jul. 1, 1996.

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 697-701, (1990).

Danielson, C. "Age-Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697-701, (1990).

Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269-278, (1981).

**US 7,189,230 B2**

Page 5

Kronick, et al. "The locations of collagens with different stabilities in fibrils of bovine recticular dermis", Connective Tissue Research, vol. 18, pp. 123-134, (1988).

Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414-420, Apr. 1979.

Pearce, et al. "Kinetic models of laser-tissue fusion processes", ISA, paper #93-044, pp. 355-360, (1993).

Stern et al., U.S. Appl. No. 11/158,286, filed Jun. 20, 2005.

* cited by examiner



*FIG. 1A*



*FIG. 1B*



*FIG. 3A*



*FIG. 3B*

*FIG. 3C*



*FIG. 2*



*FIG. 4*



*FIG. 5*



*FIG. 6*

US 7,189,230 B2

**1**

## METHOD FOR TREATING SKIN AND UNDERLYING TISSUE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 10/072,475 filed Feb. 6, 2002 now U.S. Pat. No. 7,022,121, and a continuation-in-part of U.S. Ser. No. 10/072,610 filed Feb. 6, 2002 both of which are continuations-in-part of U.S. Ser. No. 09/522,275, filed Mar. 9, 2000, now U.S. Pat. No. 6,413,255, which claims, the benefit of U.S. Ser. No. 60/123,440, filed Mar. 9, 1999. This application is also a continuation-in-part of U.S. Ser. No. 10/026,870, filed Dec. 20, 2001, now U.S. Pat. No. 6,749,624, which is a continuation of U.S. Ser. No. 09/337,015 filed Jun. 30, 1999, now U.S. Pat. No. 6,350,276, which is a continuation-in-part of U.S. Ser. No. 08/583,815, filed Jan. 5, 1996, now U.S. Pat. No. 6,241,753, and U.S. Ser. No. 08/827,237, filed Mar. 28, 1997, now U.S. Pat. No. 6,430,446, and U.S. Ser. No. 08/914,681, filed Aug. 19, 1997, now U.S. Pat. No. 5,919,219, and U.S. Ser. No. 08/942,274, filed Sep. 30, 1997, now U.S. Pat. No. 6,425,219, which are fully incorporated herein by reference.

### FIELD OF THE INVENTION

This invention relates generally to the treatment of tissue, and more particularly to the treatment of skin surfaces.

### DESCRIPTION OF RELATED ART

The human skin is composed of two elements: the epidermis and the underlying dermis. The epidermis with the stratum corneum serves as a biological barrier to the environment. In the basilar layer of the epidermis, pigment-forming cells called melanocytes are present. They are the main determinants of skin color.

The underlying dermis provides the main structural support of the skin. It is composed mainly of an extra-cellular protein called collagen. Collagen is produced by fibroblasts and synthesized as a triple helix with three polypeptide chains that are connected with heat labile and heat stable chemical bonds. When collagen-containing tissue is heated, alterations in the physical properties of this protein matrix occur at a characteristic temperature. The structural transition of collagen contraction occurs at a specific "shrinkage" temperature. The shrinkage and remodeling of the collagen matrix with heat is the basis for the technology. Although the technology can be deployed to effect other changes to the skin, skin appendages (sweat glands, sebaceous glands, hair follicles, etc.), or subcutaneous tissue structures.

Collagen crosslinks are either intramolecular (covalent or hydrogen bond) or intermolecular (covalent or ionic bonds). The thermal cleavage of intramolecular hydrogen crosslinks is a scalar process that is created by the balance between cleavage events and relaxation events (reforming of hydrogen bonds). No external force is required for this process to occur. As a result, intermolecular stress is created by the thermal cleavage of intramolecular hydrogen bonds. Essentially, the contraction of the tertiary structure of the molecule creates the initial intermolecular vector of contraction.

Collagen fibrils in a matrix exhibit a variety of spatial orientations. The matrix is lengthened if the sum of all vectors acts to lengthen the fibril. Contraction of the matrix is facilitated if the sum of all extrinsic vectors acts to shorten the fibril. Thermal disruption of intramolecular hydrogen

**2**

bonds and mechanical cleavage of intermolecular crosslinks is also affected by relaxation events that restore preexisting configurations. However, a permanent change of molecular length will occur if crosslinks are reformed after lengthening or contraction of the collagen fibril. The continuous application of an external mechanical force will increase the probability of crosslinks forming after lengthening or contraction of the fibril.

Hydrogen bond cleavage is a quantum mechanical event that requires a threshold of energy. The amount of (intramolecular) hydrogen bond cleavage required corresponds to the combined ionic and covalent intermolecular bond strengths within the collagen fibril. Until this threshold is reached, little or no change in the quaternary structure of the collagen fibril will occur. When the intermolecular stress is adequate, cleavage of the ionic and covalent bonds will occur. Typically, the intermolecular cleavage of ionic and covalent bonds will occur with a ratcheting effect from the realignment of polar and nonpolar regions in the lengthened or contracted fibril.

Cleavage of collagen bonds also occurs at lower temperatures but at a lower rate. Low-level thermal cleavage is frequently associated with relaxation phenomena in which bonds are reformed without a net change in molecular length. An external force that mechanically cleaves the fibril will reduce the probability of relaxation phenomena and provides a means to lengthen or contract the collagen matrix at lower temperatures while reducing the potential of surface ablation.

Soft tissue remodeling is a biophysical phenomenon that occurs at cellular and molecular levels. Molecular contraction or partial denaturation of collagen involves the application of an energy source, which destabilizes the longitudinal axis of the molecule by cleaving the heat labile bonds of the triple helix. As a result, stress is created to break the intermolecular bonds of the matrix. This is essentially an immediate extra-cellular process, whereas cellular contraction requires a lag period for the migration and multiplication of fibroblasts into the wound as provided by the wound healing sequence. In higher developed animal species, the wound healing response to injury involves an initial inflammatory process that subsequently leads to the deposition of scar tissue.

The initial inflammatory response consists of the infiltration by white blood cells or leukocytes that dispose of cellular debris. Seventy-two hours later, proliferation of fibroblasts at the injured site occurs. These cells differentiate into contractile myofibroblasts, which are the source of cellular soft tissue contraction. Following cellular contraction, collagen is laid down as a static supporting matrix in the tightened soft tissue structure. The deposition and subsequent remodeling of this nascent scar matrix provides the means to alter the consistency and geometry of soft tissue for aesthetic purposes.

In light of the preceding discussion, there are a number of dermatological procedures that lend themselves to treatments which deliver thermal energy to the skin and underlying tissue to cause a contraction of collagen, and/or initiate a would healing response. Such procedures include skin remodeling/resurfacing, wrinkle removal, and treatment of the sebaceous glands, hair follicles adipose tissue and spider veins.

Currently available technologies that deliver thermal energy to the skin and underlying tissue include Radio Frequency (RF), optical (laser) and other forms of electromagnetic energy as well as ultrasound and direct heating with a hot surface. However, these technologies have a

**3**

number of technical limitations and clinical issues which limit the effectiveness of the treatment and/or preclude treatment altogether.

These issues include the following: i) achieving a uniform thermal effect across a large area of tissue, ii) controlling the depth of the thermal effect to target selected tissue and prevent unwanted thermal damage to both target and non-target tissue, iii) reducing adverse tissue effects such as bums, redness blistering, iv) replacing the practice of delivery energy/treatment in a patchwork fashion with a more continuous delivery of treatment (e.g. by a sliding or painting motion), v) improving access to difficult-to-reach areas of the skin surface and vi) reducing procedure time and number of patient visits to complete treatment. As will be discussed herein the current invention provides an apparatus for solving these and other limitations.

One of the key shortcomings of currently available RF technology for treating the skin is the edge effect phenomenon. In general, when RF energy is being applied or delivered to tissue through an electrode which is in contact with that tissue, the current concentrate around the edges of the electrode, sharp edges in particular. This effect is generally known as the edge effect. In the case of a circular disc electrode, the effect manifests as a higher current density around the perimeter of that circular disc and a relatively low current density in the center. For a square-shaped electrode there is typically a high current density around the entire perimeter, and an even higher current density at the corners.

Edge effects cause problems in treating the skin for several reasons. First, they result in a non-uniform thermal effect over the electrode surface. In various treatments of the skin, it is important to have a uniform thermal effect over a relatively large surface area, particularly for dermatological treatments. Large in this case being on the order of several square millimeters or even several square centimeters. In electrosurgical applications for cutting tissue, there typically is a point type applicator designed with the goal of getting a hot spot at that point for cutting or even coagulating tissue. However, this point design is undesirable for creating a reasonably gentle thermal effect over a large surface area. What is needed is an electrode design to deliver uniform thermal energy to skin and underlying tissue without hot spots.

A uniform thermal effect is particularly important when cooling is combined with heating in skin/tissue treatment procedure. As is discussed below, a non-uniform thermal pattern makes cooling of the skin difficult and hence the resulting treatment process as well. When heating the skin with RF energy, the tissue at the electrode surface tends to be warmest with a decrease in temperature moving deeper into the tissue. One approach to overcome this thermal gradient and create a thermal effect at a set distance away from the electrode is to cool the layers of skin that are in contact with the electrode. However, cooling of the skin is made difficult if there is a non-uniform heating pattern.

If the skin is sufficiently cooled such that there are no burns at the corners of a square or rectangular electrode, or at the perimeter of a circular disc electrode, then there will probably be overcooling in the center and there won't be any significant thermal effect (i.e. tissue heating) under the center of the electrode. Contrarily, if the cooling effect is decreased to the point where there is a good thermal effect in the center of the electrode, then there probably will not be sufficient cooling to protect tissue in contact with the edges of the electrode.

As a result of these limitations, in the typical application of a standard electrode there is usually an area of non-

**4**

uniform treatment and/or burns on the skin surface. So uniformity of the heating pattern is very important. It is particularly important in applications treating skin where collagen-containing layers are heated to produce a collagen contraction response for tightening of the skin. For this and related applications, if the collagen contraction and resulting skin tightening effect are non-uniform, then a medically undesirable result may occur.

There is a need for improved methods for treating tissue sites. There is a further need for improved methods for treating skin tissue.

## SUMMARY OF THE INVENTION

Accordingly, an object of the present invention is to provide an improved method for treating acne.

Another object of the present invention is to provide a method for treating acne scars that decreases irregularities of the skin surface.

Yet another object of the present invention is to provide a method for treating acne that reduces the activity of subcutaneous gland.

A further object of the present invention is to provide a method for treating acne that reduces the size of subcutaneous glands.

Another object of the present invention is to provide a method for treating acne that reduces the level of bacteria activity associated with the formation of acne.

Yet another object of the present invention is to provide a method for treating acne that reduces the size of skin pores.

A further object of the present invention is to provide a method for treating acne that unclogs clogged skin pores.

These and other objects of the present invention are achieved in a method for treating a tissue site. An energy delivery surface of an electromagnetic energy delivery device is coupled with a skin surface. An underlying tissue area beneath the skin surface is created. The cooling creates a reverse thermal gradient, where a temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area. The energy delivery modifies the underlying tissue area and decreases irregularities of the skin surface.

In another embodiment of the present invention, a method for treating tissue provides an electromagnetic energy delivery device. An energy delivery surface of the electromagnetic energy delivery device is coupled with an external surface of the skin. A reverse thermal gradient is created through the surface of the skin while heating the underlying collagen containing tissue, A temperature of the external skin surface is lower than a temperature of the underlying collagen containing tissue. A sufficient amount of electromagnetic energy is delivered to the underlying collagen containing tissue to create scar collagen that results in an improved contour of the skin surface.

In another embodiment of the present invention, a method of treating acne scars provides an energy source. Energy is produced from the energy source, and delivered through a skin epidermis surface to a selected collagen containing tissue site for a sufficient time to induce a formation of scar collagen. The skin surface is modified.

In another embodiment of the present invention, a method is provided for treating acne scars at a skin surface with an underlying collagen containing tissue. An electromagnetic energy delivery device surface is coupled to the skin surface. A reverse thermal gradient is created through the surface of the skin to sufficiently heat an underlying collagen contain-

US 7,189,230 B2

5    6

ing tissue. A temperature of the skin surface is lower than a temperature of the underlying collagen containing tissue. Scar collagen is created. The skin surface is modified with a modification of the acne scars at the skin surface.

In another embodiment of the present invention, a method of treating acne scars includes providing an energy source with an energy delivery surface. The energy delivery surface is coupled with the skin surface. Energy is produced from the energy source. A reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of underlying collagen contain tissue. Energy is delivered through the skin surface to the collagen containing tissue to form scar collagen in at least a portion of the collagen containing tissue. A severity of the acne scars is reduced.

In another embodiment of the present invention, a method of reducing the activity of sebaceous glands provides an energy source. Energy is produced from the energy source. Energy is delivered from the energy source through a skin epidermis surface to an underlying tissue site for a sufficient time to thermally injure a sebaceous gland. An activity of at least a portion of the sebaceous glands is reduced in the tissue site.

In another embodiment of the present invention, a method of reducing size of a sebaceous gland provides an energy source. Energy is produced from the energy source and delivered through a skin epidermis surface to an underlying tissue site for a sufficient time to thermally injure a sebaceous gland. A size of at least a portion of the sebaceous glands in the tissue site is reduced.

In another embodiment of the present invention, a method of reducing bacteria activity that creates acne provides an energy source. Energy is produced and delivered from the energy source through a skin epidermis surface to an underlying tissue site for a sufficient time to reduce bacteria activity.

In another embodiment of the present invention, a method of reducing the size of skin pores provides an energy source. Energy is produced and delivered from the energy source through a skin epidermis surface to an underlying collagen containing tissue site for a sufficient time to reduce the size of skin pores.

In another embodiment of the present invention, a method of unclogging clogged skin pores provides an energy source. Energy is produced and delivered from the energy source through a skin epidermis surface to a selected tissue site for a sufficient time to unclog skin pores.

In another embodiment of the present invention, a method of reducing the activity of sebaceous glands couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled. A reverse thermal gradient is created. A temperature of the skin surface is lower than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area and reduce the activity of at least a portion of the sebaceous glands in the underlying tissue area.

In another embodiment of the present invention, a method of reducing size of a sebaceous gland couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is lower than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue

area to modify the underlying tissue area, and reduce the size of at least a portion of the sebaceous glands in the underlying tissue area.

In another embodiment of the present invention, a method of reducing bacteria activity that creates acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is lower than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and reduce bacteria activity that creates acne.

In another embodiment of the present invention, a method of reducing the size of skin pores couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area and reduce the size of skin pores.

In another embodiment of the present invention, a method of unclogging clogged skin pores couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and unclog clogged skin pores.

In another embodiment of the present invention, a method of treating acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and reduce the activity of at least a portion of the sebaceous glands in the underlying tissue area.

In another embodiment of the present invention, a method of reducing size of treating acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is lower than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and reduce the size of at least a portion of the sebaceous glands in the underlying tissue area.

In another embodiment of the present invention, a method of treating acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy from the energy delivery device is delivered to the underlying tissue area to modify the underlying tissue area, and reduce bacteria activity that creates acne.

In another embodiment of the present invention, a method of treating acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled

US 7,189,230 B2

7

and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue, area and reduce the size of skin pores.

In another embodiment of the present invention, a method of treating acne couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and unclog clogged skin pores.

In another embodiment of the present invention, a method of treating hyperhydrosis couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and reduce the amount of sweat produced by sweat glands in the underlying tissue area.

In another embodiment of the present invention, a method of treating hyperhydrosis couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area, and reduce a size of sweat glands in the underlying tissue area.

In another embodiment of the present invention, a method of removing hair couples an energy delivery surface of an electromagnetic energy delivery device on a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area and hair follicles to reduce the growth of hair in the hair follicles.

In another embodiment of the present invention, a method of inducing the growth of hair couples an energy delivery surface of an electromagnetic energy delivery device with a skin surface. An underlying tissue area beneath the skin surface is cooled and a reverse thermal gradient is created. A temperature of the skin surface is less than a temperature of the underlying tissue area. Energy is delivered from the energy delivery device to the underlying tissue area to modify the underlying tissue area and hair follicles to stimulate growth of hair from the hair follicles.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1(a) is a cross-sectional view of one embodiment of the handpiece of the present invention.

