IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALMA LASERS, LTD., and            )
ALMA LASERS, INC.,                )
                                  )
            Plaintiffs,           )        C.A. No. 07-224-MPT
                                  )
        v.                        )
                                  )
THERMAGE, INC.,                   )
                                  )
            Defendant.            )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of December, 2007, **PLAINTIFF**

**ALMA'S FIRST SUPPLEMENTAL RESPONSES TO THERMAGE'S**

**INTERROGATORIES NOS. 25-38** was served upon the following counsel of record at the

address and in the manner indicated:

Josy W. Ingersoll, Esquire                          HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

J. Robert Chambers, Esquire                         VIA ELECTRONIC MAIL
Wood, Herron & Evans LLP
515 South Flower Street, 25th Floor
2700 Carew Tower
Cincinnati, OH  45202

P. Andrew Blatt, Esquire                            VIA ELECTRONIC MAIL
Wood, Herron & Evans LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH  45202

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
Marlee A. Jansen
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

Dated:  December 21, 2007
182926.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                          HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

J. Robert Chambers, Esquire                                  VIA ELECTRONIC MAIL
Wood, Herron & Evans LLP
515 South Flower Street, 25th Floor
2700 Carew Tower
Cincinnati, OH 45202

P. Andrew Blatt, Esquire                                      VIA ELECTRONIC MAIL
Wood, Herron & Evans LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire