IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALMA LASERS, LTD., and
ALMA LASERS, INC.,

        Plaintiffs,

      v.

THERMAGE, INC.

        Defendant.

C.A. No. 07-224-***-MPT

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 17, 2008, copies of:

***Defendant's Second Supplemental Responses to Plaintiffs' First Set of Interrogatories [Nos. 1 and 2];***

were served upon the following counsel of record in the manner indicated:

*By E-Mail*

Steven J. Balick, Esquire
  [sbalick@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

*By E-Mail*

Hugh A. Abrams, Esquire
  [habrams@sidley.com]
Marlee A. Jansen, Esquire
  [mjansen@sidley.com]
Dino Koutsoubas, Esquire
  [dkoutsoubas@sidley.com]
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Additionally, the undersigned hereby certifies that on January 18, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the above-listed counsel of record in the manner indicated below:

<div style="display: flex;">

<div>

*By E-Mail*

Steven J. Balick, Esquire
   [sbalick@ashby-geddes.com]
John G. Day, Esquire
   [jday@ashby-geddes.com]
Lauren E. Maguire, Esquire
   [lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

January 18, 2008

</div>

<div>

*By E-Mail*

Hugh A. Abrams, Esquire
   [habrams@sidley.com]
Marlee A. Jansen, Esquire
   [mjansen@sidley.com]
Dino Koutsoubas, Esquire
   [dkoutsoubas@sidley.com]
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

/s/ Karen L. Pascale

_____

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Adam W. Poff (No. 3990) [apoff@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

- and -

**WOOD, HERRON & EVANS LLP**
J. Robert Chambers
P. Andrew Blatt
John P. Davis
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-6234

*Attorneys for Defendant, Thermage, Inc.*

</div>

</div>