# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 31, 2008

The Honorable Mary Pat Thynge                              *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    *Alma Lasers, Ltd. and Alma Lasers, Inc. v. Thermage, Inc.*
           C.A. No. 07-224-\*\*\*

Dear Judge Thynge:

    In anticipation of the status conference scheduled for Thursday, February 7, 2008 at 10:30 a.m. EST, and pursuant to paragraph 7 of the August 16, 2007 Scheduling Order (D.I. 24), the parties submit this joint interim status report.

    In short, the parties are in the midst of fact discovery. Several issues have arisen that are still being discussed by the parties, but may require the Court's assistance to resolve in the near future. These are listed below.

**Background**

    Alma Lasers, Ltd. and Alma Lasers, Inc. ("Alma") filed this action for declaratory judgment on April 26, 2007, naming Thermage, Inc. ("Thermage") as the sole defendant. (D.I. 1). Alma's Complaint seeks a declaration of non-infringement with respect to Alma's "Accent" product and invalidity of 9 Thermage patents. Thermage answered and counterclaimed for infringement on June 20, 2007. Thermage counterclaimed for infringement of 8 of the 9 patents forming Alma's Complaint and 2 additional patents.[1] (D.I. 8). Newly-issued U.S. Patent No. 7,267,625 was added by Amended Answer and Counterclaims on December 10, 2007. (D.I. 36). There are now 11 patents-in-suit involving three Alma products: Alma's Accent, Accent XL and Harmony products.

---

[1] Thermage does not assert infringement of U.S. Patent No. 5,919,219. The parties agree that the '219 patent is not in suit.

The Honorable Mary Pat Thynge
January 31, 2008
Page 2

**Progress of Discovery**

Pursuant to Paragraph 3i of the Scheduling Order, initial discovery of the Harmony product was limited to user and installation manuals, operator manuals and similar types of materials for Thermage to determine if full discovery of the Harmony product was appropriate. Thermage contends that it is entitled to full discovery on the Harmony product.

Paragraph 11a.(1) of the Scheduling Order required Thermage to limit the number of asserted claims to no more than 167 claims by December 31, 2007. Thermage did so in early September.

Also pursuant to the Scheduling Order, the parties exchanged Initial Disclosure Statements on August 13, 2007.

In addition, the parties have exchanged discovery requests and responses thereto. Thermage has served a total of 38 interrogatories on Alma on two separate occasions: The first set (Nos. 1-36) on August 8, 2007, and the second set (Nos. 37-38) on October 2, 2007 (to include invalidity contention interrogatories for U.S. Patent Nos. 7,229,436 and 7,189,230). Alma served written responses to the first set on September 17, 2007, and to the second set on November 1, 2007, with supplemental responses to both sets on December 21, 2007. To date, Alma has also produced 12,517 pages of documents.

Alma served 13 interrogatories on Thermage on August 9, 2007. Thermage answered on September 17, 2007. Supplemental responses with respect to Interrogatory Nos. 1 and 2 were provided on October 26, 2007 and January 17, 2008. Alma also served document requests on Thermage on August 9, 2007. To date, Thermage has produced 110,628 pages of documents.

Thermage served a 30(b)(6) deposition notice on Alma on January 16, 2008, proposing the week of February 18, 2008, to hold 30(b)(6) depositions. Thermage wanted to conduct these depositions before its second round claim reduction is due on March 3, 2008, a deadline in the Scheduling Order. However, Alma responded on January 22, 2008, by proposing that the depositions take place in late March or early April, which is when the three witnesses from Israel who will testify on Alma's behalf are available to travel to the United States. Alma also insisted that Thermage complete its personal depositions of these witnesses at the same time.

For its part, Alma has inquired about individual depositions for two of the named inventors on the patents-in-suit, suggesting that these depositions also proceed during the March or April time frame. Thermage is checking the availability of those two witnesses.

The Honorable Mary Pat Thynge
January 31, 2008
Page 3

**Thermage's Discovery Issues**

Thermage lists the following issues for informational purposes. If necessary, Thermage plans to raise them formally in the near future in accordance with the discovery dispute procedure of Paragraph 3f of the Scheduling Order.

1. Production by Alma of non-infringement claim charts in response to Interrogatories Nos. 5-24.

2. Production by Alma of financial documents relating to issues concerning alleged damages.

3. A response by Alma to Interrogatory No. 3 and production of documents relating to the Harmony product.

4. Production of documents related to tissue effect studies conducted by or for Alma.

5. Production of documents related to Alma's patent prosecution.

**Alma's Discovery Issues**

Alma lists the following issues for informational purposes. If necessary, Alma plans to raise them formally in the near future in accordance with the discovery dispute procedure of Paragraph 3f of the Scheduling Order.

1. A response by Thermage to Interrogatory No. 1 regarding the date of conception of the Knowlton and Stern patents and the production of documents thereof.

2. Production of documents authored or reviewed by Paul Davis as well as documents which concern, relate, or reflect upon statements made by Mr. Davis in his declaration in the Syneron case.

3. A supplemental response by Thermage to Interrogatory No. 3 providing detailed infringement contentions.

The Honorable Mary Pat Thynge
January 31, 2008
Page 4

**Settlement/Mediation**

      Alma is amenable to a mediation to assist in resolving this case. Thermage is likewise amenable to mediation.

                                                Respectfully,

                                                */s/ John G. Day*

                                                John G. Day

cc:    J. Robert Chambers, Esq. (via email)
        P. Andrew Blatt, Esq. (via email)
        Hugh A. Abrams, Esq. (via email)
        Constantine Koutsoubas, Esq. (via email)
        Karen Pascale, Esq. (via email and hand delivery)
        Marlee Jansen, Esq. (via email)

187827.v1