IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMA LASERS, LTD., and<br>ALMA LASERS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THERMAGE, INC.<br><br>　　　　　Defendant. | C.A. No. 07-224-GMS-MPT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 5, 2008, copies of:

*Defendant's Third Set of Interrogatories to Plaintiffs Alma Lasers, Ltd., and Alma Lasers, Inc. (Nos. 39-40);* and

*Defendant's Second Set of Requests for Production of Documents to Plaintiffs Alma Lasers, Ltd., and Alma Lasers, Inc.*,

were served upon the following counsel of record in the manner indicated:

**By Hand Delivery and E-Mail**

Steven J. Balick, Esquire
　[sbalick@ashby-geddes.com]
John G. Day, Esquire
　[jday@ashby-geddes.com]
Lauren E. Maguire
　[lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**By E-Mail**

Hugh A. Abrams, Esquire
　[habrams@sidley.com]
Marlee A. Jansen, Esquire
　[mjansen@sidley.com]
Dino Koutsoubas, Esquire
　[dkoutsoubas@sidley.com]
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Additionally, the undersigned hereby certifies that on February 5, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the above-listed counsel of record in the manner indicated below:

*By Hand Delivery and E-Mail*

Steven J. Balick, Esquire
   [sbalick@ashby-geddes.com]
John G. Day, Esquire
   [jday@ashby-geddes.com]
Lauren E. Maguire, Esquire
   [lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

February 5, 2008

*By E-Mail*

Hugh A. Abrams, Esquire
   [habrams@sidley.com]
Marlee A. Jansen, Esquire
   [mjansen@sidley.com]
Dino Koutsoubas, Esquire
   [dkoutsoubas@sidley.com]
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Adam W. Poff (No. 3990) [apoff@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

- and -

WOOD, HERRON & EVANS LLP
J. Robert Chambers
P. Andrew Blatt
John P. Davis
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-6234

*Attorneys for Defendant, Thermage, Inc.*