IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ALMA LASERS, LTD. and<br>ALMA LASERS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-224 - GMS |
| THERMAGE, INC., | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF ALMA'S RESPONSE AND OBJECTIONS TO THERMAGE'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

Pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Alma Lasers, Ltd. and Alma Lasers, Inc. ("Alma") hereby respond and object to Thermage's Notice of Deposition Under Rule 30(b)(6) to Alma Lasers, Ltd., and Alma Lasers, Inc.

### GENERAL OBJECTIONS

1.      Alma objects to the statement in the Notice that the deposition "will continue from day to day until completed." Alma will produce appropriate designees to testify, subject to Alma's objections, but reserves the right to terminate any given deposition should the examination become unreasonably lengthy.

2.      Alma objects to the selection of February 18, 2008 as the date for the 30(b)(6) deposition and to the offices of Young Conaway Stargatt & Taylor in Wilmington, Delaware as the location of the deposition. Alma will work with counsel of record to determine a mutually agreeable date and place for the deposition of appropriate designees for the areas of testimony set forth below in Alma's specific objections and responses.

3.     Alma objects to each deposition topic to the extent it purports to seek information about any product other than the accused Accent XL or Harmony products.

4.     Alma objects to each topic in the Notice to the extent it seeks information that is not in the possession, custody or control of Alma.

5.     Alma objects to each topic in the Notice to the extent it seeks to invade or undermine the attorney-client privilege, the attorney work product doctrine or any other applicable privilege or immunity.

6.     Alma objects to each topic in the Notice to the extent that it seeks a legal conclusion or opinion.

7.     Alma objects to each topic in the Notice to the extent that it prematurely seeks expert testimony.

8.     Alma objects to each topic in the Notice to the extent it is duplicative of other discovery produced in this case, or of discovery that is more easily available through other, less-burdensome means.

## OBJECTIONS AND RESPONSES TO SPECIFIC TOPICS

## DEPOSITION TOPIC 1:

The organization, reporting structure and history of Alma since 1995.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this deposition topic as unduly broad, overly burdensome, and seeking information, which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Alma further objects to this topic as vague and ambiguous.  Subject to and without waiving its general and specific

objections, Alma will produce a witness who is generally knowledgeable about the organizational structure and the reporting structure of Alma since 1995.

**DEPOSITION TOPIC 2:**

The factual and legal bases for Alma's allegation of non-infringement of the '836 patent by Accent XL.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent XL product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 3:**

The factual and legal bases for Alma's allegation of non-infringement of the '5,753 patent by Accent XL.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Subject to and without waiving its general and

specific objections, Alma will produce a witness who is generally knowledgeable regarding

design and operation of the Accent XL product; however, such witness will not be prepared to

discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 4:**

The factual and legal bases for Alma's allegation of non-infringement of the '1,753 patent by
Accent XL.

**OBJECTIONS AND RESPONSE:**

        In addition to its general objections, Alma objects to this topic to the extent it

seeks discovery of attorney work product and/or communications protected by the attorney-

client privilege. Alma objects to this deposition topic because it seeks information regarding the

mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further

objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects

that this deposition topic is overly burdensome. Subject to and without waiving its general and

specific objections, Alma will produce a witness who is generally knowledgeable regarding

design and operation of the Accent XL product; however, such witness will not be prepared to

discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 5:**

The factual and legal bases for Alma's allegation of non-infringement of the '855 patent by
Accent XL.

**OBJECTIONS AND RESPONSE:**

        In addition to its general objections, Alma objects to this topic to the extent it

seeks discovery of attorney work product and/or communications protected by the attorney-

client privilege. Alma objects to this deposition topic because it seeks information regarding the

mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further

objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects

that this deposition topic is overly burdensome.  Subject to and without waiving its general and

specific objections, Alma will produce a witness who is generally knowledgeable regarding

design and operation of the Accent XL product; however, such witness will not be prepared to

discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 6:**

The factual and legal bases for Alma's allegation of non-infringement of the '498 patent by
Accent XL.

**OBJECTIONS AND RESPONSE:**

      In addition to its general objections, Alma objects to this topic to the extent it

seeks discovery of attorney work product and/or communications protected by the attorney-

client privilege.  Alma objects to this deposition topic because it seeks information regarding the

mental impressions, conclusions, opinions, or legal theories of Alma's attorneys.  Alma further

objects to this deposition topic to the extent that it seeks expert testimony.  Alma further objects

that this deposition topic is overly burdensome.  Subject to and without waiving its general and

specific objections, Alma will produce a witness who is generally knowledgeable regarding

design and operation of the Accent XL product; however, such witness will not be prepared to

discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 7:**

The factual and legal bases for Alma's allegation of non-infringement of the '380 patent by
Accent XL.

