IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMA LASERS, LTD., and<br>ALMA LASERS, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 07-224- GMS |
| v. | )<br>)<br>) | |
| THERMAGE, INC., | )<br>) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, please take notice that Marlee Jansen, Esquire, of Sidley Austin LLP, lead counsel for plaintiffs Alma Lasers, Ltd. and Alma Lasers, Inc., hereby withdraws from this case, effective immediately. Sidley Austin LLP shall continue to represent plaintiffs as lead counsel, and Ashby & Geddes shall continue to represent plaintiffs as Delaware counsel in this action.

ASHBY & GEDDES

/s/ Lauren E. Maguire
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated: February 27, 2008
188651.1