IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMA LASERS, LTD., and<br>ALMA LASERS, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 07-224-MPT |
| v. | )<br>)<br>) | |
| THERMAGE, INC., | )<br>)<br>) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of March, 2008, **PLAINTIFF ALMA'S OBJECTIONS AND RESPONSES TO THERMAGE'S SECOND SET OF REQUESTS FOR DOCUMENT PRODUCTION** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| J. Robert Chambers, Esquire<br>Wood, Herron & Evans LLP<br>515 South Flower Street, 25th Floor<br>2700 Carew Tower<br>Cincinnati, OH 45202 | VIA ELECTRONIC MAIL |
| P. Andrew Blatt, Esquire<br>Wood, Herron & Evans LLP<br>2700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202 | VIA ELECTRONIC MAIL |

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
Constantine Koutsoubas
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated: March 6, 2008
182926.1