IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMA LASERS, LTD., and <br> ALMA LASERS, INC., | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 07-224-GMS |
| v. | ) <br> ) | |
| THERMAGE, INC., | ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of March, 2008, **PLAINTIFF ALMA'S THIRD SUPPLEMENTAL RESPONSES TO THERMAGE'S INTERROGATORIES NOS. 25-32, 37-38, 40** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                         HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

J. Robert Chambers, Esquire                                    VIA ELECTRONIC MAIL
Wood, Herron & Evans LLP
515 South Flower Street, 25th Floor
2700 Carew Tower
Cincinnati, OH 45202

P. Andrew Blatt, Esquire                                          VIA ELECTRONIC MAIL
Wood, Herron & Evans LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202

{00182926;v1}

                                                ASHBY & GEDDES

                                                */s/ John G. Day*

                                                _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel*:

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
Constantine Koutsoubas
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated: March 10, 2008
182926.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| J. Robert Chambers, Esquire<br>Wood, Herron & Evans LLP<br>515 South Flower Street, 25th Floor<br>2700 Carew Tower<br>Cincinnati, OH 45202 | VIA ELECTRONIC MAIL |
| P. Andrew Blatt, Esquire<br>Wood, Herron & Evans LLP<br>2700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202 | VIA ELECTRONIC MAIL |

*/s/ John G. Day*
_____
John G. Day