## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMA LASERS, LTD., and ALMA LASERS, INC., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 07-224-GMS |
| THERMAGE, INC., | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **29th** day of **May, 2008.**

IT IS ORDERED that the mediation conference scheduled for Tuesday, June 17, 2008 beginning at 9:00 a.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE