IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMA LASERS LTD. and ALMA LASERS, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 07-224-GMS<br>) |
| THERMAGE, INC. | )<br>) |
| Defendant. | )<br>) |

**PLAINTIFFS' MOTION FOR A STAY PENDING
REEXAMINATION OF THE PATENTS IN SUIT**

Plaintiffs Alma Lasers Ltd. and Alma Lasers, Inc. (collectively "Alma") move this Court to enter a stay pending the reexamination of all of the patents in suit. The grounds for this Motion are set forth in the accompanying opening brief and supporting declaration.

ASHBY & GEDDES

*/s/ John G. Day*

_____

*Of Counsel:*

David T. Pritikin
Thomas D. Rein
Hugh A. Abrams
Constantine Koutsoubas
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dpritikin@sidley.com
trein@sidley.com
habrams@sidley.com
dkoutsoubas@sidley.com

Dated: February 17, 2009

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Alma Lasers Ltd. and Alma Lasers, Inc.*

{00274650;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ALMA LASERS LTD. and ALMA LASERS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-224-GMS |
| v. | ) ) | |
| THERMAGE, INC. | ) ) | |
| Defendant. | ) ) ) | |

## **O R D E R**

The Court, having considered Alma's Motion for a Stay Pending Reexamination of the Patents In Suit and the parties' positions related thereto,

IT IS HEREBY ORDERED this \_\_\_\_\_ day of _____, 2009 that the Motion is GRANTED.

_____
CHIEF JUDGE

{00274650;v1}

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel have discussed the subject matter of the attached motion, but that an agreement could not be reached.

*/s/ John G. Day*

_____
John G. Day