IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALMA LASERS LTD. and                    )
ALMA LASERS, INC.,                      )
                                        )
            Plaintiffs,                 )
                                        )
      v.                                )       C.A. No. 07-224 GMS
                                        )
THERMAGE, INC.,                         )
                                        )
            Defendant.                  )

## ORDER

At Wilmington, this 26th day of March, 2009, having reviewed and considered the plaintiffs'

motion for a stay pending reexamination of the patents-in-suit;

IT IS HEREBY ORDERED that the motion to stay (D.I. 61) is GRANTED in part and

DENIED in part. The motion is granted with respect to the defendant's agreement to stay the case

for eight (8) months. The motion is denied in all other respects. The scheduling conference

scheduled for **Friday, April 3, 2009**, shall be removed from the court's calendar and rescheduled

after the stay is lifted. The parties are directed to file a stipulated letter, reporting the status of the

reexamination proceedings no later than close of business on **Tuesday, December 1, 2009**.

CHIEF UNITED STATES DISTRICT JUDGE