FIG. 1(b) is a cross-sectional view of another embodiment of the RF device with a thermoelectric cooler.

FIG. 2 is an exploded view of the FIG. 1 RF electrode assembly.

FIG. 3(a) is a close-up view of one embodiment of an RF electrode of the present invention.

8

FIG. 3(b) illustrates one embodiment of an RF electrode, that can be utilized with the present invention, with an outer edge geometry configured to reduce an amount of capacitively coupled area the outer edge.

FIG. 3(c) illustrates one embodiment of an RF electrode, that can be utilized with the present invention, that has voids where there is little if any conductive material.

FIG. 4 is a cross-sectional view of the RF electrode assembly from FIG. 1.

FIG. 5 is a side view of one embodiment of an RF handpiece assembly of the present invention.

FIG. 6 is a rear view of the FIG. 5 RF electrode assembly.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

In various embodiments, the present invention provides methods for treating a tissue site. In one embodiment, an energy delivery surface of an energy delivery device is coupled to a skin surface. The coupling can be a direct, in contact, placement of the energy delivery surface of the energy delivery on the skin surface, or distanced relationship between the two with our without a media to conduct energy to the skin surface from the energy delivery surface of the energy delivery device. The skin surface is cooled sufficiently to create a reverse thermal gradient where a temperature of the skin surface is less than an underlying tissue. Energy is delivered from the energy delivery device to the underlying tissue area, resulting in a tissue effect at the skin surface.

Referring now to FIG. 1(a), the methods of present invention can be achieved with the use of a handpiece 10. Handpiece 10 is coupled with a handpiece assembly 12 that includes a handpiece housing 14 and a cooling fluidic medium valve member 16. Handpiece housing 14 is configured to be coupled to an electrode assembly 18. Electrode assembly 18 has a least one RF electrode 20 that is capacitively coupled to a skin surface when at least a portion of RF electrode 20 is in contact with the skin surface. Without limiting the scope of the present invention, RF electrode 20 can have a thickness in the range of 0.010 to 1.0 mm.

Handpiece 10 provides a more uniform thermal effect in tissue at a selected depth, while preventing or minimizing thermal damage to the skin surface and other non-target tissue. Handpiece 10 is coupled to an RF generator. RF electrode 20 can be operated either in mono-polar or bi-polar modes. Handpiece 10 is configured to reduce, or preferably eliminate edge effects and hot spots. The result is an improved aesthetic result/clinical outcome with an elimination/reduction in adverse effects and healing time.

A fluid delivery member 22 is coupled to cooling fluidic medium valve member 16. Fluid delivery member 22 and cooling fluidic medium valve member 16 collectively form a cooling fluidic medium dispensing assembly. Fluid delivery member 22 is configured to provide an atomizing delivery of a cooling fluidic medium to RF electrode 20. The atomizing delivery is a mist or fine spray. A phase transition, from liquid to gas, of the cooling fluidic medium occurs when it hits the surface of RF electrode 20. The transition from liquid to gas creates the cooling. If the transition before the cooling fluidic medium hits RF electrode 20 the cooling of RF electrode 20 will not be as effective.

In another embodiment, illustrated in FIG. 1(b), a thermoelectric cooler 23 is utilized in place of cooling fluidic medium valve member 16 and fluid delivery member 22.

In one embodiment, the cooling fluidic medium is a cryogenic spray, commercially available from Honeywell,

US 7,189,230 B2

9

Morristown, N.J. A specific example of a suitable cryogenic spray is $R134A_2$, available from Refron, Inc., 38-18 33rd St, Long Island City, N.Y. 11101. The use of a cryogenic cooling fluidic medium provides the capability to use a number of different types of algorithms for skin treatment. For example, the cryogenic cooling fluidic medium can be applied milliseconds before and after the delivery of RF energy to the desired tissue. This is achieved with the use of cooling fluidic medium valve member 16 coupled to a cryogen supply, including but not limited to a compressed gas canister. In various embodiments, cooling fluidic medium valve member 16 can be coupled to a computer control system and/or manually controlled by the physician by means of a foot switch or similar device.

Providing a spray, or atomization, of cryogenic cooling fluidic medium is particularly suitable because of it provides an availability to implement rapid on and off control. Cryogenic cooling fluidic medium allows more precise temporal control of the cooling process. This is because cooling only occurs when the refrigerant is sprayed and is in an evaporative state, the latter being a very fast short-lived event. Thus, cooling ceases rapidly after the cryogenic cooling fluidic medium is stopped. The overall effect is to confer very precise time on-off control of cryogenic cooling fluidic medium.

Referring now to FIG. 2, fluid delivery member 22 and thermoelectric cooler 23 can be positioned in handpiece housing 14 or electrode assembly 18. Fluid delivery member 22 is configured to controllably deliver a cooling fluidic medium. Fluid delivery member 22 and thermo-electric cooler 23 cool a back surface 24 of RF electrode 20 and maintain back surface 24 at a desired temperature. The cooling fluidic medium evaporatively cools RF electrode 20 and maintains a substantially uniform temperature of front surface 26 of RF electrode 20. Fluid delivery member 22 evaporatively cools back surface 24. Front surface 26 may or may not be flexible and conformable to the skin, but it will still have sufficient strength and/or structure to provide good thermal coupling when pressed against the skin surface.

RF electrode 20 then conductively cools a skin surface that is adjacent to a front surface 26 of RF electrode 20. Suitable fluidic media include a variety of refrigerants such as R134A and freon.

Fluid delivery member 22 is configured to controllably deliver the cooling fluidic medium to back surface 24 at substantially any orientation of front surface 26 relative to a direction of gravity. A geometry and positioning of fluid delivery member 22 is selected to provide a substantially uniform distribution of cooling fluidic medium on back surface 24. The delivery of the cooling fluidic medium can be by spray of droplets or fine mist, flooding back surface 24, and the like. Cooling occurs at the interface of the cooling fluidic medium with atmosphere, which is where evaporation occurs. If there is a thick layer of fluid on back surface 24 the heat removed from the treated skin will need to pass through the thick layer of cooling fluidic medium, increasing thermal resistance. To maximize cooling rates, it is desirable to apply a very thin layer of cooling fluidic medium. If RF electrode 20 is not horizontal, and if there is a thick layer of cooling fluidic medium, or if there are large drops of cooling fluidic medium on back surface 24, the cooling fluidic medium can run down the surface of RF electrode 20 and pool at one edge or corner, causing uneven cooling. Therefore, it is desirable to apply a thin layer of cooling fluidic medium with a fine spray. Thermo-electric cooler 23 achieves these same results but without delivering a cooling medium. Thermo-electric cooler 23 is cold on the

10

side that is adjacent to or in contact with surface 24, while its opposing side becomes warmer.

In various embodiments, RF electrode 20, as illustrated in FIG. 3(a), has a conductive portion 28 and a dielectric portion 30. Conductive portion 28 can be a metal including but not limited to copper, gold, silver, aluminum and the like. Dielectric portion 30 can be made of a variety of different materials including but not limited to polyimide, Teflon® and the like, silicon nitride, polysilanes, polysilazanes, polyimides, Kapton and other polymers, antenna dielectrics and other dielectric materials well known in the art. Other dielectric materials include but are not limited to polymers such as polyester, silicon, sapphire, diamond, zirconium-toughened alumina (ZTA), alumina and the like. Dielectric portion 30 can be positioned around at least a portion, or the entirety of a periphery of conductive portion 28. In another embodiment, RF electrode 20 is made of a composite material, including but not limited to gold-plated copper, copper-polyimide, silicon/silicon-nitride and the like.

Dielectric portion 30 creates an increased impedance to the flow of electrical current through RF electrode 20. This increased impedance causes current to travel a path straight down through conductive portion 28 to the skin surface. Electric field edge effects, caused by a concentration of current flowing out of the edges of RF electrode 20, are reduced.

Dielectric portion 30 produces a more uniform impedance through RF electrode 20 and causes a more uniform current to flow through conductive portion 28. The resulting effect minimizes or even eliminates, edge effects around the edges of RF electrode 20. As shown in FIG. 3(c), RF electrode 20 can have voids 33 where there is little or no conductive material. Creating voids 33 in the conductive material alters the electric field. The specific configuration of voids can be used to minimize edge effect, or alter the depth, uniformity or shape of the electric field. Under a portion 28' of the RF electrode 20 with solid conductive material the electric field is deeper. Under a portion 28" of RF electrode 20 with more voids, the electric field is shallower. By combining different densities of conductive material, an RF electrode 20 is provided to match the desired heating profile.

In one embodiment, conductive portion 28 adheres to dielectric portion 30 which can be a substrate with a thickness, by way of example and without limitation, of about 0.001". This embodiment is similar to a standard flex circuit board material commercially available in the electronics industry. In this embodiment, dielectric portion 30 is in contact with the tissue, the skin, and conductive portion 28 is separated from the tissue.

The thickness of the dielectric portion 30 can be decreased by growing conductive portion 28 on dielectric portion 30 using a variety of techniques, including but not limited to, sputtering, electro deposition, chemical vapor deposition, plasma deposition and other deposition techniques known in the art. Additionally, these same processes can be used to deposit dielectric portion 30 onto conductive portion 28. In one embodiment dielectric portion 30 is an oxide layer which can be grown on conductive portion 28. An oxide layer has a low thermal resistance and improves the cooling efficiency of the skin compared with many other dielectrics such as polymers.

In various embodiments, RF electrode 20 is configured to inhibit the capacitive coupling to tissue along its outside edge 31. Referring to FIG. 3(b) RF electrode 20 can have an outer edge 31 with a geometry that is configured to reduce an amount of capacitively coupled area at outer edge 31.

US 7,189,230 B2

11

Outer edge **31** can have less of the conductive portion **28** material. This can be achieved by different geometries, including but not limited to a scalloped geometry, and the like. The total length of outer edge **31** can be increased, with different geometries, and the total area that is capacitively coupled to tissue is reduced. This produces a reduction in energy generation around outer edge **31**.

Alternatively, the dielectric material can be applied in a thicker layer at the edges, reducing the electric field at the edges. A further alternative is to configure the cooling to cool more aggressively at the edges to compensate for any electric field edge effect.

Fluid delivery member **22** has an inlet **32** and an outlet **34**. Outlet **34** can have a smaller cross-sectional area than a cross-sectional area of inlet **32**. In one embodiment, fluid delivery member **22** is a nozzle **36**.

Cooling fluidic medium valve member **16** can be configured to provide a pulsed delivery of the cooling fluidic medium. Pulsing the delivery of cooling fluidic medium is a simple way to control the rate of cooling fluidic medium application. In one embodiment, cooling fluidic medium valve member **16** is a solenoid valve. An example of a suitable solenoid valve is a solenoid pinch valve manufactured by the N-Research Corporation, West Caldwell, N.J. If the fluid is pressurized, then opening of the valve results in fluid flow. If the fluid is maintained at a constant pressure, then the flow rate is constant and a simple open/close solenoid valve can be used, the effective flow rate being determined by the pulse duty cycle. A higher duty cycle, close to 100% increases cooling, while a lower duty cycle, closer to 0%, reduces cooling. The duty cycle can be achieved by turning on the valve for a short duration of time at a set frequency. The duration of the open time can be 1 to 50 milliseconds or longer. The frequency of pulsing can be 1 to 50 Hz or faster.

Alternatively, cooling fluidic medium flow rate can be controlled by a metering valve or controllable-rate pump such as a peristaltic pump. One advantage of pulsing is that it is easy to control using simple electronics and control algorithms.

Electrode assembly **18** is sufficiently sealed so that the cooling fluidic medium does not leak from back surface **24** onto a skin surface in contact with a front surface of RF electrode **20**. This helps provide an even energy delivery through the skin surface. In one embodiment, electrode assembly **18**, and more specifically RF electrode **20**, has a geometry that creates a reservoir at back surface **24** to hold and gather cooling fluidic medium that has collected at back surface **24**. Back surface **24** can be formed with "hospital corners" to create this reservoir.

Optionally, electrode assembly **18** includes a vent that permits vaporized cooling fluidic medium to escape from electrode assembly **18**.

The vent prevents pressure from building up in electrode assembly **18**. The vent can be a pressure relief valve that is vented to the atmosphere or a vent line. When the cooling fluidic medium comes into contact with RF electrode **20** and evaporates, the resulting gas pressurizes the inside of electrode assembly **18**. This can cause RF electrode **20** to partially inflate and bow out from front surface **26**. The inflated RF electrode **20** can enhance the thermal contact with the skin and also result in some degree of conformance of RF electrode **20** to the skin surface. An electronic controller can be provided. The electronic controller sends a signal to open the vent when a programmed pressure has been reached.

12

Various leads **40** are coupled to RF electrode **20**. One or more thermal sensors **42** are coupled to RF electrode. Suitable thermal sensors **42** include but are not limited to thermocouples, thermistors, infrared photo-emitters and a thermally sensitive diode. In one embodiment, a thermal sensor **42** is positioned at each corner of RF electrode **20**. A sufficient number of thermal sensors **42** are provided in order to acquire sufficient thermal data of the skin surface or the back surface **24** of the electrode **20**. Thermal sensors **42** are electrically isolated from RF electrode **20**. In another embodiment, at least one sensor **42** is positioned at back surface **24** of RF electrode and detects the temperature of back surface **24** in response to the delivery of cooling fluidic medium.

Thermal sensors **42** measure temperature and can provide feedback for monitoring temperature of RF electrode **20** and/or the tissue during treatment. Thermal sensors **42** can be thermistors, thermocouples, thermally sensitive diodes, capacitors, inductors or other devices for measuring temperature. Preferably, thermal sensors **42** provide electrical feedback to a microprocessor of the RF generator coupled to RF electrode **20** in order to facilitate control of the treatment.

Measurements from thermal sensors **42** can be used to help control the rate of application of cooling fluidic medium. For example, a cooling control algorithm can be used to apply cooling fluidic medium to RF electrode **20** at a high flow rate until the temperature fell below a target temperature, and then slow down or stop. A PID, or proportional-integral-differential, algorithm can be used to precisely control RF electrode **20** temperature to a predetermined value.

Thermal sensors **42** can be positioned on back surface **24** of RF electrode **20** away from the tissue. This configuration is preferable for controlling the temperature of the RF electrode **20**. Alternatively, thermal sensors **42** can be positioned on front surface **26** of RF electrode **10** in direct contact with the tissue. This embodiment can be more suitable for monitoring tissue temperature. Algorithms are utilized with thermal sensors **42** to calculate a temperature profile of the treated tissue. Thermal sensors **42** can be used to develop a temperature profile of the skin which is then used for process control purposes to assure that the proper amounts of heating and cooling are delivered to achieve a desired elevated deep tissue temperature while maintaining skin tissue layers below a threshold temperature and avoid thermal injury.

The physician can use the measured temperature profile to assure that he stays within the boundary of an ideal/average profile for a given type of treatment. Thermal sensors **42** can be used for additional purposes. When the temperature of thermal sensors **42** is monitored it is possible to detect when RF electrode **20** is in contact with the skin surface. This can be achieved by detecting a direct change in temperature when skin contact is made or examining the rate of change of temperature which is affected by contact with the skin. Similarly, if there is more than one thermal sensor **42**, the thermal sensors **42** can be used to detect whether a portion of RF electrode **20** is lifted or out of contact with skin. This can be important because the current density (amperes per unit area) delivered to the skin can vary if the contact area changes. In particular, if part of the surface of RF electrode **20** is not in contact with the skin, the resulting current density is higher than expected.

Referring again to FIG. **1**(*a*), a force sensor **44** is also coupled to electrode assembly **18**. Force sensor **44** detects an amount of force applied by electrode assembly **18**, via the physician, against an applied skin surface. Force sensor **44**

13

zeros out gravity effects of the weight of electrode assembly **18** in any orientation of front surface **26** of RF electrode **20** relative to a direction of gravity. Additionally, force sensor **44** provides an indication when RF electrode **20** is in contact with a skin surface. Force sensor **44** also provides a signal indicating that a force applied by RF electrode **20** to a contacted skin surface is, (i) above a minimum threshold or (ii) below a maximum threshold.