**OBJECTIONS AND RESPONSE:**

      In addition to its general objections, Alma objects to this topic to the extent it

seeks discovery of attorney work product and/or communications protected by the attorney-

client privilege.  Alma objects to this deposition topic because it seeks information regarding the

mental impressions, conclusions, opinions, or legal theories of Alma's attorneys.  Alma further

objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects

that this deposition topic is overly burdensome. Subject to and without waiving its general and

specific objections, Alma will produce a witness who is generally knowledgeable regarding

design and operation of the Accent XL product; however, such witness will not be prepared to

discuss or understand legal issues, including claim construction and non-infringement.

## DEPOSITION TOPIC 8:

The factual and legal bases for Alma's allegation of non-infringement of the '090 patent by
Accent XL.

### OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic to the extent it

seeks discovery of attorney work product and/or communications protected by the attorney-

client privilege. Alma objects to this deposition topic because it seeks information regarding the

mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further

objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects

that this deposition topic is overly burdensome. Subject to and without waiving its general and

specific objections, Alma will produce a witness who is generally knowledgeable regarding

design and operation of the Accent XL product; however, such witness will not be prepared to

discuss or understand legal issues, including claim construction and non-infringement.

## DEPOSITION TOPIC 9:

The factual and legal bases for Alma's allegation of non-infringement of the '624 patent by
Accent XL.

### OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic to the extent it

seeks discovery of attorney work product and/or communications protected by the attorney-

client privilege. Alma objects to this deposition topic because it seeks information regarding the

mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent XL product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 10:**

The factual and legal bases for Alma's allegation of non-infringement of the '230 patent by Accent XL.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent XL product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 11:**

The factual and legal bases for Alma's allegation of non-infringement of the '436 patent by Accent XL.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-

client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent XL product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

## DEPOSITION TOPIC 12:

The factual and legal bases for Alma's allegation of non-infringement of the '675 patent by Accent XL.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent XL product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

## DEPOSITION TOPIC 13:

The factual and legal bases for Alma's allegation of non-infringement of the '836 patent by Accent.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 14:**

The factual and legal bases for Alma's allegation of non-infringement of the '5,753 patent by Accent.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however,

such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

## DEPOSITION TOPIC 15:

The factual and legal bases for Alma's allegation of non-infringement of the '1,753 patent by Accent.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

## DEPOSITION TOPIC 16:

The factual and legal bases for Alma's allegation of non-infringement of the '855 patent by Accent.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further

objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

## DEPOSITION TOPIC 17:

The factual and legal bases for Alma's allegation of non-infringement of the '498 patent by Accent.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

## DEPOSITION TOPIC 18:

The factual and legal bases for Alma's allegation of non-infringement of the '380 patent by Accent.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 19:**

The factual and legal bases for Alma's allegation of non-infringement of the '090 patent by Accent.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however,

such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 20:**

The factual and legal bases for Alma's allegation of non-infringement of the '624 patent by Accent.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 21:**

The factual and legal bases for Alma's allegation of non-infringement of the '230 patent by Accent.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further

objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 22:**

The factual and legal bases for Alma's allegation of non-infringement of the '436 patent by Accent.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 23:**

The factual and legal bases for Alma's allegation of non-infringement of the '675 patent by Accent.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Alma objects to this deposition topic to the extent it seeks testimony about a product that is not accused of infringement by Thermage. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Accent product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 24:**

The factual and legal bases for Alma's allegation of non-infringement of the '5,753 patent by Harmony.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Harmony product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 25:**

The factual and legal bases for Alma's allegation of non-infringement of the '1,753 patent by Harmony.

**OBJECTIONS AND RESPONSE:**

      In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege.  Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys.  Alma further objects to this deposition topic to the extent that it seeks expert testimony.  Alma further objects that this deposition topic is overly burdensome.  Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Harmony product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 26:**

The factual and legal bases for Alma's allegation of non-infringement of the '855 patent by Harmony.

**OBJECTIONS AND RESPONSE:**

      In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege.  Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys.  Alma further objects to this deposition topic to the extent that it seeks expert testimony.  Alma further objects that this deposition topic is overly burdensome.  Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Harmony product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 27:**

The factual and legal bases for Alma's allegation of non-infringement of the '498 patent by Harmony.

**OBJECTIONS AND RESPONSE:**

   In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Harmony product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

**DEPOSITION TOPIC 28:**

The factual and legal bases for Alma's allegation of non-infringement of the '090 patent by Harmony.