As illustrated in FIG. **4**, an activation button **46** is used in conjunction with the force sensor. Just prior to activating RF electrode **20**, the physician holds handpiece **10** in position just off the surface of the skin. The orientation of handpiece **10** can be any angle relative to the direction of gravity. To arm handpiece **10**, the physician can press activation button **46** which tares force sensor **44**, by setting it to read zero. This cancels the force due to gravity in that particular treatment orientation. This method allows consistent force application of RF electrode **20** to the skin surface regardless of the angle of handpiece **10** relative to the direction of gravity.

RF electrode **20** can be a flex circuit, which can include trace components. Additionally, thermal sensor **42** and force sensor **44** can be part of the flex circuit. Further, the flex circuit can include a dielectric that forms a part of RF electrode **20**.

Electrode assembly **18** can be moveably positioned within handpiece housing **12**. In one embodiment, electrode assembly **18** is slideably moveable along a longitudinal axis of handpiece housing **12**.

Electrode assembly **18** can be rotatably mounted in handpiece housing **12**. Additionally, RF electrode **20** can be rotatably positioned in electrode assembly **18**. Electrode assembly **18** can be removably coupled to handpiece housing **12** as a disposable or non-disposable RF device **52**.

For purposes of this disclosure, electrode assembly **18** is the same as RF device **52**. Once movably mounted to handpiece housing **12**, RF device **52** can be coupled to handpiece housing **12** via force sensor **44**. Force sensor **44** can be of the type that is capable of measuring both compressive and tensile forces. In other embodiments, force sensor **44** only measures compressive forces, or only measures tensile forces.

RF device **52** can be spring-loaded with a spring **48**. In one embodiment, spring **48** biases RF electrodes **20** in a direction toward handpiece housing **12**. This pre-loads force sensor **44** and keeps RF device **52** pressed against force sensor **44**. The pre-load force is tared when activation button **46** is pressed just prior to application of RF electrode **20** to the skin surface.

A shroud **50** is optionally coupled to handpiece **10**. Shroud **50** serves to keep the user from touching RF device **52** during use which can cause erroneous force readings.

A non-volatile memory **54** can be included with RF device **52**. Additionally, non-volatile memory can be included with handpiece housing **12**. Non-volatile memory **54** can be an EPROM and the like. Additionally, a second non-volatile memory can be included in handpiece housing **12** for purposes of storing handpiece **10** information such as but not limited to, handpiece model number or version, handpiece software version, number of RF applications that handpiece **10** has delivered, expiration date and manufacture date. Handpiece housing **12** can also contain a microprocessor **58** for purposes of acquiring and analyzing data from various sensors on handpiece housing **12** or RF device **52** including but not limited to thermal sensors **42**, force sensors **44**, fluid pressure gauges, switches, buttons and the like.

14

Microprocessor **58** can also control components on handpiece **10** including but not limited to lights, LEDs, valves, pumps or other electronic components. Microprocessor **58** can also communicate data to a microprocessor of the RF generator.

Non-volatile memory **54** can store a variety of data that can facilitate control and operation of handpiece **10** and its associated system including but not limited to, (i) controlling the amount of current delivered by RF electrode **20**, (ii) controlling the duty cycle of the fluid delivery member **22** and thermo-electric cooler **23**, (iii) controlling the energy delivery duration time of the RF electrode **20**, (iv) controlling the temperature of RF electrode **20** relative to a target temperature, (v) providing a maximum number of firings of RF electrode **20**, (vi) providing a maximum allowed voltage that is deliverable by RF electrode **20**, (vii) providing a history of RF electrode **20** use, (viii) providing a controllable duty cycle to fluid delivery member **22** and thermo-electric cooler **23** for the delivery of the cooling fluidic medium to back surface **24** of RF electrode **20**, (ix) providing a controllable delivery rate of cooling fluidic medium delivered from fluid delivery member **22** to back surface **24**, (x) providing a control of thermo-electric cooler **23** and the like.

Referring now to FIGS. **5** and **6**, RF device **52** includes a support structure, including but not limited to a housing **60** that defines the body of RF device **52**. RF device **52** can include a back plate **62** that is positioned at a proximal portion of support structure **60**. A plurality of electrical contact pads **65** can be positioned at back plate **62**. At least a portion of fluid delivery member **22** and thermo-electric cooler **23** can extend through back plate **62**. Fluid delivery member **22** can be a channel with a proximal end that is raised above the back surface of support plate **62**.

First and second engagement members **64** can also be formed in the body of support structure **60**. Engagement members **64** provide engagement and disengagement with handpiece housing **14**. Suitable engagement members **64** include but are not limited to snap members, apertures to engage with snap members of substrate support **60**, and the like.

Handpiece **10** can be used to deliver thermal energy to modify tissue including, but not limited to, collagen containing tissue, in the epidermal, dermal and subcutaneous tissue layers, including adipose tissue. The modification of the tissue includes modifying a physical feature of the tissue, a structure of the tissue or a physical property of the tissue. The modification can be achieved by delivering sufficient energy to modify collagen containing tissue, cause collagen shrinkage, and/or a wound healing response including the deposition of new or nascent collagen, and the like.

Handpiece **10** can be utilized for performing a number of treatments of the skin and underlying tissue including but not limited to, (i) dermal remodeling and tightening, (ii) wrinkle reduction, (iii) elastosis reduction, (iv) scar modification, such as reduction, (v) sebaceous gland removal/deactivation and reduction of activity of sebaceous gland, (vi) hair follicle removal, (vii) adipose tissue remodeling/removal, (viii) spider vein removal, (ix) modify contour irregularities of a skin surface, (x) create scar or nascent collagen, (xi) reduction of bacteria activity of skin, (xii) reduction of skin pore size, (xiii) unclog skin pores and the like.

In various embodiments, handpiece **10** can be utilized in a variety of treatment processes, including but not limited to, (i) pre-cooling, before the delivery of energy to the tissue has

US 7,189,230 B2

15

begun, (ii) an on phase or energy delivery phase in conjunction with cooling and (iii) post cooling after the delivery of energy to tissue has begun.

Handpiece 10 can be used to pre-cool the surface layers of the target tissue so that when RF electrode 20 is in contact with the tissue, or prior to turning on the RF energy source, the superficial layers of the target tissue are already cooled. When RF energy source is turned on or delivery of RF to the tissue otherwise begins, resulting in heating of the tissues, the tissue that has been cooled is protected from thermal effects including thermal damage. The tissue that has not been cooled will warm up to therapeutic temperatures resulting in the desired therapeutic effect.

Pre-cooling gives time for the thermal effects of cooling to propagate down into the tissue. More specifically, pre-cooling allows the achievement of a desired tissue depth thermal profile, with a minimum desired temperature being achieved at a selectable depth. The amount or duration of pre-cooling can be used to select the depth of the protected zone of untreated tissue. Longer durations of pre-cooling produce a deeper protected zone and hence a deeper level in tissue for the start of the treatment zone. The opposite is true for shorter periods of pre-cooling. The temperature of front surface 26 of RF electrode 20 also affects the temperature profile. The colder the temperature of front surface 26, the faster and deeper the cooling, and vice versa.

Post-cooling can be important because it prevents and/or reduces heat delivered to the deeper layers from conducting upward and heating the more superficial layers possibly to therapeutic or damaging temperature range even though external energy delivery to the tissue has ceased. In order to prevent this and related thermal phenomena, it can be desirable to maintain cooling of the treatment surface for a period of time after application of the RF energy has ceased. In various embodiments, varying amounts of post cooling can be combined with real-time cooling and/or pre-cooling.

In various embodiments, handpiece 10 can be used in a varied number of pulse on-off type cooling sequences and algorithms may be employed. In one embodiment, the treatment algorithm provides for pre-cooling of the tissue by starting a spray of cryogenic cooling fluidic medium, followed by a short pulse of RF energy into the tissue. In this embodiment, the spray of cryogenic cooling fluidic medium continues while the RF energy is delivered, and is stopping shortly thereafter, e.g. on the order of milliseconds. This or another treatment sequence can be repeated again. Thus in various embodiments, the treatment sequence can include a pulsed sequence of cooling on, heat, cooling off, cooling on, heat, cool off, and with cooling and heating durations on orders of tens of milliseconds. In these embodiments, every time the surface of the tissue of the skin is cooled, heat is removed from the skin surface. Cryogenic cooling fluidic medium spray duration, and intervals between sprays, can be in the tens of milliseconds ranges, which allows surface cooling while still delivering the desired thermal effect into the deeper target tissue.

In various embodiments, the target tissue zone for therapy, also called therapeutic zone or thermal effect zone, can be at a tissue depth from approximately 100 μm beneath the surface of the skin down to as deep as 10 millimeters, depending upon the type of treatment. For treatments involving collagen contraction, it can be desirable to cool both the epidermis and the superficial layers of the dermis of the skin that lies beneath the epidermis, to a cooled depth range between 100 μm two millimeters. Different treatment algorithms can incorporate different amounts of pre-cooling,

16

heating and post cooling phases in order to produce a desired tissue effect at a desired depth.

Various duty cycles, on and off times, of cooling and heating are utilized depending on the type of treatment. The cooling and heating duty cycles can be controlled and dynamically varied by an electronic control system known in the art. Specifically the control system can be used to control cooling fluidic medium valve member 16 and the RF power source.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

1. A method for treating a tissue site underlying a skin surface, the method comprising:

    coupling an energy delivery surface of an RF energy delivery device with the skin surface;

    cooling the tissue site to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

    non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and decrease irregularities of the skin surface.

2. The method of claim 1, wherein the energy delivery surface is coupled to the skin surface by positioning the RF energy delivery surface on the skin surface.

3. The method of claim 1, wherein the tissue site contains collagen.

4. The method of claim 3, wherein the tissue site is modified to form scar collagen.

5. The method of claim 1, wherein the tissue site is collagen tissue.

6. A method for treating collagen containing tissue underlying a skin surface with an RF energy delivery device, the method comprising:

    coupling an energy delivery surface of the RF energy delivery device with the skin surface;

    creating a reverse thermal gradient through the skin surface while heating the collagen containing tissue in which a temperature of the skin surface is lower than a temperature of the collagen containing tissue; and

    non-ablatively delivering a sufficient amount of RF energy to the collagen containing tissue to create scar collagen.

7. The method of claim 6, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

8. A method of treating acne scars at a skin epidermis surface with an RF energy source, the method comprising:

    producing RF energy from the RF energy source;

    non-ablatively delivering the RF energy from the RF energy source through the skin epidermis surface to a collagen containing tissue site underlying the skin epidermis surface for a sufficient time to form scar collagen; and

    modifying the skin epidermis surface with the scar collagen to treat the acne scars.

17

18

**9.** A method for treating acne scars at a skin surface with an underlying collagen containing tissue, the method comprising:

coupling an RF energy delivery device surface with the skin surface for non-ablatively delivering RF energy to the collagen containing tissue;

creating a reverse thermal gradient through the skin surface to sufficiently heat the collagen containing tissue in which a temperature of the skin surface is lower than a temperature of the collagen containing tissue;

creating scar collagen when the collagen containing tissue is heated; and

modifying the skin surface with the scar collagen to reduce the acne scars at the skin surface.

**10.** The method of claim **9**, wherein the RF energy delivery device surface is coupled to the skin surface by positioning the RF energy delivery surface on the skin surface.

**11.** A method of treating a skin surface having scars with an RF energy source with an energy delivery surface, the method comprising:

coupling the energy delivery surface with the skin surface;

producing RF energy from the RF energy source;

creating a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of collagen containing tissue underlying the skin surface; and

non-ablatively delivering the RF energy through the skin surface to the collagen containing tissue and forming scar collagen in at least a portion of the collagen containing tissue to modify the scars.

**12.** The method of claim **11**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**13.** A method of reducing the activity of sebaceous glands in a tissue site using an RF energy source, the method comprising:

producing RF energy from the RF energy source;

non-ablatively delivering the RF energy through a skin epidermis surface to the tissue site for a time sufficient to thermally injure the sebaceous glands; and

reducing the activity of the sebaceous glands in the tissue site.

**14.** The method of claim **13**, wherein the underlying tissue site contains collagen.

**15.** The method of claim **14**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**16.** The method of claim **14**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**17.** A method of reducing the size of a sebaceous gland in a tissue site using an RF energy source, the method comprising:

producing RF energy from the RF energy source;

non-ablatively delivering the RF energy from the RF energy source through a skin epidermis surface to the tissue site for a time sufficient to thermally injure the sebaceous gland; and

reducing the size of the sebaceous gland in the tissue site with the thermal injury.

**18.** The method of claim **17**, wherein the underlying tissue site contains collagen.

**19.** The method of claim **18**, wherein delivering the RF energy further comprises:

modifying the collagen at tissue site to form scar collagen.

**20.** The method of **18**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**21.** A method of treating skin pores using an RF energy source, the method comprising:

producing RF energy from the RF energy source; and

non-ablatively delivering the RF energy from the RF energy source through a skin epidermis surface to a collagen containing tissue site underlying the skin epidermis surface for a time sufficient to treat the skin pores.

**22.** The method of claim **21**, wherein delivering the RF energy further comprises:

modifying the collagen at the collagen containing tissue site to form scar collagen.

**23.** The method of claim **21**, wherein delivering the RF energy further comprises:

modifying the collagen at the collagen containing tissue site.

**24.** A method of reducing the activity of a sebaceous gland, the method comprising:

coupling an energy delivery surface of an RF delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is lower than a temperature of the underlying tissue area; and

non-ablatively delivering RF energy from the energy delivery device to the tissue site to modify the tissue site and reduce the activity of the sebaceous gland in the tissue site.

**25.** The method of claim **24**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**26.** The method of claim **24**, wherein the underlying tissue area contains collagen.

**27.** The method of claim **26**, wherein delivering the RF energy further comprises:

modifying the collagen at the collagen containing tissue site to form scar collagen.

**28.** The method of claim **26**, delivering the RF energy further comprises:

modifying the collagen at the collagen containing tissue site.

**29.** A method of reducing the size of a sebaceous gland, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is lower than a temperature of the tissue site; and

non-ablatively delivering RF energy from the energy delivery device to the tissue site to modify the tissue site and reduce the size of the sebaceous gland in the tissue site.

**30.** The method of claim **29**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**31.** The method of claim **29**, wherein the underlying tissue area contains collagen.

**32.** The method of claim **31**, wherein delivering the RF energy further comprises:

US 7,189,230 B2

19

modifying the collagen at the tissue site to form scar collagen.

**33**. The method of claim **31**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**34**. A method of treating skin pores, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and treat the skin pores.

**35**. The method of claim **34**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**36**. The method of claim **34**, wherein the tissue site contains collagen.

**37**. The method of claim **36**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**38**. The method of claim **36**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**39**. A method of treating clogged skin pores, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and treat the clogged skin pores.

**40**. The method of claim **39**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**41**. The method of claim **39**, wherein the underlying tissue site contains collagen.

**42**. The method of claim **41**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**43**. The method of claim **41**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**44**. A method of treating acne, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and reduce the activity of at least a portion of the sebaceous glands in the tissue site for treating the acne.

**45**. The method of claim **44**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**46**. The method of claim **44**, wherein the tissue site contains collagen.

20

**47**. The method of claim **46**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**48**. The method of claim **46**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**49**. A method of treating acne, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and reduce the size of at least a portion of the sebaceous glands in the tissue site for treating the acne.

**50**. The method of claim **49**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**51**. The method of claim **49**, wherein the tissue site contains collagen.

**52**. The method of claim **51**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**53**. The method of claim **51**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**54**. A method of treating acne, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and reduce the size of skin pores for treating the acne.

**55**. The method of claim **54**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**56**. The method of claim **54**, wherein the tissue site contains collagen.

**57**. The method of claim **56**, delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**58**. The method of claim **56**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**59**. A method of treating hyperhydrosis, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and reduce the amount of sweat produced by sweat glands in the tissue site.

US 7,189,230 B2

21

**60**. The method of claim **59**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**61**. The method of claim **59**, wherein the tissue site contains collagen.