**OBJECTIONS AND RESPONSE:**

   In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Harmony product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

## DEPOSITION TOPIC 29:

The factual and legal bases for Alma's allegation of non-infringement of the '624 patent by Harmony.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic to the extent it seeks discovery of attorney work product and/or communications protected by the attorney-client privilege. Alma objects to this deposition topic because it seeks information regarding the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma further objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects that this deposition topic is overly burdensome. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable regarding design and operation of the Harmony product; however, such witness will not be prepared to discuss or understand legal issues, including claim construction and non-infringement.

## DEPOSITION TOPIC 30:

All facts related to Alma's contention that each of the claims of the '836 patent is invalid because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

**DEPOSITION TOPIC 31:**

All facts related to Alma's contention that each of the claims of the '5,753 patent is invalid because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

**DEPOSITION TOPIC 32:**

All facts related to Alma's contention that each of the claims of the '1,753 patent is invalid because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

**OBJECTIONS AND RESPONSE:**

In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

**DEPOSITION TOPIC 33:**

All facts related to Alma's contention that each of the claims of the '855 patent is invalid

because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

## DEPOSITION TOPIC 34:

All facts related to Alma's contention that each of the claims of the '498 patent is invalid because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

## DEPOSITION TOPIC 35:

All facts related to Alma's contention that each of the claims of the '380 patent is invalid because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

## DEPOSITION TOPIC 36:

All facts related to Alma's contention that each of the claims of the '090 patent is invalid because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

## DEPOSITION TOPIC 37:

All facts related to Alma's contention that each of the claims of the '624 patent is invalid

because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

**OBJECTIONS AND RESPONSE:**

      In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

**DEPOSITION TOPIC 38:**

All facts related to Alma's contention that each of the claims of the '230 patent is invalid because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

**OBJECTIONS AND RESPONSE:**

      In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

## DEPOSITION TOPIC 39:

All facts related to Alma's contention that each of the claims of the '436 patent is invalid because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

## DEPOSITION TOPIC 40:

All facts related to Alma's contention that each of the claims of the '675 patent is invalid because the patents fail to comply with the requirements of the patent law of the United States as set forth, *inter alia*, in §§ 35 U.S.C. 101, 102, 103, or 112.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this topic because it seeks information protected by the work product doctrine. Alma objects to this topic because it seeks the mental impressions, conclusions, opinions, or legal theories of Alma's attorneys. Alma objects to this deposition topic to the extent that it seeks expert testimony. Alma further objects to this topic because it seeks communications protected by the attorney-client privilege. Alma further objects that this deposition topic is overly burdensome. Accordingly, Alma will not produce a fact witness to provide testimony responsive to this Topic.

**DEPOSITION TOPIC 41:**

The conception, reduction to practice, development, design, structure, prototypes, testing, manufacture, operation, performance, electrical and mechanical controls for, and use of Alma products known as Accent, Accent XL, Harmony, Aria, RelaxF, Lovely I, Lovely II, and Tenor, whether or not commercially offered for sale

**OBJECTIONS AND RESPONSE:**

    In addition to its general objections, Alma objects to this deposition topic as prohibited by the Stipulated Protective Order to the extent that it requests information about products that are not commercially available or products that are not at issue in this lawsuit. *See* Protective Order ¶ 6.  Moreover, Alma objects to this deposition topic as unduly broad, overly burdensome and seeking information, which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence – particularly to the extent this topic seeks information about products not at issue in this case.  There are potentially hundreds of documents that would be needed to prepare an individual to competently address this deposition topic.  Alma further objects to the use of the terms "conception" and "reduction to practice" as they relate to Alma's products; these are legal terms relating to patented inventions and not accused products.  Alma further objects to this deposition topic to the extent it seeks information concerning products that are not accused of infringement by Thermage, i.e., the Aria, RelaxF, Lovely I, Lovely II and Tenor products.  Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable about the development, design, structure, prototypes, testing, manufacture, operation, performance, and electrical and mechanical controls for the Accent, Accent XL and Harmony.

**DEPOSITION TOPIC 42:**

The advertising, marketing, promotion, strategic plans, and business plans of the Accent, Accent XL and Harmony.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this deposition topic as vague and ambiguous, unduly broad, overly burdensome, and seeking information, which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, because the topic purports to seek an individual familiar with the content of documents and strategies on a wide variety of subjects without identifying the specific subjects with particularity. There are potentially hundreds or thousands of documents that would be needed to prepare an individual to competently address this deposition topic. Alma also objects to this deposition topic to the extent it seeks information regarding advertising, marketing, promotion, strategic plans, and business plans regarding markets outside of the United States. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable about the marketing, advertising, and promotion efforts for the Accent, Accent XL, and Harmony in the United States. Alma will also produce a witness who is generally knowledgeable about strategic and business plans relating to the United States market of the Accent, Accent XL, and Harmony products.