**62**. The method of claim **61**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**63**. The method of claim **61**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**64**. A method of treating hyperhydrosis, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and reduce a size of sweat glands in the tissue site.

**65**. The method of claim **64**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**66**. The method of claim **64**, wherein the tissue site contains collagen.

**67**. The method of claim **66**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**68**. The method of claim **66**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**69**. A method of reducing hair growth, the method comprising:

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and hair follicles to reduce the growth of hair in the hair follicles.

**70**. The method of claim **69**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**71**. The method of claim **69**, wherein the tissue site contains collagen.

**72**. The method of claim **71**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**73**. The method of claim **71**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**74**. A method of inducing the growth of hair, the method comprising:

22

coupling an energy delivery surface of an RF energy delivery device with a skin surface;

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to modify the tissue site and hair follicles to stimulate the growth of hair from the hair follicles.

**75**. The method of claim **74**, wherein the energy delivery surface is coupled to the skin surface by positioning the energy delivery surface on the skin surface.

**76**. The method of claim **74**, wherein the tissue site contains collagen.

**77**. The method of claim **76**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site to form scar collagen.

**78**. The method of claim **76**, wherein delivering the RF energy further comprises:

modifying the collagen at the tissue site.

**79**. A method for treating a tissue site with an energy delivery device coupled to an energy delivery device source, the method comprising:

cooling a tissue site underlying the skin surface to create a reverse thermal gradient in which a temperature of the skin surface is less than a temperature of the tissue site; and

non-ablatively delivering RF energy from the RF energy delivery device to the tissue site to create a tissue effect.

**80**. The method of claim **79**, wherein the tissue effect is dermal remodeling.

**81**. The method of claim **79**, wherein the tissue effect is dermal tightening.

**82**. The method of claim **79**, wherein the tissue effect is wrinkle reduction.

**83**. The method of claim **79**, wherein the tissue effect is elastosis reduction.

**84**. The method of claim **79**, wherein the tissue effect is scar modification.

**85**. The method of claim **79**, wherein the tissue effect is sebaceous gland removal or deactivation.

**86**. The method of claim **79**, wherein the tissue effect is a reduction of sebaceous gland activity.

**87**. The method of claim **79**, wherein the tissue effect is hair follicle modification.

**88**. The method of claim **79**, wherein the tissue effect is adipose tissue remodeling or removal.

**89**. The method of claim **79**, wherein the tissue effect is modification of skin irregularities.

**90**. The method of claim **79**, wherein the tissue effect is a creation of scar or nascent collagen.

**91**. The method of claim **79**, wherein the tissue effect is treatment of skin pores.

**92**. The method of claim **79**, wherein the tissue effect is a modification of fat tissue.

**93**. The method of claim **79**, wherein the tissue effect is a modification of muscle tissue.

\*  \*  \*  \*  \*

# EXHIBIT K

US007267675B2

(12) **United States Patent**
Stern et al.

(10) **Patent No.:** **US 7,267,675 B2**

(45) **Date of Patent:** *Sep. 11, 2007

(54) **RF DEVICE WITH THERMO-ELECTRIC COOLER**

(75) Inventors: **Roger A. Stern**, Cupertino, CA (US);
**Mitchell Levinson**, Pleasanton, CA
(US); **Bryan Weber**, Livermore, CA
(US)

(73) Assignee: **Thermage, Inc.**, Hayward, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 151 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **10/400,156**

(22) Filed: **Mar. 25, 2003**

(65) **Prior Publication Data**

US 2004/0034346 A1      Feb. 19, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/072,475,
filed on Feb. 6, 2002, now Pat. No. 7,022,121, and a
continuation-in-part of application No. 10/072,610,
filed on Feb. 6, 2002, now Pat. No. 7,141,049, which
is a continuation-in-part of application No. 09/522,
275, filed on Mar. 9, 2000, now Pat. No. 6,413,255,
said application No. 10/072,610 is a continuation-in-
part of application No. 10/026,870, filed on Dec. 20,
2001, now Pat. No. 6,749,624, which is a continua-
tion of application No. 09/337,015, filed on Jun. 30,
1999, now Pat. No. 6,350,276, which is a continua-
tion-in-part of application No. 08/583,815, filed on
Jan. 5, 1996, now Pat. No. 6,241,753, and a continu-
ation-in-part of application No. 08/827,237, filed on
Mar. 28, 1997, now Pat. No. 6,430,446, and a con-
tinuation-in-part of application No. 08/914,681, filed
on Aug. 19, 1997, now Pat. No. 5,919,219, and a
continuation-in-part of application No. 08/942,274,
filed on Sep. 30, 1997, now Pat. No. 6,425,912.

(60) Provisional application No. 60/123,440, filed on Mar.
9, 1999.

(51) **Int. Cl.**
*A61B 18/18* (2006.01)

(52) **U.S. Cl.** .......................... **606/41**; 606/31; 607/101;
607/105

(58) **Field of Classification Search** .................. 606/31,
606/41, 42, 45–50; 607/101–105
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,831,604 A      8/1974   Neefe .......................... 128/260

(Continued)

FOREIGN PATENT DOCUMENTS

DE          1 949 534          4/1970

(Continued)

OTHER PUBLICATIONS

Thermage, Inc., "Complaint For Patent Infringement", Jul. 23,
2004.

(Continued)

*Primary Examiner*—Michael Peffley
(74) *Attorney, Agent, or Firm*—Wood, Herron & Evans,
L.L.P.

(57) **ABSTRACT**

An RF device includes a support structure. An RF electrode
is coupled to the support structure and includes conductive
and dielectric portions. A thermo-electric cooler is coupled
to the support structure and is configured to cool a back
surface of the RF electrode.

**14 Claims, 5 Drawing Sheets**



US 7,267,675 B2

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,970,088 A | * | 7/1976 | Morrison ........................ 606/48 |
| 4,074,718 A | | 2/1978 | Morrison ............... 128/303.14 |
| 4,140,130 A | | 2/1979 | Storm, III ................... 607/154 |
| 4,164,226 A | | 8/1979 | Tapper ............... 128/419 R |
| 4,290,435 A | | 9/1981 | Waggott .................. 128/800 |
| 4,343,301 A | | 8/1982 | Indech ..................... 128/24 |
| 4,346,715 A | | 8/1982 | Gammell ................... 128/422 |
| 4,375,220 A | | 3/1983 | Matvias |
| 4,381,007 A | | 4/1983 | Doss |
| 4,441,486 A | | 4/1984 | Pounds |
| 4,545,368 A | | 10/1985 | Rand et al. |
| 4,556,070 A | | 12/1985 | Vaguine et al. |
| 4,585,237 A | | 4/1986 | Koop |
| 4,633,875 A | | 1/1987 | Turner |
| 4,646,737 A | | 3/1987 | Hussein et al. |
| 4,676,258 A | | 6/1987 | Inokuchi et al. |
| 4,709,372 A | | 11/1987 | Rando et al. |
| 4,709,701 A | | 12/1987 | Weber |
| 4,756,310 A | | 7/1988 | Bitterly ..................... 128/400 |
| RE32,849 E | | 1/1989 | Wei et al. ............. 204/192.27 |
| 4,860,744 A | * | 8/1989 | Johnson et al. ............... 606/31 |
| 4,864,098 A | | 9/1989 | Basanese et al. |
| 4,881,543 A | | 11/1989 | Trembly et al. |
| 4,887,614 A | | 12/1989 | Shirakami et al. |
| 4,889,122 A | | 12/1989 | Watmough et al. |
| 4,891,820 A | | 1/1990 | Rando et al. |
| 4,907,589 A | * | 3/1990 | Cosman ..................... 606/34 |
| 4,944,302 A | | 7/1990 | Hernandez et al. |
| 4,957,480 A | | 9/1990 | Morenings .................. 604/20 |
| 4,962,761 A | | 10/1990 | Golden ..................... 128/400 |
| 4,976,709 A | | 12/1990 | Sand ......................... 606/5 |
| 5,003,991 A | | 4/1991 | Takayama et al. ......... 128/784 |
| 5,011,483 A | | 4/1991 | Sleister |
| 5,057,104 A | | 10/1991 | Chess |
| 5,100,402 A | | 3/1992 | Fan ........................... 606/37 |
| 5,107,832 A | | 4/1992 | Guibert et al. |
| 5,131,904 A | | 7/1992 | Markoll |
| 5,133,351 A | | 7/1992 | Masaki ................. 128/419 R |
| 5,136,676 A | | 8/1992 | Arnett et al. |
| 5,143,063 A | | 9/1992 | Fellner ..................... 128/399 |
| 5,186,181 A | | 2/1993 | Franconi et al. ........... 128/804 |
| 5,190,031 A | | 3/1993 | Guibert et al. |
| 5,190,517 A | | 3/1993 | Zieve et al. ................. 604/22 |
| 5,217,455 A | | 6/1993 | Tan ........................... 606/9 |
| 5,230,334 A | | 7/1993 | Klopotek ................. 128/399 |
| 5,231,997 A | | 8/1993 | Kikuchi et al. |
| 5,249,192 A | | 9/1993 | Kuizenga et al. ........... 372/23 |
| 5,249,575 A | | 10/1993 | DiMino et al. ........... 607/150 |
| 5,282,797 A | | 2/1994 | Chess ........................ 606/9 |
| 5,290,273 A | | 3/1994 | Tan ........................... 606/3 |
| 5,300,097 A | | 4/1994 | Lerner et al. ............... 607/93 |
| 5,304,169 A | | 4/1994 | Sand ......................... 606/5 |
| 5,304,171 A | | 4/1994 | Gregory et al. ............. 606/15 |
| 5,312,395 A | | 5/1994 | Tan et al. |
| 5,315,994 A | | 5/1994 | Guibert et al. ............. 607/101 |
| 5,334,193 A | | 8/1994 | Nardella .................... 606/41 |
| 5,342,357 A | | 8/1994 | Nardella .................... 606/40 |
| 5,344,418 A | | 9/1994 | Ghaffari |
| 5,348,554 A | | 9/1994 | Imran et al. ................. 606/41 |
| 5,360,447 A | | 11/1994 | Koop ........................ 623/15 |
| 5,364,394 A | | 11/1994 | Mehl |
| 5,366,443 A | | 11/1994 | Eggers et al. |
| 5,370,642 A | | 12/1994 | Keller ........................ 606/9 |
| 5,374,265 A | | 12/1994 | Sand ......................... 606/5 |
| 5,383,874 A | * | 1/1995 | Jackson et al. ............... 606/1 |
| 5,387,176 A | | 2/1995 | Markoll |
| 5,397,327 A | | 3/1995 | Koop et al. |
| 5,401,272 A | | 3/1995 | Perkins |
| 5,405,368 A | | 4/1995 | Eckhouse |
| 5,423,807 A | | 6/1995 | Milder ....................... 606/20 |
| 5,423,811 A | | 6/1995 | Imran et al. ................. 606/41 |

| | | | |
|---|---|---|---|
| 5,437,662 A | | 8/1995 | Nardella ...................... 606/40 |
| 5,454,808 A | | 10/1995 | Koop et al. |
| 5,456,260 A | | 10/1995 | Kollias et al. ............. 128/665 |
| 5,458,596 A | | 10/1995 | Lax et al. ..................... 606/31 |
| 5,462,521 A | | 10/1995 | Brucker et al. .............. 604/20 |
| 5,464,436 A | | 11/1995 | Smith .......................... 607/89 |
| 5,486,172 A | | 1/1996 | Chess |
| 5,496,312 A | | 3/1996 | Klicek |
| 5,496,314 A | | 3/1996 | Eggers et al. |
| 5,500,012 A | | 3/1996 | Brucker et al. ............. 607/122 |
| 5,507,790 A | | 4/1996 | Weiss |
| 5,509,916 A | | 4/1996 | Taylor |
| 5,522,813 A | | 6/1996 | Trelles ......................... 606/2 |
| 5,522,814 A | | 6/1996 | Bernaz |
| 5,527,308 A | | 6/1996 | Anderson et al. ............ 606/14 |
| 5,527,350 A | | 6/1996 | Grove et al. ................. 607/89 |
| 5,531,739 A | | 7/1996 | Trelles ...................... 606/2.5 |
| 5,556,377 A | | 9/1996 | Rosen et al. ................. 604/22 |
| 5,556,612 A | | 9/1996 | Anderson et al. ............ 424/59 |
| 5,558,667 A | | 9/1996 | Yarborough et al. .......... 606/9 |
| 5,569,242 A | | 10/1996 | Lax et al. ..................... 606/42 |
| 5,571,216 A | | 11/1996 | Anderson ................... 623/66 |
| 5,578,029 A | | 11/1996 | Trelles et al. ............... 606/25 |
| 5,595,568 A | | 1/1997 | Anderson et al. ............. 606/9 |
| 5,599,342 A | | 2/1997 | Hsia et al. |
| 5,609,573 A | * | 3/1997 | Sandock ...................... 604/22 |
| 5,620,478 A | | 4/1997 | Eckhouse |
| 5,626,631 A | | 5/1997 | Eckhouse |
| 5,628,744 A | | 5/1997 | Coleman et al. |
| 5,643,334 A | | 7/1997 | Eckhouse et al. ............ 607/88 |
| 5,649,923 A | | 7/1997 | Gregory et al. .............. 606/15 |
| 5,655,547 A | | 8/1997 | Karni .................... 128/898 |
| 5,660,836 A | | 8/1997 | Knowlton ................ 424/400 |
| 5,669,868 A | | 9/1997 | Markoll |
| 5,681,282 A | | 10/1997 | Eggers et al. |
| 5,683,366 A | | 11/1997 | Eggers et al. |
| 5,683,380 A | | 11/1997 | Eckhouse et al. |
| 5,688,267 A | * | 11/1997 | Panescu et al. ............. 606/41 |
| 5,692,058 A | | 11/1997 | Eggers et al. |
| 5,693,045 A | | 12/1997 | Eggers |
| 5,697,281 A | | 12/1997 | Eggers et al. |
| 5,697,536 A | | 12/1997 | Eggers et al. |
| 5,697,882 A | | 12/1997 | Eggers et al. |
| 5,697,909 A | | 12/1997 | Eggers et al. |
| 5,702,387 A | * | 12/1997 | Arts et al. ................... 606/45 |
| 5,720,772 A | | 2/1998 | Eckhouse |
| 5,730,719 A | | 3/1998 | Edwards |
| 5,735,844 A | | 4/1998 | Anderson et al. ............. 606/9 |
| 5,743,901 A | | 4/1998 | Grove et al. .................. 606/9 |
| 5,746,735 A | | 5/1998 | Furumoto et al. ............. 606/9 |
| 5,749,868 A | | 5/1998 | Furumoto ..................... 606/9 |
| 5,754,573 A | | 5/1998 | Yarborough et al. .......... 372/22 |
| 5,755,751 A | | 5/1998 | Eckhouse |
| 5,755,753 A | * | 5/1998 | Knowlton .................... 607/98 |
| 5,769,879 A | | 6/1998 | Richards et al. ............ 607/101 |
| 5,775,338 A | | 7/1998 | Hastings .................. 128/898 |
| 5,776,092 A | | 7/1998 | Farin et al. .................. 604/22 |
| 5,776,175 A | | 7/1998 | Eckhouse et al. ........... 607/100 |
| 5,810,801 A | | 9/1998 | Anderson et al. ............. 606/9 |
| 5,814,008 A | | 9/1998 | Chen et al. .................. 604/21 |
| 5,814,040 A | | 9/1998 | Nelson et al. |
| 5,814,041 A | | 9/1998 | Anderson et al. ............ 606/15 |
| 5,820,626 A | | 10/1998 | Baumgardner .............. 606/13 |
| 5,833,612 A | | 11/1998 | Eckhouse et al. ......... 600/476 |
| 5,836,999 A | | 11/1998 | Eckhouse et al. ............ 607/88 |
| 5,843,072 A | | 12/1998 | Furumoto et al. ............. 606/9 |
| 5,843,078 A | | 12/1998 | Sharkey ...................... 606/41 |
| 5,849,029 A | | 12/1998 | Eckhouse et al. |
| 5,851,181 A | | 12/1998 | Talmor |
| 5,871,479 A | | 2/1999 | Furumoto et al. ............. 606/9 |
| 5,879,326 A | | 3/1999 | Godshall et al. ............. 604/51 |
| 5,879,346 A | | 3/1999 | Waldman et al. |
| 5,880,880 A | | 3/1999 | Anderson et al. ........... 359/385 |