## DEPOSITION TOPIC 43:

The analysis, inspection, examination, evaluation, testing, or knowledge of Thermage's ThermaCool System by or for Alma.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to the extent that this deposition topic seeks expert testimony. Alma objects to this deposition topic to the extent it seeks attorney work product or information protected by the attorney-client privilege. Alma objects to this deposition topic as vague and ambiguous, unduly broad, overly burdensome, and seeking information, which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving its general and specific objections, to the extent Alma conducted any analysis, inspection, examination, evaluation, testing on

Thermage's ThermaCool System independent of this litigation or has any knowledge of the ThermaCool system independent of this litigation, Alma will produce a witness who is generally knowledgeable about any non-privileged analysis, inspection, examination, evaluation, and testing of Thermage's ThermaCool System done by or for Alma.

## DEPOSITION TOPIC 44:

Comparisons by or for Alma between ThermaCool System and the Accent, Accent XL, or Harmony.

### OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to the extent that this deposition topic seeks expert testimony. Alma objects to this deposition topic to the extent it seeks attorney work product or information protected by the attorney-client privilege. Alma objects to this deposition topic as vague and ambiguous, unduly broad, overly burdensome, and seeking information, which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving its general and specific objections, Alma will produce a witness who is knowledgeable about non-privileged comparisons by or for Alma between ThermaCool System and the Accent, Accent XL, or Harmony.

## DEPOSITION TOPIC 45:

Communications between Alma and any third parties referring to or relating to Accent, Accent XL, or Harmony.

### OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this deposition topic to the extent it seeks attorney work product or information protected by attorney-client privilege. Alma objects to this deposition topic as vague and ambiguous, unduly broad, overly burdensome, and seeking information which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence because it seeks to have a witness who is knowledgeable

about *every* communication between Alma and *any* third party (i.e. any customer) referring to or relating to Accent, Accent XL, or Harmony.  Alma objects to this deposition topic to the extent that it seeks information regarding third parties not in the United States.  Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable about Alma's marketing and promotion efforts in the United States with respect to the Accent, Accent XL or Harmony.

## DEPOSITION TOPIC 46:

The reasons why Alma chose to use RF energy in the Accent and Accent XL to treat wrinkles and tighten and re-contour skin.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this deposition topic as vague and ambiguous, unduly broad, overly burdensome, and seeking information, which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving its general and specific objections, Alma will produce a witness who is knowledgeable as to the reason why Alma chose to use RF energy in the Accent and Accent XL.

## DEPOSITION TOPIC 47:

The reasons why Alma chose to use both unipolar and bipolar delivery of RF energy to the patient.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this deposition topic as unduly broad, overly burdensome, and seeking information, which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable about the design and operation of the Accent and Accent XL.

## DEPOSITION TOPIC 48:

Any research, testing, or studies that Alma has conducted or had conducted on its behalf that support Alma's claims that the Accent, Accent XL, or Harmony can be used to treat wrinkles and tighten and re-contour skin.

## OBJECTIONS AND RESPONSE:

In addition to its general objections, Alma objects to this deposition topic to the extent that it assumes that Alma "claims" that the Accent, Accent XL, or Harmony can be used to treat wrinkles and tighten and re-contour skin. Alma objects to this deposition topic as vague and ambiguous, unduly broad, overly burdensome, and seeking information, which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Alma further objects to this deposition topic to the extent it seeks attorney work product or information protected by attorney-client privilege. Alma further objects to this deposition topic to the extent it seeks expert testimony. Subject to and without waiving its general and specific objections, Alma will produce a witness who is generally knowledgeable about Alma's clinical research program involving the Accent, Accent XL, or Harmony.

## DESIGNATION OF WITNESSES

Alma will make available the following witnesses at a mutually agreeable time and place for a deposition. (1) Dr. Karni will be designated by Alma to testify about the overall concept and design of the Accent XL and Harmony products; (2) Mr. Nadav Bayer will be designated by Alma to testify about the electronic components and controller for the Accent XL and Harmony products; (3) Mr. Yoav Avni will be designated by Alma to testify about the mechanical components used in the Accent XL and Harmony products; and, (4) Dr. Alex Britva will be designated by Alma to testify about the radiofrequency generation system used in the Accent XL. Alma reserves the right to change its designations.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
Marlee A. Jansen
Constantine Koutsoubas
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated: February 8, 2008
188070.1