**US 7,267,675 B2**

Page 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5,885,273 | A | 3/1999 | Eckhouse et al. | | 6,402,739 | B1 | 6/2002 | Neev |
| 5,885,274 | A | 3/1999 | Fullmer et al. ............... 606/9 | | 6,405,090 | B1 | 6/2002 | Knowlton |
| 5,906,609 | A | 5/1999 | Assa et al. .................... 606/9 | | 6,408,212 | B1 | 6/2002 | Neev |
| 5,911,718 | A | 6/1999 | Yarborough et al. .......... 606/9 | | 6,413,253 | B1 | 7/2002 | Koop et al. |
| 5,919,219 | A | 7/1999 | Knowlton | | 6,413,255 | B1 | 7/2002 | Stern |
| 5,925,078 | A | 7/1999 | Anderson ................. 623/66 | | 6,425,912 | B1 | 7/2002 | Knowlton |
| 5,938,657 | A | 8/1999 | Assa et al. .................... 606/9 | | 6,430,446 | B1 | 8/2002 | Knowlton |
| 5,948,009 | A | 9/1999 | Tu ............................. 607/96 | | 6,436,094 | B1 | 8/2002 | Reuter ........................... 606/9 |
| 5,948,011 | A | 9/1999 | Knowlton | | 6,451,007 | B1 | 9/2002 | Koop et al. |
| 5,964,749 | A | 10/1999 | Eckhouse et al. ............ 606/9 | | 6,453,202 | B1 | 9/2002 | Knowlton |
| 5,968,034 | A | 10/1999 | Fullmer et al. ............... 606/9 | | 6,463,336 | B1 | 10/2002 | Mawhinney |
| 5,970,983 | A | 10/1999 | Karni et al. ............... 128/898 | | 6,485,484 | B1 | 11/2002 | Connors et al. |
| 5,979,454 | A | 11/1999 | Anvari et al. | | 6,488,696 | B1 | 12/2002 | Cho et al. |
| 5,983,900 | A | 11/1999 | Clement et al. ............ 128/898 | | 6,500,141 | B1 | 12/2002 | Irion et al. .................... 604/32 |
| 5,995,283 | A | 11/1999 | Anderson et al. ........... 359/385 | | 6,508,813 | B1 | 1/2003 | Altshuler |
| 5,997,530 | A | 12/1999 | Nelson et al. | | 6,511,475 | B1 | 1/2003 | Altshuler et al. ............ 606/9 |
| 6,014,579 | A | 1/2000 | Pomeranz et al. .......... 600/374 | | 6,514,243 | B1 | 2/2003 | Eckhouse et al. |
| 6,015,404 | A | 1/2000 | Altshuler et al. | | 6,514,244 | B2 | 2/2003 | Pope et al. |
| 6,027,495 | A | 2/2000 | Miller | | 6,524,308 | B1 * | 2/2003 | Muller et al. ............... 606/49 |
| 6,030,381 | A * | 2/2000 | Jones et al. ................. 606/41 | | 6,527,763 | B2 | 3/2003 | Esch et al. ................... 606/2 |
| RE36,634 | E | 3/2000 | Ghaffari | | 6,529,543 | B1 | 3/2003 | Anderson et al. .......... 372/108 |
| 6,045,548 | A | 4/2000 | Furumoto et al. ............. 606/9 | | 6,533,775 | B1 | 3/2003 | Rizoiu |
| 6,047,215 | A | 4/2000 | McClure et al. ............ 607/101 | | 6,569,155 | B1 | 5/2003 | Connors et al. |
| 6,050,990 | A | 4/2000 | Tankovich et al. | | 6,572,639 | B1 * | 6/2003 | Ingle et al. ................. 607/104 |
| 6,053,909 | A | 4/2000 | Shadduck | | 6,600,951 | B1 | 7/2003 | Anderson |
| 6,066,130 | A | 5/2000 | Gregory et al. ............. 606/15 | | 6,605,079 | B2 | 8/2003 | Shanks et al. |
| 6,077,294 | A | 6/2000 | Cho et al. ................... 607/89 | | 6,605,080 | B1 | 8/2003 | Altshuler et al. ............ 606/3 |
| 6,081,749 | A * | 6/2000 | Ingle et al. ................. 607/101 | | 6,623,454 | B1 | 9/2003 | Eggers et al. |
| 6,090,101 | A | 7/2000 | Quon et al. ................... 606/9 | | 6,629,974 | B2 | 10/2003 | Penny et al. |
| 6,104,959 | A | 8/2000 | Spertell ..................... 607/101 | | 6,632,218 | B1 | 10/2003 | Furumoto et al. |
| 6,120,497 | A | 9/2000 | Anderson et al. ............. 606/9 | | 6,649,904 | B2 | 11/2003 | Hayashi et al. |
| 6,126,655 | A | 10/2000 | Domankevitz et al. ...... 606/17 | | 6,653,618 | B2 | 11/2003 | Zenzie |
| 6,129,723 | A | 10/2000 | Anderson et al. ......... 606/13 | | 6,659,999 | B1 | 12/2003 | Anderson et al. ............ 606/9 |
| 6,139,569 | A | 10/2000 | Ingle et al. ............... 607/104 | | 6,662,054 | B2 | 12/2003 | Kreindel et al. |
| 6,139,653 | A | 10/2000 | Fernandes et al. ......... 148/439 | | 6,666,856 | B2 | 12/2003 | Connors et al. |
| 6,147,503 | A | 11/2000 | Nelson et al. | | 6,702,808 | B1 | 3/2004 | Kreindel |
| 6,159,194 | A | 12/2000 | Eggers et al. | | 6,702,838 | B1 | 3/2004 | Andersen et al. |
| 6,162,212 | A | 12/2000 | Kreindel et al. ............. 606/9 | | 6,706,032 | B2 | 3/2004 | Weaver et al. ............. 604/500 |
| 6,168,590 | B1 | 1/2001 | Neev ............................ 606/9 | | 6,723,090 | B2 | 4/2004 | Altshuler et al. |
| 6,171,301 | B1 | 1/2001 | Nelson et al. | | 6,743,222 | B2 | 6/2004 | Durkin et al. |
| 6,183,773 | B1 | 2/2001 | Anderson | | 6,749,602 | B2 | 6/2004 | Sierra et al. |
| 6,187,001 | B1 | 2/2001 | Azar et al. | | 6,749,624 | B2 | 6/2004 | Knowlton |
| 6,200,308 | B1 | 3/2001 | Pope et al. | | 6,758,845 | B1 | 7/2004 | Weckwerth et al. |
| 6,210,402 | B1 | 4/2001 | Olsen et al. ................. 606/32 | | 2001/0037118 | A1 | 11/2001 | Shadduck |
| 6,214,034 | B1 | 4/2001 | Azar | | 2002/0016587 | A1 | 2/2002 | Furumoto ....................... 606/7 |
| 6,228,075 | B1 | 5/2001 | Furumoto ..................... 606/9 | | 2002/0016601 | A1 | 2/2002 | Shadduck |
| 6,235,024 | B1 | 5/2001 | Tu ............................. 606/41 | | 2002/0019625 | A1 | 2/2002 | Azar |
| 6,240,925 | B1 | 6/2001 | McMillan et al. .......... 128/898 | | 2002/0022827 | A1 | 2/2002 | Esch et al. ................... 606/7 |
| 6,241,753 | B1 | 6/2001 | Knowlton | | 2002/0035360 | A1 | 3/2002 | Conners et al. ............. 606/9 |
| 6,248,103 | B1 | 6/2001 | Tannenbaum et al. | | 2002/0049433 | A1 | 4/2002 | Furumoto et al. ............ 606/9 |
| 6,254,594 | B1 | 7/2001 | Berry | | 2002/0065533 | A1 | 5/2002 | Weaver et al. ........... 606/191 |
| 6,267,758 | B1 | 7/2001 | Daw et al. | | 2002/0091377 | A1 | 7/2002 | Anderson et al. ............ 606/9 |
| 6,273,883 | B1 | 8/2001 | Furumoto ..................... 606/9 | | 2002/0111605 | A1 | 8/2002 | Furumoto et al. ............ 606/3 |
| 6,273,884 | B1 | 8/2001 | Altshuler et al. ............ 606/9 | | 2002/0123743 | A1 | 9/2002 | Shanks et al. |
| 6,273,885 | B1 | 8/2001 | Koop et al. ................... 606/9 | | 2002/0123745 | A1 | 9/2002 | Svaasand et al. ............ 606/9 |
| 6,275,962 | B1 | 8/2001 | Fuller et al. ............... 714/724 | | 2002/0151887 | A1 | 10/2002 | Stern et al. |
| 6,280,438 | B1 | 8/2001 | Eckhouse et al. | | 2002/0156471 | A1 | 10/2002 | Stern et al. |
| 6,283,956 | B1 | 9/2001 | McDaniel | | 2002/0161357 | A1 | 10/2002 | Anderson et al. ............ 606/9 |
| 6,299,620 | B1 | 10/2001 | Shadduck et al. | | 2002/0161362 | A1 | 10/2002 | Penny et al. |
| 6,311,090 | B1 | 10/2001 | Knowlton | | 2002/0183724 | A1 | 12/2002 | Neev |
| 6,334,074 | B1 | 12/2001 | Spertell | | 2002/0183789 | A1 | 12/2002 | Neev |
| 6,336,926 | B1 | 1/2002 | Goble ........................ 606/34 | | 2003/0023283 | A1 | 1/2003 | McDaniel |
| 6,337,998 | B1 | 1/2002 | Behl et al. ................ 607/101 | | 2003/0028186 | A1 | 2/2003 | Kreindel |
| 6,350,261 | B1 | 2/2002 | Domankivitz et al. ....... 606/17 | | 2003/0032950 | A1 | 2/2003 | Altshuler et al. |
| 6,350,276 | B1 | 2/2002 | Knowlton | | 2003/0036751 | A1 | 2/2003 | Anderson et al. ............ 606/9 |
| 6,377,854 | B1 | 4/2002 | Knowlton | | 2003/0040739 | A1 | 2/2003 | Koop |
| 6,377,855 | B1 | 4/2002 | Knowlton | | 2003/0055414 | A1 | 3/2003 | Altshuler et al. ............ 606/9 |
| 6,381,497 | B1 | 4/2002 | Knowlton | | 2003/0059386 | A1 | 3/2003 | Sumian et al. |
| 6,381,498 | B1 | 4/2002 | Knowlton | | 2003/0065313 | A1 | 4/2003 | Koop et al. |
| 6,383,176 | B1 | 5/2002 | Connors et al. ............. 606/9 | | 2003/0065314 | A1 | 4/2003 | Altshuler et al. |
| 6,387,089 | B1 | 5/2002 | Kreindel et al. ............. 606/9 | | 2003/0069567 | A1 | 4/2003 | Eckhouse et al. |
| 6,387,103 | B2 | 5/2002 | Shadduck | | 2003/0097162 | A1 | 5/2003 | Kreindel |
| 6,387,380 | B1 | 5/2002 | Knowlton | | 2003/0129154 | A1 | 7/2003 | McDaniel |

**US 7,267,675 B2**

Page 4

| | | | |
|---|---|---|---|
| 2003/0130710 | A1 | 7/2003 | Baker et al. |
| 2003/0139740 | A1 | 7/2003 | Kreindel |
| 2003/0163178 | A1 | 8/2003 | Davison et al. |
| 2003/0187488 | A1 | 10/2003 | Kreindel et al. |
| 2003/0199859 | A1 | 10/2003 | Altshuler et al. .............. 606/9 |
| 2003/0199866 | A1 | 10/2003 | Stern et al. |
| 2003/0208326 | A1 | 11/2003 | Chen et al. ................... 702/49 |
| 2003/0212393 | A1 | 11/2003 | Knowlton et al. |
| 2003/0216728 | A1 | 11/2003 | Stern et al. |
| 2003/0218756 | A1 | 11/2003 | Chen et al. ................. 356/497 |
| 2003/0220749 | A1 | 11/2003 | Chen et al. ................... 702/31 |
| 2003/0233138 | A1 | 12/2003 | Spooner |
| 2003/0236487 | A1 | 12/2003 | Knowlton |
| 2004/0000316 | A1 | 1/2004 | Knowlton et al. |
| 2004/0002704 | A1 | 1/2004 | Knowlton et al. |
| 2004/0002705 | A1 | 1/2004 | Knowlton et al. |
| 2004/0015157 | A1 | 1/2004 | Connors et al. |
| 2004/0030332 | A1 | 2/2004 | Knowlton et al. |
| 2004/0034319 | A1 | 2/2004 | Anderson et al. ............. 604/20 |
| 2004/0034341 | A1 | 2/2004 | Altshuler et al. ............. 606/3 |
| 2004/0039379 | A1 | 2/2004 | Viator et al. ................... 606/9 |
| 2004/0093042 | A1 | 5/2004 | Altshuler et al. ............. 607/88 |
| 2004/0133251 | A1 | 7/2004 | Altshuler et al. |
| 2004/0147984 | A1 | 7/2004 | Altshuler et al. |
| 2004/0162549 | A1 | 8/2004 | Altshuler |
| 2004/0199226 | A1 | 10/2004 | Shadduck |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 31 21 683 | 12/1982 |
| DE | 10082526 T1 | 7/1999 |
| EP | 0 395 307 A2 | 10/1990 |
| EP | 0 519 415 | 12/1992 |
| EP | 1 430 850 | 12/2003 |
| FR | 2 609 245 | 7/1988 |
| NZ | 266678 | 12/1997 |
| WO | 92/19414 | 11/1992 |
| WO | 93/13816 | 7/1993 |
| WO | 94/26228 | 11/1994 |
| WO | 96/27240 | 9/1996 |
| WO | 96/27327 | 9/1996 |
| WO | 96/32051 | 10/1996 |
| WO | 96/34568 | 11/1996 |
| WO | 96/39914 | 12/1996 |
| WO | 97/18765 | 5/1997 |
| WO | 97/18768 | 5/1997 |
| WO | WO97/37602 | 10/1997 |
| WO | 68/03117 | 1/1998 |
| WO | 98/03220 | 1/1998 |
| WO | 98 05286 | 2/1998 |
| WO | WO98/33558 | 8/1998 |
| WO | 99 08614 | 2/1999 |
| WO | WO 00/44297 | 8/2000 |
| WO | WO 00/48644 A3 | 8/2000 |
| WO | WO 00/54685 | 9/2000 |
| WO | WO 00/54686 | 9/2000 |
| WO | WO 01/08545 A2 | 2/2001 |
| WO | WO 02/26147 | 4/2002 |
| WO | WO 02/064209 | 8/2002 |
| WO | WO 02/076318 | 10/2002 |

### OTHER PUBLICATIONS

Thermage, Inc., "Motion for Preliminary Injunction", Aug. 6, 2004.

Thermage, Inc., "Memorandum in Support of Motion for Preliminary Injunction", Aug. 6, 2004.

Thermage, Inc., "Declaration of Edward A. Ebbers in Support of Motion for Preliminary Injunction" and attached exhibits A-E, Aug. 6, 2004.

Thermage, Inc., "Declaration of Dr. Maureen Reitman in Support of Motion for Preliminary Injunction" and attached Exhibits A-M, Aug. 6, 2004.

Thermage, Inc. "Declaration of Dave B. Koo in Support of Motion for Preliminary Injunction" and attached Exhibits A-D, Aug. 6, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Robert S. McArthur in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits 1-25, Aug. 17, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction", Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Dr. Warren S. Grundfest in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A-F, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Dr. Michael Kreindel in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibit A, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Domenic Serafino in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction" and attached Exhibits A-C, Aug. 27, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Declaration of Moshe Mizrahy in Support of Syneron's Opposition to Plaintiff's Motion for a Preliminary Injunction", Aug. 17, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Syneron Medical Ltd.'s and Syneron, Inc.'s Answer to Complaint with Jury Demand and Declaratory Judgment, Counterclaim against Thermage, Inc.", Aug. 27, 2004.

Thermage, Inc., "Reply Memorandum re Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of John M. Benassi in Support of Motion for Preliminary Injunction" and attached Exhibits A-B, Sep. 3, 2004.

Thermage, Inc., "Declaration of Paul Davis in Support of Motion for Preliminary Injunction" and attached Exhibits A-C, Sep. 3, 2004.

Thermage, Inc., "Declaration of Robert Gerberich in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Edward W. Knowlton in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Richard J. Meader in Support of Motion for Preliminary Injunction", Sep. 3, 2004.

Thermage, Inc., "Declaration of Maureen Reitman in Support of Motion for Preliminary Injunction (Supplemental)", Sep. 3, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Motion for Leave to File Syneron's Surreply in Opposition to Preliminary Injunction Motion", Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Surreply in Opposition to Thermage, Inc.'s Preliminary Injunction Motion", Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Supplemental Declaration of Jill Neiman in Opposition to Preliminary Injunction Motion" and attached Exhibits A-C, Sep. 10, 2004.

Syneron Medical, Ltd., Syneron, Inc., "Supplemental Declaration of Warren Grundfest in Opposition to Preliminary Injunction Motion" and attached Exhibits A-B, Sep. 10, 2004.

Judge Charles R. Breyer, "Order granting Motion for Leave to File Surreply", Sep. 13, 2004.

Thermage, Inc., "Memorandum in Opposition re Motion for Preliminary Injunction to Syneron's Surreply", Sep. 14, 2004.

Judge Charles R. Breyer, "Order Regarding Questions for Oral Argument", Sep. 16, 2004.

Thermage, Inc., "Answer to CounterClaim", Sep. 16, 2004.

Thermage, Inc., "Minute Entry: Motion Hearing held on Sep. 17, 2004 before Judge Charles R. Breyer re Motion for Preliminary Injunction", Sep. 17, 2004.

Judge Charles R. Breyer, "Order denying Motion for Preliminary Injunction", Sep. 27, 2004.

Judge Charles R. Breyer, "Transcript of Proceedings held on Sep. 17, 2004", Oct. 8, 2004.

Anvari et al., "Dynamic Epidermal Cooling in Conjunction with Laser Treatment of Port-Wine Stains: Theoretical and Preliminary Clinical Evaluations," Lasers in Medical Studies, 10: 105-112, 1995.

**US 7,267,675 B2**

Page 5

Anvari et al., "Spatially Selective Photocoagulation of Biological Tissues: Feasibility Study Utilizing Cryogen Spray Cooling," Applied Optics, vol. 35, No. 19, Jul. 1, 1996.

Allain, et al. "Isometric Tensions Developed During the Hydrothermal Swelling of Rat Skin", Connective Tissue Research, vol. 7, pp. 697-701, (1990).

Danielson, C. "Age-Related thermal stability and susceptibility to proteolysis of rat bone collagen", . . . chem, Great Britain, pp. 697-701, (1990)

Danielson, C. "Thermal stability of reconstituted collagin fibrils, shrinkage characteristics upon in vitro maturation", Mechanisms of Ageing and Development, vol. 15, pp. 269-278, (1981).

Kronick, et al. "The locations of collagens with different thermal stabilities in fibrils of bovine recticular dermis". Connective Tissue Research, vol. 18, pp. 123-134, (1988).

Mainster, M.A. "Ophthalmic applications of infrared lasers—thermal considerations", Visual Sci., pp. 414-420, Apr. 1979.

Pearce, et al. "Kinetic models of laser-tissue fusion processes", ISA, paper #93-044, pp. 355-360, (1993).

Stern et al., U.S. Appl. No. 11/158,288, filed Jun. 20, 2005.

Anvari, et al., "Dynamic Epidermal Cooling in Conjunction with Laser Treatment of Port-Wine Stains: Theoretical and Preliminary Clinical Evaluations", *Lasers in Medical Science* 10: 105-112, (Jul. 1995).

Anvari, et al., "Spatially selective photocoagulation of biological tissues; feasibility study utilizing cryogen spray cooling", *Applied Optics*, vol. 35, No. 19 (Jul. 1996).

*Chess, C.; Chess, Q. "Cool Laser Optics Treatment of Large Telangiestasia of the Lower Extremities." *J. Dermatol Surg Oncol.* 1993, 19:74-80.

*Coulson, W. F. et al. "Nonablative Laser Treatment of Facial Rhytides: Animal Study." Abstract for BiOS '98 Symposium Conference bo05—Cutaneous Applications of Lasers, Jan. 24-30, 1998, San Jose, CA.

*Kincade, K. "Demand for Laser Resurfacing Soars: Quicker Healing, Less Risk of Scarring" *Dermatology Times*. 1995. 16(10).

*National Health Communications, Inc. "New Laser Eliminates 'Lipstick Bleed'" Press Release Jul. 1993.

* cited by examiner



FIG. 1A

FIG. 1B



*FIG. 2*



**FIG. 3A**



**FIG. 3B**



**FIG. 3C**



**FIG. 4**



**FIG. 5**



**FIG. 6**

US 7,267,675 B2

1

# RF DEVICE WITH THERMO-ELECTRIC COOLER

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 10/072,475 filed Feb. 6, 2002 now U.S. Pat. No. 7,022,121 and a continuation-in-part of U.S. Ser. No. 10/072,610 filed Feb. 6, 2002 now U.S. Pat. No. 7,141,049 both of which are continuations-in-part of U.S. Ser. No. 09/522,275, filed Mar. 9, 2000, now U.S. Pat. No. 6,413,255, which claims the benefit of U.S. Ser. No. 60/123,440, filed Mar. 9, 1999. This application is also a continuation-in-part of U.S. Ser. No. 10/026,870, filed Dec. 20, 2001, now U.S. Pat. No. 6,749,624, which is a continuation of U.S. Ser. No. 09/337,015 filed Jun. 30, 1999, now U.S. Pat. No. 6,350,276, which is a continuation-in-part of U.S. Ser. No. 08/583,815, filed Jan. 5, 1996, now U.S. Pat. No. 6,241,753, U.S. Ser. No. 08/827, 237, filed Mar. 28, 1997, now U.S. Pat. No. 6,430,446, U.S. Ser. No. 08/914,681, filed Aug. 19, 1997, now U.S. Pat. No. 5,919,219, and U.S. Ser. No. 08/942,274, filed Sep. 30, 1997 now U.S. Pat. No. 6,425,912, which are all fully incorporated herein by reference.

## FIELD OF THE INVENTION

This invention relates generally to the treatment of tissue, and more particularly to the treatment of skin surfaces.

## DESCRIPTION OF RELATED ART

The human skin is composed of two elements: the epidermis and the underlying dermis. The epidermis with the stratum corneum serves as a biological barrier to the environment. In the basilar layer of the epidermis, pigment-forming cells called melanocytes are present. They are the main determinants of skin color.

The underlying dermis provides the main structural support of the skin. It is composed mainly of an extra-cellular protein called collagen. Collagen is produced by fibroblasts and synthesized as a triple helix with three polypeptide chains connected with heat labile and heat stable chemical bonds. When collagen-containing tissue is heated, alterations in the physical properties of this protein matrix occur at a characteristic temperature. The structural transition of collagen contraction occurs at a specific "shrinkage" temperature. The shrinkage and remodeling of the collagen matrix with heat is the basis for the technology. Although the technology can be deployed to effect other changes to the skin, skin appendages (sweat glands, sebaceous glands, hair follicles, etc.), or subcutaneous tissue structures.

Collagen crosslinks are either intramolecular (covalent or hydrogen bond) or intermolecular (covalent or ionic bonds). The thermal cleavage of intramolecular hydrogen crosslinks is a scalar process that is created by the balance between cleavage events and relaxation events (reforming of hydrogen bonds). No external force is required for this process to occur. As a result, intermolecular stress is created by the thermal cleavage of intramolecular hydrogen bonds. Essentially, the contraction of the tertiary structure of the molecule creates the initial intermolecular vector of contraction.

Collagen fibrils in a matrix exhibit a variety of spatial orientations. The matrix is lengthened if the sum of all vectors acts to lengthen the fibril. Contraction of the matrix is facilitated if the sum of all extrinsic vectors acts to shorten the fibril. Thermal disruption of intramolecular hydrogen

2

bonds and mechanical cleavage of intermolecular crosslinks is also affected by relaxation events that restore preexisting configurations. However, a permanent change of molecular length will occur if crosslinks are reformed after lengthening or contraction of the collagen fibril. The continuous application of an external mechanical force will increase the probability of crosslinks forming after lengthening or contraction of the fibril.

Hydrogen bond cleavage is a quantum mechanical event that requires a threshold of energy. The amount of (intramolecular) hydrogen bond cleavage required corresponds to the combined ionic and covalent intermolecular bond strengths within the collagen fibril. Until this threshold is reached, little or no change in the quaternary structure of the collagen fibril will occur. When the intermolecular stress is adequate, cleavage of the ionic and covalent bonds will occur. Typically, the intermolecular cleavage of ionic and covalent bonds will occur with a ratcheting effect from the realignment of polar and nonpolar regions in the lengthened or contracted fibril.

Cleavage of collagen bonds also occurs at lower temperatures but at a lower rate. Low-level thermal cleavage is frequently associated with relaxation phenomena in which bonds are reformed without a net change in molecular length. An external force that mechanically cleaves the fibril will reduce the probability of relaxation phenomena and provides a means to lengthen or contract the collagen matrix at lower temperatures while reducing the potential of surface ablation.

Soft tissue remodeling is a biophysical phenomenon that occurs at cellular and molecular levels. Molecular contraction or partial denaturation of collagen involves the application of an energy source, which destabilizes the longitudinal axis of the molecule by cleaving the heat labile bonds of the triple helix. As a result, stress is created to break the intermolecular bonds of the matrix. This is essentially an immediate extra-cellular process, whereas cellular contraction requires a lag period for the migration and multiplication of fibroblasts into the wound as provided by the wound healing sequence. In higher developed animal species, the wound healing response to injury involves an initial inflammatory process that subsequently leads to the deposition of scar tissue.

The initial inflammatory response consists of the infiltration by white blood cells or leukocytes that dispose of cellular debris. Seventy-two hours later, proliferation of fibroblasts at the injured site occurs. These cells differentiate into contractile myofibroblasts, which are the source of cellular soft tissue contraction. Following cellular contraction, collagen is laid down as a static supporting matrix in the tightened soft tissue structure. The deposition and subsequent remodeling of this nascent scar matrix provides the means to alter the consistency and geometry of soft tissue for aesthetic purposes.

In light of the preceding discussion, there are a number of dermatological procedures that lend themselves to treatments which deliver thermal energy to the skin and underlying tissue to cause a contraction of collagen, and/or initiate a would healing response. Such procedures include skin remodeling/resurfacing, wrinkle removal, and treatment of the sebaceous glands, hair follicles adipose tissue and spider veins.

Currently available technologies that deliver thermal energy to the skin and underlying tissue include Radio Frequency (RF), optical (laser) and other forms of electromagnetic energy as well as ultrasound and direct heating with a hot surface. However, these technologies have a

US 7,267,675 B2

**3**

number of technical limitations and clinical issues which limit the effectiveness of the treatment and/or preclude treatment altogether.

These issues include the following: i) achieving a uniform thermal effect across a large area of tissue, ii) controlling the depth of the thermal effect to target selected tissue and prevent unwanted thermal damage to both target and non-target tissue, iii) reducing adverse tissue effects such as burns, redness blistering, iv) replacing the practice of delivery energy/treatment in a patchwork fashion with a more continuous delivery of treatment (e.g. by a sliding or painting motion), v) improving access to difficult-to-reach areas of the skin surface and vi) reducing procedure time and number of patient visits required to complete treatment. As will be discussed herein the current invention provides an apparatus for solving these and other limitations.

One of the key shortcomings of currently available RF technology for treating the skin is the edge effect phenomenon. In general, when RF energy is being applied or delivered to tissue through an electrode which is in contact with that tissue, the current concentrate around the edges of the electrode, sharp edges in particular. This effect is generally known as the edge effect. In the case of a circular disc electrode, the effect manifests as a higher current density around the perimeter of that circular disc and a relatively low current density in the center. For a square-shaped electrode there is typically a high current density around the entire perimeter, and an even higher current density at the corners.

Edge effects cause problems in treating the skin for several reasons. First, they result in a non-uniform thermal effect over the electrode surface. In various treatments of the skin, it is important to have a uniform thermal effect over a relatively large surface area, particularly for dermatological treatments. Large in this case being on the order of several square millimeters or even several square centimeters. In electrosurgical applications for cutting tissue, there typically is a point type applicator designed with the goal of getting a hot spot at that point for cutting or even coagulating tissue. However, this point design is undesirable for creating a reasonably gentle thermal effect over a large surface area. What is needed is an electrode design to deliver uniform thermal energy to skin and underlying tissue without hot spots.

A uniform thermal effect is particularly important when cooling is combined with heating in skin/tissue treatment procedure. As is discussed below, a non-uniform thermal pattern makes cooling of the skin difficult and hence the resulting treatment process as well. When heating the skin with RF energy, the tissue at the electrode surface tends to be warmest with a decrease in temperature moving deeper into the tissue. One approach to overcome this thermal gradient and create a thermal effect at a set distance away from the electrode is to cool the layers of skin that are in contact with the electrode. However, cooling of the skin is made difficult if there is a non-uniform heating pattern.

If the skin is sufficiently cooled such that there are no burns at the corners of a square or rectangular electrode, or at the perimeter of a circular disc electrode, then there will probably be overcooling in the center and there won't be any significant thermal effect (i.e. tissue heating) under the center of the electrode. Contrarily, if the cooling effect is decreased to the point where there is a good thermal effect in the center of the electrode, then there probably will not be sufficient cooling to protect tissue in contact with the edges of the electrode.

As a result of these limitations, in the typical application of a standard electrode there is usually an area of non-

**4**

uniform treatment and/or burns on the skin surface. So uniformity of the heating pattern is very important. It is particularly important in applications treating skin where collagen-containing layers are heated to produce a collagen contraction response for tightening of the skin. For this and related applications, if the collagen contraction and resulting skin tightening effect are non-uniform, then a medically undesirable result may occur.

There is a need for an improved devices for treating tissue sites. There is a further need for improved devices which provide cooling for treating skin tissue.

SUMMARY OF THE INVENTION

Accordingly, an object of the present invention is to provide an improved RF device.

Another object of the present invention is to provide an RF device that includes an RF electrode with conductive and dielectric portions, and a thermoelectric cooler.

Yet another object of the present invention is to provide a dielectric RF electrode coupled to a support member that is cooled by a thermoelectric cooler

These and other objects of the present invention are achieved in an RF device that includes a support structure. An RF electrode is coupled to the support structure and includes conductive and dielectric portions. A thermoelectric cooler is coupled to the support structure and is configured to cool a back surface of the RF electrode.

In another embodiment of the present invention, an RF device includes a support structure coupled to an RF electrode. The RF electrode includes conductive and dielectric portions, and a flex circuit. A thermoelectric cooler is coupled to the support structure and is configured to cool a back surface of the RF electrode.

In another embodiment of the present invention, an RF device includes a support structure coupled to an RF electrode. The RF electrode has conductive and dielectric portions. A thermo-electric cooler is coupled to the support structure and is configured to cool a back surface of the RF electrode. First and second engagement members are formed in the body of the support structure. The first and second engagement members provide engagement and disengagement with a handpiece support structure.

In another embodiment of the present invention, an RE device includes a support structure coupled to an RF electrode. The RF electrode has a conductive portion and is configured to be capacitively coupled with a skin surface. A thermo-electric cooler is coupled to the support structure and is configured to cool a back surface of the RE electrode. A back plate is positioned at a proximal portion of the support structure. A plurality of electrical contact pads are coupled to the back plate.

In another embodiment of the present invention, an RF device includes a support structure and an RF electrode with a conductive portion and a back surface. A back plate is positioned at a proximal portion of the support structure. The back plate includes a front surface that faces the opposing back surface of the RF electrode and an opposing back surface. A thermo-electric cooler is provided with distal section that extends through the back plate and a proximal section that is raised above the back surface of the back plate.

In another embodiment of the present invention, an RF device Includes a support structure coupled to the RF electrode. The RF electrode includes a conductive dielectric

US 7,267,675 B2

5                                                              6

portion and a back surface. A thermoelectric cooler is coupled to the support structure. At least a first sensor coupled to the RF electrode.

In another embodiment of the present invention, an RF device includes a support structure coupled to an RF electrode. The RF electrode includes a conductive portion and a back surface. A thermo-electric cooler is coupled to the support structure. A non-volatile memory coupled to the RF electrode.

In another embodiment of the present invention, an RF device includes a support structure coupled to an RF electrode. The RF electrode has conductive and dielectric portions. A thermoelectric cooler is coupled to the support structure and is configured to cool a back surface of the RF electrode. The thermoelectric cooler is distanced from the back surface of the RF electrode.

In another embodiment of the present invention, an RF device includes a support structure that defines a body of an RF device. An RF electrode is provide with conductive and dielectric portions. The RF electrode is provided with a flex circuit. A thermoelectric cooler is coupled to the support structure and is configured to cool a back surface of the RF electrode.

In another embodiment of the present invention, an RF device includes a support structure coupled to an RF electrode. The RF electrode includes conductive and dielectric portions. The RF electrode has a tissue interface surface and an opposing back surface. A thermoelectric cooler is coupled to the support structure.

In another embodiment of the present invention, an RF device includes a support structure coupled to an RF electrode. The RF electrodes includes conductive and dielectric portions, and has a tissue interface surface and an opposing back surface. The RF electrode has an outer edge with a geometry configured to reduce an amount of capacitively coupled area at the outer edge. A thermo-electric cooler coupled to the support structure.

In another embodiment of the present invention, an RF device Includes a support structure coupled to an RF electrode. The RF electrode includes conductive and dielectric portions, a tissue interface surface and an opposing back surface. At least a portion of the RF electrode has voids that reduce an amount of conductive material in the RF electrode. A thermo-electric cooler is coupled to the support structure.

In another embodiment of the present invention, an RF device includes a support structure coupled to n RF electrode. The RF electrode has conductive and dielectric portions. The RF electrode is configured to provide a controllable tissue effect on subcutaneous tissue while preserving an epidermal skin surface overlying the subcutaneous tissue. A thermo-electric cooler is coupled to the support structure.

In another embodiment of the present invention, an RF device includes a support structure coupled to an RF electrode. A flex circuit is coupled to the RF electrode. A thermoelectric cooler is coupled to the support structure.

In another embodiment of the present invention, an RF device includes a support structure coupled to an RF electrode. A flex circuit is coupled to the RF electrode. A thermoelectric cooler is coupled to the support structure. A plurality of electrical contact pads are coupled to the flex circuit.

In another embodiment of the present invention, an RF device includes a support structure coupled to an RF electrode. The RF electrode has conductive and dielectric por-

tions. A plurality of electrical contact pads are coupled to the RF electrode. A thermo-electric cooler is coupled to the support structure.

In another embodiment of the present invention, an RF device includes a support structure coupled to a RF electrode. The RF electrodes has conductive and dielectric portions. At least portions of the RF electrode have different widths. A thermoelectric cooler is coupled to the support structure.

In another embodiment of the present invention, an RF device includes a support structure coupled to an RF electrode. The RF electrode has conductive and dielectric portions. At least portions of the RF electrode has different conductivities. A thermo-electric cooler is coupled to the support structure.

In another embodiment of the present invention, an RF device includes an RF electrode with conductive and dielectric portions. A support structure coupled to the RF electrode. The support structure and the RF electrode form a seal where the support structure is coupled to the RF electrode. A thermo-electric cooler is coupled to the support structure.

In another object of the present invention, an RF device includes an RF electrode with including conductive and dielectric portions. A support structure is coupled to the RF electrode. A thermoelectric cooler is coupled to the support structure and is configured to cool a back surface of the RF electrode. The thermoelectric cooler is distanced from the back surface of the RF electrode. The support structure and the RF electrode form a seal where the support structure is coupled to the RF electrode.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1(a) is a cross-sectional view of one embodiment of the handpiece of the present invention.

FIG. 1(b) is a cross-sectional view of another embodiment of the RF device with a thermoelectric cooler.

FIG. 2 is an exploded view of the FIG. 1 RF electrode assembly.

FIG. 3(a) is a close-up view of one embodiment of an RF electrode of the present invention.

FIG. 3(b) illustrates one embodiment of an RF electrode, that can be utilized with the present invention, with an outer edge geometry configured to reduce an amount of capacitively coupled area the outer edge.

FIG. 3(c) illustrates an one embodiment of an RF electrode, that can be utilized with the present invention, that has voids where there is little if any conductive material.

FIG. 4 is a cross-sectional view of the RF electrode assembly from FIG. 1.

FIG. 5 is a side view of one embodiment of an RF handpiece assembly of the present invention.

FIG. 6 is a rear view of the FIG. 5 RF electrode assembly.

## DETAILED DESCRIPTION

In various embodiments, the present invention provides methods for treating a tissue site. In one embodiment, an energy delivery surface of an energy delivery device is coupled to a skin surface. The coupling can be a direct, in contact, placement of the energy delivery surface of the energy delivery on the skin surface, or distanced relationship between the two with our without a media to conduct energy to the skin surface from the energy delivery surface of the energy delivery device. The skin surface is cooled sufficiently to create a reverse thermal gradient where a temperature of the skin surface is less than an underlying tissue.

US 7,267,675 B2

7

Energy is delivered from the energy delivery device to the underlying tissue area, resulting in a tissue effect at the skin surface.

Referring now to FIG. 1(a), the methods of present invention can be achieved with the use of a handpiece 10. Handpiece 10 is coupled with a handpiece assembly 12 that includes a handpiece housing 14 and a cooling fluidic medium valve member 16. Handpiece housing 14 is configured to be coupled to an electrode assembly 18. Electrode assembly 18 has a least one RF electrode 20 that is capacitively coupled to a skin surface when at least a portion of RF electrode 20 is in contact with the skin surface. Without limiting the scope of the present invention, RF electrode 20 can have a thickness in the range of 0.010 to 1.0 mm.

Handpiece 10 provides a more uniform thermal effect in tissue at a selected depth, while preventing or minimizing thermal damage to the skin surface and other non-target tissue. Handpiece 10 is coupled to an RF generator. RF electrode 20 can be operated either in mono-polar or bi-polar modes. Handpiece 10 is configured to reduce, or preferably eliminate edge effects and hot spots. The result is an improved aesthetic result/clinical outcome with an elimination/reduction in adverse effects and healing time.

A fluid delivery member 22 is coupled to cooling fluidic medium valve member 16. Fluid delivery member 22 and cooling fluidic medium valve member 16 collectively form a cooling fluidic medium dispensing assembly. Fluid delivery member 22 is configured to provide an atomizing delivery of a cooling fluidic medium to RF electrode 20. The atomizing delivery is a mist or fine spray. A phase transition, from liquid to gas, of the cooling fluidic medium occurs when it hits the surface of RF electrode 20. The transition from liquid to gas creates the cooling. If the transition before the cooling fluidic medium hits RF electrode 20 the cooling of RF electrode 20 will not be as effective.

In another embodiment, illustrated in FIG. 1(b), a thermoelectric cooler 23 is utilized in place of cooling fluidic medium valve member 16 and fluid delivery member 22.

In one embodiment, the cooling fluidic medium is a cryogenic spray, commercially available from Honeywell, Morristown, N.J. A specific example of a suitable cryogenic spray is R134A$_2$, available from Refron, Inc., 38-18 33rd St, Long Island City, N.Y. 11101. The use of a cryogenic cooling fluidic medium provides the capability to use a number of different types of algorithms for skin treatment. For example, the cryogenic cooling fluidic medium can be applied milliseconds before and after the delivery of RF energy to the desired tissue. This is achieved with the use of cooling fluidic medium valve member 16 coupled to a cryogen supply, including but not limited to a compressed gas canister. In various embodiments, cooling fluidic medium valve member 16 can be coupled to a computer control system and/or manually controlled by the physician by means of a foot switch or similar device.

Providing a spray, or atomization, of cryogenic cooling fluidic medium is particularly suitable because of it provides an availability to implement rapid on and off control. Cryogenic cooling fluidic medium allows more precise temporal control of the cooling process. This is because cooling only occurs when the refrigerant is sprayed and is in an evaporative state, the latter being a very fast short-lived event. Thus, cooling ceases rapidly after the cryogenic cooling fluidic medium is stopped. The overall effect is to confer very precise time on-off control of cryogenic cooling fluidic medium.

Referring now to FIG. 2, fluid delivery member 22 and thermoelectric cooler 23 can be positioned in handpiece

8

housing 14 or electrode assembly 18. Fluid delivery member 22 is configured to controllably deliver a cooling fluidic medium. Fluid delivery member 22 and thermoelectric cooler 23 cool a back surface 24 of RF electrode 20 and maintain back surface 24 at a desired temperature. The cooling fluidic medium evaporatively cools RF electrode 20 and maintains a substantially uniform temperature of front surface 26 of RF electrode 20. Fluid delivery member 22 evaporatively cools back surface 24. Front surface 26 may or may not be flexible and conformable to the skin, but it will still have sufficient strength and/or structure to provide good thermal coupling when pressed against the skin surface.

RF electrode 20 then conductively cools a skin surface that is adjacent to a front surface 26 of RF electrode 20. Suitable fluidic media include a variety of refrigerants such as R134A and freon.

Fluid delivery member 22 is configured to controllably deliver the cooling fluidic medium to back surface 24 at substantially any orientation of front surface 26 relative to a direction of gravity. A geometry and positioning of fluid delivery member 22 is selected to provide a substantially uniform distribution of cooling fluidic medium on back surface 24. The delivery of the cooling fluidic medium can be by spray of droplets or fine mist, flooding back surface 24, and the like. Cooling occurs at the interface of the cooling fluidic medium with atmosphere, which is where evaporation occurs. If there is a thick layer of fluid on back surface 24 the heat removed from the treated skin will need to pass through the thick layer of cooling fluidic medium, increasing thermal resistance. To maximize cooling rates, it is desirable to apply a very thin layer of cooling fluidic medium. If RF electrode 20 is not horizontal, and if there is a thick layer of cooling fluidic medium, or if there are large drops of cooling fluidic medium on back surface 24, the cooling fluidic medium can run down the surface of RF electrode 20 and pool at one edge or corner, causing uneven cooling. Therefore, it is desirable to apply a thin layer of cooling fluidic medium with a fine spray. Thermo-electric cooler 23 achieves these same results but without delivering a cooling medium. Thermo-electric cooler 23 is cold on the side that is adjacent to or in contact with surface 24, while its opposing side becomes warmer.

In various embodiments, RF electrode 20, as illustrated in FIG. 3(a), has a conductive portion 28 and a dielectric portion 30. Conductive portion 28 can be a metal including but not limited to copper, gold, silver, aluminum and the like. Dielectric portion 30 can be made of a variety of different materials including but not limited to polyimide, Teflon® and the like, silicon nitride, polysilanes, polysilazanes, polyimides, Kapton and other polymers, antenna dielectrics and other dielectric materials well known in the art. Other dielectric materials include but are not limited to polymers such as polyester, silicon, sapphire, diamond, zirconium-toughened alumina (ZTA), alumina and the like. Dielectric portion 30 can be positioned around at least a portion, or the entirety of a periphery of conductive portion 28. In another embodiment, RF electrode 20 is made of a composite material, including but not limited to gold-plated copper, copper-polyimide, silicon/silicon-nitride and the like.

Dielectric portion 30 creates an increased impedance to the flow of electrical current through RF electrode 20. This increased impedance causes current to travel a path straight down through conductive portion 28 to the skin surface. Electric field edge effects, caused by a concentration of current flowing out of the edges of RF electrode 20, are reduced.

US 7,267,675 B2

9

Dielectric portion **30** produces a more uniform impedance through RF electrode **20** and causes a more uniform current to flow through conductive portion **28**. The resulting effect minimizes or even eliminates, edge effects around the edges of RF electrode **20**. As shown in FIG. 3(c), RF electrode **20** can have voids **33** where there is little or no conductive material. Creating voids **33** in the conductive material alters the electric field. The specific configuration of voids can be used to minimize edge effect, or alter the depth, uniformity or shape of the electric field. Under a portion **28'** of the RF electrode **20** with solid conductive material the electric field is deeper. Under a portion **28"** of RF electrode **20** with more voids, the electric field is shallower. By combining different densities of conductive material, an RF electrode **20** is provided to match the desired heating profile.

In one embodiment, conductive portion **28** adheres to dielectric portion **30** which can be a substrate with a thickness, by way of example and without limitation, of about 0.001". This embodiment is similar to a standard flex circuit board material commercially available in the electronics industry. In this embodiment, dielectric portion **30** is in contact with the tissue, the skin, and conductive portion **28** is separated from the tissue.

The thickness of the dielectric portion **30** can be decreased by growing conductive portion **28** on dielectric portion **30** using a variety of techniques, including but not limited to, sputtering, electro deposition, chemical vapor deposition, plasma deposition and other deposition techniques known in the art. Additionally, these same processes can be used to deposit dielectric portion **30** onto conductive portion **28**. In one embodiment dielectric portion **30** is an oxide layer which can be grown on conductive portion **28**. An oxide layer has a low thermal resistance and improves the cooling efficiency of the skin compared with many other dielectrics such as polymers.

In various embodiments, RF electrode **20** is configured to inhibit the capacitive coupling to tissue along its outside edge **31**. Referring to FIG. 3(b) RF electrode **20** can have an outer edge **31** with a geometry that is configured to reduce an amount of capacitively coupled area at outer edge **31**. Outer edge **31** can have less of the conductive portion **28** material. This can be achieved by different geometries, including but not limited to a scalloped geometry, and the like. The total length of outer edge **31** can be increased, with different geometries, and the total area that is capacitively coupled to tissue is reduced. This produces a reduction in energy generation around outer edge **31**.

Alternatively, the dielectric material can be applied in a thicker layer at the edges, reducing the electric field at the edges. A further alternative is to configure the cooling to cool more aggressively at the edges to compensate for any electric field edge effect.

Fluid delivery member **22** has an inlet **32** and an outlet **34**. Outlet **34** can have a smaller cross-sectional area than a cross-sectional area of inlet **32**. In one embodiment, fluid delivery member **22** is a nozzle **36**.

Cooling fluidic medium valve member **16** can be configured to provide a pulsed delivery of the cooling fluidic medium. Pulsing the delivery of cooling fluidic medium is a simple way to control the rate of cooling fluidic medium application. In one embodiment, cooling fluidic medium valve member **16** is a solenoid valve. An example of a suitable solenoid valve is a solenoid pinch valve manufactured by the N-Research Corporation, West Caldwell, N.J. If the fluid is pressurized, then opening of the valve results in fluid flow. If the fluid is maintained at a constant pressure, then the flow rate is constant and a simple open/close

10

solenoid valve can be used, the effective flow rate being determined by the pulse duty cycle. A higher duty cycle, close to 100% increases cooling, while a lower duty cycle, closer to 0%, reduces cooling. The duty cycle can be achieved by turning on the valve for a short duration of time at a set frequency. The duration of the open time can be 1 to 50 milliseconds or longer. The frequency of pulsing can be 1 to 50 Hz or faster.

Alternatively, cooling fluidic medium flow rate can be controlled by a metering valve or controllable-rate pump such as a peristaltic pump. One advantage of pulsing is that it is easy to control using simple electronics and control algorithms.

Electrode assembly **18** is sufficiently sealed so that the cooling fluidic medium does not leak from back surface **24** onto a skin surface in contact with a front surface of RF electrode **20**. This helps provide an even energy delivery through the skin surface. In one embodiment, electrode assembly **18**, and more specifically RF electrode **20**, has a geometry that creates a reservoir at back surface **24** to hold and gather cooling fluidic medium that has collected at back surface **24**. Back surface **24** can be formed with "hospital corners" to create this reservoir. Optionally, electrode assembly **18** includes a vent that permits vaporized cooling fluidic medium to escape from electrode assembly **18**.

The vent prevents pressure from building up in electrode assembly **18**. The vent can be a pressure relief valve that is vented to the atmosphere or a vent line. When the cooling fluidic medium comes into contact with RF electrode **20** and evaporates, the resulting gas pressurizes the inside of electrode assembly **18**. This can cause RF electrode **20** to partially inflate and bow out from front surface **26**. The inflated RF electrode **20** can enhance the thermal contact with the skin and also result in some degree of conformance of RF electrode **20** to the skin surface. An electronic controller can be provided. The electronic controller sends a signal to open the vent when a programmed pressure has been reached.

Various leads **40** are coupled to RF electrode **20**. One or more thermal sensors **42** are coupled to RF electrode. Suitable thermal sensors **42** include but are not limited to thermocouples, thermistors, infrared photo-emitters and a thermally sensitive diode. In one embodiment, a thermal sensor **42** is positioned at each corner of RF electrode **20**. A sufficient number of thermal sensors **42** are provided in order to acquire sufficient thermal data of the skin surface or the back surface **24** of the electrode **20**. Thermal sensors **42** are electrically isolated from RF electrode **20**. In another embodiment, at least one sensor **42** is positioned at back surface **24** of RF electrode and detects the temperature of back surface **24** in response to the delivery of cooling fluidic medium.

Thermal sensors **42** measure temperature and can provide feedback for monitoring temperature of RF electrode **20** and/or the tissue during treatment. Thermal sensors **42** can be thermistors, thermocouples, thermally sensitive diodes, capacitors, inductors or other devices for measuring temperature. Preferably, thermal sensors **42** provide electronic feedback to a microprocessor of the RF generator coupled to RF electrode **20** in order to facilitate control of the treatment.

Measurements from thermal sensors **42** can be used to help control the rate of application of cooling fluidic medium. For example, a cooling control algorithm can be used to apply cooling fluidic medium to RF electrode **20** at a high flow rate until the temperature fell below a target temperature, and then slow down or stop. A PID, or pro-

US 7,267,675 B2

11

portional-integral-differential, algorithm can be used to precisely control RF electrode **20** temperature to a predetermined value.

Thermal sensors **42** can be positioned on back surface **24** of RF electrode **20** away from the tissue. This configuration is preferable for controlling the temperature of the RF electrode **20**. Alternatively, thermal sensors **42** can be positioned on front surface **26** of RF electrode **10** in direct contact with the tissue. This embodiment can be more suitable for monitoring tissue temperature. Algorithms that utilized with thermal sensors **42** to calculate a temperature profile of the treated tissue. Thermal sensors **42** can be used to develop a temperature profile of the skin which is then used for process control purposes to assure that the proper amounts of heating and cooling are delivered to achieve a desired elevated deep tissue temperature while maintaining skin tissue layers below a threshold temperature and avoid thermal injury.

The physician can use the measured temperature profile to assure that he stays within the boundary of an ideal/average profile for a given type of treatment. Thermal sensors **42** can be used for additional purposes. When the temperature of thermal sensors **42** is monitored it is possible to detect when RF electrode **20** is in contact with the skin surface. This can be achieved by detecting a direct change in temperature when skin contact is made or examining the rate of change of temperature which is affected by contact with the skin. Similarly, if there is more than one thermal sensor **42**, the thermal sensors **42** can be used to detect whether a portion of RF electrode **20** is lifted or out of contact with skin. This can be important because the current density (amperes per unit area) delivered to the skin can vary if the contact area changes. In particular, if part of the surface of RF electrode **20** is not in contact with the skin, the resulting current density is higher than expected.

Referring again to FIG. **1**(*a*), a force sensor **44** is also coupled to electrode assembly **18**. Force sensor **44** detects an amount of force applied by electrode assembly **18**, via the physician, against an applied skin surface. Force sensor **44** zeros out gravity effects of the weight of electrode assembly **18** in any orientation of front surface **26** of RF electrode **20** relative to a direction of gravity. Additionally, force sensor **44** provides an indication when RF electrode **20** is in contact with a skin surface. Force sensor **44** also provides a signal indicating that a force applied by RF electrode **20** to a contacted skin surface is, (i) above a minimum threshold or (ii) below a maximum threshold.

As illustrated in FIG. **4**, an activation button **46** is used in conjunction with the force sensor. Just prior to activating RF electrode **20**, the physician holds handpiece **10** in position just off the surface of the skin. The orientation of handpiece **10** can be any angle relative to the direction of gravity. To arm handpiece **10**, the physician can press activation button **46** which tares force sensor **44**, by setting it to read zero. This cancels the force due to gravity in that particular treatment orientation. This method allows consistent force application of RF electrode **20** to the skin surface regardless of the angle of handpiece **10** relative to the direction of gravity.

RF electrode **20** can be a flex circuit, which can include trace components. Additionally, thermal sensor **42** and force sensor **44** can be part of the flex circuit. Further, the flex circuit can include a dielectric that forms a part of RF electrode **20**.

12

Electrode assembly **18** can be moveably positioned within handpiece housing **12**. In one embodiment, electrode assembly **18** is slideably moveable along a longitudinal axis of handpiece housing **12**.

Electrode assembly **18** can be rotatably mounted in handpiece housing **12**. Additionally, RF electrode **20** can be rotatably positioned in electrode assembly **18**. Electrode assembly **18** can be removably coupled to handpiece housing **12** as a disposable or non-disposable RF device **52**.

For purposes of this disclosure, electrode assembly **18** is the same as RF device **52**. Once movably mounted to handpiece housing **12**, RF device **52** can be coupled to handpiece housing **12** via force sensor **44**. Force sensor **44** can be of the type that is capable of measuring both compressive and tensile forces. In other embodiments, force sensor **44** only measures compressive forces, or only measures tensile forces.

RF device **52** can be spring-loaded with a spring **48**. In one embodiment, spring **48** biases RF electrode **20** in a direction toward handpiece housing **12**. This pre-loads force sensor **44** and keeps RF device **52** pressed against force sensor **44**. The pre-load force is tared when activation button **46** is pressed just prior to application of RF electrode **20** to the skin surface.

A shroud **50** is optionally coupled to handpiece **10**. Shroud **50** serves to keep the user from touching RF device **52** during use which can cause erroneous force readings.

A non-volatile memory **54** can be included with RF device **52**. Additionally, non-volatile memory can be included with handpiece housing **12**. Non-volatile memory **54** can be an EPROM and the like. Additionally, a second non-volatile memory can be included in handpiece housing **12** for purposes of storing handpiece **10** information such as but not limited to, handpiece model number or version, handpiece software version, number of RF applications that handpiece **10** has delivered, expiration date and manufacture date. Handpiece housing **12** can also contain a microprocessor **58** for purposes of acquiring and analyzing data from various sensors on handpiece housing **12** or RF device **52** including but not limited to thermal sensors **42**, force sensors **44**, fluid pressure gauges, switches, buttons and the like.

Microprocessor **58** can also control components on handpiece **10** including but not limited to lights, LEDs, valves, pumps or other electronic components. Microprocessor **58** can also communicate data to a microprocessor of the RF generator.

Non-volatile memory **54** can store a variety of data that can facilitate control and operation of handpiece **10** and its associated system including but not limited to, (i) controlling the amount of current delivered by RF electrode **20**, (ii) controlling the duty cycle of the fluid delivery member **22** and thermo-electric cooler **23**, (iii) controlling the energy delivery duration time of the RF electrode **20**, (iv) controlling the temperature of RF electrode **20** relative to a target temperature, (v) providing a maximum number of firings of RF electrode **20**, (vi) providing a maximum allowed voltage that is deliverable by RF electrode **20**, (vii) providing a history of RF electrode **20** use, (viii) providing a controllable duty cycle to fluid delivery member **22** and thermo-electric cooler **23** for the delivery of the cooling fluidic medium to back surface **24** of RF electrode **20**, (ix) providing a controllable delivery rate of cooling fluidic medium delivered from fluid delivery member **22** to back surface **24**, (x) providing a control of thermoelectric cooler **23** and the like.

Referring now to FIGS. **5** and **6**, RE device **52** includes a support structure, including but not limited to a housing **60** that defines the body of RE device **52**. RE device **52** can

US 7,267,675 B2

13

include a back plate **62** that is positioned at a proximal portion of support structure **60**. A plurality of electrical contact pads **65** can be positioned at back plate **62**. At least a portion of fluid delivery member **22** and thermo-electric cooler **23** can extend through back plate **62**. Fluid delivery member **22** can be a channel with a proximal end that is raised above the back surface of back plate **62**.

First and second engagement members **64** can also be formed in the body of support structure **60**. Engagement members **64** provide engagement and disengagement with handpiece housing **14**. Suitable engagement members **64** include but are not limited to snap members, apertures to engage with snap members of substrate support **60**, and the like.

Handpiece **10** can be used to deliver thermal energy to modify tissue including, but not limited to, collagen containing tissue, in the epidermal, dermal and subcutaneous tissue layers, including adipose tissue. The modification of the tissue includes modifying a physical feature of the tissue, a structure of the tissue or a physical property of the tissue. The modification can be achieved by delivering sufficient energy to modify collagen containing tissue, cause collagen shrinkage, and/or a wound healing response including the deposition of new or nascent collagen, and the like.

Handpiece **10** can be utilized for performing a number of treatments of the skin and underlying tissue including but not limited to, (i) dermal remodeling and tightening, (ii) wrinkle reduction, (iii) elastosis reduction, (iv) scar reduction, (v) sebaceous gland removal/deactivation and reduction of activity of sebaceous gland, (vi) hair follicle removal, (vii) adipose tissue remodeling/removal, (viii) spider vein removal, (ix) modify contour irregularities of a skin surface, (x) create scar or nascent collagen, (xi) reduction of bacteria activity of skin, (xii) reduction of skin pore size, (xiii) unclog skin pores and the like.

In various embodiments, handpiece **10** can be utilized in a variety of treatment processes, including but not limited to, (i) pre-cooling, before the delivery of energy to the tissue has begun, (ii) an on phase or energy delivery phase in conjunction with cooling and (iii) post cooling after the delivery of energy to tissue has stopped.

Handpiece **10** can be used to pre-cool the surface layers of the target tissue so that when RF electrode **20** is in contact with the tissue, or prior to turning on the RF energy source, the superficial layers of the target tissue are already cooled. When RF energy source is turned on or delivery of RF to the tissue otherwise begins, resulting in heating of the tissue, the tissue that has been cooled is protected from thermal effects including thermal damage. The tissue that has not been cooled will warm up to therapeutic temperatures resulting in the desired therapeutic effect.

Pre-cooling gives time for the thermal effects of cooling to propagate down into the tissue. More specifically, pre-cooling allows the achievement of a desired tissue depth thermal profile, with a minimum desired temperature being achieved at a selectable depth. The amount or duration of pre-cooling can be used to select the depth of the protected zone of untreated tissue. Longer durations of pre-cooling produce a deeper protected zone and hence a deeper level in tissue for the start of the treatment zone. The opposite is true for shorter periods of pre-cooling. The temperature of front surface **26** of RF electrode **20** also affects the temperature profile. The colder the temperature of front surface **26**, the faster and deeper the cooling, and vice verse.

Post-cooling can be important because it prevents and/or reduces heat delivered to the deeper layers from conducting upward and heating the more superficial layers possibly to

14

therapeutic or damaging temperature range even though external energy delivery to the tissue has ceased. In order to prevent this and related thermal phenomena, it can be desirable to maintain cooling of the treatment surface for a period of time after application of the RF energy has ceased. In various embodiments, varying amounts of post cooling can be combined with real-time cooling and/or pre-cooling.

In various embodiments, handpiece **10** can be used in a varied number of pulse on-off type cooling sequences and algorithms may be employed. In one embodiment, the treatment algorithm provides for pre-cooling of the tissue by starting a spray of cryogenic cooling fluidic medium, followed by a short pulse of RF energy into the tissue. In this embodiment, the spray of cryogenic cooling fluidic medium continues while the RF energy is delivered, and is stopping shortly thereafter, i.e. on the order of milliseconds. This or another treatment sequence can be repeated again. Thus in various embodiments, the treatment sequence can include a pulsed sequence of cooling on, heat, cooling off, cooling on, heat, cool off, and with cooling and heating durations on orders of tens of milliseconds. In these embodiments, every time the surface of the tissue of the skin is cooled, heat is removed from the skin surface. Cryogenic cooling fluidic medium spray duration, and intervals between sprays, can be in the tens of milliseconds ranges, which allows surface cooling while still delivering the desired thermal effect into the deeper target tissue.

In various embodiments, the target tissue zone for therapy, also called therapeutic zone or thermal effect zone, can be at a tissue depth from approximately 100 μm beneath the surface of the skin down to as deep as 10 millimeters, depending upon the type of treatment. For treatments involving collagen contraction, it can be desirable to cool both the epidermis and the superficial layers of the dermis of the skin that lies beneath the epidermis, to a cooled depth range between 100 μm two millimeters. Different treatment algorithms can incorporate different amounts of pre-cooling, heating and post cooling phases in order to produce a desired tissue effect at a desired depth.

Various duty cycles, on and off times, of cooling and heating are utilized depending on the type of treatment. The cooling and heating duty cycles can be controlled and dynamically varied by an electronic control system known in the art. Specifically the control system can be used to control cooling fluidic medium valve member **16** and the RF power source.

The foregoing description of a preferred embodiment of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations will be apparent to practitioners skilled in this art. It is intended that the scope of the invention be defined by the following claims and their equivalents.

What is claimed is:

**1**. An RF device for non-invasively treating tissue using RF energy, comprising:

a support structure;

an RF electrode coupled to the support structure, the RF electrode including a dielectric portion and a conductive portion disposed on the dielectric portion, and the dielectric portion adapted to be positioned between the conductive portion and a skin surface when the RF electrode is positioned at the skin surface, such that RF energy is capacitively coupled from the conductive portion into the tissue by transmission through the dielectric portion; and

US 7,267,675 B2

15

a thermo-electric cooler coupled to the support structure and configured to cool a back surface of the RF electrode.

2. The RF device of claim 1, wherein the thermo-electric cooler is configured to controllably cool the RF electrode.

3. The RF device of claim 1, further comprising: a back plate positioned at a proximal portion of the support structure.

4. The RF device of claim 3, further comprising: a plurality of electrical contact pads coupled to the back plate.

5. The RF device of claim 3, wherein at least a portion of the thermo-electric cooler extends through the back plate.

6. The RF device of claim 5, wherein the back plate has a back surface, and the thermo-electric cooler has a proximal end that is raised above the back surface of the back plate.

7. An RF device for non-invasively treating tissue using RF energy, comprising:

a support structure;

an RF electrode coupled to the support structure, the RF electrode including a dielectric portion and a conductive portion disposed on the dielectric portion, and the dielectric portion adapted to be positioned between the conductive portion and a skin surface when the RF electrode is positioned at the skin surface, such that RF energy is capacitively coupled from the conductive portion into the tissue by transmission through the dielectric portion;

a flex circuit coupled to the RF electrode; and

a plurality of electrical contact pads coupled to the flex circuit.

8. An RF device for non-invasively treating tissue using RF energy, comprising:

16

a support structure;

an RF electrode coupled to the support structure and including a conductive portion and a dielectric portion, the RF electrode configured to capacitively couple RF energy with the tissue when at least a portion of the RF electrode is in contact with a skin surface, the conductive portion having voids, and the dielectric portion adapted to be positioned between the conductive portion and the skin surface when the RF electrode is positioned at the skin surface; and

a flex circuit coupled to the RF electrode.

9. The RF device of claim 8, further comprising:

a back plate coupled to the support structure; and

a plurality of electrical contact pads coupled to the back plate.

10. The RF device of claim 8, wherein the support structure includes first and second engagement members that provide engagement and disengagement with a handpiece support structure.

11. The RF device of claim 8, further comprising:

a sensor coupled to the RF electrode.

12. The RF device of claim 11, wherein the RF electrode has a back surface, and the sensor is positioned at the back surface.

13. The RF device of claim 12, wherein the sensor detects a temperature of the back surface.

14. The RF device of claim 8, further comprising:

a non-volatile memory coupled to the RF electrode.

* * * * *